Name: Tiffany L. Dehen

Address: 4021 Lamont St. #5A   Pacific Beach, CA, 92109

Telephone Phone: 858-262-0052

Email: tiffany.dehen@gmail.com

FILED

17 FEB -1 PM 3:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ M L _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Tiffany L. Dehen,

Plaintiff(s),

v.

John Doe
Twitter, Inc.
University of San Diego,

Defendant(s).

Case No.: 17 CV 0198 BEN WVG

(assigned at time of filing)

**COMPLAINT**

## I.  RELATED CASES

a.  Do you have other Civil Case(s) in this or any other federal court?

☐ Yes   ☑ No

b.  If yes, please list the case numbers here:

## II.  STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Please see attachment titled
"Brief"


Please allow amended complaint to
be submitted — Need to obtain
counsel.

III.   **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Please see attachment titled "Brief"

Please allow amended complaint to be submitted

**IV.    DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
*pursuant to FRCP, Rule 38?)*

☑ Yes        ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_____2/1/17_____          _____
Date                                          Signature

                                              _____
                                              Printed Name  Tiffany Denan

4

## Tiffany Dehen v. John Doe, Twitter Inc., and University of San Diego

Tiffany Dehen alleges defamation per se and intentional infliction of emotional distress against John Doe and Twitter Inc. for a slanderous Twitter account made in Plaintiff's legal name and broadcast internationally on the social media website known as Twitter, Inc. and enjoins University of San Diego for contributory negligence.

Plaintiff requests the court to immediately and expeditiously freeze all evidence associated with all possible offenses perpetrated by the plaintiff, John Doe, Twitter, Inc., and University of San Diego.  Plaintiff requests $100,000,000 in damages against all defendants jointly and severally liable.

John Doe made a false twitter account claiming to be plaintiff, in which Doe posted incriminating photos and language as an alleged parody, yet used and tagged Plaintiff's actual real name (Tiffany Dehen) and Twitter account (@tiffanysundevil).  John Doe's actions satisfy all five elements of a statutory malicious defamation claim, as follows:

1. John Doe published a statement of fact on the social media platform known as Twitter, as shown in Exhibits 1 – 32.

2. The statements falsely attempt to represent plaintiff, as evidenced by the usage of plaintiff's first and last name as the official Twitter username. Plaintiff's real Twitter account is shown in Exhibit 33.

3. This usage of plaintiff's first and last name used in conjuction with views associated with Hitler's Nazi Germany are damaging to plaintiff's name, especially in this crucial juncture of her life where she is applying to California bar admittance and looking for a legal job in San Diego.  It is a known fact law firms nowadays check social media sites and do background and Google searches before reaching out to a potential candidate.

4. John Doe represented plaintiff as an Adolf Hitler Nazi Germany supporter, which has a natural tendency to injure plaintiff, as well as cause special damage, considering the fact that plaintiff is actively seeking a job position in the legal field.  See Exhibits 1-32.

1

5. John Doe's fault in publishing the statement amounted to substantially more than just negligence. John Doe's meticulous planning of potentially creating a fake Facebook account in which he sought to befriend Plaintiff on social media (Please see Exhibit 38) and gain access to additional information, coupled with the time involved in setting up a false Twitter account, as well as downloading, altering, and reposting plaintiff's images, shows more than just the defendant's fault in publishing the statement. John Doe's deliberate actions amounted to much more than just mere negligence, but more so proves malice, an element of criminal crimes.

Even if the burden is on the plaintiff to prove falsity in a defamation claim, the falsity is easily proven, as evidenced by the fact that John Doe's Twitter account is clearly not Tiffany Dehen's twitter account, as evidenced by the IP address (to be obtained during investigation).

Additionally, it should be noted that Tiffany Dehen's real twitter account consists of posts supporting the elected President of the United States, not Adolf Hitler, the socialist communist dictator from Germany. The fact that John Doe used Tiffany Dehen's real name and linked the fictitious Twitter account to Tiffany Dehen's real account by retweeting Tiffany Dehen's posts shows that John Doe acted with actual malice and negligence.

