# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Honorable Roger T. Benitez

| FROM: M. Niebla, Deputy Clerk | RECEIVED DATE: April 5, 2017 |
|---|---|
| CASE NO. 17cv0198-BEN-WVG | DOC FILED BY: Tiffany Dehen |
| CASE TITLE: Dehen v. Doe et al | |
| DOCUMENT ENTITLED: Motion for Reconsideration of IFP/Request Leave to File First and Second Amended Complaints | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Improper format; Missing certificate of service.

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document.

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation.

Date Forwarded:  April 6, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received. For lack of good cause, Plaintiff's request to seal is denied. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  April 6, 2017          CHAMBERS OF:  The Honorable Honorable Roger T. Benitez

cc: All Parties          By:  s/Clerk