NUNC PRO TUNC
Apr 5 2017

FILED
APR 6 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**Plaintiff requests the Court to seal this motion from the public for personal and safety reasons and to prevent harm to parties mentioned herein.**

Plaintiff further requests to have this letter reviewed by someone who is not attending or affiliated with the University of San Diego School of Law, as there are allegations contained herein pertaining to USD that Plaintiff wishes to keep sealed from the public at this time. *Please see* Exhibit A (screenshot taken by Plaintiff on February 3, 2017, showing USD extern who viewed her LinkedIn profile).

**IN THE CIRCUIT COURT FOR SAN DIEGO, CALIFORNIA**

| | |
|---|---|
| TIFFANY DEHEN<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109 | ) |
| Plaintiff, | ) |
| v. | ) |
| JOHN DOE<br>Address TBD | ) Case No.: 3:17-cv-00198-BEN-WVG |
| and | ) |
| TWITTER, INC.<br>1355 Market St. #900<br>San Francisco, CA 94103 | ) |

and )

UNIVERSITY OF SAN DIEGO )
5998 Alcala Park )
San Diego, California 92110 )

SERVE: )

JOHN DOE )
Address TBD )

TWITTER, INC. )
Attn: Incorporating Services, Ltd. )
3500 South DuPont Highway )
Dover, Delaware 19901 )

and )

UNIVERSITY OF SAN DIEGO )
5998 Alcala Park )
San Diego, California 92110 )

Defendants. )

**In Forma Pauperis Decision Appeal, Motion To Extend Filing Fee, Motion to Request Leave to File First and Second Amended Complaints**

Honorable Justice Benitez,

1. Plaintiff graduated law school from University of San Diego School of Law at the end of July 2016.

2. Plaintiff is self-employed and supported herself through law school by providing marketing and consulting services as an independent contractor, selling products online, and obtaining federal student loans.

3. Due to the enormous costs associated with attending law school, Plaintiff experienced financial hardship through law school, which has been magnified by the injury alleged in the cause of action for which this IFP appeal pertains.

4. Plaintiff has been the target of harassing behavior which turned into an investigation with the Federal Bureau of Investigation (FBI), and which limited Plaintiff's ability to work, thus negatively affecting her income.

5. Additionally, Plaintiff was actively seeking employment in the legal industry before and during the time of the injury which led to this cause of action, and is still seeking a position in the legal industry, as well as admittance to the state Bar of California.

6. Plaintiff believes the actions by the defendants may reduce her chances of passing the bar, which will prevent her from being admitted to the bar, and thus, could limit her prospects in the legal industry.

7. Additionally, Plaintiff was in the process of pursuing several business ventures which would rely upon her reputation, and which have been damaged and put on hold by the injury that led to this cause of action, and may even limit the future revenue generated by these business ventures.

8. Plaintiff alleges under penalty of perjury that at the time of this filing, she cannot pay the court costs and "still afford the necessities of life."

9. The activity that led to the FBI investigation negatively impacted Plaintiff's income, which she will prove to the Court through this litigation.

10. At this time, Plaintiff suspects the activities that led to the FBI investigation are linked to the injury that led to this cause of action.

11. Consequently, Plaintiff filed suit as expeditiously as possible and made this litigation a priority in order to get this cause of action on federal record out of fear for her safety.

12. In short, the activities that led to the FBI investigation, and now this cause of action, cost Plaintiff a considerable amount of time over the past year and negatively impacted her income, which magnified Plaintiff's financial hardship from financing herself through law school and additionally may have impacted her future earning potential.

13. Plaintiff has been severely impacted by the ongoing harassment which led to the related FBI investigation, as well as the injury which led to this cause of action.

14. Accordingly, Plaintiff has been under extreme duress, which she alleges has been the proximate cause of two separate recent automobile accidents, the second of which totaled her car.

15. After Plaintiff expeditiously commenced this suit, she attempted to find legal representation for this matter.

16. Plaintiff experienced a difficult time obtaining legal counsel due to the complicated legal issues present in the related cause of action and lack of ability to provide a retainer.

17. Plaintiff wants the opportunity to defend her name in Court, and plans to file her amended complaint in the near future, with the hopes that competent counsel will be more apt to represent her on a contingency basis after reading her amended complaint that contains additional causes of action and basis for recovery.

18. The additional causes of action Plaintiff will bring in her amended complaint include, but are not limited to, direct copyright infringement against John Doe, federal unfair competition against John Doe, breach of contract against Twitter, possible breach of contract against University of San Diego, negligence against University of San Diego, and intentional and negligent interference with actual and prospective business advantage against defendants.

19. Plaintiff is confined by a one year statute of limitations for the defamation claim against John Doe (*see* California Code of Civil Procedure § 340(c)) and thus put her various business ventures on hold in order to commence this action to defend her name in Court.

20. As mentioned above, from August 2013 through July 2016 Plaintiff financed her living expenses through student loans for law school and through the services she provided as an independent contractor.

