# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☐ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Hon. Roger T. Benitez

| FROM: T. Hernandez, Deputy Clerk | RECEIVED DATE: April 14, 2017 |
|---|---|
| CASE NO. 17cv0198-BEN-WVG | DOC FILED BY: Tiffany Dehen |
| CASE TITLE: Dehen v. Doe et al | |
| DOCUMENT ENTITLED: Motion to Change Plaintiff's Address | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document.

Date Forwarded:   April 14, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: April 17, 2017            CHAMBERS OF: The Honorable Hon. Roger T. Benitez

cc: All Parties                 By: s/Clerk