Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

NUNC PRO TUNC
Apr 14 2017



FILED
Apr 17 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ kristenb   DEPUTY

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOE<br>Address TBD<br><br>and<br><br>TWITTER, INC.<br>1355 Market St. #900<br>San Francisco, CA 94103<br><br>and<br><br>UNIVERSITY OF SAN DIEGO<br>Hughes Administration Center #320<br>5998 Alcala Park<br>San Diego, California 92110 | Case No.: <u>3:17-cv-00198-BEN-WVG</u><br><br>**PLAINTIFF'S MOTION TO CHANGE PLAINTIFF'S ADDRESS** |

| | |
|---|---|
| SERVE: | ) |
| | ) |
| JOHN DOE | ) |
| Address TBD | ) |
| | ) |
| TWITTER, INC. | ) |
| Attn: Incorporating Services, Ltd. | ) |
| 3500 South DuPont Highway | ) |
| Dover, Delaware 19901 | ) |
| | ) |
| and | ) |
| | ) |
| UNIVERSITY OF SAN DIEGO | ) |
| Hughes Administration Center #320 | ) |
| 5998 Alcala Park | ) |
| San Diego, California 92110 | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S MOTION TO CHANGE PLAINTIFF'S ADDRESS

Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to change her address for all correspondence and filings with the Court to the address referenced above.

**Dated: April 12, 2017**

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

## CERTIFICATE OF SERVICE

1. I, Tiffany Dehen Pro Se Plaintiff, certify that on April 12, 2017, I filed the foregoing with the Clerk of the Court and mailed a copy of each of the documents included in this April 12, 2017 filing, as well as the 04/06/2017 and 02/01/2017 filings, to all Defendants whose identities are ascertained at this time, *i.e.*, Twitter, Inc. and University of San Diego, by express signature with signature required with FedEx.

**Dated: April 12, 2017**

Printed April 12, 2017
Submitted to clerk April 13, 2017

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com