Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

Pro Se Plaintiff

NUNC PRO TUNC
Apr 14 2017



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIFFANY DEHEN<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE<br>Address TBD<br><br>and<br><br>TWITTER, INC.<br>1355 Market St. #900<br>San Francisco, CA 94103<br><br>and<br><br>UNIVERSITY OF SAN DIEGO<br>Hughes Administration Center #320<br>5998 Alcala Park<br>San Diego, California 92110 | Case No.: 3:17-cv-00198-BEN-WVG<br><br>**PLAINTIFF'S MOTION TO ADD DEFENDANTS' ADDRESSES** |

|  |  |
|---|---|
| SERVE: | ) |
|  | ) |
| JOHN DOE | ) |
| Address TBD | ) |
|  | ) |
| TWITTER, INC. | ) |
| Attn: Incorporating Services, Ltd. | ) |
| 3500 South DuPont Highway | ) |
| Dover, Delaware 19901 | ) |
|  | ) |
| and | ) |
|  | ) |
| UNIVERSITY OF SAN DIEGO | ) |
| Hughes Administration Center #320 | ) |
| 5998 Alcala Park | ) |
| San Diego, California 92110 | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

## PLAINTIFF'S MOTION TO ADD DEFENDANT'S ADDRESSES

1. Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to add Defendants' addresses as listed above to the case file.

**Dated: April 12, 2017**

Respectfully submitted,

*/s/ Tiffany Dehen*

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

# CERTIFICATE OF SERVICE

1. I, Tiffany Dehen Pro Se Plaintiff, certify that on April 12, 2017, I filed the foregoing with the Clerk of the Court and mailed a copy of each of the documents included in this April 12, 2017 filing, as well as the 04/06/2017 and 02/01/2017 filings, to all Defendants whose identities are ascertained at this time, *i.e.*, Twitter, Inc. and University of San Diego, by express signature with signature required with FedEx.

**Dated: April 12, 2017**

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Printed April 12, 2017
Submitted with Clerk April 13, 2017