Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

NUNC PRO TUNC
Apr 14 2017



FILED
Apr 17 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ kristenb     DEPUTY

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN )<br>1804 Garnet Avenue, #239 )<br>Pacific Beach, CA 92109 )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>JOHN DOE )<br>Address TBD )<br> )<br>and )<br> )<br>TWITTER, INC. )<br>1355 Market St. #900 )<br>San Francisco, CA 94103 )<br> )<br>and )<br> )<br>UNIVERSITY OF SAN DIEGO )<br>Hughes Administration Center #320 )<br>5998 Alcala Park )<br>San Diego, California 92110 )<br> ) | Case No.: <u>3:17-cv-00198-BEN-WVG</u><br><br>**PLAINTIFF'S MOTION TO ACCEPT LATE IN FORMA PAUPERIS RENEWED APPLICATION AND ATTACHMENTS** |

| | |
|---|---|
| SERVE: | ) |
| | ) |
| JOHN DOE | ) |
| Address TBD | ) |
| | ) |
| TWITTER, INC. | ) |
| Attn: Incorporating Services, Ltd. | ) |
| 3500 South DuPont Highway | ) |
| Dover, Delaware 19901 | ) |
| | ) |
| and | ) |
| | ) |
| UNIVERSITY OF SAN DIEGO | ) |
| Hughes Administration Center #320 | ) |
| 5998 Alcala Park | ) |
| San Diego, California 92110 | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ACCEPT LATE IN FORMA PAUPERIS RENEWED APPLICATION AND ATTACHMENTS

1. Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to accept the late In Forma Pauperis Renewed Application of Plaintiff pursuant to District Judge Benitez's March 15, 2017 order to pay the applicable filing fee or file a renewed motion to proceed in forma pauperis that sufficiently explains why she cannot afford to pay the court costs.

2. As grounds for her motion, Plaintiff submits that she filed, albeit incorrectly, a Motion for Reconsideration of IFP on April 5, 2017, which she intended to further explain her current financial situation and why she cannot afford both the necessities of life and the court fees pursuant to Judge Benitez's March 15 order.

3. Plaintiff unintentionally made a mistake and is attempting in good faith to learn all the rules and procedures of federal court as a pro se plaintiff, as this is her first appearance in federal court.

4. Plaintiff fixed her IFP Application, attached to this motion, to explain to the court why she alleges poverty "with some particularity, definiteness and certainty." *United States v. McQuade, 647 F.2d 938, 940* (9th Cir. 1981) (internal quotation marks omitted).

5. Plaintiff is not filing the IFP Renewed Application for purposes of delay, and there is no prejudice to the defendants, as Plaintiff sent Plaintiff sent by, express signature with signature required with FedEx, this filing and all filings with the Court she submitted on April 12, 2017, April 5, 2017 and 02/01/2017, to both known Defendants, Twitter, Inc., and USD.

6. Plaintiff also has precedence on her side, as the Court previously cited *Escobedo v. Applebees*, which confirmed, "the district court should regard as 'filed' a complaint which arrives in the custody of the clerk within the statutory

period but fails to conform with formal requirements in local rules." *See* 787 F.3d 1226, 1234 (9th Cir. 2015), quoting *Loya v. Desert Sands Unified Sch. Dist.*, 721 F.2d 279 (9th Cir. 1983).

7. Plaintiff waited until April 5, 2017 to file her IFP Reconsideration Motion because she attempted to obtain the court filing fee as a gift from several friends in the 21 days granted by Judge Benitez on the March 15, 2017 Order so she may proceed with her case.

8. Additionally, Plaintiff was involved in a serious motor vehicle collision that totaled her car on 02/20/2017 and caused her severe back and neck pains, for which she is currently still pursuing medical and chiropractic assistance three times per week, further explained in the IFP Attachment.

9. Furthermore, as *Escobedo v. Applebees* points out, the statute of limitations started running the day Plaintiff filed the Initial Complaint with the Court (02/01/2017), and thus Plaintiff has been under pressure to complete her amended complaint in order to serve process pursuant to Federal Rules of Civil Procedure Rule 4(m) due to the fact Plaintiff expeditiously filed her initial complaint under extreme mental anguish and duress, fearing for her safety for reasons that will become apparent throughout the course of this litigation. Thus, Plaintiff's initial

complaint is incoherent and fails to state a plausible cause of action upon which relief can be granted.

