```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS091701
Cashier ID: akukura
Transaction Date: 06/08/2017
Payer Name: Tiffany Dehien
------------------------------------
CIVIL FILING FEE
 For: Tiffany Dehien
 Case/Party: D-CAS-3-17-CV-000198-001
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 1245
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.
```