Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

NUNC PRO TUNC
June 16 2017

**FILED**
Jun 20 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ kristenb    DEPUTY

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TIFFANY DEHEN<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN DOE<br>Address TBD<br><br>and<br><br>TWITTER, INC.<br>1355 Market St. #900<br>San Francisco, CA 94103<br><br>and<br><br>UNIVERSITY OF SAN DIEGO<br>Hughes Administration Center #320<br>5998 Alcala Park<br>San Diego, California 92110 | Case No.: 3:17-cv-00198-BEN-WVG<br><br>**PLAINTIFF'S MOTION TO ACCEPT SERVICE OF SUMMONS, RELEVANT LEGAL AUTHORITIES AND SUPPORTING DOCUMENTS** |

·1

| | |
|---|---|
| SERVE:<br><br>JOHN DOE<br>Address TBD<br><br>PERKINS COIE LLP<br>Attn: Julie Schwartz<br>3 150 Porter Drive<br>Palo Alto, CA 94304-1212<br><br>and<br><br>PAUL, PLEVIN, SULLIVAN AND<br>CONNAUGHTON LLP<br>Attn: Joanne Alnajjar Buser<br>101 W. Broadway, Ninth Floor<br>San Diego, CA 92101<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO ACCEPT SERVICE OF SUMMONS, SUPPORTING MEMORANDUM OF POINTS, RELEVANT LEGAL AUTHORITIES AND ATTACHMENTS

1. Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to accept all of the enclosed documents with Plaintiff's June 16, 2017 filing as proof of service of summons issued by the Court June 9, 2017 in compliance with the Federal Rules of Civil Procedure.

2

2. Plaintiff certified under penalty of perjury on April 12, 2017 that she mailed a copy of each of the documents included in the April 13, 2017 filing, as well as the 04/06/2017 and 02/01/2017 filings, to Defendants Twitter, Inc. and University of San Diego by signature confirmation delivery.

3. Both Defendants acknowledged receipt of the aforementioned filings, which included Plaintiff's initial complaint as well as Plaintiff's first amended complaint with relevant legal authorities, exhibits, and all correspondence between Plaintiff and the Court.

4. Defendant University of San Diego acknowledged notice to Plaintiff via email through outside counsel on April 20, 2017. Please see enclosed email.

5. Defendant Twitter acknowledged notice to Plaintiff via email through outside counsel on June 14, 2017. Please see enclosed email.

6. Defendants Twitter and USD have not been prejudiced in any way, as Plaintiff served all corresponding documentation prior to the Court's issuance of the summons on June 9, 2017 and both defendants acknowledged receipt of all corresponding documentation through outside counsel before Plaintiff served the summons on each of them on June 16, 2017.

7. In support of Plaintiff's motion, *please see* 28 U.S.C.A. § 1914(a); Fed. R. Civ. P. 3, 5(d)(2), 28 U.S.C.A.; *Escobedo v. Applebees*, 787 F.3d 1226 (9th Cir. 2015).

8. Plaintiff respectfully requests additional time from the Court to serve the summons and complaint on Defendant(s) John Doe(s), as Plaintiff asked Twitter's counsel on June 16, 2017 to provide Plaintiff with the corresponding email address for the Twitter account @tiffanydehen so that Plaintiff may serve Defendant(s) John Doe(s) via email. *Please see In re Anonymous Online Speakers*, 611 F.3d 653, 655-56 (9th Cir. 2010) opinion withdrawn and superseded by *In re Anonymous Online Speakers*, No. 09-71265, 2011 WL 61635, at 1 (9th Cir. Jan. 7, 2011).

9. Should Twitter refuse to comply, Plaintiff respectfully reserves the right to file a motion requesting the Court to compel Twitter to comply, which Plaintiff also advised Twitter's counsel of on June 16, 2017. Please see enclosed email.

