Tiffany L. Dehen  
1804 Garnet Avenue, #239  
Pacific Beach, CA 92109  
Telephone: 858-262-0052  
Email: tiffany.dehen@gmail.com  

Pro Se Plaintiff

NUNC PRO TUNC  
Jun 23 2017



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN <br> 1804 Garnet Avenue, #239 <br> Pacific Beach, CA 92109 <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE <br> Address TBD <br><br> and <br><br> TWITTER, INC. <br> 1355 Market St. #900 <br> San Francisco, CA 94103 <br><br> and <br><br> UNIVERSITY OF SAN DIEGO <br> Hughes Administration Center #320 <br> 5998 Alcala Park <br> San Diego, California 92110 | Case No.: 3:17-cv-00198-BEN-WVG <br><br> **PLAINTIFF'S MOTION TO FILE ELECTRONICALLY** |

1

| | |
|---|---|
| SERVE: | ) |
| | ) |
| JOHN DOE | ) |
| Address TBD | ) |
| | ) |
| PERKINS COIE LLP | ) |
| Attn: Julie Schwartz | ) |
| 3150 Porter Drive | ) |
| Palo Alto, CA 94304-1212 | ) |
| | ) |
| and | ) |
| | ) |
| PAUL, PLEVIN, SULLIVAN AND | ) |
| CONNAUGHTON LLP | ) |
| Attn: Joanne Alnajjar Buser | ) |
| 101 W. Broadway, Ninth Floor | ) |
| San Diego, CA 92101 | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## PLAINTIFF'S MOTION TO FILE ELECTRONICALLY

1. Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to allow Plaintiff to file electronically as a Pro Se Plaintiff.

2. Plaintiff respectfully asks the Court to send all correspondence, documentation, and filings electronically to Plaintiff's email address, tiffany.dehen@gmail.com.

2. WHEREFORE, Plaintiff respectfully asks the Court to accept Plaintiff's motion.

**Dated: June 23, 2017**

Respectfully submitted,

2

*[signature]*

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

3

## CERTIFICATE OF SERVICE

1. I, Tiffany Dehen Pro Se Plaintiff, certify that on June 23, 2017, I filed the foregoing with the Clerk of the Court and mailed a copy to outside counsel for Defendants Twitter, Inc. and University of San Diego by U.S. Mail.

**Dated: June 23, 2017**

Respectfully submitted,

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com