Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

Pro Se Plaintiff

NUNC PRO TUNC
Jun 23 2017

FILED
JUN 26 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

TIFFANY DEHEN
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

Plaintiff,

v.

JOHN DOE
Address TBD

and

TWITTER, INC.
1355 Market St. #900
San Francisco, CA 94103

and

UNIVERSITY OF SAN DIEGO
Hughes Administration Center #320
5998 Alcala Park
San Diego, California 92110

Case No.: 3:17-cv-00198-BEN-WVG

**PLAINTIFF'S MOTION TO CORRECT RECORD WITH MEMORANDUM, SIGNED FORM AO399 FROM USD, & SUPPORTING DOCUMENTS**

SERVE:

JOHN DOE
Address TBD

PERKINS COIE LLP
Attn: Julie Schwartz
3150 Porter Drive
Palo Alto, CA 94304-1212

and

PAUL, PLEVIN, SULLIVAN AND CONNAUGHTON LLP
Attn: Joanne Alnajjar Buser
101 W. Broadway, Ninth Floor
San Diego, CA 92101

Defendants.

**PLAINTIFF'S MOTION TO CORRECT RECORD**

**MEMORANDUM**

1. Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to correct the record from Plaintiff's June 16, 2017 filing.

2. Plaintiff certified under penalty of perjury that on April 12, 2017 she mailed a copy of each of the documents included in the April 13, 2017 filing, as well as the 04/06/2017 and 02/01/2017 filings, to Defendants Twitter, Inc. and University of San Diego (USD) by signature delivery confirmation.

3. Ms. Buser, Partner with Paul, Plevin, Sullivan & Connaughton LLP, emailed Plaintiff on April 20, 2017, notifying Plaintiff of representation on behalf of USD and asking Plaintiff to serve all documentation on her going forward.

4. Since Plaintiff attempted to proceed *In Forma Pauperis*, the Court did not issue Plaintiff a summons to serve on Defendants until June 9, 2017, because Plaintiff was granted 45 days to pay the required filing fee. *Please see Escobedo v. Applebees*, 787 F.3d 1226 (9th Cir. 2015).

5. Ms. Schwartz, Counsel with Perkins Coie, emailed and mailed correspondence to Plaintiff on June 14, 2017 to notify Plaintiff of Perkins Coie's representation of Twitter and demand Plaintiff to dismiss her claims against Twitter.

6. Plaintiff respectfully asks the Court to correct the record because Plaintiff interpreted the fact that she received emails from outside counsel initiated by outside counsel for both Twitter and USD to be acknowledgement of receipt by both Defendants of Plaintiff's complaints and indication to serve all future documentation upon those same outside counsel.

7. On June 16, 2017, Plaintiff emailed the summons to both Ms. Buser and Ms. Schwartz by replying to each of their introductory emails.

8. On June 16, 2017, Plaintiff also mailed through U.S. Mail a hard copy of the summons, as well as a copy of Plaintiff's complete June 16, 2017 filing with the Court, to outside counsel for both Twitter and USD.

9. On June 18, 2017, Ms. Buser, counsel for USD, notified Plaintiff via email that she received the summons and was kind enough to request a waiver of service form from Plaintiff, proceeding Pro Se at this time. Please see enclosed email.

10. On June 19, 2017, Ms. Schwartz, counsel for Twitter, replied to Plaintiff's summons email stating Perkins Coie had not agreed to accept service of process on behalf of Twitter, despite Perkins Coie's June 14, 2017 demand letter to Plaintiff notifying Plaintiff that Perkins Coie represents Twitter. Please see enclosed email.

11. Plaintiff included Perkins Coie's June 14, 2017 demand letter in her June 16, 2017 filing with the Court, as it was included in the email correspondence from Perkins Coie and clearly proves receipt of Plaintiff's complaints.

12. For the record, Plaintiff contends Perkins Coie's June 14, 2017 demand letter contains several statements of fact and law that are erroneous, in dispute, and create several triable issues for the Court and jury.

13. Plaintiff also contends Ms. Schwartz's June 19, 2017 email contains statements of fact and law that are erroneous, in dispute, and create triable issues for the Court and jury. Please see enclosed email.

14. On June 20, 2017, Plaintiff emailed the waiver of service of summons form to both Ms. Buser and Ms. Schwartz for signatures. Please see enclosed emails.

15. On June 20, 2017, Plaintiff mailed to Defendant University of San Diego by UPS signature confirmation delivery the following: Plaintiff's correspondence to USD regarding service of summons; a copy of Plaintiff's June 16, 2017 filing with the Court consisting of a copy of the summons issued by the Court for each named defendant, Plaintiff's certificate of service forms, Plaintiff's accompanying motion and various email attachments; and a copy of Plaintiff's correspondence with Ms. Buser, which included a copy of Plaintiff's request for waiver of service of summons. Please see attached documents.

