# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Roger T. Benitez

| FROM: M. Niebla, Deputy Clerk | RECEIVED DATE: June 29, 2017 |
|---|---|
| CASE NO.  17cv0198-BEN-WVG | DOC FILED BY:  Tiffany Dehen |
| CASE TITLE:  Dehen v. Doe et al | |
| DOCUMENT ENTITLED:  Plaintiff's Motion to Accept Signed Form A0399 | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document.

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation.

Date Forwarded:   June 29, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☒ | The document is to be filed nunc pro tunc to date received.<br><br>File as Executed Waiver of Service from Twitter, Inc. |
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  June 29, 2017              CHAMBERS OF:  The Honorable  Roger T. Benitez

cc: All Parties                         By:   s/Clerk