Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Telephone: 858-262-0052
Email: tiffany.dehen@gmail.com

Pro Se Plaintiff

NUNC PRO TUNC
June 29 2017

**FILED**

Jun 29 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ kristenb       DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN )<br>1804 Garnet Avenue, #239 )<br>Pacific Beach, CA 92109 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE )<br>Address TBD )<br>)<br>and )<br>)<br>TWITTER, INC. )<br>1355 Market St. #900 )<br>San Francisco, CA 94103 )<br>)<br>and )<br>)<br>UNIVERSITY OF SAN DIEGO )<br>Hughes Administration Center #320 )<br>5998 Alcala Park )<br>San Diego, California 92110 )<br>) | Case No.: 3:17-cv-00198-BEN-WVG<br><br>**PLAINTIFF'S MOTION TO ACCEPT SIGNED FORM AO399 FROM DEFENDANT TWITTER, MEMORANDUM AND SUPPORTING DOCUMENTS** |

1

```
SERVE:                                    )
                                          )
JOHN DOE                                  )
Address TBD                               )
                                          )
PERKINS COIE LLP                          )
Attn: Julie Schwartz                      )
3150 Porter Drive                         )
Palo Alto, CA 94304-1212                  )
                                          )
and                                       )
                                          )
PAUL, PLEVIN, SULLIVAN AND                )
CONNAUGHTON LLP                           )
Attn: Joanne Alnajjar Buser               )
101 W. Broadway, Ninth Floor              )
San Diego, CA 92101                       )
                                          )
        Defendants.                       )
                                          )
_____ )
```

## PLAINTIFF'S MOTION TO ACCEPT FORM AO399 FROM TWITTER

## MEMORANDUM

1. Comes Pro Se Plaintiff, Tiffany Dehen, and moves the Court to file signed Form AO399 from Defendant Twitter's outside counsel enclosed with this motion.

2. Ms. Schwartz, Counsel with Perkins Coie, emailed Twitter's signed waiver of service to Plaintiff on June 26, 2017. Please see attached email.

3. On June 28, 2017, Plaintiff received hard copy by U.S. Mail, with accompanying Proof of Service statement. Please see attached documents.

2

4. Ms. Schwartz, Counsel with Perkins Coie, acknowledged in her June 26, 2017 email that Twitter's answer or other response to the First Amended Complaint is due 60 days from June 20, 2017, which is August 21, 2017. Please see attached email.

5. WHEREFORE, Plaintiff respectfully asks the Court to file signed Form AO 399 for Defendant Twitter enclosed with this motion.

**Dated: June 29, 2017**

Respectfully submitted,

*/s/ Tiffany L. Dehen*

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

3

 Gmail

Tiffany Dehen <tiffany.dehen@gmail.com>

# Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

**Schwartz, Julie E. (Perkins Coie)** <JSchwartz@perkinscoie.com>   Mon, Jun 26, 2017 at 9:01 AM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Ms. Dehen,

Attached is Twitter's signed waiver of service, hard copy to follow via U.S. Mail. As explained in the waiver form, Twitter's answer or other response to the First Amended Complaint is due 60 days from June 20, 2017, which is August 21, 2017.

Please let us know if you retain an attorney, and we will communicate with that attorney instead.

Thank you,

**Julie Schwartz | Perkins Coie LLP**

D. 650.838.4490

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Saturday, June 24, 2017 2:07 PM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

 **2017_06_23_16_01_18.pdf**
556K

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Tiffany Dehen
_____
Plaintiff

v.

Twitter, Inc., USD, John Doe(s)
_____
Defendant

)
)
)
)
)
)

Civil Action No. 3:17-cv-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: __Tiffany Dehen__
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ___6/20/2017___, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 23, 2017

Twitter, Inc.
_____
Printed name of party waiving service of summons

_____
Signature of the attorney or unrepresented party
Julie E. Schwartz
Printed name
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Address

JSchwartz@perkinscoie.com
E-mail address

Direct Line: 650-838-4490
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

 Gmail

Tiffany Dehen <tiffany.dehen@gmail.com>

# Dehen v. John Doe, Twitter, Inc., etc. - Case No. 3:17-cv-00198-BEN-WVG

**Tiffany Dehen** <tiffany.dehen@gmail.com>  Mon, Jun 26, 2017 at 11:29 AM
To: "Schwartz, Julie E. (Perkins Coie)" <JSchwartz@perkinscoie.com>

Ms. Schwartz,

Received. Thank you so much for returning signed form. I will file with the Court this week.

I will keep in touch about representation and any case updates.

Have a great week!

Best Regards,

Tiffany L. Dehen J.D.
University of San Diego School of Law 2016
*Business & Corporate Law Concentration*
*Intellectual Property Law Concentration*
tiffany.dehen@gmail.com
Ph: 858-262-0052
1804 Garnet Avenue #239
Pacific Beach, CA 92109

[Quoted text hidden]

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Tiffany Dehen
_____
Plaintiff

Twitter, Inc., USD, John Doe(s)
_____
Defendant

Civil Action No. 3:17-cv-00198-BEN-WVG

## WAIVER OF THE SERVICE OF SUMMONS

To: Tiffany Dehen
_____
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 6/20/2017, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: June 23, 2017

_____
Signature of the attorney or unrepresented party

Twitter, Inc.
_____
Printed name of party waiving service of summons

Julie E. Schwartz
_____
Printed name

Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
_____
Address

JSchwartz@perkinscoie.com
_____
E-mail address

Direct Line: 650-838-4490
_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does not include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## PROOF OF SERVICE

I, Marla J. Heap, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3150 Porter Drive, Palo Alto, California 94304-1212. On June 26, 2017, I served a copy of the within document(s):

### WAIVER OF THE SERVICE OF SUMMONS

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Palo Alto, California addressed as set forth below.

- ☒ by placing the document(s) listed above in a sealed U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a U.S. Mail agent for delivery.

- ☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Tiffany L. Dehen
1804 Garnet Ave., #239
Pacific Beach, CA 92109

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 26, 2017, at Palo Alto, California.

*/s/ Marla J. Heap*
Marla J. Heap

WAIVER OF THE SERVICE OF SUMMONS
CASE NO. 3:17-CV-00198-BEN-WVG

## CERTIFICATE OF SERVICE

1. I, Tiffany Dehen Pro Se Plaintiff, certify that on June 29, 2017, I filed the foregoing with the Clerk of the Court and emailed a copy to outside counsel for Defendants Twitter, Inc. and University of San Diego.

**Dated: June 29, 2017**

Respectfully submitted,

*[signature]*

Tiffany L. Dehen
Pro Se Plaintiff
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com