FILED

17 AUG -1 PM 3: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: AJS         DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE; TWITTER, INC.;<br>UNIVERSITY OF SAN DIEGO,<br><br>　　　　　　　　Defendants. | Case No.: 3:17-cv-00198-BEN-WVG<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY** |

　　　Plaintiff has filed a motion for leave to file documents electronically on the Court's CM/ECF filing system. (ECF No. 20).

　　　Pursuant to the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual ("ECF Manual"), a pro se party may not utilize CM/ECF without the Court's permission. ECF Manual § 2(b). A pro se party must demonstrate the means to file electronically by stating his or her equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual. *Id.* Plaintiff has not demonstrated this capability.

///
///

1  Accordingly, the Court **DENIES** Plaintiff's request to utilize CM/ECF. *See Reddy v. Precyse Solutions LLC*, No. 12-cv-2061, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013) (judges have broad discretion in allowing pro se litigants to utilize CM/ECF).

**IT IS SO ORDERED.**

Dated: July 3/, 2017

Hon. Roger T. Benitez
United States District Judge