| | |
|---|---|
| 1 | Julie E. Schwartz, Bar No. 260624 |
| 2 | JSchwartz@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 3150 Porter Drive<br>Palo Alto, CA  94304 |
| 4 | Telephone:  650.838.4300 |
| 5 | Facsimile:  650.838.4350 |
| 6 | Ryan Mrazik, WSBA No. 40526<br>*Pro Hac Vice Pending* |
| 7 | RMrazik@perkinscoie.com |
| 8 | Nicola Menaldo, WSBA No. 44459<br>*Pro Hac Vice Pending* |
| 9 | NMenaldo@perkinscoie.com<br>PERKINS COIE LLP |
| 10 | 1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 |
| 11 | Telephone: 206. 359.8000 |
| 12 | Facsimile:  206.359.9000 |
| 13 | Attorneys for Defendant<br>Twitter, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>            Plaintiff,<br>    v.<br><br>JOHN DOE, TWITTER, INC.,<br>and UNIVERSITY OF SAN<br>DIEGO,<br><br>            Defendants. | Case No. 17-cv-00198-BEN- WVG<br>**NOTICE OF APPEARANCE**<br>Judge:  Hon. Roger T. Benitez |

NOTICE OF APPEARANCE                                                         No. 17-cv-00198-BEN- WVG

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Julie E. Schwartz of Perkins Coie LLP, a
3  member of the State Bar of California and admitted to practice before the Court, is
4  appearing as counsel of record for Defendant Twitter, Inc.  Copies of all documents
5  and pleadings with regard to this litigation are to be electronically served on the
6  undersigned counsel.

DATED:  August 18, 2017.

**PERKINS COIE LLP**

*/s/ Julie E. Schwartz*
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300

Attorneys for Defendant
Twitter, Inc.

NOTICE OF APPEARANCE    -1-    No. 17-cv-00198-BEN- WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 18, 2017 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served by U.S. mail, postage pre-paid at the following address:

Tiffany Dehen
1804 Garnet Avenue #239
Pacific Beach, CA 92109

*s/ Julie E. Schwartz*
Julie E. Schwartz