MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
JOANNE ALNAJJAR BUSER (SBN 295191)
jbuser@paulplevin.com
AMR A. SHABAIK (SBN 288109)
ashabaik@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone:  619-237-5200
Facsimile:   619-615-0700

Attorneys for Defendant UNIVERSITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE; TWITTER, INC.; UNIVERSITY OF SAN DIEGO,<br><br>　　　　Defendants. | Case No. 3:17-cv-00198-BEN-WVG<br><br>**DEFENDANT UNIVERSITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(1); Fed. R. Civ. P. 12(b)(6)]<br><br>Date:　　　October 2, 2017<br>Time:　　　10:30 A.M.<br><br>Judge:　　　Roger T. Benitez<br>Courtroom:　5A<br>Mag. Judge:　William V. Gallo<br>Courtroom:　Suite 2125<br>Trial Date:　Not Set |

TO THE HONORABLE COURT AND TO PLAINTIFF TIFFANY DEHEN:

PLEASE TAKE NOTICE that on October 2, 2017 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Roger T. Benitez, United States District Judge, located at 221 West Broadway, San Diego, CA 92101, Courtroom 5A, San Diego, California, defendant University of San

1  Diego ("Defendant" or "USD") will move this Court to dismiss Plaintiff's twelfth
2  and thirteenth causes of action brought against USD in Plaintiff Tiffany Dehen's
3  ("Plaintiff" or "Dehen") First Amended Complaint pursuant to Rules 12(b)(1) and
4  12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that Plaintiff has
5  failed to establish subject matter jurisdiction and that she failed to state a claim.
6  Specifically:

7  • Plaintiff's twelfth cause of action for breach of contract should be
8  dismissed because this Court does not have subject matter jurisdiction over this
9  state-law claim under either original federal question jurisdiction, supplemental
10 jurisdiction, or diversity jurisdiction.  Furthermore, Plaintiff's twelfth cause of
11 action fails to state a claim upon which relief can be granted because she did not
12 plead any facts to establish an enforceable contract between her and USD that is
13 plausible on its face following her graduation from USD, she did not plead any
14 plausible facts showing USD acted unlawfully, she did not plead any specific
15 promise USD made to her that USD breached, or that USD's alleged breach of
16 contract caused Dehen any injury, such that the matter is not ripe for adjudication.

17 • Plaintiff's thirteenth cause of action for negligent infliction of
18 emotional distress should be dismissed because this Court does not have subject
19 matter jurisdiction over this state-law claim under either original federal question
20 jurisdiction, supplemental jurisdiction, or diversity jurisdiction.  Furthermore,
21 Plaintiff's thirteenth cause of action fails to state a claim upon which relief can be
22 granted because she did not plead any facts to establish a duty of care owed by USD
23 to Plaintiff following her graduation from USD that is plausible on its face, she did
24 not plead that USD breached a duty of care owed to her, and she does not allege any
25 actual injury caused by USD's actions, such that the matter is not ripe for
26 adjudication.

27 USD also seeks its costs against Plaintiff for filing a frivolous lawsuit against
28 USD that does not satisfy jurisdictional requirements and fails to state a claim.

1  The motion is and will be based on Federal Rules of Civil Procedure 12(b)(1)
2  and 12(b)(6), this Notice of Motion, the Memorandum of Points and Authorities
3  filed herewith, the pleadings, papers, and entire record herein, oral argument in this
4  matter, and upon such other matters as may be presented to the Court at or before
5  the hearing on this motion.

7  Dated: August 21, 2017       PAUL, PLEVIN, SULLIVAN &
                                CONNAUGHTON LLP

                                By:    */s/Joanne Alnajjar Buser*
                                    MICHAEL C. SULLIVAN
                                    JOANNE ALNAJJAR BUSER
                                    AMR A. SHABAIK
                                    Attorneys for Defendant
                                    UNIVERSITY OF SAN DIEGO

# PROOF OF SERVICE

**Dehen v. USD, Twitter, et al.**
**Case No. 3:17-CV-00198-BEN-WVG**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On August 21, 2017, I served true copies of the following document(s) described as **DEFENDANT UNIVERSITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT UNIVERSITY OF SAN DIEGO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; and PROPOSED ORDER** on the interested parties in this action as follows:

Tiffany L. Dehen
1804 Garnet Avenue #239
Pacific Beach, CA 92109
Telephone: (858) 262-0052
Email: tiffany.dehen@gmail.com
Plaintiff Pro Per

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 21, 2017, at San Diego, California.

_____
Amy R. Dickey