Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Ryan Mrazik, WSBA No. 40526
*Pro Hac Vice Pending*
RMrazik@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
*Pro Hac Vice Pending*
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, TWITTER, INC., and UNIVERSITY OF SAN DIEGO,<br><br>　　　　　　　Defendants. | Case No. 17-cv-00198-BEN-WVG<br><br>**TWITTER, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date: October 2, 2017<br>Time: 10:30 a.m.<br>Courtroom: 5A<br>Judge: Hon. Roger T. Benitez |

PLEASE TAKE NOTICE that on October 2, 2017 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Roger T. Benitez, United States District Judge, located at 221 West Broadway, San Diego, California, 92101, Courtroom 5A, defendant Twitter, Inc. ("Twitter") will move this Court to dismiss Plaintiff's First Amended Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) on the following grounds:

First, Plaintiff's claims against Twitter should be dismissed because they target Twitter's exercise of editorial discretion and improperly attempt to hold Twitter liable as a publisher of third party content. The Communications Decency Act ("CDA"), 47 U.S.C. § 230, provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." 47 U.S.C. § 230(c)(1). Twitter thus qualifies for immunity under Section 230 of the CDA because (1) it is an interactive computer service, (2) Plaintiff's claims treat Twitter as a publisher of Doe's tweets, and (3) the content of Doe's tweets was posted not by Twitter, but by Doe, another information content provider.

Second, Plaintiff has not alleged any viable claim against Twitter. Plaintiff asserts three causes of action against Twitter, for rescission, negligent infliction of emotional distress, and declaratory relief. Her rescission claim should be dismissed because (1) Twitter's Terms of Service and policies do not undertake any obligation to Plaintiff to remove third party content; and (2) Plaintiff has not plausibly alleged fraud, given that the third party content at issue was removed in a matter of days. Plaintiff's negligent infliction of emotional distress claim should likewise be dismissed because Twitter does not owe Plaintiff any legal duty to investigate impersonation or remove third party content. And Plaintiff's claim for declaratory relief should be dismissed as derivative of her other failed claims.

Finally, Plaintiff should be denied leave to amend because she cannot allege any actionable conduct against Twitter. Plaintiff purports to "reserve the right" to

bring causes of action against Twitter for civil conspiracy, civil RICO, and libel, but these proposed claims are not only highly implausible but they are also subject to CDA immunity because, as with Plaintiff's other claims, they treat Twitter as a publisher of third party content.

The Motion is and will be based on this Notice of Motion, the Memorandum of Points and Authorities and Declaration of Julie E. Schwartz filed herewith, the pleadings, papers, and entire record herein, oral argument in this matter, and upon such other matters as may be presented to the Court at or before the hearing on this motion.

DATED:  August 21, 2017.

**Respectfully submitted,**

*/s/ Julie E. Schwartz*
Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Ryan Mrazik, *Pro Hac Vice Pending*
RMrazik@perkinscoie.com
Nicola Menaldo, *Pro Hac Vice Pending*
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
Twitter, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 21, 2017 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

Tiffany Dehen
1804 Garnet Avenue #239
San Diego, CA 92109

*s/ Julie E. Schwartz*
Julie E. Schwartz