Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Ryan Mrazik, WSBA No. 40526
*Pro Hac Vice Pending*
RMrazik@perkinscoie.com
Nicola Menaldo, WSBA No. 44459
*Pro Hac Vice Pending*
NMenaldo@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JOHN DOE, TWITTER, INC., and UNIVERSITY OF SAN DIEGO,<br><br>                    Defendants. | Case No. 17-cv-00198-BEN- WVG<br>**DECLARATION OF JULIE E. SCHWARTZ IN SUPPORT OF TWITTER, INC.'S MOTION TO DISMISS** |

**DECLARATION OF JULIE E. SCHWARTZ**

I, Julie E. Schwartz, declare as follows:

1.      I am over 18 years of age and an attorney at the law firm of Perkins Coie LLP, admitted to practice law in the State of California. I am counsel for Defendant Twitter, Inc. in the above captioned matter.  I make this declaration

1 based upon personal, firsthand knowledge, and if called and sworn as a witness, I

2 could and would testify competently thereto.

3     2.    Attached hereto as Exhibit A is a true and correct copy of Twitter's

4 current Terms of Service, dated September 30, 2016, and available at

5 https://twitter.com/en/tos.

6     3.    Attached hereto as Exhibit B is a true and correct copy of version 9 of

7 Twitter's Terms of Service, dated May 18, 2015, and available at

8 https://twitter.com/en/tos/previous/version_9.

9     4.    Attached hereto as Exhibit C is a true and correct copy of version 10 of

10 Twitter's Terms of Service, dated January 27, 2016, and available at

11 https://twitter.com/en/tos/previous/version_10#generalterms.

12     5.    Attached hereto as Exhibit D is a true and correct copy of the Twitter

13 Rules, available at https://support.twitter.com/articles/18311.

14     6.    Attached hereto as Exhibit E is a true and correct copy of Twitter's

15 Impersonation Policy, available at https://support.twitter.com/articles/18366.

16     7.    Attached hereto as Exhibit F is a true and correct copy of a Twitter

17 Help Center article entitled, "Reporting impersonation accounts," available at

18 https://support.twitter.com/articles/20170142.

19     I declare under penalty of perjury under the laws of the State of California

20 that the foregoing is true and correct.  Executed on August 21, 2017 in Palo Alto,

21 California.

22

23

24 _____

25 Julie E. Schwartz

26

27

28

## **TABLE OF EXHIBITS**

| Exhibits | Page Range(s) |
|---|---|
| Exhibit A | 1-18 |
| Exhibit B | 19-31 |
| Exhibit C | 32-44 |
| Exhibit D | 45-49 |
| Exhibit E | 50-51 |
| Exhibit F | 52-53 |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 21, 2017 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

Tiffany Dehen
1804 Garnet Avenue #239
San Diego, CA 92109

*s/ Julie E. Schwartz*
Julie E. Schwartz