UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>                         Plaintiff,<br><br>v.<br><br>JOHN DOE; TWITTER, INC.;<br>UNIVERSITY OF SAN DIEGO,<br><br>                         Defendants. | Case No.: 3:17-cv-00198-BEN-WVG<br><br>**ORDER DIRECTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT ON THE DOCKET** |

      Defendants Twitter, Inc. and the University of San Diego have filed motions to dismiss Plaintiff's first amended complaint. However, Plaintiff's first amended complaint is not the operative complaint on the docket. Rather, Plaintiff's initial complaint remains the operative pleading. While Plaintiff's motion to proceed in forma pauperis was pending, Plaintiff filed a motion for leave to file her first amended complaint. The Court denied her request to proceed in forma pauperis and dismissed her case without prejudice to pay the filing fee and re-open the case. (Order, ECF No. 14). In that Order, the Court denied all other pending motions, including her motion for leave to file her first amended complaint, as moot. (*Id.*) Plaintiff never refiled her first amended complaint on the docket. Thus, the operative pleading remains the complaint Plaintiff filed when she began this action. (Compl., ECF No. 1).

| | |
|---|---|
| 1 | However, Plaintiff served Defendants with her first amended complaint, and |
| 2 | Defendants have responded to it accordingly.  To ensure that the operative complaint is |
| 3 | on the record, the Court **ORDERS** Plaintiff to file her first amended complaint on the |
| 4 | docket.  Plaintiff must file the version of the first amended complaint that she served on |
| 5 | Defendants.  The Court will thereafter consider the motions to dismiss in connection with |
| 6 | the allegations of the first amended complaint. |
| 7 | **IT IS SO ORDERED.** |
| 8 | Dated:  August 29, 2017 |
| 9 | |
| 10 | Hon. Roger T. Benitez |
| | United States District Judge |