# EXHIBIT B

**University of San Diego**                                                              Tiffany Dehen <tiffanydehen@sandiego.edu>

# Fwd: Recent Concerns of Student Behavior
5 messages

**Victor Behar** <vbehar@sandiego.edu>                                                   Thu, Mar 10, 2016 at 1:07 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

huhn...is this sticking head in the sand?
---------- Forwarded message ----------
From: **Law Dean** <lawdean@sandiego.edu>
Date: Thu, Mar 10, 2016 at 10:45 AM
Subject: Recent Concerns of Student Behavior
To: Various Recipients <lawdean@sandiego.edu>

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor-on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call **(619) 260-2222** for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

-----------------------------------------

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

Exhibit B
page 1

San Diego, CA 92110-2492

(619) 260-4527 [office]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.*™

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>  　　　　　　　　　　　　　Thu, Mar 10, 2016 at 1:15 PM
To: Victor Behar <vbehar@sandiego.edu>

Yes I don't think the police have found him or I don't know if they're even actively looking

Sent from my iPhone
[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>  　　　　　　　　　　　　　Thu, Mar 10, 2016 at 1:24 PM
To: Victor Behar <vbehar@sandiego.edu>

I didn't even get that email until prof Cole forwarded to me

Sent from my iPhone

On Mar 10, 2016, at 1:07 PM, Victor Behar <vbehar@sandiego.edu> wrote:

[Quoted text hidden]

---

**Victor Behar** <vbehar@sandiego.edu>  　　　　　　　　　　　　　　　　Thu, Mar 10, 2016 at 2:46 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

I'm on campus now. There is a very out of shape public safety officer stuffing his face with what appears to be ice cream (or maybe he is trying and it is actually fro yo. LOL) But that was just at the entry of the parking lot between Warren and Pardee. He hardly looked like someone on high alert. hehe
[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>  　　　　　　　　　　　　　Thu, Mar 10, 2016 at 4:56 PM
To: Amanda Moazzaz <amandasmoazzaz@sandiego.edu>

Exhibit B
page 2

Sent from my iPhone

Begin forwarded message:

> **From:** Victor Behar <vbehar@sandiego.edu>
> **Date:** March 10, 2016 at 2:46:59 PM PST
> **To:** Tiffany Dehen <tiffanydehen@sandiego.edu>
> **Subject: Re: Recent Concerns of Student Behavior**

[Quoted text hidden]

Exhibit B
page 3