# EXHIBIT C

**University of San Diego**  Tiffany Dehen <tiffanydehen@sandiego.edu>

# Recent Concerns of Student Behavior

**Law Dean** <lawdean@sandiego.edu>                                    Thu, Mar 10, 2016 at 3:30 PM
To: Various Recipients <lawdean@sandiego.edu>

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor-on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

---

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.*™

Exhibit C
page 2