# EXHIBIT D

⟳ 🔒 Secure | https://support.twitter.com/forms/impersonation ☆

✪ HELP CENTER > FILE A TICKET > REPORT A VIOLATION

# Report an account for impersonation.

Fill out the form below to request help.

**How can we help?**

○ An account is pretending to be me or someone I know.
○ An account is pretending to be or represent my company, brand, or organization.
○ My account was suspended.
○ I can't sign in to my account.
○ My account has been hacked or compromised.
○ Someone is using my email address without my permission.

Not what you need help with? Choose another topic.

About  Company  Blog  Help  Status  Jobs  Terms  Privacy  Cookies  Ads Info  Brand  Advertise
Businesses  Media  Developers

© 2017 Twitter, Inc.

EXHIBIT D
page 1