# EXHIBIT E

⟳  🔒 Secure | https://support.twitter.com/forms/impersonation                                              ☆

How can we help?   ⦿ An account is pretending to be me or someone I know.

                   ⦿ I am being impersonated.

                   ○ Someone I represent is being impersonated.

                   ○ Someone else (a friend of mine or someone I am a fan of) is being
                     impersonated.

                   ○ An account is pretending to be or represent my company, brand, or
                     organization.

                   ○ My account was suspended.

                   ○ I can't sign in to my account.

                   ○ My account has been hacked or compromised.

                   ○ Someone is using my email address without my permission.

**Username of the**      @ [                                    ]
**account you are**
**reporting**            (e.g. @safety)

**Your username**        @   tiffanysundevil
**(optional)**

**Your email address**       tiffany.dehen@gmail.com

                         This is the email we'll use to contact you. Enter your current address.

**Anything else you'd**
**like to tell us?** (optional)

                         Security reminder: Do not include private information (address, home phone) in
                         this request. Never include your password.

**Identity Information** (optional)

Exhibit E
page 1