# EXHIBIT F

C | 🔒 Secure | https://support.twitter.com/forms/impersonation

✧ HELP CENTER > FILE A TICKET > REPORT A VIOLATION

Report a violation
Back

# Report an account for impersonation.

Fill out the form below to request help.

How can we help?  ● An account is pretending to be me or someone I know.
- I am being impersonated.
- ○ Someone I represent is being impersonated.
- ○ Someone else (a friend of mine or someone I am a fan of) is being impersonated.

○ An account is pretending to be or represent my company, brand, or organization.
○ My account was suspended.
○ I can't sign in to my account.
○ My account has been hacked or compromised.
○ Someone is using my email address without my permission.

**Username of the account you are reporting**  @ tiffanydehen
(e.g. @safety)

**Your username (optional)**  @ tiffanysundevil

**Your email address**  tiffany.dehen@gmail.com
This is the email we'll use to contact you. Enter your current address.

Exhibit F
page 1