# EXHIBIT G

```
C | 🔒 Secure | https://support.twitter.com/forms/impersonation
```

○ My account has been hacked or compromised.

○ Someone is using my email address without my permission.

**Username of the account you are reporting**  @ tiffanydehen
(e.g. @safety)

**Your username (optional)**  @ tiffanysundevil

**Your email address**  tiffany.dehen@gmail.com
This is the email we'll use to contact you. Enter your current address.

**Anything else you'd like to tell us? (optional)**

Security reminder: Do not include private information (address, home phone) in this request. Never include your password.

### Identity information (optional)

**UPLOAD IMAGES**

1. Upload a copy of your valid government-issued photo ID to confirm your identity (e.g. driver's license, passport, etc.).
2. If you are reporting an account that is not using the name that appears on your government-issued photo ID, please include documentation demonstrating that the name used by the account you're reporting is associated with you (e.g. proof of registration of your trade name or pseudonym).
3. A maximum of 5 files can be uploaded. Accepted formats are PNG, JPG, GIF and WEBP.

[SUBMIT]

Exhibit G
Page 1