# CERTIFICATE OF SERVICE

I, Tiffany Dehen Pro Se Plaintiff, certify that on Monday, September 18, 2017, I filed the foregoing with the Clerk of the Court and served a copy upon both defendants, Twitter, Inc., and University of San Diego.

**Dated: September 18, 2017**

Respectfully submitted,

*/s/ Tiffany L. Dehen*

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com
