# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Roger T. Benitez

| FROM: J. Taylor, Deputy Clerk | RECEIVED DATE: September 19, 2017 |
|---|---|
| CASE NO. 17cv0198-BEN-WVG | DOC FILED BY: Tiffany Dehen |
| CASE TITLE: Dehen v. Doe et al | |
| DOCUMENT ENTITLED: Plaintiff's Motion to File Amended Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion.

Civ.L. Rule 15.1(b) – Court ordered Plaintiff to file First Amended Complaint; did not grant leave to file a motion (Dkt. 31).

Date Forwarded:   September 19, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.<br><br>The Clerk is directed to not file Plaintiff's Motion to File Amended Complaint, but is directed to file Plaintiff's First Amended Complaint and its accompanying Table of Exhibits. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   September 19, 2017           CHAMBERS OF:  The Honorable Roger T. Benitez

cc: All Parties                      By:   s/Clerk