# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Roger T. Benitez

| FROM: J. Taylor, Deputy Clerk | RECEIVED DATE: September 28, 2017 |
|---|---|
| CASE NO. 17cv0198-BEN-WVG | DOC FILED BY: Tiffany Dehen |
| CASE TITLE: Dehen v. Doe et al | |
| DOCUMENT ENTITLED: Plaintiff's Notice of Motion and Motion to File Plaintiff's Second Amended Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ. L. Rule 5.1, 7.1 – Missing time and date on motion. "All hearing dates for any matter on which a ruling is required must be obtained from the clerk of the judge to whom the case is assigned."

Civ. L. Rule 7.1(e)(f) - Documents are not timely. "The clerk's office is directed not to file untimely motions and responses thereto without the consent of the judicial officer assigned to the case."

Civ. L. Rule 15.1 – Any motion to amend must be accompanied by a copy of the proposed amended pleading and a version of the proposed amended pleading that shows, through redlining, strikeouts, or other similarly effective typographic methods, how the proposed amended pleading differs from the operative pleadings.

Date Forwarded:   September 28, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. Plaintiff is ordered to comply with the Civil Local Rules and obtain a hearing date and provide a redlined version of her proposed amended pleading. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: September 28, 2017          CHAMBERS OF: The Honorable Roger T. Benitez

cc: All Parties                    By:   s/Clerk