1  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
3  3150 Porter Drive
   Palo Alto, CA  94304-1212
4  Telephone:  650.838.4300
   Facsimile:  650.838.4350
5
6  Attorneys for Defendant
   Twitter, Inc.
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  TIFFANY DEHEN, | Case No. 17-cv-00198-LAB-WVG |
| 12              Plaintiff, | **TWITTER, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| 13      v. | Judge:  Hon. Larry Alan Burns |
| 14  JOHN DOE, TWITTER, INC., and UNIVERSITY OF SAN DIEGO, | |
| 15 | |
| 16              Defendants. | |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant
2  Twitter, Inc. ("Twitter"), by its undersigned counsel, states as follows:
3  Twitter is a publicly held corporation. Twitter does not have any parent
4  corporation. No publicly held corporation owns 10 percent or more of Twitter's
5  stock.

DATED: February 5, 2018

*/s/ Julie E. Schwartz*
Julie E. Schwartz

Attorneys for Defendant
Twitter, Inc.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on February 5, 2018 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

    Tiffany Dehen
    1804 Garnet Avenue #239
    San Diego, CA 92109

                                       *s/ Julie E. Schwartz*
                                       Julie E. Schwartz