1  MICHAEL C. SULLIVAN (SBN 131817)
   msullivan@paulplevin.com
2  JOANNE ALNAJJAR BUSER (SBN 295191)
   jbuser@paulplevin.com
3  AMR A. SHABAIK (SBN 288109)
   ashabaik@paulplevin.com
4  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
5  101 West Broadway, Ninth Floor
   San Diego, California 92101-8285
6  Telephone: 619-237-5200
   Facsimile: 619-615-0700

Attorneys for Defendant UNIVERSITY OF SAN DIEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>             Plaintiff,<br><br>       v.<br><br>JOHN DOE; TWITTER, INC.; UNIVERSITY OF SAN DIEGO,<br><br>             Defendants. | Case No. 3:17-cv-00198-LAB-WVG<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**(CivLR 40.2)**<br><br>Judge:       Larry Alan Burns<br>Courtroom:   14A<br>Mag.         Judge William V. Gallo<br>Courtroom:   Suite 2125<br>Trial Date:  Not Set |

TO THE COURT AND ALL PARTIES OF RECORD:

The UNIVERSITY OF SAN DIEGO is a California nonprofit corporation that does not hold stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule of Practice 40.2 for the United States District Court for the Southern District of California, Defendant UNIVERSITY OF SAN DIEGO hereby provides notice that it is not owned by a parent corporation and that no publicly held company owns 10% or more of its stock.

Dated:  February 8, 2018       PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:       */s/ Joanne Alnajjar Buser*
MICHAEL C. SULLIVAN
JOANNE ALNAJJAR BUSER
AMR A. SHABAIK
Attorneys for Defendant UNIVERSITY OF SAN DIEGO

# PROOF OF SERVICE

**Dehen v. USD, Twitter, et al.**
**Case No. 3:17-CV-00198-LAB-WVG**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On February 8, 2018, I served true copies of the following document(s) described as **NOTICE OF PARTY WITH FINANCIAL INTEREST** on the interested parties in this action as follows:

| | |
|---|---|
| Tiffany L. Dehen<br>1804 Garnet Avenue #239<br>Pacific Beach, CA 92109<br>Telephone:  (858) 262-0052<br>E-Mail: tiffany.dehen@gmail.com<br><br>Plaintiff Pro Per | Julie E. Schwartz<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br><br>Attorney for Twitter, Inc. |

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid.  I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2018, at San Diego, California.

_____
Wendy Roan