# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM:  J. Mueller, Deputy Clerk | RECEIVED DATE:  February 12, 2018 |
|---|---|
| CASE NO.  3:17-cv-00198-LAB-WVG | DOC FILED BY:  Tiffany Dehen |
| CASE TITLE:  Dehen v. Doe et al | |
| DOCUMENT ENTITLED:  Notice of Motion an Motion to File Second Amended Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 7.1 - Lacking memorandum of points and authorities in support as a separate document;

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded:   **February 12, 2018**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  February 13, 2018          CHAMBERS OF:  The Honorable Larry Alan Burns

cc: All Parties                By:  Law Clerk