# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM:  J. Taylor, Deputy Clerk | RECEIVED DATE:  February 13, 2018 |
|---|---|
| CASE NO.  17cv0198-LAB-WVG | DOC FILED BY:  Tiffany Dehen |
| CASE TITLE:  Dehen v. Doe et al | |
| DOCUMENT ENTITLED:  Plaintiff's Notice of Motion and Motion to File Plaintiff's Second Amended Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 15.1 - Amended pleading not complete in itself.

Date Forwarded:   February 13, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  February 13, 2018          CHAMBERS OF:  The Honorable Larry Alan Burns

cc: All Parties                   By:  Law Clerk