TIFFANY DEHEN J.D.
1804 GARNET AVENUE #239
SAN DIEGO, CA 92109
858-262-0052
tiffany.dehen@gmail.com

Pro Se Plaintiff

NUNC PRO TUNC
2/13/2018

FILED
2/13/2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ Josepht DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**TIFFANY DEHEN**, an individual on behalf of herself,

Plaintiff,

v.

**JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP.,**

Defendants.

Case No.: 17-cv-00198-LAB-WVG

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that on March 12, 2018 at 11:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Larry Alan Burns, United States District Judge, located at 221 West Broadway, San Diego, California, 92101, Courtroom 14A, Pro Se Plaintiff, Tiffany L. Dehen, will move this Court to file Plaintiff's Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2).

**Dated: February 12, 2018**

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on February 12, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated February 12, 2018**

Tiffany L. Dehen

Pro Se Plaintiff.

3

MOTION TO FILE SECOND AMENDED COMPLAINT No.: 17-cv-00198-LAB-WVG

TIFFANY DEHEN J.D.
1804 GARNET AVENUE #239
SAN DIEGO, CA 92109
858-262-0052
tiffany.dehen@gmail.com

Pro Se Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**TIFFANY DEHEN**, an individual on behalf of herself,

Plaintiff,

v.

**JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE LLP.,**

Defendants.

Case No.: 17-cv-00198-LAB-WVG

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**

COMES NOW, the Plaintiff, TIFFANY DEHEN, and moves this Court to file Plaintiff's Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2) on the following grounds:

First, the Court should freely give leave to Plaintiff to file her Second Amended Complaint because justice so requires. Fed. R. Civ. P. 15(a)(2) provides in relevant part the following, "[i]n all other cases, a party may

amend its pleading only with the opposing party's written consent or the court's leave. This court should freely give leave when justice so requires." *See* Fed. R. Civ. P. 15(a)(2).

Second, Plaintiff is proceeding Pro Se at this time due to the sensitive nature of her claims, which involve terroristic behavior which threatened, and continues to threaten, Plaintiff's personal safety, as well as incited, and continues to incite, fear for her personal safety, including fear of grave danger to her body, family members, and close friends, as well as fear of additional economic injury and injury from emotional distress. Although Plaintiff obtained her Juris Doctor from the University of San Diego School of Law, Plaintiff has never appeared before a Federal Judge before. Plaintiff attempted, and is still attempting, in good faith to learn and adhere to all of the rules of Federal Court, in particular the Southern District of California.

Third, Plaintiff is entitled to amend her complaint because there has not been undue delay. Plaintiff hastily filed her Initial Complaint due to behavior including, but not limited to, terroristic threats and stalking, which continued to escalate and to injure Plaintiff and ultimately constitute the grounds for which this cause of action arose.

Fourth, Plaintiff then filed her First Amended Complaint with this Court, reasonably giving Defendants an adequate amount of time to resolve this matter outside of Court or offer alternative explanations before proceeding with federal litigation.

Plaintiff alleges she gave Defendant John Doe an adequate and reasonable amount of time to come forward with his identity and motivations for his unlawful behavior. Since he has failed to do so, Plaintiff proceeds with the direct and indirect evidence she has which she will prove to this

Court more likely than not the probable identity/identities of John Doe(s) and motivations for his unlawful behavior.

Plaintiff alleges she gave Defendants Twitter, Inc., and University of San Diego, an adequate and reasonable amount of time to come forward with alternate evidence to refute or disprove the identity/identities of John Doe, which both failed to do. Twitter, Inc., refused to comply with Plaintiff's respectful request to disclose the corresponding identifying information of John Doe(s), such as the email address used to register for the Twitter account in question, namely that with the username @TiffanyDehen. University of San Diego similarly refused to adhere to its contractual obligations owed to Plaintiff, including, but not limited to, addressing the aforementioned terroristic behavior for which Plaintiff alleges gave rise to the behavior for which this cause of action arose.

Fifth, Plaintiff has measureable injury which she has sustained due to the unlawful actions of John Doe, Twitter, Inc., and University of San Diego, for which she deserves her day in Court.

Sixth, Plaintiff is within the statute of limitations for all causes of action she alleges in her Second Amended Complaint, should this Court grant her motion.

WHEREFORE Plaintiff respectfully moves the Court to accept her motion and file her Second Amended Complaint, which is full in and of itself.

**Dated: February 12, 2018**

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052

3

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO FILE
SECOND AMENDED COMPLAINT        No.: 17-cv-00198-LAB-WVG

Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

4

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO FILE
SECOND AMENDED COMPLAINT         No.: 17-cv-00198-LAB-WVG

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on February 12, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated February 12, 2018.**

Tiffany L. Dehen

Pro Se Plaintiff.

5

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT No.: 17-cv-00198-LAB-WVG