AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

TIFFANY DEHEN )
*Plaintiff* )
v. ) Case No. 3:17-cv-00198-LAB-WVG
JOHN DOE; TWITTER, INC.; UNIVERSITY OF SAN DIEGO )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant UNIVERSITY OF SAN DIEGO

Date: February 23, 2018

*Attorney's signature*

Amr A. Shabaik
*Printed name and bar number*

101 West Broadway, Ninth Floor, San Diego, CA 92101
*Address*

ashabaik@paulplevin.com
*E-mail address*

619-237-5200
*Telephone number*

619-615-0700
*FAX number*

## PROOF OF SERVICE

**Dehen v. USD, Twitter, et al.**
U.S.D.C., Southern District of California, Case No. 3:17-CV-00198-LAB-WVG

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On February 23, 2018, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL FOR ATTORNEY AMR A. SHABAIK** on the interested parties in this action as follows:

| BY U.S. MAIL ONLY | BY ECF ONLY |
|---|---|
| Tiffany L. Dehen<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br>Telephone:  (858) 262-0052<br>E-Mail:  tiffany.dehen@gmail.com<br><br>Plaintiff Pro Per | Julie E. Schwartz<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:  (650) 838-4490<br>Facsimile:  (650) 838-4690<br>E-Mail:  JSchwartz@perkinscoie.com<br><br>Attorney for Twitter, Inc. |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2018, at San Diego, California.

_Wendy Roan_ (signature)
Wendy S. Roan

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP