1  TIFFANY DEHEN J.D.
   1804 GARNET AVENUE #239
2  SAN DIEGO, CA 92109        NUNC PRO TUNC
   858-262-0052                3/12/2018
3  tiffany.dehen@gmail.com

FILED

3/14/2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ Josepht          DEPUTY

4

   Pro Se Plaintiff
5

6

7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 **TIFFANY DEHEN**, an individual      Case No.: 17-cv-00198-LAB-WVG
   on behalf of herself,
12                                        **PLAINTIFF'S NOTICE OF
                   Plaintiff,             MOTION AND MOTION TO FILE
13                                        ADDITIONAL DOCUMENTATION
         v.                               INTO EVIDENCE**
14
   **JOHN DOES 1-100, TWITTER,
15 INC., UNIVERSITY OF SAN
   DIEGO, AND PERKINS COIE,
16 LLP.,**

17                 Defendants.

18

19

20

21        PLEASE TAKE NOTICE that since the hearing scheduled for March

22 12, 2018 at 11:30 a.m. in the courtroom of the Honorable Larry Alan Burns,

   United States District Judge, located at 221 West Broadway, San Diego,
23
   California, 92101, Courtroom 14A was taken off calendar, Pro Se Plaintiff,
24
   Tiffany L. Dehen, moves this Court to file additional documents into
25
   evidence to preserve the record. Please see attached memorandum of points
26
   and authorities and attached exhibits.
27

28                                        1

   MOTION TO FILE
   DOCUMENTS              No.: 17-cv-00198-LAB-WVG

Further, Pro Se Plaintiff Tiffany Dehen requests the record reflect she reserves the right to request the Court to compel the defendants to produce documents related to the underlying causes of action and related issues under Fed. R. Civ. P. 34.

**Dated: March 12, 2018**

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

MOTION TO FILE
DOCUMENTS                           No.: 17-cv-00198-LAB-WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on March 12, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated March 12, 2018**

Tiffany L. Dehen

Pro Se Plaintiff.

MOTION TO FILE
DOCUMENTS                    No.: 17-cv-00198-LAB-WVG

1  TIFFANY DEHEN J.D.
   1804 GARNET AVENUE #239
2  SAN DIEGO, CA 92109
   858-262-0052
3  tiffany.dehen@gmail.com

4  Pro Se Plaintiff

5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  **TIFFANY DEHEN**, an individual    Case No.: 17-cv-00198-LAB-WVG
    on behalf of herself,
12                                      **MEMORANDUM OF POINTS AND**
            Plaintiff,                  **AUTHORITIES IN SUPPORT OF**
13                                      **PLAINTIFF'S MOTION TO FILE**
                                        **ADDITIONAL DOCUMENTATION**
14       v.                             **INTO EVIDENCE**

15  **JOHN DOES 1-100, TWITTER,**
    **INC., UNIVERSITY OF SAN**
16  **DIEGO, AND PERKINS COIE**
    **LLP.,**
17
            Defendants.
18

19

20

21       COMES NOW, the Plaintiff, TIFFANY DEHEN, and moves this

22  Court to file additional documentation into evidence including the following

23  attachments which comprise of emails and additional photographs of direct

24  evidence to be presented at court.

25

26

27                                    1

28  MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
    PLAINTIFF'S MOTION TO FILE
    DOCUMENTS                    No.: 17-cv-00198-LAB-WVG

1   Plaintiff respectfully requests the record reflect on this date, March 12,
2   2018, Plaintiff attempted to file the following exhibits with the Court in good
3   faith to preserve the evidence and related issues for the record.

4   Plaintiff further requests the record reflect she respectfully reserves
5   the right to request the Court compel Defendants to produce any and all
6   documents related to the underlying causes of action and related issues under
7   Fed. R. Civ. P. 34.

8   Plaintiff requests the Court consider the amount of evidence presented
9   in this filing in deciding whether or not to grant her motion to file her second
10  amended complaint currently under consideration for which the March 12,
11  2018 hearing was taken off calendar.  The evidence attached to this motion
12  tends to weigh heavily in favor of Plaintiff's Second Amended Complaint
13  being the operative pleading on the docket, as well as the Court freely giving
14  leave to Plaintiff to file her Third Amended Complaint because justice so
15  requires under Fed. R. Civ. P. 15(a)(2).

16  Plaintiff has measureable injury which she has sustained due to the
17  unlawful actions of John Doe, Twitter, Inc., University of San Diego and
18  now Perkins Coie, LLP, for which she deserves her day in Court.

19  Plaintiff is within the statute of limitations for all causes of action she
20  alleges in her Second Amended Complaint, and will be within the statute of
21  limitations for several more months should this Court grant her motion
22  granting her leave to file her Third Amended Complaint.

23  WHEREFORE Plaintiff respectfully moves the Court to accept her motion
24  to preserve the record and file the attached exhibits.

25  **Dated: March 12, 2018**

26                                                      Respectfully submitted,

27

2

28  MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
    PLAINTIFF'S MOTION TO FILE
    DOCUMENTS                        No.: 17-cv-00198-LAB-WVG

1

2
                                                                Tiffany L. Dehen
                                                      1804 Garnet Avenue, #239
3                                                       Pacific Beach, CA 92109
                                                          Tel. 858-262-0052
4                                                     Tiffany.Dehen@Gmail.com

5

6                                                          Pro Se Plaintiff.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          3

28   MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
     PLAINTIFF'S MOTION TO FILE
     DOCUMENTS                        No.: 17-cv-00198-LAB-WVG

1

## CERTIFICATE OF SERVICE

2       The undersigned hereby certifies that a true and correct copy of the

3   foregoing document has been served on March 12, 2018 by express

4   delivery with signature confirmation, postage pre-paid, to all current and/or

5   opposing counsel of record, if any to date, who are deemed to have

6   consented to electronic service via the Court's CM/ECF system per Local

7   Rule 5.4(d).

8

9       **Dated March 12, 2018.**

10

11

12         Tiffany L. Dehen

13

14         Pro Se Plaintiff.

15

16

17

18

19

20

21

22

23

24

25

26

27   4

28   MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO FILE
DOCUMENTS    No.: 17-cv-00198-LAB-WVG

University of San Diego•                                  Tiffany Dehen <tiffanydehen@sandiego.edu>

# URGENT

13 messages

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Wed, Mar 9, 2016 at 7:45 PM
To: Ted Sichelman <tsichelman@sandiego.edu>
Cc: Meredith D'Angelo <meredithdangelo@sandiego.edu>

Hi Professor Sichelman and Dean D'Angelo,

I just got off the phone with public safety - I'm sure you're aware of Kevin Snow, the student that acted weird in MBE class today. I didn't see first hand but I have been looking at his weird facebook posts lately - he's been rambling about USD being full of nazi's and neonazi's and he sent my friend Fermin a strange message on Facebook this week. Everyone is really worried and I think he is having a psychotic break right now. I would have come in today myself but I heard several students told the administration today about his weird erratic behavior. He's in my wills and trusts class T-TH and I heard he was acting very strange in class yesterday too, although I haven't witnessed for myself so this is all technically hearsay I have noticed the strange posts and I have seen people with mental illness - I think he needs to be hospitalized ASAP for his own safety. I'm sure you're working on it but just wanted to let you know in case nobody has told you all this because a couple friends from MBE class just called me in a panic.

Tiffany

---

**Meredith D'Angelo** <meredithdangelo@sandiego.edu>                              Wed, Mar 9, 2016 at 8:06 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>
Cc: Ted Sichelman <tsichelman@sandiego.edu>

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are aware of and are addressing this incident, but I invite you and any other students to come speak with me at any time to discuss your/their concerns. I greatly appreciate that you reached out and want to reassure you that the safety of our students and community is top priority. As always, of course, any student or member of the community is also welcome to contact our Department of Public Safety directly with any immediate or personal security concerns. That said, please do feel free to stop by or call my office tomorrow - or any time - if you would like to discuss further.

Sincerely,

-----------------------------------------

**MEREDITH D'ANGELO, ESQ.**

## Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]

University of San Diego Mail - URGENT                                                                            9/17/17, 8:48 PM

**USD School of Law.**

*The Perfect Climate for Studying Law.*

[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                          Wed, Mar 9, 2016 at 8:38 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right now and I
really hope they are sending officers to find him right now and get him the medical help he needs. I called the police
and they would not go to his apartment to check on him unless I could provide his apartment number.  Please get him
help immediately for his safety and for the safety of everyone at school - I don't feel safe coming to campus tomorrow
unless this is resolved.  I am disappointed he was in class again tonight after the reports were made to you earlier
today about his erratic behavior.

> hey kevin i'm not sure if we
> have talked a whole lot but i
> just wanted to check in and
> see how you're doing. i went
> through a lot of stress last year
> so i can relate if you want to
> talk about anything! I'm
> worried about you



Who the fuck are
you???????? Fuck off Nazi
bitch I'm better than I've ever
been quit trying to make me
someone that should give a
shit about you the only reason
you're my Facebook friend is
because you're amazed at
what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't
know you're on the deck
right now

She does nothing

> i'm not on your deck i'm at
> my house

> i am really worried about you

 University of San Diego Mail – URGENT

9/17/17, 8:48 PM

and i truly mean that

 If you want friends go join
the Ben Carson campaign

[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Wed, Mar 9, 2016 at 8:46 PM
To: sferruolo@sandiego.edu

> Begin forwarded message:
>
> **From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
> **Subject: Re: URGENT**
> **Date:** March 9, 2016 at 8:38:30 PM PST
> **To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
> [Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Wed, Mar 9, 2016 at 9:54 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>
Cc: sferruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>

Facebook message sent to Fermin:

●●●●○ T-Mobile 📶          **9:20 PM**          ✈ 🕐 61% ▬

**⟨ Recent**          **Kevin Snow ⟩**          📞  📹
                       Active 1m ago

9:18 PM

## FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign attendance classes anymore. And if they

have a problem with that fucking sue me nazis. It's been 34 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am føu

 

Type a message...

      

[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                Thu, Mar 10, 2016 at 10:35 AM
To: publicsafety@sandiego.edu

Message to Fermin Vargas - he is calling you shortly he told me.

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 9:54:02 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
**Cc:** sferruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>
[Quoted text hidden]

---

**Microsoft Outlook**                                                      Thu, Mar 10, 2016 at 10:36
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@sandiego.edu>                              AM
To: tiffanydehen@sandiego.edu

### Delivery has failed to these recipients or groups:

vfusaro@sandiego.edu

### The recipient won't be able to receive this message because it's too large.

The maximum message size that's allowed is 0 KB. This message is 171 KB.

**Diagnostic information for administrators:**

Generating server: JANGOFETT.ad.sandiego.edu

vfusaro@sandiego.edu
Remote Server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
Received: from GRUBBA.ad.sandiego.edu (10.0.96.219) by
 Jangofett.ad.sandiego.edu (10.0.128.19) with Microsoft SMTP Server (TLS) id
 15.0.1130.7; Thu, 10 Mar 2016 10:36:05 -0800
Received: from na01-bl2-obe.outbound.protection.outlook.com (10.0.26.240) by
 GRUBBA.ad.sandiego.edu (10.0.96.219) with Microsoft SMTP Server (TLS) id
 15.0.1130.7 via Frontend Transport; Thu, 10 Mar 2016 10:36:04 -0800
Received: from BLUPR06CA0007.namprd06.prod.outlook.com (10.255.219.145) by
 BLUPR0601MB1602.namprd06.prod.outlook.com (10.163.211.156) with Microsoft
 SMTP Server (TLS) id 15.1.427.16; Thu, 10 Mar 2016 18:36:01 +0000
Received: from DM3NAM03FT056.eop-NAM03.prod.protection.outlook.com
 (2a01:111:f400:7e49::202) by BLUPR06CA0007.outlook.office365.com
 (2a01:111:e400:83f::17) with Microsoft SMTP Server (TLS) id 15.1.434.16 via
 Frontend Transport; Thu, 10 Mar 2016 18:36:01 +0000
Authentication-Results: spf=softfail (sender IP is 192.195.154.232)
 smtp.mailfrom=sandiego.edu; sandiego.edu; dkim=pass (signature was verified)
 header.d=sandiego-edu.20150623.gappssmtp.com;sandiego.edu; dmarc=none
 action=none header.from=sandiego.edu;
Received-SPF: None (Jangofett.ad.sandiego.edu: tiffanydehen@sandiego.edu does
 not designate permitted sender hosts)
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
 sandiego.edu discourages use of 192.195.154.232 as permitted sender)
Received: from rg5.sandiego.edu (192.195.154.232) by
 DM3NAM03FT056.mail.protection.outlook.com (10.152.83.158) with Microsoft SMTP
 Server id 15.1.443.6 via Frontend Transport; Thu, 10 Mar 2016 18:35:57 +0000
Received: from mail-pa0-f52.google.com (EHLO mail-pa0-f52.google.com) ([209.85.220.52])
        by rg5.sandiego.edu (MOS 4.3.7-GA FastPath queued)
        with ESMTP id FZT05732;
        Thu, 10 Mar 2016 10:35:57 -0800 (PST)
```

```
Received: by mail-pa0-f52.google.com with SMTP id fe3so57179154pab.1
         for <publicsafety@sandiego.edu>; Thu, 10 Mar 2016 10:35:56 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
         d=sandiego-edu.20150623.gappssmtp.com; s=20150623;
         h=from:subject:date:references:to:message-id:mime-version;
         bh=hIWfG5ZOR7RJy5sbBeg7umFQpt3YAZjB3317XjJ5egw=;
         b=Ri5+8dDqyU+//oVVnhbO3zhYFcLoEkrzc2Yb3ERsFbZk+Vxq9ULUg/7YSkMUe+o5aa
          tukMMelvgz9BWA/NQGt3jctCzbZ8+lfdbtlfjY9g7z45f+sCVkbw6CF3wfomcMXIqapq
          b2zOKcIT9LAasx4WZUqINPxt+2B1TfvVd0glejnZv8iSkfm6wM4eP10jmE8FR9Uz0g3f
          ukqiOb5aK3s+6d84Ecrx19pjJSJnJ/7i4bKlu9poweiO+OpBKJRy3NbO6XN5NbCazKde
          oVtED7idvSAFxeHDeUyMqkfWh2cZcXnsNTfFSDXnIFaB7CD2IETWHYXBbPB8lnDhJuMe
          rJPg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
         d=1e100.net; s=20130820;
         h=x-gm-message-state:from:subject:date:references:to:message-id
          :mime-version;
         bh=hIWfG5ZOR7RJy5sbBeg7umFQpt3YAZjB3317XjJ5egw=;
         b=iw6T+NP3qfTrNovMnk+94J5r1V3mMmqLmspY6JqZV7O81tZ9RVlzMryUvN2hP6wHoO
          16FOf54Lm8TIlJ7sZw1Kw4IJopw9DPj5NGteebGVMylUVEANfH2PlWDJLfiYuVKuiP8E
          W5OVjxt6MmGUyQfsyNd8PW8tv9yHSNh9AhbjFh358x6Sgle2jzD4x+LJaar6Wvo+lWuB
          dQ3gs2XlBqsQ3LVeLugZrZlW2pclH1uzoSexXeM2YqOFKqHGHuEMFqptLM/9NK5kGkrx
          xweHrJD8jUJ8UiBWawgJH/6RntBpdjbXiZTduaVG7pwwnUYbB3umfHSe/7eVXfLVgidh
          c77A==
X-Gm-Message-State: AD7BkJI1n12kP4Wk1TXolxpXNRSxV/miaoazV5CTW2JGJMYYAlVDlw+
VGTosh399wohHwUgoYrM=
X-Received: by 10.66.254.168 with SMTP id aj8mr7140205pad.18.1457634956474;
         Thu, 10 Mar 2016 10:35:56 -0800 (PST)
Received: from ?IPv6:2602:306:32c7:960:1547:fba8:c353:4f36? ([2602:306:32c7:960:1547:fba8:
c353:4f36])
         by smtp.gmail.com with ESMTPSA id r65sm7192135pfa.27.2016.03.10.10.35.54
         for <publicsafety@sandiego.edu>
         (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
         Thu, 10 Mar 2016 10:35:55 -0800 (PST)
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Content-Type: multipart/alternative;
         boundary="Apple-Mail=_FABDBDC7-2237-4AB4-860C-A28FEC492941"
Subject: Fwd: URGENT
Date: Thu, 10 Mar 2016 10:35:54 -0800
References: <2024EA24-F76C-47D4-BC5D-22D49A32E6F2@sandiego.edu>
To: <publicsafety@sandiego.edu>
Message-ID: <88F4B6B2-2D68-488E-8893-49C30FF11407@sandiego.edu>
MIME-Version: 1.0 (Mac OS X Mail 9.2 \(3112\))
X-Mailer: Apple Mail (2.3112)
X-Junkmail-Whitelist: YES (by domain whitelist at rg5.sandiego.edu)
Return-Path: tiffanydehen@sandiego.edu
X-EOPAttributedMessage: 0
X-Forefront-Antispam-Report: CIP:192.195.154.232;CTRY:US;IPV:NLI;EFV:NLI;SFV:NSPM;SFS:(
3000300001)(24454002)(199003)(51694002)(2473001)(377454003)(189002)(45984002)(52044002)(
76176999)(19627595001)(50226001)(106466001)(59536001)(69556001)(60626007)(5001970100001)
(63266004)(105596002)(450100001)(84326002)(107886002)(36756003)(110136002)(512944002)(956001)
(2351001)(189998001)(57306001)(50986999)(63696999)(87936001)(92566002)(86362001)(1220700001)
(5008740100001)(75432002)(2361001)(93516999)(60616004)(15975445007)(2171001)(11100500001)(
88552002)(18206015028)(17760045003)(89122001)(19580395003)(586003)(218543002)(82746002)
(33656002)(90282001)(83716003)(19580405001)(556444002)(31884003)(104396002)(4623004);
DIR:INB;SFP:;SCL:1;SRVR:BLUPR0601MB1602;H:rg5.sandiego.edu;FPR:;SPF:
SoftFail;MLV:nov;A:1;MX:1;PTR:rg5.sandiego.edu;LANG:en;
X-MS-Office365-Filtering-Correlation-Id: e8c4e516-746e-443f-6314-08d34912d489
X-Microsoft-Exchange-Diagnostics: 1;BLUPR0601MB1602;2:+JmHQ/HGlNy9+
FWRDMlj2m8JjF61uZlaGqvskNmsfAbaTWyX68Umn/RafXhXj+3CCy5dfSUF2inFZN04eZ0BQ3gIoAw/
gHDgOe6TEVEFm3NbUch3r14llxuk2a+BobQvIxZVVr6VW8CIKIT1iUkxm+e2d1ZfSuILp93b8K8q5yj6w3cXs42I
```

1j1nlecNaraC;3:IFcxVy7axwzt3p+/wYLZzQlLF+KGsHJPAHIoogIEvGtHBY+eWgvnoRQUUTXkgmz3GyYX8xQJCEAKk
LcfgMLAE2DJci03XntI09k6byekJVe7B6nVe1aBdCqJ93fEf9ljYwDWHIjBPfzy2Zvf6Ht5c2C0HHTbgXV/
jKZ8cEwwh8EejywIvBQJvhQhtpIsnKD77GhnOzOa26rfB/8erkoBoDfOkRvDHDVz2BR+
nQgaoPJ9LW8xyqYEGCuGAGTuhZXilzyoAiqW3nDQbC+h6IFbJA==;25:cHMKGnu74VcwkWdoyi0BUfNLkCv14V
3Qch4dkX7oA5z4czi+8bD5eg8CUx7XqpSeLEP6jbO1lE64+VdTnGRdcoMBWP61xHTnUWgpp1Ojge7
7nhrsbOHWRHePAm41Ju+4iUKOjCmnxNu9OxqJptMKS4Js27mLaOVTBWkgxxKguNkBUeU3vbZa4P/
jzcSCYt9hZ6fC0GT7T5w/J1B2cb8reP6YdpAfK1uaRQB52FR1iw4ZyjmVAx/sRiikw+5/
lNbWryvdkzDqKcMWoXwQvgvg40JtyKAo3MvKwcypURy1N8tkTkKJhP5c7mO6v2rY/eY7Y07aFOHjlMA1amoecvUnyg==
X-DkimResult-Test: Passed
X-Microsoft-Antispam: UriScan:;BCL:0;PCL:0;RULEID:(3001016);SRVR:BLUPR0601MB1602;
X-LD-Processed: fe4e1583-fb6f-48dd-8524-d06ad7501045,ExtAddr
X-Microsoft-Exchange-Diagnostics: 1;BLUPR0601MB1602;20:wj/SEVjCgNlWIKgLQ8QsmER7jvaCjORCc
J5NktwDFzB4Tcc6YtkbwNWeeBKMXxD773e0QOutnvtr1fxEUzCWrv/3n2HFwYddgBVTElhKB74sqUCm3Vi2L
S0UnsNiAaHn+Dsn01VsvH4DOlbEWJLdRXJ7YJU3mU9F1XI5sEyW4i24BeJUtBjjdIqfA+
83qKvWSiP3pe0D9BPScmWgGWVvO+sDxkDJpcZHUlFWBacKcvUUuApTKDH3bU2Iwzd3x+Zx/9lPe+2TIY/
b53xplCy3rTqPldsPBDw4wfY6kHylGuAeyrsXX61XqcfEKyMldiH7YQmBOUrCi2gg50UL+i7W3JhXy+
7FjBdVlmN9AQxhxiG49DLSdIZuP5qR7c19T8LJRhOTIIIwVU17g9TVWQPv5gdxBqm/zIm9RLoRErVViz4=;4:
QVBnmrp6fpCwkeV1OPTejs0V9xnCCzthBbq96IXgUwoYDekwj7q6MhOtwUdayXBcKbCTul7ykxQ+Uy84+h9OfUM6IF/
lfH7uF2a2Pf3WGY4R794mI8GEw98bz1x2CaadwSddw/IYL8IO++J9+y7HYC0+xKZmqbHdT2UoeFKxt2vTEQZgX+
fymXhBcRO0g4n9c5U3nzDvFNvqCGn7AEHEwIbseFTw3Jj/UImi4LYgAJoPh+ToKPt9D31tsmn9GNB7dulurJt72gKP
cWlOjtW4VqSXiQG63VzJ2VJcOLAjCi+bpOZNOX8dKZIQVOspoSyeoWCQgmdD9UuqkrHITgYJpi42dWPsKgK92AlUonb
dduCFX7vvivgvvN5LyrwD/XVPAu7dDs9q8jc6vzUAu7I5wuzfBJmLSL1bGZt2OTIUvvZbd5GRUNjJ88dPMN9CA4f/Ri/
ZvJQu0rRFvWfUb67RK933CIjQykz2TXQyychlzhA=
X-Exchange-Antispam-Report-Test: UriScan:;
X-Exchange-Antispam-Report-CFA-Test: BCL:0;PCL:0;RULEID:(102415293)(102615271)(601004)
(2401047)(13015025)(13017025)(13018025)(13024025)(8121501046)(13023025)(10201501046)(
3002001);SRVR:BLUPR0601MB1602;BCL:0;PCL:0;RULEID:;SRVR:BLUPR0601MB1602;
X-Microsoft-Exchange-Diagnostics: =?us-ascii?Q?1;BLUPR0601MB1602;23:
viqa5nnw8My3DBJ9awGAqUJSuLEPENiYacbHn/v?=
 =?us-ascii?Q?mDY0UomoIFWz94SOkWDI19l4LTWBV7Qulj+X0vD9PSYHZeTB7S/OAoTWBw6T?=
 =?us-ascii?Q?5FWs3zyYqZjEOVrAwPiQvRZFCoYKmr159SSmIbuwK20gSBTCSnHNXC15g+kT?=
 =?us-ascii?Q?o7+2HY14RUwww5D7QNsFAm140gF2GSWEpEdayjppAUzwSc728u7nQkG0hoFZ?=
 =?us-ascii?Q?1/9yRHgoGow9xtpbQar928ctBSj46bKhJAEObzpeDVw4iW10ywPfkvzBCKuM?=
 =?us-ascii?Q?cUx45Gdg56f04nRGogLWAkmB7X+/nGSQACgvTfYPAlA1Wyp7VHuouCBEJFvs?=
 =?us-ascii?Q?zaD+cQYA+DdAN2eY2rk2iMQfEZEQXTUP15fWnx9ErFq/YH7J7H4HHMdPjqU/?=
 =?us-ascii?Q?H0Qhjj0Gki1ZNKldTZpkrHR0+9HfCPse+b1lC1dD4rIwmgN7RvmmOuTGDqDM?=
 =?us-ascii?Q?gkp2IEFvVUtXcVmEdfpWJiMo1QnPpLpbktM8sKLEvHABNwSU4pfUvAAA8N7m?=
 =?us-ascii?Q?tdUrK1iDbZRP2XoFT5dVOnZ9W81k/vFdP1A/0iaMpqT9aJS3g/DsSg3MZ1NdP?=
 =?us-ascii?Q?6KhqQHncT491NizEwNKpgOsi2L20zcd5euN9ieDZ1YF/OvQmMJ7aFKkJDjl1?=
 =?us-ascii?Q?PbDs1WeEMH/mza4EoUkqUBoPAFQW6kja4nP8mfufOkwQdVdlVbZVYNJZUhRC?=
 =?us-ascii?Q?WQx9qVWqa1PGG8T9nPqrem43DQXYCK2PxA3PkepAoSRKhuvKeR4B03nhstgh?=
 =?us-ascii?Q?bhziKg8tO0HGqAe01J3jLRJlecCMTlghPLoJpLkQwd/yY+hhRm1xJZM25BNj?=
 =?us-ascii?Q?RIEdWCdEGP4z8j4on309m50NHiGAVfi4nYLyb1bm7j1Fuz2NVBg9IeZUmtM1?=
 =?us-ascii?Q?JC9kdfncNmCWHWcHyPfnuHDsgeU9Nlh3BrbEQ111dFm2r/KTDR80J5y0T+2t?=
 =?us-ascii?Q?3S7k7Irx98xPBDnhyaYZ78+78te/NFg0KxCjxOXWBTMqZTrqtBg1NQtPMob8?=
 =?us-ascii?Q?b3qJvS8ZRMV0f+R3S6aRK0Vw2ff8GU15OTdgV19J566694gvkPMC52B1MNKb?=
 =?us-ascii?Q?Me69GNyql5Y/eeokPidg+g+UUON9m1X63HOjFvjfCvY8sw4xyFv+JKnfepd1?=
 =?us-ascii?Q?E2qMQz3b+RDT4wQHTbtiGMwcRhEN0iGZO3sfdRNta1gGVuPI1FSf/z218WnY?=
 =?us-ascii?Q?lIpJbCz1WpCvrx+gqzxNy7MK2Lz9i5yANUROAzmcvnea88Ej+zoNm1phB0e0?=
 =?us-ascii?Q?kxrjsGiDc/tIZGPxTm9eesLbA461Xm26kXECsw3Anxqw5qHZOpD+RG3X0POV?=
 =?us-ascii?Q?8g8sNMciMaLf8eDWP3amaO1VdG09OHOIgFllo5hRM9os+g+HfaPhbrEbi7ct?=
 =?us-ascii?Q?56JZe0Dxaudvvv3K/JL7GpOqfxqyJWSO7SanWKEmmH4IDOJ6eD4URFwcRV3?=
 =?us-ascii?Q?bLsmuGltXggkRYzUkUdMt0aLEOVjKnnIeMqj61ozpKKN4z2v/Ro5Aqc69Xwm?=
 =?us-ascii?Q?ciIJrO5KE4+ZxvQ=3D=3D?=
X-Microsoft-Exchange-Diagnostics: 1;BLUPR0601MB1602;5:7OmGw2YtVm/7+
NwU2Aftxht74ozwyWAryYX2v8VCNclTSjGxl8gyPQm4kHDjJAl2FLSA/v/7zCRkIy/
CJKgVrquKkqIK8O7ZsNapvW7oQxTJ6Zu7yiFmmlonIx8CY90R4HGNn+sIqy0tz09A5DvaSg==;24:wHY20+
ElZCDKQxFmmPugdIpkAFWBQYYVhAO+sYaxNCzwVklB53oBBbl5bll2iOrUhUCepEpWJvgs6+T4PWi+
Qyc3Cpo7iZqm2JHIvk7gcRA=

SpamDiagnosticOutput: 1:23
SpamDiagnosticMetadata: NSPM

