## TABLE OF EXHIBITS

| Exhibits | Page Range(s) |
|---|---|
| Exhibit 1 | 1-2 |
| Exhibit 2 | 3 |
| Exhibit 3 | 3 |
| Exhibit 4 | 4 |
| Exhibit 5 | 4 |
| Exhibit 6 | 5 |
| Exhibit 7 | 6 |
| Exhibit 8 | 7 |
| Exhibit 9 | 8 |
| Exhibit 10 | 8 |
| Exhibit 11 | 9 |
| Exhibit 12 | 9 |
| Exhibit 13 | 10 |
| Exhibit 14 | 10 |
| Exhibit 15 | 11 |
| Exhibit 16 | 11 |
| Exhibit 17 | 12 |
| Exhibit 18 | 12 |
| Exhibit 19 | 13 |
| Exhibit 20 | 13 |
| Exhibit 21 | 14 |
| Exhibit 22 | 14 |
| Exhibit 23 | 15 |
| Exhibit 24 | 15 |

1

| | |
|---|---|
| **Exhibit 25** | **16** |
| **Exhibit 26** | **16** |
| **Exhibit 27** | **17** |
| **Exhibit 28** | **17** |
| **Exhibit 29** | **18** |
| **Exhibit 30** | **18** |
| **Exhibit 31** | **19** |
| **Exhibit 32** | **19** |
| **Exhibit 33** | **20** |
| **Exhibit 34** | **20** |
| **Exhibit 35** | **21** |
| **Exhibit 36** | **21** |
| **Exhibit 37** | **22** |
| **Exhibit 38** | **22** |
| **Exhibit 39** | **23** |
| **Exhibit 40** | **23** |
| **Exhibit 41** | **24** |
| **Exhibit 42** | **24** |
| **Exhibit 43** | **25** |
| **Exhibit 44** | **26** |
| **Exhibit 45** | **26** |
| **Exhibit 46** | **27** |
| **Exhibit 47** | **27** |
| **Exhibit 48** | **28** |
| **Exhibit 49** | **29** |
| **Exhibit 50** | **30** |

TABLE OF EXHIBITS PLAINTIFF'S
SECOND AMENDED COMPLAINT          No.: 17-cv-00198-LAB-WVG

| Exhibit 51 | 31 |
|---|---|
| Exhibit 52 | 32 |
| Exhibit 53 | 33 |
| Exhibit 54 | 34 |
| Exhibit 55 | 35 |
| Exhibit 56 | 36 |
| Exhibit 57 | 37 |
| Exhibit 58 | 38 |
| Exhibit 59 | 39 |
| Exhibit 60 | 39 |
| Exhibit 61 | 40 |
| Exhibit 62 | 41 |
| Exhibit 63 | 42 |
| Exhibit 64 | 43 |
| Exhibit 65 | 44 |
| Exhibit 66 | 45 |
| Exhibit 67 | 46 |
| Exhibit 68 | 47 |
| Exhibit 69 | 48 |
| Exhibit 70 | 49 |
| Exhibit 71 | 50 |
| Exhibit 72 | 51 |
| Exhibit 73 | 51 |
| Exhibit 74 | 52 |
| Exhibit 75 | 52 |
| Exhibit 76 | 52 |

3

TABLE OF EXHIBITS PLAINTIFF'S
SECOND AMENDED COMPLAINT          No.: 17-cv-00198-LAB-WVG

| Exhibit 77 | 53 |
|---|---|
| Exhibit 78 | 53 |
| Exhibit 79 | 54 |
| Exhibit 80 | 54 |
| Exhibit 81 | 55 |
| Exhibit 82 | 55 |
| Exhibit 83 | 56 |
| Exhibit 84 | 56 |
| Exhibit 85 | 56 |
| Exhibit 86 | 57 |
| Exhibit 87 | 57 |
| Exhibit 88 | 58 |
| Exhibit 89 | 59 |
| Exhibit 90 | 60 |
| Exhibit 91 | 61 |
| Exhibit 92 | 62 |
| Exhibit 93 | 63 |
| Exhibit 94 | 64 |
| Exhibit 95 | 65 – 66 |
| Exhibit 96 | 67 – 70 |
| Exhibit 97 | 71 – 94 |
| Exhibit 98 | 95 |
| Exhibit 99 | 96 |
| Exhibit 100 | 97 |
| Exhibit 101 | 98 – 106 |
| Exhibit 102 | 107 |

TABLE OF EXHIBITS PLAINTIFF'S
SECOND AMENDED COMPLAINT          No.: 17-cv-00198-LAB-WVG

| Exhibit 103 | 108 |
|:---:|:---:|
| Exhibit 104 | 109 |
| Exhibit 105 | 110 |
| Exhibit 106 | 111 – 112 |
| Exhibit 107 | 113 – 114 |
| Exhibit 108 | 115 |
| Exhibit 109 | 116 – 129 |
| Exhibit 110 | 130 – 132 |
| Exhibit 111 | 133 – 135 |
| Exhibit 112 | 136 – 137 |
| Exhibit 113 | 138 – 139 |
| Exhibit 114 | 140 – 141 |
| Exhibit 115 | 142 – 144 |
| Exhibit 116 | 145 – 151 |
| Exhibit 117 | 152 – 157 |
| Exhibit 118 | 158 – 159 |
| Exhibit 119 | 160 – 174 |
| Exhibit 120 | 175 – 180 |
| Exhibit 121 | 181 – 187 |
| Exhibit 122 | 188 – 189 |
| Exhibit 123 | 190 – 191 |
| Exhibit 124 | 192 – 199 |
| Exhibit 125 | 200 – 212 |
| Exhibit 126 | 213 – 225 |
| Exhibit 127 | 226 – 238 |
| Exhibit 128 | 239 – 253 |

TABLE OF EXHIBITS PLAINTIFF'S
SECOND AMENDED COMPLAINT                No.: 17-cv-00198-LAB-WVG

| | |
|---|---|
| Exhibit 129 | 254 – 271 |
| Exhibit 130 | 272 |
| Exhibit 131 | 273 |
| Exhibit 132 | 274 |
| Exhibit 133 | 275 – 276 |
| Exhibit 134 | 277 |
| Exhibit 135 | 278 – 280 |
| Exhibit 136 | 281 – 288 |
| Exhibit 137 | 289 – 290 |
| Exhibit 138 | 291 – 292 |
| Exhibit 139 | 293 – 294 |
| Exhibit 140 | 295 – 300 |
| Exhibit 141 | 301 – 304 |
| Exhibit 142 | 305 |
| Exhibit 143 | 306 |
| Exhibit 144 | 307 |
| Exhibit 145 | 308 |
| Exhibit 146 | 309 |
| Exhibit 147 | 310 |
| Exhibit 148 | 311 |
| Exhibit 149 | 312 |

TABLE OF EXHIBITS PLAINTIFF'S
SECOND AMENDED COMPLAINT          No.: 17-cv-00198-LAB-WVG

# PLAINTIFF'S EXHIBITS
# SECOND AMENDED COMPLAINT

# EXHIBIT 1

## John D. Raikos (#0-443183)



Picture taken 1945

| | |
|---|---|
| Place of Birth | |
| Date of Birth | March 8, 1922 |
| Rank | Captain (WWII) - Colonel (Ret.) |
| Platoon | |
| Company | HQ |
| Battalion | |
| Regiment | 329th |
| Division | 83rd Infantry |
| Decorations | Combat Infantryman Badge, Silver Star Medal, Bronze Star Medal with Oak Leaf Cluster, Purple Heart with Oak Leaf Cluster, Good Conduct, American Campaign Medal, WWII Victory Medal, EAME Campaign Medal with 5 bronze stars for the five Campaigns. |

John D. Raikos was born on March 8, 1922. John Raikos was a graduate of Manual High School and joined the Army on January 30, 1942. He was part of the original cadre which reactivated the 83rd Infantry Division "Thunderbolts" at Camp Atterbury on August 15, 1942. He was trained in Tennessee Maneuvers, to Fort Benning and came ashore in the Normandy Campaign as 1st Lieutenant with 329th Infantry landing at Omaha Beach, with mission orders to seize the Brandenburg Gate in Berlin.
John Raikos served as a combat liaison officer, comm. platoon leader and Regimental Headquarters Company Commander, during the war, promoted to Captain and decorated with the Silver Star, Bronze Star for valor, Oak Leaf Cluster to Bronze Star and OLC.
Lt. Raikos rode on the lead tank into Cherbourg Belgium. On September 1, 1944, he and Lt. James Bagley liberated Tours, France, and Mayor Albert Joubert made John Raikos a "Tours Citizen d' Honneur and Grand Marshall" at the 1964 liberation commemoration and parade in his honor. Raikos was also honored with the esteemed citation from Yom H'ashowa Holocaust Remembrance for his role with the 83rd Division's liberation of Nazi concentration camps. John Raikos was the first American to make radio contact with the Russians. The 83rd Division, near war's end after constructing the Truman Bridge over the Elbe and making furthest penetration into Germany by Allied forces, was ordered to pull back across the Elbe. With "permission with disavowal" of his co Capt. Raikos advanced within 20 miles of Berlin and waited 10 days for the Russians to physically link up. He served as Provisional Governor of Deggendorf Germany, before returning home.

Raikos continued his military career in the reserves, graduated from the Army's Command and General Staff College and retired as Colonel in 1982. Raikos was extremely proud of serving his country and remained active in the 83rd Infantry Division Association, serving as its Judge Advocate until 2003. He was a member of the World War II roundtable. Raikos also attended Indiana University Bloomington undergraduate and law schools in 1950 newly admitted as an attorney to the practice of law in Indiana, which he actively pursued until his January 8, 2003 stroke. He joined the law firm of Cook Mendenhall and Bose and later formed, Raikos, Barton, Rochford and Thomas, which became Raikos and Raikos. Raikos was a lawyer's lawyer; tenacious, fiercely loyal, compassionate and always eager to serve as advocate and adviser with generous time and open to all. A warrior and a healer. His soldiering moved to the courtroom and he enjoyed an illustrious and varied legal career, championing causes from "Step 'n Fetchit," one of Hollywood's first African American actors, in his defamation suit against CBS for its portrayal of him as a chicken stealing, crap shooting, slow shuffling Negro, to an original action in the U.S. Supreme Court of behalf of Robert L. Montgomery to mandate Congress to cease deficit spending and restore the gold standard. He successfully tried numerous cases which garnered media attention from procuring the release by a tearful jury of a client wrongfully committed to Central State Mental Hospital, to will contest of a murdered bank heiress from 1st Amendment to Sunday Blue Laws and OSHA, and was a pioneer in using psychologists in jury voir dire and selection, resulting in substantial verdicts. He was elected attorney for the Indianapolis Sanitary District and was a founding board member and legal counsel for many

years for the Indianapolis Kroger Credit Union (KEMBA). Raikos also enjoyed the coal business with Kentucky Mountain Coal Co. and Western Minerals Corp. and prior to that his business activities as President in developing South Side Sanitary Landfill, American Reclamation and Earth Equipment Leasing Co. John lived everyday to the fullest, each day after the war as a gift. "Time and tide wait for no man." Driven and determined, he raced up and down steps rather than wait for elevators and moved always with purpose and energy. John was proud of his Greek heritage and proudest of all of his family. First, foremost and always he was a devoted son, brother, husband, father and grandfather, never missing the opportunity for a family gathering filled with his cooking, stories and love. His emotions were as transparent as his words were direct. Raikos was a member of the Indianapolis Murat Shrine Temple, Scottish Rite, the Mystic Tie Lodge, American Legion Broad Ripple Kennington Post, Veterans of Foreign Wars, Reserve Officers Association, Indianapolis Colombia Club, IAC, Indianapolis and Indiana State and American Bar Associations and the Holy Trinity Greek Orthodox Church.

PLAINTIFF'S EXHIBITS                Page 1             No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

# EXHIBIT 1 (CONTINUED)



*John D. Raikos, somewhere on the riviera (courtesy of John's daughter Margo (Raikos) McLaughlin)*

John D. Raikos passed away on July 24, 2006, and is buried at the Crown Hill Cemetery, Indianapolis, Marion County, Indiana.
He was preceded in death by his parents, his brothers, Nicholas, George and Andrew Raikos and his sisters, Mary and Katherine Raikos.
Survivors include his loving wife of 60 years, Mary P. Raikos, sons, Gustin J., John Dr. Jr.; daughters, Lili Marlene (Michael) Dehen, Margo Elaine; grandchildren, Melissa Denise, GJ, Nicholas and



Jake Raikos, Tiffany, Alyssa and Michael Jr. Dehen; nephews, James A. Raikos, William James Raikos, Springfield, MO and nieces, Pamela Jean Raikos and Denisa Raikos.

*Source: Find A Grave*

*Thanks to Margo (Raikos) McLaughlin for sharing this story and the photos of her dad.*

*Link to additional information about John D. Raikos may be found on Thijs Hodiamont's website*

BACK to 83rd VETERANS                    BACK to LATEST UPDATES                    BACK to MAIN MENU

http://www.normandytothebulge.be/83rd_JRaikos.html

PLAINTIFF'S EXHIBITS          Page 2          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 2**



Photograph 1: "Tiffany Pro"

**EXHIBIT 3**



Photograph 2:"Tiffany DC"

PLAINTIFF'S EXHIBITS          Page 3          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 4**



Photograph 3:"Tiffany MAGA"

**EXHIBIT 5**



Photograph 4:"Tiffany Christmas MAGA"

PLAINTIFF'S EXHIBITS          Page 4          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

# EXHIBIT 6



Screenshot of Twitter account @tiffanydehen taken by Plaintiff on 02/01/2017

# EXHIBIT 7



Screenshot of Twitter account @tiffanydehen by Plaintiff on 02/01/2017

# EXHIBIT 8



Screenshot of Twitter account @tiffany dehen taken by Plaintiff on 02/01/2017

**EXHIBIT 9**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 10**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 8          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 11**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 12**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 13



Infringing Work #6

## EXHIBIT 14

Celebrating the start of Black History Month

**Rex Tillerson**
Senate confirms Rex Tillerson as Secretary of State

**#WatermarkConf**
3,245 Tweets

**#PressOn**
Sbenshapiro is Tweeting about this

**DeVos**
Betsy DeVos' confirmation hangs in the balance

**Dover**
6,844 Tweets

**Tiffany Dehen** @tiffanydehen · Jan 30
Here's my mom and her bible study sisters being saved from an evil Muslim palace. If I'm not her spitting image... GO TRUMP GO! @POTUS



**Tiffany Dehen** @tiffanydehen · Jan 30
I'm so excited for my audition for TV! I can't wait to make America proud!

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 10          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

## EXHIBIT 15

 **Tiffany Dehen** @tiffanydehen · Jan 30
I'm so excited for my audition for TV! I can't
wait to make America proud!
#MakeAmericaGreatAgain #AmericaFirst
#AmericaFirstOnly @POTUS

BRAVO's The Real Housewives of Nazi-
Occupied Russian Territory Formerly
Known as America

*twirls*

"If he's not Aryan, we're not marryin'!"



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 16



 **Tiffany Dehen** @tiffanydehen · Jan 29
Fuck throwing this dog off a cliff. Ima eat him instead! What a
#snowflake @peta #MakeAmericaGreatAgain Animals don't deserve
extra rights!



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 11          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 17**



> **Tiffany Dehen** @tiffanydehen · Jan 29
> Fuck throwing this dog off a cliff. Ima eat him instead! What a #snowflake @peta #MakeAmericaGreatAgain Animals don't deserve extra rights!

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 18**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS      Page 12      No.: 17-cv-00198-LAB-WVG

SECOND AMENDED COMPLAINT

## EXHIBIT 19

Infringing Work #5

## EXHIBIT 20

**Tiffany Dehen** @tiffanydehen · Jan 29
I agree with @SpeakerRyan do what you can to keep them Jews out of our Christian country!! #AmericaFirst #MakeAmericaGreatAgain #MuslimBan

**Paul Ryan** @SpeakerRyan
RT if you agree → It's time to rebuild our partnership with #Israel and reaffirm our commitment to her security.
3:41

**Tiffany Dehen** @tiffanydehen · Jan 29
CNN is fake news! Serena won the Australian open!

**CNN Breaking News** @cnnbrk
Roger Federer beats Rafael Nadal in a five-set match in the Australian Open Men's Final winning his 18th grand slam. cnn.it/2kHdrnk

**Tiffany Dehen** @tiffanydehen · Jan 28
That'll teach them terrorist saudis!
#MuslimBan #MakeAmericaGreatAgain

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 21





Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 22





Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS      **Page 14**      No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

## EXHIBIT 23





Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 24



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS      **Page 15**      No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 25**



Infringing Work #4

**EXHIBIT 26**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 16          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 27**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 28**



Infringing Work #3

## EXHIBIT 29





Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 30



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 18          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 31**



Infringing Work #2

**EXHIBIT 32**





Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 19          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 33**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 34**



Infringing Work #1

PLAINTIFF'S EXHIBITS            Page 20         No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

## EXHIBIT 35



**Tiffany Dehen** @tiffanydehen · Jan 28
Nothing like my own personal welcome team to Twitter. Thanks @AdolfHitlerFuhr XOXO Let's #MakeAmericaGreatAgain studcakes #MuslimBan

Fuhrer welcomes you

14h

**Tiffany Dehen** @tiffanydehen · Jan 28
Have y'all noticed the blacks are on all the magazines nowadays? Time 4 change!! White women are the silent majority in the lamestream media

**Tiffany Dehen** @tiffanydehen · Jan 28
Just found this lovely pic of our #firstladymelania Pearl necklaces 4 every girl about time @MELANIATRUMP @POTUS

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 36



**Tiffany Dehen** @tiffanydehen · Jan 28
Nothing like my own personal welcome team to Twitter. Thanks @AdolfHitlerFuhr XOXO Let's #MakeAmericaGreatAgain studcakes #MuslimBan

Fuhrer welcomes you

14h

**Tiffany Dehen** @tiffanydehen · Jan 28
Have y'all noticed the blacks are on all the magazines nowadays? Time 4 change!! White women are the silent majority in the lamestream media

**Tiffany Dehen** @tiffanydehen · Jan 28
Just found this lovely pic of our #firstladymelania Pearl necklaces 4 every girl about time @MELANIATRUMP @POTUS #MakeAmericaGreatAgain

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 21          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

## EXHIBIT 37

 **Tiffany Dehen** @tiffanydehen · Jan 28
Have y'all noticed the blacks are on all the magazines nowadays? Time 4 change!! White women are the silent majority in the lamestream media

 **Tiffany Dehen** @tiffanydehen · Jan 28
Just found this lovely pic of our #firstladymelania Pearl necklaces 4 every girl about time @MELANIATRUMP @POTUS #MakeAmericaGreatAgain



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 38



 **Tiffany Dehen** @tiffanydehen · Jan 28
TO HELL WITH MUSLIMS WHO WANT TO BAN OUR AMERICAN VALUES! U NEVER PUT ME IN A BURKA! #MuslimBan #MakeAmericaGreatAgain @POTUS #BuildTheWall



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS                 Page 22          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 39**



Tiffany Dehen @tiffanydehen · Jan 28
TO HELL WITH MUSLIMS WHO WANT TO BAN OUR AMERICAN
VALUES! U NEVER PUT ME IN A BURKA! #MuslimBan
#MakeAmericaGreatAgain @POTUS #BuildTheWall

Tiffany Dehen @tiffanydehen · Jan 28
My gawd Who is that lucky lady? @POTUS
@realDonaldTrump My pastor wouldn't be
happy with my inside-outies right now?
#MakeAmericaGreatAgain

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 40**

Tiffany Dehen @tiffanydehen · Jan 28
My gawd Who is that lucky lady? @POTUS
@realDonaldTrump My pastor wouldn't be
happy with my inside-outies right now?
#MakeAmericaGreatAgain



Tiffany Dehen @tiffanydehen · Jan 28
Me+my girls today. If you can't bring back

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 41**

 Tiffany Dehen @tiffanydehen · Jan 28
Me+my girls today. If you can't bring back an 80's dye job, U DON'T DESERVE TO BE AMERICAN!!! #MakeAmericaGreatAgain #SexyLikeCockatoos #grl



 Tiffany Dehen @tiffanydehen · Jan 27
The only better time to be a woman in America beside 2day was the day Jesus was crucified #witness #amen #Jesusfirst

Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

**EXHIBIT 42**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS          Page 24          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 43**



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 01/30/2017

## EXHIBIT 44



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 45



Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 46







Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

## EXHIBIT 47







Screenshot of Twitter account @tiffanydehen taken by Plaintiff 02/01/2017

PLAINTIFF'S EXHIBITS        Page 27        No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

# EXHIBIT 48

**Twitter Support**                                            January 30, 2017 at 9:56 PM 
To: tiffany.dehen@gmail.com
Case# 50854043: Impersonation - tiffanydehen

 @tiffanysundevil

Hello,

Thanks for sending your report regarding impersonation on Twitter.

**Our next steps:**
First, we need to confirm your identity. Below you'll find instructions and a link you can use to upload a copy of
your valid government-issued photo ID. Then we'll review and process your report. We can't review your
report until the documentation is received.

**Your next steps:**
Review the instructions below and upload the requested documentation. Please make sure to upload a legible
copy so we can review the full name and photo on the ID. This information will be kept confidential and your
documentation will be deleted.

**Instructions:**

- Click on the link below and upload a copy of your valid government-issued photo ID (e.g., driver's
  license or passport).
- If you are reporting an account that is not using the name that appears on your government-issued
  photo ID, you must also include documentation demonstrating that the name used by the account you're
  reporting is associated with you (e.g., proof of registration of your trade name or pseudonym).

Upload link: https://twitterinc.secure.force.com/u?e=tiffany.dehen@gmail.com&cn=50854043

Please note that accounts in compliance with Twitter's parody, commentary, and fan accounts policy
(https://support.twitter.com/entries/106373) are not considered in violation of our impersonation policy
(https://support.twitter.com/articles/18366).

Thank you,

Twitter

## Email sent from Twitter to Plaintiff 01/30/2017 at 9:56 p.m.

# EXHIBIT 49

◀ Back to Mail                4:10 PM                   ◀ 39% ▮▮▯

🔒 twitterinc.secure.force.com                ↻

---

**Upload file for CASE - 50854043**

*Only image files with PNG,JP[EG, GIF, TIFF, PDF extensions are allowed. File size cannot be greater than 5 Mb.

**File uploaded successfully**
                        If required please upload additional files

Browse and upload a file to case

File*
[ Choose File ] no file selected

**SITIO**                                           Privacy & Terms

[                    ]

[ Upload ]

Twitter, Inc.  1355 Market st.  Suite 900   San Francisco, CA 94103

---

   ‹           ›          ⬆️          📖          ⧉

**Screenshot Taken By Plaintiff 02/01/2017 at 4:10 p.m.**

**EXHIBIT 50**





## Tiffany Dehen
@tiffanydehen

Parody account. Fiction and political satire about Republican white women.

📍 Praying for America

**20** FOLLOWING    **3** FOLLOWERS

| Tweets | Media | Likes |
|--------|-------|-------|



**Tiffany Dehen** @tiffanydehen · 2h     ⌄
Black history month? More like "excuse to complain more" month.



**Tiffany Dehen** @tiffanydehen · 22h     ⌄
ONLY WHITE PEOPLE DESRVE BENEFITS! america should be great to win i no knowledge of it! #MakeAmericaGreatAgain @POTUS @realDonaldTrump

**Thomas Paine** @Thomas1774Paine
Hey DOJ & #Yates, welcome back to



Home      Explore      Notifications      Messages      Me

Screenshot of Twitter account @tiffanydehen taken by Plaintiff on 02/01/2017 at 6:25 p.m.

PLAINTIFF'S EXHIBITS          Page 30          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

# EXHIBIT 51

**support@twitter.com**
To: tiffany.dehen@gmail.com
Case# 50854043: Impersonation - tiffanydehen



February 2, 2017 at 8:51 AM

 Tiffanysundevil

Hello,

Thanks for bringing this to our attention. Parody, newsfeed, commentary and fan accounts are permitted on Twitter so long as they comply with our policy for such accounts (http://support.twitter.com/articles/106373).

In response to your complaint, we're providing the user with instructions on how to comply with our policy. Please allow 48 hours from the receipt of this email for the user to make the necessary changes. After 48 hours have passed, you can reply to this email if you'd like to file a follow-up complaint about the account. Note that Twitter will not proactively monitor the account, but will respond to all valid follow-up complaints.

Thanks,

Twitter

Help
Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

## Email sent from Twitter to Plaintiff 02/02/2017 at 8:51 a.m.

PLAINTIFF'S EXHIBITS        **Page 31**        No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 52**



Screenshot of Plaintiff's Recent LinkedIn Profile Views Taken By Plaintiff
01/30/2017 at 10:51 p.m.

**EXHIBIT 53**



Email Confirmation of written contract entered into by Plaintiff and Twitter on
10/09/2015 at 11:11 p.m.

**EXHIBIT 54**

●○○○○ MetroPCS 📶          7:08 AM          📍 100% ▰▰▰

          **Notifications**          

 **Tiffany Dehen** @tiffanydehen · 3d
That's right @tiffanysundevil we should
just get rid of all those countries that aren't
america! #AmericaFirst #AmericaFirstOnly

> **Tiffany Dehen J.D.** @tiffanysundevil
> THIS IS HEINOUS. What morons. I wish
> we could not deal with countries who
> are so stupid. twitter.com/
> drudge_report/...

 1            

♥ 

**Tiffany Dehen** liked 10 of your Tweets

THIS IS HEINOUS. What morons. I wish we could
not deal with countries who are so stupid.
twitter.com/drudge_report/...

We are SO LUCKY to have such an amazing first
family! #MAGA twitter.com/ivankatrump/st...

We are deeply honored to have you!!!!!!!!!!
twitter.com/flotus/status/...

View all

    

**Texas Belle** and 4 others followed you

            
Home          Explore        Notifications      Messages          Me

Screenshot taken by Plaintiff 02/03/2017 at 7:08 a.m.

PLAINTIFF'S EXHIBITS          Page 34          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

# EXHIBIT 55

●○○○○ MetroPCS 7:07 AM 100%

**Notifications**

**Nazi Free In 2017** @mlse · 20h
I think Tiffany Dehen probably should've just ignored @tiffanysundevil

**Keith Lee** @associatesmind
$100 MILLION in damages! Slander & IIED for...a parody T...

2 1

**DROP CLOTH** followed you

**matt suhajda** liked your Tweet

😂😂😂😂 twitter.com/realdonaldtrum...

**Lili Dehen** liked this and 1 more Retweet

This #HolocaustRemembrance Day, we join the Jewish people to remember the victims & honor the survivors of the past for sake of the future.

View all

Home Explore Notifications Messages Me

Screenshot taken by Plaintiff 02/03/2017 at 7:07 a.m.

## EXHIBIT 56



 Home  Explore  Notifications  Messages  Me

Screenshot taken by Plaintiff 02/01/2017 at 5:40 p.m. of Twitter account
@tiffanydehen followers.

**EXHIBIT 57**



Photograph taken by Plaintiff 02/01/2017 at 9:07 a.m.

**EXHIBIT 58**



1. Flat bed tow truck swerved left, out of his lane, and
2. to avoid collision, the silver Kia, license 7FH628,
3. swerved left into the lane I was traveling
4. South bound on. I jammed my brakes, honked
5. the horn, but couldn't swerve into the left
6. lane b/c of a car next to me, so I collided
7. in the back of the silver Kia. The flat bed
8. truck who caused the entire accident drove
9. off. As soon as traffic allowed him and did
10. not allow us to get his license plate. I have
11. the info of witness Scott Williams (619-616-
12. 9038, who was driving a dark silver Hyundai
13. and witnessed the entire accident, and tried
14. leaving the scene but couldn't b/c I stood in
15. his way in the middle of the freeway and
16. flagged him down until he wrote his
17. info for me. I asked him if he saw the
18. whole thing happen and he keep (no) go,
19. and then graciously wrote his info down.
20. I think he was in shock too. I have a
21. photo if 15 S right after the incident, so
22. maybe w/proper technology it can be
23. cleaned up to see the flat bed who fled
24. the scene of the accident after causing
25. the whole thing. Nobody else stopped to
26. help or ask if we were okay and 911 was
27. worthless both times I called for help, but hung up to
28. when I saw a patrol driving ahead of me.

Plaintiff's Report Filed With Department of California Highway Patrol on
02/01/2017 at 10:50 a.m.

**EXHIBIT 59**

Photograph of Plaintiff's car accident February 20, 2017 at 3:24 p.m.

**EXHIBIT 60**

Tiffany Dehen

Juris Doctor Candidate May 2016

Recruiting Services of Arizona • University of San Diego School of Law

Greater San Diego Area • 500+

I completed my J.D. from University of San Diego School of Law in July 2016 with dual concentrations in Intellectual Property Law and Business and Corporate Law.

I graduated in 2011 Cum Laude from Arizona State University with a Bachelor of Science in Marketing offered by the highly rated W.P. Carey School of Business, Minor in Mass Communications from Walter Cronkite School of Journalism and Mass Communications (again highly rated), and International Business Certificate from W.P. Carey School of Business.

From 2011 to 2016, I worked as the Marketing Coordinator at Recruiting Services of Arizona, a recruiting and consulting firm in the Financial Services Industry. I continued to work remotely for RSA through law school, averaging 10-20 hours per week. To put myself through law school, I worked another part time job marketing for and assisting a professional yacht salesman in the San Diego area.

See less

Screenshot of Plaintiff's LinkedIn Taken By Plaintiff 04/12/2017 at 11:58 a.m.

## EXHIBIT 61



Screenshot of Plaintiff's Twitter Account Taken By Plaintiff 02/01/2017

# EXHIBIT 62

## Loan Summary

| Date | Loan Type | Status | Balance |
|------|-----------|--------|---------|
| 05/27/2016 | Direct Student Plus Loan | Repayment | $12,003.80 |
| 05/03/2016 | Direct Student Plus Loan | Repayment | $1,698.53 |
| 09/02/2015 | Direct Student Plus Loan | Repayment | $6,548.25 |
| 08/14/2015 | Direct Unsub Stafford Loan | Repayment | $22,244.93 |
| 08/14/2015 | Direct Student Plus Loan | Repayment | $44,473.06 |
| 06/10/2015 | Direct Student Plus Loan | Repayment | $16,721.47 |
| 01/02/2015 | Direct Unsub Stafford Loan | Repayment | $23,412.11 |
| 01/02/2015 | Direct Student Plus Loan | Repayment | $12,368.20 |
| 08/15/2014 | Direct Unsub Stafford Loan | Paid In Full | $0.00 |
| 08/15/2014 | Direct Student Plus Loan | Repayment | $12,999.19 |
| 03/28/2014 | Direct Student Plus Loan | Repayment | $487.75 |
| 02/27/2014 | Direct Student Plus Loan | Repayment | $549.69 |
| 12/19/2013 | Direct Student Plus Loan | Repayment | $1,651.31 |
| 08/16/2013 | Direct Unsub Stafford Loan | Repayment | $24,376.24 |
| 08/16/2013 | Direct Student Plus Loan | Repayment | $36,083.94 |
| 08/09/2010 | Direct Sub Stafford Loan | Repayment | $1,350.11 |
| 08/09/2010 | Direct Unsub Stafford Loan | Repayment | $8,642.18 |
| 08/22/2009 | Direct Sub Stafford Loan | Repayment | $5,984.42 |
| 08/22/2009 | Direct Unsub Stafford Loan | Repayment | $2,946.75 |

○ View Loan Details     **Total Loan Balance:**    **$234,541.93**

Screenshot of Plaintiff's Loan Summary Taken By Plaintiff 04/11/2017

# EXHIBIT 63



☼ HELP CENTER > FILE A TICKET > REPORT A VIOLATION

# Report an account for impersonation.
Fill out the form below to request help.

**How can we help?**

○ An account is pretending to be me or someone I know.

○ An account is pretending to be or represent my company, brand, or organization.

○ My account was suspended.

○ I can't sign in to my account.

○ My account has been hacked or compromised.

○ Someone is using my email address without my permission.

Not what you need help with? Choose another topic.

About   Company   Blog   Help   Status   Jobs   Terms   Privacy   Cookies   Ads info   Brand   Advertise
Businesses   Media   Developers

© 2017 Twitter, Inc.

# EXHIBIT 64

C   🔒 Secure | https://support.twitter.com/forms/impersonation                                    ☆

How can we help?   ⦿ An account is pretending to be me or someone I know.

⦿ I am being impersonated.

○ Someone I represent is being impersonated.

○ Someone else (a friend of mine or someone I am a fan of) is being impersonated.

○ An account is pretending to be or represent my company, brand, or organization.

○ My account was suspended.

○ I can't sign in to my account.

○ My account has been hacked or compromised.

○ Someone is using my email address without my permission.

**Username of the account you are reporting**
@ [                                                          ]
(e.g. @safety)

**Your username** (optional)
@   tiffanysundevil

**Your email address**
tiffany.dehen@gmail.com
This is the email we'll use to contact you. Enter your current address.

**Anything else you'd like to tell us?** (optional)
Security reminder: Do not include private information (address, home phone) in this request. **Never** include your password.

**Identity Information** (optional)

# EXHIBIT 65

C  🔒 Secure | https://support.twitter.com/forms/impersonation

○ My account has been hacked or compromised.

○ Someone is using my email address without my permission.

**Username of the account you are reporting**
@  tiffanydehen

(e.g. @safety)

**Your username** (optional)
@  tiffanysundevil

**Your email address**
tiffany.dehen@gmail.com

This is the email we'll use to contact you. Enter your current address.

**Anything else you'd like to tell us?** (optional)

Security reminder: Do not include private information (address, home phone) in this request. **Never** include your password.

**Identity Information** (optional)

**UPLOAD IMAGES**

1. Upload a copy of your valid government-issued photo ID to confirm your identity (e.g. driver's license, passport, etc.).
2. If you are reporting an account that is not using the name that appears on your government-issued photo ID, please include documentation demonstrating that the name used by the account you're reporting is associated with you (e.g. proof of registration of your trade name or pseudonym).
3. A maximum of 5 files can be uploaded. Accepted formats are PNG, JPG, GIF and WEBP.

**EXHIBIT 66**

C | 🔒 Secure | https://support.twitter.com/forms/impersonation

⊙ HELP CENTER  >  FILE A TICKET  >  REPORT A VIOLATION

Report a violation

Back

# Report an account for impersonation.
Fill out the form below to request help.

How can we help?  ⊙ An account is pretending to be me or someone I know.

    ⊙ I am being impersonated.

    ○ Someone I represent is being impersonated.

    ○ Someone else (a friend of mine or someone I am a fan of) is being impersonated.

○ An account is pretending to be or represent my company, brand, or organization.

○ My account was suspended.

○ I can't sign in to my account.

○ My account has been hacked or compromised.

○ Someone is using my email address without my permission.

Username of the account you are reporting    @   tiffanydehen

(e.g. @safety)

Your username (optional)    @   tiffanysundevil

Your email address    tiffany.dehen@gmail.com

This is the email we'll use to contact you. Enter your current address.

**PLAINTIFF'S EXHIBITS**     **Page 45**     No.: 17-cv-00198-LAB-WVG
**SECOND AMENDED COMPLAINT**

# EXHIBIT 67

**From:** Law Dean [mailto:lawdean@sandiego.edu]
**Sent:** Thursday, March 10, 2016 9:57 AM
**To:** Lawcommunity@lists.sandiego.edu
**Subject:** [Lawcommunity] Recent Concerns of Student Behavior

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can access services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor-on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo both of us are available to meet with you to address any of your concerns.

STEPHEN C. FERRUOLO
Dean and Professor of Law
University of San Diego School of Law
5998 Alcalá Park
Warren Hall Room 200
San Diego, CA 92110-2492
(619) 260-4527 [office]
(858) 367-0459 [cell]
(619) 260-6515 [fax]
sferruolo@sandiego.edu

**USD School of Law.**
*The Perfect Climate for Studying Law.*™

## EXHIBIT 68

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

**VA 2-069-923**

Effective Date of Registration:
April 01, 2017

---

**Title**

      Title of Work:   Tiffany Pro

**Completion/Publication**

      Year of Completion:   2013
      Date of 1st Publication:   June 20, 2013
      Nation of 1st Publication:   United States

**Author**

      •   Author:   Tiffany Leigh Dehen
      Author Created:   photograph
      Citizen of:   United States
      Year Born:   1988

**Copyright Claimant**

      Copyright Claimant:   Tiffany Leigh Dehen
         1804 Garnet Avenue #239, Pacific Beach, CA, 92109, United States

**Rights and Permissions**

      Name:   Tiffany Leigh Dehen
      Email:   tiffany.dehen@gmail.com
      Telephone:   (858)263-0052
      Address:   1804 Garnet Avenue #239
         Pacific Beach, CA 92109 United States

**Certification**

      Name:   Tiffany Dehen
      Date:   April 01, 2017

---

**PLAINTIFF'S EXHIBITS**        **Page 47**        No.: **17-cv-00198-LAB-WVG**
**SECOND AMENDED COMPLAINT**

# EXHIBIT 69

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-073-279**
**Effective Date of Registration:**
March 31, 2017

---

### Title

Title of Work:   Tiffany Di

### Completion/Publication

Year of Completion:   2016
Date of 1st Publication:   April 02, 2016
Nation of 1st Publication:   United States

### Author

•   Author:   Tiffany Leigh Dehen
    Author Created:   photograph
    Citizen of:   United States
    Year Born:   1988

### Copyright Claimant

Copyright Claimant:   Tiffany Leigh Dehen
                      1804 Garnet Avenue, #239, Pacific Beach, CA, 92109, United States

### Rights and Permissions

Name:   Tiffany Leigh Dehen
Email:   tiffany.dehen@email.com
Telephone:   (888)262-0052
Address:   1804 Garnet Ave., #239
           Pacific Beach, CA 92109 United States

### Certification

Name:   Tiffany Dehen
Date:   March 31, 2017

Correspondence:   Yes

Page 1 of 1

---

# EXHIBIT 70

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claytt*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-069-924**
**Effective Date of Registration:**
April 01, 2017

### Title
Title of Work: Tiffany MAGA

### Completion/Publication
Year of Completion: 2016
Date of 1st Publication: April 18, 2016
Nation of 1st Publication: United States

### Author
Author: Tiffany Leigh Deben
Author Created: photograph
Citizen of: United States
Year Born: 1988

### Copyright Claimant
Copyright Claimant: Tiffany Leigh Deben
1804 Garnet Avenue #239, Pacific Beach, CA, 92109, United States

### Rights and Permissions
Name: Tiffany Leigh Deben
Email: tiffany.deben@gmail.com
Telephone: (858)260-0032
Address: 1804 Garnet Avenue #239
Pacific Beach, CA 92109 United States

### Certification
Name: Tiffany Deben
Date: April 01, 2017

Page 1 of 1

PLAINTIFF'S EXHIBITS        Page 49        No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

# EXHIBIT 71

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-069-747**

**Effective Date of Registration:**
April 01, 2017

### Title

Title of Work: Tiffany Christmas MAGA

### Completion/Publication

Year of Completion: 2016
Date of 1st Publication: December 25, 2016
Nation of 1st Publication: United States

### Author

• Author: Tiffany Leigh Deben
Author Created: photograph
Citizen of: United States
Year Born: 1988

### Copyright Claimant

Copyright Claimant: Tiffany Leigh Deben
1804 Garnet Avenue #239, Pacific Beach, CA, 92109, United States

### Rights and Permissions

Name: Tiffany Leigh Deben
Email: tiffany.deben@gmail.com
Telephone: (858) 262-0052
Address: 1804 Garnet Avenue #239
Pacific Beach, CA 92109 United States

### Certification

Name: Tiffany Deben
Date: April 01, 2017

Page 1 of 1

PLAINTIFF'S EXHIBITS          Page 50          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

# EXHIBIT 72

Liked
by Clue Heywood

**Telly2Putts** @Telly2Putts · 1h
@ClueHeywood need a good laugh? Thank @tiffanysundevil

**Keith Lee** @associatesmind
$100 MILLION in damages! Slander & IIED for...a parody Twitter account? #trump #feelony digitalcommons.law.scu.edu/cgi/viewconten...

