Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Twitter, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE, TWITTER, INC., and UNIVERSITY OF SAN DIEGO,<br><br>　　　　　Defendants. | Case No. 17-cv-00198-LAB-WVG<br><br>**TWITTER, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hon. Larry Alan Burns |

PLEASE TAKE NOTICE that defendant Twitter, Inc. ("Twitter") hereby moves this Court to dismiss Plaintiff's Second Amended Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to the Court's March 19, 2018 Order, Twitter's motion will be decided on the papers and no hearing will be held. *See* Dkt. 54. Twitter brings this motion on the following grounds:

First, Plaintiff's claims against Twitter relating to John Doe's account should be dismissed because they target Twitter's exercise of editorial discretion and improperly attempt to hold Twitter liable as a publisher of third party content. The Communications Decency Act ("CDA"), 47 U.S.C. § 230, provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." 47 U.S.C. § 230(c)(1). Twitter thus qualifies for immunity under Section 230 of the CDA because (1) it is an interactive computer service, (2) Plaintiff's claims treat Twitter as a publisher of Doe's tweets, and (3) the content of Doe's tweets was posted not by Twitter, but by Doe, another information content provider.

Second, Plaintiff has not alleged any viable claim against Twitter. Plaintiff asserts five causes of action against Twitter, for rescission, negligent infliction of emotional distress, racketeering, extortion, and declaratory relief. Her rescission claim should be dismissed because (1) Twitter's Terms of Service and policies do not undertake any obligation to Plaintiff to remove third party content; and (2) Plaintiff has not plausibly alleged fraud, given that the third-party content at issue was removed in a matter of days. Plaintiff's negligent infliction of emotional distress claim should likewise be dismissed because Twitter does not owe Plaintiff any legal duty to investigate impersonation or remove third party content and has not breached any such duty. Plaintiff's racketeering claim should be dismissed because Plaintiff has not alleged the existence of an enterprise separate from

Twitter itself.  And Plaintiff's extortion claim should be dismissed because there is no private right of action under federal extortion statutes and, even if there were, Plaintiff has not plausibly alleged that Twitter engaged in extortion.  Finally, Plaintiff's claim for declaratory relief should be dismissed as derivative of her other failed claims.

Plaintiff should be denied leave to amend because she has already twice shown that she cannot allege any actionable conduct against Twitter and that any amendment would be futile.

The Motion is and will be based on this Notice of Motion, the Memorandum of Points and Authorities and Declaration of Julie E. Schwartz filed herewith, the pleadings, papers, and entire record herein, oral argument in this matter, and upon such other matters as may be presented to the Court at or before the hearing on this motion.

DATED:  April 27, 2018

**Respectfully submitted,**

*/s/ Julie E. Schwartz*
Julie E. Schwartz

Attorneys for Defendant
Twitter, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 27, 2018 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

> Tiffany Dehen
> 1804 Garnet Avenue #239
> San Diego, CA 92109

*/s/ Julie E. Schwartz*
Julie E. Schwartz