1   Julie E. Schwartz, Bar No. 260624
    JSchwartz@perkinscoie.com
2   PERKINS COIE LLP
3   3150 Porter Drive
    Palo Alto, CA  94304-1212
4   Telephone:  650.838.4300
    Facsimile:  650.838.4350
5
6   Attorneys for Defendant
    Twitter, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11  TIFFANY DEHEN,                    Case No. 17-cv-00198-BEN- WVG

12              Plaintiffs,           **DECLARATION OF JULIE E.
                                      SCHWARTZ IN SUPPORT OF
13         v.                         TWITTER, INC.'S MOTION TO
                                      DISMISS**
14  JOHN DOE, TWITTER, INC., and
    UNIVERSITY OF SAN DIEGO,
15
              Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DECLARATION OF JULIE E. SCHWARTZ**

2

I, Julie E. Schwartz, declare as follows:

3

1.      I am over 18 years of age and an attorney at the law firm of Perkins

4

Coie LLP, admitted to practice law in the State of California.  I am counsel for

5

Defendant Twitter, Inc. in the above captioned matter.  I make this declaration

6

based upon personal, firsthand knowledge, and if called and sworn as a witness, I

7

could and would testify competently thereto.

8

2.      Attached hereto as Exhibit A is a true and correct copy of Twitter's

9

current Terms of Service, dated October 2, 2017, and available at

10

https://twitter.com/en/tos.

11

3.      Attached hereto as Exhibit B is a true and correct copy of version 9 of

12

Twitter's Terms of Service, dated May 18, 2015, and available at

13

https://twitter.com/en/tos/previous/version_9.

14

4.      Attached hereto as Exhibit C is a true and correct copy of version 10 of

15

Twitter's Terms of Service, dated January 27, 2016, and available at

16

https://twitter.com/en/tos/previous/version_10.

17

5.      Attached hereto as Exhibit D is a true and correct copy of version 11

18

of Twitter's Terms of Service, dated September 30, 2016, and available at

19

https://twitter.com/en/tos/previous/tos.

20

6.      Attached hereto as Exhibit E is a true and correct copy of the Twitter

21

Rules, available at https://support.twitter.com/articles/18311.

22

7.      Attached hereto as Exhibit F is a true and correct copy of Twitter's

23

Impersonation Policy, available at https://support.twitter.com/articles/18366.

24

8.      Attached hereto as Exhibit G is a true and correct copy of a Twitter

25

Help Center article entitled, "Reporting impersonation accounts," available at

26

https://support.twitter.com/articles/20170142.

27

28

1         I declare under penalty of perjury under the laws of the State of California

2    that the foregoing is true and correct.  Executed on April 27, 2018 in Palo Alto,

3    California.

4

5

6                               *s/ Julie E. Schwartz*

                           Julie E. Schwartz

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### TABLE OF EXHIBITS

| Exhibits | Page Range(s) |
|----------|---------------|
| Exhibit A | 1-15 |
| Exhibit B | 16-26 |
| Exhibit C | 27-38 |
| Exhibit D | 39-46 |
| Exhibit E | 47-53 |
| Exhibit F | 54 |
| Exhibit G | 55-56 |

DECLARATION OF JULIE E. SCHWARTZ          -3-          No. 17-cv-00198-BEN- WVG

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        The undersigned hereby certifies that a true and correct copy of the foregoing

4   document has been served on April 27, 2018 to all current and/or opposing counsel

5   of record, if any to date, who are deemed to have consented to electronic service via

6   the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be

7   served via overnight delivery at the following address:

8

9        Tiffany Dehen
         1804 Garnet Avenue #239
10       San Diego, CA 92109

11

12                                              *s/ Julie E. Schwartz*
                                                Julie E. Schwartz
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28