## PLAINTIFF'S EXHIBITS FOR
## PLAINTIFF'S OPPOSITION TO DENY
## DEFENDANTS' MOTIONS TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

### EXHIBIT 150



### EXHIBIT 151



# EXHIBIT 152

