| | |
|---|---|
| 1 | James G. Snell, Bar No. 173070 |
| 2 | JSnell@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 3150 Porter Drive<br>Palo Alto, CA 94304-1212 |
| 4 | Telephone: 650.838.4300 |
| 5 | Facsimile: 650.838.4350 |
| 6 | Attorneys for Defendant<br>Perkins Coie LLP |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIFFANY DEHEN, an individual on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO AND PERKINS COIE LLP,<br><br>Defendants. | | Case No. 17-cv-00198-LAB-WVG<br><br>**PERKINS COIE LLP'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hearing Date: July 31, 2018<br>Time: 11:30 a.m.<br>Courtroom: 14A (14th Floor - Carter/Keep)<br>Judge: Hon. Larry Alan Burns |

Motion to Dismiss Second Amended Complaint

No. 17-cv-00198-LAB-WVG

PLEASE TAKE NOTICE that on July 31, 2018 at 11:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Larry Alan Burns, United States District Judge, located at 221 West Broadway, San Diego, California 98101, 14A (14th Floor - Carter/Keep) defendant Perkins Coie LLP ("Perkins") hereby moves this Court to dismiss plaintiff Tiffany Dehen's second amended complaint ("SAC") with prejudice, pursuant to Federal Rules of Civil Procedure ("Rules") 8 and 12(b)(6). Perkins brings this motion on the following grounds:

*First*, the SAC fails to provide a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). It also fails to include allegations that are "simple, concise, and direct." *Id.* 8(d)(1). To the contrary, the 69-page SAC is prolix, rambling, and often impenetrable, and it fails to connect Perkins to any of the harms that Dehen allegedly suffered. It also "reserves the right" to bring a litany of claims against various "named and unnamed" defendants, including, presumably, Perkins. The SAC should therefore be dismissed because it fails to provide Perkins fair notice of the claims against it.

*Second*, Dehen has not alleged any viable claim against Perkins. Dehen's claims for extortion and conspiracy to commit extortion must be dismissed because there is no private right of action under the federal extortion statutes that she cites.

*Third,* Dehen has not plausibly alleged that Perkins engaged in extortion or any conspiracy.

*Fourth*, as for the claims Dehen "reserves the right" to allege, those putative claims fail for the simple reason that they are not actually pled. Moreover, even if Dehen had asserted the claims alluded to in her SAC, they would each fail on various grounds.

Dehen should be denied leave to amend because her third pleading shows that she cannot state any viable claim. Any amendment would be futile.

The motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed herewith, the pleadings, papers, and entire record herein, oral argument in this matter, and upon such other matters as may be presented to the Court at or before the hearing on this motion.

DATED: June 11, 2018.

Respectfully submitted,

*/s/ James G. Snell*
James G. Snell

Attorneys for Defendant
Perkins Coie LLP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 11, 2018 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

> Tiffany Dehen
> 1804 Garnet Avenue #239
> San Diego, CA 92109

*s/ James G. Snell*
James G. Snell