| | |
|---|---|
| 1 | James G. Snell, Bar No. 173070 |
| 2 | JSnell@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 3150 Porter Drive<br>Palo Alto, CA 94304-1212 |
| 4 | Telephone: 650.838.4300<br>Facsimile: 650.838.4350 |
| 5 | |
| 6 | Attorneys for Defendant<br>Perkins Coie LLP |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN, an individual on behalf of herself,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO AND PERKINS COIE LLP,<br><br>            Defendants. | Case No. 17-cv-00198-LAB-WVG<br><br>**PERKINS COIE LLP'S CORPORATE DISCLOSURE STATEMENT**<br><br>Hon. Larry Alan Burns |

Corporate Disclosure Statement                                           No. 17-cv-00198-LAB-WVG

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Perkins Coie LLP, by its undersigned counsel, states that the following entities have more than 10% equity interest in Perkins Coie LLP:

Perkins Coie California, P.C.:  10.97%

Perkins Coie I, P.C.:  14.60%

Perkins Coie II, P.C.:  18.27%

Perkins Coie, P.C. (D.C.):  11.37%

Perkins Coie LLC:  15.26%

DATED: June 11, 2018.

Respectfully submitted,

*/s/ James G. Snell*
James G. Snell

Attorneys for Defendant
Perkins Coie LLP

Corporate Disclosure Statement    -1-    No. 17-cv-00198-LAB-WVG

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and correct copy of the foregoing |
| 3 | document has been served on June 11, 2018 to all current and/or opposing counsel |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 11, 2018 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

> Tiffany Dehen
> 1804 Garnet Avenue #239
> San Diego, CA 92109

*s/ James G. Snell*
James G. Snell