Further, even if Plaintiff qualifies as a limited purpose public figure as a person who voluntarily injects herself or is drawn into a particular public controversy as a matter of law, Plaintiff alleges the decision in Copp v. Paxton, 52 Cal. Rptr.2d 831, 44 (Cal. Ct. Appl. 1996), is unconstitutional and violates her constitutional rights in this situation and all situations similar to this. The alleged defamation is extremely relevant to the plaintiff's voluntary participation in the public controversy because the plaintiff is currently seeking a job in the legal market, which has instituted a well-known accepted practice for checking a potential job candidate's social media websites when reviewing the applicant, in this case, the plaintiff. Plaintiff is also working on building her own personal website and branding herself, all of which are impeded by this fictitious and slanderous Twitter account in Plaintiff's name.

Plaintiff just graduated law school with a J.D. and even if plaintiff is qualified as an expert for purposes of this case, Plaintiff acted as

expeditiously as she could and filed suit against respondents within one day of being put on notice, which is well documented and easily accessible for the court to review in all enclosed exhibits.

Plaintiff requests the court to immediately and expeditiously freeze all evidence associated with all possible civil, as well as criminal, offenses perpetrated by the plaintiff, John Doe.

Plaintiff requests to enjoin Twitter, Inc. jointly and severally, the social media website which has allowed this disparaging speech to stay broadcast to the world, costing plaintiff potentially millions of dollars in future earnings. Twitter was put on notice on January 30, 2017, and as of Feb 1, 2017, the false twitter account was still posted, even after Tiffany Dehen put Twitter on notice. The process Twitter adheres to is absolutely ridiculous and should be looked at as well and Plaintiff claims the process Twitter has in place to review defamation is unconstitutional.

Plaintiff requests to enjoin University of San Diego because of the fact that as seen in Exhibits 34 and 35, it appears as though there is a high probability John Doe is an University of San Diego student or alumni since the photo used to make the swastika headband, as shown in Exhibits 3, 4, and 5, is Plaintiff's profile photograph on LinkedIn. University of San Diego should be liable as well due to a prior matter that was not resolved appropriately by University of San Diego which led to USD acting recklessly, or at the very least negligently, to allow this matter to arise.

Further, on the way to Federal Court in Downtown San Diego to file this complaint, Plaintiff was involved in a collision on the I-5 Freeway headed South, which resulted in neck and back pain for which Plaintiff is now seeking medical attention. Please see Exhibit 39.

Plaintiff seeks $100,000,000 in damages for the above stated claims of malicious defamation per se and intentional infliction of emotional distress.

EXHIBIT 1



# MAKE AMERICA GRATE AGAIN



| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| 24 | 20 | 3 | 10 |

☼  ≗ Follow

**Tiffany Dehen**
@tiffanydehen
Parody account. Fiction and political satire about Republican white women.

📍 Praying for America
📅 Joined January 2017

✍ Tweet to Tiffany Dehen

Tweets   Tweets & replies   Media

Tiffany Dehen @tiffanydehen · 17h
**ONLY WHITE PEOPLE DESRVE BENEFITS! america should be great to win i no knowledge of it! #MakeAmericaGreatAgain @POTUS @realDonaldTrump**