21. As Plaintiff previously alleged, the actions that led to the FBI investigation negatively affected her income from the services Plaintiff provides as an independent contractor, so much so that Plaintiff was unable to finance the expenses related with taking the February 2017 bar.

22. Further, due to the injury which led to this cause of action, Plaintiff's financial situation has further deteriorated to the point that she will likely be unable to finance the costs associated with taking the July 2017 bar, causing an even lengthier delay for her admittance to the California Bar.

23. Since Plaintiff received a small check after her car was totaled in February (around $4250), she since used that money for "the necessities of life", *i.e.*, rent ($950.00/month), phone bill ($50.00/month), groceries and necessities ($250.00/month), past due credit card payments (which Plaintiff was consistently paying over $500.00 per month in payments and which had all fallen behind, thus the minimum payments required to keep them all current exceed the amount of the check), transportation costs to the chiropractor three times per week due to injury from the aforementioned car accidents ($70/week), medical/dental expense ($109),

and expenses related to this litigation including the cost to obtain mailbox at U.P.S. ($95), cost to register copyrights for the photographs at issue in the related cause of action ($35 x 4), cost to obtain printing supplies for Plaintiff's printer ($120), and consulting costs ($350).

24. The injury that led to this cause of action occurred at a pivotal time in Plaintiff's life and exacerbated Plaintiff's weakened financial position from financing herself through law school.

25. In summary, the check Plaintiff received from totaling her only significant asset (*i.e.*, her car), has been spent on the necessities of life and past due bills over the past weeks while Plaintiff has been working on this litigation and continuing her job search.

26. It is the Plaintiff's contention that due to the injuries referenced herein, she was unable to keep her credit lines current, causing all but one to close, and will prove this causal connection through this litigation.

27. Plaintiff's credit has been negatively impacted, which may affect her ability to finance assets and obtain employment, thus potentially negatively impacting her quality of life.

28. In attempting to defend her name in Court, Plaintiff has been subjected to widespread criticism and condemnation from various members of the legal community, as well as certain classmates, family, friends and acquaintances, in addition to harassment and abuse by some members of the public.

29. The public disclosure of Plaintiff's complaint led to Plaintiff obtaining an alternative mailing address out of fear of her safety.

30. Plaintiff respectfully asks the Court to use the following address for all correspondence and public filings: 1804 Garnet Avenue, #239, Pacific Beach, CA 92109.

31. Plaintiff enclosed a copy of her current bank account balances as of 04/04/2017 to this motion. *Please see* Exhibit B (screenshot taken by Plaintiff on 04/04/2017 showing the balances of Plaintiff's only checking and savings accounts and credit card balance for last active credit account above $2,000 limit.)

32. Plaintiff will continue to seek out competent legal counsel and upon the successful retention of counsel, Plaintiff believes counsel would submit the required filing fee to the Court.

33. Plaintiff is hopeful to receive small gifts from friends and family to finance her living expenses for the next few weeks as she continues to seek a temporary position to finance the necessities of life, but does not currently have any definite confirmation of gifts she expects to receive, as her family has been experiencing financial hardship the past few years as well.

34. Plaintiff has been discouraged from obtaining a position in the legal industry due to harassment and abuse she was subjected to by the public and various members of the legal community, but she will continue to seek a long term legal position, in addition to pursuing the various business ventures which she was engaged in prior to the injury that led to this cause of action, at which point she will pay the Court filing fee as soon as financially feasible.

35. If the Court finds that Plaintiff's situation does not adequately qualify her to proceed in forma pauperis, Plaintiff respectfully asks the Court for an extension to file the Court fee to proceed with this litigation.

36. Plaintiff requests leave to file first amended complaint before continuing with service of process.

37. Plaintiff also requests leave to file a second amended complaint before or after service of process.

Thank you for your consideration.

Dated: April 5, 2017

Respectfully Submitted,

Tiffany L. Dehen, J.D.

# EXHIBIT A

●●○○○ MetroPCS 7:41 PM 55%
Michael Godwin
2nd
Michael Godwin
Judicial Extern at the U.S. District Court for the Southern District of California
University of San Diego School of Law
Greater San Diego Area • 500+
InMail
Connect
Michael's Activity
965 Followers
+ Follow
Michael Dallo Becomes Certified Specialist in Tax Law Dallo Law Group
Michael Godwin likes this
Michael Dallo To Teach Tax Research At USD In Spring 2017 - Dallo Law Group
Home
My Network
Messaging
Notifications
Me



# EXHIBIT B

CHASE CHECKING (...5152)

Available balance $12.25 >

Pay Bills

CHASE SAVINGS (...7153)

Available balance -$4.99 >

Transfer Money

CREDIT CARD* (...0605)

Current balance $2,088.85 >

**Your payment is past due**
$52.00 was due; please pay today

Pay Credit Card

Ultimate Rewards℠