10. Plaintiff was, and still is, unsure of how to properly fill out the IFP Application to the Court's approval under penalty of perjury, as she is currently unsure of how to account for her expected loss of income under Question (9) due to the injury that led to this cause of action because the injury is still accruing.

12. On April 7, 2017 Plaintiff received the Notice of Document Discrepancy dated April 6, 2017.

13. On April 10, 2017 Plaintiff sought clarification of the Notice of Document Discrepancy with the Clerk and immediately composed this motion, including the revised IFP Application and IFP Attachment accompanying this motion.

14. Albeit the information required to proceed with an IFP Application is in the Federal Rules of Civil Procedure, Plaintiff wanted to be sure she had a claim to proceed in federal court in the interest of judicial efficiency before proceeding with the filing of the Motion to Reconsider Plaintiff's IFP Application received 04/05/2017 and filed 04/06/2017.

15. Plaintiff spent the time since filing her initial complaint to craft an amended complaint that alleges causes of action which this court has jurisdiction over, as well as causes of action upon which relief can be granted.

16. Plaintiff is within the statute of limitations for all causes of action she alleged in her First Amended Complaint, should this Court grant her Motion To File First Amended Complaint pursuant to Fed. R. Civ. P. 15(a), filed at the same time as this motion.

17. Plaintiff is well within the statute of limitations to bring her cause of action which includes a claim for defamation, alleged in Plaintiff's initial complaint under duress, with a one year statute of limitations under California Code of Civil Procedure 340(c).

18. WHEREFORE, Plaintiff respectfully requests that the Court accept her late-filed IFP Application after deadline for good cause shown.

**Dated: April 12, 2017**

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

__Tiffany Denun__
Plaintiff/Petitioner

v.

__John Doe, Twitter Inc. + USD__
Defendant/Respondent

Civil Action No. __3:17-CV-00198-BEN-WVG__

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _[signature]_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: __4/10/17__

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ 1853 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ 25 | $ N/A | $ 0 | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability *(such as social security, insurance payments)* | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance *(such as welfare)* | $ N/A | $ N/A | $ N/A | $ N/A |
| Other *(specify)*: | $ 0 | $ N/A | $ 0 | $ N/A |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.  List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self employed as an independent contractor | | 2011 - 2017 | $ See attached sheet |
| | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4.  How much cash do you and your spouse have? $ _____

    Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Chase Bank savings | Savings account | $ -4.99 | $ N/A |
| Chase Bank | Checking account | $ 40.00 | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) | N/A | $ |
| Other real estate (Value) | N/A | $ |
| Motor vehicle #1 (Value) | Recently totaled so N/A | $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Motor vehicle #2 (Value) | N/A | $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |
| Other assets (Value) | 0 | $ 0 |
| Other assets (Value) | | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. *Please see attached sheet.*

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included?  ☐ Yes  ☐ No<br>Is property insurance included?  ☐ Yes  ☐ No | $ 950 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ N/A | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ 140 | $ N/A |
| Food | $ 250 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 20 | $ N/A |
| Medical and dental expenses | $ 20 | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ 70 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ N/A | $ N/A |
|     Life: | $ N/A | $ N/A |
|     Health: | $ 0 | $ N/A |
|     Motor vehicle: | $ N/A | $ N/A |
|     Other: | $ N/A | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* (filing taxes right after filing this and will get court specifics) | $ 20-40 | $ N/A |
| Installment payments | | |
|     Motor vehicle: N/A | $ N/A | $ N/A |
|     Credit card *(name)*: | $ N/A | $ N/A |
|     Department store *(name)*: | $ N/A | $ N/A |
|     Other: | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* See attached sheet | $ 100-250 | $ N/A |
| Other *(specify)*: Credit card payments →see sheet | $ 500 | $ N/A |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☒ Yes    ☐ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?  ☒ Yes  ☐ No    (Mailbox $95, copyright applications $35x4, printer costs $120 and consulting costs $360)

    If yes, how much?  $ 585

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Please see attached sheet.