10. WHEREFORE, Plaintiff respectfully asks the Court to accept this filing.

**Dated: June 16, 2017**

Respectfully submitted,

*/s/ Tiffany L. Dehen*

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Tiffany Dehen <tiffany.dehen@gmail.com>

## Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

2 messages

**Heap, Marla (Perkins Coie)** <MHeap@perkinscoie.com>  Wed, Jun 14, 2017 at 4:57 PM
To: "tiffany.dehen@gmail.com" <tiffany.dehen@gmail.com>
Cc: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>, "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>

Ms. Dehen,

Please see attached correspondence from Julie Schwartz.  Hard copy to follow via U.S. Mail.

Thank you.

**Marla Heap | Perkins Coie LLP**

LEGAL SECRETARY TO:

**Julie E. Schwartz | Nancy Cheng | Lauren Cohen | Amisha Manek**

3150 Porter Drive
Palo Alto, CA  94304-1212
D:  650.838.4385

F:  650.838.4350
E:  mheap@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.


**Letter to T. Dehen.pdf**
28K

**Tiffany Dehen** <tiffany.dehen@gmail.com>  Fri, Jun 16, 2017 at 2:05 PM
To: "Heap, Marla (Perkins Coie)" <MHeap@perkinscoie.com>

# PERKINSCOIe
Julie E. Schwartz
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690

Ryan T. Mrazik
RMrazik@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.8098
F. +1.206.359.9098

June 14, 2017

**VIA U.S. MAIL AND EMAIL**

Tiffany L. Dehen
1804 Garnet Ave., #239
Pacific Beach, CA 92109
Email: tiffany.dehen@gmail.com

Re:   *Tiffany Dehen v. John Doe, Twitter, Inc., and University of San Diego*
      **Case No. 3:17-cv-00198-BEN-WVG (S.D. Cal. reopened June 9, 2017)**

Dear Ms. Dehen:

We represent Twitter, Inc. ("Twitter"). You recently filed a First Amended Complaint ("Complaint") against Twitter and others in this matter. We understand that you are proceeding pro se, but if you are represented, please let us know so we can communicate with your attorney.

We request that you dismiss your claims against Twitter because they are legally baseless. If you do not, Twitter will be forced to move to dismiss your claims against it based, among other things, on the federal Communications Decency Act, 47 U.S.C. § 230 ("CDA"). Specifically, the CDA immunizes service providers, including Twitter, against legal claims based on content posted by their users.[1] Numerous courts have held that the CDA bars claims against service providers based on alleged impostor accounts or accounts that include inaccurate information.[2]

Regarding Twitter, the Complaint alleges that on January 30, 2017, at 9:50 p.m. you reported the @tiffanydehen account (the "Account"), created five days earlier, as an impersonation account.[3] Six minutes later, Twitter responded requesting government-issued identification to investigate your complaint.[4] On February 1, 2017, you sent that identification to Twitter, and Twitter

---

[1] *See Perfect 10, Inc. v. CCBill LLC*, 488 F.3d 1102, 1118 (9th Cir. 2007).
[2] *See, e.g., Riggs v. MySpace, Inc.*, 444 Fed. App'x 986, 987 (9th Cir. 2011); *Doe v. MySpace, Inc.*, 528 F.3d 413, 419 (5th Cir. 2008); *Carafano v. Metrosplash.com, Inc.*, 339 F.3d 1119, 1125 (9th Cir. 2003); *Zeran v. Am. Online, Inc.*, 129 F.3d 327, 329 (4th Cir. 1997); *Saponaro v. Grindr, LLC*, 93 F. Supp. 3d 319, 322 (D.N.J. 2015); *Joude v. WordPress Found.*, No. C 14-01656 LB, 2014 WL 3107441, at *8 (N.D. Cal. July 3, 2014).
[3] Complaint ¶¶ 71, 98.
[4] *Id.* ¶ 101.

Tiffany L. Dehen
June 14, 2017
Page 2

removed the Tweets in question within 12 hours.[5] Two days later, Twitter further disabled the Account, completing its entire investigation and resolving your complaint within four days.[6]

Under the CDA, Twitter is immunized from liability for content posted by @tiffanydehen, and any claim you might have is against the person who allegedly impersonated you, not against Twitter. Further, and contrary to your allegations, *Barnes v. Yahoo!, Inc.*, 570 F.3d 1096 (9th Cir. 2009), does not apply here because your claims are not based on a theory of promissory estoppel. And in any event, Twitter's conduct, as alleged in your Complaint, was exemplary. Accordingly, the CDA requires dismissal of your claims against Twitter.