16. On June 20, 2017, Plaintiff mailed to Defendant Twitter by UPS signature confirmation delivery the following: Plaintiff's correspondence to Twitter regarding service of summons; a copy of Plaintiff's June 16, 2017 filing with the Court consisting of a copy of the summons issued by the Court for each named defendant, Plaintiff's certificate of service forms, Plaintiff's accompanying motion and various email attachments; and a copy of Plaintiff's correspondence with Ms. Schwartz, which included a copy of Plaintiff's request for waiver of service of summons. Please see attached documents.

17.  On June 20, 2017, Plaintiff received signed waiver of service of process form from Ms. Buser on behalf of USD.  Please see completed Form AO 399 enclosed.

18.  As of June 23, 2017, Plaintiff has not yet received a signed Form AO 399 from Perkins Coie accepting service of process on behalf of Twitter, nor the email address John Doe used to sign up for the Twitter account @tiffanydehen so that Plaintiff may serve John Doe by email.

19.  WHEREFORE, Plaintiff respectfully asks the Court to accept this filing with completed Form AO 399 for Defendant USD enclosed and amend the record accordingly.

**Dated: June 23, 2017**

Respectfully submitted,

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Tiffany Dehen
*Plaintiff*
v.
USD, Twitter, Inc., John Does
*Defendant*

Civil Action No. 3:17-cv-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: Tiffany Dehen
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 6/20/2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6/20/17

University of San Diego ("USD")
*Printed name of party waiving service of summons*

[signature]
*Signature of the attorney or unrepresented party*

Joanne Alnajjar Buser
*Printed name*

Paul Plevin Sullivan & Connaughton LLP
101 West Broadway, Suite 900, San Diego, CA 92101
*Address*

jbuser@paulplevin.com
*E-mail address*

619-237-5200, ext. 897
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**SERVICE LIST**
**Re: Tiffany Dehen v. John Doe, Twitter, Inc., and University of San Diego**
**Case No. 3 :17-cv-00198-BEN-WVG (S.D. Cal. reopened June 9, 2017)**

| | |
|---|---|
| Tiffany L . Dehen<br>Pro Se Plaintiff<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br>Tel. 858-262-0052<br>Email: Tiffany.Dehen@Gmail.com | Pro Se Plaintiff |
| Julie E. Schwartz<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>D. +1.6S0.838A490<br>F. +1.650.838.4690<br>E: JSchwartz@perkinscoie.com | Attorneys for Defendant, Twitter, Inc. |
| Ryan T. Mrazik<br>Perkins Coie LLP<br>1201 Third Avenue, Suitc4900<br>Seattle, WA 98l01-3099<br>D. +1.206.359.8098<br>F. +l.206.359.9098<br>E: RMrazik@perkinscoie.com | |

 Tiffany Dehen <tiffany.dehen@gmail.com>

# Lawsuit against USD

**Joanne Alnajjar Buser** <jbuser@paulplevin.com> Sun, Jun 18, 2017 at 9:13 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Dear Ms. Dehen,

I am in receipt of your email attaching the summons. The complaint was previously received by our client by mail. The summons and complaint should have been personally served. However, since we already have them, can you please send me a completed waiver of service form for signature in compliance with Rule 4? We can sign the waiver of service so you don't have to go to the trouble of serving the documents.

Thanks,

Joanne

**Joanne Alnajjar Buser** Partner
619-243-0897 | jbuser@paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Friday, June 16, 2017 12:22 PM
**To:** Joanne Alnajjar Buser <jbuser@paulplevin.com>
**Subject:** Re: Lawsuit against USD

Friday, June 16, 2017

Ms. Buser,

Please find enclosed Summons for Civil Action No.: 17-cv-198-BEN-WVG.

Hard copy to follow via U.S. Mail.

Best Regards,

Tiffany L. Dehen J.D.

University of San Diego School of Law 2016

*Business & Corporate Law Concentration*

*Intellectual Property Law Concentration*

tiffany.dehen@gmail.com

Ph: 858-262-0052

1804 Garnet Avenue #239

Pacific Beach, CA 92109

On Thu, Apr 20, 2017 at 8:33 AM, Joanne Alnajjar Buser <jbuser@paulplevin.com> wrote:

> Ms. Dehen,
>
> My firm represents USD in the lawsuit you have filed. Please serve all case documents on me going forward. My contact information is below.
>
> Thanks,
>
> Joanne

**Joanne Alnajjar Buser** Partner
619-243-0897 | jbuser@paulplevin.com

**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**

101 West Broadway, Ninth Floor
San Diego, California 92101
619-237-5200 | paulplevin.com

---

**Confidentiality Notice**: This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

 Tiffany Dehen <tiffany.dehen@gmail.com>

# Lawsuit against USD

**Tiffany Dehen** <tiffany.dehen@gmail.com> Tue, Jun 20, 2017 at 9:53 AM
To: Joanne Alnajjar Buser <jbuser@paulplevin.com>

Thank you Ms. Buser.