```
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 10 Mar 2016 18:35:57.6665
  (UTC)
X-MS-Exchange-CrossTenant-Id: fe4e1583-fb6f-48dd-8524-d06ad7501045
X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=fe4e1583-fb6f-48dd-
8524-d06ad7501045;Ip=[192.195.154.232];Helo=[rg5.sandiego.edu]
X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BLUPR0601MB1602
X-OrganizationHeadersPreserved: BLUPR0601MB1602.namprd06.prod.outlook.com
X-CrossPremisesHeadersFiltered: Grubba.ad.sandiego.edu
```

Final-Recipient: rfc822;vfusaro@sandiego.edu
Action: failed
Status: 5.2.3
Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient


---------- Forwarded message ----------
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
To: <publicsafety@sandiego.edu>
Cc:
Bcc:
Date: Thu, 10 Mar 2016 10:35:54 -0800
Subject: Fwd: URGENT
Message to Fermin Vargas - he is calling you shortly he told me.


Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 9:54:02 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
**Cc:** sferruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>

Facebook message sent to Fermin:

 T-Mobile   9:20 PM   61%  

**< Recent**   **Kevin Snow >**
Active 1m ago

9:18 PM

# FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign

attendance classes anymore. And if they have a problem with that fucking sue me nazis. It's been 34 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am føu

 

Type a message...

      

On Mar 9, 2016, at 8:38 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right now and I really hope they are sending officers to find him right now and get him the medical help he needs. I called the police and they would not go to his apartment to check on him unless I could provide his apartment number. Please get him help immediately for his safety and for the safety of everyone at school - I don't feel safe coming to campus tomorrow unless this is resolved. I am disappointed he was in class again tonight after the reports were made to you earlier today about his erratic behavior.

hey kevin i'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you

 Who the fuck are you???????? Fuck off Nazi bitch I'm better than I've ever been quit trying to make me someone that should give a shit about you the only reason you're my Facebook friend is because you're amazed at what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't know you're on the deck right now

She does nothing

i'm not on your deck i'm at my house

i am really worried about you and i truly mean that

 If you want friends go join the Ben Carson campaign

On Mar 9, 2016, at 8:06 PM, Meredith D'Angelo <meredithdangelo@sandiego.edu> wrote:

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are aware of and are addressing this incident, but I invite you and any other students to come speak with me at any time to discuss your/their concerns. I greatly appreciate that you reached out and want to reassure you that the safety of our students and community is top priority. As always, of course, any student or member of the community is also welcome to contact our Department of Public Safety directly with any immediate or personal security concerns. That said, please do feel free to stop by or call my office tomorrow - or any time - if you would like to discuss further.

Sincerely,

-------------------------------------------------

**MEREDITH D'ANGELO, ESQ.**

## Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]


**USD School of Law.**

*The Perfect Climate for Studying Law.*


On Mar 9, 2016, at 7:45 PM, Tiffany Dehen <tiffanydehen@sandiego.edu>
wrote:

> Hi Professor Sichelman and Dean D'Angelo,
>
> I just got off the phone with public safety - I'm sure you're
> aware of Kevin Snow, the student that acted weird in MBE
> class today.  I didn't see first hand but I have been looking at
> his weird facebook posts lately - he's been rambling about
> USD being full of nazi's and neonazi's and he sent my friend
> Fermin a strange message on Facebook this week.  Everyone
> is really worried and I think he is having a psychotic break
> right now.  I would have come in today myself but I heard
> several students told the administration today about his weird
> erratic behavior.  He's in my wills and trusts class T-TH and I
> heard he was acting very strange in class yesterday too,
> although I haven't witnessed for myself so this is all technically
> hearsay I have noticed the strange posts and I have seen
> people with mental illness - I think he needs to be hospitalized
> ASAP for his own safety.  I'm sure you're working on it but just
> wanted to let you know in case nobody has told you all this
> because a couple friends from MBE class just called me in a
> panic.
>
> Tiffany

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Thu, Mar 10, 2016 at 10:36 AM
To: publicsafety@sandiego.edu

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 8:38:30 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>

[Quoted text hidden]

**Microsoft Outlook**                                           Thu, Mar 10, 2016 at 10:36
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@sandiego.edu>          AM
To: tiffanydehen@sandiego.edu

## Delivery has failed to these recipients or groups:

vfusaro@sandiego.edu

## The recipient won't be able to receive this message because it's too large.

The maximum message size that's allowed is 0 KB. This message is 35 KB.

**Diagnostic information for administrators:**

Generating server: BOBAFETT.ad.sandiego.edu

vfusaro@sandiego.edu
Remote Server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
Received: from JABBA.ad.sandiego.edu (10.0.128.117) by
 Bobafett.ad.sandiego.edu (10.0.128.11) with Microsoft SMTP Server (TLS) id
 15.0.1130.7; Thu, 10 Mar 2016 10:36:16 -0800
Received: from na01-bl2-obe.outbound.protection.outlook.com (10.0.26.240) by
 JABBA.ad.sandiego.edu (10.0.128.117) with Microsoft SMTP Server (TLS) id
 15.0.1130.7 via Frontend Transport; Thu, 10 Mar 2016 10:36:16 -0800
Received: from BY2PR06CA0010.namprd06.prod.outlook.com (10.166.106.148) by
 CY1PR06MB2153.namprd06.prod.outlook.com (10.166.193.136) with Microsoft SMTP
 Server (TLS) id 15.1.427.16; Thu, 10 Mar 2016 18:36:13 +0000
```

University of San Diego Mail - URGENT                                                                9/17/17, 8:48 PM

```
Received: from DM3NAM03FT032.eop-NAM03.prod.protection.outlook.com
  (2a01:111:f400:7e49::206) by BY2PR06CA0010.outlook.office365.com
  (2a01:111:e400:7bfe::20) with Microsoft SMTP Server (TLS) id 15.1.434.16 via
  Frontend Transport; Thu, 10 Mar 2016 18:36:13 +0000
Authentication-Results: spf=softfail (sender IP is 192.195.154.243)
  smtp.mailfrom=sandiego.edu; sandiego.edu; dkim=pass (signature was verified)
  header.d=sandiego-edu.20150623.gappssmtp.com;sandiego.edu; dmarc=none
  action=none header.from=sandiego.edu;
Received-SPF: None (Bobafett.ad.sandiego.edu: tiffanydehen@sandiego.edu does
  not designate permitted sender hosts)
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
  sandiego.edu discourages use of 192.195.154.243 as permitted sender)
Received: from rg4.sandiego.edu (192.195.154.243) by
  DM3NAM03FT032.mail.protection.outlook.com (10.152.82.202) with Microsoft SMTP
  Server id 15.1.443.6 via Frontend Transport; Thu, 10 Mar 2016 18:36:08 +0000
Received: from mail-pf0-f169.google.com (EHLO mail-pf0-f169.google.com) ([209.85.192.169])
          by rg4.sandiego.edu (MOS 4.3.7-GA FastPath queued)
          with ESMTP id IAK17403;
          Thu, 10 Mar 2016 10:36:08 -0800 (PST)
Received: by mail-pf0-f169.google.com with SMTP id u190so45530224pfb.3
          for <publicsafety@sandiego.edu>; Thu, 10 Mar 2016 10:36:08 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
          d=sandiego-edu.20150623.gappssmtp.com; s=20150623;
          h=from:subject:date:references:to:message-id:mime-version;
          bh=gCWIrEEZZf98tCnt/4/cmOZPI/+HrJ7pvqI4KaY7I5w=;
          b=fLcdcKdqIlO/xaHB2Yk1sSMEO0wREUQ/gDeJhR4k+qNGMD+8VQZoNsChD/7I9h+w5N
           nPxSMy/t4955XpnZ69gHhVfaTRuxoazxmSG3ji8KWW27U/zu2bqq8c98EYauYg4LdbDK
           +YZFpL8hCzuqyjgjfPRwdwjP0NdkkbneyipaSJ3j8KWW27U/tw1WXrM5WjAh48FfB
           aRp7eDkFYviNMLlDIfcBnCRryUad16GSiK7KGnSGNgihfqbSDxR5ZHmlxD0GTy2ymMdk
           Q5QYOBTLpxUy37DjyisFM4Lv/+Px3vSuh4gZqAXvJ6P6T8puF1ABec2cdp1vaMPxZyEJ
           SMww==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
          d=1e100.net; s=20130820;
          h=x-gm-message-state:from:subject:date:references:to:message-id
           :mime-version;
          bh=gCWIrEEZZf98tCnt/4/cmOZPI/+HrJ7pvqI4KaY7I5w=;
          b=EdAmbOd/Y9rssKfMwSsCJiCGDxwG5C2XFkcFjKZnm74HkCqgpjsUQxCSsqald+8Aoc
           HtFz9iI4StATT/I10ANdSd5Yz+2T2ysM2C94OJFFM5NBrbIyasvOto4iyeu5fkGvY4HY
           NNIR+YflHKQE9P+120qSRX3r97uzwimCIzrM8Ub79n43SXW1FAVd2NYalTunJAWHVmQF
           GIsd/SDMYKL8nj5ej04dofrgbM2/1SvfjyrozgBulkELGGLNRI+wzGLf0nlbIbAnxneC
           G33sEzjvQ4ZrS34WBGrXanOewHwwqBXs4Sr9twzR58m9QXlmTf6kNgQsi4UgHOIhRCUy
           EaKg==
X-Gm-Message-State: AD7BkJL0+6sZmB0zsO61G3B0hzqHu+dH7hSsKLoycw76/d6z1TSt1Nv8+
  Wp0HT9jPv02IRuKRws=
X-Received: by 10.98.87.23 with SMTP id l23mr7102570pfb.101.1457634967795;
          Thu, 10 Mar 2016 10:36:07 -0800 (PST)
Received: from ?IPv6:2602:306:32c7:960:1547:fba8:c353:4f36? ([2602:306:32c7:960:1547:fba8:
  c353:4f36])
          by smtp.gmail.com with ESMTPSA id r65sm7192135pfa.27.2016.03.10.10.36.06
          for <publicsafety@sandiego.edu>
          (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
          Thu, 10 Mar 2016 10:36:06 -0800 (PST)
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Content-Type: multipart/alternative;
          boundary="Apple-Mail=_56E4A78B-20F6-423A-B161-DD99E7A0C56E"
Subject: Fwd: URGENT
Date: Thu, 10 Mar 2016 10:36:06 -0800
References: <02C6A5A0-EEE3-452E-B852-80CBA1CC0DDF@sandiego.edu>
To: <publicsafety@sandiego.edu>
```

```
Message-ID: <2442D67C-8C5F-4507-81CC-260A479BD714@sandiego.edu>
MIME-Version: 1.0 (Mac OS X Mail 9.2 \(3112\))
X-Mailer: Apple Mail (2.3112)
X-Junkmail-Whitelist: YES (by domain whitelist at rg4.sandiego.edu)
Return-Path: tiffanydehen@sandiego.edu
X-EOPAttributedMessage: 0
X-Forefront-Antispam-Report: CIP:192.195.154.243;CTRY:US;IPV:NLI;EFV:NLI;SFV:NSPM;SFS:(
3000300001)(189002)(24454002)(377454003)(199003)(45984002)(52044002)(2473001)(51694002)(
1220700001)(218543002)(82746002)(19580405001)(57306001)(84326002)(92566002)(50226001)(
33656002)(2171001)(86362001)(87936001)(19580395003)(83716003)(11100500001)(189998001)(
5008764100001)(110136002)(107886002)(5001970100001)(59536001)(63266004)(36756003)(15975445007)
(450100001)(60626007)(93516999)(89122001)(586003)(106466001)(63696999)(76176999)(105596002)(
512944002)(2361001)(60616004)(50986999)(18206015028)(956001)(2351001)(88552002)(90282001)(
69556001)(75432002)(556444002)(31884003)(4623004)(104396002);DIR:INB;SFP:;SCL:1;SRVR:
CY1PR06MB2153;H:rg4.sandiego.edu;FPR:;SPF:SoftFail;MLV:nov;MX:1;A:1;PTR:rg4.sandiego.edu;LANG:en;
X-MS-Office365-Filtering-Correlation-Id: d797f829-5736-46ac-91f6-08d34912db2b
X-Microsoft-Exchange-Diagnostics: 1;CY1PR06MB2153;2:wkup2R788f7bXjBjL2D0bQlS94DHCU
tdzf7p5SG4C+s5VufjI8I/Wb/2ttUe43EUBqwHqeM9GVRuNM/IFQPAxyqEBFH0V+0s1Z6h+R8rWFF4b0DcE5uYg/
DVXVqesBttpryEycn8o6cHy99QUlpcyUudAxb0fXW/oRKm8yEjPffRma64LHLXOK4bfs/2IMGk;3:iCTq6PAAuO6l/
iMo9iOBG93YgBuc2AU0pRkTy++FkaZpi4QbVuBJ3Vo5hJsub/mT6JUeFOLMRXDWTKo0emLcwwzTQMdE2Fu/
2i0xATg6OSuxFyJ26WYFsoVjTaBQ2mWLlo2zd6g9pSEtRfAiZR70p2nv0k1012PzAkPZxvG0Jos/
hhp1gVz5zqfFx6bqe6g6hWgN1NmGRL+j75MSSEq60oqNpihIDAT8gfYIEpA8dZ4Pmw0fJp86QkoOLcfUIbYYRKvC41
2LGb5YurBS4CfQ==;25:EYvFUJnBJZvYGZ9hLIjYaO1HhikYllNUbM3GB9LS9ynRVbHb/wR4F5/
zEqd3dBBNaTxP120jmNRq9r0GsXKpDHtxn+AVxuApdF1ErihVFo/OCpoGxKoMqK/NpZiJOk4XzxVEi6Ny7yn/
wO3JnU0vbbzUHI/ldfXr6EAaQvswivjPo3HCA3QEvU8N8zytXEFe0vVgbvpEe0OgjXvgRlXZh0
z8QW9bztZNU9NnXKnAXE6gCwHr8IgkpLFjX+en0RwhPu9RgymOPg0pS873YYNk10Bd
GdLMMIuz23ytAK00QtqMSSVxcCdQ3RasuaZfTxPqMcVHnXuh5/uuKwNUA8OPQ==
X-DkimResult-Test: Passed
X-Microsoft-Antispam: UriScan:;BCL:0;PCL:0;RULEID:(3001016);SRVR:CY1PR06MB2153;
X-LD-Processed: fe4e1583-fb6f-48dd-8524-d06ad7501045,ExtAddr
X-Microsoft-Exchange-Diagnostics: 1;CY1PR06MB2153;20:j3A4fkFiYw47rSQpEcYqH3uPntd7OI
nCMWY8Bzw9tg+VIJbITRpwKAr3tsriLbgk7p3u82qjP2utpTgtejElChr+Ii/TbpiI7FoW/
gWrMPPc5lvQ63MAs5kYrRXm3g7+FsExxWj/pgc/L1BPH/1S00yBHb7X08bfEBN59HfRm7C956IX9W+
6a2LjcehO1WLkZ15kbOStDSbQcsdu7UsS3p54tMbSytnuhGNs3ajjD/KBA3Eum0B2SG83asR33VLxho9upA38
tm9nfMTAtBu/FNHmUpdljhCCJKXzyALka8L6ohdYykClj92ADr3GN8nnzS5h+yvHw1lV9ta6yp0CTSszwM8Kw5Fhg6M
2YtK657th0MbiJJtFLRwNUcEbT4mauk7ATvjcpZWCZrSo2Qzc1kuHxw/MV4UBJp6gqRqNFyI=;4:
Ch680RAr7Nck5cG64ChbZg2kqxnyqL/5yTBQKHe/bN7T7SZCtEXbi2GwPSRr38HnWJZaSGDIQ+
k1R7xXGMCIi3USKkyetkOX2vAmGYZ6aFbtmYFnXPnI7F467z20L7qUY+Ws5VCqyVViD505mUdUoZwLvv9wR2nI
EmrRpfj8WBVDeHt6mBzfDnLH7vuALO0toNinCqnTft/VVfQwljoTut3HY2UN56zl7Rt6wSy4vL
5Xwv7SXwSNwQnVvdujkguEBiVLtuU+sen+Igrn6jw4Uzpn0H7cqPT2Fb0qclKHOdxLcMmzV+
Aqn3zuC30K1HeO3zDXzzOkh9qK8Zg9LyVGkIjGzbVmQlBfcoYb6IUGbTvhpSje9WCQBxM7Xzie82Sm/
soA75ZvrZXS5ppQaptFnN45JGX0UpIBLtR30NW0Y3wPmMDqMncbruEcUAZ2UVqqu
X-Exchange-Antispam-Report-Test: UriScan:;
X-Exchange-Antispam-Report-CFA-Test: BCL:0;PCL:0;RULEID:(601004)(2401047)(13018025)(13015025)(
8121501046)(13023025)(13017025)(13024025)(10201501046)(3002001);SRVR:
CY1PR06MB2153;BCL:0;PCL:0;RULEID:;SRVR:CY1PR06MB2153;
X-Microsoft-Exchange-Diagnostics: =?us-ascii?Q?1;CY1PR06MB2153;23:
cxja5fkK00S1IQSq5weZq2RXz6mC5zVZMfG4aS/Qt?=
 =?us-ascii?Q?9V+KJ7Ibj+bfmZUzyhDRcO9MLNcRCutv7v5IIAxWgd6fPmRX66PnkTqxbDCW?=
 =?us-ascii?Q?w06iC7ZCV5DF9fp+fslixpSoh4C2sPybYbPVhRJW+j+AOSUgXI7oPBokSrJO?=
 =?us-ascii?Q?sFTLv0QnfctiPJaD4b2iwuf7D4dSP2RN2KeO2qSkf+xRyMvcSkejXNlRZoXD?=
 =?us-ascii?Q?uwYAPQlhuKh/jpBvldRi3tf+A2QNrR3lUmzwc1KTQx69ydR4qnG1NjOXH3Li?=
 =?us-ascii?Q?6p40YosJP40WvYo+dUJP2P9h964ZeGW1UGLsKpBsqW/MRY2oCraxuF/lTcEJ?=
 =?us-ascii?Q?63xYdJzLp7hVHqxK0C+8oek212zmA4EWT1WwqYluKs+qFJivel9ryfP8JrHo?=
 =?us-ascii?Q?aHDXFY5Axs6EYNYtseazkaATN3Io//ZbtBGdZhsYWB3kxe3C5pM+uiJgAXZa?=
 =?us-ascii?Q?Zt+SvGDajqZMqqDy2+y5jEmPMdukLDEwCELH7eIu1IFCuwpK3LgCr1NPY1Jq?=
 =?us-ascii?Q?s0pWu4/FeASAxwhTkX6wY2DeyHGKSIkRfZEDjbygJ/ffeyABaurXL1pWtxsh?=
 =?us-ascii?Q?0RFWAcMneJ5puuuyC5QbnnfbAFEByrb3dNmQttp3gZVx5gUSagCNK1MjvuCd?=
 =?us-ascii?Q?FI1CwNraGxEd7/QahSPVsVTNv65C1qYxPzVtN36xt25WH4j7TTfDjgXnthAo?=
 =?us-ascii?Q?2KEzqts0LKz2u+g8Zqtt9eXAC6uEFFa1/7thZueIRIqfRfitVMas0Xi3SaSg?=
```

```
=?us-ascii?Q?D49BVoPbKvlCcsI6QjcKcFcUlCJddN2FqOfIz6eANrkyynsD5leFp44kzA0J?=
=?us-ascii?Q?jYZc5/+8DeptAgOecukJ19X6zr+r89AmwltWnWn5YSvJtAZmLxzJjsEXPzzA?=
=?us-ascii?Q?ELNKYbUBFt0bTTaIXaAro4hmEJw61BtseIwhp2yMMkoWV2+G5onue12nQ8SM?=
=?us-ascii?Q?n7rCwWRb5+oEtlxgEzbKGTSGcqJsyZBfZXi6Rt9Z9SEQqDBouJfI5DeoSiwu?=
=?us-ascii?Q?78oWCBXNrTfc3sCgd6zsw57+KJbWb1X5/9YBKkKSDRRLLOOMRYkvvraOuyVt?=
=?us-ascii?Q?KZlo/vNRgkcdjRUlkP9FxdK3lOhCLeFTbj1nmPe6NRE8gDdZ/Yt/zd5vRZeb?=
=?us-ascii?Q?5cImQuPo4w14cwAofJb98aKaXde4T1FKmb4DkTUu2M06y6XMQY/h2w53Xx3c?=
=?us-ascii?Q?eGRf/Y+c6/ySYimSeoPlVLuofHMmUlgTYDfOH0sQoY/UsaPR3cSJWOBXOwqB?=
=?us-ascii?Q?3hoTbQB+p0XdsoglozhBzFXgR88wYUrkyrv+pzooLIA8og/KHJsej0mkrm8F?=
=?us-ascii?Q?zj/GG5T0nC2S+wGlby8kEd3S4MqOH0MfvsjQdTx6fDJQARP/onPuTP9Av6rgV?=
=?us-ascii?Q?1t/D8AMyM6gLOoFRbcOlWEcHsBh4yCsBMGcm6YLSp+oJLHWhdliscCZZ7ekP?=
=?us-ascii?Q?oG8cTCLTA=3D=3D?=
X-Microsoft-Exchange-Diagnostics: 1;CY1PR06MB2153;5:gWsAcWLwmTU4jRKutyRF1h74nE3/
mok5Gel7kZuzrM/PaRyJtHie349TlTHLW015PBkvs02CqqSLH1ouYJXkD67R5XQ0o/
sD0t0XWuCMZZhW9x4u7c9WLWhVzZ5k2AhIyuQPEbRWzSz0DYk2yx6XCQ==;24:nVyHVg6zHaFZNsT+
0zg2ainaActC62ra++rMn5Csrtwb6K7FefhLaNq8uS3wHXMUgqxbLIg5hArVMB2RbZ/MxP6F/lmPzinWrOxmB7mEDBg=
SpamDiagnosticOutput: 1:23
SpamDiagnosticMetadata: NSPM
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 10 Mar 2016 18:36:08.8425
 (UTC)
X-MS-Exchange-CrossTenant-Id: fe4e1583-fb6f-48dd-8524-d06ad7501045
X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=fe4e1583-fb6f-48dd-
8524-d06ad7501045;Ip=[192.195.154.243];Helo=[rg4.sandiego.edu]
X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CY1PR06MB2153
X-OrganizationHeadersPreserved: CY1PR06MB2153.namprd06.prod.outlook.com
X-CrossPremisesHeadersFiltered: Jabba.ad.sandiego.edu
```