SOUTHERN DISTRICT OF CALIFORNIA

Tiffany L. Dehen, Plaintiff(s),
v.
John Doe
Twitter, Inc.
University of San Diego, Defendant(s).

Case No.: 17 CV 0198 BEN WVG
(assigned at time of filing)

COMPLAINT

I. RELATED CASES
a. Do you have other Civil Case(s) in this or any other federal court?

1

# EXHIBIT 73

Case 3:17-cv-00198-BEN-WVG Document 1 Filed 02/01/17 PageID.1 Page 1 of 27

Name: Tiffany L. Dehen
Address: 1021 Lamont St. #5A Pacific Beach, CA 92109
Telephone Phone: 858-262-0052
Email: tiffany.dehen@gmail.com

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Tiffany L. Dehen, Plaintiff(s),
v.
John Doe
Twitter, Inc.
University of San Diego, Defendant(s).

Case No.: 17 CV 0198 BEN WVG
(assigned at time of filing)

COMPLAINT

I. RELATED CASES
a. Do you have other Civil Case(s) in this or any other federal court?
☐ Yes ☒ No
b. If yes, please list the case numbers here:

II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

17 16 23



## EXHIBIT 74

| ○ Contact form | Adolf hitter | Mod@aol.com | | 8585676545 | Heil hitter u racist dumb broad | 2/17/2017, 8:07:24 pm (a year ago) |

## EXHIBIT 75



## EXHIBIT 76

| ○ Contact form | Anon | anon@anon.co | | You are seriously an idiot. It's called the 1st amendment. Maybe your law school allows idiots in, maybe it's just you. The account said parody. Good luck finding an attorney willing to pursue such a frivolous claim. Makes sense that you supported Trump; which is much different than just voting for the idiot. Your shit-stained eyes can't tell parody from defamation with a disclaimer! Maybe get your head out of your ass? -An IP Attorney | 2/18/2017, 10:53:21 am (a year ago) |

PLAINTIFF'S EXHIBITS          Page 52          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 77**



**EXHIBIT 78**



**EXHIBIT 79**



**EXHIBIT 80**



**EXHIBIT 81**



**EXHIBIT 82**



# EXHIBIT 83

| Contact form | John Roberts, C.J. | Roberts@supremecourt.gov | 202-228-7343 | You do realize that you will never get a legal job after filing that complaint? The complaint demonstrates that you learned nothing in law school. Nothing. It also demonstrates that you are many sandwiches short of a picnic basket. Seek therapy. | 2/24/2017, 10:35:38 am (a year ago) |

# EXHIBIT 84

| Contact form | Ben Hayes | bthayes125@gmail.com | 434-284-3221 | Hello Ms. Dehen, Your lawsuit came to my attention through the blog, Above the Law. In reading it, one thing in particular caught my eye. I was just curious if you are now aware that Adolf Hitler was not a "socialist communist" dictator. He was the leader of the Nazi party, which was National Socialist Democratic German Workers Party. There are pretty significant differences in the two, and I would be happy to send resources to aid in your understanding, but I am first genuinely curious to see if you know this or not. Best, Ben | 2/24/2017, 11:37:35 am (a year ago) |

# EXHIBIT 85

| Contact form | "Sad!" | johnsmith@yahoo.com | 5555555555 | Fuck off. You're a sad excuse for a person if you support that asswipe of a President, and a terrible excuse for a wanna-be lawyer. You think you stand for the constitution and 'Merican values? What a laugh- I would bet my LIFE on the fact that you couldn't beat me in court regarding any aspect of our Constitution. Enjoy these words, from someone who's actually a member of the bar in their state. Idiot. | 5/9/2017, 6:04:59 pm (9 months ago) |

PLAINTIFF'S EXHIBITS          Page 56          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

## EXHIBIT 86



**Christie Smythe**
Hi, checking in on Twitter lawsuit
To: Tiffany.Dehen@gmail.com

🔴 Archive - Google (All Mail)   December 11, 2017 at 9:32 AM

📧 Siri found new contact info in this email: Christie Smythe christie.smythe@gmail.com                    add to Contacts...  ⊗

Hi Tiffany!

Sorry I missed your calls. I'm a reporter with Bloomberg. I've been jumping between a couple of different offices lately and wasn't at my desk phone when you called.

Please feel free to try me on my cell: 347-661-1049. I would love to talk about where your lawsuit is going, and what happened with your claims against Twitter.

Thanks again!
Christie

## EXHIBIT 87

§ 230. Protection for private blocking and screening of offensive material
United States Code Annotated   Title 47. Telecommunications   Effective: October 21, 1998   (Approx. 3 pages)

Document       Notes of Decisions (131)      History (271)   ▼   Citing References (7,000)   ▼    Context & Analysis (39)   ▼    *Powered by* KeyCite

◄ Return to Folder   ◄ 10 of 10 results ►                                  Go To   ◄ § ►   Table of Contents

United States Code Annotated
    Title 47. Telecommunications (Refs & Annos)
        Chapter 5. Wire or Radio Communication (Refs & Annos)
            Subchapter II. Common Carriers (Refs & Annos)
                Part I. Common Carrier Regulation

Proposed Legislation

PLAINTIFF'S EXHIBITS          Page 57       No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

**EXHIBIT 88**



**EXHIBIT 89**

 MetroPCS    8:49 AM   92% 


Jordan

Sat, Jun 24, 8:23 AM

Gnod Morning KiDS. COMe for COFFEE ? C AN i take You both to Breakfast ? ?
EdgeWater has AWESOME bLack and BLUE Berry pancakes with BACON And EGGS.

TiFFANY, Let me Show You how to FuLLY disCharge Your Entire Student LOAN.

> Thank you so much for lunch and spending your afternoon with us! I would love to grab breakfast a different day!

> I've got to finish up some work today I'm working on but I'll check in with you when I'm done or sometime this week! Have a wonderful day!

OMG  MY UNCLE TESLA UnderStood those  GIZA  PrincipLes of Good Vibrations and PLAYED THEM like an Artist AD LIBS a PiE

   Text Message  

      

**PLAINTIFF'S EXHIBITS**          **Page 59**       **No.: 17-cv-00198-LAB-WVG**
**SECOND AMENDED COMPLAINT**

**EXHIBIT 90**



OMG MY UNCLE TESLA
UnderStood those GIZA PrincipLes
of Good Vibrations and PLAYED
THEM like an Artist AD LIBS a RiF
on the PIANO or Guitar String.
OMG. IT's about the MUSIC,Music,
Music,
Ain't it BeautifuL ?
it DON'T Mean a Thing if it Ain't Got
that SWiNG- Doo WOP, Doo Wop,
Doo Wop, YEAH
LISTEN to the MUSIC ! -
 GOD's VOiCE -
WITHOUT WORDS.GOOD, GOoD,
GOOD, VIBRATiONS. :)
:) :)  :)@

> So beautiful! I will learn the Giza
> principles! Can't wait to see u again!
> Thank you so much for everything!
> I'm picking up good vibrations,
> she's giving me excitations :)

Sat, Jun 24, 11:26 AM

COME DOWN TO SeaPort ViLLAGE
AND EAT BREAkFast beFore Noon
ToDay. I:M already There :)




**EXHIBIT 91**

 MetroPCS     8:49 AM      91%

 

Jordan

GOOD, VIBRATIONS. :)

:) :) :)@

> So beautiful! I will learn the Giza principles! Can't wait to see u again! Thank you so much for everything! I'm picking up good vibrations, she's giving me excitations :)

Sat, Jun 24, 11:26 AM

COME DOWN TO SeaPort ViLLAGE
AND EAT BREAkFast beFore Noon
ToDay. I:M already There :)

Sun, Jun 25, 11:01 PM

HELLO  Is this Tiffany's Phone
Number ?
Please Confirm YES Or NO.

Mon, Jun 26, 8:54 AM

> yes! this is tiffany! i am just busy working on my case! i will call you later this week when I'm finished with what I have to do! hope you're having a great monday!

   Text Message 

      

PLAINTIFF'S EXHIBITS     **Page 61**     No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT

## EXHIBIT 92

**Voicemail from Jordan Baumann**
6/29/17                                         00:01:00

**Voicemail from Jordan Baumann**
6/27/17                                         00:00:41

**Voicemail from Jordan Baumann**
6/27/17                                         00:00:25

**Voicemail from Jordan Baumann**
6/26/17                                         00:00:05

**Voicemail from Jordan Baumann**
6/24/17                                         00:00:38

**Voicemail from Jordan Baumann**
6/24/17                                         00:00:51

**EXHIBIT 93**



**PEOPLE**

## Jordan M. Baumann



Associate

325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215-2673

Email »

(T) + 1.614.281.3813

Other Info

Jordan Baumann focuses her practice on complex
commercial litigation in state and federal courts. She
has experience in a broad range of matters, including
state tort and negligence claims and initiating and
defending adversary proceedings related to chapter
11 bankruptcy. She also has experience with
investigations into workplace accidents.

Jordan maintains an active pro bono practice,
including participating in the Clemency Project 2014
and representing a client in a landlord-tenant dispute.



PLAINTIFF'S EXHIBITS          Page 63          No.: 17-cv-00198-LAB-WVG
SECOND AMENDED COMPLAINT



●●●○○ T-Mobile 🗢     8:07 AM      🀆 🌑 100% ▬▬

❮ Recent            Kevin Snow  ⟩          📞   🎥

USD law is such a
fucking Nazi factory I
really don't know how
you put up with this.
Do yourself a a favor
and Stay out of those
basic Nazi pussies



Aa                                          👍

Q  W  E  R  T  Y  U  I  O  P

A  S  D  F  G  H  J  K  L

⬆  Z  X  C  V  B  N  M  ⌫

123  🌐  🎤      space      return



Page 64



◀ Back to Facebook       **11:02 PM**       📷 90% ▰▰▰▰▸

❮ Recent

Kevin Snow

Invite Kevin to Messenger

> hey kevin I'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you

Who the fuck are you???????? Fuck off Nazi bitch I'm better than I've ever been quit trying to make me someone that should give a shit about you the only reason you're my Facebook friend is because you're amazed at what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't know you're on the deck right now

 She does nothing

> i'm not on your deck i'm at my house

> i am really worried about you and i

👍

EXHIBIT 95

< Recent

Kevin Snow

Invite Kevin to Messenger

Wtf

Don't pretend like I don't know you're on the deck right now

 She does nothing

I'm not on your deck I'm at my house

i am really worried about you and i truly mean that

 If you want friends go join the Ben Carson campaign

| Q | W | E | R | T | Y | U | I | O | P |
| A | S | D | F | G | H | J | K | L |
| Z | X | C | V | B | N | M |

123     space     return

page 66

**< Home (10)**        **Katherine Snow >**
                              Messenger

EXHIBIT 96

03/09/2016, 8:16 PM

> hi Mrs. Snow! I go to school with Kevin at USD! I just wanted to reach out because we are really worried about Kevin. He's been acting strange the past few days at school and writing some weird stuff on facebook. I have family members with mental illnesses and i think he may be having a psychotic break right now. I just tried to reach out to him on facebook and ask how he is doing and he just raged at me - I truly am worried about him. If you would like to call and talk on the phone my number is <u>520-400-1116</u> but i think we need to get him help right now!

Katherine Snow accepted your request.

Sorry I did not see this till now. My husband came to San Diego on the 11 March. I agree that Kevin is having some kind of episode. He is raging at all of us. Thx for being his friend. Unfortunately we thought he would be better by now but he is

    Aa  

page 61

‹ Home (10)     **Katherine Snow** ›
               Messenger            📞  📹

EXHIBIT 96

Sorry I did not see this till now. My husband came to San Diego on the 11 March. I agree that Kevin is having some kind of episode. He is raging at all of us. Thx for being his friend. Unfortunately we thought he would be better by now but he is still off balance. I would to call and talk to you. Do you have any idea what led to this?



Hi Mrs. Snow! Thank you for reaching out!  I would love to talk to you I am traveling right now on a train on the way to LAX.  I would be happy to talk to you now or when I get all checked in for my late flight <u>tonight!</u>  Feel free to call at any time or give me a good number to reach you out!  My mom, Lili, would also be happy to talk to you because she knows what you are going through – we have dealt w/this with other family members before.  The school hasn't been able to release much information to anyone for privacy reasons but I was really pushing hard

      

page 68

EXHIBIT 96

information to anyone for privacy reasons but I was really pushing hard to get Kevin hospitalized when it first started a couple weeks ago so he could save his last semester of school and just declare it a medical emergency. My phone # is 520-400-1116 and my mom's phone # is 520-400-1108.

As for what led to this - my mom believes drinking caused it because that's what used to set her brother off when he would have episodes but I'm not really sure what started this one - I heard he went to a festival one weekend but I think it started before that and the festival just exacerbated it.  I will tell you everything I know when we speak but I'm so happy to hear from you thank you for reaching out!

Thx. I am in LA so I would be happy to talk anytime. He does drink but would really like to talk to you and your mom. My cell is 303-619-0411.

Thx for being concerned about him.

      

page 69



< Home (10)          Katherine Snow >
                        Messenger

EXHIBIT 96

festival one weekend but I think it started before that and the festival just exacerbated it. I will tell you everything I know when we speak but I'm so happy to hear from you thank you for reaching out!

Thx. I am in LA so I would be happy to talk anytime. He does drink but would really like to talk to you and your mom. My cell is 303-619-0411.

Thx for being concerned about him.

 303-519-0411 is the correct number



page 70

University of San Diego Mail - URGENT          EXHIBIT 97          9/17/17, 8:48 PM

*di* University of San Diego

---

## URGENT

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                          Wed, Mar 9, 2016 at 7:45 PM
To: Ted Sichelman <lsichelman@sandiego.edu>
Cc: Meredith D'Angelo <meredithdangelo@sandiego.edu>

Hi Professor Sichelman and Dean D'Angelo,

I just got off the phone with public safety - I'm sure you're aware of Kevin Snow, the student that acted weird in MBE class today. I didn't see first hand but I have been looking at his weird facebook posts lately - he's been rambling about USD being full of nazi's and neonazi's and he sent my friend Fermin a strange message on Facebook this week. Everyone is really worried and I think he is having a psychotic break right now. I would have come in today myself but I heard several students told the administration today about his weird erratic behavior. He's in my wills and trusts class T-TH and I heard he was acting very strange in class yesterday too, although I haven't witnessed for myself so this is all technically hearsay I have noticed the strange posts and I have seen people with mental illness - I think he needs to be hospitalized ASAP for his own safety. I'm sure you're working on it but just wanted to let you know in case nobody has told you all this because a couple friends from MBE class just called me in a panic.

Tiffany

---

**Meredith D'Angelo** <meredithdangelo@sandiego.edu>                   Wed, Mar 9, 2016 at 8:06 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>
Cc: Ted Sichelman <lsichelman@sandiego.edu>

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are aware of and are addressing this incident, but I invite you and any other students to come speak with me at any time to discuss your/their concerns. I greatly appreciate that you reached out and want to reassure you that the safety of our students and community is top priority. As always, of course, any student or member of the community is also welcome to contact our Department of Public Safety directly with any immediate or personal security concerns. That said, please do feel free to stop by or call my office tomorrow - or any time - if you would like to discuss further.

Sincerely,

---

**MEREDITH D'ANGELO, ESQ.**

## Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]

---

*page 71*

EXHIBIT 97

9/17/17, 8:48 PM

**USD School of Law.**

*The Perfect Climate for Studying Law.*

[Quoted text hidden]

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Wed, Mar 9, 2016 at 8:38 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right now and I really hope they are sending officers to find him right now and get him the medical help he needs. I called the police and they would not go to his apartment to check on him unless I could provide his apartment number. Please get him help immediately for his safety and for the safety of everyone at school - I don't feel safe coming to campus tomorrow unless this is resolved. I am disappointed he was in class again tonight after the reports were made to you earlier today about his erratic behavior.

> hey kevin i'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you

Who the fuck are you???????? Fuck off Nazi bitch I'm better than I've ever been quit trying to make me someone that should give a shit about you the only reason you're my Facebook friend is because you're amazed at what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't know you're on the deck right now

She does nothing

> i'm not on your deck i'm at my house

> i am really worried about you

EXHIBIT 97

University of San Diego Mail - URGENT                                        8/17/17, 8:48 PM

and i truly mean that

 If you want friends go join
the Ben Carson campaign

[Quoted text hidden]

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Wed, Mar 9, 2016 at 8:46 PM
To: sferruolo@sandiego.edu

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 8:38:30 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
[Quoted text hidden]

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Wed, Mar 9, 2016 at 9:54 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>
Cc: sferruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>

Facebook message sent to Fermin:

●●●●○ T-Mobile 📶      9:20 PM       🕐 61% ▰

‹ Recent        Kevin Snow ›      

FYI Fermin I sent these
nazis an email that
said I'm not going to
your Nazi sign
attendance classes
anymore. And if they
have a problem with

EXHIBIT 97

University of San Diego Mail - URGENT                                              9/17/17, 8:48 PM

have a problem with
that fucking sue me
nazis. It's been 34
hours and not a peep
on silent hill. If you
need me to do the
same for you, just say
the wish and I'll rain
down like the Odin I
am føu





[Quoted text hidden]

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                      Thu, Mar 10, 2016 at 10:35 AM
To: publicsafety@sandiego.edu

Message to Fermin Vargas - he is calling you shortly he told me.

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 9:54:02 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
**Cc:** sferrucio@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>
[Quoted text hidden]

page 74

EXHIBIT 97

**Microsoft Outlook**                                                                    Thu, Mar 10, 2016 at 10:36
<MicrosoftExchange329e71oc88ae4615bbc36ab6cc41109c@sandiego.edu>                                                 AM
To: tiffanydehen@sandiego.edu

## Delivery has failed to these recipients or groups:

vfusoro@sandiego.edu

## The recipient won't be able to receive this message because it's too large.

The maximum message size that's allowed is 0 KB. This message is 171 KB.

**Diagnostic information for administrators:**

Generating server: JANGOFETT.ad.sandiego.edu

vfusoro@sandiego.edu
Remote Server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
Received: from GRUBBA.ad.sandiego.edu (10.0.96.219) by
 Jangofett.ad.sandiego.edu (10.0.128.19) with Microsoft SMTP Server (TLS) id
 15.0.1130.7; Thu, 10 Mar 2016 10:36:05 -0800
Received: from na01-bl2-obe.outbound.protection.outlook.com (10.0.26.240) by
 GRUBBA.ad.sandiego.edu (10.0.96.219) with Microsoft SMTP Server (TLS) id
 15.0.1130.7 via Frontend Transport; Thu, 10 Mar 2016 10:36:04 -0800
Received: from BLUPR06CA0007.namprd06.prod.outlook.com (10.255.219.145) by
 BLUPR0601MB1602.namprd06.prod.outlook.com (10.163.211.156) with Microsoft
 SMTP Server (TLS) id 15.1.427.16; Thu, 10 Mar 2016 18:36:01 +0000
Received: from DM3NAM03FT056.eop-NAM03.prod.protection.outlook.com
 (2a01:111:f400:7e49::202) by BLUPR06CA0007.outlook.office365.com
 (2a01:111:e400:83f::17) with Microsoft SMTP Server (TLS) id 15.1.434.16 via
 Frontend Transport; Thu, 10 Mar 2016 18:36:01 +0000
Authentication-Results: spf=softfail (sender IP is 192.195.154.232)
 smtp.mailfrom=sandiego.edu; sandiego.edu; dkim=pass (signature was verified)
 header.d=sandiego.edu.20150623.gappssmtp.com=sandiego.edu; dmarc=none
 action=none header.from=sandiego.edu;
Received-SPF: None (Jangofett.ad.sandiego.edu: tiffanydehen@sandiego.edu does
 not designate permitted sender hosts)
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
 sandiego.edu discourages use of 192.195.154.232 as permitted sender)
Received: from ng5.sandiego.edu (192.195.154.232) by
 DM3NAM03FT056.mail.protection.outlook.com (10.152.83.158) with Microsoft SMTP
 Server id 15.1.443.6 via Frontend Transport; Thu, 10 Mar 2016 18:35:57 +0000
Received: from mail-pa0-f52.google.com (EHLO mail-pa0-f52.google.com) ([209.85.220.52])
        by ng5.sandiego.edu (MOS 4.3.7-GA FastPath queued)
        with ESMTP id FZT057J12;
        Thu, 10 Mar 2016 10:35:57 -0800 (PST)
```

Page 75

EXHIBIT 97

```
Received: by mail-pa0-f52.google.com with SMTP id fg3se57179164pab.1
        for <publicsafety@sandiego.edu>; Thu, 10 Mar 2016 10:35:56 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=sandiego-edu.20150623.gappssmtp.com; s=20150623;
        h=from:subject:date:references:to:message-id:mime-version;
        bh=hTWfG5ZOR7RJy5sbBeg7umFQpt3YAzjB3317XjJ5egw=;
        b=Ri5+8dbgyU+//oVVnhbO3zh+FvtaEkrzc2YD3ERerbzk+Vxq9ULUq/7YSkMUe+n5aa
        tukxMMelvgz9BNA/NQGt3jctCzbX8+1fdbt1IjYg7z45f+sCVRDw6CF3wfumcMXlqanq
        bZZOXc1T9LAasx4WZUqINext+2BiTfvvd0gle]nZv8iSkfm6wW4cP10jmE8FR9Uz0g3f
        nkq10b5axJs+6d84Ecrx19pjJSJnJ/7i4bX1n9poweiO+OpsKJRy3NhO6XN5NDCazkdc
        oVtED71dVSAFxeHDnUyMqkiWh2c2cXnsWTfF9DXnTfAB7CD21ETNHYXBbPR81nDhJuMe
        rJPq=-
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20130820;
        h=x-gm-message-state:from:subject:date:references:to:message-id
        :mime-version;
        bh=hIWfG5ZOR7RJy5sbBeg7umFQpt3YAzjB3317XjJ5egw=;
        b=iw6T+Ne3qfTrNovWnk+94J5z1vJmMmqLmapY6JqZV7081tz9RVlzHryUvN2hP6wHu0
        16FOf54Lm8T1lJ7=ZwIKw4TJogw9Dpj5mGtecbGVMy1UVEANEH2PiNDJLfiYnVXuiP8E
        W5GVjxt6MmGUyQfsyNd8PWHtv9yHSNh9Ahbjrh358x65gle2jzD4x+LJaar6Hvo+1WhD
        dQ3gn2X1RqsQ3LVeLugZr1lW2pclR1uzoGexXeM2YqOFKqHGHuEXFqptLN/9NX5kGkrx
        xWehzJD8juI8UiBWawgJU/6RntBpdjbXiZTduaVG7pwwnUYbR3umfB5e/7evXfLVgidh
        c77A=-
X-Gm-Message-State: AD7BkJTin12KP4WkITXolxpXNR5xV/miaoa2v5CtW2iGJMYYAlVD1w+
VGToab399wohHwUgoYrY=
X-Received: by 10.66.254.169 with SMTP id aj8m7140205pad.18.1457634956474;
        Thu, 10 Mar 2016 10:35:56 -0800 (PST)
Received: from ?IPv6:2602:306:32c7:960:1547:fba8:c353:4f36? ([2602:306:32c7:960:1547:fba8:
c353:4f36])
        by smtp.gmail.com with ESMTPSA id r65sm7192135pfe.27.2016.03.10.10.35.54
        for <publicsafety@sandiego.edu>
        (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
        Thu, 10 Mar 2016 10:35:55 -0800 (PST)
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Content-Type: multipart/alternative;
        boundary="Apple-Mail_FAUDBDC7-2737-4AD4-860C-A28FEC492941"
Subject: Fwd: URGENT
Date: Thu, 10 Mar 2016 10:35:54 -0800
References: <2024EA24-F76C-47D4-BC5D-22D49A32E6F2@sandiego.edu>
To: <publicsafety@sandiego.edu>
Message-ID: <88F4B662-2D88-488E-8B93-49C3DFF11407@sandiego.edu>
MIME-Version: 1.0 (Mac OS X Mail 9.2 \(3112\))
X-Mailer: Apple Mail (2.3112)
X-JunkMail-Whitelist: YES (by domain whitelist at rg5.sandiego.edu)
Return-Path: tiffanydehen@sandiego.edu
X-EOPAttributedMessage: 0
X-Forefront-Antispam-Report: CIP:192.195.154.232;CTRY:US;IPV:NLI;EFV:NLI;SFV:NSPM;SFS:(
3080300001)(24454002)(199003)(51694002)(2473001)(3794604003)(189002)(45984002)(52044002)(
76176999)(19627595001)(50226001)(106466001)(59536001)(69556001)(60626007)(5001970100001)
(63266004)(105596002)(450100001)(84326002)(107886002)(36756003)(110136002)(512944002)(956001)
(2351001)(189998001)(57306001)(50986999)(63696999)(87936001)(92566002)(86362001)(1220700001)
(5008740100001)(75432002)(2361001)(93516999)(60616004)(15975445007)(2171001)(11100500001)(
88552002)(18260015028)(17760045003)(89122001)(19580395003)(586003)(218543002)(82746002)
(33656002)(90282001)(83716003)(19580405001)(556444002)(31984001)(104396002)(2623004);
DIR:INB;SFP:;SCL:1;SRVR:BLUPR0601MB1602;H:rg5.sandiego.edu;FPR:;SPF:
SoftFail;MLV:nov;A:1;MX:1;PTR:rg5.sandiego.edu;LANG:en;
X-MS-Office365-Filtering-Correlation-Id: e8c4e516-746c-443f-6314-08d34912d489
X-Microsoft-Exchange-Diagnostics: 1;BLUPR0601MB1602;2:+JmHQ/HGlNy9+
FWRDMlj2m8JjF61u21aGqvskNmsfAbaTWyX68Unn/RafXhXj+3CCy5dfSUr2inF2HH4e20DQ3gioAw/
gHDqGe8TEV2FmJNbUch3r14llXuk2a+BobQvYxZVVr6Vw8C1KITliVkxm+e2d1ZfSuiLp93b8K8q5yj6wJcXs42I
```

Page 76

EXHIBIT 97

University of San Diego Mail - UROPENT                                      9/1/07, 8:48 PM

ljtnlecNaraC;l:iPcxVy7axw2t3p!/wYLZzQlLF+KGsHJPAHIooglRvGtHBY+cWgvnoRQUUIXkgmz3GyYX8xQJCEAKk
LcfgMLAE2DJci03Xnti09k6byckJVe7D6nVeladEcgJ93fE9l1jWDWHijWPfzy2Zvf6H5c2C0HUTbgXV/
jxz8cEwwh8EejyvIvuQJvhQhtpTanKD77GhnOzQa26rfB/8nrkoBoD1OKRvDHUVz2HR+
nQgaoP.i9LW8xyqYEGCuGAGTuhZXilzyoAiqH3nDQbC+hGiFbJA==;25:cHMKGQu74VcwkwdoyiUHUfNLKCV14V
3Qch4dkX7oA5s4c2i+8bD5sg8CUx7XqpSeLEP6jbO1l2d6+VdTnGRdcoMBWP6lkHTnUwgppl0jge7
7nhrsbOHWWRcPAm41Ju+4lUKOjCmmxNn9OxqJptHKS4Js27mLaOVTBWkgxxKguNKBUeUJvbxa4P/
jzcSCYt9hZ6lCOGt7T5w/lIBZcb8zeP6YdpAfKlnaROB5zFR1iw4Eyjm VAx/sHiikw+b/
lNbWzyvdkzDqKcMHoXwQvgvg40.JtyKAo3MYKWcypURylN8tKTKkJhPdc7mO6V2zY/zr7t07aFOHjlHAlamUecvUnyg==
X-DkimResult-Test: Passed
X-Microsoft-Antispam: UriScan:;BCL:0;PCL:0;RULEID:(3001016);SRVR:DLUPR0601MB1602;
X-LD-Processed: fc4n1583-1b6f-48dd-8524-d06ad7501045,ExtAddr
X-Microsoft-Exchange-Diagnostics: 1;DLUPR0601MB1602;20:wj/SEVjCgNlWIKqLQ8QsmmR7jvnCjORCc
J5NKtwDE2D4TccG2tkbwNWccBKMXxD773e0QOutnvtr1fxEU2CWrv/ln2HVwYddgBVTElDKD74sqUCm3Vi2L
SOUnsNiAnBn+Dsn0lvsvH4DO1bEWJLdRXJ7yJUJmu9P1XTb5EyW4i24DeJOtHjjdiqfA+
83qAvWSiP3pcU0DBPScmwgGwvvO+nDxkDJpcZEU1FwHacXcvUUnApTKDH3DU2lwzdJx+Zx/91Pe+2TIY/
b53xplCy3rTqf1dsPHDw4vfY6kRylGuAsyrnxx61xqcfEKyKldiH7YQmmUurCi2gg50UL+i7W3JhXy+
7FjBdVlmN9AQxhxiG49DLSdIZuP5qR7c19rRLlRhOTlIiwVU17g9rvnQPv5gdxBqm/zImSRLoPzrvViz4=;4:
QVHnmrp6fpCwkeVlOFTejn0V9xnCCztHbbg96iXgWxnAxJ7q6NhOtwUdayXEcKbCTn1I7yKxQ+Uy84+h9OftUM6IF/
lfH7uF2a2Ff3WGY4R794mi8GUw9Hbz1x2CaadwSddw/1YL81O++J9+y7HYC0+xKKamgbHdT2UncFFKtl2vT8Q2gX+
tymXhBcRO0g4n9c5U3nzDvFNvqCGn7AHHEwTbsoFTW3Jj/U1mi4LYgAJoPh+ToKPL9D3Itsmn9tNH7dnlURjt72gkP
cW1Oj1W4VqSXiQnG3VzJ2VJc0LAjCi+bpOzNOX8dRZIQVOBpoSyowCmdnD9UnqkrXHTgYJpi42dWPsXqK02AlUonb
ddnCFX/vviwqVvH5LyrwD/XVPAu7dDs9q8jc4vztAu7T5wn zfBJmLSL1bGzt2OTiUvvZbd5GRUnj J98dPMN9CA41/R1/
zvJQu0rRFvWfUb67RRX933C1jOykz7TXQyychl2ku=
X-Exchange-Antispam-Report: UriScan:;
X-Exchange-Antispam-Report-CFA-Test: BCL:0;PCL:0;RULEID:(102415293)(102515271)(601004)
(2401047)(13015025)(13017025)(13018025)(13024025)(8121501046)(13023025)(10201501046)(
3002001);SRVR:DLUPR0601MB1602;BCL:0;PCL:0;RULEID:;SRVR:DLUPR0601MB1602;
X-Microsoft-Exchange-Diagnostics: =?us-ascii?Q?1;DLUPR0601MB1602;23:
viqa5nnw8my3DRJJ9awGAqUJSuLsPENiYacbHn/v?=
=?us-ascii?Q?mDY4UomoIFW294SOkwD119147TWDV7Qulj/xOvD9PSYHZcTB7S/OAoTNBwGT?=
=?us-ascii?Q?5rws3zyYqZjEOVrAWPiQvKErCoYKmr1V9SSmIDuwK20gSsTCSnHNXCl5g+kT?=
=?us-ascii?Q?o7+2HYl4RUwvw5DYONsFAm140gr2GSWWpEdayjppAUzwSc72Bu7nQkC0hoFZz?=
=?us-ascii?Q?1/9YRHgoGow9xtpbQar928tD5546DXkJAHUbzpoDVw4H1lQvwFkvzBCKuM?=
=?us-ascii?Q?cUxi5cdg56f84nRAGogLWAkmH7X+/nG5QACgvTIYPAlAlWyp7VHuncCBEJFvs?=
=?us-ascii?Q?2aD+cQYA+DdAN2nVZrk2iMQIEzEQXTUP15Wnx9ErFq/YH7J7H4HNKdPjqU/?=
=?us-ascii?Q?H0Qhjj0GkilZNXldTzpkrHRU+9HICPsc-b11C1dD4rTmmQJ7RVmnOuTUDgDN?=
=?us-ascii?Q?gkp2IEFvVUtXcVmZdfpWJiMo1QnBpLpbktHsnKIEvHABNwSU4pfuvAAARN7m?=
=?us-ascii?Q?tdUrKlJbDZRP2Xor75dvoZmY81k/vFdP1A/8imMpqT9oJ53q/DsSg3M41NdP?=
=?us-ascii?Q?6khqQHncT491Ni2EwNKpgOsi2L2Ozcd5euN9ieDXlYF/OvQmMJTaFKKJDjl12?=
=?us-ascii?Q?PbDslWeEKH/mza4EoUKqUBuFAPVN6kjn4nP8MiUIKwQdVdlVbZVYNJ8UDRC?=
=?us-ascii?Q?WQx9qVwgalPGG8T9nPgtcmi3DQXYCK2PxA3PkepAoSKKhuvKcR48U3nhstqh?=
=?us-ascii?Q?bhziKg8i00UGqAc01J4jLRJlacCMTighPioJpLkQmd/yY+hbRml+rXM25bNj?=
=?us-ascii?Q?KIRdWCdEGP4z8jdon109m50NHiGAVfifnYzLyblbm7jlFuz2NVUg91eXUmtM17?=
=?us-ascii?Q?C9kdfncN=CWHWCHyPfnuHDsgcU9N1h3HrbEQIlidHm2r/KTDR8DJ5yOT+2t?=
=?us-ascii?Q?3S7k71zx98xPBDnhyaYZ78+78tc/NFgUKxCjxOXWDtMqzTrqtBglNQtPMob8?=
=?us-ascii?Q?b3qJvS82RHVOf+R3S4nRKOVw2IfBGUl5OtdgV19J566694qvkPAC52BlMNKb?=
=?us-ascii?Q?Mn69GNyq15Y/ewokPidg+g+UUON9m1X63n0jrvjfCvY8sw4XyFv/JKnfnpdi?=
=?us-ascii?Q?2qKUz3b+RDT4WQHTbtiGMwcRhENUiGZO3sfdRNtalgGVnPI1FSl/z218Wn7?=
=?us-ascii?Q?11pJbC2lKDCVrx+qgzxNy7MXZLc9i5yANUHozzwcvnca98Zj+z0NmlphB0c02?=
=?us-ascii?Q?kxrj=KiDn/tI2GPXTm9eenLbA461Xm26KXECswJAnxqwSqHZOpD+RG3X0POV?=
=?us-ascii?Q?8q8sNNciMsLf8oDWP3amaOlvdGO9DHOIgFlo5hRM9us+g+HfaPhbrEbi7ct?=
=?us-ascii?Q?56JEo0DxaudvvvG3K/J1.7GjOqIXqyJwS07NanWKRmmH4IDOJ6eD4UkPmcRV37?=
=?us-ascii?Q?bLsmuGltXygkRYzUkUdMt0sLEOVjKnnieMgjGlnzpKKNi2zv/Ro5AqcG9Xwm?=
=?us-ascii?Q?ciiJrD5KE4+ZxvQ=3D=3D?=
X-Microsoft-Exchange-Diagnostics: 1;DLUPR0601MB1602;5:7OmGw2ytVm/7+
NWU2Afdxht74ozwyWAryYX2v8VCNclT5jGx18qyPQu4kHDjJA1zFLSA/v/72CKkiy/
CJKgVrquKkqiKHO73eNapvW7uQxtJ6Zn7yiFmmlonlxSCY9OR4HGNn+sIqy0tz09A5DvaSg==;24:WHY20+
E12CDRQXFmaPugdIpkAFWRQYYVhaO+sYaxNCrwVkjB53oDBbl5b112iorUhUCepEpWJvgs6+T4PWi+
QyczCpo7iXqmZJHlvk7gcRA=
SpamDiagnosticOutput: 1;23
SpamDiagnosticMetadata: NSPM

Page 77

*EXHIBIT 97*

University of San Diego Mail - URGENT                                                                        9/17/17, 8:48 PM