EXHIBIT 2



📅 Joined January 2017

✍ Tweet to Tiffany Dehen

👤 2 Followers you know
 

📷 14 Photos and videos
   

Who to follow · Refresh · View all

 Sarah Killen @LovelyButton
≗ Follow

 Jessica Proud @jessicaproud
Followed by Brett Mecum
≗ Follow

~~~~~ Kevin Curry @Louis42n

knowledge of it! #MakeAmericaGreatAgain @POTUS @realDonaldTrump

**Thomas Paine** @Thomas1774Paine
Hey DOJ & #Yates, welcome back to the real America where you get fired for screwing up like the rest of us. #Obama's Country Club is closed.

↩ 1   ♺   ♡

Tiffany Dehen @tiffanydehen · 17h
**We don't need a justice department! fuck impartiality! #MakeAmericaGreatAgain**

**DRUDGE REPORT** @DRUDGE_REPORT
TRUMP FIRES ACTING ATTORNEY GENERAL bit.ly/2kmNs7L

↩ 1   ♺   ♡

Tiffany Dehen @tiffanydehen · Jan 30
**That's right @tiffanysundevil we should just get rid of all those countries that aren't america! #AmericaFirst #AmericaFirstOnly**

**Tiffany Dehen J.D.** @tiffanysundevil
THIS IS HEINOUS. What morons. I wish we could not deal with countries who are so stupid. twitter.com/drudge_report/...

↩ 1   ♺   ♡

# EXHIBIT 3



📷 14 Photos and videos

**Who to follow** · Refresh · View all

 **Sarah Killen** @LovelyButton
👤 Follow

 **Jessica Proud** @jessicaproud
Followed by Brett Mecum
👤 Follow

 **Kevin Curry** @kcurryl2g
Followed by Ira Hayes
👤 Follow

Find friends

**Trends** · Change

**Beyoncé**
Beyoncé is pregnant again!

 **Tiffany Dehen** @tiffanydehen · 17h
## We don't need a justice department! fuck impartiality! #MakeAmericaGreatAgain

**DRUDGE REPORT** @DRUDGE_REPORT
TRUMP FIRES ACTING ATTORNEY GENERAL bit.ly/2kmNs7L

↩ 1      🔁      ♡

**Tiffany Dehen** @tiffanydehen · Jan 30
That's right @tiffanysundevil we should just get rid of all those countries that aren't america! #AmericaFirst #AmericaFirstOnly

**Tiffany Dehen J.D.** @tiffanysundevil
THIS IS HEINOUS. What morons. I wish we could not deal with countries who are so stupid. twitter.com/drudge_report/...

 ↩ 1      🔁      ♡

**Tiffany Dehen** @tiffanydehen · Jan 30
All ready for my job interview. Too much??? #AmericaFirst #AmericaFirstOnly Help me fashion queens!!! @MELANIATRUMP @KellyannePolls



# EXHIBIT 4

**Who to follow** · Refresh · View all

 **Sarah Killen** @LovelyButton
👤 Follow

 **Jessica Proud** @jessicaproud
Followed by Brett Mecum
👤 Follow

 **Kevin Curry** @kcurryl2g
Followed by Ira Hayes
👤 Follow

Find friends

**Trends** · Change

**Beyoncé**
Beyoncé is pregnant again!

**#NationalLINC**

**Frederick Douglass**
49.1K Tweets

**#wednesdaywisdom**
61K Tweets

**Black History Month**
Celebrating the start of Black History Month

**Rex Tillerson**

**Tiffany Dehen** @tiffanydehen · Jan 30
That's right @tiffanysundevil we should just get rid of all those countries that aren't america! #AmericaFirst #AmericaFirstOnly

**Tiffany Dehen J.D.** @tiffanysundevil
THIS IS HEINOUS. What morons. I wish we could not deal with countries who are so stupid. twitter.com/drudge_report/...

 ↩ 1      🔁      ♡

**Tiffany Dehen** @tiffanydehen · Jan 30
All ready for my job interview. Too much??? #AmericaFirst #AmericaFirstOnly Help me fashion queens!!! @MELANIATRUMP @KellyannePolls



↩ 1      🔁      ♡

 **Tiffany Dehen** @tiffanydehen · Jan 30
## Here's my mom and her bible study sisters

## EXHIBIT 5



Tiffany Dehen @tiffanydehen · Jan 30
All ready for my job interview. Too much??? #AmericaFirst
#AmericaFirstOnly Help me fashion queens!!! @MELANIATRUMP
@KellyannePolls

## EXHIBIT 6

Celebrating the start of Black History Month

**Rex Tillerson**
Senate confirms Rex Tillerson as Secretary