12. Identify the city and state of your legal residence.

    San Diego, CA

    Your daytime phone number: 858-262-0052

    Your age: 2    Your years of schooling: Undergraduate school → Law school
                                              4                    2.5 → 3
    See attached sheet

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br><br>　　　Plaintiff,<br><br>v.<br><br>JOHN DOE<br>Address TBD<br><br>and<br><br>TWITTER, INC.<br>1355 Market St. #900<br>San Francisco, CA 94103<br><br>and<br><br>UNIVERSITY OF SAN DIEGO<br>Hughes Administration Center #320<br>5998 Alcala Park<br>San Diego, California 92110 | Case No.: 3:17-cv-00198-BEN-WVG<br><br>**PLAINTIFF'S IN FORMA PAUPERIS ATTACHMENT AND EXHIBITS** |

1

```
SERVE:                                    )
                                          )
JOHN DOE                                  )
Address TBD                               )
                                          )
TWITTER, INC.                             )
Attn: Incorporating Services, Ltd.        )
3500 South DuPont Highway                 )
Dover, Delaware 19901                     )
                                          )
and                                       )
                                          )
UNIVERSITY OF SAN DIEGO                   )
Hughes Administration Center #320         )
5998 Alcala Park                          )
San Diego, California 92110               )
                                          )
        Defendants.                       )
                                          )
_____ )
```

## IN FORMA PAUPERIS ATTACHMENT

1. Plaintiff graduated law school from University of San Diego School of Law at the end of July 2016. Plaintiff is self-employed and supported herself through law school by providing marketing and consulting services as an independent contractor, selling products online, and obtaining federal student loans. Please see attached sheet that includes Plaintiff's income from the past five years.

2. For the past two years, Plaintiff was self-employed as an independent contractor and receiving federal student loans. Prior to law school Plaintiff was continuously

2

employed since the age of 16, and still provided marketing and consulting services as an independent contractor to two separate business entities while attending law school as a full-time student.

3. N/A

4. See attached sheet.

5. Plaintiff has been under extreme duress, which she alleges has been the proximate cause of two separate recent automobile accidents, the second of which totaled her car, *i.e.*, her only significant asset.

6. N/A

7. N/A

8. Please see attachments that include Plaintiff's personal and business expenses, including monthly averages, as well as her current credit card balances and payments due/past due.

9. Due to the enormous costs associated with attending law school, Plaintiff experienced financial hardship through law school, which has been magnified by the injury alleged in the cause of action for which this IFP application pertains. Plaintiff has been the target of harassing behavior which turned into an investigation with the Federal Bureau of Investigation (FBI), and which limited Plaintiff's ability to work, thus negatively affecting her income. Additionally,

3

Plaintiff was actively seeking employment in the legal industry before and during the time of the injury which led to this cause of action, and is still seeking a position in the legal industry, as well as admittance to the state Bar of California.

10. Expenses related to this litigation so far include the cost to obtain mailbox at U.P.S. ($95), cost to register copyrights for the photographs at issue in the related cause of action ($35 x 4), cost to obtain printing supplies for Plaintiff's printer ($120), and consulting costs ($350), for a total of $585 as of the date of this filing, not including loss of income and injury.

11. Plaintiff alleges she cannot pay the cost of these proceedings because she just graduated law school and was actively seeking a job in the legal industry. The actions which led to the FBI investigation, which Plaintiff believes are linked to this cause of injury, negatively impacted Plaintiff's economic relations. Further, Plaintiff has been in pain due to the aforementioned car accidents that she alleges were, in part, caused by the injuries which led to this cause of action.