Your claims against Twitter may also be subject to other legal challenges. For example, the lawsuit has been brought in the wrong court, and you have not alleged and cannot allege the elements of your claims. Finally, the lawsuit seeks to hold Twitter liable for exercising its editorial rights to set and enforce policies for reporting, investigating, and removing content, as protected by the First Amendment to the U.S. Constitution.[7] Twitter may therefore move to strike relevant claims under California's Anti-Strategic Lawsuit Against Public Participation ("Anti-SLAPP") Law, Cal. Civ. Proc. Code § 425.16, seeking its attorney's fees and costs, as authorized by law.

We look forward to receiving confirmation that you will dismiss your claims against Twitter. In the meantime, Twitter reserves and does not waive any of its rights, arguments, or objections.

Sincerely,

*Julie E. Schwartz*

Julie E. Schwartz

cc: Ryan T. Mrazik

---

[5] *Id.* ¶¶ 104, 107.
[6] *Id.* ¶ 107.
[7] *See, e.g., Miami Herald Publ'g Co. v. Tornillo*, 418 U.S. 241, 258 (1974) ("The choice of material to go into a newspaper, and the decisions made as to limitations on the size and content of the paper, and treatment of public issues and public officials . . . constitute the exercise of editorial control and judgment" which is protected by the First Amendment.); *Hurley v. Irish-Am. Gay, Lesbian & Bisexual Grp. of Boston*, 515 U.S. 557, 573 (1995) ("[O]ne important manifestation of the principle of free speech is that one who chooses to speak may also decide what not to say.") (internal quotation marks and citation omitted); *Zhang v. Baidu.com Inc.*, 10 F. Supp. 3d 433 (S.D.N.Y 2014) (dismissing claim against provider based on provider's exercise of editorial discretion and explaining that "the fundamental rule of protection under the First Amendment" is that "a speaker has the autonomy to choose the content of his own message").

Cc: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>, "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>

June 16, 2017

Dear Ms. Schwartz,

Please find enclosed Summons for Civil Action No.: 17-cv-198-BEN-WVG.

Hard copy to follow via U.S. Mail.

I respectfully request Twitter, Inc. to provide, to me and to the Court, the email address John Doe used to sign up for the Twitter account @tiffanydehen which is the subject of various claims arising out of the common nucleus of operative fact for which the claims against Twitter, Inc. in Civil Action No.: 17-cv-198-BEN-WVG pertain.

Please be advised that if Twitter refuses, I will be seeking an order from the Court to request Twitter to comply. *Please see In re Anonymous Online Speakers*, 611 F.3d 653, 655-56 (9th Cir. 2010) opinion withdrawn and superseded by *In re Anonymous Online Speakers*, No. 09-71265, 2011 WL 61635, at 1 (9th Cir. Jan. 7, 2011).

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]


Twitter Summons.pdf
347K

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Tiffany Dehen

*Plaintiff*

v.

John Doe; Twitter, Inc.; University of San Diego

*Defendant*

Civil Action No. 17-cv-198-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Twitter, Inc.
1355 Market St. #900
San Francisco, CA 94103

Serve: Perkins Coie LLP
Attn: Julie Schwartz
3150 Porter Drive
Palo Alto, CA 94304-1212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/9/17



John Morrill
*CLERK OF COURT*

S/ K. Betancourt

*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 17-cv-198-BEN-WVG                    Date Issued: 6/9/17

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Twitter, Inc.__

was received by me on *(date)* __Tuesday, June 13, 2017__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* __Julie Schwartz, Perkins Coie LLP__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Twitter, Inc.__
__via email and mail__ on *(date)* __June 16, 2017__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ __12.95__ for services, for a total of $ __12.95__.

I declare under penalty of perjury that this information is true.