Please find enclosed USD waiver of service of summons.

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

**USD Waiver.pdf**
161K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Tiffany Dehen
*Plaintiff*
v.
USD, Twitter, Inc., John Doe(s)
*Defendant*

Civil Action No. 3:17-cv-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: Tiffany Dehen
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 6/20/2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

____________
*Signature of the attorney or unrepresented party*

____________
*Printed name of party waiving service of summons*

____________
*Printed name*

____________
*Address*

____________
*E-mail address*

____________
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

 Tiffany Dehen <tiffany.dehen@gmail.com>

## Lawsuit against USD

**Joanne Alnajjar Buser** <jbuser@paulplevin.com>
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Tue, Jun 20, 2017 at 10:47 PM

Thank you. I'm attaching a courtesy copy of our signed waiver here, which has also been served by mail.

Joanne

**Joanne Alnajjar Buser** Partner
619-243-0897 | jbuser@paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Tuesday, June 20, 2017 9:53 AM

[Quoted text hidden]

[Quoted text hidden]

**USD's Waiver of the Service of Summons with POS.pdf**
1043K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Tiffany Dehen
*Plaintiff*
v.
USD, Twitter, Inc., John Doe(s)
*Defendant*

Civil Action No. 3:17-cv-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: Tiffany Dehen
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 6/20/2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 6/20/17

[signature]
*Signature of the attorney or unrepresented party*

University of San Diego ("USD")
*Printed name of party waiving service of summons*

Joanne Alnajjar Buser
*Printed name*

Paul Plevin Sullivan & Connaughton LLP
101 West Broadway, Suite 900, San Diego, CA 92101
*Address*

jbuser@paulplevin.com
*E-mail address*

619-237-5200, ext. 897
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**PROOF OF SERVICE**

**Re: Tiffany Dehen v. John Doe, Twitter, Inc., and University of San Diego**
**Case No. 3 :17-cv-00198-BEN-WVG (S.D. Cal. reopened June 9, 2017)**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On June 20, 2017, I served true copies of the following document(s) described as

**WAIVER OF THE SERVICE OF SUMMONS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 20, 2017, at San Diego, California.

Leslie Rivera Mason

**SERVICE LIST**
**Re: Tiffany Dehen v. John Doe, Twitter, Inc., and University of San Diego**
**Case No. 3 :17-cv-00198-BEN-WVG (S.D. Cal. reopened June 9, 2017)**

| | |
|---|---|
| Tiffany L . Dehen<br>Pro Se Plaintiff<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br>Tel. 858-262-0052<br>Email: Tiffany.Dehen@Gmail.com | Pro Se Plaintiff |
| Julie E. Schwartz<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>D. +1.6S0.838A490<br>F. +1.650.838.4690<br>E: JSchwartz@perkinscoie.com | Attorneys for Defendant, Twitter, Inc. |
| Ryan T. Mrazik<br>Perkins Coie LLP<br>1201 Third Avenue, Suitc4900<br>Seattle, WA 98101-3099<br>D. +1.206.359.8098<br>F. +l.206.359.9098<br>E: RMrazik@perkinscoie.com | |

 Tiffany Dehen <tiffany.dehen@gmail.com>

# Lawsuit against USD

**Tiffany Dehen** <tiffany.dehen@gmail.com> Wed, Jun 21, 2017 at 12:07 PM
To: Joanne Alnajjar Buser <jbuser@paulplevin.com>

Received. Thank you Ms. Buser. I will file with the Court this week.

Best Regards,
Tiffany
[Quoted text hidden]

**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101
619-237-5200 | paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

**2 attachments**

**image001.gif**
3K

**USD's Waiver of the Service of Summons with POS.pdf**
1043K

 Tiffany Dehen <tiffany.dehen@gmail.com>

# Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

**Schwartz, Julie E. (Perkins Coie)** <JSchwartz@perkinscoie.com> Mon, Jun 19, 2017 at 6:04 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>
Cc: "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>, "Heap, Marla (Perkins Coie)" <MHeap@perkinscoie.com>

Ms. Dehen,

Thank you for your email. As explained in our letter, Twitter is not liable for content posted by the person who allegedly impersonated you using the @tiffanydehen account. Therefore, Twitter is not a proper defendant in this lawsuit. Please confirm you will dismiss Twitter immediately. If you are seeking identifying information for the person who used the @tiffanydehen account, you may then issue a subpoena to Twitter as a non-party.

If you proceed, we have not agreed to accept service of process on behalf of Twitter. Therefore, your attempt at service is ineffective.

If you will stipulate to a two-week extension of time for Twitter to respond to the Complaint, Twitter will agree to accept service by email to us as its counsel. This means that Twitter will have 35 days to respond to the Complaint upon receipt of an email from you attaching the Summons, Complaint, and a Proof of Service. Otherwise, please serve Twitter in a legally authorized manner or request a waiver of service.