Final-Recipient: rfc822;vfusaro@sandiego.edu
Action: failed
Status: 5.2.3
Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient

---------- Forwarded message ----------
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
To: <publicsafety@sandiego.edu>
Cc:
Bcc:
Date: Thu, 10 Mar 2016 10:36:06 -0800
Subject: Fwd: URGENT

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 8:38:30 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right now and I really hope they are sending officers to find him right now and get him the medical help he needs.  I called the police and they would not go to his apartment to check on him unless I could provide

his apartment number. Please get him help immediately for his safety and for the safety of everyone at school - I don't feel safe coming to campus tomorrow unless this is resolved. I am disappointed he was in class again tonight after the reports were made to you earlier today about his erratic behavior.

hey kevin i'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you



Who the fuck are you???????? Fuck off Nazi bitch I'm better than I've ever been quit trying to make me someone that should give a shit about you the only reason you're my Facebook friend is because you're amazed at what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't know you're on the deck right now

She does nothing

i'm not on your deck i'm at my house

i am really worried about you and i truly mean that



If you want friends go join the Ben Carson campaign

On Mar 9, 2016, at 8:06 PM, Meredith D'Angelo <meredithdangelo@sandiego.edu> wrote:

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are aware of and are addressing this incident, but I invite you and any other students to come speak with me at any time to discuss your/their concerns. I greatly appreciate that you reached out and want to reassure you that the safety of our students and community is top priority. As always, of course, any student or member of the community is also welcome to contact our Department of Public Safety directly with any immediate or personal security

concerns. That said, please do feel free to stop by or call my office tomorrow - or any time
- if you would like to discuss further.

Sincerely,

-----------------------------------------------

**MEREDITH D'ANGELO, ESQ.**

## Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]


**USD School of Law.**

*The Perfect Climate for Studying Law.*

On Mar 9, 2016, at 7:45 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

> Hi Professor Sichelman and Dean D'Angelo,
>
> I just got off the phone with public safety - I'm sure you're aware of Kevin
> Snow, the student that acted weird in MBE class today. I didn't see first
> hand but I have been looking at his weird facebook posts lately - he's been
> rambling about USD being full of nazi's and neonazi's and he sent my friend
> Fermin a strange message on Facebook this week. Everyone is really
> worried and I think he is having a psychotic break right now. I would have
> come in today myself but I heard several students told the administration
> today about his weird erratic behavior. He's in my wills and trusts class T-
> TH and I heard he was acting very strange in class yesterday too, although I
> haven't witnessed for myself so this is all technically hearsay I have noticed
> the strange posts and I have seen people with mental illness - I think he
> needs to be hospitalized ASAP for his own safety. I'm sure you're working
> on it but just wanted to let you know in case nobody has told you all this
> because a couple friends from MBE class just called me in a panic.
>
> Tiffany

-----------------------------------------------------------------------------------------------

**Jennifer Bayard** <jentroncale@sandiego.edu>                     Thu, Mar 10, 2016 at 10:37 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>, "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>

Tiffany,

Thank you for forwarding. Someone with our Department will contact you shortly.

Thank You,

**Jennifer Troncale #00720**

*Communications Supervisor*

University of San Diego

Department of Public Safety

HC-151

5998 Alcala Park

San Diego, CA 92110-2492

Phone: (619) 260-7777

Work Cell: (619) 851-9742

Fax: (619) 260-2241

Email: jentroncale@sandiego.edu

www.sandiego.edu/safety

-

CONFIDENTIALITY NOTICE: This message, including any attachments, is solely for use by the intended recipient(s) and may contain information that is confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure, distribution or forwarding of this message or its attachments is strictly prohibited. If you are not the intended recipient, please contact the sender and delete the original and all copies of this message and its attachments.

---

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Thursday, March 10, 2016 10:36 AM
**To:** publicsafety@sandiego.edu
**Subject:** Fwd: URGENT

Message to Fermin Vargas - he is calling you shortly he told me.

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>

**Subject: Re: URGENT**

**Date:** March 9, 2016 at 9:54:02 PM PST

**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>

**Cc:** sferruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>

Facebook message sent to Fermin:

 

  

9:18 PM

FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign attendance classes anymore. And if they have a problem with that fucking sue me nazis. It's been 34 hours and not a peep

University of San Diego Mail - URGENT

9/17/17, 8:48 PM



## on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am føu



Type a message...

     

On Mar 9, 2016, at 8:38 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right now and I really hope they are sending officers to find him right now and get him the medical help he needs. I called the police and they would not go to his apartment to check on him unless I could provide his apartment number. Please get him help immediately for his safety and for the safety of everyone at school - I don't feel safe coming to campus tomorrow unless this is resolved. I am disappointed he was in class again tonight after the reports were made to you earlier today about his erratic behavior.

hey kevin i'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you



Who the fuck are you????????
Fuck off Nazi bitch I'm better than
I've ever been quit trying to make
me someone that should give
a shit about you the only reason
you're my Facebook friend is
because you're amazed at what
I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't know
you're on the deck right now

I'm not
on your
deck i'm
at my
house

She does nothing

i am really worried about you and
i truly mean that

If you want friends go join the

On Mar 9, 2016, at 8:06 PM, Meredith D'Angelo
<meredithdangelo@sandiego.edu> wrote:



Ben Carson campaign

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are aware of and are addressing this incident, but I invite you and any other students to come speak with me at any time to discuss your/their concerns. I greatly appreciate that you reached out and want to reassure you that the safety of our students and community is top priority. As always, of course, any student or member of the community is also welcome to contact our Department of Public Safety directly with any immediate or personal security concerns. That said, please do feel free to stop by or call my office tomorrow - or any time - if you would like to discuss further.

Sincerely,


---------------------------------------------

**MEREDITH D'ANGELO, ESQ.**

## Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]


**USD School of Law.**

*The Perfect Climate for Studying Law.*


On Mar 9, 2016, at 7:45 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Hi Professor Sichelman and Dean D'Angelo,

I just got off the phone with public safety - I'm sure you're aware of Kevin Snow, the student that acted weird in MBE class today. I didn't see first hand but I have been looking at his weird facebook posts lately - he's been rambling about USD being full of nazi's and neonazi's and he sent my friend Fermin a strange message on Facebook this week. Everyone is really worried and I think he is having a psychotic break right now. I would have come in today myself but I heard several students told the administration today about his weird erratic behavior. He's in my wills and trusts class T-TH and I heard he was acting very strange in class yesterday too, although I haven't witnessed for myself so this is all technically hearsay I have noticed the strange posts and I have seen people with mental illness - I think he

University of San Diego Mail - URGENT                                          9/17/17, 8:48 PM

needs to be hospitalized ASAP for his own safety. I'm sure you're working
on it but just wanted to let you know in case nobody has told you all this
because a couple friends from MBE class just called me in a panic.

Tiffany

---

**Milton Maples** <mmaples@sandiego.edu>                    Thu, Mar 10, 2016 at 11:01 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

This is what we're dealing with today.   I'm currently at the Law School until the end of my shift.

Sent from my iPhone

On Mar 10, 2016, at 10:36 AM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Message to Fermin Vargas - he is calling you shortly he told me.

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 9:54:02 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
**Cc:** sferruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>

Facebook message sent to Fermin:
<IMG_3469.JPG>
[Quoted text hidden]

**IMG_3469.JPG**
98K

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>              Thu, Mar 10, 2016 at 11:03 AM
To: Milton Maples <mmaples@sandiego.edu>

I Know I was just forwarding old emails so you have them.


[Quoted text hidden]
[Quoted text hidden]
<IMG_3469.JPG>


**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                      Thu, Mar 10, 2016 at 11:04 AM
To: Milton Maples <mmaples@sandiego.edu>

I am in contact with both SDPD and Campus Security - I've advised everyone who told me anything to contact them
directly so they can find him and get him help.
[Quoted text hidden]

 T-Mobile 8:07 AM  100%

< Recent

Kevin Snow >
Active 27m ago

USD law is such a fucking Nazi factory I really don't know how you put up with this. Do yourself a a favor and Stay out of those basic Nazi pussies



Aa

Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 🌐 🎤 space return



< Recent

**Kevin Snow** >
Facebook

Invite Kevin to Messenger

> hey kevin i'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you

Who the fuck are you???????? Fuck off Nazi bitch I'm better than I've ever been quit trying to make me someone that should give a shit about you the only reason you're my Facebook friend is because you're amazed at what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't know you're on the deck right now

 She does nothing

> i'm not on your deck i'm at my house

> i am really worried about you and i



**‹ Recent**

**Kevin Snow** ›
Facebook

Invite Kevin to Messenger

Wtf

Don't pretend like I don't know you're on the deck right now

 She does nothing

i'm not on your deck i'm at my house

i am really worried about you and i truly mean that

 If you want friends go join the Ben Carson campaign 

|

Aa



Q W E R T Y U I O P

A S D F G H J K L

⬆ Z X C V B N M ⌫

123 😀 space return

 1:36 AM  

‹ Recent

**Katherine Snow** ›
Messenger



# Katherine Snow

**You and Katherine Snow aren't connected on Facebook**

Lives in Niwot, Colorado
Went to Bartlesville High School

hi Mrs. Snow! I go to school with Kevin at USD! I just wanted to reach out because we are really worried about Kevin. He's been acting strange the past few days at school and writing some weird stuff on facebook. I have family members with mental illnesses and i think he may be having a psychotic break right now. I just tried to reach out to him on facebook and ask how he is doing and he just raged at me - I truly am worried about him. If you would like to call and talk on the phone my number is 520-400-1116 but i think we need to get him help right now! 

       



●●●●○ T-Mobile 📶          9:20 PM          ✈ ● 61% 🔋



❮ Recent          **Kevin Snow** ❯          📞   📹
Active 1m ago

FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign attendance classes anymore. And if they have a problem with that fucking sue me nazis. It's been 34 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am føu



‹ Messages  **Amanda**  Details

Thank you

Email sent

Called the police

They said USD is working on it

Haha idiots. This is so messed up

I'm worried about Saturday

We have the mandatory lecture from 9 to 5

God knows what that means!!! These idiots

His fb scares me



2) LOOT
&
DESTROY

Justifications for looting, pillaging and destruction ...

The Bible ...

The Lieber Code of 1863

Case of Law ...

3 day application rule ...

TRC § 2-403



Kevin Snow

Share



I feel like my Art Law final prep work could be its own art. I did 12 of these #my... See More

7 Likes 1 Comment

Share







Kevin Snow



Kevin Snow



Share









**Kevin Snow**

DECEMBER 13, 2014 NEAR SAN DIEGO, CALIFORNIA

1 Like

➤ **Share**

‹ Messages     **Amanda**     Details

Kevin Snow



Omg Auty just notice that he wrote
Iraq in Arabic in the middle of page



What the heck?!



 

 Messages          **Siobhan**          Details

Awesome thanks!

I'm not going to school in the am

Definitely don't. Especially after the
FB message he sent you

Okay good I just want the police to
help him soon

Agreed!!

from kat: This is what janet told me:
apparently he called a bomb threat
into the school? the police are
looking for him and can't find him and
gina told me to tell everyone i know
not to go to campus tomorrow bc
people who know him said he
"snapped" today...

OMG is that all my fault

Delivered

No I don't think so at all

Auty called too I believe

And said she thought he had a
weapon

                                        

University of San Diego                                   Tiffany Dehen <tiffanydehen@sandiego.edu>

## Urgent
1 message

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Thu, Mar 10, 2016 at 7:14 AM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>, sferruolo@sandiego.edu, tsichelman@sandiego.edu

Obviously the matter has not been resolved and he is still not being helped. "Liberation day" does not sound good.
Everyone is scared of his unpredictability. I haven't been able to find one person who is close to him. He is very
antisocial. Not good signs.



image1.PNG
286K

Case 3:1... Document... Wed 03/09/18 Page... Page 50 of 135



Kevin Snow

Stephanie Sandi... Katrina Louise Rijon Charlie
• 2 New Posts • 2 New Posts • 1 New Post

See All Friends >

POSTS



**Kevin Snow**
3 hrs · 🎭

I am Still building the bonfire for the 420Am roast and commencement of Russ. Today is day four. The last day of attending class. Liberation day. Or as we like to say. Prüde day because it's the last day of getting slut shamed by the virgin Catholics gøys and also the last day our/their Nazi Catholic kids are virgins.
**#bitchimmadonna**

 Marco Antonio Huerta

 Like  Comment  Share



**Kevin Snow**
Yesterday at 9:09 PM · 🎭

Eight hours a night. 😈Ha😈ha😈ha 😈 what is this a Nazi prom?

4 Comments

  

**From:** Law Dean [mailto:lawdean@sandiego.edu]
**Sent:** Thursday, March 10, 2016 9:57 AM
**To:** Lawcommunity@lists.sandiego.edu
**Subject:** [Lawcommunity] Recent Concerns of Student Behavior

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor-on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

**STEPHEN C. FERRUOLO**
Dean and Professor of Law
University of San Diego School of Law
5998 Alcalá Park
Warren Hall Room 200
San Diego, CA 92110-2492
(619) 260-4527 [office]
(858) 967-0459 [cell]
(619) 260-6815 [fax]
sferruolo@sandiego.edu

**USD School of Law.**
*The Perfect Climate for Studying Law.™*

**⚜️ University of San Diego®**                                   Tiffany Dehen <tiffanydehen@sandiego.edu>

# FW: [Lawcommunity] Recent Concerns of Student Behavior
2 messages

**Kevin Cole** <kcole@sandiego.edu>                              Thu, Mar 10, 2016 at 10:17 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

I don't know if students get this communication but I thought I would pass it along just in case. I haven't been able to connect with Dean D'Angelo yet.