```
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 10 Mar 2016 18:35:57.6665
 (UTC)
X-MS-Exchange-CrossTenant-Id: 1e4e1583-fb6f-48dd-8524-d06ad7501045
X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=1e4e1583-fb6f-48dd-
8524-d06ad7501045;Ip=[192.195.194.232];Helo=[rg6.sandiego.edu]
X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem
X-MS-Exchange-Transport-CrossTenantHeadersStamped: BLUPR0601MB1602
X-OrganizationHeadersPreserved: BLUPR0601MB1602.namprd06.prod.outlook.com
X-CrossPremisesHeadersFiltered: Grubba.ad.sandiego.edu
```

Final-Recipient: rfc822;vlusaro@sandiego.edu
Action: failed
Status: 5.2.3
Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient


———— Forwarded message ————
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
To: <publicsafety@sandiego.edu>
Cc:
Bcc:
Date: Thu, 10 Mar 2016 10:35:54 -0800
Subject: Fwd: URGENT
Message to Fermin Vargas - he is calling you shortly he told me.


   Begin forwarded message:

   **From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
   **Subject: Re: URGENT**
   **Date:** March 9, 2016 at 9:54:02 PM PST
   **To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
   **Cc:** slorruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>

   Facebook message sent to Fermin:

    T-Mobile 🛜        9:20 PM            ✈ 🔋 61% 🔋

   ❮ Recent          **Kevin Snow ❯**              📞   
                     Active 1m ago


   # FYI Fermin I sent these
   # nazis an email that
   # said I'm not going to
   # your Nazi sign

https://mail.google.com/mail/u/0/?ui=2&ik=x9c2463b38&jsver=njO6... 1=15d5ea1G7baa8a4e8sim5=15d51e98c92c35e4&sim5=15d61ea6B4f28788          Page 8 of 24
```
```

EXHIBIT 17

your Nazi sign attendance classes anymore. And if they have a problem with that fucking sue me nazis. It's been 34 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am føu

 



On Mar 9, 2016, at 8:38 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right now and I really hope they are sending officers to find him right now and get him the medical help he needs. I called the police and they would not go to his apartment to check on him unless I could provide his apartment number. Please get him help immediately for his safety and for the safety of everyone at school - I don't feel safe coming to campus tomorrow unless this is resolved. I am disappointed he was in class again tonight after the reports were made to you earlier today about his erratic behavior.

page 79

EXHIBIT 97

hey kevin i'm not sure if we
have talked a whole lot but i
just wanted to check in and
see how you're doing. i went
through a lot of stress last year
so i can relate if you want to
talk about anything! I'm
worried about you

Who the fuck are
you???????? Fuck off Nazi
bitch I'm better than I've ever
been quit trying to make me
someone that should give a
shit about you the only reason
you're my Facebook friend is
because you're amazed at
what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't
know you're on the deck
right now

She does nothing

i'm not on your deck i'm at
my house

i am really worried about you
and i truly mean that

If you want friends go join
the Ben Carson campaign

On Mar 9, 2016, at 8:06 PM, Meredith D'Angelo
<meredithdangelo@sandiego.edu> wrote:

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are
aware of and are addressing this incident, but I invite you and any other
students to come speak with me at any time to discuss your/their concerns. I
greatly appreciate that you reached out and want to reassure you that the
safety of our students and community is top priority. As always, of course,
any student or member of the community is also welcome to contact our
Department of Public Safety directly with any immediate or personal security
concerns. That said, please do feel free to stop by or call my office tomorrow
- or any time - if you would like to discuss further.


page 80

( ) EXHIBIT 99 ( )

Sincerely,

—————————————————————

**MEREDITH D'ANGELO, ESQ.**

Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]

**USD School of Law.**

*The Perfect Climate for Studying Law.*

On Mar 9, 2016, at 7:45 PM, Tiffany Dehon <tiffanydehon@sandiego.edu> wrote:

Hi Professor Sichelman and Dean D'Angelo,

I just got off the phone with public safety - I'm sure you're aware of Kevin Snow, the student that acted weird in MBE class today. I didn't see first hand but I have been looking at his weird facebook posts lately - he's been rambling about USD being full of nazi's and neonazi's and he sent my friend Fermin a strange message on Facebook this week. Everyone is really worried and I think he is having a psychotic break right now. I would have come in today myself but I heard several students told the administration today about his weird erratic behavior. He's in my wills and trusts class T-TH and I heard he was acting very strange in class yesterday too, although I haven't witnessed for myself so this is all technically hearsay I have noticed the strange posts and I have seen people with mental illness - I think he needs to be hospitalized ASAP for his own safety. I'm sure you're working on it but just wanted to let you know in case nobody has told you all this because a couple friends from MBE class just called me in a panic.

Tiffany

page 81

EXHIBIT 97

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Thu, Mar 10, 2016 at 10:36 AM
To: publicsafety@sandiego.edu

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 8:38:30 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>

[Quoted text hidden]

**Microsoft Outlook**                                                    Thu, Mar 10, 2016 at 10:36
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@sandiego.edu>                    AM
To: tiffanydehen@sandiego.edu

## Delivery has failed to these recipients or groups:

vfusaro@sandiego.edu

The recipient won't be able to receive this message because it's too large.

The maximum message size that's allowed is 0 KB. This message is 35 KB.

**Diagnostic information for administrators:**

Generating server: BOBAFETT.ad.sandiego.edu

vfusaro@sandiego.edu
Remote Server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
Received: from JABBA.ad.sandiego.edu (10.0.128.117) by
 Bobafett.ad.sandiego.edu (10.0.128.11) with Microsoft SMTP Server (TLS) id
 15.0.1130.7; Thu, 10 Mar 2016 10:36:16 -0800
Received: from na01-bl2-obe.outbound.protection.outlook.com (10.0.26.240) by
 JABBA.ad.sandiego.edu (10.0.128.117) with Microsoft SMTP Server (TLS) id
 15.0.1130.7 via Frontend Transport; Thu, 10 Mar 2016 10:36:16 -0800
Received: from BY2PR06CA0010.namprd06.prod.outlook.com (10.166.106.148) by
 CY1PR06MB2153.namprd06.prod.outlook.com (10.166.191.136) with Microsoft SMTP
 Server (TLS) id 15.1.427.16; Thu, 10 Mar 2016 18:36:13 +0000
```

page 82

EXHIBIT 97

```
Received: from DM3NAM03FT032.eop-NAM03.prod.protection.outlook.com
  (2a01:111:f400:7e49::206) by BY2PR06CA0010.outlook.office365.com
  (2a01:111:e400:7b1e::20) with Microsoft SMTP Server (TLS) id 15.1.434.16 via
  Frontend Transport; Thu, 10 Mar 2016 18:36:13 +0000
Authentication-Results: spf=softfail (sender IP is 192.195.154.243)
  smtp.mailfrom=sandiego.edu; sandiego.edu; dkim=pass (signature was verified)
  header.d=sandiego-edu.20150623.gappssmtp.com;sandiego.edu; dmarc=none
  action=none header.from=sandiego.edu;
Received-SPF: None (Bobufelt.ad.sandiego.edu: tiffanydchen@sandiego.edu does
  not designate permitted sender hosts)
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
  sandiego.edu discourages use of 192.195.154.243 as permitted sender)
Received: from rg4.sandiego.edu (192.195.154.243) by
  DM3NAM03FT032.mail.protection.outlook.com (10.152.82.202) with Microsoft SMTP
  Server id 15.1.443.6 via Frontend Transport; Thu, 10 Mar 2016 18:36:08 +0000
Received: from mail-pf0-f169.google.com (EHLO mail-pf0-f169.google.com) ([209.85.192.169])
         by rg4.sandiego.edu (MOS 4.3.7-GA FastPath queued)
         with ESMTP id IAK17403;
         Thu, 10 Mar 2016 10:36:08 -0800 (PST)
Received: by mail-pf0-f169.google.com with SMTP id u190so45530224pfb.3
         for <publicsafety@sandiego.edu>; Thu, 10 Mar 2016 10:36:08 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
         d=sandiego-edu.20150623.gappssmtp.com; s=20150623;
         h=from:subject:date:references:to:message-id:mime-version;
         bh=gCWirzuzzf98tCnt/4/cmOZPI/+HrJ7pvqI4KaY7T5w=;
         b=ILcdcKdqilO/xaHB2Yk1aSMEO0wRE0Q/gUeJhR4k+qNGMD+HVQ2oNaChD/719h+w5N
         nPxSMy/t4955XpnZ69gHhVfaTRuxnaxxmSG3i18XWW27U/zu2bqg8c9BEYauYg9LdbDk
         +YZFpLBhCzuqy1gjfPRwdwjPONdkkbneyipSLLFHgMgCevJ0jUD/twWXrMvWJAh48FlB
         aRp7cDkFYviNMLlDIlcDnCkzyUad16GsiK7KGn5GNqihIqbSDxR5zUmlxD0CTy2ymMdk
         Q5QYOUTLpxUy17DjyisFM4Lv/+Px3v8uh4qZqAKvJ6P6T8puFIADec2cdplvaMPxZyEJ
         5MWW==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
         d=1e100.net; s=20130820;
         h=x-gm-message-state:from:subject:date:references:to:message-id
          :mime-version;
         bh=gCWirzEZZf98tCnt/4/cmOZPI/+HrJ7pvqI4KaY7T5w=;
         b=BdAmb0d/Y9rsaKfMwSeCJiCGDxwG5C2XFkcFjXZnm744KCqqpjaUQxCSsgald+8Aoc
         RtFa5iI4StATT/110AMdSd5Yz+2T2ysH2C940JFfK5HHrbIyasvOto4iyeu5fkGvY4DY
         NN1R+Yf1HKQE9P+120gSRX3r97uzwimCIszM8Ub79n43SXWl1rAvd2NYalTunJA9BVmQF
         G1ad/SDMYKL9nj5ej04doFrgbM2/1SwfjyroZ4g8u1kELGGLNRi+wzGLfUn]bIbAnxneC
         G33ukzjvQ4ZrZs34WBGrXanOwwhbwwqBXc4Sr9twaR58m9QXimTf6kNqQsi4UqHOThRCUy
         EaKg==
X-Gm-Message-State: AD7BkJL0+6sZmB0zaO61GJsOhzqNn+dH7hSsKLoycw76/d6z1TStlNv8+
         WpDHT9jPv02iRukRww=
X-Received: by 10.98.87.23 with SMTP id 123mr7102570pfb.101.1457634967795;
         Thu, 10 Mar 2016 10:36:07 -0800 (PST)
Received: from ?IPv6:2602:306:32c7:960:1547:fba8:c353:4136? ([2602:306:32c7:960:1547:fba8:
c353:4136])
         by smtp.gmail.com with ESMTPSA id r65sm7192135pfa.27.2016.03.10.10.36.06
         for <publicsafety@sandiego.edu>
         (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
         Thu, 10 Mar 2016 10:36:06 -0800 (PST)
From: Tiffany Dchen <tiffanydchen@sandiego.edu>
Content-Type: multipart/alternative;
         boundary="Apple-Mail_56E4A78B-20F6_423A-B161-DD99E7A0C56E"
Subject: Fwd: URGENT
Date: Thu, 10 Mar 2016 10:36:06 -0800
References: <02C8A5A0-FFE3_452E-B852-80CBA1CC0DDF@sandiego.edu>
To: <publicsafety@sandiego.edu>
```



University of San Diego Mail - URGENT                                                                 8/17/17, 8:48 PM

Message-ID: <2442D67C-8C5F-4507-81CC 260A479BD714@sandiego.edu>
MIME-Version: 1.0 (Mac OS X Mail 9.2 \(3112\))
X-Mailer: Apple Mail (2.3112)
X-Junkmail-Whitelist: YES (by domain whitelist at rg4.sandiego.edu)
Return-Path: tiffanydchun@sandiego.edu
X-EOPAttributedMessage: 0
X-Forefront-Antispam-Report: CIP:192.195.154.243;CTRY:US;IPV:NLI;EFV:NLI;SFV:NSPM;SFS:(
10003000001)(189002)(24454002)(377454003)(199003)(45888002)(52044002)(24730001)(51654002)(
1220700001)(218543002)(82746002)(19580405001)(57306801)(84326002)(92566002)(50226001)(
33656002)(2171001)(86362001)(87936001)(19580395003)(83716003)(11100500001)(1899980001)(
5008740100001)(110136002)(107886002)(5001970100001)(59536001)(63266003)(36756003)(15975445007)(
450100001)(69462007)(93516899)(89122001)(586003)(106466001)(63696999)(76176999)(105596002)(
512944002)(2361001)(60616004)(50986999)(182016015028)(956001)(2351001)(88552002)(90282001)(
69556001)(75412002)(556444002)(31884003)(242034)(104396002);DIR:INB;SFP:;SCL:1;SRVR:
CY1PR06MB2153;H:rg4.sandiego.edu;FPR:;SPF:SoftFail;MLv:nov;MX:1;A:1;PTR:rg4.sandiego.edu;LANG:en;
X-MS-Office365-Filtering-Correlation-Id: d797f829-5736-46ac-91f6-08d34912db2b
X-Microsoft-Exchange-Diagnostics: 1;CY1PR06MB2153;2:wkup2R788f7bXjuj1200Bl5S94DHCU
tdzf7p5SG4C+a5Vnfji8I/Wb/2ttUe43HUBqwHqeM9GVRUNM/1fQPAxyqEBFHUV+081Z6h+kHzwirY4b0DcRbuYq/
DVXVqesDttpzyHyzn8o4cHY99QU1pcyUudAxb8fXW/oRKm8yE jFIIRma66LHLX0X4bfs/ZIMGk;3;iCTq6PAAm061/
iMo910UG93YgBuc2AU0pRkTy++FKaZpi4bQkVmRj3Vo5hJ8uD/mT6JueFOLMRXDWTKnBemLCwm2TQMdE2Fn/
2i8XATq60SuXry J26WYFsoVj7aBQZmWLlo2zd6g9pSEtRfAiER7Bp2hv0k1Q12FzAkPzxvGOJos/
hhplgVf5zqfFX6bqe6g6hkgN1NmGPL+j75MSSZq60ooqNpihIDATRgfYIEpA8dZ4Pnw0fJp86QknOLcfUIDYYRkvC41
2LGb5yurB54CfQ=--;25:kYvPUJnBJZvYGZ9hLIjYaO1uhikyl1NuBM3GB9LS9ynERhhb/wK4r5/
zwqdJdBBNuTxP120jmmkg9r0GsXKpDHtxn+AVXuApdrlZrihvPo/OCpoGxKoMqK/NpziJ0k4xzxVEi6Ny7yn/
w03JHu0vbbzuHi/ldfXr6EAaQvawiv jPoJHCnJQRVU8N8zyLXGIFe0vvgbvxe0GcyjXvgR1XZh0
r8QW9bstZN2U9NnXAnAXtGgCwM+8IqkoLfjX +en0kwhPu9RgymOPgQpS873YtNk10Bd
GdLMM1uzJ3ytAK00QtqmSSVxeCd03RosuaZiTxPqMcVunXuh5/uuKwNUA80PQ==
X-DkimResult-Test: Passed
X-Microsoft-Antispam: UriScan:;UCL:0;PCL:0;RULEID:(3001016);SRVR:CY1PR06MB2153;
X-LD-Processed: fn4n1583-fb61-48dd-8524 d06ad7501045,ExtAddr
X-Microsoft-Exchange-Diagnostics: 1;CY1PR06MB2153;20:j3A41KFiYw47rSQpEcYqH3nPntd70I
nCMWY8Bzw9tq-VIJbITMqwKArJtsriI.bgk7p3u82qjY2utpTgtrjElChr+Ii/Tbpil7row/
qWzMPFc51vU6JMAs^kYrRXmJg7+FsBxxwj/pgc/L1BPH/1S00yBHb7X88bFRBN59HIRm7C9561X9W+
6nZTJjceh0IWLkz15kbOxtD5bQcsdu7UsS3p54rMbQSytmubHsJaj jD/KDA1Zum0B2SCB3naaR33VLXho9upA3B
tm9nfMTAtBu/FNHmUpd1jhCULKXzyAIka8L6ohdzykC1jg2ADr3GN8nnzS5h+yviwilV9ta6ypoCTSszwM8Kw5FhgGM
2rtX657th0Mb1JJFLKwNuGeHBT4mankTATv jcp2NCxrSo2Qzc1kuHxw/MV2UDJp6qgkqMVy1=;4:
Ch680HAr7Nck5cG64ChbZq2kqxnyqL/5yTRQ5He/bN7T7SZCtzKbi2GwPSBr38BnMWJZaSGDiQ+
k1R7xXGMC1i3USKkyntkOXZvAmGYZ6arbtmYFnXPnI/F467320L74QY+wS5VCqyVVi0b05mUGU02WLvv9wR2nI
ZmrRpfj8WBVDc8L6mBzfDnLH7vuALODtoNinCqnTfE/VvfQwljoTnt3HY2UH56i7Rt6wSy4vL
5Xwv7SXw5NwQnVVduijkxuHBiVLtnU+sen-Iqzn6jw9Uzpn8H7cqPT2FbOqc1KBOdxLcEmzV+
Agn3zuGJ0X1Hn03zDXzz0Kb9qX8Zg9LyVGkIjGzbVmQlbfcorb61UGbTvhp5jeJ4KCQBxM7Xzie82Sm/
soA752vzzx05ppQaptFHM45JGK0up:ot-.R30NWUYJwFmMDqHncbrnssuAk2UVqqu
X-Exchange-Antispam-Report-Test: UriScan:;
X-Exchange-Antispam-Report-CFA-Test: BCL:0;PCL:0;RULEID:(601004)(2401047)(13018025)(13015025)(
8121501046)(13023025)(11017025)(23024025)(10201501044)(3002001);SRVR:
CY1PR06MB2153;BCL:0;PCL:0;RULEID:;SRVR:CY1PR06MB2153;
X-Microsoft-Exchange-Diagnostics: =?us-ascii7Q71;CY1PR06MB2153;23:
cxja6SIkO0Sl10Sq5wzZqZRX26mC5zvZMfG4nS/Qt7=
 =?us-ascii7Q?9v+kJ7Tbj+bimZUzyhDRcO9MLNeRCntv7v5IIAxWgd6fFmRX66PnkTqxbDCN?=
 =?us-ascii7Q7W06iC7zCV5DF9fp+fslixpGoh4C2sPybYbPVhEJW+j+AOSUgX17oPBokSrJQ?=
 =?us-ascii7Q?sFTLv0QhIctiRJaD4b2iwuf7D4dSPZRn2Ke0Zq5kf+xRyMvcSKe}KNlAXxuK?=
 =?us-ascii7Q?mwYAPQlhukh/jpBvldRi3tf+AZQNrR31UMzwclxTOx69ydR4qnG1NjOXn3Lii?=
 =?us-ascii7Q?UGl6p40YosJP40WvYo+duJP2P9h964JcGW1UGLSKpBsqW/HRY2oCrzxuF/1TcEJ?=
 =?us-ascii7Q?63xrdJzLp7hVHqxKUC+8oek212rmA4BWT1WwqYluRs+qFJivel9ryfPRJrHo?=
 =?us-ascii7Q?aHDXFy5Axe6GYNYtscazkaATN3io//ZbtHxdzhsVWBjkxe3C5pXiuJgAXXn?=
 =?us-ascii7Q?Z1+SvGUajqQMqqDy7+y5jEmPKduKLDEwCZLH7oTu1IFCuwpK3LqCrlNPYl.fq?=
 =?us-ascii7Q?s0PHwd/FeAGAxwHTkX6wYJDcyHGKSIKRfZxDjbyq//fcyADauxYLlpWtxsh?=
 =?us-ascii7Q?BHFWAcMneJ5puuuyC5QbnnfbAFEByrb3dNmQttp1gEvX5qUSAqCNKlMjvuCd?=
 =?us-ascii7Q?F1ICwNraGxEd7/QahSPvvrNvGSC1qYxPaVtN36xt25Wudj7TTfDjgXnthAo?=
 =?us-ascii7Q?2KEzqtsOLXzZu+q8zqLl9eXnC6uEFVal/7thZneIRIqfRfitvKam0XiJ5nSg?=

page 84

EXHIBIT 97

=?us-ascii?Q?D49BVoPbxv1Ccs16QjcXcFcU1CJddN2rqOf1z6nANrkyyngD5leFp44kzAOJ?=
=?us-ascii?Q?jYZc5/+8DeptagOccukJ19X6zr+89AmW1tWnWn5YSwJtAZmLXzZjsEXP2zA?=
=?us-ascii?Q?ELNKYbUDFL0bTTaiXaAro4hmEJw61BtseIwhp2yMkowV2+G5onuel2nQ8GM?=
=?us-ascii?Q?n7rCwWRb5+oEtLXgizhbKGTSGoqJayZBfZX16Rt9Z9SZOqUBnu.JfT5DeoSiwu?=
=?us-ascii?Q?78oWCHXHrTIcJaCgd6zsw57+KJhWb1X5/9YDKkkSbkRLLOOMRYkvvraOuYVt?=
=?us-ascii?Q?Kzlo/vNRgkodjRU1kP9FxdkJ1OhCLcFTbjlnmPe6NREBgUdX/rt/zd5vRZcb?=
=?us-ascii?Q?5cImQuPo4w14cwAoFJb98aKaXde4T1FXmb4DkTUu2K06y6XMQY/hZW5JXx3c?=
=?us-ascii?Q?rcGRf/Y+o6/yZY1mSeoP1VLuoFHMmU1qTYD1OH0sQcY/UsaPR3cS.JKOBXOWqB?=
=?us-ascii?Q?3hoThOB+pDXdsoqlozhBzrXgR88wYUrkyrv+pzooLiABog/KH.IsojUmkrTmEF?=
=?us-ascii?Q?z/GG5TOnC25+wGlby8kEdJ84MqGOH0Nfvs5QdTX6fDJQARF/onPuTP9Av6rgV?=
=?us-ascii?Q?1t/D8AMyK6gLOoFRbcQlHEcHsBHdyCsBMGcm6VtSp+oJLHWhdllscCZZ7ckP?=
=?us-ascii?Q?oG8cTCLiA=3D=3D?=
X-Microsoft-Exchange-Diagnostics: 1;CY1PR06MB2153;5:gWsAcWLwm2U4jRKutyRF1h74nE3/
mok5Ge17kZuzrM/PaRyJtEie349TlTHLW015PBksw02CqqSLuLouY.iXkD67R5XQQo/
sB0L0XWuCMzzHW9x4n7rVWLWhVzz5kZAh1yuQPRbRWzSzODYkZyx6XCQ--;24:nVyHVg62BaFZNsT+
0zg2aimoActC62ra++rMm5Cnrtwb6K7FeihLaNqBuS3wHXMUgqxbLTg5hArVKD2RbZ/MxP6F/1mPzinWrOxmB7mzDBg=
SpamDiagnosticOutput: 1:23
SpamDiagnosticMetadata: NSPM
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 10 Mar 2016 18:36:08.8425
 (UTC)
X-MS-Exchange-CrossTenant-Id: 1e4e1583-fb6f-48dd-8524-d06ad7501045
X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=fe4e1583-1b6f-48dd-
8524-d06ad7501045;Ip=[192.195.154.243];Helo=[FP4.sandiego.edu]
X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem
X-MS-Exchange-Transport-CrossTenantHeadersStamped: CY1PR06MB2153
X-OrganizationHeadersPreserved: CY1PR06MB2153.namprd06.prod.outlook.com
X-CrossPremisesHeadersFiltered: jabba.ad.sandiego.edu


Final-Recipient: rfc822;vlusam@sandiego.edu
Action: failed
Status: 5.2.3
Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient


--------- Forwarded message ---------
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
To: <publicsafety@sandiego.edu>
Cc:
Bcc:
Date: Thu, 10 Mar 2016 10:36:06 -0800
Subject: Fwd: URGENT


Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: URGENT**
**Date:** March 9, 2016 at 8:38:30 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right
now and I really hope they are sending officers to find him right now and get him the medical help he
needs. I called the police and they would not go to his apartment to check on him unless I could provide



Page 85

EXHIBIT 17

University of San Diego Mail - URGENT                                    9/17/17, 11:15 PM

his apartment number. Please get him help immediately for his safety and for the safety of everyone at school – I don't feel safe coming to campus tomorrow unless this is resolved. I am disappointed he was in class again tonight after the reports were made to you earlier today about his erratic behavior.

> hey kevin i'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you

 Who the fuck are you???????? Fuck off Nazi bitch I'm better than I've ever been quit trying to make me someone that should give a shit about you the only reason you're my Facebook friend is because you're amazed at what I'm doing with my life

Fucking Nazi

Wtf

Don't pretend like I don't know you're on the dock right now

She does nothing

> i'm not on your deck i'm at my house

> i am really worried about you and i truly mean that

 If you want friends go join the Ben Carson campaign

On Mar 9, 2016, at 8:06 PM, Meredith D'Angelo <meredithdangelo@sandiego.edu> wrote:

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are aware of and are addressing this incident, but I invite you and any other students to come speak with me at any time to discuss your/their concerns. I greatly appreciate that you reached out and want to reassure you that the safety of our students and community is top priority. As always, of course, any student or member of the community is also welcome to contact our Department of Public Safety directly with any immediate or personal security

EXHIBIT 97

concerns. That said, please do feel free to stop by or call my office tomorrow - or any time - if you would like to discuss further.

Sincerely,

_____

**MEREDITH D'ANGELO, ESQ.**

Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]

**USD School of Law.**

*The Perfect Climate for Studying Law.*

On Mar 9, 2016, at 7:45 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Hi Professor Sichelman and Dean D'Angelo,

I just got off the phone with public safety - I'm sure you're aware of Kevin Snow, the student that acted weird in MBE class today. I didn't see first hand but I have been looking at his weird facebook posts lately - he's been rambling about USD being full of nazi's and neonazi's and he sent my friend Fermin a strange message on Facebook this week. Everyone is really worried and I think he is having a psychotic break right now. I would have come in today myself but I heard several students told the administration today about his weird erratic behavior. He's in my wills and trusts class T-TH and I heard he was acting very strange in class yesterday too, although I haven't witnessed for myself so this is all technically hearsay I have noticed the strange posts and I have seen people with mental illness - I think he needs to be hospitalized ASAP for his own safety. I'm sure you're working on it but just wanted to let you know in case nobody has told you all this because a couple friends from MBE class just called me in a panic.

Tiffany

**Jennifer Bayard** <jentroncale@sandiego.edu>                                    Thu, Mar 10, 2016 at 10:37 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>, "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>

Page 87

EXHIBIT 97

Tiffany,

Thank you for forwarding. Someone with our Department will contact you shortly.

Thank You,

**Jennifer Troncale #00720**

*Communications Supervisor*

University of San Diego

Department of Public Safety

HC-151

5998 Alcala Park

San Diego, CA 92110-2492

Phone: (619) 260-7777

Work Cell: (619) 851-9742

Fax: (619) 260-2241

Email: jentroncale@sandiego.edu

www.sandiego.edu/safety

--

CONFIDENTIALITY NOTICE: This message, including any attachments, is solely for use by the intended recipient(s) and may contain information that is confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure, distribution or forwarding of this message or its attachments is strictly prohibited. If you are not the intended recipient, please contact the sender and delete the original and all copies of this message and its attachments.

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Thursday, March 10, 2016 10:36 AM
**To:** publicsafety@sandiego.edu
**Subject:** Fwd: URGENT

Message to Fermin Vargas - he is calling you shortly he told me.

*page 88*

EXHIBIT 11

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>

**Subject: Re: URGENT**

**Date:** March 9, 2016 at 9:54:02 PM PST

**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>

**Cc:** sferruolo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>

Facebook message sent to Fermin:

●●●●○ T-Mobile 🤶          9:20 PM          ✈ 🌙 61% ▮▮▮

‹ Recent          Kevin Snow ›          📞  ▢◁
                  Active 1m ago

                  URGENT

> FYI Fermin I sent these
> nazis an email that
> said I'm not going to
> your Nazi sign
> attendance classes
> anymore. And if they
> have a problem with
> that fucking sue me
> nazis. It's been 34
> hours and not a peep

on silent hill. If you
need me to do the
same for you, just say
the wish and I'll rain
down like the Odin I
am føu






On Mar 9, 2016, at 8:38 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Hi Dean D'Angelo,

Please find enclosed my facebook conversation with him from today - I am worried about his safety right now and I really hope they are sending officers to find him right now and get him the medical help he needs. I called the police and they would not go to his apartment to check on him unless I could provide his apartment number. Please get him help immediately for his safety and for the safety of everyone at school - I don't feel safe coming to campus tomorrow unless this is resolved. I am disappointed he was in class again tonight after the reports were made to you earlier today about his erratic behavior.

hey kevin i'm not sure if we have
talked a whole lot but i just
wanted to check in and see how
you're doing. i went through a
lot of stress last year so i can
relate if you want to talk about
anything! I'm worried about you

page 90

Who the fuck are you????????
Fuck off Nazi bitch I'm better than
I've ever been quit trying to make **Fucking Nazi**
me someone that should give **Wtf**
a shit about you the only reason
you're my Facebook friend is              Don't pretend like I don't know
because you're amazed at what             you're on the deck right now
I'm doing with my life

i'm not
on your
deck i'm
at my
house

She does nothing

i am really worried about you and
i truly mean that

If you want friends go join the

On Mar 9, 2016, at 8:06 PM, Meredith D'Angelo
<meredithdangelo@sandiego.edu> wrote:

( ) (EXHIBIT 97

Ben Carson campaign

Dear Tiffany,

Thank you very much for your email and concern for your peers. We are aware of and are addressing this incident, but I invite you and any other students to come speak with me at any time to discuss your/their concerns. I greatly appreciate that you reached out and want to reassure you that the safety of our students and community is top priority. As always, of course, any student or member of the community is also welcome to contact our Department of Public Safety directly with any immediate or personal security concerns. That said, please do feel free to stop by or call my office tomorrow - or any time - if you would like to discuss further.

Sincerely,

_____  _____

**MEREDITH D'ANGELO, ESQ.**

## Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 216

San Diego, CA 92110-2492

(619) 260-4651 [office]

**USD School of Law.**

*The Perfect Climate for Studying Law.*

On Mar 9, 2016, at 7:45 PM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Hi Professor Sichelman and Dean D'Angelo,

I just got off the phone with public safety - I'm sure you're aware of Kevin Snow, the student that acted weird in MBE class today. I didn't see first hand but I have been looking at his weird facebook posts lately - he's been rambling about USD being full of nazi's and neonazi's and he sent my friend Fermin a strange message on Facebook this week. Everyone is really worried and I think he is having a psychotic break right now. I would have come in today myself but I heard several students told the administration today about his weird erratic behavior. He's in my wills and trusts class T-TH and I heard he was acting very strange in class yesterday too, although I haven't witnessed for myself so this is all technically hearsay I have noticed the strange posts and I have seen people with mental illness - I think he

Page 92

EXHIBIT 97

needs to be hospitalized ASAP for his own safety. I'm sure you're working on it but just wanted to let you know in case nobody has told you all this because a couple friends from MBE class just called me in a panic.

Tiffany

---

**Milton Maples** <mmaples@sandiego.edu>                          Thu, Mar 10, 2016 at 11:01 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

This is what we're dealing with today.   I'm currently at the Law School until the end of my shift.

Sent from my iPhone

On Mar 10, 2016, at 10:36 AM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

> Message to Fermin Vargas - he is calling you shortly he told me.
>
>> Begin forwarded message:
>>
>> **From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
>> **Subject: Re: URGENT**
>> **Date:** March 9, 2016 at 9:54:02 PM PST
>> **To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
>> **Cc:** sfernulo@sandiego.edu, Ted Sichelman <tsichelman@sandiego.edu>
>>
>> Facebook message sent to Fermin:
>> <IMG_3469.JPG>
>> [Quoted text hidden]

**IMG_3469.JPG**
98K

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Thu, Mar 10, 2016 at 11:03 AM
To: Milton Maples <mmaples@sandiego.edu>

I Know I was just forwarding old emails so you have them.

[Quoted text hidden]
[Quoted text hidden]
<IMG_3469.JPG>

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                         Thu, Mar 10, 2016 at 11:04 AM
To: Milton Maples <mmaples@sandiego.edu>

I am in contact with both SDPD and Campus Security – I've advised everyone who told me anything to contact them
directly so they can find him and get him help.
[Quoted text hidden]

page 9 *

EXHIBIT 98

●●●●○ T-Mobile 📶  9:20 PM  🖈 ⏰ 61% 🔋

 Recent      Kevin Snow 

FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign attendance classes anymore. And if they have a problem with that fucking sue me nazis. It's been 34 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am føu





page 95

EXHIBIT 99

.●●≈≈≈ Verizon 🤙          10:35 PM          🔋 81% 📶 ▪ +

‹ Messages          **Siobhan**          Details

Awesome thanks!

I'm not going to school in the am

Definitely don't. Especially after the
FB message he sent you

Okay good I just want the police to
help him soon

Agreed!!

from kat: This is what janet told me:
apparently he called a bomb threat
into the school? the police are
looking for him and can't find him and
gina told me to tell everyone i know
not to go to campus tomorrow bc
people who know him said he
"snapped" today...

OMG is that all my fault

No I don't think so at all

Auty called too I believe

And said she thought he had a
weapon

                    



●●●○ Verizon 🔋          1:39 AM          98% ▬▬▬ ⚡

⟨ Messages          **Amanda**          Details

Thank you

Email sent

> Called the police

> They said USD is working on it

> Haha idiots. This is so messed up

I'm worried about Saturday

We have the mandatory lecture from 9 to 5

God knows what that means!!! These idiots

His fb scares me

EXHIBIT 101

EXHIBIT 101





I feel like my Art Law final prep work could be its own art. I did 12 of these #my... See More

7 Likes  1 Comment

Share

page 100

EXHIBIT 101





EXHIBIT 101



Kevin Snow

Kevin Snow

Share

page 104

EXHIBIT 18







Contested Rituals

Tainted Greatness

GERMAN IDEALISM AND THE JEW

GERMANS, JEWS AND
THE CLAIMS OF MODERNITY

One Step Ahead
A Jewish Fugitive in Hitler's Europe



Kevin Snow

1 Like

Share

page 106

‹ Messages    **Amanda**    Details

Kevin Snow

Wow

I emailed professor Cole too

Omg Auty just notice that he wrote
Iraq in Arabic in the middle of page



What the heck?!



() EXHIBIT 105 ()

University of San Diego Mail Urgent                                              8/17/17, 8:51 PM

🔆 University of San Diego

## Urgent

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Thu, Mar 10, 2016 at 7:14 AM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>, sferruolo@sandiego.edu, teichelman@sandiego.edu

Obviously the matter has not been resolved and he is still not being helped. "Liberation day" does not sound good.
Everyone is scared of his unpredictability. I haven't been able to find one person who is close to him. He is very
antisocial. Not good signs.



image1.PNG
286K

page 108



POSTS

 **Kevin Snow**

I am Still building the bonfire for the 420Am roast and commencement of Russ. Today is day four. The last day of attending class. Liberation day. Or as we like to say. Prüde day because it's the last day of getting slut shamed by the virgin Catholics gøys and also the last day our/their Nazi Catholic kids are virgins.
#bitchimmadonna



 **Kevin Snow**

Eight hours a night. 😈Ha😈ha😈ha 😈 what is this a Nazi prom?



EXHIBIT 105

**From:** Law Dean [mailto:lawdean@sandiego.edu]
**Sent:** Thursday, March 10, 2016 9:57 AM
**To:** Lawcommunity@sandiego.edu
**Subject:** [Lawcommunity] Recent Concerns of Student Behavior

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on call who is available to provide psychological support to students. For a formal appointment during business hours, students can access services by visiting the online USD MyWellness Portal at https://myuniversity.usd/uwp and using their USD MySanDiego username and password to login to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor on call can be reached by calling Public Safety (x2222) in any campus telephone, otherwise call (619) 260-2222 for after hours emergencies.

Please also feel free to reach out to me or Dean D Argabel both of us are available to meet with you to address any of your concerns.

STEPHEN C. FERRUOLO
Dean and Professor of Law
University of San Diego School of Law
5998 Alcalá Park
San Diego, CA 92110-2492
(619) 260-4527 (tel)
(619) 937-0606 (cell)
(619) 260-5414 (fax)
sferruolo@sandiego.edu

USD School of Law
*The Perfect Climate for Studying Law ™*

University of San Diego

## FW: [Lawcommunity] Recent Concerns of Student Behavior

**Kevin Cole** <kcole@sandiego.edu>                                      Thu, Mar 10, 2016 at 10:17 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

I don't know if students got this communication but I thought I would pass it along just in case. I haven't been able to connect with Dean D'Angelo yet.

**From:** Law Dean [mailto:lawdean@sandiego.edu]
**Sent:** Thursday, March 10, 2016 9:57 AM
**To:** Lawcommunity@lists.sandiego.edu
**Subject:** [Lawcommunity] Recent Concerns of Student Behavior

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor-on-call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

STEPHEN C. FERRUOLO

Dean and Professor of Law


Page 111

EXHIBIT 106

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(858) 967-0459 [cell]

(619) 260-6815 [fax]

sfamuolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.™*

⬚ **ATT00001.c**
  1K

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                              Thu, Mar 10, 2016 at 10:35 AM
To: Kevin Cole <kcole@sandiego.edu>

Got it thank you I just spoke with police they're with campus safety right now.

[Quoted text hidden]
[Quoted text hidden]
<ATT00001.c>

page 112

EXHIBIT 107

♖ University of San Diego

## Urgent

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Thu, Mar 10, 2016 at 10:56 AM
To: Miranda McGowan <mirandamcgowan@gmail.com>

Hi Professor McGowan,

Hopefully you've been informed by now but everyone at school is sincerely concerned about a student - Kevin Snow.
They have campus security looking for him on campus and I just got off the phone with the sergeant who is working
with public safety to find him. They have security on campus but I think I may have made myself a target by trying to
reach out to him yesterday to see how he was doing. I haven't been able to find anyone who is friends with him or
knows where he might be. I gave the police his family's names so they are working on locating him now but if they
can't find him before class I don't think I'll be coming to campus today. I've been in contact with the police and
campus security all morning and I know the deans are working on it but I've been advised to tell everyone who might
have first hand knowledge to contact campus security and/or the SDPD to tell them so they can try to find him to get
him help. I believe he's having a psychotic break and needs hospitalization for his mental health immediately so I'm
trying to help SDPD locate him.

Thank you,
Tiffany Dehen

**Miranda McGowan** <mirandamcgowan@gmail.com>                                   Thu, Mar 10, 2016 at 12:20 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

How scary and disturbing. You need to feel safe and be safe. I am recording class today and will send you the audio.


Be well, MM

PS email me tomorrow and let me know how you are, please.
[Quoted text hidden]

--
Miranda McGowan
Professor of Law
University of San Diego Law School
5998 Alcala Park Drive
San Diego, CA 92110
619/260 4154

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Thu, Mar 10, 2016 at 1:19 PM
To: Miranda McGowan <mirandamcgowan@gmail.com>

Thank you I will! I will be fine he doesn't know where I live but I'm very concerned I don't know if the police are actively
looking for him or if the school is waiting for a direct threat but he told Darshan on his latest Facebook post he will
"remember him". My mom talked to a doctor his advice was to find him a forensic psychiatrist quickly so I really hope
they find him, I don't think he's slept.

Sent from my iPhone
[Quoted text hidden]

*EXHIBIT 107*

University of San Diego Mail  Urgent                                                3/10/16, 1:32 PM

**Miranda McGowan** <mirandamcgowan@gmail.com>                Thu, Mar 10, 2016 at 1:23 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Glad you're ok. They are actively looking for him. That's my sense.

M
[Quoted text hidden]
[Quoted text hidden]

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                  Thu, Mar 10, 2016 at 1:25 PM
To: Miranda McGowan <mirandamcgowan@gmail.com>

Good! That's a relief thank you!

Sent from my iPhone
[Quoted text hidden]

*Page 114*

EXHIBIT 108

University of San Diego Mail - Urgent                                                                        9/17/17, 8:53 PM

## University of San Diego

---

# Urgent

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Thu, Mar 10, 2016 at 10:57 AM
To: Adam Hirsch <ahirsch@sandiego.edu>

Hi Professor Hirsch,

Hopefully you've been informed by now but everyone at school is sincerely concerned about a student - Kevin Snow. He is in our wills and trusts class tonight and I heard from other students he was acting strange in class (he sits in the back row I believe). They have campus security looking for him on campus and I just got off the phone with the sergeant who is working with public safety to find him. They have security on campus but I think I may have made myself a target by trying to reach out to him yesterday to see how he was doing. I haven't been able to find anyone who is friends with him or knows where he might be. I gave the police his family's names so they are working on locating him now but if they can't find him before class I don't think I'll be coming to campus today. I've been in contact with the police and campus security all morning and I know the deans are working on it but I've been advised to tell everyone who might have first hand knowledge to contact campus security and/or the SDPD to tell them so they can try to find him to get him help. I believe he's having a psychotic break and needs hospitalization for his mental health immediately so I'm trying to help SDPD locate him.

Thank you,
Tiffany Dehen

Page 115

 University of San Diego·

Tiffany Dehen <tiffanydehen@sandiego.edu>

# Latest Development on Facebook

4 messages

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                Thu, Mar 10, 2016 at 12:06 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>
Cc: Dean Ferruolo <sferruolo@sandiego.edu>

 **Kevin Snow**
1 hr · ⚎

To whom ever just swatted me (google it) and yes someone just swatted me
for the second time: you are a biggot, a Nazi, and a nonbeliever in the first
amendment. I don't need your help. You just want to stomp the faggot Jew out
of me. I don't have any bombs or weapons or desire to cause physical harm to
any living thing (for the second time I've had to say this to a cop for defending
my first a amendment rights). But you do have a special place in hell waiting
for you.

👍 **Like**        💬 **Comment**        ↗ **Share**

View 4 more comments

 **Robert Henry Moore** Ahhh. I always thought Mormons were peaceful people.
Guess maybe not.
Like · Reply · 40 mins

 **Kevin Snow** OMG https://en.m.wikipedia.org/wiki/Matthew_Shepard <~all
Mormons

 ### Matthew Shepard - Wikipedia, the free
encyclopedia

EN.WIKIPEDIA.ORG

Like · Reply · 👍 1 · 39 mins

 **Darshan Patel** haha law school low key freaking out..dean even sent an email
Like · Reply · 39 mins

 **Kevin Snow** What did it say????? Omg I'm eating this up
Like · Reply · 38 mins

Like · Reply · 1 · 38 mins

 **Darshan Patel** haha law school low key freaking out..dean even sent an email

Like · Reply · 37 mins

 **Kevin Snow** What did it say????? Omg I'm eating this up

Like · Reply · 37 mins

 **Darshan Patel** something about rumors arent true. everyones safe, but guards are on alert. you were probably in the blast email check it out

Like · Reply · 35 mins

 **Kevin Snow** Fucking rumors???? Hal! 😼😼😼 OMG. They really are out to destroy me. What a bunch a fucking pussies.

Like · Reply · 34 mins

 **Darshan Patel** Despite the fact that we have never talked to each other and I know nothing about you other than you are a Game of Thrones fan. I suggest you talk to the Dean to get this put to bed. There are scared 1Ls out here..but do you

Like · Reply · 👍 1 · 11 mins

 **Kevin Snow** That's the best advice I've heard. I will remember it and you. 😼🐺😾♡😺

Like · Reply · 9 mins

 Write a reply...  