of State

**#WatermarkConf**
3,245 Tweets

**#PressOn**
@benshapiro is Tweeting about this

**DeVos**
Betsy DeVos' confirmation hangs in the
balance

**Dover**
6,844 Tweets



Tiffany Dehen @tiffanydehen · Jan 30
Here's my mom and her bible study sisters
being saved from an evil Muslim palace. If
I'm not her spitting image... GO TRUMP
GO! @POTUS





Tiffany Dehen @tiffanydehen · Jan 30
I'm so excited for my audition for TV! I can't
wait to make America proud!

## EXHIBIT 7

 **Tiffany Dehen** @tiffanydehen · Jan 30

I'm so excited for my audition for TV! I can't wait to make America proud! #MakeAmericaGreatAgain #AmericaFirst #AmericaFirstOnly @POTUS

BRAVO's The Real Housewives of Nazi-Occupied Russian Territory Formerly Known as America

*twirls*

"If he's not Aryan, we're not marryin'!"



## EXHIBIT 8



 **Tiffany Dehen** @tiffanydehen · Jan 29

Fuck throwing this dog off a cliff. Ima eat him instead! What a #snowflake @peta #MakeAmericaGreatAgain Animals don't deserve extra rights!



EXHIBIT 9



**Tiffany Dehen** @tiffanydehen · Jan 29
Fuck throwing this dog off a cliff. Ima eat him instead! What a #snowflake @peta #MakeAmericaGreatAgain Animals don't deserve extra rights!

EXHIBIT 10

**Tiffany Dehen** @tiffanydehen · Jan 29
Fuck throwing this dog off a cliff. Ima eat him instead! What a #snowflake @peta #MakeAmericaGreatAgain Animals don't deserve extra rights!

## EXHIBIT 11





**Tiffany Dehen** @tiffanydehen · Jan 29
I agree with @SpeakerRyan do what you can to keep them Jews out of
our Christian country!! #AmericaFirst #MakeAmericaGreatAgain
#MuslimBan



**Paul Ryan** @SpeakerRyan
RT if you agree → It's time to rebuild our partnership with
#Israel and reaffirm our commitment to her security.

**Tiffany Dehen** @tiffanydehen · Jan 29
CNN is fake news! Serena won the Australian open!



**CNN Breaking News** @cnnbrk
Roger Federer beats Rafael Nadal in a five-set match in
the Australian Open Men's Final winning his 18th grand
slam. cnn.it/2kHdrnk

**Tiffany Dehen** @tiffanydehen · Jan 29
### That'll teach them terrorist saudis!
#MuslimBan #MakeAmericaGreatAgain my

## EXHIBIT 12



**Tiffany Dehen** @tiffanydehen · Jan 29
CNN is fake news! Serena won the Australian open!



**CNN Breaking News** @cnnbrk
Roger Federer beats Rafael Nadal in a five-set match in
the Australian Open Men's Final winning his 18th grand
slam. cnn.it/2kHdrnk

**Tiffany Dehen** @tiffanydehen · Jan 29
### That'll teach them terrorist saudis!
### #MuslimBan #MakeAmericaGreatAgain my
### hero! @POTUS @realDonaldTrump



## EXHIBIT 13

 **Tiffany Dehen** @tiffanydehen · Jan 29
That'll teach them terrorist saudis!
#MuslimBan #MakeAmericaGreatAgain my
hero! @POTUS @realDonaldTrump



 **Tiffany Dehen** @tiffanydehen · Jan 29
Why do the gays hate this hat? I thought they all liked fashion!
#snowflakes #EndSpecialInterests #ReligiousFreedom
#MakeAmericaGreatAgain



## EXHIBIT 14

 **Tiffany Dehen** @tiffanydehen · Jan 29
Why do the gays hate this hat? I thought they all liked fashion!
#snowflakes #EndSpecialInterests #ReligiousFreedom
#MakeAmericaGreatAgain



BRING BACK

 **Tiffany Dehen** @tiffanydehen · Jan 29
Saving myself for marriage! My man knows

EXHIBIT 15



EXHIBIT 16



**Tiffany Dehen** @tiffanydehen · Jan 29

Saving myself for marriage! My man knows
we can have sex 3 times: honeymoon,
Trump's reelection, & jesus 2nd coming!
#MakeAmericaGreatAgain



EXHIBIT 17



Tiffany Dehen @tiffanydehen · Jan 29
Saving myself for marriage! My man knows we can have sex 3
times: honeymoon, Trump's reelection, & Jesus 2nd coming!