12. WHEREFORE, Plaintiff respectfully asks the Court to allow her to proceed in forma pauperis.

**Dated: April 12, 2017**

Respectfully submitted,

4

Tiffany L. Dehen<br>
1804 Garnet Avenue, #239<br>
Pacific Beach, CA 92109<br>
Tel. 858-262-0052<br>
Tiffany.Dehen@Gmail.com

| Form | Year | Compensation | Amounts Billed for qualified tuition & related expenses | Scholarships/Grants | |
|---|---|---|---|---|---|
| | 2016 | | | | |
| Form | Year | Nonemployee compensation | Amounts Billed for qualified tuition & related expenses | Scholarships/Grants | |
| 1099 - 1 | 2016 | $17,990.00 | N/A | N/A | |
| 1099 - 2 | 2016 | $2,450 | N/A | N/A | |
| 1098 T | 2016 | N/A | $6,760.00 | N/A | |
| Sales | 2016 | $1,800 | N/A | N/A | |
| | Total: | $22,240.00 | | | |
| | | | | | |
| | 2015 | | | | |
| Form | Year | Nonemployee compensation | Amounts Billed for qualified tuition & related expenses | Scholarships/Grants | |
| 1099 - 1 | 2015 | $9,650.00 | N/A | N/A | |
| 1099 - 2 | 2015 | $4,290.00 | N/A | N/A | |
| 1098 T | 2015 | N/A | $58,480.50 | N/A | |
| | Total: | $13,940.00 | | | |
| | | | | | |
| | 2014 | | | | |
| Form | | Nonemployee compensation | Amounts Billed for qualified tuition & related expenses | Scholarships/Grants | |
| | 2014 | | | | |
| 1099 - 1 | 2014 | $3,810.00 | N/A | N/A | |
| 1099 - 2 | 2014 | $5,780.00 | N/A | N/A | |
| 1098 T | 2014 | N/A | $25,330.51 | $7,500 | |
| 1099 G | 2014 | N/A | N/A | N/A | |
| | Total: | $9,590.00 | | | |

Q 8.

| Expenses | Monthly - Now | Monthly - Avg past 12 months | |
|---|---|---|---|
| Rent | $950 | $950 | |
| Utilities | | | |
| Phone Bill | $50 | $144 | |
| Internet | $50 | $80 | |
| Electricity | $40 | $50 | |
| Food | $250 | $500 | |
| Clothing | $0 | $30 | |
| Laundry | $20 | $30 | |
| Medical and Dental | $20 | $113 | |
| Transportation | $70 | $617 | ($457 car payment + $160 insurance) |
| Recreation | $0 | $50 | |
| Taxes | will get to Court when filed - $20-40 | | |
| Credit Card Payments | can't make them | $550 | |

| Business Expenses | Monthly | |
|---|---|---|
| Home Office | Included in Rent Expense ($950) | |
| Utilities | Included in Personal Expenses | |
| Phone Bill | $50 | |
| Internet | $50 | |
| Electricity | $40 | |
| Business Expenses | $100-250 | Shipping, packaging materials, printing materials, cards, office supplies |
| Car | Included in Personal Expenses (was $617, now no car) | |
| | | |
| | | |

| Credit Card | Balance | Credit Limit | Available Credit | Minimum Payment Due | Last Payment Made | Last Payment Amount |
|---|---|---|---|---|---|---|
| Barclay Card | $2,904.25 | $2,500 | $0 | $524.41 | 11/09/16 | $70.85 |
| Chase Freedom | $2,125.85 | $2,000 | $0 | $129.00 | 1/24/17 | $65.00 |
| Capital One | $747.27 | $600 | $0 | $182.00 | 11/10/16 | $200.00 |
| Care Credit | $1,608.22 | $1,700 | $0 | $464.00 | 10/26/16 | $250.00 |
| Nordstrom | $2,383.18 | $2,000 | $0 | $448.00 | 11/10/16 | $133.00 |
| PayPal 1 | $2,453.91 | $2,611.00 | $0 | $73.00 | 03/03/17 | $357.00 |
| PayPal 2 | $747.64 | $0 | $0 | $205.00 | 1/27/17 | $59.40 |
| Saks | $1,151.29 | $0 | $0 | $375.00 | 10/26/16 | $56.00 |
| Victoria's Secret | $1,252.62 | $1,200 | $0 | $280.00 | 11/10/16 | $105.00 |
| Total | | | $0 | $2,680.41 | | |