Date: __June 16, 2017__                               _____Tiffany Dehen_____
                                                        *Server's Signature*

                                                        __Tiffany Dehen, Pro Se Plaintiff__
                                                        *Printed name and title*

                                                        __1804 Garnet Avenue #239, Pacific Beach, CA 92109__
                                                        *Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

Gmail - Lawsuit against USD                                                                                                                                       6/16/17, 12:22 PM

 Gmail                                                                                                            Tiffany Dehen <tiffany.dehen@gmail.com>

## Lawsuit against USD
2 messages

**Joanne Alnajjar Buser** <jbuser@paulplevin.com>                                                                    Thu, Apr 20, 2017 at 8:33 AM
To: "tiffany.dehen@gmail.com" <tiffany.dehen@gmail.com>

Ms. Dehen,

My firm represents USD in the lawsuit you have filed.  Please serve all case documents on me going forward.  My contact information is below.

Thanks,

Joanne


**Joanne Alnajjar Buser**  Partner
619-243-0897 | jbuser@paulplevin.com



PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

101 West Broadway, Ninth Floor
San Diego, California  92101
619-237-5200 | paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                                                           Fri, Jun 16, 2017 at 12:21 PM
To: Joanne Alnajjar Buser <jbuser@paulplevin.com>

Friday, June 16, 2017

Ms. Buser,

Please find enclosed Summons for Civil Action No.: 17-cv-198-BEN-WVG.

Hard copy to follow via U.S. Mail.

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109
[Quoted text hidden]

📎 **USD Summons.pdf**
352K

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Tiffany Dehen

*Plaintiff*

v.

John Doe; Twitter, Inc.; University of San Diego

*Defendant*

Civil Action No. 17-cv-198-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
University of San Diego
Hughes Administration Center #320
5998 Alcala Park
San Diego, CA 92110

Serve: Paul, Plevin, Sullivan and Connaughton LLP
Attn: Joanne Alnajjar Buser
101 W. Broadway, Ninth Floor
San Diego, CA 92101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/9/17



John Morrill
*CLERK OF COURT*

S/ _____ K. Betancourt
*Signature of Clerk or Deputy Clerk*

AO 441   Summons in a Civil Action (Page ...)

**Civil Action No.** 17-cv-198-BEN-WVG                **Date Issued:** 6/9/17

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **University of San Diego**

was received by me on *(date)* **Tuesday, June 13, 2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* **Joanne Alnajjar Buser, Paul, Plevin, Sullivan & Connaughton LLP**, who is designated by law to accept service of process on behalf of *(name of organization)* **University of San Diego via email and mail** on *(date)* **June 16, 2017**; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ **12.95** for services, for a total of $ **12.95**.

I declare under penalty of perjury that this information is true.

Date: **June 16, 2017**

_____
Server's Signature

**Tiffany Denen**
Printed name and title

**1804 Garnet Avenue #239, Pacific Beach, CA 92109**
Server's address

---

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tiffany Dehen

*Plaintiff*

v.

John Doe; Twitter, Inc.; University of San Diego

*Defendant*

Civil Action No. 17-cv-198-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Doe(s)
Address(es) To Be Determined

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/9/17



John Morrill
*CLERK OF COURT*

S/   K. Betancourt
*Signature of Clerk or Deputy Clerk*

Civil Action No. 17-cv-198-BEN-WVG          Date Issued: 6/9/17

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* John Doe(s)

was received by me on *(date)* Tuesday, June 13, 2017

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: Twitter is in better position to provide John Doe's email address for service of process via email. Plaintiff is working on ascertaining information about John Doe and will seek permission from the court to serve process by publication if unsuccessful.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: June 16, 2017

Tiffany Dehen, Pro Se Plaintiff
*Printed name and title*

1804 Garnet Avenue #239, Pacific Beach, CA 92109
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

## CERTIFICATE OF SERVICE

1. I, Tiffany Dehen Pro Se Plaintiff, certify that on June 16, 2017, I filed the foregoing with the Clerk of the Court and mailed a copy of the summons and motion included in this June 16, 2017 filing to Defendants Twitter, Inc. and University of San Diego by U.S. Mail.

**Dated: June 16, 2017**

Respectfully submitted,

*[signature]*

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com