Twitter reserves and does not waive any of its rights, arguments, or objections.

Regards,

**Julie Schwartz | Perkins Coie LLP**

D. 650.838.4490

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Friday, June 16, 2017 2:06 PM
**To:** Heap, Marla (PAO)
**Cc:** Schwartz, Julie E. (PAO); Mrazik, Ryan T. (SEA)
**Subject:** Re: Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

[Quoted text hidden]
[Quoted text hidden]

 Tiffany Dehen <tiffany.dehen@gmail.com>

# Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

**Tiffany Dehen** <tiffany.dehen@gmail.com> Tue, Jun 20, 2017 at 10:01 AM
To: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>
Cc: "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>, "Heap, Marla (Perkins Coie)" <MHeap@perkinscoie.com>

Ms. Schwartz,

Please find enclosed Twitter waiver of service of summons.

Hard copy of summons and related documents to follow to Twitter through U.S. mail with signature confirmation.

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

**Twitter Waiver.pdf**
160K

 Tiffany Dehen <tiffany.dehen@gmail.com>

# Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

**Tiffany Dehen** <tiffany.dehen@gmail.com> Fri, Jun 23, 2017 at 10:16 AM
To: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>

Ms. Schwartz,

I just realized the form I sent you via email did not have the proper date on it. Please find enclosed a revised version of Form AO 399 with the date.

The version I sent via U.S. Mail should have had the date, but if it didn't, please let me know so we can adjust accordingly.

I don't mind giving Perkins the extra few days due to my mistake, as it appears Perkins will need the extra time to respond to the claims in my complaint, so long as the Court has no objections due to the fact Perkins is an international big law firm up against a pro se plaintiff.

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

**Twitter Waiver w:Date.pdf**
132K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Tiffany Dehen
*Plaintiff*

v.

Twitter, Inc., USD, John Doe(s)
*Defendant*

Civil Action No. 3:17-cv-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: Tiffany Dehen
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 6/20/2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ________

*Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*

*Printed name*

*Address*

*E-mail address*

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

University of San Diego
Hughes Administration Center #320
5998 Alcala Park
San Diego, California 92110

June 20, 2017

**Correspondence Re: Civil Action No.: 3:17-cv-00198-BEN-WVG**

Dear University of San Diego,

Please find enclosed all documents I filed with the U.S. District Court for the
Southern District of California on Friday, June 16, 2017, which include:

- Certificate of Service
- Accompanying motion and attachments
- Official summons issued by the Court for Civil Action No.:
  17-cv-00198-BEN-WVG

Please be advised I emailed the summons to your counsel, Ms. Buser, on Friday, as
well as sent by U.S. mail with signature delivery confirmation. She emailed
confirmation of receipt and agreed to accept service of process on your behalf by
email. Please see accompanying emails.

Respectfully signed,

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Tiffany Dehen <tiffany.dehen@gmail.com>

# Lawsuit against USD

**Tiffany Dehen** <tiffany.dehen@gmail.com>
To: Joanne Alnajjar Buser <jbuser@paulplevin.com>

Tue, Jun 20, 2017 at 9:53 AM

Thank you Ms. Buser.

Please find enclosed USD waiver of service of summons.

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

**USD Waiver.pdf**
161K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Tiffany Dehen
*Plaintiff*

v.

USD, Twitter, Inc., John Doe(s)
*Defendant*

Civil Action No. 3:17-cv-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: Tiffany Dehen
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 6/20/2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______

*Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*

*Printed name*

*Address*

*E-mail address*

*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

 Tiffany Dehen <tiffany.dehen@gmail.com>

## Lawsuit against USD

Joanne Alnajjar Buser <jbuser@paulplevin.com>
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Sun, Jun 18, 2017 at 9:13 PM

Dear Ms. Dehen,

I am in receipt of your email attaching the summons. The complaint was previously received by our client by mail. The summons and complaint should have been personally served. However, since we already have them, can you please send me a completed waiver of service form for signature in compliance with Rule 4? We can sign the waiver of service so you don't have to go to the trouble of serving the documents.

Thanks,

Joanne

**Joanne Alnajjar Buser** Partner
619-243-0897 | jbuser@paulplevin.com

**Confidentiality Notice:** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Friday, June 16, 2017 12:22 PM
**To:** Joanne Alnajjar Buser <jbuser@paulplevin.com>
**Subject:** Re: Lawsuit against USD

Friday, June 16, 2017

Ms. Buser,

Please find enclosed Summons for Civil Action No.: 17-cv-198-BEN-WVG.

Hard copy to follow via U.S. Mail.

Best Regards,

Tiffany L. Dehen J.D.