---

**From:** Law Dean [mailto:lawdean@sandiego.edu]
**Sent:** Thursday, March 10, 2016 9:57 AM
**To:** Lawcommunity@lists.sandiego.edu
**Subject:** [Lawcommunity] Recent Concerns of Student Behavior

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor-on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

---

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(858) 967-0459 [cell]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.*™

□ **ATT00001.c**
1K

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                Thu, Mar 10, 2016 at 10:35 AM
To: Kevin Cole <kcole@sandiego.edu>

Got it thank you I just spoke with police they're with campus safety right now.

[Quoted text hidden]
[Quoted text hidden]
<ATT00001.c>

𝒜ℛ University of San Diego·

Tiffany Dehen <tiffanydehen@sandiego.edu>

# Urgent

5 messages

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>
To: Miranda McGowan <mirandamcgowan@gmail.com>

Thu, Mar 10, 2016 at 10:56 AM

Hi Professor McGowan,

Hopefully you've been informed by now but everyone at school is sincerely concerned about a student - Kevin Snow. They have campus security looking for him on campus and I just got off the phone with the sergeant who is working with public safety to find him. They have security on campus but I think I may have made myself a target by trying to reach out to him yesterday to see how he was doing. I haven't been able to find anyone who is friends with him or knows where he might be. I gave the police his family's names so they are working on locating him now but if they can't find him before class I don't think I'll be coming to campus today. I've been in contact with the police and campus security all morning and I know the deans are working on it but I've been advised to tell everyone who might have first hand knowledge to contact campus security and/or the SDPD to tell them so they can try to find him to get him help. I believe he's having a psychotic break and needs hospitalization for his mental health immediately so I'm trying to help SDPD locate him.

Thank you,
Tiffany Dehen

---

**Miranda McGowan** <mirandamcgowan@gmail.com>
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Thu, Mar 10, 2016 at 12:20 PM

How scary and disturbing. You need to feel safe and be safe. I am recording class today and will send you the audio.

Be well, MM

PS email me tomorrow and let me know how you are, please.
[Quoted text hidden]
--
Miranda McGowan
Professor of Law
University of San Diego Law School
5998 Alcala Park Drive
San Diego, CA 92110
619/260-4154

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>
To: Miranda McGowan <mirandamcgowan@gmail.com>

Thu, Mar 10, 2016 at 1:19 PM

Thank you I will! I will be fine he doesn't know where I live but I'm very concerned I don't know if the police are actively looking for him or if the school is waiting for a direct threat but he told Darshan on his latest Facebook post he will "remember him". My mom talked to a doctor his advice was to find him a forensic psychiatrist quickly so I really hope they find him. I don't think he's slept.

Sent from my iPhone
[Quoted text hidden]

---

---

**Miranda McGowan** <mirandamcgowan@gmail.com>
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Thu, Mar 10, 2016 at 1:23 PM

Glad you're ok. They are actively looking for him. That's my sense.

M
[Quoted text hidden]
[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>
To: Miranda McGowan <mirandamcgowan@gmail.com>

Thu, Mar 10, 2016 at 1:25 PM

Good! That's a relief thank you!

Sent from my iPhone
[Quoted text hidden]

University of San Diego·                              Tiffany Dehen <tiffanydehen@sandiego.edu>

## Urgent

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                     Thu, Mar 10, 2016 at 10:57 AM
To: Adam Hirsch <ahirsch@sandiego.edu>

Hi Professor Hirsch,

Hopefully you've been informed by now but everyone at school is sincerely concerned about a student - Kevin Snow.
He is in our wills and trusts class tonight and I heard from other students he was acting strange in class (he sits in the
back row I believe).  They have campus security looking for him on campus and I just got off the phone with the
sergeant who is working with public safety to find him.  They have security on campus but I think I may have made
myself a target by trying to reach out to him yesterday to see how he was doing.  I haven't been able to find anyone
who is friends with him or knows where he might be.  I gave the police his family's names so they are working on
locating him now but if they can't find him before class I don't think I'll be coming to campus today.  I've been in
contact with the police and campus security all morning and I know the deans are working on it but I've been advised
to tell everyone who might have first hand knowledge to contact campus security and/or the SDPD to tell them so they
can try to find him to get him help.  I believe he's having a psychotic break and needs hospitalization for his mental
health immediately so I'm trying to help SDPD locate him.

Thank you,
Tiffany Dehen

 **Kevin Snow**
1 hr · ✂

To whom ever just swatted me (google it) and yes someone just swatted me
for the second time: you are a biggot, a Nazi, and a nonbeliever in the first
amendment. I don't need your help. You just want to stomp the faggot Jew out
of me. I don't have any bombs or weapons or desire to cause physical harm to
any living thing (for the second time I've had to say this to a cop for defending
my first a amendment rights). But you do have a special place in hell waiting
for you.

Like          Comment          Share

View 4 more comments

 Robert Henry Moore Ahhh. I always thought Mormons were peaceful people.
Guess maybe not.
Like · Reply · 40 mins

 Kevin Snow OMG https://en.m.wikipedia.org/wiki/Matthew_Shepard <--all
Mormons

 Matthew Shepard - Wikipedia, the free
encyclopedia

EN.WIKIPEDIA.ORG

Like · Reply · 👍 1 · 38 mins

 Darshan Patel haha law school low key freaking out..dean even sent an email
Like · Reply · 39 mins

 Kevin Snow What did it say????? Omg I'm eating this up
Like · Reply · 38 mins

Like · Reply · 🖒 1 · 38 mins

 Darshan Patel haha law school low key freaking out..dean even sent an email

Like · Reply · 37 mins

 Kevin Snow What did it say????? Omg I'm eating this up

Like · Reply · 37 mins

 Darshan Patel something about rumors arent true. everyones safe, but guards are on alert. you were probably in the blast email check it out

Like · Reply · 35 mins

 Kevin Snow Fucking rumors???? Ha!! 😈 😈 😈 OMG. They really are out to destroy me. What a bunch a fucking pussies.

Like · Reply · 34 mins

 Darshan Patel Despite the fact that we have never talked to each other and I know nothing about you other than you are a Game of Thrones fan. I suggest you talk to the Dean to get this put to bed. There are scared 1Ls out here..but do you

Like · Reply · 🖒 1 · 11 mins

 Kevin Snow That's the best advice I've heard. I will remember it and you. 😈 🍺 😈 ♡ 😈

Like · Reply · 9 mins

 Write a reply...



**Kevin Snow** shared Bette Midler: Bootleg Betty's photo.
16 mins ·



Like       Comment       Share

Case 3:17-cv-00198-LAB-WVG  Document 53  Filed 03/14/18  PageID.1172  Page 60 of 135
University of San Diego Mail - Fwd: Recent Concerns of Student Behavior
9/17/17, 8:10 PM

University of San Diego®                                              Tiffany Dehen <tiffanydehen@sandiego.edu>

## Fwd: Recent Concerns of Student Behavior

5 messages

**Victor Behar** <vbehar@sandiego.edu>                              Thu, Mar 10, 2016 at 1:07 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

huhn...is this sticking head in the sand?
---------- Forwarded message ----------
From: **Law Dean** <lawdean@sandiego.edu>
Date: Thu, Mar 10, 2016 at 10:45 AM
Subject: Recent Concerns of Student Behavior
To: Various Recipients <lawdean@sandiego.edu>

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct
threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the
Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the
campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information.
Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment
during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.
edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-
4655, or walking into the Counseling Center – Serra 300. The counselor-on call can be reached by calling Public Safety (x2222) on any
campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

----------------------------------------

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.*™

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                      Thu, Mar 10, 2016 at 1:15 PM
To: Victor Behar <vbehar@sandiego.edu>

    Yes I don't think the police have found him or I don't know if they're even actively looking

    Sent from my iPhone
    [Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                      Thu, Mar 10, 2016 at 1:24 PM
To: Victor Behar <vbehar@sandiego.edu>

    I didn't even get that email until prof Cole forwarded to me

    Sent from my iPhone

    On Mar 10, 2016, at 1:07 PM, Victor Behar <vbehar@sandiego.edu> wrote:

    [Quoted text hidden]

---

**Victor Behar** <vbehar@sandiego.edu>                             Thu, Mar 10, 2016 at 2:46 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

    I'm on campus now. There is a very out of shape public safety officer stuffing his face with what appears to be ice
    cream (or maybe he is trying and it is actually fro yo. LOL) But that was just at the entry of the parking lot between
    Warren and Pardee. He hardly looked like someone on high alert. hehe
    [Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                      Thu, Mar 10, 2016 at 4:56 PM
To: Amanda Moazzaz <amandasmoazzaz@sandiego.edu>

---

Sent from my iPhone

Begin forwarded message:

> **From:** Victor Behar <vbehar@sandiego.edu>
> **Date:** March 10, 2016 at 2:46:59 PM PST
> **To:** Tiffany Dehen <tiffanydehen@sandiego.edu>
> **Subject: Re: Recent Concerns of Student Behavior**

[Quoted text hidden]

🔔 University of San Diego·                                    Tiffany Dehen <tiffanydehen@sandiego.edu>

# Recent Concerns of Student Behavior

**Law Dean** <lawdean@sandiego.edu>                                    Thu, Mar 10, 2016 at 3:30 PM
To: Various Recipients <lawdean@sandiego.edu>

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego. edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor-on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

------------------------------------------------------

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.*™



‹ Messages **Fermin** Details



hmm

yeah you may be right

Today 3:26 PM

 Kevin Snow
FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign attendance classes anymore. And if they have a problem with that fucking sue me nazis. it's been 24 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am few

 Kevin Snow
Stay strong pride

 Kevin Snow
How. Dare. U.

 Kevin Snow
You missed a call from Kevin         Call Back

this isn't funny anymore

not that it ever was



Delivered

I do not feel safe on campus anymore







**Kevin Snow**

FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign attendance classes anymore. And if they have a problem with that fucking sue me nazis. It's been 34 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am føu



**Kevin Snow**

Stay strong pride



**Kevin Snow**

How. Dare. Ü.



**Kevin Snow**

You missed a call from Kevin.                    Call Back

66% 7:22 PM



**Kevin Snow**
Yesterday at 12:16pm ·

Has Obama not delivered on his promises???? Ha. I just got the email excusing me of terrorism. Ha. Omg. What do we have to do to appease these nazis? 🚗🚗 🚗🚗🚗🚗🚗🚗🚗🚗🚗🚗🚗🚗 ha

👍 Like          💬 Comment          ↪ Share

See More Recent Posts



# Posts from 2016



**Kevin Snow** added **4 new photos**.
February 16 at 8:47pm ·

I managed to get my hands on the STRONGEST WEED IN ALL OF SOCAL. Maybe all of California maybe even the US. This buddy here is A-Dub. Not crazy about the name but it tested today at 33%. The previous so cal...
More



FYI the group who swatted me the first time were my classmate mates Brie Johnson and Mike Cintas and Jason Holcomb. I have no hate to them. I hope to go to their grandparents barmitzfahs but I won't because they live and die and commit terrorism for the nazis. I'm so sorry society could let us be friends.



 Like          Comment          Share

 **Kevin Snow** shared **American Reformers**'s **photo**.
Yesterday at 12:33pm ·

 **American Reformers**
March 7 at 10:21 am ·

They're trying to escape the oppression of universal healthcare, guaranteed education, and mandatory paid vacation time



Gmail - URGENT SCHOOL SAFETY                                                                          3/10/18, 1:57 PM

 Gmail                                          Tiffany Dehen <tiffany.dehen@gmail.com>

## URGENT SCHOOL SAFETY

1 message

**Tiffany Dehen** <tiffany.dehen@gmail.com>                              Sat, Mar 12, 2016 at 2:00 AM
To: "Thomas A. Smith" <tacsmith@gmail.com>

Hi Professor Smith,

As I'm sure you heard through the grapevine there was heightened security on campus the past couple days due to a
particular student who has been behaving weird in class and posting weird stuff on facebook. I am disappointed in a
lot of my classmates who assured me they were sending their first hand knowledge into public safety because I just
emailed these new facebook posts I found and the captain responded at 8 pm tonight and said:

Thank you, Tiffany. You are the only one at this point that has forwarded anything new.
Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7690
Fax (619) 260-2241
www.sandiego.edu/safety

Campus safety/the police (allegedly) are working on it but I spoke with Dean D'Angelo this morning and she assured
me the school was "doing everything they could" and to "trust the process." Then at 2:30 p.m. public safety emailed
me asking if I had any info. I didn't send the new posts (posted yesterday at 12:20 p.m. after I was blocked by him on
facebook weds night) in until 7 pm tonight. The captain is still working on it because he responded very quickly and
said the above note.

I've been looking at everything combined with this guy's newest posts and I almost think he is playing us. I've been
waiting for my friends to tell public safety what they know because I just have a bunch of hearsay but my friend
Amanda sent me all these photos of his facebook the other day and she said someone noticed he wrote Iraq in Arabic
in the middle of the page.

I know this sounds crazy but based on his new facebook posts I honestly think he is playing us. He keeps giving just
enough information to freak everyone out but not enough to constitute a threat. He just deleted a bunch of his
incriminating posts yesterday. I am getting a bad feeling and the school can't do anything b/c of "privacy" but the
police haven't assured me they have checked on him either - I have called them at least 4 times since weds night. I
feel like I am a direct target because I reached out to him weds before everything went crazy at school and the school
is aware of all communication but the posts I found tonight are weird because he names three names specifically - but
Siobhan looked them up on facebook and we can't find anything. I think they are code names for people. The school
has been telling us for two days that there hasn't been a direct threat against anyone so this latest post is walking a
very fine line between constituting a real threat and using fake names in place of it.

I feel like I am way too invested in this but whenever I start feeling like it's going to be okay something else comes up.
 Reading into his posts - everyone keeps saying oh he's just schizo but now I'm beginning to wonder if he is just
messing with everyone. He called himself a terrorist - as in he knows he's terrorizing the campus. They said school
was safe yesterday but 20/90 people went to wills and trusts - the class everyone expected him to try to show up to. I
don't want you to get in trouble but I just want you to know I've called the police 4 times - won't take me seriously -
allegedly not enough for a mental health hold and school is doing all they can allegedly - so either he's fooling
whatever psychiatrist dean ferruolo told my mom examined him or he's just really good at acting crazy for fun. I

haven't noticed anything new since the post yesterday but I didn't know that until recently and after looking at what Amanda originally sent me yesterday - if they really haven't hospitalized him yet, I wonder if he is trying to quietly go away until he comes back for something bigger. The school keeps saying there's no threat and everyone is safe but they still have heightened security on campus - there's a big bar class that's supposed to meet all day Saturday. That would be almost our entire 3L class. Then on top of it - people keep saying he's just off his rocker and other professors admitted to my mom he's schizo. But he has been responding to people - that's not schizo - and he's been smart enough to delete all of his incriminating posts from yesterday except for the most recent one where he says the school sent an email blast excusing his terrorism. I can't find out if he's hospitalized but I don't see why public safety would still be talking to me if he was. If he's not hospitalized right now, then he knows exactly what he's doing and he's calculating his next move.

He is pretending to be jewish - or fermin suggested this dutch author who died on march 5th and that's around when all the weird posts started popping up on facebook. I've made a timeline and it goes back to last week with all the weird facebook posts and then incidents since monday when he acted out in prof. muth's class. I don't understand how there is enough evidence for a psych hold on him yet - and if they already acted on that why would they still have security on campus. I don't trust the school's process because I know of another student who got let down by the process this year - the same "expert psychiatrists" ferruolo told my mom were going to check out kevin snow, are the ones who misdiagnosed another student and gave him the worst medication possible for someone who exhibited classic textbook symptoms of bipolar - heard from the source himself. The only way he was stopped was when he started having a psychotic episode and throwing stuff in his apt - his roommate called the police and got him help immediately but that was days after the school had been notified of his erratic behavior. I was originally worried about this other guy's potential to harm himself, but I almost wonder if he's outsmarted everyone and knows when to quit - the school wouldn't come after him if he just stopped now unless he tried to come on campus. I don't believe the school will keep security up for more than a few days even if he hasn't been hospitalized. I just don't see how they can be on both sides of the argument - either he's perfectly sane and everyone can about their merry day and public safety would stop contacting me since he's no longer a threat, but reading his facebook posts - that means we have to take him at his word that he's a terrorist terrorizing people, or he's a whack job who is becoming more of a threat to himself and others by the hour as he becomes more mentally ill. Call me paranoid but I told police this was a suspected bomb threat twice - we have huge military bases here. I mean if I have to spell out the rest - to everyone else apparently I do - San Diego would be perfect for terrorists to hit because it would be a huge screw you since it would be sneaky. This guy has no friends - I messaged his mom right after he called me a nazi on weds night and she read the message yesterday but never responded. I haven't found anyone who is friends with him and the only kid who has stood up for him even admitted to me that he is off his rocker and will have to hit rock bottom before he gets better. I would rather not see what rock bottom is if I can avoid it.

Here's how we found the photos chronologically in the zip drive - all jpeg files I swear not a virus. Just too many and didn't want to send you ten emails. This doesn't even include the screenshots of his previous weird posts from the last week calling everyone at USD nazi's. I don't think enough is being done. There's another screenshot floating around I haven't been able to get that is to a barbri rep earlier this week that my friend Joe Guilino has - he sent to the dean but hasn't reached out to me other than that. I'm not sure if the dean is forwarding right away to public safety because when I spoke to them on Thurs morning they didn't have the message to Fermin that I sent myself to the dean on Weds night. There's also reports of kevin approaching two girls in the parking lot and Mason too - who all talked to public safety on weds night. Kevin acted out in MBE class so much that he kept staring at the clock as if he was waiting for something happen - words straight from Siobhan's mouth right after class - and professor sichelman noticed something was off and asked him if he was okay in class (hearsay) but then he went and filed a report with the dean right after to which the dean rushed out of his class and asked "is everyone in the writs okay" and then they've been dealing with this ever since. Prof Hirsch also noticed his weird behavior via email (which he told my mom) and thought it was schizophrenic. I heard he also acted out in Professor Muth's PR class. I heard he acted weird in one of his bar writing or research classes when he was arguing for marijuana and then the very first facebook post that got everyone's attention was talking about the reference librarian. He made some incoherent comment and then it said if you know which one (referencing librarian) I'm talking about DONT LIKE THIS STATUS and I heard he is in a class with a reference librarian. Then his statuses just got weirder and weirder. The other thing that is weird is that he attacked me and said I like Ben Carson - but Fermin has been posting some liberal posts lately and I almost think kevin thought of fermin as an ally - until fermin stopped responding to him and defriended him on facebook yesterday. Could be nothing but I think Joe Guilino tried reaching out to him the other day and got called a nazi too (the personal messages where he calls someone a nazi is addressed to me) and if I remember correctly Joe is usually outspoken republican too. I can't remember 100% but I have a feeling I remember talking to him about it. Nobody wants to get

involved and people have been defriending or blocking him one by one and not even keeping everyone updated because they are hoping it will just get swept under the rug and go away.  If he is mentally ill - then it won't go away.  If he's calculating his moves - then it most definitely won't go away b/c he's mocking us right now.

I don't know what I expect you to do but if you think I'm overreacting that would help.  I am highly sensitive due to the Jared Loughner shooting in Tucson a few years ago when he shot Gabby Giffords point blank at the safeway right across the street from my parent's current house.  He exhibited all the same signs - suspended from school, shut up and stopped bothering people and then 6 months later went and got guns - everyone missed the signs - and he showed up and shot 20 people at safeway on a sunday morning.

Sorry to be such a downer but if public safety is still contacting me I don't feel like it's resolved and I'm not sure they are willing to admit the possibility this could be a real threat to everyone.

Thank you,
Tiffany Dehen
520-400-1116

 **KS.zip**
12759K

University of San Diego Mail - Re: Urgent                                                                     3/10/18, 1:26 PM

University of San Diego                                                          Tiffany Dehen <tiffanydehen@sandiego.edu>

## Re: Urgent
3 messages

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                          Sat, Mar 12, 2016 at 4:43 AM
To: Quinton Kawahara <qkawahara@sandiego.edu>

One more thing I remembered and is bothering me. A few months ago at a dean's mixer I was standing near the beer dispenser and said hi to my friend Mohammed - I had a couple classes with him and we usually had friendly debates. I sold him my textbook - I thought we were pretty good friends but one day he started verbally attacking me on facebook on a comment I made on a political post. Then when I was standing at the dean's mixer I think i remember Mohammed (Aly last name?) standing with Kevin Snow. I remember because I thought my friend Eldon was standing around them - and maybe Daniel Kim - and remember thinking I knew almost everyone except for Kevin - I did not recognize him by name. Mohammed started lacing into me about how I'm so much different in real life than I am on facebook when it comes to politics and started getting pretty harsh with the insults. I wasn't really sure how to respond because at one point ISIS came up or I asked why his mom was flying to egypt or something and one thing led to another I can't remember the exact words leading up to it but I remember him looking me stone cold in the face and saying "i'm with isis" and I laughed it off and say like excuse me what i don't get it "i'm with a sleeper cell with isis". He sat there for a while not saying anything and I didn't know how to react because I didn't find it funny but kevin (or whoever i think the guy was standing by mohammed was) was laughing hysterically too. I just didn't find the idea of minimalizing terrorism very funny. After an awkward silence he started laughing hysterically. I didn't think it was funny because he was ostracizing me for thinking that ISIS could be a threat - this was like right after san bernardino or one of the other big events. I didn't tell anyone because I thought he was trying to just paint me as a racist if I started crying wolf and telling people he was with ISIS but his facebook page might be worth checking out to see if he's been posting anything out of the ordinary. After this incident a few days later he started posting some very strongly worded political opinions that started making me uncomfortable so I blocked him because I didn't think his joking around about ISIS was funny. Might be worth checking him out just to make sure everything's okay. I'm worried about my friends going to the all day event on campus tomorrow.