*Page 117*

EXHIBIT 109



**Kevin Snow** shared Bette Midler: Bootleg Betty's photo.
16 mins · 🔏



👍 Like          💬 Comment          ➤ Share

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Thu, Mar 10, 2016 at 12:06 PM
To: publicsafety@sandiego.edu


Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Latest Development on Facebook**
**Date:** March 10, 2016 at 12:06:20 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
**Cc:** Dean Ferruolo <sferruolo@sandiego.edu>

page 118

*EXHIBITS 109*



**Kevin Snow**
1 hr · 🔐

To whom ever just swatted me (google it) and yes someone just swatted me for the second time: you are a biggot, a Nazi, and a nonbeliever in the first amendment. I don't need your help. You just want to stomp the faggot Jew out of me. I don't have any bombs or weapons or desire to cause physical harm to any living thing (for the second time I've had to say this to a cop for defending my first a amendment rights). But you do have a special place in hell waiting for you.

👍 Like          💬 Comment          ↪ Share

View 4 more comments

   **Robert Henry Moore** Ahhh. I always thought Mormons were peaceful people. Guess maybe not.
Like · Reply · 40 mins

   **Kevin Snow** OMG https://en.m.wikipedia.org/wiki/Matthew_Shepard <~all Mormons

   ### Matthew Shepard – Wikipedia, the free encyclopedia

EN.WIKIPEDIA.ORG

Like · Reply · 👍 1 · 39 mins

   **Darshan Patel** haha law school low key freaking out..dean even sent an email
Like · Reply · 39 mins

   **Kevin Snow** What did it say????? Omg I'm eating this up
Like · Reply · 38 mins

*Page 119*

Like · Reply · 1 · 38 mins

 **Darshan Patel** haha law school low key freaking out..dean even sent an email

Like · Reply · 37 mins

 **Kevin Snow** What did it say????? Omg I'm eating this up

Like · Reply · 37 mins

 **Darshan Patel** something about rumors arent true. everyones safe, but guards are on alert. you were probably in the blast email check it out

Like · Reply · 35 mins

 **Kevin Snow** Fucking rumors???? Ha!! 😺😺😺 OMG. They really are out to destroy me. What a bunch of fucking pussies.

Like · Reply · 34 mins

 **Darshan Patel** Despite the fact that we have never talked to each other and I know nothing about you other than you are a Game of Thrones fan. I suggest you talk to the Dean to get this put to bed. There are scared 1Ls out here..but do you

Like · Reply · 👍 1 · 11 mins

 **Kevin Snow** That's the best advice I've heard. I will remember it and you. 😺🐾😺♡😺

Like · Reply · 9 mins

 Write a reply...                                    

Page 120

EXHIBIT 109

 **Kevin Snow** shared Bette Midler: Bootleg Betty's photo.
16 mins · 🔒



👍 Like          💬 Comment          ↗ Share

---

**Microsoft Outlook**                                                              Thu, Mar 10, 2016 at 12:07
<MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@sandiego.edu>                   PM
To: tiffanydehen@sandiego.edu

## Delivery has failed to these recipients or groups:

vfusaro@sandiego.edu

## The recipient won't be able to receive this message because it's too large.

The maximum message size that's allowed is 0 KB. This message is 917 KB.

page 121

EXHIBIT 109

**Diagnostic information for administrators:**

Generating server: BOBAFETT.ad.sandiego.edu

vfusaro@sandiego.edu
Remote Server returned '550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient'

Original message headers:

```
Received: from JABBA.ad.sandiego.edu (10.0.128.117) by
 Bobafett.ad.sandiego.edu (10.0.128.11) with Microsoft SMTP Server (TLS) id
 15.0.1130.7; Thu, 10 Mar 2016 12:07:21 -0800
Received: from na01-by2-obe.outbound.protection.outlook.com (10.0.26.240) by
 JABBA.ad.sandiego.edu (10.0.128.117) with Microsoft SMTP Server (TLS) id
 15.0.1130.7 via Frontend Transport; Thu, 10 Mar 2016 12:07:21 -0800
Received: from BY2PR06CA0005.namprd06.prod.outlook.com (10.166.106.143) by
 SN1PR0601MB1614.namprd06.prod.outlook.com (10.163.202.28) with Microsoft SMTP
 Server (TLS) id 15.1.434.16; Thu, 10 Mar 2016 20:07:19 +0000
Received: from CO1NAM03FT018.eop-NAM03.prod.protection.outlook.com
 (2a01:111:f400:7e48::206) by BY2PR06CA0005.outlook.office365.com
 (2a01:111:e400:7bfe::15) with Microsoft SMTP Server (TLS) id 15.1.434.16 via
 Frontend Transport; Thu, 10 Mar 2016 20:07:19 +0000
Authentication-Results: spf=softfail (sender IP is 192.195.154.87)
 smtp.mailfrom=sandiego.edu; sandiego.edu; dkim=pass (signature was verified)
 header.d=sandiego-edu.20150623.gappssmtp.com;sandiego.edu; dmarc=none
 action=none header.from=sandiego.edu;
Received-SPF: None (Bobafett.ad.sandiego.edu: tiffanydehen@sandiego.edu does
 not designate permitted sender hosts)
Received-SPF: SoftFail (protection.outlook.com: domain of transitioning
 sandiego.edu discourages use of 192.195.154.87 as permitted sender)
Received: from rg6.sandiego.edu (192.195.154.87) by
 CO1NAM03FT018.mail.protection.outlook.com (10.152.80.174) with Microsoft SMTP
 Server id 15.1.443.6 via Frontend Transport; Thu, 10 Mar 2016 20:07:03 +0000
Received: from mail-pa0-f51.google.com (EHLO mail-pa0-f51.google.com) ([209.85.220.51])
        by rg6.sandiego.edu (MOS 4.3.7-GA FastPath queued)
        with ESMTP id FWH37943;
        Thu, 10 Mar 2016 12:07:02 -0800 (PST)
Received: by mail-pa0-f51.google.com with SMTP id fl4so74433817pad.0
        for <publicsafety@sandiego.edu>; Thu, 10 Mar 2016 12:07:01 -0800 (PST)
DKIM-Signature: v=1; a=rsa-sha256, c=relaxed/relaxed;
        d=sandiego-edu.20150623.gappssmtp.com; s=20150623;
        h=from:subject:date:references:to:message-id:mime-version;
        bh=vwU8dOuOs0Ifi6WWdx2Z1NBwYXkSROex0BXCgRwZHpo=;
        b=einGiA9zppA95oOTasuwDasQL3atLpD8d13YFLEE1OWnmFeNCOs9XbzCW5mAweSJmm
         bwpx4mfA1ePcJTyaAXa3EXb1UikIPZMrvegdBuOp+33kvjGC9ZhlfPoxIhikSISJRnTz
         /v78I6DmFpZgITeQXgPPex32uhzaTKEnH2wv5RILgqetnqbwv29RiVPGcAfdu08vUiFE
         NSlIuQAqPjjHHD6sNa8gpTa87HSd0HCNKxDSuXLt8eZ4aTyL1c97vUY9UBlqOJ/ehQPF
         8j6OGIoSbE43wV8v4N5gyQ67ibq4flkPYvMRm1hDsVM/uXxeeOEjbEKXpTJWmXuz7kKw
         sQjQ==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
        d=1e100.net; s=20130820;
        h=x-gm-message-state:from:subject:date:references:to:message-id
```

page 122

```
        :mime-version;
    bh=vwU8d0uOs0Ifi6WWdx2Z1NBwYXksROex0BXCgRwZHpo=;
    b=iEMj18EPBlMdIHR/i17gSvoTPkUBO2Z4ZK5R45nDFVIHRZfeUURtDNeFulbI++B6eR
     m2Q4nc9Xu/UFVSO0Ls49HAQbiBsBGZl+EbFRKjgWW4zJU3sXkOIY3KIXzQKwI0lYBAcc
     Efnq49CbQG5X4aJt41IO9rLD0nMpXE4FGPJQVq2pVW3QGc39n24Uuq+ZPf63PP4uoJnj
     fhBt3P8sFnb6+o5V3T5/C/QqVxgUEyxuF+PcwkaaVvk6pvufih+TbC2/sB2rnvIcrMFr
     r9ejkweyWNaae0ALZ73uqYOGPZL2+gYZha6IfD8pwr2KzXCa5EYO7ctDpbp44DssQGrI
     J1IQ==
X-Gm-Message-State: AD7BkJLlsiYdQ9fDJJWldQV3d3GDTaygv/Kf20TVMM6wd1vABrq+
    72DGKvKRtR8z2Wj2w8EZ56c=
X-Received: by 10.66.244.15 with SMTP id xc15mr7565359pac.97.1457640421078;
        Thu, 10 Mar 2016 12:07:01 -0800 (PST)
Received: from ?IPv6:2602:306:32c7:960:1547:fba8:c353:4f36? ([2602:306:32c7:960:1547:fba8:
c353:4f36])
        by smtp.gmail.com with ESMTPSA id q4sm7430906pfi.75.2016.03.10.12.06.56
        for <publicsafety@sandiego.edu>
        (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
        Thu, 10 Mar 2016 12:07:00 -0800 (PST)
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Content-Type: multipart/alternative;
        boundary="Apple-Mail=_CDE11AD4-4E4A-4F86-A6D3-975243F500B5"
Subject: Fwd: Latest Development on Facebook
Date: Thu, 10 Mar 2016 12:06:55 -0800
References: <496F1FB3-756A-490B-92EA-2B36B271156E@sandiego.edu>
To: <publicsafety@sandiego.edu>
Message-ID: <5A508A39-8B80-4A22-8261-313E23158E63@sandiego.edu>
MIME-Version: 1.0 (Mac OS X Mail 9.2 \(3112\))
X-Mailer: Apple Mail (2.3112)
X-Junkmail-Whitelist: YES (by domain whitelist at rg6.sandiego.edu)
Return-Path: tiffanydehen@sandiego.edu
X-EOPAttributedMessage: 0
X-Forefront-Antispam-Report: CIP:192.195.154.87;CTRY:US;IPV:NLI;EFV:NLI;SFV:NSPM;SFS:(
3000300001)(199003)(377454003)(377424004)(189002)(2473001)(1220700001)(105596002)(83716003)
(92566002)(586003)(50986999)(2171001)(17760045003)(270700001)(75432002)(60616004)(2351001)(
90282001)(63266004)(19627595001)(87936001)(93516999)(50226001)(76176999)(956001)(63696999)
(450100001)(36756003)(11100500001)(84326002)(59536001)(19580395003)(107886002)(19580405001)
(33656002)(5008740100001)(57306001)(512954002)(82746002)(5001970100001)(110136002)(106466001)
(2361001)(260700001)(86362001)(18206015028)(189998001)(88552002)(89122001)
(562774006);DIR:INB;SFP:;SCL:1;SRVR:SN1PR0601MB1614;H:rg6.sandiego.edu;FPR:;SPF:
SoftFail;MLV:sfv;A:1;MX:1;LANG:en;
X-MS-Office365-Filtering-Correlation-Id: a1249319-37b3-46c9-2adc-08d3491f955a
X-Microsoft-Exchange-Diagnostics: 1;SN1PR0601MB1614;2:Folba00hX9hCWzp3cXVCmEbtQ+
iaoVz0aZVriBF3dVn9ZyOD6876lPG8V+MhR2y8YmT7w2xHCgT+q4v7GlQvvveIQQ+Fr2tl+j48wLbxzaHaTauIT9Oj6/
1XjSfdYUuTJqK00kwe5s4bHqarMQK6m/ZB6RSZ1eX9I9M525eoiiNBYxWHATz6pkiX9WdYr5RF;3:ChSo2tej7l1rzDig+
WgDnehZjb8tFD2pQLc2RgpTFxPuU4TaYenwyUxbq7IYo0QwxWfkwnmQozgVkL5PeZi5dBWPXn2MykqG7curZ8JbSN4
AVVDB29NnQAMEvYadClECDZx0/N3UK6di4uUrtrrXuK27zgqxG4ufND/7E16Hf3KrLeYBpAowH7ScDuB6aFLXz
oNxpSfKJNdK9x2OyLSnFWAV8Njap7CZLC43xMFkc9GQm+Qh5YsLeFPqZlSAV3kqikxA6yFBT8h/
hQUoDm7UAg==;25:gyuogG/5u/zVg2sRoK5h0olFNI1Xb0FYyrqav2kM+riY6h1wlDBRq5DvyBbPC6Em+
qZC7BmnTZDVQG2jU3PhrkwC06RSyAkT4StZ7qq2Pz0rHxY7M5VtQStbar5l3DEDFthRGEk/
eX2tbY7AGCsIeROR8JQpDttkeNWsfWwVsbJOBeMS2ynKMAcudKud3Yq90q6Cc2DlG5NL1W/Hru+
JHmNLvlXMIswYiXAYwj8HjWraz6hiYvkdEohtLRAClfPhSV0798DbvNHjqLlM9BZyD9GomJpqdAPrOogDXx4A8/
9OVbvg6jXVf3pd8SNx97RKWua8IZ6YwlsS5iNzr/oAJQ==
X-DkimResult-Test: Passed
X-Microsoft-Antispam: UriScan:;BCL:0;PCL:0;RULEID:(3001016);SRVR:SN1PR0601MB1614;
X-LD-Processed: fe4eb1583-fb6f-48dd-8524-d06ad7501045,ExtAddr
X-Microsoft-Exchange-Diagnostics: 1;SN1PR0601MB1614;20:yrSomploF0TVRmte9jvUE9inL7evGR
lySDaxUeLXL1CWilWcMsO/jFO+PNdfl6U0YbrlPLhT01/iHcML3Tox6AryzHtQEaVUxQPG4L+
UqdL9GMwBPmg3zFtKNbwPWcE5eEfvJxmMl7tkb9+SmIbEA0aD9uSPxD5VNB9S6Plook6OQ
4vYeT1UfV5R3JOk3cgFLq3zLa4A4tUCqpwkmXwGsFZhU+muXdDD3G1kdryPkDfOryydhZlgWrzv
rQJqn6KhTlUSghSsvu7hXCPCIFgJyN9oDNOhmG03zHRCP5MwKsJSDvyNspYB3WAp6AJnWmzLIpbDmmKPdI2+
```

EXH I Rt Jt 169

IqPitCahmAjpBFmKPJFUbQn60e56lXi43f98FSVzj5ktnH0bS7lggz8A96Z4LT/Usf6QQBCcxJJEBb3J061V6DlVZCHdR
4U=;4:Q5eFvreNp4tWblbyGNRWcGFyS2ADSPrwENsdmGHhkZl4Ww+FMtPNBQsli6ko4VP3uwCIn+
9wHMxBiKA4cCSwVWX4qbweUvLDOJKjUoOUKJxAMcIfmJLiSqAyX/C5oaEGYnbQoXm4oWfp8dROzIorXCfR
B4rFXyr893AlNj/3pezd+IvcfstSFRUbVR9DVYpGe4ayeFH4SpAj2dYH/qdoC17iuV7+HotAT5TWv+
gg3akY5VDmoTWb6G+jDaPhgLSIrjVgzVYLPtSkOvr2vd1SJUnV2dYjqQGdmkteZBFmXWx0GdhgC62
kYtAWEdO3bOwiDVihvVGhCu/ezUre4k25t/Jf25o8T7YD6h72Gn+ydTIhAaGYyKyrU7oS+
qwzSrq5YFHY8qJld1razpVfBDMFU2A6ZJErNTGDZf1dqEHmdb86W4F0rt/a4EUr9q4wQ0yBy2giLa10UUcY3548+
dj8qZNLu8c6E0HrkanRTKFeHNxs=
X-Exchange-Antispam-Report-Test: UriScan:;
X-Exchange-Antispam-Report-CFA-Test: BCL:0;PCL:0;RULEID:(102415293)(102615271)(601004)
(2401047)(13015025)(13018025)(8121501046)(13023025)(13017025)(13024025)(10201501046)
(3002001);SRVR:SN1PR0601MB1614;BCL:0;PCL:0;RULEID:;SRVR:SN1PR0601MB1614;
X-Microsoft-Exchange-Diagnostics: =?us-ascii?Q?1;SN1PR0601MB1614;23:
f2F00J9oU0vS5juysdXwmnErLNgxdgdLKtVbuww?=
 =?us-ascii?Q?oVuCeS8XrGw9A6/V94VTlcYi6T/Xa5JIsCMCeYjsZ3cfD/gTp/NW1wr4hIKJ?=
 =?us-ascii?Q?zVYjupzxLL4v6I3C/WTwsIbN5YWO2KbBgoXo/PDrzdfSVZBn6dAUYdKEG8m6?=
 =?us-ascii?Q?V3sQ21Bdq/BR2QwRCDzobKFcR5ki3xwqYZw5YKVc2jau3UOX1qUIz6FvRy1x?=
 =?us-ascii?Q?FJbAsGSNleQyfVvvPSadoJ71EfXFhOhwrRcAEbzbHerqRNOVIl7MZqJ7HQzT?=
 =?us-ascii?Q?IT1kb61dTljr6619Rqm3UHlfHUQCCZ4xIOJ+xj4O5gu+aZ+wSldbrh4jl91E?=
 =?us-ascii?Q?bG8BZVCxpxOrnWkGwjmH6sHZWSsnFdFffPl6s33YG7Pb7MWgorQtlAI8lK1O?=
 =?us-ascii?Q?XtjP9QLW0e/OrRkUzins6pAFg6aIrWo7AjDV0tN2H5IVfc8cWoiWdWSdofNK?=
 =?us-ascii?Q?sTqkibYChTKx3WrGC4BID/qD0fWRShk4QglEhCG55Q8qFyL80H5izXZisuzK?=
 =?us-ascii?Q?lo6Qi/t/xvgcmyyCUggJq9HRlQonF7kDfvzNVJMdUq6H2i5si39ipQcADzyt?=
 =?us-ascii?Q?7xn+u4//+Bm/9b3JkThFnUh7IUx9dmSqXzYg0/JrNqY/xwRj6d01I14L1UFz?=
 =?us-ascii?Q?4A/Yf/1o75hB7ZNbLObQeZqaFV2ULj1pVV6UbBF37LxQ5lFJn070fwgrmNaw?=
 =?us-ascii?Q?6beW+vsY40EJXvSRckONsyRho1CRBnmqn/TYy9fUBEMwLjrsDqZj0AULF6Dz?=
 =?us-ascii?Q?znkWwn4OHqNBduYp7AJeWbd2sIpSqdQiSUKi90db+TyND7wdcfRYad0mM9nt?=
 =?us-ascii?Q?y8eUqjD+L+/fCCec8lfhgjjeWybIvY7aGDyrOY8xdg2cuHv8YgZWpwmum7Ub?=
 =?us-ascii?Q?30kh+YG9ClKHuSU/ZmDXt2CgMClN5eKAUXzuqXKLNr6I2f+lASQ5hDKBU9kD?=
 =?us-ascii?Q?GVr8//8yGlruItWBnRtKqsGdzoi8BNLeO4aAbg5BjHEGmGLFwyzh1PW/oQ5A?=
 =?us-ascii?Q?xmBnxMnYNNOGEyP7V9inONJzk+OVdjfzHiDDJVXy7KJfNtymcvUe2+FM7g//?=
 =?us-ascii?Q?qPfbwtfTReSNCZdXmjbw7BJuNLFNkzHwc9/dC+EnpftpMWCkZdrsfOmtKjeT?=
 =?us-ascii?Q?jNVWv/Up4xVzLKp+FxpwjtAxTn+mcfn9htv6UN02Pk29kttFTqfaEv6M2BIq8?=
 =?us-ascii?Q?U6Nw/ZxJaXE9j2S+2bPgWSF6NaP2NE7HjQFIKIxxmmCpNal2INVHkWGuxzPx?=
 =?us-ascii?Q?B9u0xKtCbEQhIKiY8HXudpNQkv4DTjOjik0PcdoN6/Qy29w8f/XRrgEk9Q7O?=
 =?us-ascii?Q?ltsNFlwdKexpOCoBzoKnQBDs=3D?=
X-Microsoft-Exchange-Diagnostics: 1;SN1PR0601MB1614;5:5B1FySaMBqOK9efs3cPPZTs1E7gCVd
EuMbz5NyE2ulnXxY4CY9qkeHwE05xm2eFh/OPkNw8LldGkJw7L3KnzDh6IQUtEtSsttezizNHLgpkMa+
ft3uYJlkeqVMzBQUHaKBbl1+Sra9IZyb76XHwakw==;24:cTTUQY8ATy+ysyMSGZavvXRZYdD+m5nEi8ri2TQyJ+
yaTqe5cC5jMribQN/7xXPFjhAkrJ9/FQsLxKddWSLrQExwPtKIvaLCKf4lmmTJcRM=
SpamDiagnosticOutput: 1:23
SpamDiagnosticMetadata: NSPM
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 10 Mar 2016 20:07:03.4912
 (UTC)
X-MS-Exchange-CrossTenant-Id: fe4e1583-fb6f-48dd-8524-d06ad7501045
X-MS-Exchange-CrossTenant-OriginalAttributedTenantConnectingIp: TenantId=fe4e1583-fb6f-48dd-
8524-d06ad7501045;Ip=[192.195.154.87];Helo=[rg6.sandiego.edu]
X-MS-Exchange-CrossTenant-FromEntityHeader: HybridOnPrem
X-MS-Exchange-Transport-CrossTenantHeadersStamped: SN1PR0601MB1614
X-OrganizationHeadersPreserved: SN1PR0601MB1614.namprd06.prod.outlook.com
X-CrossPremisesHeadersFiltered: Jabba.ad.sandiego.edu

Final-Recipient: rfc822;vfusaro@sandiego.edu
Action: failed
Status: 5.2.3
Diagnostic-Code: smtp;550 5.2.3 RESOLVER.RST.RecipSizeLimit; message too large for this recipient

page 124

EXHIBIT 19

------- Forwarded message -------
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
To: <publicsafety@sandiego.edu>
Cc:
Bcc:
Date: Thu, 10 Mar 2016 12:06:55 -0800
Subject: Fwd: Latest Development on Facebook


Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Latest Development on Facebook**
**Date:** March 10, 2016 at 12:06:20 PM PST
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>
**Cc:** Dean Ferruolo <sferruolo@sandiego.edu>

Page 125

University of San Diego Mail - Latest Development o... Facebook
Case 3:17-cv-00198-LAB-WVG   Document 55-2   Filed 04/06/18   PageID.1603   Page 132 of 317
4/5/18, 10:49 PM

EXHIBIT 09 (AH G)

 **Kevin Snow**
1 hr · �

To whom ever just swatted me (google it) and yes someone just swatted me for the second time: you are a biggot, a Nazi, and a nonbeliever in the first amendment. I don't need your help. You just want to stomp the faggot Jew out of me. I don't have any bombs or weapons or desire to cause physical harm to any living thing (for the second time I've had to say this to a cop for defending my first a amendment rights). But you do have a special place in hell waiting for you.

👍 Like        💬 Comment        ↗ Share

View 4 more comments

 **Robert Henry Moore** Ahhh. I always thought Mormons were peaceful people. Guess maybe not.
Like · Reply · 40 mins

 **Kevin Snow** OMG https://en.m.wikipedia.org/wiki/Matthew_Shepard <~all Mormons

 Matthew Shepard - Wikipedia, the free encyclopedia

EN.WIKIPEDIA.ORG

Like · Reply · 👍 1 · 39 mins

 **Darshan Patel** haha law school low key freaking out..dean even sent an email
Like · Reply · 39 mins

 **Kevin Snow** What did it say????? Omg I'm eating this up
Like · Reply · 38 mins

*EXHIBIT 100*

 **Darshan Patel** haha law school low key freaking out..dean even sent an email
Like · Reply · 37 mins

> **Kevin Snow** What did it say????? Omg I'm eating this up
> Like · Reply · 37 mins
>
> **Darshan Patel** something about rumors arent true. everyones safe, but guards are on alert. you were probably in the blast email check it out
> Like · Reply · 35 mins
>
> **Kevin Snow** Fucking rumors???? Ha!!  OMG. They really are out to destroy me. What a bunch of fucking pussies.
> Like · Reply · 34 mins
>
> **Darshan Patel** Despite the fact that we have never talked to each other and I know nothing about you other than you are a Game of Thrones fan. I suggest you talk to the Dean to get this put to bed. There are scared 1Ls out here..but do you
> Like · Reply · 🤍 1 · 11 mins
>
> **Kevin Snow** That's the best advice I've heard. I will remember it and you.  
> Like · Reply · 9 mins
>
> Write a reply...

*Page 127*

 **Kevin Snow** shared Bette Midler: Bootleg Betty's photo.
16 mins · 🔏



👍 Like          💬 Comment          ↗ Share

---

**Quinton Kawahara** <qkawahara@sandiego.edu>                    Thu, Mar 10, 2016 at 12:32 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>, "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>


Thank you, Tiffany.


Quinton "Q" Kawahara

Captain

University of San Diego

*page 128*

*EXHIBIT 104*

Department of Public Safety

Hughes 141

Phone (619) 260-7690

Fax (619) 260-2241

www.sandiego.edu/safety

## Leading Change

**THE CAMPAIGN FOR USD**

leadingchange.sandiego.edu

CONFIDENTIALITY NOTICE:  This e-mail is intended only for the review of the party to whom it is addressed.  It may contain confidential information, proprietary information, or other information that is privileged under state or federal law.  If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me.  If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited.  Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Thursday, March 10, 2016 12:07 PM
**To:** publicsafety@sandiego.edu
**Subject:** Fwd: Latest Development on Facebook

[Quoted text hidden]

*page 129*

EXHIBIT M

 Kevin Snow

To whom ever just swatted me (google it) and yes someone just swatted me for the second time: you are a biggot, a Nazi, and a nonbeliever in the first amendment. I don't need your help. You just want to stomp the faggot Jew out of me. I don't have any bombs or weapons or desire to cause physical harm to any living thing (for the second time I've had to say this to a cop for defending my first amendment rights). But you do have a special place in hell waiting for you.

Like    Comment    Share

View 4 more comments

 Robert Henry Moore Ahhh. I always thought Mormons were peaceful people Guess maybe not.
Like  Reply

 Kevin Snow OMG https://en.m.wikipedia.org/wiki/Matthew_Shepard <~all Mormons

 Matthew Shepard - Wikipedia, the free encyclopedia

Like  Reply

 Darshan Patel hana law school low key freaking out...dean even sent an email
Like  Reply

Kevin Snow What did it say????? Omg I'm eating this up
Like  Reply

EXHIBIT 110



 Darshan Patel haha law school low key freaking out. dean even sent an email
Like · Reply

 Kevin Snow What did it say????? Omg I'm eating this up
Like · Reply

 Darshan Patel something about rumors arent true. everyones safe, but guards are on alert. you were probably in the blast email check it out
Like · Reply

 Kevin Snow Fucking rumors???? Ha!! 😂😂😂 OMG. They really are out to destroy me. What a bunch a fucking pussies.
Like · Reply

 Darshan Patel Despite the fact that we have never talked to each other and I know nothing about you other than you are a Game of Thrones fan I suggest you talk to the Dean to get this put to bed. There are scared TLs out here...but do you
Like · Reply

 Kevin Snow That's the best advice i've heard. I will remember it and you. 😂😂😂😂😂
Like · Reply

EXHIBIT 110



page 132

EXHIBIT III

University of San Diego Mail - Fwd: Recent Concerns of Student Behavior                                    9/17/17, 8:10 PM

University of San Diego·

## Fwd: Recent Concerns of Student Behavior

**Victor Behar** <vbehar@sandiego.edu>                                    Thu, Mar 10, 2016 at 1:07 PM
To: Tiffany Dehon <tiffanydehon@sandiego.edu>

huhn....is this sticking head in the sand?
---------- Forwarded message ----------
From: **Law Dean** <lawdean@sandiego.edu>
Date: Thu, Mar 10, 2016 at 10:45 AM
Subject: Recent Concerns of Student Behavior
To: Various Recipients <lawdean@sandiego.edu>

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on-call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center  Serra 300. The counselor on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after-hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

--------    --------    ---------

**STEPHEN C. FERRUOLO**

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

https://mail.google.com/mail/u/0/?ui=2&ik=a0e2453b35&jsver=mjOB...t=153626&u00aa705&siml.1b362b53261d3b6b&siml=153832ada0x9f0/3          Page 1 of 3

page 133

EXHIBIT III

San Diego, CA 92110-2492

(619) 260-4527 [office]

(619) 260-6815 [fax]

sfcrruolo@sandiego.edu

**USD School of Law.**

*The Perfect Climate for Studying Law.™*

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>
To: Victor Behar <vbehar@sandiego.edu>

Thu, Mar 10, 2016 at 1:15 PM

Yes I don't think the police have found him or I don't know if they're even actively looking

Sent from my iPhone
[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>
To: Victor Behar <vbehar@sandiego.edu>

Thu, Mar 10, 2016 at 1:24 PM

I didn't even get that email until prof Cole forwarded to me

Sent from my iPhone

On Mar 10, 2016, at 1:07 PM, Victor Behar <vbehar@sandiego.edu> wrote:

[Quoted text hidden]

---

**Victor Behar** <vbehar@sandiego.edu>
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Thu, Mar 10, 2016 at 2:46 PM

I'm on campus now. There is a very out of shape public safety officer stuffing his face with what appears to be ice cream (or maybe he is trying and it is actually fro yo. LOL) But that was just at the entry of the parking lot between Warren and Pardee. He hardly looked like someone on high alert, hehe
[Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>
To: Amanda Moazzaz <amandasmoazzaz@sandiego.edu>

Thu, Mar 10, 2016 at 4:56 PM

---

page 134

EXHIBIT III

Sent from my iPhone

Begin forwarded message:

> **From:** Victor Behar <vbehar@sandiego.edu>
> **Date:** March 10, 2016 at 2:46:59 PM PST
> **To:** Tiffany Dehen <tiffanydehen@sandiego.edu>
> **Subject: Re: Recent Concerns of Student Behavior**

[Quoted text hidden]

page 135

EXHIB 112

University of San Diego

## Recent Concerns of Student Behavior

**Law Dean** <lawdean@sandiego.edu>                                      Thu, Mar 10, 2016 at 3:30 PM
To: Various Recipients <lawdean@sandiego.edu>

Dear Law Community,

I understand that rumors are circulating about threats to the university by one of our law students. We are not aware of any direct threats against anyone at the law school or the university. However, to ensure that our community is as secure as possible, the Department of Public Safety is actively monitoring the situation and will be present in the area of the law school and throughout the campus.

Please contact the Department of Public Safety directly if you have personal safety concerns or wish to report any information. Additionally, there is a counselor on call who is available to provide psychological support to students. For a formal appointment during business hours, students can secure services by visiting the online USD MyWellness Portal at https://mywellness.sandiego.edu and using their USD MySanDiego username and password to logon to the portal, calling the Counseling Center at (619) 260-4655, or walking into the Counseling Center – Serra 300. The counselor on call can be reached by calling Public Safety (x2222) on any campus telephone, otherwise call (619) 260-2222 for after hours emergencies.

Please also feel free to reach out to me or Dean D'Angelo; both of us are available to meet with you to address any of your concerns.

STEPHEN C. FERRUOLO

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

page 136

(EXH) 5B-2

**USD School of Law.**

*The Perfect Climate for Studying Law.*™

page 137

EXHIBIT 112

Verizon 3:27 PM 70%

< Messages **Fermin** Details

hmm

yeah you may be right

[illegible]

[illegible]

this isn't funny anymore

not that it ever was

Call 911

Right now

And go to Ferruolo immediately

I do not feel safe on campus anymore

 

EXHIBIT 113


**Kevin Snow**
FYI Fermin I sent these nazis an email that said I'm not going to your Nazi sign attendance classes anymore. And if they have a problem with that fucking sue me nazis. It's been 34 hours and not a peep on silent hill. If you need me to do the same for you, just say the wish and I'll rain down like the Odin I am fou


**Kevin Snow**
Stay strong pride


**Kevin Snow**
How. Dare. Û.


**Kevin Snow**
You missed a call from Kevin                    Call Back

page 139

EXHIBIT 114

FYI the group who swatted me the first time were my classmate mates Brie Johnson and Mike Cintas and Jason Holcomb. I have no hate to them. I hope to go to their grandparents barmitzfahs but I won't because they live and die and commit terrorism for the nazis. I'm so sorry society could let us be friends.



👍 Like          💬 Comment          ↗ Share

 **Kevin Snow** shared **American Reformers**'s **photo**.

 **American Reformers**

They're trying to escape the oppression of universal healthcare, guaranteed education, and mandatory paid vacation time



page 140



**Kevin Snow**

Has Obama not delivered on his promises???? Ha. I just got the email excusing me of terrorism. Ha. Omg. What do we have to do to appease these nazis? 😠😠 😠😠😠😠😠😠😠😠😠😠😠😠😠 ha

    Like        Comment        Share

See More Recent Posts



## Posts from 2016

 **Kevin Snow** added **4 new photos**.

I managed to get my hands on the STRONGEST WEED IN ALL OF SOCAL. Maybe all of California maybe even the US. This buddy here is A-Dub. Not crazy about the name but it tested today at 33%. The previous so cal...
More



Gmail URGENT SCHOOL SAFETY                                                                        3/10/18, 1:57 PM

 **Gmail**

## URGENT SCHOOL SAFETY

Tiffany Dehen <tiffany.dehen@gmail.com>                                           Sat, Mar 12, 2016 at 2:00 AM
To: "Thomas A. Smith" <tacsmith@gmail.com>

Hi Professor Smith,

As I'm sure you heard through the grapevine there was heightened security on campus the past couple days due to a particular student who has been behaving weird in class and posting weird stuff on facebook. I am disappointed in a lot of my classmates who assured me they were sending their first hand knowledge into public safety because I just emailed these new facebook posts I found and the captain responded at 8 pm tonight and said:

Thank you, Tiffany. You are the only one at this point that has forwarded anything new.
Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7690
Fax (619) 260-2241
www.sandiego.edu/safety

Campus safety/the police (allegedly) are working on it but I spoke with Dean D'Angelo this morning and she assured me the school was "doing everything they could" and to "trust the process." Then at 2:30 p.m. public safety emailed me asking if I had any info. I didn't send the new posts (posted yesterday at 12:20 p.m. after I was blocked by him on facebook weds night) in until 7 pm tonight. The captain is still working on it because he responded very quickly and said the above note.

I've been looking at everything combined with this guy's newest posts and I almost think he is playing us. I've been waiting for my friends to tell public safety what they know because I just have a bunch of hearsay but my friend Amanda sent me all these photos of his facebook the other day and she said someone noticed he wrote Iraq in Arabic in the middle of the page.

I know this sounds crazy but based on his new facebook posts I honestly think he is playing us. He keeps giving just enough information to freak everyone out but not enough to constitute a threat. He just deleted a bunch of his incriminating posts yesterday. I am getting a bad feeling and the school can't do anything b/c of "privacy" but the police haven't assured me they have checked on him either - I have called them at least 4 times since weds night. I feel like I am a direct target because I reached out to him weds before everything went crazy at school and the school is aware of all communication but the posts I found tonight are weird because he names three names specifically - but Siobhan looked them up on facebook and we can't find anything. I think they are code names for people. The school has been telling us for two days that there hasn't been a direct threat against anyone so this latest post is walking a very fine line between constituting a real threat and using fake names in place of it.

I feel like I am way too invested in this but whenever I start feeling like it's going to be okay something else comes up. Reading into his posts - everyone keeps saying oh he's just schizo but now I'm beginning to wonder if he is just messing with everyone. He called himself a terrorist - as in he knows he's terrorizing the campus. They said school was safe yesterday but 20/90 people went to wills and trusts - the class everyone expected him to try to show up to. I don't want you to get in trouble but I just want you to know I've called the police 4 times - won't take me seriously - allegedly not enough for a mental health hold and school is doing all they can allegedly - so either he's feeling whatever psychiatrist dean ferruolo told my mom examined him or he's just really good at acting crazy for fun. I

*page 142*

haven't noticed anything new since the post yesterday but I didn't know that until recently and after looking at what Amanda originally sent me yesterday - if they really haven't hospitalized him yet, I wonder if he is trying to quietly go away until he comes back for something bigger. The school keeps saying there's no threat and everyone is safe but they still have heightened security on campus - there's a big bar class that's supposed to meet all day Saturday. That would be almost our entire 3L class. Then on top of it - people keep saying he's just off his rocker and other professors admitted to my mom he's schizo. But he has been responding to people - that's not schizo - and he's been smart enough to delete all of his incriminating posts from yesterday except for the most recent one where he says the school sent an email blast excusing his terrorism. I can't find out if he's hospitalized but I don't see why public safety would still be talking to me if he was. If he's not hospitalized right now, then he knows exactly what he's doing and he's calculating his next move.

He is pretending to be jewish - or fermin suggested this dutch author who died on march 5th and that's around when all the weird posts started popping up on facebook. I've made a timeline and it goes back to last week with all the weird facebook posts and then incidents since monday when he acted out in prof. muth's class. I don't understand how there is enough evidence for a psych hold on him yet - and if they already acted on that why would they still have security on campus. I don't trust the school's process because I know of another student who got let down by the process this year - the same "expert psychiatrists" ferruolo told my mom were going to check out kevin snow, are the ones who misdiagnosed another student and gave him the worst medication possible for someone who exhibited classic textbook symptoms of bipolar - heard from the source himself. The only way he was stopped was when he started having a psychotic episode and throwing stuff in his apt - his roommate called the police and got him help immediately but that was days after the school had been notified of his erratic behavior. I was originally worried about this other guy's potential to harm himself, but I almost wonder if he's outsmarted everyone and knows when to quit - the school wouldn't come after him if he just stopped now unless he tried to come on campus. I don't believe the school will keep security up for more than a few days even if he hasn't been hospitalized. I just don't see how they can be on both sides of the argument - either he's perfectly sane and everyone can about their merry day and public safety would stop contacting me since he's no longer a threat, but reading his facebook posts - that means we have to take him at his word that he's a terrorist terrorizing people, or he's a whack job who is becoming more of a threat to himself and others by the hour as he becomes more mentally ill. Call me paranoid but I told police this was a suspected bomb threat twice - we have huge military bases here. I mean if I have to spell out the rest - to everyone else apparently I do - San Diego would be perfect for terrorists to hit because it would be a huge screw you since it would be sneaky. This guy has no friends - I messaged his mom right after he called me a nazi on weds night and she read the message yesterday but never responded. I haven't found anyone who is friends with him and the only kid who has stood up for him even admitted to me that he is off his rocker and will have to hit rock bottom before he gets better. I would rather not see what rock bottom is if I can avoid it.