#MakeAmericaGreatAgain

EXHIBIT 18

 Tiffany Dehen @tiffanydehen · Jan 29
Throwing this dog over this cliff! Animals don't deserve special rights!
Down with special interists! #MakeAmericaGreatAgain @POTUS



 Tiffany Dehen @tiffanydehen · Jan 29
Donated some eggs today! Don't know why
sent they told me they were tax deductible!

EXHIBIT 19



EXHIBIT 20

 **Tiffany Dehen** @tiffanydehen · Jan 29
Donated some eggs today! Don't know why
sept they told me they were tax deductible!
#MakeAmericaGreatAgain



EXHIBIT 21



Tiffany Dehen @tiffanydehen · Jan 29
Donated some eggs today! Don't know why sept they told me they were tax deductible! #MakeAmericaGreatAgain

EXHIBIT 22



Tiffany Dehen @tiffanydehen · Jan 28
Nothing like my own personal welcome team to Twitter. Thanks @AdolfHitlerFuhr XOXO Let's #MakeAmericaGreatAgain studcakes #MuslimBan

Fuhrer welcomes you

14h

Tiffany Dehen @tiffanydehen · Jan 28
Have y'all noticed the blacks are on all the magazines nowadays? Time 4 change!! White women are the silent majority in the lamestream media

Tiffany Dehen @tiffanydehen · Jan 28
Just found this lovely pic of our #firstladymelania Pearl necklaces 4 every girl about time @MELANIATRUMP @POTUS

## EXHIBIT 23



**Tiffany Dehen** @tiffanydehen · Jan 28
Nothing like my own personal welcome team to Twitter. Thanks
@AdolfHitlerFuhr XOXO Let's #MakeAmericaGreatAgain studcakes
#MuslimBan

   Fuhrer welcomes you

14h



**Tiffany Dehen** @tiffanydehen · Jan 28
Have y'all noticed the blacks are on all the magazines nowadays?
Time 4 change!! White women are the silent majority in the lamestream
media



**Tiffany Dehen** @tiffanydehen · Jan 28
Just found this lovely pic of our
#firstladymelania Pearl necklaces 4 every
girl about time @MELANIATRUMP @POTUS
#MakeAmericaGreatAgain



## EXHIBIT 24



**Tiffany Dehen** @tiffanydehen · Jan 28
Have y'all noticed the blacks are on all the magazines nowadays?
Time 4 change!! White women are the silent majority in the lamestream
media



**Tiffany Dehen** @tiffanydehen · Jan 28
Just found this lovely pic of our
#firstladymelania Pearl necklaces 4 every
girl about time @MELANIATRUMP @POTUS
#MakeAmericaGreatAgain



EXHIBIT 25



 **Tiffany Dehen** @tiffanydehen · Jan 28
TO HELL WITH MUSLIMS WHO WANT TO BAN OUR AMERICAN
VALUES! U NEVER PUT ME IN A BURKA! #MuslimBan
#MakeAmericaGreatAgain @POTUS #BuildTheWall



EXHIBIT 26



 **Tiffany Dehen** @tiffanydehen · Jan 28
TO HELL WITH MUSLIMS WHO WANT TO BAN OUR AMERICAN
VALUES! U NEVER PUT ME IN A BURKA! #MuslimBan
#MakeAmericaGreatAgain @POTUS #BuildTheWall



 **Tiffany Dehen** @tiffanydehen · Jan 28
My gawd Who is that lucky lady? @POTUS
@realDonaldTrump My pastor wouldn't be
happy with my inside-outies right now?
#MakeAmericaGreatAgain

## EXHIBIT 27

 **Tiffany Dehen** @tiffanydehen · Jan 28

My gawd Who is that lucky lady? @POTUS @realDonaldTrump My pastor wouldn't be happy with my inside-outies right now? #MakeAmericaGreatAgain



 **Tiffany Dehen** @tiffanydehen · Jan 28

Me+my girls today. If you can't bring back

## EXHIBIT 28

 **Tiffany Dehen** @tiffanydehen · Jan 28

Me+my girls today. If you can't bring back an 80's dye job, U DON'T DESERVE TO BE AMERICAN!!! #MakeAmericaGreatAgain #SexyLikeCockatoos #grl



 **Tiffany Dehen** @tiffanydehen · Jan 27

The only better time to be a woman in America beside 2day was the day Jesus was crucified #witness #amen #Jesusfirst

# EXHIBIT 34

in Search | Home | My Network | Jobs | Messaging | Notifications | Me | More | Try Premium for Free

Compliance 101 - Life Sciences 3-Day Immersion, March 27-29, 2017 San Francisco, CA | Ad