University of San Diego School of Law 2016

*Business & Corporate Law Concentration*

*Intellectual Property Law Concentration*

tiffany.dehen@gmail.com

Ph: 858-262-0062

1804 Garnet Avenue #239

Pacific Beach, CA 92109

On Thu, Apr 20, 2017 at 8:33 AM, Joanne Alnajjar Buser <jbuser@paulplevin.com> wrote:

Ms. Dehen,

My firm represents USD in the lawsuit you have filed. Please serve all case documents on me going forward. My contact information is below.

Thanks,

Joanne

**Joanne Alnajjar Buser** Partner
619-243-0697 | jbuser@paulplevin.com

**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**

101 West Broadway, Ninth Floor
San Diego, California 92101
619-237-5200 | paulplevin.com

**Confidentiality Notice**: This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

Twitter, Inc.
Attn: Incorporating Services, Ltd.
3500 South DuPont Highway
Dover, Delaware 19901

June 20, 2017

**Correspondence Re: Civil Action No.: 3:17-cv-00198-BEN-WVG**

Dear Twitter, Inc.,

Please find enclosed all documents I filed with the U.S. District Court for the
Southern District of California on Friday, June 16, 2017, which include:
- Certificate of Service
- Accompanying motion and attachments
- Official summons issued by the Court for Civil Action No.:
  17-cv-00198-BEN-WVG

Please be advised I emailed the summons to your counsel, Ms. Schwartz, on
Friday, as well as sent by U.S. mail with signature delivery confirmation.

I emailed waiver of service of summons form to Ms. Schwartz today and sent by
U.S. mail with signature delivery confirmation.  Please see accompanying emails.

Respectfully signed,

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

 Gmail

Tiffany Dehen <tiffany.dehen@gmail.com>

## Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

**Tiffany Dehen** <tiffany.dehen@gmail.com> Tue, Jun 20, 2017 at 10:01 AM
To: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>
Cc: "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>, "Heap, Marla (Perkins Coie)" <MHeap@perkinscoie.com>

Ms. Schwartz,

Please find enclosed Twitter waiver of service of summons.

Hard copy of summons and related documents to follow to Twitter through U.S. mail with signature confirmation.

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

**Twitter Waiver.pdf**
160K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Tiffany Dehen
*Plaintiff*

v.

Twitter, Inc., USD, John Doe(s)
*Defendant*

Civil Action No. 3:17-CV-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: Tiffany Dehen
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ______________, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

______________________________
*Signature of the attorney or unrepresented party*

______________________________
*Printed name of party waiving service of summons*

______________________________
*Printed name*

______________________________
*Address*

______________________________
*E-mail address*

______________________________
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

**CERTIFICATE OF SERVICE**

1. I, Tiffany Dehen Pro Se Plaintiff, certify that on June 16, 2017, I filed the foregoing with the Clerk of the Court and mailed a copy of the summons and motion included in this June 16, 2017 filing to Defendants Twitter, Inc. and University of San Diego by U.S. Mail.

**Dated: June 16, 2017**

Respectfully submitted,

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

Pro Se Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

TIFFANY DEHEN
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

Plaintiff,

v.

JOHN DOE
Address TBD

and

TWITTER, INC.
1355 Market St. #900
San Francisco, CA 94103

and

UNIVERSITY OF SAN DIEGO
Hughes Administration Center #320
5998 Alcala Park
San Diego, California 92110

Case No.: 3:17-cv-00198-BEN-WVG

**PLAINTIFF'S MOTION TO ACCEPT SERVICE OF SUMMONS, RELEVANT LEGAL AUTHORITIES AND SUPPORTING DOCUMENTS**

SERVE:

JOHN DOE
Address TBD

PERKINS COIE LLP
Attn: Julie Schwartz
35150 Porter Drive
Palo Alto, CA 94304-1212

and

PAUL, PLEVIN, SULLIVAN AND CONNAUGHTON LLP
Attn: Joanne Alnajjar Buser
101 W. Broadway, Ninth Floor
San Diego, CA 92101

Defendants.

JUN 16 2017
RECEIVED

**PLAINTIFF'S MOTION TO ACCEPT SERVICE OF SUMMONS, SUPPORTING MEMORANDUM OF POINTS, RELEVANT LEGAL AUTHORITIES AND ATTACHMENTS**

1. Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to accept all of the enclosed documents with Plaintiff's June 16, 2017 filing as proof of service of summons issued by the Court June 9, 2017 in compliance with the Federal Rules of Civil Procedure.

2. Plaintiff certified under penalty of perjury on April 12, 2017 that she mailed a copy of each of the documents included in the April 13, 2017 filing, as well as the 04/06/2017 and 02/01/2017 filings, to Defendants Twitter, Inc. and University of San Diego by signature confirmation delivery.

3. Both Defendants acknowledged receipt of the aforementioned filings, which included Plaintiff's initial complaint as well as Plaintiff's first amended complaint with relevant legal authorities, exhibits, and all correspondence between Plaintiff and the Court.