On Mar 12, 2016, at 2:10 AM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Please find enclosed a zip drive that has all the photos chronologically in the order in which they became known to me.

Please notice the first message sent to Fermin around Monday. Please also notice photo #17 where my friend quotes in her text message - "auty says he spelled Iraq in arabic in the middle of the page".

Call me crazy but based on his last two messages I sent you earlier tonight - he could be mocking us. He seems to be trying to do just enough to constitute a scare, but not enough to constitute a direct threat. Is he completely sane and knows what he is saying - so we should take him at his word when he says he is terrorizing the school - or is he completely crazy and need to be admitted to the hospital? He deleted all of his incriminating posts from yesterday. He has been responsive to people - that does not seem to fall into the schizo category. I'm no doctor but I have seen schizophrenic and usually there is no getting through to them. What if he is mocking us - showing that the school approved of his terrorism and leaving that post up for everyone to see for over 24 hours. He has been quiet since - either you guys got him (in which case I'm wondering why you're still contacting me) or he is not in custody yet - in which case I don't feel safe and by the looks of it, nor do a lot of law students.

There is a photo circulating that he sent via linkedin message to a barbri rep earlier this week - I was not able to get the name of the student who has it. There is also another incident of him directly calling another student a nazi - if I remember correctly this student has the same outspoken political views I do - the opposite of my friend Fermin, which is why I think Kevin originally reached out to Fermin and thought of him as an ally (until he stopped responding and defriended him on facebook last night).

If he has not been hospitalized I am even more concerned because now I am starting to wonder if he actually does know what is going on.

Please open the zip - no virus I swear just all the photos labeled chronologically in the order I received them.

Tiffany Dehen

<KS.zip>


On Mar 11, 2016, at 8:02 PM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:

Thank you, Tiffany. You are the only one at this point that has forwarded anything new.

Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7690
Fax (619) 260-2241
www.sandiego.edu/safety

CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to whom it is addressed. It may contain confidential information, proprietary information, or other information that is privileged under state or federal law. If you received this e-mail in error or if you are

not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify
me. If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail
and any attachments is without authorization and is prohibited. Unintended transmission shall not constitute a waiver of the confidential or
proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.

On Fri, Mar 11, 2016 at 7:29 PM -0800, "Tiffany Dehen" <tiffanydehen@sandiego.edu> wrote:

I heard a lot more kids defriended him on Facebook. I'm disappointed in my classmates - am I the only one sending you photos still?

My friend said he deleted everything but this

<image1.JPG>

<image2.PNG>
Sent from my iPhone

On Mar 11, 2016, at 2:36 PM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:

> Hi Tiffany,
>
> First off I want to thank you for keeping us updated on Kevin's posts on Facebook.
>
> I also wanted to check in with you to see how you are doing and to see if you have noticed any new
> Facebook post that Kevin has posted.
>
> Thank you,
>
> Quinton "Q" Kawahara
> Captain
> University of San Diego
> Department of Public Safety
> Hughes 141
> Phone (619) 260-7690
> Fax (619) 260-2241
> www.sandiego.edu/safety
>
> <image001.png>
> leadingchange.sandiego.edu
>
> CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to whom it is
> addressed. It may contain confidential information, proprietary information, or other information that is
> privileged under state or federal law. If you received this e-mail in error or if you are not the intended
> recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them,
> and please notify me. If you are not the intended recipient of this e-mail, please be aware that any disclosure,
> copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is
> prohibited. Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of
> the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.
>
> From: Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
> Sent: Thursday, March 10, 2016 11:54 AM
> To: Quinton Kawahara <qkawahara@sandiego.edu>
> Cc: publicsafety@sandiego.edu
> Subject: Re: Urgent
>
> <image002.png><image003.png>
>> On Mar 10, 2016, at 11:17 AM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:
>>
>> Thank you, Tiffany. This has been passed along to SDPD as well.
>>
>> Quinton "Q" Kawahara
>> Captain
>> University of San Diego
>> Department of Public Safety
>> Hughes 141

Phone (619) 260-7690
Fax (619) 260-2241
www.sandiego.edu/safety

<image001.png>
leadingchange.sandiego.edu

CONFIDENTIALITY NOTICE:  This e-mail is intended only for the review of the party to
whom it is addressed.  It may contain confidential information, proprietary information, or other
information that is privileged under state or federal law.  If you received this e-mail in error or if
you are not the intended recipient, please delete the e-mail and any attachments without reading,
printing, copying or forwarding them, and please notify me.  If you are not the intended recipient
of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of
this e-mail and any attachments is without authorization and is prohibited.  Unintended
transmission shall not constitute a waiver of the confidential or proprietary nature of the contents
of this e-mail, nor shall it constitute a waiver of any applicable privilege.

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Thursday, March 10, 2016 10:47 AM
**To:** Quinton Kawahara <qkawahara@sandiego.edu>
**Cc:** publicsafety@sandiego.edu
**Subject:** Re: Urgent

I tried sending more but they keep coming back as undeliverable.
<image002.png><image004.jpg>

> On Mar 10, 2016, at 10:42 AM, Quinton Kawahara <qkawahara@sandiego.edu>
> wrote:
>
> Thank you, Tiffany.  All of your into has been passed along to SDPD.
>
> Quinton "Q" Kawahara
> Captain
> University of San Diego
> Department of Public Safety
> Hughes 141
> Phone (619) 260-7690
> Fax (619) 260-2241
> www.sandiego.edu/safety
>
> <image001.png>
> leadingchange.sandiego.edu
>
> CONFIDENTIALITY NOTICE:  This e-mail is intended only for the review of the
> party to whom it is addressed.  It may contain confidential information, proprietary
> information, or other information that is privileged under state or federal law.  If you
> received this e-mail in error or if you are not the intended recipient, please delete the
> e-mail and any attachments without reading, printing, copying or forwarding them,
> and please notify me.  If you are not the intended recipient of this e-mail, please be
> aware that any disclosure, copying, distribution or use of the contents of this e-mail
> and any attachments is without authorization and is prohibited.  Unintended
> transmission shall not constitute a waiver of the confidential or proprietary nature of
> the contents of this e-mail, nor shall it constitute a waiver of any applicable
> privilege.
>
> **From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
> **Sent:** Thursday, March 10, 2016 10:36 AM
> **To:** publicsafety@sandiego.edu
> **Subject:** Fwd: Urgent

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: Urgent**
**Date:** March 10, 2016 at 9:27:03 AM PST
**To:** Kevin Cole <kcole@sandiego.edu>

And here are additional photos other students sent me from his
Facebook page:

<image002.png><image003.png><image004.png><image005.png><
image006.png><image007.png><image008.png><image009.png><
image010.png>

On Mar 10, 2016, at 9:25 AM, Tiffany Dehen
<tiffanydehen@sandiego.edu> wrote:

This Facebook message was sent to my friend Fermin last
night. I think he thinks of him as an ally.

<IMG_3469.JPG>

On Mar 10, 2016, at 9:24 AM, Tiffany Dehen
<tiffanydehen@sandiego.edu> wrote:

And yes I do think I could potentially be a
target - I was really concerned about him and I
reached out yesterday which I shouldn't have
done but my mom is concerned about his
mental state.  I haven't been able to find
anyone who knows if he's safe or where he is.
He can't help it right now he's having a
psychotic break.  I sent to the deans but this
was our conversation:

hey kevin i'm not sure if we
have talked a whole lot but
i just wanted to check in
and see how you're doing.
i went through a
lot of stress last year so i
can relate if you want to
talk about anything! I'm
worried about you



Who the fuck are

University of San Diego Mail - Re: Urgent

3/10/18, 1:26 PM

you???????? Fuck off Nazi bitch I'm better than I've ever been quit trying to make me someone that should give a shit about you the only reason you're my Facebook friend is because you're amazed at what I'm doing with my life

i'm not on your deck i'm at my house

Fucking Nazi Wtf

i am really worried about you and i truly mean that

Don't pretend like I don't know you're on the deck right now



She does nothing

On Mar 10, 2016, at 9:19 AM, Kevin Cole

If you want friends go join the Ben Carson campaign

<kcole@sandiego.edu> wrote:

Do you think you are his target? I don't see him on the evidence class list so I'm assuming that's why you let me know.

-----Original Message-----
From: Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
Sent: Thursday, March 10, 2016 7:46 AM
To: Kevin Cole
Subject: Urgent

University of San Diego Mail – Re: Urgent                                                          3/10/18, 1:26 PM

Hi Professor Cole,

There is an incident going on with
a student from school right now -
hopefully you're aware of it but
this guy has been acting erratic the
past few days and posting bizarre
stuff on Facebook. The
administration and dean have been
notified and are working on it, as
well as public safety but I am
concerned that the student is still
not getting the medical help he
needs. He posted again on
Facebook at 4 am. I know he has
rights but he's not in his right
mind. His latest post is quite
concerning but the police assured
me public safety is working on it. I
don't feel safe coming to campus
today until this matter is resolved.
I haven't been able to find anyone
that is close to Kevin - I've heard
from several people he's very
antisocial. I've already sent
everything I have to Ferruolo and
D'Angelo and I know they are
working on it but until he is
hospitalized I am very concerned
about his safety and the safety of
everyone at school. Just wanted to
let you know in case you're
unaware of the situation.
Hopefully this will be resolved
before evidence today.

Thank you,
Tiffany Dehen

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                      Wed, Jul 20, 2016 at 3:52 PM
Draft

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: Urgent**
**Date:** March 12, 2016 at 4:43:33 AM PST
**To:** Quinton Kawahara <qkawahara@sandiego.edu>
{Quoted text hidden}

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                      Wed, Jul 20, 2016 at 4:02 PM
Draft

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: Urgent**
**Date:** March 12, 2016 at 4:43:33 AM PST

University of San Diego Mail - Re: Urgent

3/10/18, 1:26 PM

**To:** Quinton Kawahara <qkawahara@sandiego.edu>

[Quoted text hidden]

University of San Diego  Tiffany Dehen <tiffanydehen@sandiego.edu>

## Following Up

**Meredith D'Angelo** <meredithdangelo@sandiego.edu>                     Sat, Mar 12, 2016 at 2:10 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Dear Tiffany,

To follow up on yesterday's conversation, I want to reiterate that the university is actively managing this matter. As we discussed, for reasons of confidentiality the university is not at liberty to share all of the various measures that have been taken to ensure that the campus and all members of the community remain safe. As we further discussed, please let me know if you decide that you want the university to issue a no contact letter to Kevin Snow. Your assistance has been appreciated thus far and there is no obligation for you to continue seeking out information. However, please do advise the Department of Public Safety if you are contacted by Mr. Snow, regardless of whether a no contact letter has been issued.

I recognize that you may be feeling scared or anxious and want to ensure you know that the university has resources available to provide support to students. Students who want to take advantage of the counselor on-call can make an appointment through the online USD MyWellness Portal at https://mywellness.sandiego.edu, call the Counseling Center at (619) 260-4655, or walk into the Counseling Center – Serra 300 during business hours. For after-hours emergencies, students can call Public Safety (x2222) on any campus telephone or (619) 260-2222 from off-campus to reach the counselor on-call.

Sincerely,

---------------------------------------------------

**MEREDITH D'ANGELO**

Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]

law.sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.*

University of San Diego·                                          Tiffany Dehen <tiffanydehen@sandiego.edu>

## Re: Safety Concerns

6 messages

**Jen Gmail** <jreardon@sandiego.edu>                                      Mon, Mar 14, 2016 at 3:18 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>, larryb@sandiego.edu

Here is a picture of the Facebook post

> On Mar 14, 2016, at 3:02 PM, Jennifer Reardon <jreardon@sandiego.edu> wrote:
>
> Dean D'Angelo and Mr. Barnett-
>
> I would like to know the University's plans to protect the law students now that Kevin Snow has been released from
his mandatory 72 hour hospital hold. I understand that Kevin is barred from campus but how is the University ensuring
this occurs. What protection is in place if he does come on campus?
>
> I was afraid to come to class this morning as Kevin was in my class and there are too many unknown factors. I
recently became aware that Kevin was placed on a 72hour mandatory hold but was released today. Kevin posted a
photo on Facebook of a complaint he filed with the White House regarding his civil rights and USD School of Law.
Clearly, he is not happy within weeks of graduation to be barred from school and his mental judgment has recently
been questioned.
>
> This causes a great deal of anxiety for me to return to school. Please let me know what steps are being taken to
protect the students.
>
> Sincerely,
> Jennifer Reardon
>
>
>
> Jennifer Reardon
> University of San Diego School of Law
>





**image1.jpeg**
1143K

**Jennifer Reardon** <jreardon@sandiego.edu>                    Mon, Mar 14, 2016 at 5:55 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Jennifer Reardon
University of San Diego School of Law

---------- Forwarded message ----------
From: **Meredith D'Angelo** <meredithdangelo@sandiego.edu>
Date: Mon, Mar 14, 2016 at 5:52 PM
Subject: RE: Safety Concerns
To: "jreardon@sandiego.edu" <jreardon@sandiego.edu>
Cc: Larry Barnett <larryb@sandiego.edu>

Dear Jennifer,

Thank you for your email. Thank you also for providing the screenshot in your second email; we have seen this communication. I have copied Chief Barnett on this response, as the law school works closely with the Department of Public Safety on matters related to the safety and security of our students and the campus. The university takes all incidents related to student safety very seriously. At this point, I can confirm that the university is actively managing this matter. For reasons related to confidentiality and security, the university is not at liberty to share all of the various measures that have been taken to ensure that the campus and all members of the community remain safe. However, this does not mean that such measures have not been taken.

I am truly sorry to hear that this situation has caused you any anxiety and reiterate that the situation is currently being handled by the university and the Department of Public Safety. Please keep in mind that the university has available resources to provide support to students, such as the Counseling Center and counselor on-call, which are free, confidential, and accessible both during and after regular business hours.

I would also be glad to speak with you further if you would like to call or stop by at your convenience.

Sincerely,

------------------------------------------------

**MEREDITH D'ANGELO**

Assistant Dean for Law Student Affairs

University of San Diego School of Law

Warren Hall Room 218

(619) 260-4651 [office]

University of San Diego Mail - Re: Safety Concerns                                                    3/10/18, 1:36 PM

**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Monday, March 14, 2016 3:03 PM
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>; Larry Barnett <larryb@sandiego.edu>
**Subject:** Safety Concerns

Dean D'Angelo and Mr. Barnett-

I would like to know the University's plans to protect the law students now that Kevin Snow has been released from his mandatory 72 hour hospital hold. I understand that Kevin is barred from campus but how is the University ensuring this occurs. What protection is in place if he does come on campus?

I was afraid to come to class this morning as Kevin was in my class and there are too many unknown factors. I recently became aware that Kevin was placed on a 72hour mandatory hold but was released today. Kevin posted a photo on Facebook of a complaint he filed with the White House regarding his civil rights and USD School of Law. Clearly, he is not happy within weeks of graduation to be barred from school and his mental judgment has recently been questioned.

This causes a great deal of anxiety for me to return to school. Please let me know what steps are being taken to protect the students.

Sincerely,

Jennifer Reardon

Jennifer Reardon

University of San Diego School of Law

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                          Mon, Mar 14, 2016 at 6:14 PM
To: Lili Dehen <ldehenaz@gmail.com>

Begin forwarded message:

**From:** Jennifer Reardon <jreardon@sandiego.edu>

**Subject: Fwd: Safety Concerns**
**Date:** March 14, 2016 at 5:55:22 PM PDT
**To:** Tiffany Dehen <tiffanydehen@sandiego.edu>
[Quoted text hidden]

---

**Lili Dehen** <ldehenaz@gmail.com>                                    Mon, Mar 14, 2016 at 6:24 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Really great letter fr Jennifer.  Very impressed.

Std letter fr D'Angelo, cd hav written it myself.  Same as wat she said on phone.  Lik a recording.

Wonder what u can do to feel safe?  How about a Bodyguard.  It may be necessary.

The big problem is:  psychosis means out of touch w reality.  Harmless?  Harmful?  Who knows.   Dr. Westin says 'u just don't know'.

Just hav other kids send similar letters, even redundant, and they will eventually get tired of dealing w this.

The secretary did not hav this post earlier, so I think Jennifer is one who sent it.


Sent from my iPhone
[Quoted text hidden]

---

**Jennifer Reardon** <jreardon@sandiego.edu>                          Wed, Mar 16, 2016 at 12:44 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Jennifer Reardon
University of San Diego School of Law


---------- Forwarded message ----------
From: **Jennifer Reardon** <jreardon@sandiego.edu>
Date: Wed, Mar 16, 2016 at 12:43 PM
Subject: Re: Safety Concerns
To: Stephen Ferruolo <sferruolo@sandiego.edu>
Cc: Meredith D'Angelo <meredithdangelo@sandiego.edu>, Larry Barnett <larryb@sandiego.edu>


Dean Ferruolo-

I am not sure if you meant for me to be on the last email string but attached is the screen shot from Kevin's Facebook post. Kevin placed a complaint with the White House regarding his civil rights and USD School of Law. I am going to reiterate my concern for the safety of students and faculty at the law school. I understand that additional security is to be at Warren Hall but this morning I saw one security guard who was more concerned with getting his coffee than performing professional services.

My idea of additional security is more than one officer wandering around Warren Hall. I will ask again, what are the plans to protect the students? How many security guards, what shifts? What about the LRC? Many students are concerned for there safety and feel they are being placated. Kevin is unstable and upset with the law school which

may lead to a perfect storm.

I have kept Kevin as a friend on Facebook so that I can keep tabs on him. If you would like me to continue to send pictures of relevant post, please let me know.

Jennifer Reardon

Jennifer Reardon
University of San Diego School of Law

On Wed, Mar 16, 2016 at 11:58 AM, Stephen Ferruolo <sferruolo@sandiego.edu> wrote:

> Please send
>
> ---------------------------------------------
>
> **STEPHEN C. FERRUOLO**
>
> Dean and Professor of Law
>
> University of San Diego School of Law
>
> 5998 Alcalá Park
>
> Warren Hall Room 200
>
> San Diego, CA 92110-2492
>
> (619) 260-4527 [office]
>
> (858) 967-0459 [cell]
>
> (619) 260-6815 [fax]
>
> sferruolo@sandiego.edu
>
>
> **USD School of Law.**
>
> *The Perfect Climate for Studying Law.*™
>
> ---------------------------------------------
>
> **From:** Meredith D'Angelo
> **Sent:** Monday, March 14, 2016 5:52 PM
> **To:** jreardon@sandiego.edu
> **Cc:** Larry Barnett
> **Subject:** RE: Safety Concerns

Dear Jennifer,

Thank you for your email. Thank you also for providing the screenshot in your second email; we have seen this communication. I have copied Chief Barnett on this response, as the law school works closely with the Department of Public Safety on matters related to the safety and security of our students and the campus. The university takes all incidents related to student safety very seriously. At this point, I can confirm that the university is actively managing this matter. For reasons related to confidentiality and security, the university is not at liberty to share all of the various measures that have been taken to ensure that the campus and all members of the community remain safe. However, this does not mean that such measures have not been taken.

I am truly sorry to hear that this situation has caused you any anxiety and reiterate that the situation is currently being handled by the university and the Department of Public Safety. Please keep in mind that the university has available resources to provide support to students, such as the Counseling Center and counselor on-call, which are free, confidential, and accessible both during and after regular business hours.

I would also be glad to speak with you further if you would like to call or stop by at your convenience.

Sincerely,

---------------------------------------------------

**MEREDITH D'ANGELO**

Assistant Dean for Law Student Affairs

University of San Diego School of Law

Warren Hall Room 218

(619) 260-4651 [office]

**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Monday, March 14, 2016 3:03 PM
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>; Larry Barnett <larryb@sandiego.edu>
**Subject:** Safety Concerns

Dean D'Angelo and Mr. Barnett-

I would like to know the University's plans to protect the law students now that Kevin Snow has been released from his mandatory 72 hour hospital hold. I understand that Kevin is barred from campus but how is the University ensuring this occurs. What protection is in place if he does come on campus?

University of San Diego Mail – Re: Safety Concerns                                                                                    3/10/18, 1:36 PM

I was afraid to come to class this morning as Kevin was in my class and there are too many unknown factors. I recently became aware that Kevin was placed on a 72hour mandatory hold but was released today. Kevin posted a photo on Facebook of a complaint he filed with the White House regarding his civil rights and USD School of Law. Clearly, he is not happy within weeks of graduation to be barred from school and his mental judgment has recently been questioned.