Here's how we found the photos chronologically in the zip drive - all jpeg files I swear not a virus. Just too many and didn't want to send you ten emails. This doesn't even include the screenshots of his previous weird posts from the last week calling everyone an STD nazi's. I don't think enough is being done. There's another screenshot floating around I haven't been able to get that is to a barbri rep earlier this week that my friend Joe Guilino has - he sent to the dean but hasn't reached out to me other than that. I'm not sure if the dean is forwarding right away to public safety because when I spoke to them on Thurs morning they didn't have the message to Fermin that I sent myself to the dean on Weds night. There's also reports of kevin approaching two girls in the parking lot and Mason too - who all talked to public safety on weds night. Kevin acted out in MBE class so much that he kept staring at the clock as if he was waiting for something happen - words straight from Siobhan's mouth right after class - and professor sichelman noticed something was off and asked him if he was okay in class (hearsay) but then he went and filed a report with the dean right after to which the dean rushed out of his class and asked "is everyone in the writs okay" and then they've been dealing with this ever since. Prof Hirsch also noticed his weird behavior via email (which he told my mom) and thought it was schizophrenic. I heard he also acted out in Professor Muth's PR class. I heard he acted weird in one of his bar writing or research classes when he was arguing for marijuana and then the very first facebook post that got everyone's attention was talking about the reference librarian. He made some incoherent comment and then it said if you know which one (referencing librarian) I'm talking about DONT LIKE THIS STATUS and I heard he is in a class with a reference librarian. Then his statuses just got weirder and weirder. The other thing that is weird is that he attacked me and said I like Ben Carson - but Fermin has been posting some liberal posts lately and I almost think kevin thought of fermin as an ally - until fermin stopped responding to him and defriended him on facebook yesterday. Could be nothing but I think Joe Guilino tried reaching out to him the other day and got called a nazi too (the personal messages where he calls someone a nazi is addressed to me) and if I remember correctly Joe is usually outspoken republican too. I can't remember 100% but I have a feeling I remember talking to him about it. Nobody wants to get


page 143

EXHIBIT 15

involved and people have been defriending or blocking him one by one and not even keeping everyone updated because they are hoping it will just get swept under the rug and go away.  If he is mentally ill - then it won't go away.  If he's calculating his moves - then it most definitely won't go away b/c he's mocking us right now.

I don't know what I expect you to do but if you think I'm overreacting that would help.  I am highly sensitive due to the Jared Loughner shooting in Tucson a few years ago when he shot Gabby Giffords point blank at the safeway right across the street from my parent's current house.  He exhibited all the same signs - suspended from school, shut up and stopped bothering people and then 6 months later went and got guns - everyone missed the signs - and he showed up and shot 20 people at safeway on a sunday morning.

Sorry to be such a downer but if public safety is still contacting me I don't feel like it's resolved and I'm not sure they are willing to admit the possibility this could be a real threat to everyone.

Thank you,
Tiffany Dehen
520-400-1116

📧 KS.zip
12759K

Page 144

EXHIBIT 16

University of San Diego Mail - Re: Urgent                                                                                                    3/10/18, 1:26 PM

△ University of San Diego

## Re: Urgent

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                                                              Sat, Mar 12, 2016 at 4:43 AM
To: Quinton Kawahara <qkawahara@sandiego.edu>

One more thing I remembered and is bothering me.  A few months ago at a dean's mixer I was standing near the beer dispenser and said hi to my friend Mohammad - I had a couple classes with him and we usually had friendly debates. I told him my facebook - I thought my friend Eldon was standing around them - and maybe Daniel Kim - and remember thinking I knew almost everyone except for Kevin - I did not recognize him by name.  Mohammed started lacing into me about how I'm so much different in real life than I am on facebook when it comes to politics and started getting pretty harsh with the insults.  I wasn't really sure how to respond because at one point ISIS came up or I asked why his mom was trying to egypt or something and one thing led to another I can't remember the exact words leading up to it but I remember him looking me stone cold in the face and saying "I'm with isis" and I laughed it off and say like excuse me what I don't get it "I'm with a sleeper cell with isis"  He sat there for a while not saying anything and I didn't know how to react because I didn't find it funny but kevin (or whoever I think the guy was standing by mohammed was) was laughing hysterically too.  I just didn't find the idea of minimalizing terrorism very funny.  After an awkward silence he started laughing hysterically.  I didn't think it was funny because he was cathexiing me for thinking that ISIS could be a threat - this was like right after san bernardino or one of the other big events.  I didn't tell anyone because I thought he was trying to just paint me as a racist if I started crying wolf and telling people he was with ISIS but his facebook page might be worth checking out to see if he's been posting anything out of the ordinary.  After this incident a few days later he started posting some very strongly worded political opinions that started making me uncomfortable so I blocked him because I didn't think his joking around about ISIS was funny.  Might be worth checking him out just to make sure everything's okay.  I'm worried about my friends going to the all day event on campus tomorrow.

On Mar 12, 2016, at 2:10 AM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

Please find enclosed a zip drive that has all the photos chronologically in the order in which they became known to me.

Please notice the first message sent to Fermin around Monday  Please also notice photo #17 where my friend quotes in her text message - "Sally says he spoke Iraqi in arabic in the middle of the page".

Call me crazy but based on his last two messages I sent you earlier tonight - he could be mocking us.  He seems to be trying to do just enough to constitute a scare, but not enough to constitute a direct threat.  Is he completely sane and knows what he is saying - so we should take him at his word when he says he is terrorizing this school - or is he completely crazy and need to be admitted to the hospital?  He dabbled all of his incriminating posts from yesterday.  He has been responsive to people - that does not seem to fall into the schizo category.  I'm no doctor but I have seen schizophrenic and usually there is no getting through to them.  What if he is mocking us - showing that the school approved of his terrorism and leaving that post up for everyone to see for over 24 hours.  He has been quiet since - either you guys got him (in which case I'm wondering why you're still contacting me) or he is not in custody yet - in which case I don't feel safe and by the looks of it, nor do a lot of law students.

There is a photo circulating that he sent via linkedin message to a barbri rep earlier this week - I was not able to get the name of the student who has it.  There is also another incident of him directly calling another student a nazi - if I remember correctly this student has the same outspoken political views I do - the opposite of my friend Fermin, which is why I think Kevin originally reached out to Fermin and thought of him as an ally (until he stopped responding and defriended him on facebook last night).

If he has not been hospitalized I am even more concerned because now I am starting to wonder if he actually does know what is going on.

Please open the zip - no virus I swear just all the photos labeled chronologically in the order I received them.

Tiffany Dehen

<KS.zip>

On Mar 11, 2016, at 8:02 PM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:

Thank you, Tiffany. You are the only one at this point that has forwarded anything new

Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-2222
Fax (619) 260-2741
www.sandiego.edu/safety

CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to whom it is addressed. It may contain confidential information, proprietary information, or other information that is privileged under state or federal law. If you received this e-mail in error or if you are


Page 145

*Exhibit 9*

not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me. If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited. Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.

On Fri, Mar 11, 2016 at 7:28 PM -0800, "Tiffany Dehen" <tiffanydehen@sandiego.edu> wrote:

I heard a lot more kids defriended him on Facebook. I'm disappointed in my classmates   am I the only one sending you photos still?

My friend said he deleted everything but this

<image1.JPG>

<image2.PNG>
Sent from my iPhone

On Mar 11, 2016, at 2:36 PM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:

> Hi Tiffany,
>
> First off I want to thank you for keeping us updated on Kevin's posts on Facebook.
>
> I also wanted to check in with you to see how you are doing and to see if you have noticed any new Facebook post that Kevin has posted.
>
> Thank you,
>
> Quinton "Q" Kawahara
> Captain
> University of San Diego
> Department of Public Safety
> Hughes 141
> Phone (619) 260-7690
> Fax (619) 260-2241
> www.sandiego.edu/safety
>
> <image001.png>
> publicsafety.sandiego.edu
>
> CONFIDENTIALITY NOTICE:  This e-mail is intended only for the review of the party to whom it is addressed.  It may contain confidential information, proprietary information, or other information that is privileged under state or federal law.  If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me.  If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited.  Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.

> **From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
> **Sent:** Thursday, March 10, 2016 11:54 AM
> **To:** Quinton Kawahara <qkawahara@sandiego.edu>
> **Cc:** publicsafety@sandiego.edu
> **Subject:** Re: Urgent
>
> <image002.png> <image003.png>
>
>> On Mar 10, 2016, at 11:17 AM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:
>>
>> Thank you, Tiffany.  This has been passed along to SDPD as well
>>
>> Quinton "Q" Kawahara
>> Captain
>> University of San Diego
>> Department of Public Safety
>> Hughes 141

*Page 146*

(Exhibit 16)

Phone (619) 260-7690
Fax (619) 260-2241
www.sandiego.edu/safety

<image001.png>
leadingchange.sandiego.edu

CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to
whom it is addressed. It may contain confidential information, proprietary information, or other
information that is privileged under state or federal law. If you received this e-mail in error or if
you are not the intended recipient, please delete this e-mail and any attachments without reading,
printing, copying or forwarding them, and please notify me. If you are not the intended recipient
of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of
this e-mail and any attachments is without authorization and is prohibited. Unintended
transmission shall not constitute a waiver of the confidential or proprietary nature of the contents
of this e-mail, nor shall it constitute a waiver of any applicable privilege

**From:** Tiffany Dehon [mailto:tiffanydehon@sandiego.edu]
**Sent:** Thursday, March 10, 2016 10:47 AM
**To:** Quinton Kuwahara <qkuwahara@sandiego.edu>
**Cc:** publicsafety@sandiego.edu
**Subject:** Re: Urgent

I tried sending more but they keep coming back as undeliverable.
<image002.png><image004.jpg>

> On Mar 10, 2016, at 10:42 AM, Quinton Kuwahara <qkuwahara@sandiego.edu>
> wrote:
>
> Thank you. Tiffany. All of your info has been passed along to SDPD.
>
> Quinton "Q" Kuwahara
> Captain
> University of San Diego
> Department of Public Safety
> Hughes 141
> Phone (619) 260-7690
> Fax (619) 260-2241
> www.sandiego.edu/safety
>
> <image001.png>
> leadingchange.sandiego.edu
>
> CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the
> party to whom it is addressed. It may contain confidential information, proprietary
> information, or other information that is privileged under state or federal law. If you
> received this e-mail in error or if you are not the intended recipient, please delete the
> e-mail and any attachments without reading, printing, copying or forwarding them,
> and please notify me. If you are not the intended recipient of this e-mail, please be
> aware that any disclosure, copying, distribution or use of the contents of this e-mail
> and any attachments is without authorization and is prohibited. Unintended
> transmission shall not constitute a waiver of the confidential or proprietary nature of
> the contents of this e-mail, nor shall it constitute a waiver of any applicable
> privilege.
>
> **From:** Tiffany Dehon [mailto:tiffanydehon@sandiego.edu]
> **Sent:** Thursday, March 10, 2016 10:36 AM
> **To:** publicsafety@sandiego.edu
> **Subject:** Fwd: Urgent

page 147

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: Urgent**
**Date:** March 10, 2016 at 9:27:03 AM PST
**To:** Kevin Cole <kcole@sandiego.edu>

And here are additional photos other students sent me from his
Facebook page:

<image002.png><image003.png><image004.png><image005.png><
image006.png><image007.png><image008.png><image009.png><
image010.png>

> On Mar 10, 2016, at 9:25 AM, Tiffany Dehen
> <tiffanydehen@sandiego.edu> wrote:
>
> This Facebook message was sent to my friend Fermin last
> night. I think he thinks of him as an ally.
>
> <IMG_3469.JPG>
>
>> On Mar 10, 2016, at 9:24 AM, Tiffany Dehen
>> <tiffanydehen@sandiego.edu> wrote:
>>
>> And yes I do think I could potentially be a
>> target - I was really concerned about him and I
>> reached out yesterday which I shouldn't have
>> done but my mom is concerned about his
>> mental state. I haven't been able to find
>> anyone who knows if he's safe or where he is.
>> He can't help it right now he's having a
>> psychotic break. I sent to the deans but this
>> was our conversation:
>>
>>> hey kevin i'm not sure if we
>>> have talked a whole lot but
>>> i just wanted to check in
>>> and see how you're doing.
>>> i went through a
>>> lot of stress last year so i
>>> can relate if you want to
>>> talk about anything! I'm
>>> worried about you

[image]

>>> Who the fuck are

page 148

EXHIBIT 116

you???????? Fuck off
Nazi bitch I'm better than
I've ever been quit trying to
make me someone that
should give
a shit about you the only
reason you're my     I'm not
Facebook friend is     on your
because you're amazed at   deck
what I'm doing with my life  I'm at
my
house

Fucking Nazi Wtf

i am
really
worried
about
you
and I
Don't pretend like I don't   truly
know you're on the deck    mean
right now    that

She does nothing On Mar 10,
2016, at 9:19
AM, Kevin
Cole

If you want friends go join
the Ben Carson campaign

<kcole@sandiego.edu> wrote:

Do you think you are his target? I
don't see him on the evidence class
list so I'm assuming that's why you
let me know.

-----Original Message-----
From: Tiffany Dehen
[mailto:tiffanydehen@sandiego.
edu]
Sent: Thursday, March 10, 2016
7:46 AM
To: Kevin Cole
Subject: Urgent

Page 149

EXHIBIT 110

Hi Professor Cole,

There is an incident going on with
a student from school right now -
hopefully you're aware of it but
this guy has been acting erratic the
past few days and posting bizarre
stuff on Facebook. The
administration and dean have been
notified and are working on it, as
well as public safety but I am
concerned that the student is still
not getting the medical help he
needs. He posted again on
Facebook at 4 am. I know he has
rights but he's not in his right
mind. His latest post is quite
concerning but the police assured
me public safety is working on it. I
don't feel safe coming to campus
today until this matter is resolved.
I haven't been able to find anyone
that is close to Kevin - I've heard
from several people he's very
antisocial. I've already sent
everything I have to Ferruolo and
D'Angelo and I know they are
working on it but until he is
hospitalized I am very concerned
about his safety and the safety of
everyone at school. Just wanted to
let you know in case you're
unaware of the situation.
Hopefully this will be resolved
before evidence today.

Thank you,
Tiffany Dehen

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                          Wed, Jul 20, 2016 at 3:57 PM
Draft

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: Urgent**
**Date:** March 12, 2016 at 4:43:33 AM PST
**To:** Quinton Kawahara <qkawahara@sandiego.edu>
[more screens]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                          Wed, Jul 20, 2016 at 4:02 PM
Draft

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: Urgent**
**Date:** March 12, 2016 at 4:43:33 AM PST

https://mail.google.com/mail/u/0/?ui=2&ik=a9e245cb358&jsver=kb1D...&qs=true&search=query&th=1560afc0f3851a49&siml=1536afe70ca8657b        Page 8 of 7

page 150

EXHIBIT 116

University of San Diego Mail - Re: Urgent

3/10/18, 1:78 PM

To: Quinton Kawahara <qkawahara@sandiego.edu>

[Nested text history]

page 151

EXHIBIT 17

M Gmail

Lili Dehen <ldehenaz@gmail.com>

---

**Fwd: Urgent**

---

Tiffany Dehen <tiffanydehen@sandiego.edu>                                                            Sat, Mar 12, 2016, 5:20 AM
To: Lili Dehen <ldehenaz@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
> **Date:** March 12, 2016 at 2:10:47 AM PST
> **To:** Quinton Kawahara <qkawahara@sandiego.edu>
> **Subject: Re: Urgent**
>
> Please find enclosed a zip drive that has all the photos chronologically in the order in which they became known to me.
>
> Please notice the first message sent to Fermin around Monday.  Please also notice photo #17 where my friend quotes in her text message – "auty says he spelled Iraq in arabic in the middle of the page".
>
> Call me crazy but based on his last two messages I sent you earlier tonight – he could be mocking us.  He seems to be trying to do just enough to constitute a scare, but not enough to constitute a direct threat.  Is he completely sane and knows what he is saying – so we should take him at his word when he says he is terrorizing the school – or is he completely crazy and need to be admitted to the hospital?  He deleted all of his incriminating posts from yesterday.  He has been responsive to people – that does not seem to fall into the schizo category.  I'm no doctor but I have seen schizophrenic and usually there is no getting through to them.  What if he is mocking us – showing that the school approved of his terrorism and leaving that post up for everyone to see for over 24 hours.  He has been quiet since – either you guys got him (in which case I'm wondering why you're still contacting me) or he is not in custody yet – in which case I don't feel safe and by the looks of it, nor do a lot of law students.
>
> There is a photo circulating that he sent via linkedin message to a barbri rep earlier this week – I was not able to get the name of the student who has it.  There is also another incident of him directly calling another student a nazi – if I remember correctly this student has the same outspoken political views I do – the opposite of my friend Fermin, which is why I think Kevin originally reached out to Fermin and thought of him as an ally (until he stopped responding and defriended him on facebook last night).
>
> If he has not been hospitalized I am even more concerned because now I am starting to wonder if he actually does know what is going on.
>
> Please open the zip – no virus I swear just all the photos labeled chronologically in the order I received them.
>
> Tiffany Dehen
>
>
>
>
> On Mar 11, 2016, at 8:02 PM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:
>
> Thank you, Tiffany. You are the only one at this point that has forwarded anything new.
>
> Quinton "Q" Kawahara
> Captain
> University of San Diego
> Department of Public Safety
> Hughes 141
> Phone (619) 260-7690
> Fax (619) 260-2241
> www.sandiego.edu/safety
>
> CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to whom it is addressed. It may contain confidential information, proprietary information, or other information that is privileged under state or federal law. If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me. If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited. Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.
>
>
>
> On Fri, Mar 11, 2016 at 7:29 PM -0800, "Tiffany Dehen" <tiffanydehen@sandiego.edu> wrote:
>
> I heard a lot more kids defriended him on Facebook. I'm disappointed in my classmates – am I the only one sending you photos still?
>
> My friend said he deleted everything but this

EXHIBIT 17

<image1.JPG>

<image2.PNG>
Sent from my iPhone

On Mar 11, 2016, at 2:36 PM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:

Hi Tiffany,

First off I want to thank you for keeping us updated on Kevin's posts on Facebook.

I also wanted to check in with you to see how you are doing and to see if you have noticed any new Facebook post that Kevin has posted.

Thank you,

Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7690
Fax (619) 260-2241
www.sandiego.edu/safety

<image001.png>
leadingchange.sandiego.edu

CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to whom it is addressed. It may contain confidential information, proprietary information, or other information that is privileged under state or federal law. If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me. If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited. Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Thursday, March 10, 2016 11:54 AM
**To:** Quinton Kawahara <qkawahara@sandiego.edu>
**Cc:** publicsafety@sandiego.edu
**Subject:** Re: Urgent

<image002.png><image003.png>

On Mar 10, 2016, at 11:17 AM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:

Thank you, Tiffany. This has been passed along to SDPD as well.

Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7690
Fax (619) 260-2241

www.sandiego.edu/safety

<image001.png>
leadingchange.sandiego.edu

CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to

EXHIBIT 17

whom it is addressed.  It may contain confidential information, proprietary information, or other information that is privileged under state or federal law.  If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me.  If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited.  Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Thursday, March 10, 2016 10:47 AM
**To:** Quinton Kawahara <qkawahara@sandiego.edu>
**Cc:** publicsafety@sandiego.edu
**Subject:** Re: Urgent

I tried sending more but they keep coming back as undeliverable.
<image002.png><image004.jpg>

> On Mar 10, 2016, at 10:42 AM, Quinton Kawahara <qkawahara@sandiego.edu> wrote:
>
> Thank you, Tiffany.  All of your into has been passed along to SDPD.
>
> Quinton "Q" Kawahara
> Captain
> University of San Diego
> Department of Public Safety
> Hughes 141
> Phone (619) 260-7690
> Fax (619) 260-2241
> www.sandiego.edu/safety
>
> <image001.png>
> leadingchange.sandiego.edu
>
> CONFIDENTIALITY NOTICE:  This e-mail is intended only for the review of the party to whom it is addressed.  It may contain confidential information, proprietary information, or other information that is privileged under state or federal law.  If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any attachments without reading, printing, copying or forwarding them, and please notify me.  If you are not the intended recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail and any attachments is without authorization and is prohibited.  Unintended transmission shall not constitute a waiver of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable privilege.
>
> **From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
> **Sent:** Thursday, March 10, 2016 10:36 AM
>
> **To:** publicsafety@sandiego.edu
> **Subject:** Fwd: Urgent

Begin... ..warded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Re: Urgent**
**Date:** March 10, 2016 at 9:27:03 AM PST
**To:** Kevin Cole <kcole@sandiego.edu>

And here are additional photos other students sent me from his Facebook page:

<image002.png><image003.png><image004.png><image005.png><image006.png><image007.png><image008.png><image009.png><image010.png>

On Mar 10, 2016, at 9:25 AM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

This Facebook message was sent to my friend Fermin last night. I think he thinks of him as an ally.

<IMG_3469.JPG>

On Mar 10, 2016, at 9:24 AM, Tiffany Dehen <tiffanydehen@sandiego.edu> wrote:

And yes I do think I could potentially be a target - I was really concerned about him and I reached out yesterday which I shouldn't have done but my mom is concerned about his mental state. I haven't been able to find anyone who knows if he's safe or where he is. He can't help it right now he's having a psychotic break. I sent to the deans but this was our conversation:

hey kevin i'm not sure if we have talked a whole lot but i just wanted to check in and see how you're doing. i went through a lot of stress last year so i can relate if you want to talk about anything! I'm worried about you

Who the fuck are

page 155

you?????? Fuck off
Nazi bitch I'm better than
I've ever been quit trying to
make me someone that
should give
a shit about you the only
reason you're my
Facebook friend is
because you're amazed at
what I'm doing with my life

i'm
not
on
your
deck
i'm
at
my
hous
e

Fucking Nazi Wtf

i am
reall
y
worri
ed
abou
t you
and i
truly
mea
n
that

Don't pretend like I don't
know you're on the deck
right now

She does nothing

If you want friends go join
the Ben Carson campaign

On Mar 10, 2016, at 9:19 AM,
Kevin Cole
<kcole@sandiego.edu> wrote:

Do you think you are his target?
I don't see him on the evidence
class list so I'm assuming that's
why you let me know.

-----Original Message-----
From: Tiffany Dehen
[mailto:tiffanydehen@sandiego.

Page 156

Sent: Thursday, March 10, 2016
7:46 AM
To: Kevin Cole
Subject: Urgent

Hi Professor Cole,

There is an incident going on
with a student from school right
now - hopefully you're aware of
it but this guy has been acting
erratic the past few days and
posting bizarre stuff on
Facebook. The administration
and dean have been notified and
are working on it, as well as
public safety but I am
concerned that the student is
still not getting the medical help
he needs. He posted again on
Facebook at 4 am. I know he
has rights but he's not in his
right mind. His latest post is
quite concerning but the police
assured me public safety is
working on it. I don't feel safe
coming to campus today until
this matter is resolved. I haven't
been able to find anyone that is
close to Kevin - I've heard from
several people he's very
antisocial. I've already sent
everything I have to Ferruolo
and D'Angelo and I know they
are working on it but until he is
hospitalized I am very
concerned about his safety and
the safety of everyone at
school. Just wanted to let you
know in case you're unaware of
the situation. Hopefully this
will be resolved before
evidence today.


Thank you,
Tiffany Dehen


KS.zip

page 157


University of San Diego

# Following Up

Meredith D'Angelo <meredithdangelo@sandiego.edu> Sat, Mar 12, 2016 at 2:10 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Dear Tiffany,

To follow up on yesterday's conversation, I want to reiterate that the university is actively managing this matter. As we discussed, for reasons of confidentiality the university is not at liberty to share all of the various measures that have been taken to ensure that the campus and all members of the community remain safe. As we further discussed, please let me know if you decide that you want the university to issue a no contact letter to Kevin Snow. Your assistance has been appreciated thus far and there is no obligation for you to continue seeking out information. However, please do advise the Department of Public Safety if you are contacted by Mr. Snow, regardless of whether a no contact letter has been issued.

I recognize that you may be feeling scared or anxious and want to ensure you know that the university has resources available to provide support to students. Students who want to take advantage of the counselor on-call can make an appointment through the online USD MyWellness Portal at https://mywellness.sandiego.edu, call the Counseling Center at (619) 260-4655, or walk into the Counseling Center – Serra 300 during business hours. For after-hours emergencies, students can call Public Safety (x2222) on any campus telephone or (619) 260-2222 from off-campus to reach the counselor on call.

Sincerely,

MEREDITH D'ANGELO

Assistant Dean for Law Student Affairs

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 218

San Diego, CA 92110-2492

(619) 260-4651 [office]

law.sandiego.edu

USD School of Law.

*The Perfect Climate for Studying Law.*

EXHIBIT 178

page 159

University of San Diego Mail - Re: Safety Concerns                                                                        3/10/18, 1:06 PM

*University of San Diego*

## Re: Safety Concerns

**Jen Gmail** <jreardon@sandiego.edu>                                                    Mon, Mar 14, 2016 at 3:18 PM
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>, larryb@sandiego.edu

Here is a picture of the Facebook post

> On Mar 14, 2016, at 3:02 PM, Jennifer Reardon <jreardon@sandiego.edu> wrote:
>
> Dean D'Angelo and Mr. Barnett-
>
> I would like to know the University's plans to protect the law students now that Kevin Snow has been released from
his mandatory 72 hour hospital hold. I understand that Kevin is barred from campus but how is the University ensuring
this occurs. What protection is in place if he does come on campus?
>
> I was afraid to come to class this morning as Kevin was in my class and there are too many unknown factors. I
recently became aware that Kevin was placed on a 72hour mandatory hold but was released today. Kevin posted a
photo on Facebook of a complaint he filed with the White House regarding his civil rights and USD School of Law.
Clearly, he is not happy within weeks of graduation to be barred from school and his mental judgment has recently
been questioned.
>
> This causes a great deal of anxiety for me to return to school. Please let me know what steps are being taken to
protect the students.
>
> Sincerely,
> Jennifer Reardon
>
>
>
> Jennifer Reardon
> University of San Diego School of Law
>

 **Image1.jpeg**
1143K

Page 160

EXHIBIT 19

**Jennifer Reardon** <jreardon@sandiego.edu>                          Mon, Mar 14, 2016 at 5:55 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Jennifer Reardon
University of San Diego School of Law

---------- Forwarded message ----------
From: **Meredith D'Angelo** <meredithdangelo@sandiego.edu>
Date: Mon, Mar 14, 2016 at 5:52 PM
Subject: RE: Safety Concerns
To: "jreardon@sandiego.edu" <jreardon@sandiego.edu>
Cc: Larry Barnett <larryb@sandiego.edu>

Dear Jennifer,

Thank you for your email. Thank you also for providing the screenshot in your second email; we have seen this communication. I have copied Chief Barnett on this response, as the law school works closely with the Department of Public Safety on matters related to the safety and security of our students and the campus. The university takes all incidents related to student safety very seriously. At this point, I can confirm that the university is actively managing this matter. For reasons related to confidentiality and security, the university is not at liberty to share all of the various measures that have been taken to ensure that the campus and all members of the community remain safe. However, this does not mean that such measures have not been taken.

I am truly sorry to hear that this situation has caused you any anxiety and reiterate that the situation is currently being handled by the university and the Department of Public Safety. Please keep in mind that the university has available resources to provide support to students, such as the Counseling Center and counselor on-call, which are free, confidential, and accessible both during and after regular business hours.

I would also be glad to speak with you further if you would like to call or stop by at your convenience.

Sincerely,

--------------------   ---------------

MEREDITH D'ANGELO

Assistant Dean for Law Student Affairs

University of San Diego School of Law

Warren Hall Room 218

(619) 260-4651 [office]


page 161

EXHIBIT 119

**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Monday, March 14, 2016 3:03 PM
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>; Larry Barnett <darryb@sandiego.edu>
**Subject:** Safety Concerns

Dean D'Angelo and Mr. Barnett-

I would like to know the University's plans to protect the law students now that Kevin Snow has been released from his mandatory 72 hour hospital hold. I understand that Kevin is barred from campus but how is the University ensuring this occurs. What protection is in place if he does come on campus?

I was afraid to come to class this morning as Kevin was in my class and there are too many unknown factors. I recently became aware that Kevin was placed on a 72hour mandatory hold but was released today. Kevin posted a photo on Facebook of a complaint he filed with the White House regarding his civil rights and USD School of Law. Clearly, he is not happy within weeks of graduation to be barred from school and his mental judgment has recently been questioned.

This causes a great deal of anxiety for me to return to school. Please let me know what steps are being taken to protect the students.

Sincerely,

Jennifer Reardon

Jennifer Reardon

University of San Diego School of Law

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                Mon, Mar 14, 2016 at 6:14 PM
To: Lili Dehen <idchenaz@gmail.com>

Begin forwarded message:

**From:** Jennifer Reardon <jreardon@sandiego.edu>

Page 162

EXHIBIT 119

**Subject: Fwd: Safety Concerns**
**Date:** March 14, 2016 at 5:55:22 PM PDT
**To:** Tiffany Dehen <tiffanydehen@sandiego.edu>
[Quoted text hidden]

---

**Lili Dehen** <ldehenaz@gmail.com>                                                                                Mon, Mar 14, 2016 at 6:24 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Really great letter fr Jennifer.  Very impressed.

Std letter fr D'Angelo, cd hav written it myself.  Same as wat she said on phone.  Lik a recording.

Wonder what u can do to feel safe?  How about a Bodyguard.  It may be necessary.

The big problem is:  psychosis means out of touch w reality.  Harmless?  Harmful?  Who knows.  Dr. Weslin says 'u just don't know'.

Just hav other kids send similar letters, even redundant, and they will eventually get tired of dealing w this.

The secretary did not hav this post earlier, so I think Jennifer is one who sent it.


Sent from my iPhone
[Quoted text hidden]

---

**Jennifer Reardon** <jreardon@sandiego.edu>                                                                    Wed, Mar 16, 2016 at 12:44 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Jennifer Reardon
University of San Diego School of Law


———— Forwarded message ————
From: **Jennifer Reardon** <jreardon@sandiego.edu>
Date: Wed, Mar 16, 2016 at 12:43 PM
Subject: Re: Safety Concerns
To: Stephen Ferruolo <sferruolo@sandiego.edu>
Cc: Meredith D'Angelo <meredithdangelo@sandiego.edu>, Larry Barnett <larryb@sandiego.edu>


Dean Ferruolo-

I am not sure if you meant for me to be on the last email string but attached is the screen shot from Kevin's Facebook post. Kevin placed a complaint with the White House regarding his civil rights and USD School of Law. I am going to reiterate my concern for the safety of students and faculty at the law school. I understand that additional security is to be at Warren Hall but this morning I saw one security guard who was more concerned with getting his coffee than performing professional services.

My idea of additional security is more than one officer wandering around Warren Hall. I will ask again, what are the plans to protect the students? How many security guards, what shifts? What about the LRC? Many students are concerned for there safety and feel they are being placated. Kevin is unstable and upset with the law school which

Page 163

may lead to a perfect storm.

I have kept Kevin as a friend on Facebook so that I can keep tabs on him. If you would like me to continue to send pictures of relevant post, please let me know.

Jennifer Reardon

Jennifer Reardon
University of San Diego School of Law

On Wed, Mar 16, 2016 at 11:58 AM, Stephen Ferruolo <sferruolo@sandiego.edu> wrote:

Please send

---

STEPHEN C. FERRUOLO

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(858) 967-0459 [cell]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

USD School of Law.

*The Perfect Climate for Studying Law.*™

**From:** Meredith D'Angelo
**Sent:** Monday, March 14, 2016 5:52 PM
**To:** jreardon@sandiego.edu
**Cc:** Larry Barnett
**Subject:** RE: Safety Concerns

*Page 164*

Dear Jennifer,

Thank you for your email. Thank you also for providing the screenshot in your second email; we have seen this communication. I have copied Chief Barnett on this response, as the law school works closely with the Department of Public Safety on matters related to the safety and security of our students and the campus. The university takes all incidents related to student safety very seriously. At this point, I can confirm that the university is actively managing this matter. For reasons related to confidentiality and security, the university is not at liberty to share all of the various measures that have been taken to ensure that the campus and all members of the community remain safe. However, this does not mean that such measures have not been taken.

I am truly sorry to hear that this situation has caused you any anxiety and reiterate that the situation is currently being handled by the university and the Department of Public Safety. Please keep in mind that the university has available resources to provide support to students, such as the Counseling Center and counselor on-call, which are free, confidential, and accessible both during and after regular business hours.

I would also be glad to speak with you further if you would like to call or stop by at your convenience.

Sincerely,

--------        ------------------------------

MEREDITH D'ANGELO

Assistant Dean for Law Student Affairs

University of San Diego School of Law

Warren Hall Room 218

(619) 260-4651 [office]

**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Monday, March 14, 2016 3:03 PM
**To:** Meredith D'Angelo <meredithdangelo@sandiego.edu>; Larry Barnett <larryb@sandiego.edu>
**Subject:** Safety Concerns

Dean D'Angelo and Mr. Barnett-

I would like to know the University's plans to protect the law students now that Kevin Snow has been released from his mandatory 72 hour hospital hold. I understand that Kevin is barred from campus but how is the University ensuring this occurs. What protection is in place if he does come on campus?

page 165

EXHIBIT 114

I was afraid to come to class this morning as Kevin was in my class and there are too many unknown factors. I recently became aware that Kevin was placed on a 72hour mandatory hold but was released today. Kevin posted a photo on Facebook of a complaint he filed with the White House regarding his civil rights and USD School of Law. Clearly, he is not happy within weeks of graduation to be barred from school and his mental judgment has recently been questioned.

This causes a great deal of anxiety for me to return to school. Please let me know what steps are being taken to protect the students.

Sincerely,

Jennifer Reardon

Jennifer Reardon

University of San Diego School of Law



**Complaint to White House.jpeg**
1143K

**Jennifer Reardon** <jreardon@sandiego.edu>                        Wed, Mar 16, 2016 at 4:23 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Jennifer Reardon
University of San Diego School of Law

---------- Forwarded message ----------
From: **Larry Barnett** <larryb@sandiego.edu>
Date: Wed, Mar 16, 2016 at 4:04 PM
Subject: RE: Safety Concerns

page 106

EXHIBIT 11/19

University of San Diego Mail - Re: Safety Concerns                                             3/10/18, 1:30 PM

To: Jennifer Reardon <jreardon@sandiego.edu>, Stephen Ferruolo <sferruolo@sandiego.edu>
Cc: Meredith D'Angelo <meredithdangelo@sandiego.edu>

Ms. Reardon,

He was on campus for a pre-arranged meeting today.

Larry Barnett

Chief Larry E. Barnett
Assistant Vice President for Public Safety
University of San Diego
5998 Alcala Park, Hughes Administration Center
Room 144
San Diego, CA 92110-2492
619.260.7777
www.sandiego.edu/safety

*Leading Change*

THE **CAMPAIGN** FOR **USD**

leadingchange.sandiego.edu

CONFIDENTIALITY NOTICE: This e-mail is intended only for the review of the party to whom it is addressed.  It may
contain confidential information, proprietary information, or other information that is privileged under state or federal
law.  If you received this e-mail in error or if you are not the intended recipient, please delete the e-mail and any
attachments without reading, printing, copying or forwarding them, and please notify me.  If you are not the intended
recipient of this e-mail, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail
and any attachments is without authorization and is prohibited.  Unintended transmission shall not constitute a waiver
of the confidential or proprietary nature of the contents of this e-mail, nor shall it constitute a waiver of any applicable
privilege.

**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Wednesday, March 16, 2016 1:21 PM
**To:** Stephen Ferruolo <sferruolo@sandiego.edu>
**Cc:** Meredith D'Angelo <meredithdangelo@sandiego.edu>; Larry Barnett <larryb@sandiego.edu>
**Subject:** Re: Safety Concerns

All-

page 107

EXHIBIT 114

University of San Diego Mail - Re: Safety Concerns                                    3/10/18, 1:05 PM

The last picture infers that Kevin was on campus an escorted off. Is this true?


Jennifer


Jennifer Reardon

University of San Diego School of Law



On Wed, Mar 16, 2016 at 1:17 PM, Jen Gmail <jreardon@sandiego.edu> wrote:



 

### Kevin St. Snow
3 hrs · 



😆 😆 😆 😆 😼 👮 **Matthew** takk glåre "ives of March" lol

### Robert F Jursik

Yesterday at 8:06 AM · 



https://mail.google.com/mail/u/0/?ui=2&ik=a8c2453b386jsver=k6TD...f=15377d8a16b5bd40&siml=15380f572c90a39?&siml=15381ba6410b62b4          Page 9 of 15

Page 168

EXHIBIT 117



News Feed     Requests  ⓵     Messenger    Notifications  ⓷    More



●●●○○ AT&T 📶 ⁂          11:19 AM          ⚹ 🔋

🔍          Kevin St. Snow

 **Kevin St. Snow**
4 hrs · 🌐

On this day of Russ, we (peacefully) honor
Jon

EXHIBIT 1717

"BurkinshawøBobackøBarriosøSalinasøAvillaø
..."Snow who was matyred by the Mormons.
RIP 1996. Alt    666 få Norge.

#paganpoetry 

 Xander Avila

👍 Like          💬 Comment          ➡️ Share

 Kevin St. Snow
5 hrs ·

There's nothing like a good fight to get you in
the mood for f-cking. - ole Lannister mantra

👍 Like          💬 Comment          ➡️ Share

 Kevin St. Snow
7 hrs ·

    
News Feed    Requests    Messenger    Notifications    More

●●●○○ AT&T 📶 ☀️     11:19 AM

Page 170

EXHIBIT 177/19



< Q  Kevin St. Snow

👍 Like          💬 Comment          ↗ Share


**Kevin St. Snow**
7 hrs · 🌐

Russ! Gay holocaust metal!!!!!! 😈😈😈 ⛄ ⛄
⛄ 666 😩 😩 RIP Hügø Stïglitż



**True Norwegian Black Metal | VICE**

An introduction to the Black Metal scene of Bergen, No...

youtu.be

👍 Like          💬 Comment          ↗ Share


**Kevin St. Snow** updated his cover photo.

page 171

EXHIBIT 19

University of San Diego Mall - Re: Safety Concerns                                    3/10/18, 1:36 PM

7 hrs · 🌐



News Feed        Requests        Messenger        Notifications        More

On Mar 16, 2016, at 1:05 PM, Stephen Ferruolo <sferruolo@sandiego.edu> wrote:

●●●●○ AT&T 📶                    1:08 PM                              🔋■

‹              Q   Kevin St. Snow

 **Kevin St. Snow**
32 mins · 🔒

I wish I had gotten one of the cops to take a picture of me with my wanted poster on USD. I don't think the one who escorted me today thought my outfit was somehow ironically funny. I feel like Jessie James 😆👿 russefeiring 2016 Alt få Norge drittsakks



https://mail.google.com/mail/u/0/?ui=2&ik=59c2453b39&jsver=kBT..l=1537746a169bbd45&simt=1538015774c98a80/&simt=1538bbe54106b2b4          Page 13 of 15

page 172

EXHIBIT 119

University of San Diego Mail - Re: Safety Concerns                                    3/15/19, 1:36 PM





News Feed    Requests    Messenger    Notifications    More

Dear Jennifer:

Thank you for your email.

I wanted to make sure that the email had been sent to you. I am pleased that it was.

I can assure you that I believe that the security measures we have implemented are appropriate to
the situation.

Please do continue provide any information you have about additional postings.

page 173

EXHIBIT 119

Best wishes,

. . . . . . . .          . . . . . . . .          . . . . . . . . .

STEPHEN C. FERRUOLO

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4527 [office]

(858) 967-0459 [cell]

(619) 260-6815 [fax]

sferruolo@sandiego.edu

USD School of Law.