Who your viewers are

62 profile viewers in the past 90 days
+700% since last week

1 works at Grupo Peñafiel

2 work at University of San Diego School of Law

1 works at Better Air North America

2 have job title Marketing Specialist

John Weber • 2nd — 22h
Post Bar Clerk/Attorney
You and John have 22 connections in common
Connect

Carlo Quintanar • 2nd — 1d
Procurement Director en Grupo Peñafiel - Dr Pepper Snapple Group
You and Carlo have 9 connections in common
Connect

Lili Dehen • 1st — 2d
Independent Consumer Services Professional
Lili can introduce you to 2 people at NOVA® Home Loans

Mike Schwarz • 2nd — 4d
--
*Found you via My Network*
You and Mike have 1 connection in common
Connect

Profile views matter
Getting more profile views can help you get found for the right opportunity
- Update your profile with the latest information so people can find you in searches
- Connect with people to grow your network and get found for more opportunities
- Engage with your feed to be visible to people that matter most to your career

New ways to get noticed
MOO

About | Help Center | Messaging

(2/1/17)

# EXHIBIT 35

in Search | Home | My Network | Jobs | Messaging | Notifications | Me | More | Try Premium for Free

2 work at University of San Diego School of Law

1 works at Better Air North America

2 have job title Marketing Specialist

2 found you via Who Viewed Your Profile

You and Carlo have 9 connections in common
Connect

Lili Dehen • 1st — 2d
Independent Consumer Services Professional
Lili can introduce you to 2 people at NOVA® Home Loans

Mike Schwarz • 2nd — 4d
--
*Found you via My Network*
You and Mike have 1 connection in common
Connect

Someone at University of San Diego School of Law — 5d

Unlock the rest of the list with Premium
Upgrade to see who's viewed your profile over the last 90 days.
Try Premium for free

New ways to get noticed
Learn More
MOO

About | Help Center | Privacy & Terms | Advertising | Business Services | More
LinkedIn Corporation © 2017

Messaging

(2/1/17)

EXHIBIT 36



(1/30/17)

EXHIBIT 37



(1/30/17)

## EXHIBIT 38

◀ Back to Facebook                 1:18 PM                    ◢ 62% ▬▭

‹ Home (4)                     Facebook User
                                   Facebook

Invite Facebook User to Messenger

JAN 26, 5:03 PM

Hey sorry I didn't recognize your
name have we met before!

They accepted your request.

You can't reply to this conversation. More options.

## (2/1/17)

Exhibit 39

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC COLLISION REPORT - Property Damage Only

CHP 555-03 (Rev. 7-03) OPI 065

*Original to Officer, copy(ies) to involved party(ies)*

SPECIAL CONDITIONS: Counter Report | CITY: San Diego | JUDICIAL DISTRICT: 17 | COUNTY: San Diego | REPORTING DISTRICT | BEAT | REPORTING OFFICER | COLLISION OCCURRED ON: I-5 | MO. 2 | DAY 17 | YEAR 2017 | TIME (2400) | NCIC | OFFICER I.D. | AT INTERSECTION WITH / Or ___ Feet/Miles N of | DAY OF WEEK | TOW AWAY ☐ Yes ☒ No | STATE HIGHWAY RELATED ☐ Yes ☐ No

**PARTY 1** — DRIVER'S LICENSE NUMBER | STATE: CA | CLASS: C | AIRBAG | SAFETY EQUIPMENT
DRIVER ☐ / PED ☐ / PARKED ☐ / BICYCLE ☐ / OTHER ☐ — NAME (FIRST, MIDDLE, LAST) | TELEPHONE NUMBER | STREET ADDRESS | (City) | (Zip Code) | SEX | RACE | BIRTHDATE | INSURANCE CARRIER | POLICY NUMBER | DIR. TRAVEL | ON STREET OR HIGHWAY | SPEED LIMIT | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE: CA | VEH. TYPE

SHADE DAMAGED AREA — PARTY 1

(ALLIED AGENCY USE ONLY)
Report taken ☐ Yes ☐ No
Exchange of information ☐ Yes ☐ No

INDICATE NORTH