4. Defendant University of San Diego acknowledged notice to Plaintiff via email through outside counsel on April 20, 2017. Please see enclosed email.

5. Defendant Twitter acknowledged notice to Plaintiff via email through outside counsel on June 14, 2017. Please see enclosed email.

6. Defendants Twitter and USD have not been prejudiced in any way, as Plaintiff served all corresponding documentation prior to the Court's issuance of the summons on June 9, 2017 and both defendants acknowledged receipt of all corresponding documentation through outside counsel before Plaintiff served the summons on each of them on June 16, 2017.

7. In support of Plaintiff's motion, *please see* 28 U.S.C.A. § 1914(a); Fed. R. Civ. P. 3, 5(d)(2), 28 U.S.C.A.; *Escobedo v. Applebees*, 787 F.3d 1226 (9th Cir. 2015).

8. Plaintiff respectfully requests additional time from the Court to serve the summons and complaint on Defendant(s) John Doe(s), as Plaintiff asked Twitter's counsel on June 16, 2017 to provide Plaintiff with the corresponding email address for the Twitter account @tiffanydehen so that Plaintiff may serve Defendant(s) John Doe(s) via email. *Please see In re Anonymous Online Speakers*, 611 F.3d 653, 655-56 (9th Cir. 2010) opinion withdrawn and superseded by *In re Anonymous Online Speakers*, No. 09-71265, 2011 WL 61635, at 1 (9th Cir. Jan. 7, 2011).

9. Should Twitter refuse to comply, Plaintiff respectfully reserves the right to file a motion requesting the Court to compel Twitter to comply, which Plaintiff also advised Twitter's counsel of on June 16, 2017. Please see enclosed email.

10. WHEREFORE, Plaintiff respectfully asks the Court to accept this filing.

**Dated: June 16, 2017**

Respectfully submitted,

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

# Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

**Heap, Maria (Perkins Coie)** <MHeap@perkinscoie.com> Wed, Jun 14, 2017 at 4:57 PM
To: "tiffany.dehen@gmail.com" <tiffany.dehen@gmail.com>
Cc: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>, "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>

Ms. Dehen,

Please see attached correspondence from Julie Schwartz. Hard copy to follow via U.S. Mail.

Thank you.

**Maria Heap** Perkins Coie LLP

**Julie E. Schwartz | Nancy Cheng | Lauren Cohen | Amisha Manek**

3150 Porter Drive
Palo Alto, CA 94304-1212
D: 650.838.4385

F: 650.838.4350
E: mheap@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**Letter to T. Dehen.pdf**
28K

**Tiffany Dehen** <tiffany.dehen@gmail.com> Fri, Jun 16, 2017 at 2:05 PM
To: "Heap, Maria (Perkins Coie)" <MHeap@perkinscoie.com>

PERKINSCOIE

Julie E. Schwartz
JSchwartz@perkinscoie.com
3150 Porter Drive
Palo Alto, CA 94304-1212
D. +1.650.838.4490
F. +1.650.838.4690

Ryan T. Mrazik
RMrazik@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.8098
F. +1.206.359.9098

June 14, 2017

**VIA U.S. MAIL AND EMAIL**

Tiffany L. Dehen
1804 Garnet Ave., #239
Pacific Beach, CA 92109
Email: tiffany.dehen@gmail.com

**Re: *Tiffany Dehen v. John Doe, Twitter, Inc., and University of San Diego***
**Case No. 3:17-cv-00198-BEN-WVG (S.D. Cal. reopened June 9, 2017)**

Dear Ms. Dehen:

We represent Twitter, Inc. ("Twitter"). You recently filed a First Amended Complaint ("Complaint") against Twitter and others in this matter. We understand that you are proceeding pro se, but if you are represented, please let us know so we can communicate with your attorney.

We request that you dismiss your claims against Twitter because they are legally baseless. If you do not, Twitter will be forced to move to dismiss your claims against it based, among other things, on the federal Communications Decency Act, 47 U.S.C. § 230 ("CDA"). Specifically, the CDA immunizes service providers, including Twitter, against legal claims based on content posted by their users.[1] Numerous courts have held that the CDA bars claims against service providers based on alleged impostor accounts or accounts that include inaccurate information.[2]

Regarding Twitter, the Complaint alleges that on January 30, 2017, at 9:50 p.m. you reported the @tiffanydehen account (the "Account"), created five days earlier, as an impersonation account.[3] Six minutes later, Twitter responded requesting government-issued identification to investigate your complaint.[4] On February 1, 2017, you sent that identification to Twitter, and Twitter