This causes a great deal of anxiety for me to return to school. Please let me know what steps are being taken to protect the students.

Sincerely,

Jennifer Reardon

Jennifer Reardon

University of San Diego School of Law



**Complaint to White House.jpeg**
1143K

---

**Jennifer Reardon** <jreardon@sandiego.edu>                                                          Wed, Mar 16, 2016 at 4:23 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Jennifer Reardon
University of San Diego School of Law

---------- Forwarded message ----------
From: **Larry Barnett** <larryb@sandiego.edu>
Date: Wed, Mar 16, 2016 at 4:04 PM
Subject: RE: Safety Concerns

To: Jennifer Reardon <jreardon@sandiego.edu>, Stephen Ferruolo <sferruolo@sandiego.edu>
Cc: Meredith D'Angelo <meredithdangelo@sandiego.edu>


Ms. Reardon,


He was on campus for a pre-arranged meeting today.


Larry Barnett


Chief Larry E. Barnett
Assistant Vice President for Public Safety
University of San Diego
5998 Alcala Park, Hughes Administration Center
Room 144
San Diego, CA 92110-2492
619.260.7777
www.sandiego.edu/safety

*Leading Change*

THE **CAMPAIGN** FOR **USD**

leadingchange.sandiego.edu

CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to whom it is addressed.  It may contain confidential information, proprietary information, or other information that is privileged under state or federal law.  If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me.  If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited.  Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.


**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Wednesday, March 16, 2016 1:21 PM
**To:** Stephen Ferruolo <sferruolo@sandiego.edu>
**Cc:** Meredith D'Angelo <meredithdangelo@sandiego.edu>; Larry Barnett <larryb@sandiego.edu>
**Subject:** Re: Safety Concerns


All-

University of San Diego Mail - Re: Safety Concerns                                                    3/10/18, 1:36 PM

The last picture infers that Kevin was on campus an escorted off. Is this true?


Jennifer


Jennifer Reardon

University of San Diego School of Law



On Wed, Mar 16, 2016 at 1:17 PM, Jen Gmail <jreardon@sandiego.edu> wrote:



 



 





 News Feed      **1** Requests      Messenger      **3** Notifications     More

●●●○○ AT&T 🛜 ⁙          11:19 AM                    ✳ 🔋

‹          🔍    Kevin St. Snow

 **Kevin St. Snow**
4 hrs · 🌐

# On this day of Russ, we (peacefully) honor Jon

"BurkinshawøBobackøBarriosøSalinasøAvillaø
..."Snow who was matyred by the Mormons.
RIP 1996. Alt666 få Norge.

#paganpoetry

Xander Avila

👍 Like          💬 Comment          ➤ Share

**Kevin St. Snow**
5 hrs · 

There's nothing like a good fight to get you in
the mood for f-cking. - ole Lannister mantra

👍 Like          💬 Comment          ➤ Share

**Kevin St. Snow**
7 hrs · 


News Feed   Requests   Messenger   Notifications   More

●●●○○ AT&T 📶 ❄   11:19 AM



 **Kevin St. Snow**
7 hrs · 

Russ! Gay holocaust metal!!!!!! 

666 😆 😆 RIP Hügø Stïglitż



**True Norwegian Black Metal | VICE**

An introduction to the Black Metal scene of Bergen, No...

youtu.be

 Like           Comment           Share

 **Kevin St. Snow** updated his cover photo.

University of San Diego Mail - Re: Safety Concerns                                                                    3/10/18, 1:36 PM

7 hrs · 



 1

News Feed     Requests     Messenger     Notifications 3     More

On Mar 16, 2016, at 1:05 PM, Stephen Ferruolo <sferruolo@sandiego.edu> wrote:



●●●●○ AT&T 📶                1:08 PM                    ✻ 🔋

<                              🔍  Kevin St. Snow

  **Kevin St. Snow**
                      32 mins · 👥

I wish I had gotten one of the cops to take a
picture of me with my wanted poster on USD.
I don't think the one who escorted me today
thought my outfit was somehow ironically
funny. I feel like Jessie James 😆 😈
russefeiring 2016 Alt få Norge drittsakks

 

University of San Diego Mail - Re: Safety Concerns

3/10/18, 1:36 PM





**News Feed**



**Requests**



**Messenger**



**Notifications**

**More**

Dear Jennifer:

Thank you for your email.

I wanted to make sure that the email had been sent to you. I am pleased that it was.

I can assure you that I believe that the security measures we have implemented are appropriate to the situation.

Please do continue provide any information you have about additional postings.

University of San Diego Mail - Re: Safety Concerns                                                                    3/10/18, 1:36 PM

Best wishes,

-------------------------------------------------

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(858) 967-0459 [cell]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.*™

**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Wednesday, March 16, 2016 12:44 PM
**To:** Stephen Ferruolo
**Cc:** Meredith D'Angelo; Larry Barnett
**Subject:** Re: Safety Concerns

[Quoted text hidden]

University of San Diego Mail - Information

3/10/18, 1:36 PM

🔥 University of San Diego·                                      Tiffany Dehen <tiffanydehen@sandiego.edu>

---

## Information

4 messages

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                              Mon, Mar 14, 2016 at 3:36 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>
Cc: Dean Ferruolo <sferruolo@sandiego.edu>

Just want to keep the school informed.  Please find enclosed Kevin Snow Facebook post from today.

●●●○○ Sprint 📶                     **12:16 PM**                     📞 ✈ ❄ 🔋

🔒 whitehouse.gov                     ↻

California

## COUNTRY *

United States

## ZIP CODE *

92116

## SUBJECT *

Civil Rights

## WHAT WOULD YOU LIKE TO SAY? *

The following is an email I wrote to USD law. Pl(
advise them. It's urgent.

---

University of San Diego Mail - Information

3/10/18, 1:36 PM

Heison Hopson Alle Samen ("Hey everybody" ir
Norwegian),

I understand that I have been banned from ster
on campus at USD and I have been temporarily
suspended. I have just been released from (wha
feel is an unnecessary) 72 hour hold from the s
They determined and correctly determined tha

   

---

**Stephen Ferruolo** <sferruolo@sandiego.edu>                      Mon, Mar 14, 2016 at 3:43 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>, Meredith D'Angelo <meredithdangelo@sandiego.edu>

Thank you. We have seen this communication.

------------------------------------------------

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(858) 967-0459 [cell]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

**USD School of Law.**

University of San Diego Mail - Information

3/10/18, 1:36 PM

*The Perfect Climate for Studying Law.™*

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Monday, March 14, 2016 3:36 PM
**To:** Meredith D'Angelo
**Cc:** Stephen Ferruolo
**Subject:** Information

Just want to keep the school informed.  Please find enclosed Kevin Snow Facebook post from today.

●●●○○ Sprint 🔒          12:16 PM              🔋

🔒 whitehouse.gov          ↻

California

**COUNTRY** *

United States

**ZIP CODE** *

92116

**SUBJECT** *

Civil Rights

**WHAT WOULD YOU LIKE TO SAY?** *

The following is an email I wrote to USD law. Pl

advise them. It's urgent.

Heison Hopson Alle Samen ("Hey everybody" in Norwegian),

I understand that I have been banned from step on campus at USD and I have been temporarily suspended. I have just been released from (wha feel is an unnecessary) 72 hour hold from the s They determined and correctly determined tha

   

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                              Mon, Mar 14, 2016 at 5:33 PM
To: Lili Dehen <ldehenaz@gmail.com>

    Begin forwarded message:

    **From:** Stephen Ferruolo <sferruolo@sandiego.edu>
    **Subject: RE: Information**
    **Date:** March 14, 2016 at 3:43:35 PM PDT
    **To:** Tiffany Dehen <tiffanydehen@sandiego.edu>, "Meredith D'Angelo"
    <meredithdangelo@sandiego.edu>
    [Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                              Mon, Mar 14, 2016 at 7:42 PM
To: Jennifer Kuhlmeyer <jreardon@sandiego.edu>

    just FYI - that's all i got earlier but i think i sent right after you did

    Begin forwarded message:

    **From:** Stephen Ferruolo <sferruolo@sandiego.edu>
    **Subject: RE: Information**
    **Date:** March 14, 2016 at 3:43:35 PM PDT
    **To:** Tiffany Dehen <tiffanydehen@sandiego.edu>, "Meredith D'Angelo"

University of San Diego Mail - Information                                                                     3/10/18, 1:36 PM

<meredithdangelo@sandiego.edu>

[Quoted text hidden]

University of San Diego Mail - Class Yesterday                                                                3/10/18, 1:38 PM

☼ University of San Diego⸱                                    Tiffany Dehen <tiffanydehen@sandiego.edu>

## Class Yesterday

4 messages

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                              Thu, Mar 17, 2016 at 12:46 PM
To: mfung@sandiego.edu
Cc: Lisa Ramsey <lramsey@sandiego.edu>

Hi Melissa,

I apologize for leaving class in a huff yesterday.  I don't typically have my text/email notifications on during class, but
as you might have heard there is a mentally unstable student at our school who has been suspended for erratic
behavior and for posting weird, semi-threatening but not direct threats per se, statuses on facebook the past couple
weeks.  I have been working and talking with the Deans on this matter, but I still feel not enough is being done and I
am scared for my safety while on campus until I have confirmation the matter has been actively resolved.

While I was in class I received more notifications from my mother and another student that the student posted on
Facebook that he was on campus and I went to speak with the dean immediately to ensure they were aware of the
information.  Based off our conversation, I inferred he was escorted on and off campus for an evaluation, however the
posts are still very odd.

Please also advise whichever reference librarian that had a class with Kevin Snow to be careful and alert.  He
mentioned a reference librarian in one of his first bizarre facebook statuses a couple weeks ago.  The school and
administration do not believe he has directly threatened anyone on campus, and they are still ensuring me campus is
safe, however I believe you can never be too safe when dealing with erratic, unpredictable behavior.

I'm sorry for being rude as I left class, I am just very stressed out about this situation and very frustrated the
administration does not have the power to do more to remedy the situation.

Thank you for your presentation, I appreciate the slides and will take a closer look at them over spring break.

Tiffany Dehen

**Lisa Ramsey** <lramsey@sandiego.edu>                                      Thu, Mar 17, 2016 at 1:36 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>
Cc: Melissa Fung <mfung@sandiego.edu>

Hi Tiffany,
Thanks for letting us know what is going on. I completely understand why you left class. I don't know much about all of
this and hope that everything will be ok. Anytime you do not feel safe on campus that is fine to leave.
Best regards,
Lisa Ramsey
[Quoted text hidden]

**Melissa Fung** <mfung@sandiego.edu>                                       Thu, Mar 17, 2016 at 1:42 PM
To: Lisa Ramsey <lramsey@sandiego.edu>, Tiffany Dehen <tiffanydehen@sandiego.edu>

Hi Tiffany,

I completely agree with Prof. Ramsey.  Thank you for offering an explanation and I'm glad you did whatever was

needed to ensure your safety.  I am also hopeful that everything will be okay.  Have a wonderful spring break, no need to review the slides I'm sure you have plenty else to do.

Melissa Fung
Reference Librarian - Foreign & Int'l Specialist
University of San Diego School of Law
Legal Research Center Room 120
(619) 260-4734 [office]

USD School of Law
The Perfect Climate for Studying Law

---

From: Lisa Ramsey
Sent: Thursday, March 17, 2016 1:36 PM
To: Tiffany Dehen
Cc: Melissa Fung
Subject: Re: Class Yesterday
[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Thu, Mar 17, 2016 at 1:57 PM
To: Melissa Fung <mfung@sandiego.edu>
Cc: Lisa Ramsey <lramsey@sandiego.edu>

Thank you!  I'm sorry that I was huffy I just wanted you to know it had nothing to do with you or the class.

Have a great break!

Thank you,
Tiffany
[Quoted text hidden]

University of San Diego Mail - More KS                                                          3/10/18, 1:49 PM

University of San Diego                                    Tiffany Dehen <tiffanydehen@sandiego.edu>

## More KS

3 messages

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                        Tue, Mar 22, 2016 at 11:24 AM
To: Quinton Kawahara <qkawahara@sandiego.edu>
Cc: publicsafety@sandiego.edu
Bcc: ldehenaz@gmail.com

The first photo reminds me an awful lot of the guy in Santa Barbara who went on and on about not getting laid at UCSB...until
he showed up and shot everyone on Isla Vista, as I'm sure you're aware. The top one just hits a little too close to home if you
ask me. I know you're doing what you can but I really hope your plan includes a DPS officer in the large law school
classroom that's in the law library when you first walk in. We were scared in class last week since you can't see who is
walking in the classroom until they are at the top of the stairs. I also wouldn't mind a DPS officer patrolling the parking lot
near the hill where Kevin might walk up. Can never be too safe in the world we live in these days - especially in light of the
recent Brussels attacks.

Thank you,
Tiffany

 Verizon           **4:18 PM**                     69%
                    🔒 facebook.com

 **Kevin St. Snow**
10 hrs ·

Why is it only gay men have the huevos to suck rando
dick for fun? Only to get slut shamed by virgin
Christians? #bunchapussies ifyaaskme. If you don't
know how to have sex you look like a fucking Nazi for
mocking those who do. Your genes will be gone
eventually from the gene pool I'm not too worried about
that. Especially for the Nazi morons who don't believe
in masturbation.
ppl are srsly not schtooping these days!!!!! Like at all!
How do you expect to be loved when you literally don't

University of San Diego Mail - More KS                                          3/10/18, 1:49 PM

I Iuw uo you expect to be loved when you literally uon't know what you're doing. It's like the apocalypse out here but all the zombies have hymens. And USD is the worst. Nobody's putting out on this campus. At least at BYU we took our chances with Satan in the name of love. These USD fuck trophies are a bunch of Nazi losers and unfuckable pussies. How humiliating for all of them. "Toreros" are you for fucking real??? Try Pamplona road kill, most of these living cum stains.

 1

 **Share**

 **Kevin St. Snow** shared **Lonk**'s **video.**
21 hrs ·

 **Lonk** added a new **video.**
March 19 at 2:06pm ·

This was labeled as Venusaur Vs. Caterpie.

Source:
https://www.reddit.com/r/gifs/comments/4b3681/venusaur_v
s_caterpie/

●●○○○ Verizon 🛜              4:25 PM              ⦿ 68% ▰▱
🔒 facebook.com

▴ Share

3/10/18, 1:49 PM

Snare



**Kevin St. Snow**
Yesterday at 2:07pm ·

Para request mi nuevo pelo PICニップ因为有一只🐼来问我

See Translation



University of San Diego Mail - More KS

3/10/18, 1:49 PM



●●○○○ Verizon 📶        **4:26 PM**        🔒 68% 🔋

🔒 facebook.com

 **Kevin St. Snow** added **2 new photos**.
22 hrs · San Diego, CA, United States ·

Dear Chelsea, I've done a horrible thing. One of your or Roy's assistants (I'm not sure which it's always Roy I hear on the phone who can't handle his business by himself) left this bag of his stuff at my place. And I think it's been seriously sitting at my place since 2011. I decided to open it up finally. And I'm a little surprised at what I found. I mean most of it can be explained. Empty bag of bugles, who doesn't have one of those lying around?
But it's the items in the photo on the left that give me pause.

Can you please just tell me what to do with this shit or make someone from studio city schlep all the way down here to San Diego to liaison it for me?

University of San Diego Mail - More KS                                                                                      3/10/18, 1:49 PM

Cheers bitch. I just poured my first vodka greyhound for the evening. We call them Fenrirs in Norway.

Lovingly,
Kevin Snow

Also PS please. apologize to him for failing to take his virginity like I promised. I'm a total loser. I didn't mean to go into alcohol withdrawal on the way up his driveway and spend so much time having gorey diarrhea spasms on his toilet. I should have stuck with whiskey that night. That was on me.

 

●●○○○ Verizon 🛜          **4:29 PM**          🔒 67% 🔋

🔒 facebook.com

 **Kevin St. Snow**
5 hrs · 🌐

One more thing before I take care of my mounds of legal drama

One more thing before I take care of by mounds of legal drama I have to deal with today, whoever John Kasich thinks he's unifying by calling for the US to invade Syria are not people I ever want in my home or… More



### Angry Red-Faced Dad John Kasich Demands Everyone 'Take a Chill Pill,'…

John Kasich appeared on CNN's State of the U…

theslot.jezebel.com

🔁 **Share**

 **Kevin St. Snow**

5 hrs · 🌐

I need to shit, shower, smoke, and serve USD it's lawsuit. my 5 s's: shit shower smoke sue and taxi

Back in a few hours prolly

🔁 **Share**

 **Kevin St. Snow**

6 hrs · 🌐

Why does our money hungry shitbag university not

advise it's students - as part of student loan advisement - that you can avoid all student loans in the first place by just opt out of law school with a few Kaplan classes and the first year exam? WhaddaFuxkingUSDsLAWcam

👍 Share

---

**Jennifer Bayard** <jentroncale@sandiego.edu>                      Tue, Mar 22, 2016 at 11:27 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>, Quinton Kawahara <qkawahara@sandiego.edu>
Cc: "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>

Thank you for forwarding Tiffany.


Thank You,

**Jennifer Troncale #00720**

*Communications Supervisor*

University of San Diego

Department of Public Safety

HC-151

5998 Alcala Park

San Diego, CA 92110-2492

Phone: (619) 260-7777

Work Cell: (619) 851-9742

Fax: (619) 260-2241

Email: jentroncale@sandiego.edu

www.sandiego.edu/safety

-

CONFIDENTIALITY NOTICE: This message, including any attachments, is solely for use by the intended recipient(s) and may contain information that is confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure, distribution or forwarding of this message or its attachments is strictly prohibited. If you are not the intended recipient, please contact the sender and delete the original and all copies of this message and its attachments.

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Tuesday, March 22, 2016 11:25 AM
**To:** Quinton Kawahara
**Cc:** publicsafety@sandiego.edu
**Subject:** More KS

[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                              Tue, Mar 22, 2016 at 12:12 PM
To: Lili Dehen <ldehenaz@gmail.com>
Cc: Jen Gmail <jreardon@sandiego.edu>


Begin forwarded message:

**From:** Jennifer Bayard <jentroncale@sandiego.edu>
**Subject: RE: More KS**
**Date:** March 22, 2016 at 11:27:09 AM PDT
**To:** Tiffany Dehen <tiffanydehen@sandiego.edu>, Quinton Kawahara <qkawahara@sandiego.edu>
**Cc:** "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>
[Quoted text hidden]

Gmail - Drudge                                                                                                      3/10/18, 1:56 PM

 **Gmail**

Tiffany Dehen <tiffany.dehen@gmail.com>

---

## Drudge
1 message

---

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                      Fri, Jul 8, 2016 at 10:51 PM
To: Ted Sichelman <tsichelman@sandiego.edu>

Hi Professor Sichelman,

Thank you. I get it. Since the world started going crazy I've been reading Drudge non-stop and I really don't want to
have forgotten to tell you something which is probably nothing so please don't think I'm a racist but the reason the
Kevin Snow thing started freaking me out so much was because last year at a dean's mixer I was talking to
Mohammed Ali (kid from egypt) who was telling me about his mother flying to Egypt the week after the planes went
down in Egypt so immediately I started asking questions like is your mom okay is she traveling safe which airline, etc.
and Mohammed was standing w/Kevin Snow (only in face interaction I have recalled with Kevin Snow). Mohammed
looked me dead in the eyes and told me he was in an Isis sleeper cell. I played dumb and asked like what do you
mean sleeper cell and he says sleeping......you know until it's activated. Uncomfortable silence. Kevin Snow just
stood there laughing. I figured he was just making fun of my views but it really creeped me out and I blocked
Mohammed on FB after but when all the Kevin stuff was going on I couldn't find anything about Mohammed. I couldn't
even find his profile from a diff Facebook account.

I didn't want to make baseless allegations so I didn't tell public safety/the deans until after the captain at campus
safety kept emailing me to "remind me I'm under no duty to report any additional information but if I had any additional
information about Kevin Snow contacting me to let them know." (On a Saturday.) I wanted to just get him hospitalized
but the more posts Kevin made the more I got creeped out and thought he was just trying to act like a crazy person. I
face booked his mom that same night and she responded 2 weeks later and talked to my mom about getting him help
but she claimed the police and school wouldn't help her. I don't know what the deal is with Kevin Snow and most
people just think he's a crazy person but if he was just trying to cause a distraction to make USD a target for his friend
Mo, I mean seems smart to me - attack private school in biggest navy seal city undetected after two diff instances of
crying wolf (undergrad who had breakdown and shot his parents in point loma last year so two years after USD
suspended him and then kevin snow). I mean I couldn't get anyone to listen to me - tried the police, FBI, sheriff, my
navy seal friends laughed me off and so did a random homeland security dude.

I know it sounds crazy but since you are the only Professor I know who reads Drudge I just really wanted to know
in case you feel like something weird happens at school this fall. I hope I'm just paranoid but can't be too safe after
this week.

Thanks again for suggesting DMCA,
Tiffany Dehen

---

Gmail - Nevermind                                                                                    3/10/18, 1:54 PM

 Gmail                                    Tiffany Dehen <tiffany.dehen@gmail.com>

## Nevermind
4 messages

**Tiffany Dehen** <tiffany.dehen@gmail.com>                              Sat, Jul 9, 2016 at 11:15 AM
To: Ted Sichelman <tsichelman@sandiego.edu>

Nevermind he was standing outside my apartment today so I'm with my friend who has security clearances meeting
with the FBI hopefully today.