*The Perfect Climate for Studying Law.™*

**From:** Jennifer Reardon [mailto:jreardon@sandiego.edu]
**Sent:** Wednesday, March 16, 2016 12:44 PM
**To:** Stephen Ferruolo
**Cc:** Meredith D'Angelo; Larry Barnett
**Subject:** Re: Safety Concerns

[Quoted text hidden]

page 174

EXHIBIT 120

University of San Diego Mail - Information

3/10/18, 1:36 PM

🎓 University of San Diego

## Information

Tiffany Dehen <tiffanydehen@sandiego.edu>
To: Meredith D'Angelo <meredithdangelo@sandiego.edu>
Cc: Dean Ferruolo <sferruolo@sandiego.edu>

Mon, Mar 14, 2016 at 3:36 PM

Just want to keep the school informed. Please find enclosed Kevin Snow Facebook post from today.

●●●○○ Sprint 🤶            12:16 PM                    ⚞ ⌖ ⟐ ▬▭

                    🔒 whitehouse.gov                        ↻

California

## COUNTRY *

United States

## ZIP CODE *

92116

## SUBJECT *

Civil Rights

## WHAT WOULD YOU LIKE TO SAY? *

The following is an email I wrote to USD law. Ple
advise them. It's urgent.

https://mail.google.com/mail/u/0/?ui=2&ik=a9c24b0b968jsver=k01D_l=153774e84ba8668b&simil=1b377b130×17daa&simil=1537027b8a25×bb

Page 1 of 5

page 175

EXHIBIT 120

University of San Diego Mail - Information                                                    3/10/18, 1:36 PM

Heison Hopson Alle Samen ("Hey everybody" ir
Norwegian),

I understand that I have been banned from step
on campus at USD and I have been temporarily
suspended. I have just been released from (wha
feel is an unnecessary) 72 hour hold from the s
They determined and correctly determined tha

〈          ↑          ⌒          ⬚

**Stephen Ferruolo** <sferruolo@sandiego.edu>                         Mon, Mar 14, 2016 at 3:43 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>, Meredith D'Angelo <meredithdangelo@sandiego.edu>

Thank you. We have seen this communication.

---

STEPHEN C. FERRUOLO

Dean and Professor of Law

University of San Diego School of Law

5998 Alcalá Park

Warren Hall Room 200

San Diego, CA 92110-2492

(619) 260-4627 [office]

(858) 967-0459 [cell]

(619) 260-6815 [fax]

sferruolo@sandiego.edu


USD School of Law.

https://mail.google.com/mail/u/0/?ui=2&ik=a9e246db0b&jsver=kRTO...l=163774c845a9069b&siml=1537/b130aa17daa&siml=1537827b9b0b25a5b      Page 2 of 5

page 176

EXHIBIT 120

*The Perfect Climate for Studying Law.*™

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Monday, March 14, 2016 3:36 PM
**To:** Meredith D'Angelo
**Cc:** Stephen Ferruolo
**Subject:** Information

Just want to keep the school informed.  Please find enclosed Kevin Snow Facebook post from today.

●●●○○ Sprint 🛜          12:16 PM           🛜 ⚡ ⚙ 🔋

🔒 whitehouse.gov          ↻

California

## COUNTRY *

United States

## ZIP CODE *

92116

## SUBJECT *

Civil Rights

## WHAT WOULD YOU LIKE TO SAY? *

The following is an email I wrote to USD law. Pl



EXHIBIT 120

University of San Diego Mail Information                                      3/10/18, 1:36 PM

advise them. It's urgent.

Heison Hopson Alle Samen ("Hey everybody" in Norwegian),

I understand that I have been banned from step on campus at USD and I have been temporarily suspended. I have just been released from (wh feel is an unnecessary) 72 hour hold from the s They determined and correctly determined that

<      ⬆      📖      ⧉

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Mon, Mar 14, 2016 at 5:33 PM
To: Lili Dehen <ldehenaz@gmail.com>

     Begin forwarded message:

     **From:** Stephen Ferruolo <sferruolo@sandiego.edu>
     **Subject: RE: Information**
     **Date:** March 14, 2016 at 3:43:35 PM PDT
     **To:** Tiffany Dehen <tiffanydehen@sandiego.edu>, "Meredith D'Angelo"
     <meredithdangelo@sandiego.edu>
     [Quoted text hidden]

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Mon, Mar 14, 2016 at 7:42 PM
To: Jennifer Kuhlmeyer <jreardon@sandiego.edu>

just FYI - that's all i got earlier but i think i sent right after you did

     Begin forwarded message:

     **From:** Stephen Ferruolo <sferruolo@sandiego.edu>
     **Subject: RE: Information**
     **Date:** March 14, 2016 at 3:43:35 PM PDT
     **To:** Tiffany Dehen <tiffanydehen@sandiego.edu>, "Meredith D'Angelo"


Page 179

EXHIBIT 128

3/10/18, 1:35 PM

&lt;meradithdangelo@sandiego.edu&gt;

[Quoted text hidden]

Page 180

EXHIBIT 121

University of San Diego

Tiffany Dehen <tiffanydehen@sandiego.edu>

## URGENT
1 message

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                    Wed, Mar 16, 2016 at 1:21 PM
To: Quinton Kawahara <qkawahara@sandiego.edu>
Bcc: ldehenaz@gmail.com



page 181

# Kevin St. Snow


Friends


Following


Message


More

 Intro

So you're a Game of Thrones fan then or I
went to hï school with you. Prekkestolen...


News Feed


Requests


Messenger


Notifications

More



●●●○○ AT&T 🛜 ❄     11:18 AM     ✳ 🔋

< 🔍   Kevin St. Snow

 **Kevin St. Snow**
3 hrs · 🌐

**Matthew** takk glåre "ives of
March" lol

Page 182



**Robert F Jursik**

Yesterday at 8:06 AM · 🌐





 News Feed     Requests ①     Messenger     Notifications ③    More



🔍 Kevin St. Snow

 Like     Comment     Share

page 183



**Kevin St. Snow**
7 hrs · 

Russ! Gay holocaust metal!!!!!! 

666😂😂RIP Hügø Stïglitż



## True Norwegian Black Metal | VICE

An introduction to the Black Metal scene of Bergen, No...

youtu.be

 Like       Comment       Share



**Kevin St. Snow** updated his cover photo.
7 hrs · 



   ①      ③

News Feed    Requests    Messenger   Notifications    More

page 184



●●●●○ AT&T 🛜    1:08 PM    🔵 ▮ 🔋

picture of me with my wanted poster on USD. I don't think the one who escorted me today thought my outfit was somehow ironically funny. I feel like Jessie James 😈 😼 russefeiring 2016 Alt få Norge drittsakks



 Like           Comment           Share

 **Shawn Pollack** shared

 News Feed    Requests    Messenger    Notifications   More



●●●○○ AT&T 🤚 ❄   **11:19 AM**   ✳ 🔋

‹   🔍 Kevin St. Snow

 **Kevin St. Snow**
4 hrs · 🌐

On this day of Russ, we (peacefully) honor
Jon
"BurkinshawøBobackøBarriosøSalinasøAvillaø
..."Snow who was matyred by the Mormons.
RIP 1996. Alt 📐 😾 👾666 få Norge.

**#paganpoetry** 

⚪ Xander Avila

 Like           Comment           Share

 **Kevin St. Snow**          ⌄

page 186

EXHIBIT 121

 5 hrs · 

## There's nothing like a good fight to get you in the mood for f-cking. - ole Lannister mantra

 Like           Comment          Share

 **Kevin St. Snow**
7 hrs · 🌐

        (1)               (3)

News Feed    Requests    Messenger    Notifications    More

Page 187

EXHIBIT 122

University of San Diego

## Class Yesterday

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                                      Thu, Mar 17, 2016 at 12:46 PM
To: mfung@sandiego.edu
Cc: Lisa Ramsey <lramsey@sandiego.edu>

Hi Melissa,

I apologize for leaving class in a huff yesterday. I don't typically have my text/email notifications on during class, but as you might have heard there is a mentally unstable student at our school who has been suspended for erratic behavior and for posting weird, semi-threatening but not direct threats per se, statuses on facebook the past couple weeks. I have been working and talking with the Deans on this matter, but I still feel not enough is being done and I am scared for my safety while on campus until I have confirmation the matter has been actively resolved.

While I was in class I received more notifications from my mother and another student that the student posted on Facebook that he was on campus and I went to speak with the dean immediately to ensure they were aware of the information. Based off our conversation, I inferred he was escorted on and off campus for an evaluation, however the posts are still very odd.

Please also advise whichever reference librarian that had a class with Kevin Snow to be careful and alert. He mentioned a reference librarian in one of his first bizarre facebook statuses a couple weeks ago. The school and administration do not believe he has directly threatened anyone on campus, and they are still ensuring me campus is safe, however I believe you can never be too safe when dealing with erratic, unpredictable behavior.

I'm sorry for being rude as I left class, I am just very stressed out about this situation and very frustrated the administration does not have the power to do more to remedy the situation.

Thank you for your presentation, I appreciate the slides and will take a closer look at them over spring break.

Tiffany Dehen

**Lisa Ramsey** <lramsey@sandiego.edu>                                                            Thu, Mar 17, 2016 at 1:36 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>
Cc: Melissa Fung <mfung@sandiego.edu>

Hi Tiffany,
Thanks for letting us know what is going on. I completely understand why you left class. I don't know much about all of this and hope that everything will be ok. Anytime you do not feel safe on campus that is fine to leave.
Best regards,
Lisa Ramsey
[Quoted text hidden]

**Melissa Fung** <mfung@sandiego.edu>                                                             Thu, Mar 17, 2016 at 1:42 PM
To: Lisa Ramsey <lramsey@sandiego.edu>, Tiffany Dehen <tiffanydehen@sandiego.edu>

Hi Tiffany,

I completely agree with Prof. Ramsey. Thank you for offering an explanation and I'm glad you did whatever was


page 188

EXHIBIT 122

University of San Diego Mail - Class Yesterday                                    3/10/18, 1:00 PM

needed to ensure your safety. I am also hopeful that everything will be okay. Have a wonderful spring break, no need to review the slides I'm sure you have plenty else to do.

Melissa Fung
Reference Librarian - Foreign & Int'l Specialist
University of San Diego School of Law
Legal Research Center Room 120
(619) 260-4734 [office]

USD School of Law
The Perfect Climate for Studying Law

From: Lisa Ramsey
Sent: Thursday, March 17, 2016 1:36 PM
To: Tiffany Dehen
Cc: Melissa Fung
Subject: Re: Class Yesterday
[Quoted text hidden]

**Tiffany Dehen** <tiffanydehen@sandiego.edu>          Thu, Mar 17, 2016 at 1:57 PM
To: Melissa Fung <mfung@sandiego.edu>
Cc: Lisa Ramsey <lramsey@sandiego.edu>

Thank you! I'm sorry that I was huffy I just wanted you to know it had nothing to do with you or the class.

Have a great break!

Thank you,
Tiffany
[Quoted text hidden]

page 189

EXHIBIT 123

**University** of San Diego®                                    Tiffany Dehen <tiffanydehen@sandiego.edu>

---

## Weird video

2 messages

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                            Thu, Mar 17, 2016 at 4:16 PM
To: publicsafety@sandiego.edu
Cc: Quinton Kawahara <qkawahara@sandiego.edu>

   https://www.facebook.com/100011458053282/videos/150044632054138/

   Weird video from the guy that is on the LAUSD facebook page

   Tiffany

---

**Mai L Kee** <MKEE@sandiego.edu>                                       Thu, Mar 17, 2016 at 4:22 PM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>
Cc: Quinton Kawahara <qkawahara@sandiego.edu>, "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>


Thank you for forwarding.


**Mai Lynn Kee**

*Dispatcher*

University of San Diego

Department of Public Safety

HC-151

5998 Alcala Park

San Diego, CA 92110-2492

Phone: (619) 260-7777

Fax: (619) 260-2241

Email: mkee@sandiego.edu

www.sandiego.edu/safety

---

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]

page 190

*Exhibit 123*

**Sent:** Thursday, March 17, 2016 4:17 PM
**To:** publicsafety@sandiego.edu
**Cc:** Quinton Kawahara
**Subject:** Weird video


https://www.facebook.com/100011458053282/videos/150044632054138/


Weird video from the guy that is on the LAUSD facebook page


Tiffany

*Page 191*

EXHIBIT 124

University of San Diego Mail - More KS                                                    3/10/18, 1:49 PM

 University of San Diego

## More KS

Tiffany Dehen <tiffanydehen@sandiego.edu>                                Tue, Mar 22, 2016 at 11:24 AM
To: Quinton Kawahara <qkawahara@sandiego.edu>
Cc: publicsafety@sandiego.edu
Bcc: tdehenaz@gmail.com

The first photo reminds me an awful lot of the guy in Santa Barbara who went on and on about not getting laid at UCSB...until
he showed up and shot everyone on Isla Vista, as I'm sure you're aware. The top one just hits a little too close to home if you
ask me. I know you're doing what you can but I really hope your plan includes a DPS officer in the large law school
classroom that's in the law library when you first walk in. We were scared in class last week since you can't see who is
walking in the classroom until they are at the top of the stairs. I also wouldn't mind a DPS officer patrolling the parking lot
near the hill where Kevin might walk up. Can never be too safe in the world we live in these days – especially in light of the
recent Brussels attacks.

Thank you,
Tiffany

●●●○○ Verizon 📶                   **4:18 PM**                   @ 69% ■■□
                                  🔒 facebook.com

 **Kevin St. Snow**
10 hrs ·

Why is it only gay men have the huevos to suck rando
dick for fun? Only to get slut shamed by virgin
Christians? #bunchapussies ifyaaskme. If you don't
know how to have sex you look like a fucking Nazi for
mocking those who do. Your genes will be gone
eventually from the gene pool I'm not too worried about
that. Especially for the Nazi morons who don't believe
in masturbation.
ppl are srsly not schtooping these days!!!!! Like at all!
How do you expect to be loved when you literally don't

Page 192

EXHIBIT 124

How do you expect to be loved when you literally don't know what you're doing. It's like the apocalypse out here but all the zombies have hymens. And USD is the worst. Nobody's putting out on this campus. At least at BYU we took our chances with Satan in the name of love. These USD fuck trophies are a bunch of Nazi losers and unfuckable pussies. How humiliating for all of them. "Toreros" are you for fucking real??? Try Pamplona road kill, most of these living cum stains.

 1

→ **Share**

 **Kevin St. Snow** shared **Lonk's video.**
21 hrs ·

 **Lonk** added a new **video.**
March 19 at 2:06pm ·

This was labeled as Venusaur Vs. Caterpie.

Source:
https://www.reddit.com/r/gifs/comments/4b3681/venusaur_v
s_caterpie/

●●○○○ Verizon 🔺                    4:25 PM                    @ 68% ▉ ▷
                          🔒 facebook.com

page 193

EXHIBIT 124

 Share

 **Kevin St. Snow**
Yesterday at 2:07pm ·

Para request mi nuevo pelo PICニップ因为有一只🐼来问我

See Translation·



page 194

University of San Diego Mail - More KS                                              3/10/18, 1:49 PM



●●○○○ Verizon 📶            **4:26 PM**            @ 68% ▬▬ ｝
                          🔒 facebook.com

 **Kevin St. Snow** added **2 new photos**.
22 hrs · San Diego, CA, United States ·

Dear Chelsea, I've done a horrible thing. One of your or Roy's
assistants (I'm not sure which it's always Roy I hear on the
phone who can't handle his business by himself) left this bag of
his stuff at my place. And I think it's been seriously sitting at my
place since 2011. I decided to open it up finally. And I'm a little
surprised at what I found. I mean most of it can be explained.
Empty bag of bugles, who doesn't have one of those lying
around?
But it's the items in the photo on the left that give me pause.

Can you please just tell me what to do with this shit or make
someone from studio city schlep all the way down here to San
Diego to liaison it for me?

EXHIBIT 124

University of San Diego Mail - More KS                                    3/10/18, 1:49 PM

Cheers bitch. I just poured my first vodka greyhound for the evening. We call them Fenrirs in Norway.

Lovingly,
Kevin Snow

Also PS please. apologize to him for failing to take his virginity like I promised. I'm a total loser. I didn't mean to go into alcohol withdrawal on the way up his driveway and spend so much time having gorey diarrhea spasms on his toilet. I should have stuck with whiskey that night. That was on me.

 

 ●●○○○ Verizon 🛜        4:29 PM         🔋 67% ▮▮▮ )
🔒 facebook.com

 **Kevin St. Snow**
5 hrs ·

One more thing before I take care of by mounds of legal drama

https://mail.google.com/mail/u/0/?ui=2&ik=a9e2453b06&jsver=kBTD...ml=1639f930357&x=27b&siml=1639f04a22b&c18d&s;ml=1639f0e19eb519ce        Page 5 of 8

page 196

One more thing before I take care of by mounds of legal drama I have to deal with today, whoever John Kasich thinks he's unifying by calling for the US to invade Syria are not people I ever want in my home or… More



### Angry Red-Faced Dad John Kasich Demands Everyone 'Take a Chill Pill,'…

John Kasich appeared on CNN's State of the U…

theslot.jezebel.com

🔁 **Share**



**Kevin St. Snow**

5 hrs ·

I need to shit, shower, smoke, and serve USD it's lawsuit. my 5 s's: shit shower smoke sue and taxi

Back in a few hours prolly

🔁 **Share**



**Kevin St. Snow**

6 hrs ·

Why does our money hungry shitbag university not

page 197

University of San Diego Mail – Mere KS     EXHIBIT 124     3/10/18, 1:48 PM

advise it's students - as part of student loan advisement - that you can avoid all student loans in the first place by just opt out of law school with a few Kaplan classes and the first year exam? WhaddaFuxkingUSDsLAWcam

~ Shawn

**Jennifer Bayard** <jentroncale@sandiego.edu>        Tue, Mar 22, 2016 at 11:27 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>, Quinton Kawahara <qkawahara@sandiego.edu>
Cc: "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>

Thank you for forwarding Tiffany.

Thank You,

**Jennifer Troncale #00720**

***Communications Supervisor***

University of San Diego

Department of Public Safety

HC-151

5998 Alcala Park

San Diego, CA 92110-2492

Phone: (619) 260-7777

Work Cell: (619) 851-9742

Fax: (619) 260-2241

Email: jentroncale@sandiego.edu

www.sandiego.edu/safety

CONFIDENTIALITY NOTICE: This message, including any attachments, is solely for use by the intended recipient(s) and may contain information that is confidential and privileged information or otherwise protected by law. Any unauthorized review, use, disclosure, distribution or forwarding of this message or its attachments is strictly prohibited. If you are not the intended recipient, please contact the sender and delete the original and all copies of this message and its attachments.

page 198

EXHIBIT 124

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Tuesday, March 22, 2016 11:25 AM
**To:** Quinton Kawahara
**Cc:** publicsafety@sandiego.edu
**Subject:** More KS

[Quoted text hidden]

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Tue, Mar 22, 2016 at 12:12 PM
To: Lili Dehen <ldchenaz@gmail.com>
Cc: Jen Gmail <jreardon@sandiego.edu>

Begin forwarded message:

**From:** Jennifer Bayard <jentroncale@sandiego.edu>
**Subject: RE: More KS**
**Date:** March 22, 2016 at 11:27:09 AM PDT
**To:** Tiffany Dehen <tiffanydehen@sandiego.edu>, Quinton Kawahara <qkawahara@sandiego.edu>
**Cc:** "publicsafety@sandiego.edu" <publicsafety@sandiego.edu>
[Quoted text hidden]

page 199

EXHIBIT 125

From: **Lili Dehen** ldehenaz@gmail.com 
Subject: KathSnow 1-10
Date: April 5, 2018 at 5:32 PM
To: tiffany.dehen@gmail.com

●●●○○ Verizon 🤙          **1:08 PM**          🔒 ✳ 79% 🔋

KS

**Katherine**

iMessage
Mar 31, 2016, 8:33 AM

Hi, Katherine,

Concerned about ur son.  If he won't respond to txt/calls u may be able to call SD DPS, tell them to do a welfare check, and if necessary break down the door.  Another psych evaluation needed, this time drug tests first.

The situation has changed from last 90-day hold.  The concern is that he may hurt himself.  Needs help.

(Tiffany very upset that nothing was done when they first saw Kevin at school, visibly unstable, stressed. She feared he wd harm himself, he

page 200

EXHIBIT 128

was that bad. She is very disappointed that classmates did not care enough to send info as she did. Still very concerned. If he were to do something it wd be traumatic to entire community).

USD is a private school, may have more leeway to act versus public schools.

    

iMessage

●●●○○ Verizon 🛜                1:08 PM                ⏍ ✻ 79% ▮





KS

Katherine                ⓘ

Lili

PS  Did USD fwd emails sent to them of FB posts?  If not, they should have insisted on meeting with you in person.

Mar 31, 2016, 9:43 AM

Thanks for your support. It is very helpful. I will call to get a wellness

page 201

EXHIBIT 125

check. After talking to you last
night. I may approach Kevin's
wellness as a drug abuse issue.
That might get more traction. Thx
for you help. No emails from USD.
Your advice is a great perspective
for us.

Apr 1, 2016, 10:12 AM

How r u?  I will be in SD until Sun/
Mon if u wanna meet for coffee, if u
plan on being here.  Lili

Apr 1, 2016, 11:13 AM

Thx. We come to SD on Monday so I
would love to meet up.  I called
around and seems there is no police
assisted entry to get Kevin out of

   iMessage 

●●●○○ Verizon                     1:08 PM                    @ ⅞ 79% ▮

‹                    KS

                  Katherine

assisted entry to get Kevin out of

page 202

his apartment. We are hoping our showing up might prompt him to come help. The drug rehab/psych units do not keep them unless they exhibit danger to himself or others. It is a little frustrating. Thx for reaching out to us.

> Well that is not much relief for u. If he is txtg that wd be better. I wd think just saying he is not txtg, or answering cell wd be enough for welfare check. At least ask the school to request. Hope he will be okay.

Apr 1, 2016, 11:37 PM

> Ur son is in midst of a mental breakdown. Pls get him help before too late. See FB videos. Sorry to bother u so late.

Apr 2, 2016, 8:58 AM

 6 hrs ·

The most terrifying thing about my parents is that they saw me cutting them off about 5 years maybe more ago and they have been doing the most pathetic

page 203

EXHIBIT 126

narcissistic damage control charade .... Fuk defend the free world Strombo I sometimes think you're our biggest source of reason in the NW hemisphere

   iMessage 

 Verizon     1:08 PM     

<



Katherine



⟶ Share

 **Kevin St. Snow**
6 hrs ·

"Ani is too liberal" eat my c--- Katherine Snow

⟶ Share

 **Kevin St. Snow**
6 hrs ·

Usenet???? We're you a zensa customer?????? Please say yes. Tell me what shows I traded with you.

⟶ Share

 **Kevin St. Snow**
6 hrs ·

9 hrs ·

Warning the sake



page 204

EXHIBIT 125



   iMessage 

●●●○○ Verizon 📶                    1:08 PM                    🔒 ✳ 79% 🔋

                    

**Katherine**

   **Kevin St. Snow's Video**
Video
Shared by Kevin St. Snow                    

   **Kevin St. Snow's Video**
Al Fateh AlChwikani
Shared by Kevin St. Snow                    

   **Kevin St. Snow's Video**
Al Fateh AlChwikani
Shared by Kevin St. Snow                    

page 205

EXHIBIT 125



**Kevin St. Snow's Video**

Philip Budenbender
Shared by Kevin St. Snow





**Kevin St. Snow's Video**

Video
Shared by Kevin St. Snow





**Kevin St. Snow's Video**

Hi, Katherine,

Scrolling all the way down on Recent Posts these are the videos that I saw last night.  It is urgent to get here and get him help.  Mon may be too late.

Get a psychiatrist who handles substance abuse.

**Text Message**

    iMessage  

  Verizon  1:08 PM    79%

    (i)

Katherine

page 206

EXHIBIT 128

Text Message

I called 911 and asked them to go
check on Kevin.

iMessage

I have sent 911
Pert officers in. I do not know how
to get him to a facility with a
psychiatrist who handles distance
abuse without their help. The
officers will call
Me after they see him.

They will do nothing.  Worthless
unless a crime.  Wish I cd meet
Kevin at bkfast place.

I don't know why it's bothering me.
He seems so sweet.

I think you see how sick he is. The
police will not look at his Facebook.

Do you know what I can do?

page 207

EXHIBIT 125

They are so little help.  I feel u and ur husband may come now and try until he opens door.

   iMessage 

 Verizon 📶                    1:09 PM                    🔒 ⋆ 79% 🔋

<                                                            ⓘ

KS

Katherine

My husband flies in tomorrow. We can come as soon as he lands.

The police said Kevin was very cooperative. The officer who called was on the first call when they took Kevin in for observation 3 weeks ago. He said Kevin seemed better. It is pretty frustrating not to be able to get him help. We will
Go down and stay till he lets us in. The officer also mentioned that a lot of the marijuana in San Diego has been laced with other drugs which he thought Kevin might be experiencing.

EXHIBIT 125

That's it.  Exactly.  Hav u stayed at Blue Sea Lodge, Pac Beach.  Right on ocean.  The stuff laced can create all this most likely.

Glad ur doing this.  My daughter fought rehab/help until we wore her down.  By persistence.  Just keep txtg that u lov him and want him to get better.  And ur not gonna go away.

   iMessage 

 Verizon     **1:09 PM**      79%



KS

Katherine

Thx. I will



May be good to fly him to Denver to get him away fr the easy access to pot here.  It all helps a little to get the drugs away if possible.

page 209

EXHIBIT 12

Oh.. Rt. That was silly since legal in Colorado..

Apr 2, 2016, 5:32 PM



Share

 **Kevin St. Snow**
2 hrs ·



Share

 **Kevin St. Snow**

   iMessage 

●●●○○ Verizon 🥺          1:09 PM          🔒 ✳ 79% ▮

                    ⓘ

Page 210

EXHIBIT 125

# Katherine

 **Kevin St. Snow**
3 hrs ·



↱ Share

 **Kevin St. Snow**
2 hrs ·

Rot in hell Christians you invented self harm and violence. I'm a peaceful warrior.



 **Kevin St. Snow**
2 hrs ·

Yeah Yeah Yeahs



page 211

EXHIBIT 125



   iMessage 

●●●○○ Verizon 📶 **1:09 PM** 🔄 ✳ 79%🔋



KS

Katherine

**Kevin St. Snow**
2 hrs ·

How to train to fight and die for ongbak



Fyi.   I only share bc I doubt u hav

page 212

EXHIBIT 126

**From:** **Lili Dehen** ldehenaz@gmail.com 
**Subject:** KathSnow 11-20
**Date:** April 5, 2018 at 5:33 PM
**To:** tiffany.dehen@gmail.com

●●●○○ Verizon 🤙          **1:10 PM**          🔒 ✳ 79% ▮

**KS**

Katherine



Tough on u more than him. Maybe just bring a meal for him, leave it off at first if he is too resistant. Then leave, come back in short while. This is very tough. Does he trust anyone? Just establishing a conversation is huge. Take it slowly. When the drugs, not just pot, in his system, he will be unruly. No way to talk. Then later, as they wear off, it is sometimes better, sometimes not. Hav a plan, and maybe u will catch him by surprise. Then call 911 if he gets violent. Only way to get him out of apt. If he's not violent, then maybe he will talk to you.

Apr 2, 2016, 10:01 PM

page 213

EXHIBIT 126

Thx for your help and advice. I am better prepared for what comes.

Apr 3, 2016, 10:32 AM

Btw. I just told Kevin we were coming and you should see his reaction.



Omg. When r u? I cd help if u need me.

Apr 4, 2016, 1:50 PM

Hope ur well. Medical leave good way to retake semester. Here tonite too. Lili

Apr 4, 2016, 4:45 PM

page 214

EXHIBIT 126

Well Kevin has refused to meet with us so I blocked his phone but turns out if he has internet he can still use it. So working with his roommate to turn it off.

Ok. I hav been thru this. We r in Pacific Beach. Do u want to come over after while? Not sure wher u are tho I cd talk a while.

Maybe a phone call if possible. Tell when it is convenient?

At CVS. Do u want to call?

Now is fine. Home.

   

iMessage

●●●○○ Verizon    1:10 PM    78%



Katherine

5 mins. Thx

page 215

EXHIBIT 126





Sorry. Must have hit a dead space.
Thx for your support

Apr 5, 2016, 11:18 AM

Hi, Katherine,
Leaving soon.  Hope all goes well.
Not bad to wait another day to turn
phone on.  Tak all fin support, ins
mail to him to start paying in a
month to giv time to get job.  Self
sufficient will make him feel better
and no time to be on FB bc he has
to work.  No more gifts or fin
support bc he is a grownup.  If u tak
away his safety net, then he will
think 'my parents believe I can so
guess I can'.  He will be mad now
tho it has to be this way.  He needs
to feel good that he supports

page 216

EXHIBIT 126

himself.  Ur a good mom!  Keep
saying that to him.  Ignore his

   iMessage 

 Verizon    **1:10 PM**    78% 



**Katherine**

saying that to him.  Ignore his
outbursts and carry on.  Good luck!

Thx. I appreciate that self
Sufficiency message. That is a good
one. Thx for you help. Pls travel
safe. Thx again

Apr 5, 2016, 12:57 PM

Ur welcome.  Did not mean to
lecture.  In a rush. Saw more posts.
It's working.  Taking the phone. Also
sounds lik he is glad ppl in touch.

Ideally seeing therapist weekly
helps to watch him.  They notice
behavior changes.

page 217

EXHIBIT 126

Apr 5, 2016, 4:34 PM



 37 mins ·

Cool my other phone works on facebook
@robertrodriguez mira



   iMessage 

●●●○○ Verizon                     1:10 PM                    ⊕ ✻ 78% ▮

                                KS

                                Katherine                                        ⓘ



lell @jeremyrenner and co that im watching his movie
kill the messenger now to get caught up on his craft.
My brother Paul Snow at youtube just threw this dvd in
the trash allegedly @michaelouesta real a new

page 218

*EXHIBIT 120*

thr trash allegedly @michaelcuesta cool a new
filmmaker in my rolodex. Thsnks for nothing paul snow
I got an hombre named paul but his last name is
aguilar



@andrewbrader Evan Price ping the drums on toris
track are soft because she is using a piano and not a
guitar @ferminvargas et all

↪ Share

    

iMessage

 ●●●○○ Verizon 📶          1:10 PM          🔒 ✳ 78% 🔋


KS


Katherine

*page 219*

EXHIBIT 124



**Kevin St. Snow**
6 mins ·

@ferminvargas strong black vine by tori amos fuk with that song i want led cock to cover it @jonlee ping Ddusti



Share

**Kevin St. Snow**
15 mins ·

Butterfly sword scene 2. Tell billy jesus he shoukd def be on spanglish curb. And niguelito lol rusty lol yeah becauce that shi is plain wack to me lol hilarious



Tell @jeremyrenner and co that im watching his movie kill the messenger now to get caught up on his craft. My brother Paul Snow at youtube just threw this dvd in thr trash allegedly @michaelcuesta cool a new filmmaker in my rolodex. Thsnks for nothing paul snow. I got an hombre named paul but his last name is aguilar



EXHIBIT 12



   iMessage 

●●●○○ Verizon       **1:11 PM**      🔒 ✻ 78% ▮



KS

**Katherine**

Sorry sent twice.

Prof Cole asked Tiff if she knew if Kevin better.  Will u let me know?

**Apr 5, 2016**, 6:23 PM

Just fwding for u.  If u don't want txt No.

Developing a lot of roles for you @jessegarcia hope you are looking for quality work @jessiegarcia

👏 **Share**

**Kevin St. Snow**
40 mins · 🌐

I make scary art. Yeah. Im not a dangerous person.
The cops all knew even because motherfuvkets keep


page 221

The cops all know even because motherfuxkers keep cornerning me.

↗ Share



**Kevin St. Snow**
52 mins ·

If you mock my gods you get cut out of my life. Period. Done putting this on repeat jesus fuxking xtians are so fuxki. Stupid o

↗ Share



**Kevin St. Snow**
55 mins ·

Andrew Taylor Kirk Fuk off. Condemned is he who calls

Worship satan!!! Its your right as an american!!!! Its

   iMessage 

●●●○○ Verizon     1:11 PM     78%

‹



Katherine

↗ Share



**Kevin St. Snow**
55 mins ·

Andrew Taylor Kirk Fuk off. Condemned is he who calls

Worship satan!!! Its your right as an american!!!! Its not a sign of mental illness!!!!!

↗ Share

page 222

EXHIBIT 10



**Kevin St. Snow**
1 hr ·

Im a hardcore believer in existential psychotherapy.
Put simply, get rid of the source of illness, cure the
disease. Not all of you but some of you coming at me
right now and wasting my fuckjng time like yiu Andrew
Taylor Kirk and Laura Schutt fukking why???? You
havent spoken to me in decades???? Im not gonna
catch you up in a facebook dm

↪ **Share**



**Kevin St. Snow**
1 hr ·

Everyone stop texting me asking if im ok. Next time yiu
do yiu will get blocked and cut out of my life. Last
warning.

↪ **Share**

> This reminds me of a time we had w
> my brother.  Very scary until he got
> help by Dr.  Just unpredictable.
> Hope ur doing ok.  Lili

   iMessage 

 **Verizon** ·  1:11 PM   78%

 KS 



page 223

Katherine

Yes. He bought a new phone and must have set up his own plan and is back. Still will not meet with us. Won't go to dinner. So much anger. Not getting better

He is better I think. Bc he is engaged. All ur doing is really helping. He has anger tho it's ok as long as he is responding. Lot lik my brother. Very smart. May take long time. Just being in SD shows u care.

It's ur call now. U tried. Now maybe go home and cut off ur funding. Say wat ur gonna do. Up to you. Suggest that if he talks w you maybe you can work with him to finish sch.

He is not so influenced by drugs that he cannot get new phone.

EXHIBIT 126

Apr 6, 2016, 10:05 AM

How r u?

Apr 6, 2016, 1:04 PM

    iMessage 

●●●○○ Verizon 📶       1:11 PM       🔒 ❊ 78% 🔋

                                        

KS

Katherine

Apr 6, 2016, 1:04 PM

latimes.com 

Hi, Katherine,

Just saw on my FB from College friend who lost her son a few yrs ago to drugs.   It's such a myth that pot is harmless.

page 225

EXHIBIT 127

From: **Lili Dehen** ldehenaz@gmail.com 
Subject: KathSnow 21-30
Date: April 5, 2018 at 5:35 PM
To: tiffany.dehen@gmail.com



●●●○○ **Verizon** 🛜          **1:12 PM**          🔒 ⁎ 78% 🔋





**Katherine**



> That is so awesome!  Do u want any FB info on email?  I cd just send ones that may help.  Or send by phone.  Couple where he says he is scared, can't sleep.

> I mean To send to ur email.  Not sure u want it.

> There was nice post to Niels that he loved him.

  **Kevin St. Snow**
5 hrs ·

Having nightmares dont feel like going back to sleep for awhile

↪ **Share**

  **Kevin St. Snow** shared **It Slipped's** photo.
5 hrs ·

  **It Slipped**
April 1 at 9:15am ·

page 226

*EXHIBIT 127*

**IF I AM SILENT**
it's because there's
thunder inside me.
Or I'm just chillin, it
depends. May the odds
be ever in your favor.

   iMessage 

 Verizon 📶    1:12 PM    🔒 ❊ 78% 🔋

 ‹    KS     ⓘ

Katherine

 ~~Kevin St. Snow shared It Slipped's photo.~~
5 hrs ·

 **It Slipped**
April 1 at 9:15am ·

**IF I AM SILENT**
it's because there's
thunder inside me.
Or I'm just chillin, it

*page 227*

**depends. May the odds be ever in your favor.**



Waking up paranoid that someone is in the house. It was just paranoia and ptsd. God i want this to be over with. Facebooking to calm myself.

Share



**Kevin St. Snow** shared **Patrick Sandberg**'s **post**.
8 hrs ·

**Patrick Sandberg** added **2 new photos**.
Yesterday at 8:17am ·

Soldiers of Odin's formand hedder Jakob Jummer Egholm Andersen.

Soldiers of Odin kalder sig "natteravnene 2" og påstår hårdnakket at være en fredelig ikke-racistisk organisation.

Jeg vil lade disse screendumps fra formandens profil tale for sig selv.

Og del det her - så mange som muligt skal se deres virkelige agenda.

See Translation

 Jakob Jummer Egholm Andersen
8. februar ·

 Jakob Jummer Egholm Andersen
8. februar ·

En fin ny en til min samling

Synes det er så tedt, hvorfor er det så svært

    iMessage 

●●●○○ Verizon 🛜          **1:12 PM**          🔒 ∗ 78% ▮

 


KS

**Katherine**

See Translation

Jakob Jummer Egholm

Jakob Jummer Egholm

*page 228*

EXHIBIT 129



Andersen
8. februar ·

En fin ny en til min samling

Andersen
8. februar ·

Synes det er så fedt, hvorfor er det så svært
og finde folk der har nosser til det
herhjemme, er danskerne virkelige blevet så
store kujoner.

Niels you also have a gay jewish uncle on moms side of the family that shes never let us meet. He did the same thing abiyt twenty or more years ago to mom and hes nuch happier, married, and finally forgiving them. Niels Snow ping

↪ Share



**Kevin St. Snow**
8 hrs ·

Hey niels i love you. If you ever dont feel safe in Ukraine there is nothing wrong with coming home to protect your safety. You will always make me proud.

↪ Share



**Kevin St. Snow**
9 hrs ·

Enough work for me today. Til tomorrow my loves.

↪ Share



**Kevin St. Snow** shared **Pretty Ricky's photo**.
9 hrs ·

Will he get drug tested?  There are good places in SD.

I should ask him?

page 229

Thx for those posts.

   iMessage 



KS

Katherine



Apr 6, 2016, 9:32 PM

 photo.
22 mins · 🌐

**Fun Pics and Stuff** with **Kelly Danes**.
April 2 at 9:46am · 🌐



**THE POLLEN IS SO BAD THIS YEAR THAT THE FOLKS IN THE TRAILER PARKS ARE TURNING THEIR CRYSTAL METH BACK INTO SUDAFED.**

*Laugh OR Croak*

↪ **Share**

 **Kevin St. Snow** shared **One Sarcastic Bitch's photo**.
22 mins · 🌐

page 230

*EXHIBIT 124*



**One Sarcastic Bitch** with **Zach Punch** and **7**

**Kevin St. Snow** shared **Narcotics Anonymous Recovery Forum**'s **photo**.

46 mins ·



**Narcotics Anonymous Recovery Forum**
January 20 at 1:15am ·

"Addiction is shooting up in the nearest Wendy's bathroom because you simply cant wait any longer. It forces you to call your dealer at 12:03am because your money just came through and you'll be damned if you have to wait until a more reasonable hour. It's crawling around on

     iMessage 

●●●○○ Verizon 🛜          **1:12 PM**          🔒 ⚡ 78% 🔋

‹



**KS**

**Katherine**



**Narcotics Anonymous Recovery Forum**
January 20 at 1:15am ·

"Addiction is shooting up in the nearest Wendy's bathroom because you simply cant wait any longer. It forces you to call your dealer at 12:03am because your money just came through and you'll be damned if you have to wait until a more reasonable hour. It's crawling around on the floor desperately hoping to find a

*page 231*

**random pill or speck of drugs you dropped. It's not just because you cant wait to get high. It's mainly because you cant spend another second rocking back and forth, staring at the clock, wondering how only 5 minutes have passed. Addiction is impatient, unforgiving, and manipulative. Don't test it. If you go in thinking you'll stay in control, you will**



**Kevin St. Snow**
5 hrs ·

Having nightmares dont feel like going back to sleep for awhile

↪ **Share**



**Kevin St. Snow** shared **It Slipped**'s photo.
5 hrs ·



**It Slipped**
April 1 at 9:15am ·



IF I AM SILENT
it's because there's

   iMessage 

●●●○○ Verizon         **1:12 PM**         78% ▮



KS

Katherine



*page 232*

EXHIBIT 27

 **Kevin St. Snow** shared **It Slipped's photo.**
5 hrs ·

 **It Slipped**
April 1 at 9:15am ·



IF I AM SILENT
it's because there's
thunder inside me.
Or I'm just chillin, it
depends. May the odds
be ever in your favor.