**PARTY 2** — DRIVER'S LICENSE NUMBER | STATE: CA | CLASS | AIRBAG | SAFETY EQUIPMENT
DRIVER ☐ / PED ☐ / PARKED ☐ / BICYCLE ☐ / OTHER ☐ — NAME (FIRST, MIDDLE, LAST) | TELEPHONE NUMBER | STREET ADDRESS | (City) | (Zip Code) | SEX | RACE | BIRTHDATE | INSURANCE CARRIER | POLICY NUMBER | DIR. TRAVEL | ON STREET OR HIGHWAY | SPEED LIMIT | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE: CA | VEH. TYPE

SHADE DAMAGED AREA — PARTY 2

| WIT | RAD | AGE | SEX | NAME | ADDRESS | PHONE NUMBER | PARTY NO. |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | |
| ☐ | ☐ | AGE | SEX | NAME | ADDRESS | PHONE NUMBER | PARTY NO. |
| PROP. | | | | NAME | ADDRESS | DAMAGED PROPERTY | |

## IMPORTANT - READ CAREFULLY

**Keep this report.** This is your record of this accident. To comply with California Vehicle Code (*VC*) Section 20002 ***(duty where property damaged)***, you must either:

a. Give the owner or person in charge of such property the name and address of the **driver and owner** of the vehicle; or in the absence of the owner,

b. Leave a written notice in a conspicuous place on the other vehicle or damaged property, giving the **name and address of the driver and owner of the vehicle involved** and a statement of the circumstances.

This information is necessary for the completion of your state SR-1 Form, Report of Traffic Accident, and your insurance report.

**VEHICLE CODE SECTION 16000**

The driver of a vehicle involved in an accident resulting in damage to the property of any ONE party in excess of $750 or in the injury or death of any person MUST submit a SR-1 Form to the California Department of Motor Vehicles within 10 days, or as soon as possible.

Note: Failure to comply may result in suspension of your driver's license.

Form SR-1 may be obtained from the Department of Motor Vehicles, the California Highway Patrol, any police station, motor vehicle club, insurance agent, or DMV internet web site *(SR-1A)*.

If city or state property is damaged, you will be contacted regarding possible liability.

Law enforcement reports do not satisfy the DMV report requirement.

| DATE OF COLLISION MO DAY YR | TIME (2400) | NCIC NUMBER | OFFICER I.D. | NUMBER | PAGE |
|---|---|---|---|---|---|
| | | | | 17 02 001 | |

Flat bed tow truck swerved left, out of his lane, and to avoid collision, the silver Kia, license 7FHL828 swerved left into the lane I was traveling south bound on. I jammed my brakes, honked the horn, but couldn't swerve into the left lane b/c of a car next to me, so I collided in the back of the silver Kia. The flat bed truck who caused the entire accident drove off as soon as traffic allowed him and did not allow us to get his license plate. I have the info of witness Scott Williams 619-616-9038, who was driving a dark silver Hyundai and witnessed the entire accident, and tried leaving the scene but couldn't b/c I stood in his way in the middle of the freeway and flagged him down until he wrote his info for me. I asked him if he saw the whole thing happen and he kept said yes, and then graciously wrote his info down. I think he was in shock too. I have a photo of 15 S right after the incident, so maybe w/proper technology it can be cleared up to see the flat bed who fled the scene of the accident after causing the whole thing. Nobody else stopped to help or ask if we were okay, and 911 was worthless both times I called for help, but long after I saw a patrol driving ahead of me + stopped + [illegible] him

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| | | | | |

Destroy previous editions.

555 3 frp