---

[1] *See Perfect 10, Inc. v. CCBill LLC*, 488 F.3d 1102, 1118 (9th Cir. 2007).
[2] *See, e.g., Riggs v. MySpace, Inc.*, 444 Fed. App'x 986, 987 (9th Cir. 2011); *Doe v. MySpace, Inc.*, 528 F.3d 413, 419 (5th Cir. 2008); *Carafano v. Metrosplash.com, Inc.*, 339 F.3d 1119, 1125 (9th Cir. 2003); *Zeran v. Am. Online, Inc.*, 129 F.3d 327, 329 (4th Cir. 1997); *Saponaro v. Grindr, LLC*, 93 F. Supp. 3d 319, 322 (D.N.J. 2015); *Jaude v. WordPress Found.*, No. C 14-01656 LB, 2014 WL 3107441, at *8 (N.D. Cal. July 3, 2014).
[3] Complaint ¶¶ 71, 98.
[4] *Id.* ¶ 101.

removed the Tweets in question within 12 hours.[5] Two days later, Twitter further disabled the Account, completing its entire investigation and resolving your complaint within four days.[6]

Under the CDA, Twitter is immunized from liability for content posted by @tiffanydehen, and any claim you might have is against the person who allegedly impersonated you, not against Twitter. Further, and contrary to your allegations, *Barnes v. Yahoo!, Inc.*, 570 F.3d 1096 (9th Cir. 2009), does not apply here because your claims are not based on a theory of promissory estoppel. And in any event, Twitter's conduct, as alleged in your Complaint, was exemplary. Accordingly, the CDA requires dismissal of your claims against Twitter.

Your claims against Twitter may also be subject to other legal challenges. For example, the lawsuit has been brought in the wrong court, and you have not alleged and cannot allege the elements of your claims. Finally, the lawsuit seeks to hold Twitter liable for exercising its editorial rights to set and enforce policies for reporting, investigating, and removing content, as protected by the First Amendment to the U.S. Constitution.[7] Twitter may therefore move to strike relevant claims under California's Anti-Strategic Lawsuit Against Public Participation ("Anti-SLAPP") Law, Cal. Civ. Proc. Code § 425.16, seeking its attorney's fees and costs, as authorized by law.

We look forward to receiving confirmation that you will dismiss your claims against Twitter. In the meantime, Twitter reserves and does not waive any of its rights, arguments, or objections.

Sincerely,

Julie E. Schwartz

cc: Ryan T. Mrazik

---

[5] *Id.* ¶¶ 104, 107.

[6] *Id.* ¶ 107.

[7] *See, e.g.*, *Miami Herald Publ'g Co. v. Tornillo*, 418 U.S. 241, 258 (1974) ("The choice of material to go into a newspaper, and the decisions made as to limitations on the size and content of the paper, and treatment of public issues and public officials . . . constitute the exercise of editorial control and judgment" which is protected by the First Amendment.); *Hurley v. Irish-Am. Gay, Lesbian & Bisexual Grp. of Boston*, 515 U.S. 557, 573 (1995) ("[O]ne important manifestation of the principle of free speech is that one who chooses to speak may also decide what not to say.") (internal quotation marks and citation omitted); *Zhang v. Baidu.com Inc.*, 10 F. Supp. 3d 433 (S.D.N.Y 2014) (dismissing claim against provider based on provider's exercise of editorial discretion and explaining that "the fundamental rule of protection under the First Amendment" is that "a speaker has the autonomy to choose the content of his own message").

Cc: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>, "Mrazik, Ryan T. (Perkins Coie)" <RMrazik@perkinscoie.com>

June 16, 2017

Dear Ms. Schwartz,

Please find enclosed Summons for Civil Action No.: 17-cv-198-BEN-WVG.

Hard copy to follow via U.S. Mail.

I respectfully request Twitter, Inc. to provide, to me and to the Court, the email address John Doe used to sign up for the Twitter account @tiffanydehen which is the subject of various claims arising out of the common nucleus of operative fact for which the claims against Twitter, Inc. in Civil Action No.: 17-cv-198-BEN-WVG pertain.

Please be advised that if Twitter refuses, I will be seeking an order from the Court to request Twitter to comply. *Please see In re Anonymous Online Speakers*, 611 F.3d 653, 655-56 (9th Cir. 2010) opinion withdrawn and superseded by *In re Anonymous Online Speakers*, No. 09-71265, 2011 WL 61635, at 1 (9th Cir. Jan. 7, 2011).

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

Twitter Summons.pdf
347K

AO 441 Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

JUN 16 2017
RECEIVED

Tiffany Dehen

*Plaintiff*

v.

John Doe; Twitter, Inc.; University of San Diego

*Defendant*

Civil Action No. 17-cv-198-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Twitter, Inc.
1355 Market St. #900
San Francisco, CA 94103

Serve: Perkins Coie LLP
Attn: Julie Schwartz
3150 Porter Drive
Palo Alto, CA 94304-1212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/9/17

John Morrill
*CLERK OF COURT*

S/ K. Betancourt
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 17-cv-198-BEN-WVG Date Issued: 6/9/17

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Twitter, Inc.

was received by me on *(date)* Tuesday, June 13, 2017.