Sent from my iPhone

**Ted Sichelman** <tsichelman@sandiego.edu>                              Sat, Jul 9, 2016 at 8:47 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Hi Tiffany--I read your email. My instinct is that the statement at the mixer was a poorly formed joke, but I'll make sure
the issue receives more attention. In any event, to be certain, who exactly was standing outside your apartment? Of
course, please let me know if there is anything else I can do. --Best, Prof. Sichelman
[Quoted text hidden]

**Tiffany Dehen** <tiffany.dehen@gmail.com>                              Sun, Jul 10, 2016 at 9:37 AM
To: Ted Sichelman <tsichelman@sandiego.edu>

Thanks Professor Sichelman. I talked to the appropriate people so it should be resolved but I'll let you know if I need
anything else!  Have a good summer!
Tiffany

Sent from my iPhone
[Quoted text hidden]

**Ted Sichelman** <tsichelman@sandiego.edu>                              Sun, Jul 10, 2016 at 2:31 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Glad to hear that, Tiffany. So I will not follow up unless I hear otherwise. I have a great summer, too! --Best, Prof.
Sichelman

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Sunday, July 10, 2016 9:37 AM
**To:** Ted Sichelman
**Subject:** Re: Nevermind

[Quoted text hidden]

University of San Diego·                    Tiffany Dehen <tiffanydehen@sandiego.edu>

## Safety

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Tue, Jul 12, 2016 at 4:12 PM
To: Quinton Kawahara <qkawahara@sandiego.edu>, Meredith D'Angelo <meredithdangelo@sandiego.edu>, Stephen
Ferruolo <sferruolo@sandiego.edu>

Hi Quinton,

This is Tiffany again. I have been really freaked out with all the terrorist attacks that have been occurring and I have
some additional information I would like to share with DPS. I emailed the President's office yesterday requesting
increased security presence in and around Warren Hall and by the USD Legal Clinics because of a recent incident.

I would like you to be aware that I emailed Professor Sichelman on Friday night just to tell him what I told you a couple
months ago regarding what Mohammed Aly said to me at the dean's mixer last fall (when Mohammed told me was in
an ISIS sleeper cell and when I asked what sleeping meant he said "until I'm activated"). Prof. Sichelman was the one
who contacted DPS in the first place regarding Kevin Snow, as I understand, and I just wanted him to be aware due to
the escalating terrorist threat here in San Diego. The following morning, this past Saturday, I walked outside to take
my dog out and I noticed Mohammed with a newer white Honda Accord parked right outside of my apartment building
on Lamont St. I have never seen him there before and I am not aware of any other USD law students that live in my
complex.

When I noticed Mo, he avoided eye contact with me and walked around to the back of his car and started rummaging
around for something in his trunk. I grabbed my dog and ran inside and called my friend who has two federal security
clearances. She confirmed to me that ISIS is in fact here in San Diego and the man who was arrested in Tucson
recently was planning an attack on Mission Bay. She immediately called the police while I was on the phone with her.
They came over and escorted me to my car. I then re-emailed Professor Sichelman to tell him nevermind about
reporting anything since we planned on speaking with the FBI and he made clear he was willing to help me in any way
he could.

Subsequently we contacted the FBI on recommendation of the two star admiral here in San Diego. The bureau put
me through to a live federal agent whom I spoke with for 45 minutes regarding all the information I have on both
Mohammed and Kevin Snow. My agent's name is Erin and her badge # is 9186.

To my understanding there is now an active federal investigation if there wasn't before but I have been freaked out by
the whole situation because it just seems too coincidental to me that he showed up outside my apartment the morning
after I emailed Sichelman. He has never been to my apartment and I'm not aware of any other reason that he would
be there. I spoke with my next door neighbors who informed me that they noticed him sitting in his car at 6:00 a.m.
and they confirmed both the same car I saw and that it was him once I showed them his photo. I did not take my dog
out until 9:30-10 a.m., so 3.5 hours later.

I really appreciate increased security presence and if you have anything to relay to Erin, she advised me to call
1800callfbi.

Please let me know if you need any additional information from me. Also, please keep all of this information
confidential, as I do not want my name to be compromised any more than it already is.

Thank you,
Tiffany Dehen
520-400-1116



University of San Diego Mail - URGENT                                        3/10/18, 1:27 PM

## University of San Diego·                    Tiffany Dehen <tiffanydehen@sandiego.edu>

# URGENT
2 messages

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                 Tue, Jul 19, 2016 at 8:32 PM
To: charles.milks@sdsheriff.org

Hi Chuck,

This is Tiffany Dehen. I received your business card on my door today. I just want you to be aware that when I pulled onto my street tonight I noticed two sketchy guys sitting outside on Lamont St. as if they were waiting for me to arrive (in the same spot Mohammed was parked in last weekend). There was one middle eastern guy sitting on the grate out front and then another guy that looked like he was talking to him sitting in a dark grey Kia SUV. I didn't get the license plate because I was really shaken up but I went inside to get my dog and as I brought him outside I noticed them turn around the corner and drive down Felspar street (where I park my car).

I feel useless for not getting the license it just drove away as I was trying to get it. I am on hold on the phone with SD PD non-emergency right now but I am scared.

Please call me as soon as you can. 520-400-1116.

Thank you,
Tiffany Dehen

---

**Milks, Charles** <Charles.Milks@sdsheriff.org>              Wed, Jul 20, 2016 at 6:34 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Good Morning Tiffany, I got your email and voice mail this morning. Do you have any time today or tomorrow when I could meet with you and ask you a few questions? Hopefully I answer any questions or concerns that you have.

Thanks Chuck
[Quoted text hidden]

---

University of San Diego Mail - Mohammed email                                    3/10/18, 1:28 PM

*University of San Diego*                    Tiffany Dehen <tiffanydehen@sandiego.edu>

## Mohammed email

1 message

**Tiffany Dehen** <tiffanydehen@sandiego.edu>               Wed, Jul 20, 2016 at 8:27 PM
To: charles.milks@sdsheriff.org

Hi Chuck,

Thank you so much for stopping by today.  Please find enclosed the recent email summary that I sent to USD DPS captain and the law school deans.  Below that is the original email from March where I told DPS about what Mohammed said to me during all of the Kevin Snow drama.

While it's all on my mind I just wanted to add a few things so you have it all in one place:
In the old email to DPS I was running on little sleep b/c that was the week of Kevin's incident but when I was reading something recently I came across the word activated and that reminded me of his exact words which I am 100% sure included "I'm in an ISIS sleeper cell" and "Until I'm activated."

He had a lot of freak outs in class from what I've heard so talking to the professors might be useful but I think the more conservative professors would have more to say b/c those are the classes he was more animated in from what I remember.  Maybe see if Professor Brooks (our civil rights professor) remembers anything specifically he said. I don't remember exactly what he said in class but he did mention Islam during our civil rights class but that was the semester I withdrew and it was also before he told me so I don't remember if it was alarming or not b/c I wasn't listening for it.

When I asked Rijon from school if she remembers Mohammed freaking out in class she confirmed she remembers him verbally attacking the professors too and described it as retarded stuff that didn't make sense.  I have another friend who wants to stay anonymous but he told me Mohammed always looked at him weird and he felt that Mohammed was a violent person.  He told me to be careful b/c he said he could imagine Mohammed slitting someone's throat (that's how my friend described it).

Thank you for investigating further and please contact me if you have any further questions or need any more emails (I'll send you the Kevin Snow summary email after this one)  I just want to make sure we are all safe.

Thank you,

Tiffany Dehen
tiffanydehen@sandiego.edu
520-400-1116


Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Safety**
**Date:** July 12, 2016 at 4:12:42 PM PDT
**To:** Quinton Kawahara <qkawahara@sandiego.edu>, "Meredith D'Angelo" <meredithdangelo@sandiego.edu>, Stephen Ferruolo <sferruolo@sandiego.edu>

Hi Quinton,

This is Tiffany again. I have been really freaked out with all the terrorist attacks that have been occurring and I have some additional information I would like to share with DPS. I emailed the President's office yesterday requesting increased security presence in and around Warren Hall and by the USD Legal Clinics because of a recent incident.

I would like you to be aware that I emailed Professor Sichelman on Friday night just to tell him what I told you a couple months ago regarding what Mohammed Aly said to me at the dean's mixer last fall (when Mohammed told me was in an ISIS sleeper cell and when I asked what sleeping meant he said "until I'm activated"). Prof. Sichelman was the one who contacted DPS in the first place regarding Kevin Snow, as I understand, and I just wanted him to be aware due to the escalating terrorist threat here in San Diego. The following morning, this past Saturday, I walked outside to take my dog out and I noticed Mohammed with a newer white Honda Accord parked right outside of my apartment building on Lamont St. I have never seen him there before and I am not aware of any other USD law students that live in my complex.

When I noticed Mo, he avoided eye contact with me and walked around to the back of his car and started rummaging around for something in his trunk. I grabbed my dog and ran inside and called my friend who has two federal security clearances. She confirmed to me that ISIS is in fact here in San Diego and the man who was arrested in Tucson recently was planning an attack on Mission Bay. She immediately called the police while I was on the phone with her. They came over and escorted me to my car. I then re-emailed Professor Sichelman to tell him nevermind about reporting anything since we planned on speaking with the FBI and he made clear he was willing to help me in any way he could.

Subsequently we contacted the FBI on recommendation of the two star admiral here in San Diego. The bureau put me through to a live federal agent whom I spoke with for 45 minutes regarding all the information I have on both Mohammed and Kevin Snow. My agent's name is Erin and her badge # is 9186.

To my understanding there is now an active federal investigation if there wasn't before but I have been freaked out by the whole situation because it just seems too coincidental to me that he showed up outside my apartment the morning after I emailed Sichelman. He has never been to my apartment and I'm not aware of any other reason that he would be there. I spoke with my next door neighbors who informed me that they noticed him sitting in his car at 6:00 a.m. and they confirmed both the same car I saw and that it was him once I showed them his photo. I did not take my dog out until 9:30-10 a.m., so 3.5 hours later.

I really appreciate increased security presence and if you have anything to relay to Erin, she advised me to call 1800callfbi.

Please let me know if you need any additional information from me. Also, please keep all of this information confidential, as I do not want my name to be compromised any more than it already is.

Thank you,
Tiffany Dehen
520-400-1116


From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Subject: Re: Urgent
Date: March 12, 2016 at 4:43:33 AM PST
To: Quinton Kawahara <qkawahara@sandiego.edu>

One more thing I remembered and is bothering me. A few months ago at a dean's mixer I was standing near the beer dispenser and said hi to my friend Mohammed - I had a couple classes with him and we usually had friendly debates. I sold him my textbook - i thought we were pretty good friends but one day he started verbally attacking me on facebook on a comment i made on a political post. Then when I was standing at the dean's mixer i think i remember

University of San Diego Mail - Mohammed email                                                                                3/10/18, 1:28 PM

Mohammed (Aly last name?) standing with Kevin Snow. I remember because I thought my friend Eidon was standing around them - and maybe Daniel Kim - and remember thinking I knew almost everyone except for Kevin - I did not recognize him by name. Mohammed started lacing into me about how I'm so much different in real life than I am on facebook when it comes to politics and started getting pretty harsh with the insults. I wasn't really sure how to respond because at one point ISIS came up or I asked why his mom was flying to egypt or something and one thing led to another I can't remember the exact words leading up to it but I remember him looking me stone cold in the face and saying "i'm with isis" and i laughed it off and say like excuse me what i don't get it "i'm with a sleeper cell with isis". He sat there for a while not saying anything and I didn't know how to react because I didn't find it funny but kevin (or whoever i think the guy was standing by mohammed was) was laughing hysterically too. I just didn't find the idea of minimalizing terrorism very funny. After an awkward silence he started laughing hysterically. I didn't think it was funny because he was ostracizing me for thinking that ISIS could be a threat - this was like right after san bernardino or one of the other big events. I didn't tell anyone because I thought he was trying to just paint me as a racist if I started crying wolf and telling people he was with ISIS but his facebook page might be worth checking out to see if he's been posting anything out of the ordinary. After this incident a few days later he started posting some very strongly worded political opinions that started making me uncomfortable so I blocked him because I didn't think his joking around about ISIS was funny. Might be worth checking him out just to make sure everything's okay. I'm worried about my friends going to the all day event on campus tomorrow.

 University of San Diego®

Tiffany Dehen <tiffanydehen@sandiego.edu>

# Fwd: URGENT SCHOOL SAFETY
3 messages

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                     Wed, Jul 20, 2016 at 8:43 PM
To: Charles.Milks@sdsheriff.org

Emails I sent to Professor Smith when I thought Kevin Snow was just creating a diversion. Let me know if you need any additional emails! We had a lot of email chains going those few weeks so I can send whatever you need. I have more photos that we didn't have at this point if you need those too let me know.

Thanks again,
Tiffany Dehen

Begin forwarded message:

**From:** Tiffany Dehen <tiffany.dehen@gmail.com>
**Subject: URGENT SCHOOL SAFETY**
**Date:** March 12, 2016 at 2:00:39 AM PST
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Hi Professor Smith,

As I'm sure you heard through the grapevine there was heightened security on campus the past couple days due to a particular student who has been behaving weird in class and posting weird stuff on facebook. I am disappointed in a lot of my classmates who assured me they were sending their first hand knowledge into public safety because I just emailed these new facebook posts I found and the captain responded at 8 pm tonight and said:

Thank you, Tiffany. You are the only one at this point that has forwarded anything new.
Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7690
Fax (619) 260-2241
www.sandiego.edu/safety

Campus safety/the police (allegedly) are working on it but I spoke with Dean D'Angelo this morning and she assured me the school was "doing everything they could" and to "trust the process." Then at 2:30 p.m. public safety emailed me asking if I had any info. I didn't send the new posts (posted yesterday at 12:20 p.m. after I was blocked by him on facebook weds night) in until 7 pm tonight. The captain is still working on it because he responded very quickly and said the above note.

I've been looking at everything combined with this guy's newest posts and I almost think he is playing us. I've been waiting for my friends to tell public safety what they know because I just have a bunch of hearsay but my friend Amanda sent me all these photos of his facebook the other day and she said someone noticed he wrote Iraq in Arabic in the middle of the page.

I know this sounds crazy but based on his new facebook posts I honestly think he is playing us. He keeps giving just enough information to freak everyone out but not enough to constitute a threat. He just deleted a bunch of his

incriminating posts yesterday. I am getting a bad feeling and the school can't do anything b/c of "privacy" but the police haven't assured me they have checked on him either - I have called them at least 4 times since weds night. I feel like I am a direct target because I reached out to him weds before everything went crazy at school and the school is aware of all communication but the posts I found tonight are weird because he names three names specifically - but Siobhan looked them up on facebook and we can't find anything. I think they are code names for people. The school has been telling us for two days that there hasn't been a direct threat against anyone so this latest post is walking a very fine line between constituting a real threat and using fake names in place of it.

I feel like I am way too invested in this but whenever I start feeling like it's going to be okay something else comes up. Reading into his posts - everyone keeps saying oh he's just schizo but now I'm beginning to wonder if he is just messing with everyone. He called himself a terrorist - as in he knows he's terrorizing the campus. They said school was safe yesterday but 20/90 people went to wills and trusts - the class everyone expected him to try to show up to. I don't want you to get in trouble but I just want you to know I've called the police 4 times - won't take me seriously - allegedly not enough for a mental health hold and school is doing all they can allegedly - so either he's fooling whatever psychiatrist dean ferruolo told my mom examined him or he's just really good at acting crazy for fun. I haven't noticed anything new since the post yesterday but I didn't know that until recently and after looking at what Amanda originally sent me yesterday - if they really haven't hospitalized him yet, I wonder if he is trying to quietly go away until he comes back for something bigger. The school keeps saying there's no threat and everyone is safe but they still have heightened security on campus - there's a big bar class that's supposed to meet all day Saturday. That would be almost our entire 3L class. Then on top of it - people keep saying he's just off his rocker and other professors admitted to my mom he's schizo. But he has been responding to people - that's not schizo - and he's been smart enough to delete all of his incriminating posts from yesterday except for the most recent one where he says the school sent an email blast excusing his terrorism. I can't find out if he's hospitalized but I don't see why public safety would still be talking to me if he was. If he's not hospitalized right now, then he knows exactly what he's doing and he's calculating his next move.

He is pretending to be jewish - or fermin suggested this dutch author who died on march 5th and that's around when all the weird posts started popping up on facebook. I've made a timeline and it goes back to last week with all the weird facebook posts and then incidents since monday when he acted out in prof. muth's class. I don't understand how there is enough evidence for a psych hold on him yet - and if they already acted on that why would they still have security on campus. I don't trust the school's process because I know of another student who got let down by the process this year - the same "expert psychiatrists" ferruolo told my mom were going to check out kevin snow, are the ones who misdiagnosed another student and gave him the worst medication possible for someone who exhibited classic textbook symptoms of bipolar - heard from the source himself. The only way he was stopped was when he started having a psychotic episode and throwing stuff in his apt - his roommate called the police and got him help immediately but that was days after the school had been notified of his erratic behavior. I was originally worried about this other guy's potential to harm himself, but I almost wonder if he's outsmarted everyone and knows when to quit - the school wouldn't come after him if he just stopped now unless he tried to come on campus. I don't believe the school will keep security up for more than a few days even if he hasn't been hospitalized. I just don't see how they can be on both sides of the argument - either he's perfectly sane and everyone can about their merry day and public safety would stop contacting me since he's no longer a threat, but reading his facebook posts - that means we have to take him at his word that he's a terrorist terrorizing people, or he's a whack job who is becoming more of a threat to himself and others by the hour as he becomes more mentally ill. Call me paranoid but I told police this was a suspected bomb threat twice - we have huge military bases here. I mean if I have to spell out the rest - to everyone else apparently I do - San Diego would be perfect for terrorists to hit because it would be a huge screw you since it would be sneaky. This guy has no friends - I messaged his mom right after he called me a nazi on weds night and she read the message yesterday but never responded. I haven't found anyone who is friends with him and the only kid who has stood up for him even admitted to me that he is off his rocker and will have to hit rock bottom before he gets better. I would rather not see what rock bottom is if I can avoid it.

Here's how we found the photos chronologically in the zip drive - all jpeg files I swear not a virus. Just too many and didn't want to send you ten emails. This doesn't even include the screenshots of his previous weird posts from the last week calling everyone at USD nazi's. I don't think enough is being done. There's another screenshot floating around I haven't been able to get that is to a barbri rep earlier this week that my friend Joe Guilino has - he sent to the dean but hasn't reached out to me other than that. I'm not sure if the dean is forwarding right away to public safety because when I spoke to them on Thurs morning they didn't have the message to Fermin that I sent myself to the dean on Weds night. There's also reports of kevin approaching two girls in the parking lot and Mason too - who all

talked to public safety on weds night.  Kevin acted out in MBE class so much that he kept staring at the clock as if he was waiting for something happen - words straight from Siobhan's mouth right after class - and professor sichelman noticed something was off and asked him if he was okay in class (hearsay) but then he went and filed a report with the dean right after to which the dean rushed out of his class and asked "is everyone in the writs okay" and then they've been dealing with this ever since.  Prof Hirsch also noticed his weird behavior via email (which he told my mom) and thought it was schizophrenic.  I heard he also acted out in Professor Muth's PR class.  I heard he acted weird in one of his bar writing or research classes when he was arguing for marijuana and then the very first facebook post that got everyone's attention was talking about the reference librarian.  He made some incoherent comment and then it said if you know which one (referencing librarian) I'm talking about DONT LIKE THIS STATUS and I heard he is in a class with a reference librarian.  Then his statuses just got weirder and weirder.  The other thing that is weird is that he attacked me and said I like Ben Carson - but Fermin has been posting some liberal posts lately and I almost think kevin thought of fermin as an ally - until fermin stopped responding to him and defriended him on facebook yesterday.  Could be nothing but I think Joe Guilino tried reaching out to him the other day and got called a nazi too (the personal messages where he calls someone a nazi is addressed to me) and if I remember correctly Joe is usually outspoken republican too.  I can't remember 100% but I have a feeling I remember talking to him about it.  Nobody wants to get involved and people have been defriending or blocking him one by one and not even keeping everyone updated because they are hoping it will just get swept under the rug and go away.  If he is mentally ill - then it won't go away.  If he's calculating his moves - then it most definitely won't go away b/c he's mocking us right now.

I don't know what I expect you to do but if you think I'm overreacting that would help.  I am highly sensitive due to the Jared Loughner shooting in Tucson a few years ago when he shot Gabby Giffords point blank at the safeway right across the street from my parent's current house.  He exhibited all the same signs - suspended from school, shut up and stopped bothering people and then 6 months later went and got guns - everyone missed the signs - and he showed up and shot 20 people at safeway on a sunday morning.

Sorry to be such a downer but if public safety is still contacting me I don't feel like it's resolved and I'm not sure they are willing to admit the possibility this could be a real threat to everyone.