 **After Party**
Why does crystal meth still attract gay men?
poz.com

👍 **Share**

 **Kevin St. Snow** shared **Ricardo Zacarias's post.**
8 hrs ·

 **Ricardo Zacarias**
April 4 at 8:18pm ·

Flashback!

 **49.media.tumblr.com**
49.media.tumblr.com

*Page 233*

EXHIBIT 12#



    

●●●○○ Verizon 📶                    1:12 PM                    🔒 ✳ 77% 🔋

<                                   
                                      KS

                                  Katherine                              (i)

 **Kevin St. Snow** shared **Mais Saúde Menos Corruptos**'s photo.

www.cannabisculture.com

👉 **Share**

 **Kevin St. Snow** via **Athens, Ga for the Legalization of Marihuana**
14 mins · 🌐

#freeleonardpickard #freepickard @berniesanders @barackobama



**Medical LSD to be More Useful Than Medical Marijuana**

page 234

EXHIBIT 12

Look out medical marijuana because researchers may have discover...

clapway.com

 Share

1 hr ·

 **BYOkids...your family travel gurus** with **Annelize Groenewald** and **44 others**.

February 7, 2015 at 12:44pm ·

# To all my Friends
## and Relatives that have sent me
### 'Best Wishes',
### chain letters, angel
### letters or other
### promises of good luck

     iMessage   

●●●○○ Verizon 🛜        **1:13 PM**        🔒 ∗ 77% ▮



KS

**<** Katherine **(i)**



 **BYOkids...your family travel gurus** with **Annelize Groenewald** and **44 others**.

February 7, 2015 at 12:44pm ·

# To all my Friends
## and Relatives that have sent me
### 'Best Wishes',
### chain letters, angel
### letters or other

*page 235*

EXHIBIT 128

promises of good luck
**NONE OF THAT
SHIT WORKED'**
could you please just
send me cash, vodka, chocolates,
wine or airline tickets instead?
thank you!

Share

Did not want to send too much tho these sort of tell u wat is going on.

He is def thinking about things now that u are there.  Last one is funny..

Yes.  Ask him to get drug tested for any drugs that cd be laced in the pot that he may or may not know about.  Meth, LSD a bit dif than pot.

   iMessage 

 Verizon   1:13 PM   

KS

page 236

## Katherine

about.  Meth, LSD a bit dif than pot. Tough to catch at the moment bc they go out of system.

Sent as Text Message

Apr 7, 2016, 4:30 PM

Hi, Katherine,
I see FB post.  Call me if u want to talk.  Lili

Tell Doug Kaufman he can do a few dub step corridos conmigo pero no will be facil

Share

 **Kevin St. Snow**
5 hrs ·

Camera 1 malfunctioned matador torero bullfighting choreography #noswords just wear each other out



1                                                    2 Comment

Share

page 237



**Kevin St. Snow**
5 hrs ·

Spiderwalking parkour move. My coordination needs to be buil

   iMessage 

 **1:13 PM** 

**KS**

Katherine

**Kevin St. Snow**
5 hrs ·

Spiderwalking parkour move. My coordination needs to be buil

Video for u, he is actually good at this. He needs to get care right away. Hope something can be done. Detached from the world, lik my brother. Very emotional for me to see.

Tried sending video tho only works

page 238

EXHIBIT 128

From: **Lili Dehen** ldehenaz@gmail.com 
Subject: KathSnow 31-41
Date: April 5, 2018 at 5:36 PM
To: tiffany.dehen@gmail.com

●●●○○ Verizon 🛜         **1:13 PM**         🔒 ❋ 77% ▮



KS

Katherine

Yes. Been thru this. That is nice to get the release tho best to get him to agree: 1) drug test for illegal drugs / not just pot; 2) medical evaluation.

The laws are counter productive. Tiffany as stressed as Kevin after class, learning how messed up the law is.

ALSO - pls try to hav neutral person lik Niels - saw his name - get him to delete the FB bc it is monitored by all agencies. Attorney friend long ago asked to talk via email about legal matter bc so easily seen. FB not private even when u say Private. The FBI uses it, says they leave posts u that violate standards so

EXHIBIT 128

they can follow criminals, others.

Kevin seemed to post neg stuff at first, then stopped.  So obv other issues than family issues.  Ask him to just talk w neutral person/ therapist of his choice, or law professor?   This is frustrating. Thought he wd hav been helped by now.

   iMessage 

 Verizon   1:13 PM   77%

KS

Katherine

The school did psych eval?

Just to see if he was a threat.

Right.  They misdiagnosed another boy.  He missed 2 weeks bc they prescribed wrong meds.  Do u want his name?  Txt Tiffany.

They hav leeway in their policies.  if

page 240

EXHIBIT 128

State School may hav had proper med eval per Fed guidelines.

Has Kevin been on meds?  Any past Dr. that he might talk to?   One angle is suggest meeting with a screenwriter.  He really is interested in promoting a movie.  May be an idea.

If u call USD they say they know how stressful law school is.  They should hav done more, earlier.  This is wat bothered Tiffany.

One other idea – maybe u already called insurance provider?  Sch health ins.  Hav them contact Kevin saving he needs annual check up to

   iMessage 

●●●○○ Verizon    1:14 PM    @ ✳ 77%▮

<    KS    ⓘ

Katherine



EXHIBIT 128

called insurance provider?  Sch health ins.  Hav them contact Kevin saying he needs annual check up to keep insurance or he loses it bc sch noted to them he is suspended. Make anythg up just get him to see someone.  Longer time worse it is. Longer to heal.  If catch it now, may be less time or little time in hosp. Meds work well if he is off drugs tho.

Never been on meds. He does not have a dr. Thx. He is interested in the movie but no sense he has a grasp on reality.

Thx for all the ideas.

Hav u ever had any family member on any meds?  Very common today for anxiety, pms, etc.  very stressful today.

No. We have not

page 242

EXHIBIT 128

Well they are amazing.  Make such
a dif even in small amount.  New

   iMessage 

●●●○○ Verizon           1:14 PM           ∦ 77% ▋



Katherine

Well they are amazing.  Make such
a dif even in small amount.  New
research.  He cd be better
immediately.  Good luck!  Pls keep
me posted.

Thx for all your help.

Hope it's helping.  Lot to think
about.  Sorry for long txts.

Sat, Jul 23, 8:27 PM

Wd u call me?  Important.  Thanks,
Lili Dehen

Sun, Jul 24, 5:40 AM

Let's talk this aft. I am tied up

page 243

EXHIBITS 128

~~Let's talk this a.m. I am tied up~~
**Most of today. Thx**

Sun, Jul 24, 11:07 AM

**Thanks for reply. Not about Kevin. Tho want to know if any info to DPS lately. Lot more police on USD campus.**
   **Plus Tiff got strange letter in mail. Blank. Not related to Kevin. Wanted to know wat u think.**

   iMessage 

 Verizon   **1:15 PM**    77%

<   **KS**   (i)
   Katherine

**Most of today. Thx**

Sun, Jul 24, 11:07 AM

Thanks for reply. Not about Kevin. Tho want to know if any info to DPS lately. Lot more police on USD campus.
   Plus Tiff got strange letter in mail.

page 244

EXHIBIT 128

Blank. Not related to Kevin.  Wanted to know wat u think.

Sun, Jul 24, 4:29 PM

**Can you talk now?**

Sun, Jul 24, 5:35 PM

Hi, just came inside.  Can talk now or in 15nins.

**We are eating dinner 20-30 Mins?**

Yes. Just call me. Thks.

Read 7/24/1(

Tue, Jan 31, 7:21 PM

   iMessage 

●●●○○ Verizon 🛜          **1:15 PM**           77% 🔋

<  ⓘ

**KS**

Katherine

EXHIBIT 128

Tue, Jan 31, 7:21 PM



page 246

EXHIBIT 128



page 247

EXHIBIT 128

#AmericaFirst #AmericaFirstOnly Help me fashion



**Tiffany Dehen** @tiffanydehen · 1d
All ready for my job interview. Too much???
#AmericaFirst #AmericaFirstOnly Help me
fashion queens!!! @MELANIATRUMP
@KellyannePolls



    

   

 1:15 PM 

KS

Katherine



**Tiffany Dehen** @tiffanydehen · 1d
All ready for my job interview. Too much???
#AmericaFirst #AmericaFirstOnly Help me
fashion queens!!! @MELANIATRUMP
@KellyannePolls



EXHIBIT 108





**Tiffany Dehen** @tiffanydehen · 1d

Here's my mom and her bible study sisters being saved from an evil Muslim palace. If I'm not her spitting image... GO TRUMP GO! @POTUS





**Tiffany Dehen** @tiffanydehen · 2d

Fuck throwing this dog off a cliff. Ima eat him instead! What a #snowflake @peta #MakeAmericaGreatAgain Animals don't deserve extra rights!



   iMessage 

  





page 249

EXHIBIT 128



## Katherine



**Tiffany Dehen** @tiffanydehen · 2d
@POTUS @realDonaldTrump
#americafirstnotisrael #AmericaFirst
#MakeAmericaGreatAgain



**Tiffany Dehen** @tiffanydehen · 2d
I agree with @SpeakerRyan do what you
can to keep them Jews out of our Christian



Tiffany Dehen @tiffanydehen · 2d

page 250

EXHIBIT 128

Donated some eggs today! Don't know why sept they told me they were tax deductible!

Hi, Katherine,
My daughter Tiffany has a fake Twitter someone made from USD. It

     iMessage   

●●●○○ Verizon 📶                    1:16 PM                    🔒 ∦ 77% 🔋

<



**KS**

Katherine   

My daughter Tiffany has a fake Twitter someone made from USD. It may be Mohammed who Kevin knew. Very scary. FBI is checking.

**Woah. Scary**

Wed, Feb 1, 9:38 AM

How is Kevin doing with finishing last Semester? He may take bar before Tiffany. She can't afford the Bar Class costs $1,500.

Thu, Feb 2, 2:22 PM

page 251

EXHIBIT 128

Hi, Katherine,
Finally this acct deleted from twitter.  Is Kevin finishing school in a Denver?

Thu, Feb 2, 4:12 PM

Good to hear about the twitter account. Yes Kevin finished. Yeah

Thu, Feb 2, 5:50 PM

That is so awesome!   Now will he take the bar in Colorado?

    

●●●○○ Verizon 🛜     1:16 PM     🔒 ∦ 77% 🔋

 

Katherine



before Tiffany.   She can't afford the Bar Class costs $1,500.

Thu, Feb 2, 2:22 PM

Hi, Katherine,
Finally this acct deleted from

page 252

EXHIBIT 128

twitter. Is Kevin finishing school in a Denver?

EXHIBIT 129 

From: **Lili Dehen** ldehenaz@gmail.com
Subject: Jan 2017 KS Twitter NeoNazi
Date: April 5, 2018 at 5:53 PM
To: tiffany.dehen@gmail.com



## TWEETS    TWEETS & REPLIES    MEDIA    LIKES

↩ 326      ↻ 22.4K      ♥ 29.4K      ✉

�recycle Kevin Snow Retweeted

 **Steve Gaynor** 🌹 ▯▯ ✓ @fullbright · 1/28/17
This is an utter disgrace for our nation. Ca
your Congressmembers. 5calls.org Donate
to the ACLU. action.aclu.org/secure/
donate-...

**Taniel** ✓ @Taniel
DHS confirms: Green card holders—i.e.
people whose permanent residence is
in the United States—barred from
entry. reuters.com/article/us-usa...
pic.twitter.com/zMAGOouzdp

↩       ↻ 76       ♥ 76       ✉

**Kevin Snow** @bravemule · 1/28/17

page 254

EXHIBIT 129



**Kevin Snow** @bravemule · 1/28/17

Organizing with a local library to set up a table at one of their events where our games will be playable. This is entirely my shit

3



Home   Explore   Notifications   Messages   Me

Safari ●●●○○   12:28 AM   twitter.com

**Kevin Snow**
13K Tweets

TWEETS     TWEETS & REPLIES     MEDIA     LIKES



9    3

page 255

EXHIBIT 129

🔁 Kevin Snow Retweeted



**Ted Alexandro** @tedalexandro · 1/28/17
RIGHT NOW: Crowd chanting "Let them in Let them in!" at JFK terminal 4 airport. #MuslimBan




0:12

 326           22.4K           29.4K          

🔁 Kevin Snow Retweeted

🏠 Home    🔍 Explore    🔔¹ Notifications    ✉ Messages    👤 Me

◀ Safari  ●●●○○ 🠒           **12:28 AM**           twitter.com

◀           **Kevin Snow**
                 13K Tweets

TWEETS          TWEETS & REPLIES          MEDIA          LIKES

page 256

EXHIBIT 129

🔁 Kevin Snow Retweeted



**Sherrilyn Ifill**  @SifilL_LDF · 1/28/17
The ban is not "defeated." It's stayed. An important victory, but temporary and not complete. Expect the Administration to push back hard.

↩ 145          🔁 9,189          ♡ 10K          ✉

🔁 Kevin Snow Retweeted



**cardboard computer** @cardboard... · 1/28/17
Kentucky Route Zero is 50% off on @itch... & all sales go to the ACLU - cardboardcomputer.itch.io/kentucky-route... - or donate directly



Donate to the ACLU
People across the country are coming t...
action.aclu.org

page 257

EXHIBIT 129

action.aclu.org



| Home | Explore | Notifications | Messages | Me |

Safari ●●●○○ 🔊    12:29 AM    twitter.com

**Kevin Snow**
13K Tweets

| TWEETS | TWEETS & REPLIES | MEDIA | LIKES |

↩  ⟲ 18    ♥ 48    ✉

⟲ Kevin Snow Retweeted



**mcc** @mcclure111 · 1/28/17
Not just DHS wasn't allowed to review EO.
Once they DID review it, their legal findings
were overridden. By the guy from the neo-
nazi blog.

**Andrew Peng** @TheAPJournalist
NEW: DHS arrived at conclusion that
Trump's EO didn't apply to greencard
holders. Bannon and Miller overruled
them. cnn.com/2017/01/28/pol...

EXHIBIT 129

Friday night, DHS arrived at the legal interpretation that the executive order restrictions applying to seven countries -- Iran, Iraq, Libya, Somalia, Syria, Sudan and Yemen -- did not apply to people who with lawful permanent residence, generally referred to as green card holders.

The White House overruled that guidance overnight, according to officials familiar with the rollout. That order came from the President's inner circle, led by Stephen Miller and Steve Bannon. Their decision held that, on a case by case basis, DHS could allow green card holders to enter the US.

There had been some debate whether green card holders should be even allowed to board international flights. It was decided by the Department of Homeland Security they could fly to the US and would be considered on a case-by-case basis after passing a secondary screening.

But the guidance sent to airlines on Friday night, obtained by CNN, said clearly, "lawful permanent residents are not included and may continue to travel to the USA."

 6         323         173        

 Home     Explore     Notifications     Messages     Me

Safari ●●●○○ 🤶    12:29 AM    twitter.com

**Kevin Snow**
13K Tweets

TWEETS        TWEETS & REPLIES        MEDIA        LIKES

 PC Gamer 🎮 @PC_Gamer · 1/25/17
Promising monster-hunting IF game
Southern Monsters now on Kickstarter



Page 259

EXHIBIT 129



# Promising monster-hunting IF game Southern Monsters now on Kickstarter

pcgamer.com

 1     15     13    

🔁 Kevin Snow Retweeted

 **soha** ☑ @sokareemie · 1/28/17
sincerely, the platform unwilling to do shit and/or dick about the neo nazis using it
twitter.com/twitter/status...

## This Tweet is unavailable.

 2     102     202    

🔁 Kevin Snow Retweeted

 Home     Explore     Notifications     Messages    Me

🔙 Safari  ●●●○○ 📶        12:30 AM        twitter.con

<    **Tweet**    🖊

EXHIBIT 129



**Twitter** ✅
@Twitter

# Twitter is built by immigrants of all religions. We stand for and with them, always.

1/28/17, 6:20 PM

**344K** RETWEETS **600K** LIKES

         

 **Nick de Semlyen** ✅ @NickdeSeml... · 1/28/17
Replying to @Twitter
Shut down Trump's account. Please.

 355     5,805     23.4K    

**Flamm** @FlammNation · 1/28/17
What would that do?  Let everyone be less
informed?  Great plan.

52    58    1,068    

 **Nick de Semlyen** ✅ @NickdeSeml... · 1/28/17
He doesn't give information. He spews

page 261

EXHIBIT 129

He doesn't give information. He spews

## Tweet your reply

 Home     Explore     Notifications     Messages     Me

 Safari ●●●○○ 📶     12:30 AM     twitter.con

< **Tweet** 

 **Elon Musk** ✔
@elonmusk

Please read immigration order. Lmk specific amendments. Will seek advisory council consensus & present to President

blogs.wsj.com/washwire/2017/...



*page 2e2*

EXHIBIT 129



## Text of Trump Executive Order on Barring Refugees

blogs.wsj.com

1/29/17, 1:53 PM

---

## Tweet your reply

 Home     Explore     Notifications     Messages     Me

 Safari ●●●○○ 📶    12:31 AM    twitter.com

‹ **Kevin Snow**
13K Tweets 

TWEETS    TWEETS & REPLIES    MEDIA    LIKES

---

⬆ Kevin Snow Retweeted

 **verity** @verityvirtue · 1/30/17
Replying to @bravemule

## I thought this was from your game if not fo the years...

 1     1     2    

EXHIBIT 129

↻ **Kevin Snow Retweeted**



**Stephanie McMaster** ✔ @Smetha... · 1/28/17
The GoFundMe to rebuild the mosque her
in Texas that was burned down after Trum
signed the ban on Friday:



Victoria Islamic Center Rebuilding
We are blessed more than we've ever im...
gofundme.com

 25         1,904         1,330        


Home


Explore


Notifications


Messages


Me

◀ Safari ●●●○○ 🛜        12:31 AM        twitter.com

◀    **Kevin Snow**
13K Tweets



page 264

EXHIBIT 129

**TWEETS**     **TWEETS & REPLIES**     **MEDIA**     **LIKES**



Here's an article about @bravemule's Southern Monsters! The kickstarter is currently at 75%: kickstarter.com/projects 54712...

> **PC Gamer feed** @PC_Gamer
>
> Southern Monsters is a dark comedy about online communities, domestic abuse, disability ift.tt/2k9dhpA

↩ 1          ⮌ 8          ♥ 6          

↻ Kevin Snow Retweeted



**(((Jonathan 🌹 Mann)))** ✔ @song... · 1/30/17
I really think the time has come for impeachment. I think all our calls to congress should be coordinated in demanding impeachment.

↩ 4          ⮌ 152          ♥ 305          



**Kevin Snow** @bravemule · 1/30/17
Replying to @bravemule

catster sounds like the name of an app for

EXHIBIT 129

catster sounds like the name of an app for cat owners who want to hook up with other cat owners



Kevin Snow Retweeted

**Christopher Whitman** @SeeBee...  · 1/30/17
Replying to @bravemule

Ah, "the Marxist narrative"—"There is a spooky ghost haunting Europe"

  1  4 



**Kevin Snow** @bravemule · 1/30/17
Replying to @bravemule

For as much as they accuse leftists of whining, neo nazis are absolutely the whiniest, most insufferable shits on the planet.

page 266

EXHIBIT 129

 4       1       20      



### Kevin Snow @bravemule · 1/30/17
Replying to @bravemule

(that project is heavily on the backburner but that'll be the response no matter what the game has in it)

 1             4      



### Kevin Snow @bravemule · 1/30/17
Replying to @bravemule

"Kevin Snow announces game about time in military, where they fist fought someone


Home


Explore


Notifications


Messages


Me

Safari ●●●○○ 📶          12:34 AM          twitter.com

**Kevin Snow**
13K Tweets

TWEETS      TWEETS & REPLIES      MEDIA      LIKES

### Nunatsiaq News @NunatsiaqNews

Over 80 #Iqalungmiut form a circle near the Iqaluit mosque 2day, in solidarity with #Nunavut's Muslims

page 267

EXHIBIT 129

following the Ste-Foy killings



↩ 8          ♺ 203          ♥ 350          

↻  Kevin Snow Retweeted

  **CNN Breaking News** ✓ @cnnbrk · 1/30/17
Trump fires acting Attorney General Sally
Yates for "refusing to enforce a legal
order" on immigration. Watch CNN: cnn.it/
go




Home


Explore


Notifications


Messages

Me

page 2008

EXHIBIT 129



✠卍 **Mein Swastika** 卍✠ @T... · 10h

@Kotaku since when is games journalism a tool for political agendas. Games uses to be fun.

♡ 5



EXHIBIT 127



**Kevin Snow** @bravemule · 1/31/17

↩ 3          ↻ 1          ♥ 6

Safari ●●●○○ 📶          12:35 AM          twitter.com

**Kevin Snow**
13K Tweets

TWEETS          TWEETS & REPLIES          MEDIA          LIKES



**Kevin Snow** @bravemule · 1/31/17
Replying to @bravemule
I am extremely excited and speechless an
in disbelief right now. this will be the first
convention I've ever been able to attend.

 1                    ♡ 11          ✉



**Kevin Snow** @bravemule · 1/31/17
oh. pic.twitter.com/LwJAwHOMIN

↩ 1          ↻          ♡ 16          ✉

page 270

EXHIBIT 129

 **Kevin Snow** @bravemule · 1/31/17



✚卍 **Mein Swastika** 卍✚ @T.
@Kotaku since when is gam
journalism a tool for politica
agendas. Games uses to be

                       5

 3           1           6          

↻ Kevin Snow Retweeted

| Home | Explore | Notifications | Messages | Me |
|------|---------|---------------|----------|-----|

◀ Safari  ●●●○○ 🛜          12:37 AM          twitter.con

**Kevin Snow**
13K Tweets

TWEETS      TWEETS & REPLIES      MEDIA      LIKES

 **Kevin Snow** @bravemule · 2/1/17

page 271

EXHIBIT 130

# M Gmail

---

## Drudge

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                                     Fri, Jul 8, 2016 at 10:51 PM
To: Ted Sichelman <tsichelman@sandiego.edu>

Hi Professor Sichelman,

Thank you. I got it. Since the world started going crazy I've been reading Drudge non-stop and I really don't want to have forgotten to tell you something which is probably nothing so please don't think I'm a racist but the reason the Kevin Snow thing started freaking me out so much was because last year at a dean's mixer I was talking to Mohammed Ali (kid from egypt) who was telling me about his mother flying to Egypt the week after the planes went down in Egypt so immediately I started asking questions like is your mom okay is she traveling safe which airline, etc. and Mohammed was standing w/Kevin Snow (only in face interaction I have recalled with Kevin Snow). Mohammed looked me dead in the eyes and told me he was in an Isis sleeper cell. I played dumb and asked like what do you mean sleeper cell and he says sleeping......you know until it's activated. Uncomfortable silence. Kevin Snow just stood there laughing. I figured he was just making fun of my views but it really creeped me out and I blocked Mohammed on FB after but when all the Kevin stuff was going on I couldn't find anything about Mohammed. I couldn't even find his profile from a diff Facebook account.

I didn't want to make baseless allegations so I didn't tell public safety/the deans until after the captain at campus safety kept emailing me to "remind me I'm under no duty to report any additional information but if I had any additional information about Kevin Snow contacting me to let them know." (On a Saturday.) I wanted to just get him hospitalized but the more posts Kevin made the more I got creeped out and thought he was just trying to act like a crazy person. I face booked his mom that same night and she responded 2 weeks later and talked to my mom about getting him help but she claimed the police and school wouldn't help her. I don't know what the deal is with Kevin Snow and most people just think he's a crazy person but if he was just trying to cause a distraction to make USD a target for his friend Mo, I mean seems smart to me - attack private school in biggest navy seal city undetected after two diff instances of crying wolf (undergrad who had breakdown and shot his parents in point loma last year so two years after USD suspended him and then kevin snow). I mean I couldn't get anyone to listen to me - tried the police, FBI, sheriff, my navy seal friends laughed me off and so did a random homeland security dude.

I know it sounds crazy but since you are the only Professor I know who reads Drudge I just really wanted you to know in case you feel like something weird happens at school this fall. I hope I'm just paranoid but can't be too safe after this week.

Thanks again for suggesting DMCA,
Tiffany Dehen

page 272

Gmal   Nevermind   ( )   EXHIBIT  B1  ( )   3/10/18, 1:54 PM

# M Gmail

## Nevermind

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                    Sat, Jul 9, 2016 at 11:15 AM
To: Ted Sichelman <tsichelman@sandiego.edu>

Nevermind he was standing outside my apartment today so I'm with my friend who has security clearances meeting
with the FBI hopefully today.

Sent from my iPhone

---

**Ted Sichelman** <tsichelman@sandiego.edu>                                    Sat, Jul 9, 2016 at 8:47 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Hi Tiffany—I read your email. My instinct is that the statement at the mixer was a poorly formed joke, but I'll make sure
the issue receives more attention. In any event, to be certain, who exactly was standing outside your apartment? Of
course, please let me know if there is anything else I can do. —Best, Prof. Sichelman
[Quoted text hidden]

---

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                    Sun, Jul 10, 2016 at 9:37 AM
To: Ted Sichelman <tsichelman@sandiego.edu>

Thanks Professor Sichelman. I talked to the appropriate people so it should be resolved but I'll let you know if I need
anything else!  Have a good summer!
Tiffany

Sent from my iPhone
[Quoted text hidden]

---

**Ted Sichelman** <tsichelman@sandiego.edu>                                    Sun, Jul 10, 2016 at 2:31 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Glad to hear that, Tiffany. So I will not follow up unless I hear otherwise. I have a great summer, too! —Best, Prof.
Sichelman

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Sunday, July 10, 2016 9:37 AM
**To:** Ted Sichelman
**Subject:** Re: Nevermind

[Quoted text hidden]

page 273

University of San Diego Mail - Safety

EXHIBIT 132

3/10/18, 1:25 PM

University of San Diego

## Safety

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Tue, Jul 12, 2016 at 4:12 PM
To: Quinton Kawahara <qkawahara@sandiego.edu>, Meredith D'Angelo <meredithdangelo@sandiego.edu>, Stephen
Ferruolo <sferruolo@sandiego.edu>

Hi Quinton,

This is Tiffany again. I have been really freaked out with all the terrorist attacks that have been occurring and I have
some additional information I would like to share with DPS. I emailed the President's office yesterday requesting
increased security presence in and around Warren Hall and by the USD Legal Clinics because of a recent incident.

I would like for you to be aware that I emailed Professor Sichelman on Friday night just to tell him what I told you a couple
months ago regarding what Mohammed Aly said to me at the dean's mixer last fall (when Mohammed told me was in
an ISIS sleeper cell and when I asked what sleeping meant he said "until I'm activated"). Prof. Sichelman was the one
who contacted DPS in the first place regarding Kevin Snow, as I understand, and I just wanted him to be aware due to
the escalating terrorist threat here in San Diego. The following morning, this past Saturday, I walked outside to take
my dog out and I noticed Mohammed with a newer white Honda Accord parked right outside of my apartment building
on Lamont St. I have never seen him there before and I am not aware of any other USD law students that live in my
complex.

When I noticed Mo, he avoided eye contact with me and walked around to the back of his car and started rummaging
around for something in his trunk. I grabbed my dog and ran inside and called my friend who has two federal security
clearances. She confirmed to me that ISIS is in fact here in San Diego and the man who was arrested in Tucson
recently was planning an attack on Mission Bay. She immediately called the police while I was on the phone with her.
They came over and escorted me to my car. I then re-emailed Professor Sichelman to tell him nevermind about
reporting anything since we planned on speaking with the FBI and he made clear he was willing to help me in any way
he could.

Subsequently we contacted the FBI on recommendation of the two star admiral here in San Diego. The bureau put
me through to a live federal agent whom I spoke with for 45 minutes regarding all the information I have on both
Mohammed and Kevin Snow. My agent's name is Erin and her badge # is 9186.

To my understanding there is now an active federal investigation if there wasn't before but I have been freaked out by
the whole situation because it just seems too coincidental to me that he showed up outside my apartment the morning
after I emailed Sichelman. He has never been to my apartment and I'm not aware of any other reason that he would
be there. I spoke with my next door neighbors who informed me that they noticed him sitting in his car at 6:00 a.m.
and they confirmed both the same car I saw and that it was him once I showed them his photo. I did not take my dog
out until 9:30-10 a.m., so 3.5 hours later.

I really appreciate increased security presence and if you have anything to relay to Erin, she advised me to call
1800callfbi.

Please let me know if you need any additional information from me. Also, please keep all of this information
confidential, as I do not want my name to be compromised any more than it already is.

Thank you,
Tiffany Dehen
520-400-1116



page 274

EXHIBIT 133



EXHIBIT 133

PLEASE CALL OR
EMAIL ME. I
HAVE A QUESTION
FOR YOU.
Thank You.

EXHIBIT 134

University of San Diego Mail - URGENT                                                    3/10/18, 1:27 PM

University of San Diego

## URGENT

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                              Tue, Jul 19, 2016 at 8:32 PM
To: charles.milks@sdsheriff.org

Hi Chuck,

This is Tiffany Dehen. I received your business card on my door today. I just want you to be aware that when I pulled
onto my street tonight I noticed two sketchy guys sitting outside on Lamont St. as if they were waiting for me to arrive
(in the same spot Mohammed was parked in last weekend). There was one middle eastern guy sitting on the grate
out front and then another guy that looked like he was talking to him sitting in a dark grey Kia SUV. I didn't get the
license plate because I was really shaken up but I went inside to get my dog and as I brought him outside I noticed
them turn around the corner and drive down Felspar street (where I park my car).

I feel useless for not getting the license it just drove away as I was trying to get it. I am on hold on the phone with SD
PD non-emergency right now but I am scared.

Please call me as soon as you can. 520 400-1116.

Thank you,
Tiffany Dehen

**Milks, Charles** <Charles.Milks@sdsheriff.org>                            Wed, Jul 20, 2016 at 6:34 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Good Morning Tiffany. I got your email and voice mail this morning. Do you have any time today or tomorrow when I
could meet with you and ask you a few questions? Hopefully I answer any questions or concerns that you have.

Thanks Chuck
[Quoted text hidden]

page 277

University of San Diego Mail   Mohammed email

EXHIBIT 135

3/10/18, 1:70 PM

⚕ University of San Diego·

## Mohammed email

**Tiffany Dehen** <tiffanydehen@sandiego.edu>
To: charles.milks@sdsheriff.org

Wed, Jul 20, 2016 at 8:27 PM

Hi Chuck,

Thank you so much for stopping by today. Please find enclosed the recent email summary that I sent to USD DPS captain and the law school deans. Below that is the original email from March where I told DPS about what Mohammed said to me during all of the Kevin Snow drama.

While it's all on my mind I just wanted to add a few things so you have it all in one place:
In the old email to DPS I was running on little sleep b/c that was the week of Kevin's incident but when I was reading something recently I came across the word activated and that reminded me of his exact words which I am 100% sure included "I'm in an ISIS sleeper cell" and "Until I'm activated."

He had a lot of freak outs in class from what I've heard so talking to the professors might be useful but I think the more conservative professors would have more to say b/c those are the classes he was more animated in from what I remember. Maybe see if Professor Brooks (our civil rights professor) remembers anything specifically he said. I don't remember exactly what he said in class but he did mention Islam during our civil rights class but that was the semester I withdrew and it was also before he told me so I don't remember if it was alarming or not b/c I wasn't listening for it.

When I asked Rijon from school if she remembers Mohammed freaking out in class she confirmed she remembers him verbally attacking the professors too and described it as retarded stuff that didn't make sense. I have another friend who wants to stay anonymous but he told me Mohammed always looked at him weird and he felt that Mohammed was a violent person. He told me to be careful b/c he said he could imagine Mohammed slitting someone's throat (that's how my friend described it).

Thank you for investigating further and please contact me if you have any further questions or need any more emails (I'll send you the Kevin Snow summary email after this one) I just want to make sure we are all safe.

Thank you,

Tiffany Dehen
tiffanydehen@sandiego.edu
520-400-1116

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Safety**
**Date:** July 12, 2016 at 4:12:42 PM PDT
**To:** Quinton Kawahara <qkawahara@sandiego.edu>, "Meredith D'Angelo" <meredithdangelo@sandiego.edu>, Stephen Ferruolo <sferruolo@sandiego.edu>

Hi Quinton,

page 278

EXHIBIT 135

University of San Diego Mail – Mohammad email                                                            3/10/18, 1:20 PM

This is Tiffany again. I have been really freaked out with all the terrorist attacks that have been occurring and I have some additional information I would like to share with DPS. I emailed the President's office yesterday requesting increased security presence in and around Warren Hall and by the USD Legal Clinics because of a recent incident.

I would like you to be aware that I emailed Professor Sichelman on Friday night just to tell him what I told you a couple months ago regarding what Mohammed Aly said to me at the dean's mixer last fall (when Mohammed told me was in an ISIS sleeper cell and when I asked what sleeping meant he said "until I'm activated"). Prof. Sichelman was the one who contacted DPS in the first place regarding Kevin Snow, as I understand, and I just wanted him to be aware due to the escalating terrorist threat here in San Diego. The following morning, this past Saturday, I walked outside to take my dog out and I noticed Mohammed with a newer white Honda Accord parked right outside of my apartment building on Lamont St. I have never seen him there before and I am not aware of any other USD law students that live in my complex.

When I noticed Mo, he avoided eye contact with me and walked around to the back of his car and started rummaging around for something in his trunk. I grabbed my dog and ran inside and called my friend who has two federal security clearances. She confirmed to me that ISIS is in fact here in San Diego and the man who was arrested in Tucson recently was planning an attack on Mission Bay. She immediately called the police while I was on the phone with her. They came over and escorted me to my car. I then re-emailed Professor Sichelman to tell him nevermind about reporting anything since we planned on speaking with the FBI and he made clear he was willing to help me in any way he could.

Subsequently we contacted the FBI on recommendation of the two star admiral here in San Diego. The bureau put me through to a live federal agent whom I spoke with for 45 minutes regarding all the information I have on both Mohammed and Kevin Snow. My agent's name is Erin and her badge # is 9186.

To my understanding there is now an active federal investigation if there wasn't before but I have been freaked out by the whole situation because it just seems too coincidental to me that he showed up outside my apartment the morning after I emailed Sichelman. He has never been to my apartment and I'm not aware of any other reason that he would be there. I spoke with my next door neighbors who informed me that they noticed him sitting in his car at 6:00 a.m. and they confirmed both the same car I saw and that it was him once I showed them his photo. I did not take my dog out until 9:30-10 a.m., so 3.5 hours later.

I really appreciate increased security presence and if you have anything to relay to Erin, she advised me to call 1800callfbi.

Please let me know if you need any additional information from me. Also, please keep all of this information confidential, as I do not want my name to be compromised any more than it already is.

Thank you,
Tiffany Dehen
520 400-1116

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject:** Re: Urgent
**Date:** March 12, 2016 at 4:43:33 AM PST
**To:** Quinton Kawahara <qkawahara@sandiego.edu>

One more thing I remembered and is bothering me. A few months ago at a dean's mixer I was standing near the beer dispenser and said hi to my friend Mohammed - I had a couple classes with him and we usually had friendly debates. I sold him my textbook - i thought we were pretty good friends but one day he started verbally attacking me on facebook on a comment i made on a political post. Then when I was standing at the doan's mixer i think i remember


page 279

EXHIBIT 135

Mohammed (Aly last name?) standing with Kevin Snow. I remember because I thought my friend Eidon was standing around them - and maybe Daniel Kim - and remember thinking I knew almost everyone except for Kevin - I did not recognize him by name. Mohammed started laying into me about how I'm so much different in real life than I am on facebook when it comes to politics and started getting pretty harsh with the insults. I wasn't really sure how to respond because at one point ISIS came up or I asked why his mom was flying to egypt or something and one thing led to another I can't remember the exact words leading up to it but I remember him looking me stone cold in the face and saying "i'm with isis" and I laughed it off and say like excuse me what i don't get it "i'm with a sleeper cell with isis". He sat there for a while not saying anything and I didn't know how to react because I didn't find it funny but kevin (or whoever I think the guy was standing by mohammed was) was laughing hysterically too. I just didn't find the idea of minimalizing terrorism very funny. After an awkward silence he started laughing hysterically. I didn't think it was funny because he was ostracizing me for thinking that ISIS could be a threat - this was like right after san bernardino or one of the other big events. I didn't tell anyone because I thought he was trying to just paint me as a racist if I started crying wolf and telling people he was with ISIS but his facebook page might be worth checking out to see if he's been posting anything out of the ordinary. After this incident a few days later he started posting some very strongly worded political opinions that started making me uncomfortable so I blocked him because I didn't think his joking around about ISIS was funny. Might be worth checking him out just to make sure everything's okay. I'm worried about my friends going to the all day event on campus tomorrow.

University of San Diego Mail - Fwd: URGENT SCHOOL SAFETY                                                                                              3/10/18, 1:50 PM

EXHIBIT 136

University of San Diego

## Fwd: URGENT SCHOOL SAFETY

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                                                        Wed, Jul 20, 2016 at 8:43 PM
To: Charles.Milks@sdsheriff.org

Emails I sent to Professor Smith when I thought Kevin Snow was just creating a diversion. Let me know if you need
any additional emails! We had a lot of email chains going those few weeks so I can send whatever you need. I have
more photos that we didn't have at this point if you need those too let me know.

Thanks again,
Tiffany Dehen

Begin forwarded message:

**From:** Tiffany Dehen <tiffany.dehen@gmail.com>
**Subject: URGENT SCHOOL SAFETY**
**Date:** March 12, 2016 at 2:00:39 AM PST
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Hi Professor Smith,

As I'm sure you heard through the grapevine there was heightened security on campus the past couple days due to a
particular student who has been behaving weird in class and posting weird stuff on facebook. I am disappointed in a
lot of my classmates who assured me they were sending their first hand knowledge into public safety because I just
emailed these new facebook posts I found and the captain responded at 8 pm tonight and said:

Thank you, Tiffany. You are the only one at this point that has forwarded anything now.
Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7090
Fax (619) 260-2241
www.sandiego.edu/safety

Campus safety/the police (allegedly) are working on it but I spoke with Dean D'Angelo this morning and she assured
me the school was "doing everything they could" and to "trust the process." Then at 2:30 p.m. public safety emailed
me asking if I had any info. I didn't send the new posts (posted yesterday at 12:20 p.m. after I was blocked by him on
facebook weds night) in until 7 pm tonight. The captain is still working on it because he responded very quickly and
said the above note.

I've been looking at everything combined with this guy's newest posts and I almost think he is playing us. I've been
waiting for my friends to tell public safety what they know because I just have a bunch of hearsay but my friend
Amanda sent me all these photos of his facebook the other day and she said someone noticed he wrote Iraq in Arabic
in the middle of the page.

I know this sounds crazy but based on his new facebook posts I honestly think he is playing us. He keeps giving just
enough information to freak everyone out but not enough to constitute a threat. He just deleted a bunch of his


page 281

EXHIBIT 136

incriminating posts yesterday. I am getting a bad feeling and the school can't do anything b/c of "privacy" but the police haven't assured me they have checked on him either - I have called them at least 4 times since weds night. I feel like I am a direct target because I reached out to him weds before everything went crazy at school and the school is aware of all communication but the posts I found tonight are weird because he names three names specifically - but Siobhan looked them up on facebook and we can't find anything. I think they are code names for people. The school has been telling us for two days that there hasn't been a direct threat against anyone so this latest post is walking a very fine line between constituting a real threat and using fake names in place of it.