I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

I left the summons at the individual's residence or place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* Julie Schwartz, Perkins Coie LLP, who is designated by law to accept service of process on behalf of *(name of organization)* Twitter, Inc. via email and mail on *(date)* June 16, 2017; or

I returned the summons unexecuted because ______ ; or

Other *(specify)*:

My fees are $ ______ for travel and $ 12.95 for services, for a total of $ 12.95.

I declare under penalty of perjury that this information is true.

Date: June 16, 2017

[signature]
*Server's Signature*

Tiffany Dehen, Pro Se Plaintiff
*Printed name and title*

1804 Garnet Avenue #239, Pacific Beach CA 92109
*Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# Lawsuit against USD

**Joanne Alnajjar Buser** <jbuser@paulplevin.com> Thu, Apr 20, 2017 at 8:33 AM
To: "tiffany.dehen@gmail.com" <tiffany.dehen@gmail.com>

Ms. Dehen,

My firm represents USD in the lawsuit you have filed. Please serve all case documents on me going forward. My contact information is below.

Thanks,

Joanne

**Joanne Alnajjar Buser** Partner
619-243-0897 | jbuser@paulplevin.com

**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**

101 West Broadway, Ninth Floor
San Diego, California 92101
619-237-5200 | paulplevin.com

**Confidentiality Notice** This e-mail is confidential and intended only for the recipients listed above. If you have received this e-mail in error, please inform the sender of the error and delete it immediately.

**Tiffany Dehen** <tiffany.dehen@gmail.com> Fri, Jun 16, 2017 at 12:21 PM
To: Joanne Alnajjar Buser <jbuser@paulplevin.com>

Friday, June 16, 2017

Ms. Buser,

Please find enclosed Summons for Civil Action No.: 17-cv-198-BEN-WVG.

Hard copy to follow via U.S. Mail.

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

---

**USD Summons.pdf**
352K

AO 441 Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tiffany Dehen

*Plaintiff*

v.

John Doe; Twitter, Inc.; University of San Diego

*Defendant*

Civil Action No. 17-cv-198-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

University of San Diego
Hughes Administration Center #320
5998 Alcala Park
San Diego, CA 92110

Serve: Paul, Plevin, Sullivan and Connaughton LLP
Attn: Jeanne Alnajjar Buscie
101 W. Broadway, Ninth Floor
San Diego, CA 92101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/9/17

John Morrill
*CLERK OF COURT*

S/ K. Betancourt
*Signature of Clerk or Deputy Clerk*

Civil Action No. 17-cv-198-BEN-WVG Date Issued: 6/9/17

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* University of San Diego was received by me on *(date)* Tuesday, June 13, 2017.

I personally served the summons on the individual at *(place)* ______ on *(date)* ______; or

I left the summons at the individual's residence or place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* Joanne Alnajjar Buser, Paul, Plevin, Sullivan and Connaughton LLP, who is designated by law to accept service of process on behalf of *(name of organization)* University of San Diego via email and mail on *(date)* June 16, 2017; or

I returned the summons unexecuted because ______; or

Other *(specify)*:

My fees are $ ______ for travel and $ 12.95 for services, for a total of $ 12.95.

I declare under penalty of perjury that this information is true.

Date: June 16, 2017

[signature]
*Server's Signature*

Tiffany Denen
*Printed name and title*

1804 Garnet Avenue #239, Pacific Beach, CA 92109
*Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 441 · Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tiffany Dehen

*Plaintiff*

v.

John Doe; Twitter, Inc.; University of San Diego

*Defendant*

Civil Action No. 17-cv-198-BEN-WVG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
John Doe(s)
Address(s) To Be Determined

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 6/9/17

John Morrill
*CLERK OF COURT*

S/ K. Betancourt
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 17-cv-198-BEN-WVG

Date Issued: 6/9/17

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* John Doe(s)

was received by me on *(date)* Tuesday, June 13, 2017

I personally served the summons on the individual at *(place)* ______ on *(date)* ______; or

I left the summons at the individual's residence or place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

I served the summons on *(name of the individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______; or

I returned the summons unexecuted because ______; or

Other *(specify)*: Twitter is in better position to provide John Doe's email address for service of process via email. Plaintiff is waiting on ascertaining information about John Doe and will seek permission from the court to serve process by publication if unsuccessful.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: June 16, 2017

[signature]
*Server's Signature*

Tiffany Dehen Pro Se Plaintiff
*Printed name and title*

1804 Garnet Avenue #239, Pacific Beach, CA 92109
*Server's address*

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

## CERTIFICATE OF SERVICE

1. I, Tiffany Dehen Pro Se Plaintiff, certify that on June 23, 2017, I filed the foregoing with the Clerk of the Court and mailed a copy of the new documents I filed with the Court to outside counsel for Defendants Twitter, Inc. and University of San Diego by U.S. Mail.

**Dated: June 23, 2017**

Respectfully submitted,

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com