Thank you,
Tiffany Dehen
520-400-1116


From: Tiffany Dehen <tiffany.dehen@gmail.com>
Subject: Forgot
Date: March 12, 2016 at 2:27:43 AM PST
To: "Thomas A. Smith" <tacsmith@gmail.com>

Forgot to mention when I found his mom on facebook it looks like she is originally from russia but lives in colorado.  It's weird she didn't answer me. Dean D'Angelo this morning said, "some students are not receptive to accept help from anyone" and that did not really settle well with me either.  I heard through the grapevine he was not close with his family and called them all nazis on facebook or something.  Allegedly he is originally from Utah and is mormon.  I thought I heard he was from Sweden though.  I don't know it's just all very weird.  He came to school covered in sharpie this weekend and at first everyone thought he just went on a drug bender this weekend at the festival - I would buy that except for the fact the weird nazi posts started last week before that recent music festival.

It just doesn't add up.  I really just hope he's lost it - but unfortunately if he lays low and everyone forgets about it, he'll still remember what day and where graduation is.  Or any other random day when security lets up.  A lot of students did not think he was violent - but when I press them they tell me either they didn't observe his behavior this week other than the weird sharpie all over him, or they admit he is acting crazy and needs to get mental help.  If he's tricking everyone - police and doctors - into thinking he is fine then in my opinion he's even more crazy than we thought.  What a perfect cover for a kid to go on ranting about nazi's - act all crazy - people avoid getting him help - he can further both the stricter gun law and fear of ISIS causes all in one shot.  If all this is somehow linked to them - and they

get us in our own military town - I will be sick to my stomach. The chicago protests just exasperated my weird feelings too - it's like everyone is in a trance and thinks nothing can go wrong.

Tiffany

Begin forwarded message:

**From:** Tiffany Dehen <tiffany.dehen@gmail.com>
**Subject: Nevermind**
**Date:** March 13, 2016 at 12:54:17 PM PDT
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Sorry for the paranoia Professor Smith. I was a little freaked out by the whole situation but if USD thinks it's under control I'm over it. I was just really trying to get that kid hospitalized before USD lost the window of opportunity to act but as far as I know there's nothing new. My mom freaked me out a lot because she suggested me to reach out to him and then after all the posts she showed her doctor who said he really needed a forensic psychiatrist so that sounded serious to me. Dean D'Angelo reached out to me again yesterday reiterating that I'm under no obligation to continue notifying public safety but they want me to notify if he contacts me at all. I'm not so much worried about my own safety as I was worried about his own safety but if they think it's under control I'll trust that they have it taken care of. Other students from school hyped me up and then I remembered a weird conversation with one of his friends who joked around claiming he was in an isis sleeper cell a few months ago when he was making fun of me being republican and I thought he was just pulling my leg but I still didn't find it very funny, so when all this started happening it made me super paranoid.

Sorry!
Tiffany

Begin forwarded message:

**From:** "Thomas A. Smith" <tacsmith@gmail.com>
**Subject: Re: Nevermind**
**Date:** March 13, 2016 at 1:10:56 PM PDT
**To:** Tiffany Dehen <tiffany.dehen@gmail.com>

No worries Tiffany. Strange times we live in.


**KS.zip**
12759K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                          Wed, Jul 20, 2016 at 8:46 PM
To: tiffanydehen@sandiego.edu

Delivery to the following recipient failed permanently:

    Charles.Milks@sdsheriff.org

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain sdsheriff.org by

sdsheriff.org. [204.19.244.25].

The error that the other server returned was:
552 Requested mail action aborted: SIZE value is out of range


----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=sandiego-edu.20150623.gappssmtp.com; s=20150623;
    h=from:subject:date:references:to:message-id:mime-version;
    bh=H7H/z2b5EZ62H/jdzwSJry2RNpi17fQwjKnlXe8oicc=;
    b=zc6wvRk/JObMJDIW1m267HBrjXGDpZihWP4d7M/I9PwWQuMqNwR9WF1qYIaBP1rkro
    UAmSBBLGcSg9DEPDRverOG69CFHK3SdbTgvOfWth8CnLVk8A3LAl0s5DhqpE/afmXsqt
    /AzP9sW+XUeVNIh/xPGBhpOCWhQvWpt9voNwfoqDM36d4ZNw8pZ4Fkw5W0RhYL1sPprN
    fPEJmYw49/Nild52TQyKfYy55IvOdNxqktqV//Cuw+upCK6bW8q1wHSQwlpG37P2AzL3
    Z7S/7Oq8og46vCSNP8DIso8jDwP17rU1GnoyPcJ0LgRknhvtXnh+MRQ9/hi5AJD3mext
    Davg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20130820;
    h=x-gm-message-state:from:subject:date:references:to:message-id
    :mime-version;
    bh=H7H/z2b5EZ62H/jdzwSJry2RNpi17fQwjKnlXe8oicc=;
    b=hDM2KZy6wKHJTnFhFtVPTYt+PXbdhBmqsQ88oT/iQ6s42XFOBk5WGNawHNTmLeLUrk
    84nlKzzGWfZb6nzvFIQVMAO0ALDIVVz+K48qAVgzdCYWRGkcepeKiQKrhyWIYc2TRNY4
    eKq0gwbsFu7IhpfVp6vbE+wfXXhCs3Uz+w3RRTii5U7yFBhok+kJLHl4pZ8ucWTNDlop
    9sDkRCFr3dwPfo9kW3YSUUxEzloO1GKV/aGZZEUjQ7T9vF3TR5FSq2mx11ekTrRoWHPP
    uLfoD2IGoVfNbYzLKZUcRiRGCDW9FSgM2sHez1bdlmAYHpZmiRICixbTiGiPV3aqscvB
    Q85Q==
X-Gm-Message-State: ALyK8tJghwwpviHAvgnpDUQWwWn4MXGYOGheUpwWALkfgoE2svVZZguwMaoZ
    o5evqh0N/Km3
X-Received: by 10.157.29.157 with SMTP id y29mr30300417otd.183.1469072754731;
    Wed, 20 Jul 2016 20:45:54 -0700 (PDT)
Return-Path: <tiffanydehen@sandiego.edu>
Received: from ?IPv6:2602:306:32c7:960:909a:3ab6:1db1:f1bb? ([2602:306:32c7:960:909a:3ab6:1db1:f1bb])
    by smtp.gmail.com with ESMTPSA id w137sm2540805oie.11.2016.07.20.20.43.30
    for <Charles.Milks@sdsheriff.org>
    (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
    Wed, 20 Jul 2016 20:45:50 -0700 (PDT)
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Content-Type: multipart/alternative; boundary="Apple-Mail=_1A03A473-F038-4523-83EE-8F1C5306A610"
Subject: Fwd: URGENT SCHOOL SAFETY
Date: Wed, 20 Jul 2016 20:43:25 -0700
References: <2B06B916-362F-4A21-B633-9B90C01A7891@gmail.com>
To: Charles.Milks@sdsheriff.org
Message-Id: <C45CB173-5FFC-4593-BE66-1FF4BD379311@sandiego.edu>
Mime-Version: 1.0 (Mac OS X Mail 9.3 \(3124\))
X-Mailer: Apple Mail (2.3124)


Emails I sent to Professor Smith when I thought Kevin Snow was just creating a diversion. Let me know if you need
any additional emails! We had a lot of email chains going those few weeks so I can send whatever you need. I have
more photos that we didn't have at this point if you need those too let me know.


Thanks again,
Tiffany Dehen

University of San Diego Mail - Fwd: URGENT SCHOOL SAFETY                                                                3/10/18, 1:50 PM

**Subject: Forgot**
**Date:** March 12, 2016 at 2:27:43 AM PST
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Forgot to mention when I found his mom on facebook it looks like she is originally from russia but lives in colorado. It's weird she didn't answer me. Dean D'Angelo this morning said, "some students are not receptive to accept help from anyone" and that did not really settle well with me either. I heard through the grapevine he was not close with his family and called them all nazis on facebook or something. Allegedly he is originally from Utah and is mormon. I thought I heard he was from Sweden though. I don't know it's just all very weird. He came to school covered in sharpie this weekend and at first everyone thought he just went on a drug bender this weekend at the festival - I would buy that except for the fact the weird nazi posts started last week before that recent music festival.

It just doesn't add up. I really just hope he's lost it - but unfortunately if he lays low and everyone forgets about it, he'll still remember what day and where graduation is. Or any other random day when security lets up. A lot of students did not think he was violent - but when I press them they tell me either they didn't observe his behavior this week other than the weird sharpie all over him, or they admit he is acting crazy and needs to get mental help. If he's tricking everyone - police and doctors - into thinking he is fine then in my opinion he's even more crazy than we thought. What a perfect cover for a kid to go on ranting about nazi's - act all crazy - people avoid getting him help - he can further both the stricter gun law and fear of ISIS causes all in one shot. If all this is somehow linked to them - and they get us in our own military town - I will be sick to my stomach. The chicago protests just exasperated my weird feelings too - it's like everyone is in a trance and thinks nothing can go wrong.

Tiffany


Begin forwarded message:

**From:** Tiffany Dehen <tiffany.dehen@gmail.com>
**Subject: Nevermind**
**Date:** March 13, 2016 at 12:54:17 PM PDT
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Sorry for the paranoia Professor Smith. I was a little freaked out by the whole situation but if USD thinks it's under control I'm over it. I was just really trying to get that kid hospitalized before USD lost the window of opportunity to act but as far as I know there's nothing new. My mom freaked me out a lot because she suggested me to reach out to him and then after all the posts she showed her doctor who said he really needed a forensic psychiatrist so that sounded serious to me. Dean D'Angelo reached out to me again yesterday reiterating that I'm under no obligation to continue notifying public safety but they want me to notify if he contacts me at all. I'm not so much worried about my own safety as I was worried about his own safety but if they think it's under control I'll trust that they have it taken care of. Other students from school hyped me up and then I remembered a weird conversation with one of his friends who joked around claiming he was in an isis sleeper cell a few months ago when he was making fun of me being republican and I thought he was just pulling my leg but I still didn't find it very funny, so when all this started happening it made me super paranoid.

Sorry!
Tiffany


Begin forwarded message:

**From:** "Thomas A. Smith" <tacsmith@gmail.com>
**Subject: Re: Nevermind**
**Date:** March 13, 2016 at 1:10:56 PM PDT
**To:** Tiffany Dehen <tiffany.dehen@gmail.com>

No worries Tiffany. Strange times we live in.

 **Gmail**                                        Tiffany Dehen <tiffany.dehen@gmail.com>

## Update
1 message

**Tiffany Dehen** <tiffany.dehen@gmail.com>                          Thu, Jul 21, 2016 at 10:38 AM
To: Charles Milks <charles.milks@sdsheriff.org>

Hi Chuck,

I was starting to feel bad yesterday because of what you said about Mohammed sleeping out of his car. I felt sorry for him, but then I just can't shake this feeling. Mohammed is a wild card and I've been surprised by his actions and outbursts in the past.

I just can't leave it alone it's consuming my mind because I feel like something is not right. Especially the fact that he's been sleeping out of his car. When I talked to him about where he lived a while ago I remember I got confused because I didn't get what he was saying. I always ask everyone what part of town they live in especially around school events and he told me like two different things so I remember being confused.

I have never in my life felt this scared in everyday life. It doesn't just all seem like coincidence. When my neighbors said they saw him sitting in his car they said they walked over to the car and thought it was weird b/c the car was running and the windows were fogged up and he was just like sitting in there at 6 a.m. When I came outside he tried so hard to avoid eye contact with me and keep his head turned away from me but I got good long looks at him and I'm 100% sure it was him.

I'm just worried that he might be purposely sleeping in his car and hard to find. My mom thinks his family has a lot of money and that's what I always assumed since he's from Egypt and goes to USD. His Instagram paints a really nice picture of who he is but it's not a true representation of his wild side.

I'm sorry if I sound like I'm making a big deal out of nothing. I just haven't ever had this feeling with any other crazy person I know and I have met a lot of them. I've interacted with schizos, bipolar people, people from all over the world (including several friends from the middle east), drug addicts, homeless people, millionaires, you name it and I've never felt like I just can't trust somebody no matter what they say. The bar is really expensive and I could have sworn Mohammed had an older honda civic when I met him at his parent's diner. I'm hypersensitive of my surroundings so I know that it was a newer car that he had with him last weekend. I feel like he saw me so he could have gotten in his car and driven away before I noticed he was there but instead he walked around and rummaged through the trunk so I just felt like he wanted me to see him (which I know seems irrelevant but it was just a weird feeling I got).

The guy I thought the school was talking about sleeping in his car at one point is James Jankowski and he was reported to the deans for erratic behavior as well although I think he's just mentally ill. We've seen a few other kids have psychotic breaks so we are very observant because although all law students are a little weird, the extra weird ones stand out.

Sorry if I'm a bother this has just been eating away at me since he told me because I was afraid things would get weird and with all the strange stuff going on around the country I'm getting more afraid. I'm noticing everything out of the norm and I even emailed DPS at school about this old white guy with a red altima parked in the dean's spot right but the law school yesterday. He caught me off guard on my way to class b/c I was shook up from feeling sorry for Mohammed. This guy has been in the same spot at the same time I have been going to class the past few days and every time I've passed him he's looked away and shifted around. I thought he was a professor so I smiled at him on my way to class yesterday and he yelled after me and asked which class I was heading to. When I said PR with Muth he asked what PR was. I said professional responsibility and he asked how it was going and I said good it's the last day. He's not a law professor b/c they know what PR is and the girl who sits next to me in class was walking up late with me so I asked if she's ever seen him there and she said the same thing I thought - he's been there in the same

spot everyday the past few days but we don't remember ever seeing him around before that.

I emailed DPS and came downstairs to talk to them at our break.  The officer was zooming around the parking lot but said it sounds like a guy they know who hangs out in the library sometimes and used to work there (if it's the same guy he's thinking of).  It was just weird because the officer seemed eager to find him like the guy shouldn't have been around the law school.  I know that sounds silly and irrelevant but that's just an example of how scared and hypersensitive I am right now.

I'm taking what you said to heart and I will apply to be AUSA or FBI ASAP.

Thank you so much for protecting us and please let me know if you find out anything new so I can either relax or help you find what you need.  I hope they are going to have extra security at the bar next week.

Tiffany

 **Gmail**

Tiffany Dehen <tiffany.dehen@gmail.com>

---

## Remain Calm and Study On..

---

**Milks, Charles** <Charles.Milks@sdsheriff.org>
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Thu, Jul 21, 2016 at 12:52 PM

Good Afternoon, Thank you for your email. I spoke with Captain Kawahara at the USD Office of Public Safety earlier today regarding the information you shared. Be assured that the information and circumstances concerning Mohammed and Kevin have been and continue to be monitored and investigated. With all confidence I reassure you that the personal safety of yourself and the students and staff at USD continue to be a priority. No information I have seen to date indicates that your personal safety is at risk by any of the listed persons. Thank you for sharing the information me yesterday about the social media and first hand statements.

My initial recommendation yesterday and remains today, that you continue to concentrate your attentions and efforts to your JD studies and not let the inflammatory rhetoric posted on social media cause excessive concern. In plain colloquial terminology, Remain Calm, We Got This...

Have a great week and do well on your final JD efforts.


Chuck Milks, Detective / Taskforce Officer CT-1
San Diego Joint Terrorism Taskforce
10385 Vista Sorrento Pkwy, San Diego, CA 92121
Desk: 858-495-8545
Cell: 619-241-5819



-----Original Message-----
From: Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
Sent: Thursday, July 21, 2016 10:38 AM
To: Milks, Charles
Subject: Update

Hi Chuck,

I was starting to feel bad yesterday because of what you said about Mohammed sleeping out of his car. I felt sorry for him, but then I just can't shake this feeling. Mohammed is a wild card and I've been surprised by his actions and outbursts in the past.

I just can't leave it alone it's consuming my mind because I feel like something is not right. Especially the fact that he's been sleeping out of his car. When I talked to him about where he lived a while ago I remember I got confused because I didn't get what he was saying. I always ask everyone what part of town they live in especially around school events and he told me like two different things so I remember being confused.

I have never in my life felt this scared in everyday life. It doesn't just all seem like coincidence. When my neighbors said they saw him sitting in his car they said they walked over to the car and thought it was weird b/c the car was running and the windows were fogged up and he was just like sitting in there at 6 a.m. When I came outside he tried so hard to avoid eye contact with me and keep his head turned away from me but I got good long looks at him and I'm 100% sure it was him.

I'm just worried that he might be purposely sleeping in his car and hard to find. My mom thinks his family has a lot of

money and that's what I always assumed since he's from Egypt and goes to USD.   His Instagram paints a really nice picture of who he is but it's not a true representation of his wild side.

I'm sorry if I sound like I'm making a big deal out of nothing. I just haven't ever had this feeling with any other crazy person I know and I have met a lot of them. I've interacted with schizos, bipolar people, people from all over the world (including several friends from the middle east), drug addicts, homeless people, millionaires, you name it and I've never felt like I just can't trust somebody no matter what they say.  The bar is really expensive and I could have sworn Mohammed had an older honda civic when I met him at his parent's diner.  I'm hypersensitive of my surroundings so I know that it was a newer car that he had with him last weekend.  I feel like he saw me so he could have gotten in his car and driven away before I noticed he was there but instead he walked around and rummaged through the trunk so I just felt like he wanted me to see him (which I know seems irrelevant but it was just a weird feeling I got).

The guy I thought the school was talking about sleeping in his car at one point is James Jankowski and he was reported to the deans for erratic behavior as well although I think he's just mentally ill.  We've seen a few other kids have psychotic breaks so we are very observant because although all law students are a little weird, the extra weird ones stand out.

Sorry if I'm a bother this has just been eating away at me since he told me because I was afraid things would get weird and with all the strange stuff going on around the country I'm getting more afraid.  I'm noticing everything out of the norm and I even emailed DPS at school about this old white guy with a red altima parked in the dean's spot right but the law school yesterday.  He caught me off guard on my way to class b/c I was shook up from feeling sorry for Mohammed.  This guy has been in the same spot at the same time I have been going to class the past few days and every time I've passed him he's looked away and shifted around.  I thought he was a professor so I smiled at him on my way to class yesterday and he yelled after me and asked which class I was heading to.  When I said PR with Muth he asked what PR was.  I said professional responsibility and he asked how it was going and I said good it's the last day.  He's not a law professor b/c they know what PR is and the girl who sits next to me in class was walking up late with me so I asked if she's ever seen him there and she said the same thing I thought - he's been there in the same spot everyday the past few days but we don't remember ever seeing him around before that.

I emailed DPS and came downstairs to talk to them at our break.  The officer was zooming around the parking lot but said it sounds like a guy they know who hangs out in the library sometimes and used to work there (if it's the same guy he's thinking of).  It was just weird because the officer seemed eager to find him like the guy shouldn't have been around the law school.  I know that sounds silly and irrelevant but that's just an example of how scared and hypersensitive I am right now.

I'm taking what you said to heart and I will apply to be AUSA or FBI ASAP.

Thank you so much for protecting us and please let me know if you find out anything new so I can either relax or help you find what you need.  I hope they are going to have extra security at the bar next week.

Tiffany







 **Gmail**

Tiffany Dehen <tiffany.dehen@gmail.com>

## Re: Tiffany
1 message

**Lili Dehen** <ldehenaz@gmail.com>                              Mon, Jul 25, 2016 at 11:15 AM
To: Tiffany Dehen <tiffany.dehen@gmail.com>
Cc: Mike Dehen <MDehen@kmbs.konicaminolta.us>

Tiffany,

Here is email. Sorry did not copy u earlier. I was hoping to hear it was not Mohammed's car. We all want u to move, if that letter was from him.

Also very stressed that USD has more police on campus. So I txt'd Kevin's mom to see if he was any better. His FB still shows mention of sites for pot, and jokes about 'dropping acid'. The entire situation created so much stress while he acted out in class.

She called me, said he lives at home. And that the school was a huge help with getting him accepted to a small law school there to finish. Also, the school never mentioned or asked about his friends, and he had no friends from SD and was not in touch with anyone.

I said that an Arab student said in front of you and Kevin 'he was in ISIS sleeper cell'. Why you were concerned about Kevin's anger, and the other students' anger in class.

And wanted to know if Kevin upset with you at all, since you were only one to reach out to him. She said he blocked many ppl who cared so you weren't the only one.

She said Kevin mentioned nothing. And he was seeing a psychologist and they hoped for psychiatrist soon to get him on meds. Working toward that slowly while he was finishing up work needed to graduate law school.

I told her it was great that he was home, surprised he was willing to go. She said his school funds ran out.

Surprised that the school did not ask about any of his friends, and that he also dropped the lawsuit against USD.

On Sunday, July 24, 2016, Lili Dehen <ldehenaz@gmail.com> wrote:

> Dear Officer Milks,
>
> Thank you for meeting with Tiffany.
>
> With the mail she received, we feel she needs to move ASAP unless Mohammed has been detained.
>
> Turtle seal on envelope is symbolic and we want her to be safe. Arab student suggests he is troubled same as Mr. Snow, about lifestyle conflict with his Religion.
>
> If you can let her know when you plan to question him, it will help her plan. FBI not responsible for her situation though we want to avoid extra stress on her. Someone has her address. Time to move.
>
> Please call if you can discuss.
>
> She has 2 more days. This is really tough on her emotionally, prob as intended. Her last USD Law Final is

Tuesday.

We may need to hire a Private Investigator unless FBI can say he was detained.  Not worth risk.  Cost may be too high though we need to do something to avoid chance of this getting worse.

Thanks,


Lili Dehen
Mom, Tiffany Dehen
USD Law Student

c: 520-400-1108