I feel like I am way too invested in this but whenever I start feeling like it's going to be okay something else comes up. Reading into his posts - everyone keeps saying oh he's just schizo but now I'm beginning to wonder if he is just messing with everyone. He called himself a terrorist - as in he knows he's terrorizing the campus. They said school was safe yesterday but 20/90 people went to wills and trusts - the class everyone expected him to try to show up to. I don't want you to get in trouble but I just want you to know I've called the police 4 times - won't take me seriously - allegedly not enough for a mental health hold and school is doing all they can allegedly - so either he's fooling whatever psychiatrist dean ferruolo told my mom examined him or he's just really good at acting crazy for fun. I haven't noticed anything new since the post yesterday but I didn't know that until recently and after looking at what Amanda originally sent me yesterday - if they really haven't hospitalized him yet, I wonder if he is trying to quietly go away until he comes back for something bigger. The school keeps saying there's no threat and everyone is safe but they still have heightened security on campus - there's a big bar class that's supposed to meet all day Saturday. That would be almost our entire 3L class. Then on top of it - people keep saying he's just off his rocker and other professors admitted to my mom he's schizo. But he has been responding to people - that's not schizo - and he's been smart enough to delete all of his incriminating posts from yesterday except for the most recent one where he says the school sent an email blast excusing his terrorism. I can't find out if he's hospitalized but I don't see why public safety would still be talking to me if he was. If he's not hospitalized right now, then he knows exactly what he's doing and he's calculating his next move.

He is pretending to be jewish - or fermin suggested this dutch author who died on march 5th and that's around when all the weird posts started popping up on facebook. I've made a timeline and it goes back to last week with all the weird facebook posts and then incidents since monday when he acted out in prof. muth's class. I don't understand how there is enough evidence for a psych hold on him yet - and if they already acted on that why would they still have security on campus. I don't trust the school's process because I know of another student who got let down by the process this year - the same "expert psychiatrists" ferruolo told my mom were going to check out kevin snow, are the ones who misdiagnosed another student and gave him the worst medication possible for someone who exhibited classic textbook symptoms of bipolar - heard from the source himself. The only way he was stopped was when he started having a psychotic episode and throwing stuff in his apt - his roommate called the police and got him help immediately but that was days after the school had been notified of his erratic behavior. I was originally worried about this other guy's potential to harm himself, but I almost wonder if he's outsmarted everyone and knows when to quit - the school wouldn't come after him if he just stopped now unless he tried to come on campus. I don't believe the school will keep security up for more than a few days even if he hasn't been hospitalized. I just don't see how they can be on both sides of the argument - either he's perfectly sane and everyone can about their merry day and public safety would stop contacting me since he's no longer a threat, or reading his facebook posts - that means we have to take him at his word that he's a terrorist terrorizing people, or he's a whack job who is becoming more of a threat to himself and others by the hour as he becomes more mentally ill. Call me paranoid but I told police this was a suspected bomb threat twice - we have huge military bases here. I mean if I have to spell out the rest - to everyone else apparently I do - San Diego would be perfect for terrorists to hit because it would be a huge screw you since it would be sneaky. This guy has no friends - I messaged his mom right after he called me a nazi on weds night and she read the message yesterday but never responded. I haven't found anyone who is friends with him and the only kid who has stood up for him even admitted to me that he is off his rocker and will have to hit rock bottom before he gets better. I would rather not see what rock bottom is if I can avoid it.

Here's how we found the photos chronologically in the zip drive - all jpeg files I swear not a virus. Just too many and didn't want to send you ten emails. This doesn't even include the screenshots of his previous weird posts from the last week calling everyone at USD nazi's. I don't think enough is being done. There's another screenshot floating around I haven't been able to get that is to a barbri rep earlier this week that my friend Joe Guilino has - he sent to the dean but hasn't reached out to me other than that. I'm not sure if the dean is forwarding right away to public safety because when I spoke to them on Thurs morning they didn't have the message to Fermin that I sent myself to the dean on Weds night. There's also reports of kevin approaching two girls in the parking lot and Mason too - who all

page 282

EXHIBIT 136

talked to public safety on weds night. Kevin acted out in MBE class so much that he kept staring at the clock as if he was waiting for something happen - words straight from Siobhan's mouth right after class - and professor sicholman noticed something was off and asked him if he was okay in class (hearsay) but then he went and filed a report with the dean right after to which the dean rushed out of his class and asked "is everyone in the writs okay" and then they've been dealing with this ever since. Prof Hirsch also noticed his weird behavior via email (which he told my mom) and thought it was schizophrenic. I heard he also acted out in Professor Muth's PR class. I heard he acted weird in one of his bar writing or research classes when he was arguing for marijuana and then the very first facebook post that got everyone's attention was talking about the reference librarian. He made some incoherent comment and then it said if you know which one (referencing librarian) I'm talking about DONT LIKE THIS STATUS and I heard he is in a class with a reference librarian. Then his statuses just got weirder and weirder. The other thing that is weird is that he attacked me and said I like Ben Carson - but Fermin has been posting some liberal posts lately and I almost think kevin thought of fermin as an ally - until fermin stopped responding to him and defriended him on facebook yesterday. Could be nothing but I think Joe Gullino tried reaching out to him the other day and got called a nazi too (the personal messages where he calls someone a nazi is addressed to me) and if I remember correctly Joe is usually outspoken republican too. I can't remember 100% but i have a feeling I remember talking to him about it. Nobody wants to get involved and people have been defriending or blocking him one by one and not even keeping everyone updated because they are hoping it will just get swept under the rug and go away. If he is mentally ill - then it won't go away. If he's calculating his moves - then it most definitely won't go away b/c he's mocking us right now.

I don't know what I expect you to do but if you think I'm overreacting that would help. I am highly sensitive due to the Jared Loughner shooting in Tucson a few years ago when he shot Gabby Giffords point blank at the safeway right across the street from my parent's current house. He exhibited all the same signs - suspended from school, shut up and stopped bothering people and then 6 months later went and got guns - everyone missed the signs - and he showed up and shot 20 people at safeway on a sunday morning.

Sorry to be such a downer but if public safety is still contacting me I don't feel like it's resolved and I'm not sure they are willing to admit the possibility this could be a real threat to everyone.

Thank you,
Tiffany Dehen
520-400-1116


From: Tiffany Dehen <tiffany.dehen@gmail.com>
Subject: Forgot
Date: March 12, 2016 at 2:27:43 AM PST
To: "Thomas A. Smith" <tacsmith@gmail.com>

Forgot to mention when I found his mom on facebook it looks like she is originally from russia but lives in colorado. It's weird she didn't answer me. Dean D'Angelo this morning said, "some students are not receptive to accept help from anyone" and that did not really settle well with me either. I heard through the grapevine he was not close with his family and called them all nazis on facebook or something. Allegedly he is originally from Utah and is mormon. I thought I heard he was from Sweden though. I don't know it's just all very weird. He came to school covered in sharpie this weekend and at first everyone thought he just went on a drug bender this weekend at the festival - I would buy that except for the fact the weird nazi posts started last week before that recent music festival.

It just doesn't add up. I really just hope he's lost it - but unfortunately if he lays low and everyone forgets about it, he'll still remember what day and where graduation is. Or any other random day when security lets up. A lot of students did not think he was violent - but when I press them they tell me either they didn't observe his behavior this week other than the weird sharpie all over him, or they admit he is acting crazy and needs to get mental help. If he's tricking everyone - police and doctors - into thinking he is fine then in my opinion he's even more crazy than we thought. What a perfect cover for a kid to go on ranting about nazi's - act all crazy - people avoid getting him help - he can further both the stricter gun law and fear of ISIS causes all in one shot. If all this is somehow linked to them - and they

page 283

EXHIBIT 13

University of San Diego Mail - Fwd: URGENT SCHOOL SAFETY                                                                3/10/18, 1:50 PM

got us in our own military town – I will be sick to my stomach. The chicago protests just exasperated my weird feelings too - it's like everyone is in a trance and thinks nothing can go wrong.

Tiffany


Begin forwarded message:

**From:** Tiffany Dehen <tiffany.dehen@gmail.com>
**Subject: Nevermind**
**Date:** March 13, 2016 at 12:54:17 PM PDT
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Sorry for the paranoia Professor Smith. I was a little freaked out by the whole situation but if USD thinks it's under control I'm over it. I was just really trying to get that kid hospitalized before USD lost the window of opportunity to act but as far as I know there's nothing now. My mom freaked me out a lot because she suggested me to reach out to him and then after all the posts she showed her doctor who said he really needed a forensic psychiatrist so that sounded serious to me. Dean D'Angelo reached out to me again yesterday reiterating that I'm under no obligation to continue notifying public safety but they want me to notify if he contacts me at all. I'm not so much worried about my own safety as I was worried about his own safety but if they think it's under control I'll trust that they have it taken care of. Other students from school hyped me up and then I remembered a weird conversation with one of his friends who joked around claiming he was in an isis sleeper cell a few months ago when he was making fun of me being republican and I thought he was just pulling my leg but I still didn't find it very funny, so when all this started happening it made me super paranoid.

Sorry!
Tiffany


Begin forwarded message:

**From:** "Thomas A. Smith" <tacsmith@gmail.com>
**Subject: Re: Nevermind**
**Date:** March 13, 2016 at 1:10:56 PM PDT
**To:** Tiffany Dehen <tiffany.dehen@gmail.com>

No worries Tiffany. Strange times we live in.


 **KS.zip**
12759K


**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                                                Wed, Jul 20, 2016 at 8:46 PM
To: tiffanydehen@sandiego.edu

Delivery to the following recipient failed permanently:

    Charles.Milke@sdsheriff.org

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain sdsheriff.org by

page 284

EXHIBIT 136

sdsheriff.org. [204.19.244.25].

The error that the other server returned was:
552 Requested mail action aborted: SIZE value is out of range


----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=sandiego-edu.20150623.gappssmtp.com; s=20150623;
    h=from:subject:date:references:to:message-id:mime-version;
    bh=H7H//z2b5EZ62H/jdzwSJry2RNpi17fQwjKnIXe8oicc=;
    b=zc6wvRk/JObMJDlW1m267HBrjXGDpZihWP4d7M/l9PwWQuMqNwR9WF1qYlaBP1rkro
    UAmSBBLGcSg9DEPDRverOG69CFHK3SdbTgvOfWth8CnLVk8A3LAl0s5DhqpE/afmXsqt
    /AzP9sW+XUeVNIh/xPGBhpOCWhQvWpt9voNwfoqDM36d4ZNw8pZ4Fkw5W0RhYL1sPprN
    fPEJmYw49/Nild52TQyKfYy55IvOdNxqktqV//Cuw+upCK6bW8q1wHSQwlpG37P2AzL3
    Z7S/7Oq8og46vCSNP8DlsoBjDwP17rU1GnoyPcJ0LgRknhvtXnh+MRQ9/h5AJD3mext
    Davg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20130820;
    h=x-gm-message-state:from:subject:date:references:to:message-id
    :mime-version;
    bh=H7H//z2b5EZ62H/jdzwSJry2RNpi17fQwjKnIXe8oicc=;
    b=hDM2KZy6wKHJTnFhFfVPTYt+PXbdhBmqsQ88oT/iQ6s42XFOBk5WGNawHNTmLeLUrk
    84nlKzzGWfZb6nzvFIQVMAO0ALDIVVz+K48qAVgzdCYWRGkcepeKiQKrhyWlYc2TRNY4
    eKq0gwbsFu7lhpfVp6vbE+wfXXhCs3Uz+w3RRTii5U7yFBhok+kJLHl4pZ8ucWTNDlop
    9sDkRCFr3dwPfo9kW3YSUUxEzIoO1GKV/aGZZEUjQ7T9vF3TR5FSq2mx11ekTrRoWHPP
    uLfoD2lGoVfNbYzLKZUcRiRGCDW9FSgM2sHoz1bdlmAYHpZmiRICixbTiGiPV3aqscv8
    Q85Q==
X-Gm-Message-State: ALyK8tJghwwpviHAvgnpDUQWwWn4MXGYOGheUpwWALkfgoE2svVZZguwMaoZ
o5evqh0N/Km3
X-Received: by 10.157.29.157 with SMTP id y29mr30300417otd.183.1469072754731;
    Wed, 20 Jul 2016 20:45:54 -0700 (PDT)
Return-Path: <tiffanydehen@sandiego.edu>
Received: from ?IPv6:2602:306:32c7:960:909a:3ab6:1db1:f1bb? ([2602:306:32c7:960:909a:3ab6:1db1:f1bb])
    by smtp.gmail.com with ESMTPSA id w137sm2540805oie.11.2016.07.20.20.43.30
    for <Charles.Milks@sdsheriff.org>
    (version=TLS1 cipher=ECDHE-RSA-AES128-SHA bits=128/128);
    Wed, 20 Jul 2016 20:45:50 -0700 (PDT)
From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Content-Type: multipart/alternative; boundary="Apple-Mail=_1A03A473-F038-4523-83EE-8F1C5306A610"
Subject: Fwd: URGENT SCHOOL SAFETY
Date: Wed, 20 Jul 2016 20:43:25 -0700
References: <2B06B916-362F-4A21-8633-9B90C01A7891@gmail.com>
To: Charles.Milks@sdsheriff.org
Message-Id: <C45CB173-5FFC-4593-BE66-4FF4BD378311@sandiego.edu>
Mime-Version: 1.0 (Mac OS X Mail 9.3 \(3124\))
X-Mailer: Apple Mail (2.3124)

Emails I sent to Professor Smith when I thought Kevin Snow was just creating a diversion.  Let me know if you need
any additional emails!  We had a lot of email chains going those few weeks so I can send whatever you need.  I have
more photos that we didn't have at this point if you need those too let me know.

Thanks again,
Tiffany Dehen

page 285

EXHIBIT 13

University of San Diego Mail - Fwd. URGENT SCHOOL SAFETY                                    3/10/18, 1:50 PM

Begin forwarded message:

From: Tiffany Dehen <tiffany.dehen@gmail.com>
Subject: URGENT SCHOOL SAFETY
Date: March 12, 2016 at 2:00:39 AM PST
To: "Thomas A. Smith" <tacsmith@gmail.com>

Hi Professor Smith,

As I'm sure you heard through the grapevine there was heightened security on campus the past couple days due to a
particular student who has been behaving weird in class and posting weird stuff on facebook. I am disappointed in a
lot of my classmates who assured me they were sending their first hand knowledge into public safety because I just
emailed these new facebook posts I found and the captain responded at 8 pm tonight and said:

Thank you, Tiffany. You are the only one at this point that has forwarded anything new.
Quinton "Q" Kawahara
Captain
University of San Diego
Department of Public Safety
Hughes 141
Phone (619) 260-7690 <tel:(619)%20260-7690>
Fax (619) 260 2241 <tel:(619)%20260-2241>
www.sandiego.edu/safety <http://www.sandiego.edu/safety>

Campus safety/the police (allegedly) are working on it but I spoke with Dean D'Angelo this morning and she assured
me the school was "doing everything they could" and to "trust the process." Then at 2:30 p.m. public safety emailed
me asking if I had any info. I didn't send the new posts (posted yesterday at 12:20 p.m. after I was blocked by him on
facebook weds night) in until 7 pm tonight. The captain is still working on it because he responded very quickly and
said the above note.

I've been looking at everything combined with this guy's newest posts and I almost think he is playing us. I've been
waiting for my friends to tell public safety what they know because I just

----- Message truncated -----

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                               Wed, Jul 20, 2016 at 8:51 PM
To: Charles Milks <charles.milks@sdsheriff.org>

I got a delivery failed status notification that said this one didn't go through so just wanted to make sure.  I took the zip
file out but let me know if you want any of the photos.

Thanks,
Tiffany

Begin forwarded message:

**From:** Tiffany Dehen <tiffanydehen@sandiego.edu>
**Subject: Fwd: URGENT SCHOOL SAFETY**
**Date:** July 20, 2016 at 8:43:25 PM PDT
**To:** Charles.Milks@sdsheriff.org

[Quoted text hidden]

**From:** Tiffany Dehen <tiffany.dehen@gmail.com>

page 286

EXHIBIT 106

**Subject: Forgot**
**Date:** March 12, 2016 at 2:27:43 AM PST
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Forgot to mention when I found his mom on facebook it looks like she is originally from russia but lives in colorado. It's weird she didn't answer me. Dean D'Angelo this morning said, "some students are not receptive to accept help from anyone" and that did not really settle well with me either. I heard through the grapevine he was not close with his family and called them all nazis on facebook or something. Allegedly he is originally from Utah and is mormon. I thought I heard he was from Sweden though. I don't know it's just all very weird. He came to school covered in sharpie this weekend and at first everyone thought he just went on a drug bender this weekend at the festival - I would buy that except for the fact the weird nazi posts started last week before that recent music festival.

It just doesn't add up. I really just hope he's lost it - but unfortunately if he lays low and everyone forgets about it, he'll still remember what day and where graduation is. Or any other random day when security lets up. A lot of students did not think he was violent - but when I press them they tell me either they didn't observe his behavior this week other than the weird sharpie all over him, or they admit he is acting crazy and needs to get mental help. If he's tricking everyone - police and doctors - into thinking he is fine then in my opinion he's even more crazy than we thought. What a perfect cover for a kid to go on ranting about nazi's - act all crazy - people avoid getting him help - he can further both the stricter gun law and fear of ISIS causes all in one shot. If all this is somehow linked to them - and they get us in our own military town - I will be sick to my stomach. The chicago protests just exasperated my weird feelings too - it's like everyone is in a trance and thinks nothing can go wrong.

Tiffany

Begin forwarded message:

**From:** Tiffany Dehen <tiffany.dehen@gmail.com>
**Subject: Nevermind**
**Date:** March 13, 2016 at 12:54:17 PM PDT
**To:** "Thomas A. Smith" <tacsmith@gmail.com>

Sorry for the paranoia Professor Smith. I was a little freaked out by the whole situation but if USD thinks it's under control I'm over it. I was just really trying to get that kid hospitalized before USD lost the window of opportunity to act but as far as I know there's nothing new. My mom freaked me out a lot because she suggested me to reach out to him and then after all the posts she showed her doctor who said he really needed a forensic psychiatrist so that sounded serious to me. Dean D'Angelo reached out to me again yesterday reiterating that I'm under no obligation to continue notifying public safety but they want me to notify if he contacts me at all. I'm not so much worried about my own safety as I was worried about his own safety but if they think it's under control I'll trust that they have it taken care of. Other students from school hyped me up and then I remembered a weird conversation with one of his friends who joked around claiming he was in an isis sleeper cell a few months ago when he was making fun of me being republican and I thought he was just pulling my leg but I still didn't find it very funny, so when all this started happening it made me super paranoid.

Sorry!
Tiffany

Begin forwarded message:

**From:** "Thomas A. Smith" <tacsmith@gmail.com>
**Subject: Re: Nevermind**
**Date:** March 13, 2016 at 1:10:56 PM PDT
**To:** Tiffany Dehen <tiffany.dehen@gmail.com>

EXHIBIT 16 b

University of San Diego Mail   Fwd: URGENT SCHOOL SAFETY                                3/10/18, 1:50 PM

No worries Tiffany. Strange times we live in.

page 288

Gmail - Update                                                                                                      3/17/18, 8:12 PM

EXHIBIT 137

M Gmail

---

## Update

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                                    Thu, Jul 21, 2016 at 10:38 AM
To: Charles Milks <charles.milks@sdsheriff.org>

Hi Chuck,

I was starting to feel bad yesterday because of what you said about Mohammed sleeping out of his car. I felt sorry for
him, but then I just can't shake this feeling. Mohammed is a wild card and I've been surprised by his actions and
outbursts in the past.

I just can't leave it alone it's consuming my mind because I feel like something is not right. Especially the fact that
he's been sleeping out of his car. When I talked to him about where he lived a while ago I remember I got confused
because I didn't get what he was saying. I always ask everyone what part of town they live in especially around
school events and he told me like two different things so I remember being confused.

I have never in my life felt this scared in everyday life. It doesn't just all seem like coincidence. When my neighbors
said they saw him sitting in his car they said they walked over to the car and thought it was weird b/c the car was
running and the windows were fogged up and he was just like sitting in there at 6 a.m. When I came outside he tried
so hard to avoid eye contact with me and keep his head turned away from me but I got good long looks at him and I'm
100% sure it was him.

I'm just worried that he might be purposely sleeping in his car and hard to find. My mom thinks his family has a lot of
money and that's what I always assumed since he's from Egypt and goes to USD. His Instagram paints a really nice
picture of who he is but it's not a true representation of his wild side.

I'm sorry if I sound like I'm making a big deal out of nothing. I just haven't ever had this feeling with any other crazy
person I know and I have met a lot of them. I've interacted with schizos, bipolar people, people from all over the world
(including several friends from the middle east), drug addicts, homeless people, millionaires, you name it and I've
never felt like I just can't trust somebody no matter what they say. The bar is really expensive and I could have sworn
Mohammed had an older honda civic when I met him at his parent's diner. I'm hypersensitive of my surroundings so I
know that it was a newer car that he had with him last weekend. I feel like he saw me so he could have gotten in his
car and driven away before I noticed he was there but instead he walked around and rummaged through the trunk so I
just felt like he wanted me to see him (which I know seems irrelevant but it was just a weird feeling I got).

The guy I thought the school was talking about sleeping in his car at one point is James Jankowski and he was
reported to the deans for erratic behavior as well although I think he's just mentally ill. We've seen a few other kids
have psychotic breaks so we are very observant because although all law students are a little weird, the extra weird
ones stand out.

Sorry if I'm a bother this has just been eating away at me since he told me because I was afraid things would get
weird and with all the strange stuff going on around the country I'm getting more afraid. I'm noticing everything out of
the norm and I even emailed DPS at school about this old white guy with a red altima parked in the dean's spot right
but the law school yesterday. He caught me off guard on my way to class b/c I was shook up from feeling sorry for
Mohammed. This guy has been in the same spot at the same time I have been going to class the past few days and
every time I've passed him he's looked away and shifted around. I thought he was a professor so I smiled at him on
my way to class yesterday and he yelled after me and asked which class I was heading to. When I said PR with Muth
he asked what PR was. I said professional responsibility and he asked how it was going and I said good it's the last
day. He's not a law professor b/c they know what PR is and the girl who sits next to me in class was walking up late
with me so I asked if she's ever seen him there and she said the same thing I thought - he's been there in the same

page 289

EXHIBIT 137

spot everyday the past few days but we don't remember ever seeing him around before that.

I emailed DPS and came downstairs to talk to them at our break. The officer was zooming around the parking lot but said it sounds like a guy they know who hangs out in the library sometimes and used to work there (if it's the same guy he's thinking of). It was just weird because the officer seemed eager to find him like the guy shouldn't have been around the law school. I know that sounds silly and irrelevant but that's just an example of how scared and hypersensitive I am right now.

I'm taking what you said to heart and I will apply to be AUSA or FBI ASAP.

Thank you so much for protecting us and please let me know if you find out anything new so I can either relax or help you find what you need. I hope they are going to have extra security at the bar next week.

Tiffany

page 290

EXHIBIT 138   3/10/18, 4:50 PM

 Gmail

---

## Remain Calm and Study On..

**Milks, Charles** <Charles.Milks@sdsheriff.org>                        Thu, Jul 21, 2016 at 12:52 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Good Afternoon, Thank you for your email. I spoke with Captain Kawahara at the USD Office of Public Safety earlier today regarding the information you shared. Be assured that the information and circumstances concerning Mohammed and Kevin have been and continue to be monitored and investigated. With all confidence I reassure you that the personal safety of yourself and the students and staff at USD continue to be a priority. No information I have seen to date indicates that your personal safety is at risk by any of the listed persons. Thank you for sharing the information me yesterday and first hand statements.

My initial recommendation yesterday and remains today, that you continue to concentrate your attentions and efforts to your JD studies and not let the inflammatory rhetoric posted on social media cause excessive concern. In plain colloquial terminology, Remain Calm, We Got This...

Have a great week and do well on your final JD efforts.


Chuck Milks, Detective / Taskforce Officer CT-1
San Diego Joint Terrorism Taskforce
10385 Vista Sorrento Pkwy, San Diego, CA 92121
Desk: 858-495-8545
Cell: 619 241-5819



-----Original Message-----
From: Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
Sent: Thursday, July 21, 2016 10:38 AM
To: Milks, Charles
Subject: Update

Hi Chuck,

I was starting to feel bad yesterday because of what you said about Mohammed sleeping out of his car. I felt sorry for him, but then I just can't shake this feeling. Mohammed is a wild card and I've been surprised by his actions and outbursts in the past.

I just can't leave it alone it's consuming my mind because I feel like something is not right. Especially the fact that he's been sleeping out of his car. When I talked to him about where he lived a while ago I remember I got confused because I didn't get what he was saying. I always ask everyone what part of town they live in especially around school events and he told me like two different things so I remember being confused.

I have never in my life felt this scared in everyday life. It doesn't just all seem like coincidence. When my neighbors said they saw him sitting in his car they said they walked over to the car and thought it was weird b/c the car was running and the windows were fogged up and he was just like sitting in there at 6 a.m. When I came outside he tried so hard to avoid eye contact with me and keep his head turned away from me but I got good long looks at him and I'm 100% sure it was him.

I'm just worried that he might be purposely sleeping in his car and hard to find. My mom thinks his family has a lot of

 page 291

money and that's what I always assumed since he's from Egypt and goes to USD.  His Instagram paints a really nice picture of who he is but it's not a true representation of his wild side.

I'm sorry if I sound like I'm making a big deal out of nothing. I just haven't ever had this feeling with any other crazy person I know and I have met a lot of them.  I've interacted with schizos, bipolar people, people from all over the world (including several friends from the middle east), drug addicts, homeless people, millionaires, you name it and I've never felt like I just can't trust somebody no matter what they say.  The bar is really expensive and I could have sworn Mohammed had an older honda civic when I met him at his parent's diner.  I'm hypersensitive of my surroundings so I know that it was a newer car that he had with him last weekend.  I feel like he saw me so he could have gotten in his car and driven away before I noticed he was there but instead he walked around and rummaged through the trunk so I just felt like he wanted me to see him (which I know seems irrelevant but it was just a weird feeling I got).

The guy I thought the school was talking about sleeping in his car at one point is James Jankowski and he was reported to the deans for erratic behavior as well although I think he's just mentally ill.  We've seen a few other kids have psychotic breaks so we are very observant because although all law students are a little weird, the extra weird ones stand out.

Sorry if I'm a bother this has just been eating away at me since he told me because I was afraid things would get weird and with all the strange stuff going on around the country I'm getting more afraid.  I'm noticing everything out of the norm and I even emailed DPS at school about this old white guy with a red altima parked in the dean's spot right but the law school yesterday.  He caught me off guard on my way to class b/c I was shook up from feeling sorry for Mohammed.  This guy has been in the same spot at the same time I have been going to class the past few days and every time I've passed him he's looked away and shifted around.  I thought he was a professor so I smiled at him on my way to class yesterday and he yelled after me and asked which class I was heading to.  When I said PR with Muth he asked what PR was.  I said professional responsibility and he asked how it was going and I said good it's the last day.  He's not a law professor b/c they know what PR is and the girl who sits next to me in class was walking up late with me so I asked if she's ever seen him there and she said the same thing I thought - he's been there in the same spot everyday the past few days but we don't remember ever seeing him around before that.

I emailed DPS and came downstairs to talk to them at our break.  The officer was zooming around the parking lot but said it sounds like a guy they know who hangs out in the library sometimes and used to work there (if it's the same guy he's thinking of).  It was just weird because the officer seemed eager to find him like the guy shouldn't have been around the law school.  I know that sounds silly and irrelevant but that's just an example of how scared and hypersensitive I am right now.

I'm taking what you said to heart and I will apply to be AUSA or FBI ASAP.

Thank you so much for protecting us and please let me know if you find out anything new so I can either relax or help you find what you need.  I hope they are going to have extra security at the bar next week.

Tiffany

EXHIBIT 139

3/10/18, 4:49 PM

 Gmail

## Re: Tiffany

**Lili Dehen** <ldehenaz@gmail.com>
To: Tiffany Dehen <tiffany.dehen@gmail.com>
Cc: Mike Dehen <MDehen@kmbs.konicaminolta.us>

Mon, Jul 25, 2016 at 11:15 AM

Tiffany,

Here is email. Sorry did not copy u earlier. I was hoping to hear it was not Mohammed's car. We all want u to move, if that letter was from him.

Also very stressed that USD has more police on campus. So I txt'd Kevin's mom to see if he was any better. His FB still shows mention of sites for pot, and jokes about 'dropping acid'. The entire situation created so much stress while he acted out in class.

She called me, said he lives at home. And that the school was a huge help with getting him accepted to a small law school there to finish. Also, the school never mentioned or asked about his friends, and he had no friends from SD and was not in touch with anyone.

I said that an Arab student said in front of you and Kevin 'he was in ISIS sleeper cell'. Why you were concerned about Kevin's anger, and the other students' anger in class.

And wanted to know if Kevin upset with you at all, since you were only one to reach out to him. She said he blocked many ppl who cared so you weren't the only one.

She said Kevin mentioned nothing. And he was seeing a psychologist and they hoped for psychiatrist soon to get him on meds. Working toward that slowly while he was finishing up work needed to graduate law school.

I told her it was great that he was home, surprised he was willing to go. She said his school funds ran out.

Surprised that the school did not ask about any of his friends, and that he also dropped the lawsuit against USD.

On Sunday, July 24, 2016, Lili Dehen <ldehenaz@gmail.com> wrote:
> Dear Officer Milks,
>
> Thank you for meeting with Tiffany.
>
> With the mail she received, we feel she needs to move ASAP unless Mohammed has been detained.
>
> Turtle seal on envelope is symbolic and we want her to be safe. Arab student suggests he is troubled same as Mr. Snow, about lifestyle conflict with his Religion.
>
> If you can let her know when you plan to question him, it will help her plan. FBI not responsible for her situation though we want to avoid extra stress on her. Someone has her address. Time to move.
>
> Please call if you can discuss.
>
> She has 2 more days. This is really tough on her emotionally, prob as intended. Her last USD Law Final is

page 293

EXHIBIT 139

3/10/18, 4:08 PM

Tuesday.

We may need to hire a Private Investigator unless FBI can say he was detained.  Not worth risk.  Cost may be too high though we need to do something to avoid chance of this getting worse.

Thanks,


Lili Dehen
Mom, Tiffany Dehen
USD Law Student

c: 520-400-1108

page 294

EXHIBIT 140



EXHIBIT 140



EXHIBIT AO



page 297

EXHIBIT 140



page 298

EXHIBIT 14C



EXHIBIT 110



University of San Diego·                                              Tiffany Dehen <tiffanydehen@sandiego.edu>

## Catamaran Event Feb 8-10

**Bibi Fell** <bibi@thegomezfirm.com>                               Fri, Jan 27, 2017 at 10:48 AM
To: Tiffany Dehen <tiffanydehen@sandiego.edu>

Great. Thanks!



**Bibianne Fell** | Senior Trial Attorney
GOMEZ TRIAL ATTORNEYS
655 West Broadway Street | Suite 1700 | San Diego, CA 92101
TEL 619 237 3490 | FAX 619 237 3496

**www.gomeztrialattorneys.com**

   

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Friday, January 27, 2017 10:49 AM
**To:** Bibi Fell <bibi@thegomezfirm.com>
**Subject:** Re: Catamaran Event Feb 8-10

Please find enclosed completed contract.

Thank you and I look forward to meeting you!  Just to be clear - our first meeting will be next Tuesday 1/31 at USD at 6:30 correct?  See you then!

page 301

Best Regards,


Tiffany Dehen J.D.

University of San Diego School of Law

TiffanyDehen@SanDiego.edu

858-262-0052




On Jan 27, 2017, at 10:37 AM, Bibi Fell <bibi@thegomezfirm.com> wrote:


Here you go!






**Bibianne Fell** | Senior Trial Attorney
GOMEZ TRIAL ATTORNEYS
655 West Broadway Street | Suite 1700 | San Diego, CA 92101
TEL 619 237 3490 | FAX 619 237 3496

**www.gomeztrialattorneys.com**







page 302

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Friday, January 27, 2017 10:38 AM
**To:** Bibi Fell <bibi@thegomezfirm.com>
**Subject:** Re: Catamaran Event Feb 8-10

Thank you Bibi.

I just reviewed both documents and yes I am interested!  I'll fill out and return the contract as soon as you send it over!

Thank you again!

Best Regards,

Tiffany Dehen J.D.

University of San Diego School of Law

TiffanyDehen@SanDiego.edu

858-262-0052

On Jan 27, 2017, at 8:14 AM, Bibi Fell <bibi@thegomezfirm.com> wrote:

Great! Here you go! If you can do it, I'll send you a contract for signature.

Thanks,

Bibi

**Bibianne Fell** | Senior Trial Attorney
GOMEZ TRIAL ATTORNEYS
655 West Broadway Street | Suite 1700 | San Diego, CA 92101
TEL 619 237 3490 | FAX 619 237 3496

page 303

**www.gomeztrialattorneys.com**

**From:** Tiffany Dehen [mailto:tiffanydehen@sandiego.edu]
**Sent:** Friday, January 27, 2017 8:06 AM
**To:** Bibi Fell <bibi@thegomezfirm.com>
**Subject:** Catamaran Event Feb 8-10


Bibi,


Kacie Wagner just posted in our USD group about an event that you are hosting at the Catamaran Feb 8-10. I am really interested to learn more about this opportunity. Please find enclosed my updated resume.


Thank you for the consideration. I look forward to hearing from you.


Best Regards,


Tiffany Dehen J.D.

University of San Diego School of Law

TiffanyDehen@SanDiego.edu

858-262-0052

**University** of San Diego·                                    Tiffany Dehen <tiffanydehen@sandiego.edu>

## LEGAL ASSISTANT/PARALEGAL

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                          Tue, Jan 10, 2017 at 3:27 PM
To: sandiegolawfirm401@gmail.com

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial situation).  I am currently looking for a job in a law office to gain additional legal experience.  I am positive, energetic, financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed.  I am confident I would be a valuable asset to your firm and I am looking to start as soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052


http://sandiego.craigslist.org/csd/lgl/5943973051.html


📄 **TiffanyDehenResume (8).pdf**
   113K


page 305

**EXHIBIT A3**



🎓 University of San Diego·

Tiffany Dehen <tiffanydehen@sandiego.edu>

---

## Estate planning attorney needed for multi family office-high net worth

1 message

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Tue, Jan 10, 2017 at 3:29 PM
To: 4j5mt-5943787433@job.craigslist.org

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial situation). I am currently looking for a job in a law office to gain additional legal experience. I am positive, energetic, financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed. I am confident I would be a valuable asset to your firm and I am looking to start as soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052


http://sandiego.craigslist.org/csd/lgl/5943787433.html

---

📄 **TiffanyDehenResume (8).pdf**
113K

---

page 306

♦ University of San Diego ®                        Tiffany Dehen <tiffanydehen@sandiego.edu>

# LEGAL SECRETARY/PARALEGAL

1 message

**Tiffany Dehen** <tiffanydehen@sandiego.edu>           Tue, Jan 10, 2017 at 3:31 PM
To: zm2fm-5942787830@job.craigslist.org

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial situation).  I am currently looking for a job in a law office to gain additional legal experience.  I am positive, energetic, financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed.  I am confident I would be a valuable asset to your firm and I am looking to start as soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052

http://sandiego.craigslist.org/csd/lgl/5942787830.html

📄 **TiffanyDehenResume (8).pdf**
   113K

page 307

**University** of San Diego®

Tiffany Dehen <tiffanydehen@sandiego.edu>

# Attorney - Immigration

1 message

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                                  Tue, Jan 10, 2017 at 3:32 PM
To: attorneys@asl-lawfirm.com

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial situation).  I am currently looking for a job in a law office to gain additional legal experience.  I am positive, energetic, financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed.  I am confident I would be a valuable asset to your firm and I am looking to start as soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052


http://sandiego.craigslist.org/csd/lgl/5937598693.html

 **TiffanyDehenResume (8).pdf**
 113K

EXHIBIT 170

**University of San Diego**

Tiffany Dehen <tiffanydehen@sandiego.edu>

---

## Paralegal/ Legal Secretary to CEO

1 message

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                 Tue, Jan 10, 2017 at 3:34 PM
To: 4ffbr-5930759165@job.craigslist.org

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial situation). I am currently looking for a job in a law office to gain additional legal experience. I am positive, energetic, financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed. I am confident I would be a valuable asset to your firm and I am looking to start as soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052

http://sandiego.craigslist.org/csd/lgl/5930759165.html

📄 **TiffanyDehenResume (8).pdf**
113K

page 309

*University of San Diego*                                                            Tiffany Dehen <tiffanydehen@sandiego.edu>

---

## Law Clerk

2 messages

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                        Tue, Jan 10, 2017 at 3:34 PM
To: tzphc-5930055544@job.craigslist.org

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial situation). I am currently looking for a job in a law office to gain additional legal experience. I am positive, energetic, financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed. I am confident I would be a valuable asset to your firm and I am looking to start as soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052


http://sandiego.craigslist.org/csd/lgl/5930055544.html


📄 **TiffanyDehenResume (8).pdf**
     113K

---

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                        Tue, Jan 10, 2017 at 3:38 PM
To: tzphc-5930055544@job.craigslist.org

[Quoted text hidden]


http://sandiego.craigslist.org/csd/lgl/5930055544.html


📄 **TiffanyDehenResume (8).pdf**
     113K

---

page 310

Case 3:17-cv-00198-LAB-WVG   Document 55-2   Filed 04/06/18   PageID.1787   Page 316 of
317
University of San Diego Mail - Growing Firm adding a Trademark Paraleagl                                                        4/1/18, 4:06 PM

*EXHIBIT M8*

University of San Diego·                                    Tiffany Dehen <tiffanydehen@sandiego.edu>

## Growing Firm adding a Trademark Paraleagl
1 message

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Tue, Jan 10, 2017 at 3:35 PM
To: dgvrx-5930755891@job.craigslist.org

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial
situation).  I am currently looking for a job in a law office to gain additional legal experience.  I am positive, energetic,
financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed.  I am confident I would be a valuable asset to your firm and I am looking to start as
soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052


http://sandiego.craigslist.org/csd/lgl/5930755891.html


**TiffanyDehenResume (8).pdf**
113K

page 311

University of San Diego Mail – Bankruptcy Paralegal

EXHIBIT A9

4/1/18, 4:07 PM

University of San Diego®

Tiffany Dehen <tiffanydehen@sandiego.edu>

## Bankruptcy Paralegal

1 message

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Tue, Jan 10, 2017 at 3:37 PM
To: 2hj3c-5927344245@job.craigslist.org

Hello,

I graduated from USD Law School July 2016 and am planning on taking the bar July 2017 (depending on my financial
situation). I am currently looking for a job in a law office to gain additional legal experience. I am positive, energetic,
financially motivated, a very hard worker, and a quick learner.

Please find my resume enclosed. I am confident I would be a valuable asset to your firm and I am looking to start as
soon as possible.

Best Regards,

**Tiffany Dehen J.D.**
USD School of Law
TiffanyDehen@SanDiego.Edu
Phone: 858-262-0052

http://sandiego.craigslist.org/csd/lgl/5927344245.html

📄 **TiffanyDehenResume (8).pdf**
113K

page 312