TIFFANY DEHEN J.D.
1804 GARNET AVENUE #239
SAN DIEGO, CA 92109
858-262-0052
tiffany.dehen@gmail.com

Pro Se Plaintiff

FILED

18 JUN 14 PM 1:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY DEHEN**, an individual on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>**JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP.,**<br><br>Defendants. | Case No.: 17-cv-00198-LAB-WVG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REPLY TO DEFENDANT PERKINS COIE LLP'S MOTION TO DISMISS**<br><br>Hearing Date: July 31, 2018<br><br>Time: 11:30 a.m.<br><br>Courtroom: 14A (14th Floor – Carter/Keep)<br><br>Judge: Hon. Larry Alan Burns |

TO THE HONORABLE COURT AND TO DEFENDANTS JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP.:

PLEASE TAKE NOTICE that on July 31, 2018 at 11:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable

1

1   Larry Alan Burns, United States District Judge, located at 221 West
2   Broadway, San Diego, California 92101, 14A (14th Floor – Carter/Keep) Pro
3   Se Plaintiff Ms. Tiffany Dehen hereby moves this Court to deny Defendant
4   Perkins Coie LLP ("Perkins"), University of San Diego ("USD"), and
5   Twitter, Inc.'s ("Twitter") motions to dismiss Ms. Dehen's second amended
6   complaint ("SAC").  Pro Se Plaintiff Pro Se Plaintiff Ms. Tiffany Dehen
7   brings this motion on the following grounds:
8       *First*, the SAC provides a claim of relief that contains a short and plain
9   statement of the grounds for the court's jurisdiction (Fed. R. Civ. P. 8(a)(1);
10  several short and plain statements of claims showing that the pleader, *i.e.*,
11  Pro Se Plaintiff, Ms. Tiffany Dehen, is entitled to relief (Fed. R. Civ. P.
12  8(a)(2)); and a demand for the relief sought, including injunctions,
13  compensatory, statutory and punitive damages (Fed. R. Civ. P. 8(a)(3)).
14      *Second*, Plaintiff alleged several viable claims against John Does 1-
15  100, Twitter, Inc., University of San Diego, and Perkins Coie, LLP including,
16  but not limited to in the event Plaintiff becomes apprised of additional
17  information, copyright infringement, malicious defamation through libel per
18  se, violation of Cal. Penal Code § 528.5, rescission for fraud in violation of
19  Cal. Civil Code § 1572 or § 1573, declaratory relief, intentional interference
20  with actual and/or prospective economic relations, negligent infliction of
21  emotional distress, civil conspiracy, violation of U.S. Code § 1962, libel,
22  breach of contract, intentional and/or negligent infliction of emotional
23  distress, extortion and Hobbs Act violations, and extortion and conspiracy to
24  commit extortion.
25      *Third*, Plaintiff provided all defendants with fair notice of claims
26  against them as soon as possible, evidenced by the fact that Plaintiff rushed
27  to file her initial complaint under duress, as well as the fact that Plaintiff

MOTION TO FILE REPLY                    No.: 17-cv-00198-LAB-WVG
TO DEFENDANT'S MOTION TO DISMISS

1   already added Perkins Coie, LLP as a Defendant as soon as she suspected

2   illegal behavior, and the fact that Plaintiff attempted service of process on

3   John Does 1-100 via her public Twitter account, which John Does 1-100

4   frequent evidenced by part of the basis for Plaintiff's causes of actions.

5   Plaintiff provided all defendants and the Court with direct evidence of

6   Plaintiff's claims, including the basis for extortion and conspiracy to commit

7   extortion claims based on direct evidence Plaintiff expects to receive during

8   discovery including, but not limited to, evidence of communications

9   between John Does 1-100, evidence of communications between agents of

10   University of San Diego, such as in the law school administration for

11   example, evidence of communications between agents of University of San

12   Diego and the press, agents of Perkins Coie, LLP and/or Twitter, Inc. and the

13   press, as well as communications between all of the named defendants

14   (Twitter, Inc., University of San Diego, and Perkins Coie, LLP) and unnamed

15   defendants (John Does 1-100) and other individuals who attempted to harm

16   Pro Se Plaintiff Ms. Dehen, which Ms. Dehen intends to add as defendants

17   upon the discovery of adequate identifying information, hence Plaintiff's

18   respectful request to reserve the right to add additional claims against all

19   named and unnamed defendants.

20      Fourth, Plaintiff respectfully reserves the right to allege additional

21   claims against all Defendants for the record for example, once Plaintiff is

22   provided with additional identifying information direct evidence to identify

23   and add John Does 1-100 to the suit and in the event that Plaintiff becomes

24   apprised of additional unlawful conduct throughout discovery of the

25   numerous instances of illegal conduct Plaintiff provided direct evidence of

26   in her SAC.

27

28

MOTION TO FILE REPLY                    No.: 17-cv-00198-LAB-WVG
TO DEFENDANT'S MOTION TO DISMISS

1
2
3
4
5
6
7
8

Pro Se Plaintiff Ms. Dehen provided direct evidence showing illegal behavior by John Does 1-100, Twitter, Inc., University of San Diego, and Perkins Coie, LLP.   Plaintiff suffered severe monetary, physical, and emotional damages for which Defendants are liable jointly and severally. Plaintiff is seeking immediate and permanent injunctions, as well as compensatory, punitive, and statutory damages.

9  **Dated: June 14, 2018**

10
11
12
13
14
15
16
17
18

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

19
20
21
22
23
24
25
26
27
28

MOTION TO FILE REPLY                    No.: 17-cv-00198-LAB-WVG
TO DEFENDANT'S MOTION TO DISMISS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 14, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated June 14, 2018**

Tiffany L. Dehen

Pro Se Plaintiff.

MOTION TO FILE REPLY                    No.: 17-cv-00198-LAB-WVG
TO DEFENDANT'S MOTION TO DISMISS

TIFFANY DEHEN J.D.
1804 GARNET AVENUE #239
SAN DIEGO, CA 92109
858-262-0052
tiffany.dehen@gmail.com

Pro Se Plaintiff

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY DEHEN**, an individual on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>**JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP.,**<br><br>Defendants. | Case No.: 17-cv-00198-LAB-WVG<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES FOR PLAINTIFF'S REPLY TO DEFENDANT PERKINS COIE LLP'S MOTION TO DISMISS**<br><br>Hearing Date: July 31, 2018<br><br>Time: 11:30 a.m.<br><br>Courtroom: 14A (14th Floor – Carter/Keep)<br><br>Judge: Hon. Larry Alan Burns |

1

1

## TABLE OF CONTENTS

2
Page

3  I.   INTRODUCTION…………………………………………..1

4  II.  BACKGROUND………………………………………….....2

5      a. Plaintiff Did and Continues to Make Specific Allegations

6         Against All Named and Unnamed Defendants………………3

7  III. ARGUMENT…………………………………………...……..9

8      a. SAC Satisfies Rule 8's Basic Notice Requirement……………9

9      b. SAC States Several Claims Upon Which Relief May Be

10        Granted…………………………………………………....10

11 IV.  PLAINTIFF RESPECTFULLY MOVES FOR DISCOVERY….12

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MEMO OF POINTS & AUTHORITIES      No.: 17-cv-00198-LAB-WVG
ISO MOTION TO REPLY TO MTD

1

**TABLE OF AUTHORITIES**

2

3    18 U.S.C. § 1951

4    47 U.S.C. § 230

5

6    Fed. R. Civ. P. 8

7    Fed. R. Civ. P. 12(b)(6)

8

9    *Sikhs for Justice, Inc. v. Facebook, Inc.,* 144 F. Supp. 3d (N.D. Cal. 2015)

10   *La'Tiejira v. Facebook, Inc.,* 272 F. Supp. 3d (S.D. Tex. 2017)

11   *Caraccioli v. Facebook, Inc.,* 700 Fed. Appx. 588 (9th Cir. 2017)

12   *Evans v. United States,* 504 U.S. 255 (U.S. 1992)

13   *Facebook, Inc. v. Power Ventures, Inc.,* 2010 WL 3291750 (N.D. Cal. 2010)

14   *Fuhrman v. California Satellite Systems* (1986), 179 Cal. App. 3d 408,

15   *overruled on other grounds*

16   *Safe Streets Alliance v. Hickenlooper,* 859 F.3d 865 (10th Cir. 2017)

17   *Silberg v. Anderson* (1990), 50 Cal. 3d 205

18   *Coleman v. Gulf Insurance Group* (1986) 41 Cal.3d 782, 792

19   *Younger v. Solomon* (1974), 38 Cal. App. 3d 289, 297.

20

21   California Penal Code § 518

22

23

24

25

26

27

28

MEMO OF POINTS & AUTHORITIES      No.: 17-cv-00198-LAB-WVG
ISO MOTION TO REPLY TO MTD

1   https://voiceofoc.org/tag/mohammed-aly/
2   https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-
3   displacement-of-homeless-in-riverbed-7888460/
4   https://www.ocregister.com/2017/12/28/most-influential-2017-mohammed-
5   aly-fights-loudly-for-the-homeless/
6   https://www.cbsnews.com/news/l-a-homeless-camp-sweep-turns-up-
7   machine-guns/
8   https://www.cbsnews.com/news/l-a-homeless-camp-sweep-turns-up-
9   machine-guns/
10   http://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-
11   investigation.pdf
12   https://www.goodreads.com/author/show/16157784.Kevin_Snow/blog
13   https://conservativedailypost.com/google-lists-california-republican-party-
14   ideology-as-nazism/
15   http://www.foxnews.com/tech/2018/06/01/google-lists-gop-nc-state-
16   senator-as-bigot-in-controversial-image.html
17   https://americandigitalnews.com/2018/04/17/google-perkins-coie-
18   crowdstrike-dnc-fusion-gps-clinton-soros-tangled-web/#.Wx-rAjNKjOQ
19   https://drive.google.com/file/d/1Lnzhbi4YJqCD3DhIWjbJShg5NgtVsvTo/
20   view
21   https://www.antischool.us/single-post/2018/05/04/Ryan-Mzarik-of-Perkins-
22   Coie-Refuses-To-Settle-Virtual-Property-Theft-Case---YouTube
23   http://www.sandiegouniontribune.com/news/watchdog/sdut-USD-rape-
24   investigation-lawsuit-2016sep01-htmlstory.html
25   https://archive.org/web/web.php
26   https://www.projectveritas.com/video/hidden-camera-twitter-engineers-to-
27   ban-a-way-of-talking-through-shadow-banning/
28

4

MEMO OF POINTS & AUTHORITIES        No.: 17-cv-00198-LAB-WVG
ISO MOTION TO REPLY TO MTD

1   http://www.breitbart.com/tech/2016/02/16/exclusive-twitter-
2   shadowbanning-is-real-say-inside-sources/
3   https://www.msn.com/en-us/news/politics/donald-trump-jr-claims-
4   conservative-shadow-ban-on-instagram/ar-AAxP2qW
5   http://dailycaller.com/2018/06/13/nyt-ceo-doubts-fake-news-algorithms/
6   https://www.yahoo.com/news/australian-court-rules-man-sue-
7   103149548.html
8   http://washburnlaw.edu/publications/wlj/online/volume/57/sipes-
9   marijuanaandrico.html
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

MEMO OF POINTS & AUTHORITIES          No.: 17-cv-00198-LAB-WVG
ISO MOTION TO REPLY TO MTD

# 1. INTRODUCTION

Pro Se Plaintiff Ms. Tiffany Dehen's second amended complaint ("SAC") bring claims against John Does 1-100, Twitter, Inc., University of San Diego, Perkins Coie, LLP. Plaintiff provided direct evidence of the claims alleged and evidence she alleges exists and has been provided regarding claims she plans to bring against, for example, John Does 1-100 once Ms. Dehen is provided the identifying information she requested from Defendant Twitter. Pro Se Plaintiff Ms. Dehen provided several, and will provide more, legal evidentiary bases for all of the evidence she provided to the Court.

# II. BACKGROUND

As of the date of this filing, June 14, 2018, more than a year after formal commencement of this federal lawsuit, Twitter Inc. *has not provided Ms. Dehen any identifying information as to the true identities of John Does 1-100 whatsoever.* It appears Twitter, Inc. will not provide Plaintiff Ms. Dehen the relevant identifying information short of a court order.

Despite Twitter's failure to disclose information pertaining to John Does 1-100 following Plaintiff's respectful request to the Court to compel the information from Twitter, Plaintiff continues to actively pursue her case against John Does 1-100 with the evidence available to her.

On June 11, 2018, Pro Se Plaintiff Tiffany Dehen filed a formal complaint with the State Bar of California regarding the unlawful actions of Mr. Mohammed Aly, one of the students Plaintiff believes to comprise John Doe, now licensed to practice law in the State of California (license number 312419) and practicing in Orange County, CA. *Please see* Exhibit 153. For a sample of Mr. Aly's handwriting to compare to the handwritten note Plaintiff referenced and provided photographs of in her Second Amended

1

Complaint, *please see* Exhibit 156.  Plaintiff alleges she continues to fear for her physical safety, evidenced by recent communications to the Federal Bureau of Investigation and San Diego Sheriff Department Joint Terrorism Task Force.  *Please see* Exhibits 160 - 161.

Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless.  *Please see* https://voiceofoc.org/tag/mohammed-aly/.  Mr. Aly represents in his own words, "he's struggled with depression, experimented with drugs and suffered through being looked upon as "other" because of his Egyptian heritage and his family's Muslim faith.  During his last year in law school, and for some months afterward, Aly was homeless, living in his car."  Please see  https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/.  It is Plaintiff's position that Mr. Aly was not homeless for months and he's misrepresenting and defrauding donors/investors of the Orange County Poverty Alleviation Coalition, the State Bar of California and the public based on Plaintiff's firsthand knowledge.  *Please see* Exhibit 153.

According to the OC Weekly article, Mr. "Aly's tactics of protest and resistance led to him being arrested three times in 2017.  He still faces possible trial, and jail time, on charges of resisting or impeding a peace officer – once at the river bed and a second time at the county Hall of Administration.  He also was cited for pouring bleach in a pool of stagnant water beside the bike trail."  *Id.*

These revelations bring into question how Mr. Aly was admitted to the State Bar of California and continues to practice law after admitting to drug use, poisoning public water supply, obstructing and/or impeding peace officers, facing possible jail time, misrepresenting his homeless status to possibly defraud investors/donors through emotional manipulation for the

2

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1  Orange County Poverty Alleviation Coalition, being arrested three times in
2  2017, as well as a documented federal criminal investigation into his own
3  admission in which he declared to be an enemy combatant of the United
4  States of America at an American University to an American law student.
5  *Please see* https://www.ocregister.com/2017/12/28/most-influential-2017-
6  mohammed-aly-fights-loudly-for-the-homeless/; *see also* Exhibit 153 with
   attached case summaries, including one for Case Number 17CM02618
7  including two counts of resisting public or peace officer with violation dates
8  of 02/08/2017 and 09/12/2017 and one count of trespass on 02/08/2017; and
9  Plaintiff's SAC.
10       On November 25, 2015, *CBS News* reported, "L.A. homeless camp
11  sweep      turns      up      machine      guns."      *Please      see*
12  https://www.cbsnews.com/news/l-a-homeless-camp-sweep-turns-up-
13  machine-guns/.  On November 17, 2017, the *Los Angeles Times* reported, "A
14  half-loaded handgun, an underground bunker accessible from a wooden
15  hatch camouflaged with dirt, and more than 1,000 bicycles tucked in a
16  separate tunnel were discovered along the Santa Ana River trail near a
17  former homeless encampment where residents were recently displaced,
18  Orange County Sheriff's Department officials said this week." *Please see*
19  https://www.cbsnews.com/news/l-a-homeless-camp-sweep-turns-up-
    machine-guns/.
20       **Plaintiff Did and Continues to Make Specific Allegations Against**
21                   **All Named and Unnamed Defendants**
22       As Plaintiff declared in her complaint to the Bar, directly due to Mr.
23  Aly's actions, Plaintiff suffered damages after Mr. Aly made the terroristic
24  comments to Plaintiff at University of San Diego law school in Fall 2015;
25  again after Mr. Aly's co-conspirator Mr. Snow (thought to comprise John
26  Doe 2) terrorized Plaintiff, her classmates and professors at USD in March
27  2016; again after Mr. Aly stalked Plaintiff in July 2016; again after Plaintiff
28

                                    3
PLAINTIFF'S REPLY TO                No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1   discovered the unlawful Twitter account starting at the end of January 2017;

2   again Plaintiff sustained injuries from discovery of Twitter's illegal conduct

3   including, but not limited to, fraudulent misrepresentation and extortion;

4   injuries sustained from Plaintiff's discovery of Perkins Coie's pattern of

5   illegal conduct including, but not limited to, fraudulent misrepresentation,

6   extortion under 18 U.S.C. § 1951, extortion under the laws of California,

7   possible treason, and conspiracy.   Plaintiff suffered substantial damages

8   from the malicious defamation, exacerbated by the discovery of USD,

9   Twitter, and Perkins' fraud and illegal conduct, as well as the damages

10  sustained from being impeded from obtaining jobs and career since those

11  tweets will likely be stored on the internet on public and private servers for

    all time.

12         Not to mention all of the damages that have accrued since

13  commencing suit in United States District Court, including, but not limited

14  to, injuries sustained from two separate automobile collisions Plaintiff

15  alleges would not have happened but for defendants' illegal conduct.   The

16  first collision occurred while Plaintiff was on her to way to Federal Court in

17  San Diego to commence suit under duress out of continued fear for her

18  physical safety.  *Please see* SAC Exhibits 57 - 58.   The second collision

19  Plaintiff alleges to be intentionally related to this lawsuit based on the

20  information available to Plaintiff at this time.   These collisions resulted in

21  medical bills, economic hardship, emotional distress, and exacerbated

    Plaintiff's injuries from John Does 1-100.  *Please see* SAC Exhibit 59.

22         Plaintiff's best efforts to have the San Diego Police Department take

23  a report for the second collision was unsuccessful two days in a row, a blatant

24  violation of San Diego Police Department Procedure from July 14, 2016.

25  *Please see* Plaintiff's SAC Exhibits 57 – 59; *please also see* Section V(A)

26  http://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-

27  investigation.pdf.   The   second   collision   increased   Plaintiff's   fear

28
                                        4
    PLAINTIFF'S REPLY TO             No.: 17-cv-00198-LAB-WVG
    DEFENDANTS' MOTIONS TO DISMISS

1    substantially since Plaintiff alleges the collision is related to this lawsuit
2    based on the evidence available to her at the time of this filing.

3        Plaintiff postponed the California Bar Exam for at least three exams
4    thus far due to the injuries sustained by John Does 1-100 (of which Plaintiff
5    believes comprise Mr. Aly and Mr. Snow), USD, Twitter, Inc., and Perkins
6    Coie, LLP, as well as suffered severe emotional distress for several months,
7    monetary damages and damages to her reputation, defamation of character
8    as a result of vicious fraudulent impersonation and then from having her
9    personal matters posted publicly since commencing suit in U.S. District
10   Court, change of career path entirely in order to work at being put back in
11   the position she was in before suffering injury from defendants' illegal
12   conduct, medical bills, long term care, career goals thrown off, business
13   ventures postponed, and additional injuries that continue to accumulate
14   during this legal proceeding.

15       While Mr. Aly continues to break the law as a licensed attorney in the
16   State of California, Mr. Snow continues to rant and rave with no
17   repercussions for his illegal terroristic behavior. *Please see*
18   https://www.goodreads.com/author/show/16157784.Kevin_Snow/blog.
19   Meanwhile, Mr. Aly and Mr. Snow both continue to be protected by Twitter,
20   Inc. and Perkins Coie who have proven time and time again to favor
21   viewpoints similar to Mr. Aly and Mr. Snow over that of Plaintiff Ms. Dehen.

22       Rather than solely being Twitter's legal representation, Perkins Coie
23   is Twitter's accomplice in defending illegal behavior which is actually
24   resulting in substantial injury to Plaintiff. Perkins asserted the CDA as a
25   defense for Twitter even though Perkins knows of Twitter's illegal scheme
26   since Perkins also represents Facebook, the Clinton Campaign, the Obama
27   Campaign, the Democratic National Committee, and Google, to name a few.

28
PLAINTIFF'S REPLY TO          No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1    As Plaintiff explained in her SAC, when social media companies such as

2    Twitter censor viewpoints they dislike and choose which users to abide by

3    their contractual obligations with, they are actually engaging in a violation

4    of the First Amendment of the United States of America since there is a

5    government action through the enactment of the CDA § 230 and then content

6    and viewpoint discrimination by Twitter, receiving the benefits of the

7    government action.

8         Additionally, the CDA § 230 makes a clear distinction between an

9    internet service provider and an information content provider, and Plaintiff

10    argues that once the companies like Twitter alter their algorithms to favor

11    certain content and viewpoints over others for mass dissemination, then they

12    are actually acting as an information content provider rather than an

13    interactive computer service, and thus don't qualify for protection of the

14    CDA.  As *Conservative Daily Post* reported, "according to Google, those

15    ideals shared by California's Republican Party are NAZI ideals, as *Vice News*

16    has          highlighted          today."          *Please          see*

17    https://conservativedailypost.com/google-lists-california-republican-party-

18    ideology-as-nazism/. *Fox News* reported that "Google lists GOP NC state

19    senator    'bigot'    in    controversial    image."    *Please    see*

20    http://www.foxnews.com/tech/2018/06/01/google-lists-gop-nc-state-

21    senator-as-bigot-in-controversial-image.html.

22         Perkins Coie LLP represents Facebook, Inc. on various matters.

23    *Please see Sikhs for Justice, Inc. v. Facebook, Inc.*, 144 F. Supp. 3d (N.D.

24    Cal. 2015); *La'Tiejira v. Facebook, Inc.*, 272 F. Supp. 3d (S.D. Tex. 2017);

25    *Caraccioli v. Facebook, Inc.*, 700 Fed. Appx. 588 (9th Cir. 2017); and

26    *Facebook, Inc. v. Power Ventures, Inc.*, 2010 WL 3291750 (N.D. Cal. 2010).

27    On May 19, 2018 Pro Se Plaintiff Ms. Dehen tried tagging Perkins Coie's

28                                            6

PLAINTIFF'S REPLY TO              No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1   public Facebook page in a Facebook post. After she publicly posted the post,

2   the tag on Perkins Coie disappeared. *Please see* Exhibit 154.

3       Perkins Coie represents Google, Inc., such as in the matter referenced

4   in the letter from the Federal Trade Commission to Perkins Coie LLP dated

5   October 27, 2010. *Please see*

6   https://americandigitalnews.com/2018/04/17/google-perkins-coie-

7   crowdstrike-dnc-fusion-gps-clinton-soros-tangled-web/#.Wx-rAjNKjOQ.

8       Google is "an annual financial supporter of the Clinton Global

9   Initiative, a project of the Clinton Foundation. It has donated at least $9.6

10   million in grants to the foundation's charitable initiatives and nonprofit

11   members." *Id.* Perkins Coie represented both Google and The Clinton

12   Campaign, which is interesting since the Clinton Campaign's chief

13   technology officer, Stephanie Hannon, was Google's director of product

14   management for civic innovation and social impact prior to working for the

15   Clinton Campaign. The Clinton Campaign's chief product officer, Osi

16   Imeokparia, as well as at least two other staffers, Derek Parham and Jason

17   Rosenbaum, all previously worked at Google. *Id.* Daily Mail reported that

18   Eric Schmidt, Executive Chairman of Google from 2001 to 2017 and

19   Google's parent Alphabet Inc. from 2015 to 2017, drew up campaign plan

20   for Mrs. Clinton. *Id.* Google and Perkins Coie also partnered together

21   during the campaign to release a tool designated to drive voter turnout. *Id.*

22       Plaintiff displayed evidence of Perkins Coie representing clients such

23   as the DNC, The Clinton Foundation, Barack Obama *i.e.,* Soetoro, The

24   Obama Campaign, Facebook, Inc., Google, Inc., and George Soros, and

25   sometimes in issues that seem to be interrelated *i.e.,* conflicts of interest.

26   Plaintiff provided further evidence of Perkins Coie's pattern of illegal

27   behavior through Isaac Green and Natasha DeLima's cases. *Please see*

28

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1    documents posted by Mr. Green and Ms. DeLima at the following links
2    https://drive.google.com/file/d/1Lnzhbi4YJqCD3DhIWjbJShg5NgtVsvTo/
3    view and https://www.antischool.us/single-post/2018/05/04/Ryan-Mzarik-
4    of-Perkins-Coie-Refuses-To-Settle-Virtual-Property-Theft-Case---
5    YouTube.

6           Plaintiff respectfully requests the record reflect she reserves the right
7    to bring any and all arguments despite defendants' untruthful conclusory
8    statements which fail to substantively address any of the numerous issues
9    Plaintiff raised whatsoever. A year later, neither Paul Plevin nor Perkins Coie
10   make any substantive arguments on behalf of their clients regarding the
11   illegal behavior complained of.

12          Rather, both law firms continue attempts to intimidate Ms. Dehen out
13   of having her day in court using procedural tactics. Pro Se Plaintiff Ms.
14   Dehen has not yet been admitted to the State Bar of California due to the fact
15   she has not been able to sit for the California Bar Exam due directly to the
16   illegal behavior for which these causes of action arose. Due to the behavior
17   which led to these causes of action and caused Ms. Dehen substantial injury,
18   Ms. Dehen missed the past three bar examinations after graduating with over
19   $200,000 in federal student loans: February 2017, July 2017 and February
20   2018.

21          If University of San Diego upheld its contractual obligations and
22   express promises regarding campus safety, how did Mr. Aly pass the State
23   Bar of California's rigorous moral character test becoming a licensed
24   attorney advocating on behalf of clients? Just as University of San Diego
25   obstructed local, state and federal investigations into terroristic conduct that
26   actually resulted in substantial injury to Plaintiff Ms. Dehen, USD is
27   attempting to obstruct Ms. Dehen from having her day in court.

28
PLAINTIFF'S REPLY TO                     No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

Just as a former USD student who sued the school from an attack in her dorm room in 2014 in which "she was drugged, choked and raped in her dorm room and the school mishandled the investigation and then failed to help her feel safe on campus," Plaintiff Ms. Dehen alleges USD mishandled the investigation and then failed to help feel safe on campus. *Please see* http://www.sandiegouniontribune.com/news/watchdog/sdut-USD-rape-investigation-lawsuit-2016sep01-htmlstory.html. Just as "Niki," Plaintiff "thought the people at school would be willing to help me." *Id.* Just as it appears USD misrepresented the facts regarding the handling of the situation by the Department of Public Safety, as USD spokeswoman Payton Gray Payton stated, "the Department of Public Safety responded immediately and in a manner consistent with its protocols," Plaintiff alleges USD is fraudulently misrepresenting its mishandling of the investigations into Mr. Aly and Mr. Snow which caused Plaintiff substantial damages. *Id.*

Just as USD broke its agreement with Niki where "the university has an agreement with the San Diego Police Department that says the police will be the "primary reporting and investigating agency for ALL violent crimes occurring on USD property," USD broke its agreement with Pro Se Plaintiff Ms. Dehen. *Id.* Just as Carla DiMare, Niki's lawyer, represented the delayed call to police and the lack of evidence gathered by the university public safety officers hamstrung the investigation," Plaintiff Ms. Dehen alleges USD delayed the information from getting to the police and the FBI, as well as failed to collect evidence, thus hamstringing the investigation which would have ended the illegal harassment of Plaintiff which ultimately resulted in substantial damages for which these causes of action arose. *Id.*

## ARGUMENT

### SAC Satisfies Rule 8's Basic Notice Requirement

9

1        Pro Se Plaintiff Ms. Dehen hastily filed suit in United States District

2   Court, in part to put defendants on notice as early as possible.  On a daily

3   basis since Plaintiff Ms. Dehen filed suit, news has been and is continued to

4   be made public regarding the discriminatory, oppressive, fraudulent, and

5   unlawful actions of Twitter, Inc., various companies utilizing protection of

6   the Communications Decency Act § 230, and Perkins Coie, LLP.  Plaintiff

7   respectfully requests the Court to take into consideration evidence presented

8   in this filing and prior filings, as Plaintiff has been and continues to make a

9   good faith effort to file newly discovered revelations with the Court which

10  are relevant to Plaintiff's case in support of granting Plaintiff discovery.

11       **SAC States Several Claims Upon Which Relief May Be Granted**

12       Pro Se Plaintiff alleged several claims upon which relief may be

13  granted and she has not even been granted discovery yet.  Plaintiff stands by

14  all the evidence she has filed and continues to file more.  None of the

15  defendants met their burden to warrant dismissal from Plaintiff's SAC and

16  none of the defendants can meet their burden to warrant dismissal.

17       Pro Se Plaintiff Ms. Dehen's case is representative of Americans

18  nationwide, as journalists to whom Ms. Dehen spoke represented to Ms.

19  Dehen such as *Turning Point USA*, in particular.  At the very least, Pro Se

20  Plaintiff Ms. Dehen respectfully argues that she is entitled to her day in Court

21  for real substantial injuries some of which are saved on the internet forever

22  with the existence of programs like the Wayback Machine at

23  https://archive.org/web/web.php.

24       Plaintiff alleges Perkins Coie is aiding and abetting its client Twitter

25  based on the evidence available to Plaintiff in the commission of unlawful

26  conduct such as fraudulent misrepresentation, a pattern of fraudulent

27  misrepresentation in violation of the RICO Act for which they falsely argued

28                                          10

to the Court that a private party cannot bring action (see *Safe Streets Alliance v. Hickenlooper*, 859 F.3d 865 (10th Cir. 2017)) (which is absurd since it's written into the act), and federal government sponsored censorship of viewpoints Twitter does not agree with through the CDA § 230.

New sources of victims and instances of 'shadow banning' are revealed on a daily basis, such as the Project Veritas hidden camera capturing Twitter engineers admitting to ban a way of talking through shadow banning. *Please see* https://www.projectveritas.com/video/hidden-camera-twitter-engineers-to-ban-a-way-of-talking-through-shadow-banning/. *Please also see* Breitbart article with inside source http://www.breitbart.com/tech/2016/02/16/exclusive-twitter-shadowbanning-is-real-say-inside-sources/. Mr. Donald Trump Jr. recently made public remarks regarding being shadow banned, *please see* https://www.msn.com/en-us/news/politics/donald-trump-jr-claims-conservative-shadow-ban-on-instagram/ar-AAxP2qW.

Plaintiff Ms. Dehen attempted to hashtag "Keep America Great", Mr. President Donald J. Trump's new slogan, which did not pop up as trending on Twitter despite millions of tweets. *Please see* Exhibit 155. *Daily Caller* published an article on 06/13/2018 stating *New York Times* Chief Executive Officer Mark Thompson doubts fake news algorithms and that Facebook's fake news algorithm will 'damage' democracy. *Please see* http://dailycaller.com/2018/06/13/nyt-ceo-doubts-fake-news-algorithms/. On June 13, 2018 an Australian court ruled man can sue Google for defamation. *Please see* https://www.yahoo.com/news/australian-court-rules-man-sue-103149548.html.

Plaintiff alleges extortion is not limited to acts done by public officers, but includes actions of private individuals such as Perkins Coie, Twitter, and

---

11

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

USD. *Evans v. United States*, 504 U.S. 255 (U.S. 1992). Ms. Dehen alleges extortion under California Penal Code § 518 against Twitter, USD, Perkins Coie, and John Does 1-100 of which this Court has supplemental jurisdiction and the common law of California. *See Fuhrman v. California Satellite Systems* (1986), 179 Cal. App. 3d 408, *overruled on other grounds; Silberg v. Anderson* (1990), 50 Cal. 3d 205; *Coleman v. Gulf Insurance Group* (1986) 41 Cal.3d 782, 792; *Younger v. Solomon* (1974), 38 Cal. App. 3d 289, 297.

The Tenth Circuit Court of Appeals recently held that private landowners can bring a civil claim under the Racketeer Influenced Corrupt Organizations Act against marijuana growers and their associates alleging an injury to their land. *See Safe Streets Alliance v. Hickenlooper*, 859 F.3d 865 (10th Cir. 2017). The court found the Plaintiffs adequately alleged the marijuana growers had formed an "association-in-fact" because they allegedly worked "in concert to achieve market efficiencies toward their common aim of cultivating, distributing, and selling marijuana, which undisputedly affects interstate commerce." *Id* at 30; *see also* http://washburnlaw.edu/publications/wlj/online/volume/57/sipes-marijuanaandrico.html. Plaintiff Ms. Dehen alleges the defendants formed an association in fact because they worked in concert to achieve market efficiencies toward their common aim of violating federal law such as the CDA § 230 and RICO statute as well as fraudulently misrepresenting to Plaintiff, the public, and investors. Defendants also shared a common goal of illegally extorting Ms. Dehen to stop her lawsuit through legal intimidation, physical intimidation, and threats.

## PLAINTIFF RESPECTFULLY MOVES FOR DISCOVERY

In sum, Plaintiff stands by all of her evidence filed with the Court and continues to provide additional supporting evidence. Every day new

12

1    evidence is revealed to the public and Plaintiff Ms. Dehen regarding the
2    illegal conduct of Defendants Perkins Coie, LLP and Twitter, Inc. Each day
3    new evidence is revealed regarding alleged illegal behavior between Perkins
4    Coie and various clients of Perkins Coie, lending more weight to Ms.
5    Dehen's arguments against Perkins Coie in this case. Plaintiff has shown
6    injuries to which she is entitled to relief under the laws of this country and
7    the State of California.
8        WHERERFORE, Plaintiff respectfully requests the Court to deny
9    defendants' motions to dismiss and proceed to discovery, or in the
10   alternative, leave to amend Plaintiff's Third Amended Complaint.
11
12   **Dated: June 14, 2018**
13                                           Respectfully submitted,
14
15                                           Tiffany L. Dehen
16                                           1804 Garnet Avenue, #239
17                                           Pacific Beach, CA 92109
18                                           Tel. 858-262-0052
19                                           Tiffany.Dehen@Gmail.com
20
21                                           Pro Se Plaintiff.
22
23
24
25
26
27
28

PLAINTIFF'S REPLY TO         No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 14, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated June 14, 2018**

Tiffany L. Dehen

Pro Se Plaintiff.

PLAINTIFF'S REPLY TO          No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

## TABLE OF EXHIBITS

| Exhibits | Page Range(s) |
|----------|---------------|
| Exhibit 153 | 1-15 |
| Exhibit 154 | 16 |
| Exhibit 155 | 17 |
| Exhibit 156 | 18 |
| Exhibit 157 | 19 |
| Exhibit 158 | 20 – 22 |
| Exhibit 159 | 23 – 31 |
| Exhibit 160 | 32 – 36 |
| Exhibit 161 | 37 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TABLE OF EXHIBITS PLAINTIFF'S
MOTION TO REPLY                    No.: 17-cv-00198-LAB-WVG

( ) EXHIBIT 153

# THE STATE BAR OF CALIFORNIA  CALIFORNIA
## ATTORNEY COMPLAINT FORM

Read the instructions included in this packet before filling in this form.

Please mail to:     Office of Chief Trial Counsel / Intake Dept., State Bar of California
845 South Figueroa Street, Los Angeles, California 90017-2515

**(1) Your contact information:**

Your name:     Tiffany L. Dehen

Your address:     1804 Garnet Avenue #239

Your city, state & zip code:     San Diego, CA 92109

Your email address:     Tiffany.Dehen@gmail.com

Your telephone numbers:

Home _____     Work _____     Cell 858-262-0052

**(2) Attorney's contact information:** Please provide the name, address and telephone number of the attorney(s) you are complaining about. (NOTE: If you are complaining about more than one attorney, please use a separate form or include on a separate sheet for each attorney the information requested in items #2 through #7.)

Attorney's name:     Mohammed Wael Aly

Attorney's address:     316 Cypress Avenue

Attorney's city, state & zip code:     Santa Ana, CA 92701

Attorney's telephone number:     714-414-3736

Attorney's California bar license number:     312419

**(3)** Have you or a member of your family complained to the State Bar about this attorney previously?
Yes ☐     No ☒

**(4)** Did you employ the attorney?   Yes ☐     No ☒

If "Yes," give the approximate date you employed the attorney and the amount, if any, paid to the attorney.

Date employed:     Amount paid (if any): $

If "No," what is your connection with the attorney(s)? Explain briefly.

Please see Addendum. Mr. Aly stalked and harassed me in law school, including declaring to me that he was an enemy combatant of the United States by declaring that he was "in an ISIS sleeper cell." When I asked "what does sleeper mean?" He responded "until I'm activated." He then stalked me at my residence months later and to the best of my knowledge was the subject of a criminal investigation with the Federal Bureau of Investigation. As I explain in my addendum, I commenced federal suit in United States District Court for the Southern District of California case number 17-CV-00198-LAB-WVG.

EXHIBIT 153
page 1

(5) Include with this form (on a separate piece of paper) a statement of what the attorney(s) did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you employed the attorney(s), state what you employed the attorney(s) to do. Sign and date each separate piece of paper. Additional information may be requested. (Attach copies of pertinent documents such as a copy of the fee agreement, cancelled checks or receipts, and relevant correspondence.)

(6) If your complaint is about a lawsuit, answer the following, if known:
   a. Name of court (For example, Superior Court and name of the county)

   United States District Court for the Southern District of California, San Diego County

   b. Title of the suit (For example, Smith v. Jones)

   Tiffany Dehen v. John Does 1-100, Twitter, Inc., University of San Diego, & Perkins Coie, LLP.

   c. Case number of the suit   17-CV-00198-LAB-WVG

   d. Approximate date the suit was filed   February 2017

   e. If you are not a party to this suit, what is your connection with it? Explain briefly.
   I am Pro Se Plaintiff Tiffany Dehen.

(7) Size of law firm complained about:

   ☐ 1 Attorney
   ☐ 2 – 10 Attorneys
   ☐ 11 + Attorneys
   ☐ Government Attorney
   ☒ Unknown

(8) Translation Information:      ☑ Not Applicable

   If you require that the State Bar utilize formal translation services in order to process your complaint, it may delay our communications with you. Is someone available to provide translation assistance for you so that the State Bar may communicate with you in English?

   Yes ☐        No ☐

   If "no," state the language in which you need formal translation:

   Signature _____   Date: ___6/11/18___

   EXHIBIT 153
   page 2

Tiffany L. Dehen J.D.
1804 Garnet Avenue #239
San Diego, CA 92109
Phone: 858-262-0052
Tiffany.Dehen@gmail.com

The State Bar of California
Office of Chief Trial Counsel / Intake Dept.
845 South Figueroa Street
Los Angeles, California 90017-2515

## THE STATE BAR OF CALIFORNIA
## CALIFORNIA ATTORNEY COMPLAINT FORM ADDENDUM

TO THE STATE BAR OF CALIFORNIA:

PLEASE TAKE NOTICE that Pro Se Plaintiff Tiffany Dehen submits this
California Attorney Complaint to The State Bar of California on this the 11th day
of June, 2018 for Mohammed Wael Aly, California bar license number 312419,
license active since December 2016.

I declare under penalty of perjury that the following statement is true and
accurate:

I attended law school at the University of San Diego School of Law from
August 2013 to July 2016, with a short break in fall 2014. I allege that Mr. Aly
and I were friendly acquaintances in law school until Fall 2015 when Mr. Aly
made me feel scared and threatened due to comments he made on social media and
then in person to my face. In or around November 2015 Mr. Aly told me in person
that he was "in an ISIS Sleeper Cell," and when I asked "what does sleeping
mean?", he responded, "until I'm activated."

Mr. Aly made these comments in the presence of at least one other law
student by the name of Kevin Snow, who later called USD law students, "basic
Nazi pussy" and admitted that he was "engaging in terrorism" during what was

EXHIBIT 153
page 3

1

initially thought to be a psychotic break in March 2016. During the course of the school-wide disruptive scare which was reported by several students and faculty to the USD Law Administration, Department of Public Safety, San Diego Police Department, San Diego Sheriff Department, Department of Homeland Security, and Federal Bureau of Investigation and lasted for several days, I was integral in the discovery and flow of information from law students and faculty to the school administration and various law enforcement agencies.

In July 2016, Mr. Aly stalked and harassed me at my residence 4621 Lamont Street #5A, San Diego, CA 92109 the morning after I emailed a professor involved in the March 2016 events regarding Mr. Aly's prior comments, Professor Ted Sichelman. On this particular day, my next door neighbors saw Mr. Aly outside my apartment in his new Honda Accord sitting in his car at or around 6:00 a.m. and I saw Mr. Aly with his new white Honda Accord outside my apartment at or around 9:45 a.m. when I took my dog out.

San Diego Police Department responded immediately to the scene, which Mr. Aly had fled by the time they arrived. Two weeks later I received a surprise visit by the Federal Bureau of Investigation/ San Diego Sheriff Department Join Terrorism Task Force to follow up regarding the information relayed to the Federal Bureau of Investigation the morning Mr. Aly stalked me at my residence. The same week I was interviewed, I also received a blank card in the mail that I believe was written by Mr. Aly and sent as further unlawful harassment and intimidation.

The officer to whom I spoke with at length for hours assured me he would investigate further. During our meeting the officer told me at that point in time his patrol had seen Mr. Aly sleeping out of his new car on a couple of occasions. I allege that I saw Mr. Aly with an older Honda Civic in Spring 2015, which was different from the newer White Honda Accord he was with in Summer 2016 confirmed by the officer to whom I met.

In late January 2017 an unlawful Twitter account was created in my true and legal name @TiffanyDehen impersonating me. At this point in time Twitter has

EXHIBIT 153
page 4

2

not provided me any identifying information pertaining to John Does 1-100 responsible for the Twitter account, but I believe due to the direct evidence available to me at this time that Mr. Aly and Mr. Snow are responsible for the unlawful terroristic Twitter account.

Directly due to Mr. Aly's actions, I have damages to show after he made the terroristic comments to me at law school in Fall 2015, again after his friend Mr. Snow terrorized me and my classmates and professors at USD in March 2016, which I think Mr. Aly was related to, again after Mr. Aly stalked me in July 2016, after I discovered the unlawful Twitter account starting at the end of January 2017, and all the damages that have accrued since, including, but not limited to, two automobile collisions. The first I was on my way to Federal Court in San Diego to commence suit as soon as possible to get the information on federal record out of continued fear for my physical safety. The second collision I believe to be intentionally related to the federal lawsuit which I commenced in United States District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG for causes of action related to the illegal actions mentioned herein. I also had no choice but to postpone the California Bar Exam for at least three exams thus far due to the injuries sustained by Mr. Aly's unlawful terroristic behavior.

Mr. Aly is mentally and emotionally unstable and unfit to practice law, as I relayed to the Federal Bureau of Investigation in July 2016. Mr. Aly had several outbursts related to Islam and homelessness in the small Civil Rights class I had with him taught by Professor Roy Brooks. At the time the FBI interviewed me, the officer revealed the information that Mr. Aly had been sleeping out of his car on a couple of occasions according to his patrol officers. Even after hearing of this information, I do not believe Mr. Aly was homeless. I met the General Manager of the diner which Mr. Aly's parents purchased to turn into a Middle Eastern restaurant in El Cajon in Spring 2015, who is a witness to my previous acquaintanceship with Mr. Aly. Mr. Aly had a brand new Honda Accord in 2016 and seemed to have significant funds from an unknown source. Sleeping a couple



EXHIBIT 153
page 5

3

of days in a car does not qualify one to be homeless, so I further allege Mr. Aly is misrepresenting to the bar, the legal community, and the public.

Mr. Aly has had several run ins with the law during and since law school. Please see attached case summaries, including one for Case Number 17CM02618 including two counts of resisting public or peace officer with violation dates of 02/08/2017 and 09/12/2017 and one count of trespass on 02/08/2017.

Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless. Please see https://voiceofoc.org/tag/mohammed-aly/. Mr. Aly represents that he was homeless during his last year in law school and for months afterwards. *Please see* https://www.ocregister.com/2017/12/28/most-influential-2017-mohammed-aly-fights-loudly-for-the-homeless/. Mr. Aly was arrested three times in 2017 and cited for "pouring bleach in a pool of stagnant water beside the bike trail." *Id.*

In sum, Mr. Aly told me, a fellow female law student whom he then harassed and intimidated in a terroristic manner that he was an enemy combatant of the United States of America, in violation of the United States Constitution Article III Section III. Mr. Aly openly declared to be a part of a terrorist organization who declared war on the United States of America.

For information relating to the civil case I commenced in United States District Court, please look up all filings on Pacer.Gov related to case number 17-CV-00198-LAB-WVG. The Honorable Judge Larry Allan Burns is now residing over the case after the Honorable Judge Roger T. Benitez recused himself. As of the date of this filing, my Second Amended Complaint is filed and on record.

For easy access to view all my case documents, please see my website www.TiffanyDehen.com. I am an American citizen who has suffered substantial actual harm for which I am seeking monetary damages in a court of law. When Twitter provides information proving Mr. Aly to be connected to John Docs 1-100

EXHIBIT 153
page 6

4

in Tiffany Dehen v. John Does 1-100, Twitter, Inc., University of San Diego, LLP and Perkins Coie, LLP, I intend to add Mr. Aly as a defendant personally.

Please contact me for additional information which I will provide under sworn statement penalty of perjury. I am currently studying for the California Bar Examination and still attempting to complete my application to the California State Bar, after extensive delay due to injuries sustained from Mr. Aly's illegal conduct.

**Dated: June 11, 2018**

Respectfully submitted,

Tiffany L. Dehen

1804 Garnet Avenue, #239

Pacific Beach, CA 92109

Tel. 858-262-0052

Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

EXHIBIT 153
Page 7

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 11, 2018 by express delivery with signature confirmation, postage pre-paid, to the State Bar of California with UPS Ground.

**Dated June 11, 2018**

Tiffany L. Dehen

Pro Se Plaintiff.

EXHIBIT 153
page 8

6

# Case Summary

**Case Number:** 17CM02618
**OC Pay Number:** 9086824
**Originating Court:** Central
**Defendant:** Aly, Mohammed Wael
**Demographics:**

| | |
|---|---|
| Eyes: | Brown |
| Hair: | Black |
| Height(ft/in) : | 5'7" |
| Weight (lbs): | 165 |

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Alt | Mohammed | Wael | Court True Name |

**Case Status:**

| | |
|---|---|
| Status: | Open |
| Case Stage: | Entered |
| Release Status: | Released on Own Recognizance |
| Warrant: | N |
| DMV Hold : | N |
| Charging Document: | Complaint |
| Mandatory Appearance: | Y |
| Owner's Resp: | N |
| Amendment #: | 1 |

**Counts:**

| | Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 0 | 02/08/2017 | 148(a)(1) PC | M | Resisting public or peace officer | NOT GUILTY | 10/20/2017 | Dismissed | 04/20/2018 |
| 2 | | 0 | 09/12/2017 | 148(a)(1) PC | M | Resisting public or peace officer | NOT GUILTY | 10/20/2017 | Dismissed | 04/20/2018 |
| 3 | | 0 | 02/08/2017 | 602(t) PC | M | Trespass - occupy property without consent | GUILTY | 04/20/2018 | Pled Guilty | 04/20/2018 |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Retained Attorney | RETAT | | Nicol, Ricardo A, III | | |
| Public Defender | O-CPD | | Deputy Public Defender, | | |
| District Attorney | OCDA | | Hernandez, Denise | | |
| District Attorney | OCDA | | Hudson, Jeramy | | |
| District Attorney | DCDA | | Levy, Elise | | |
| Public Defender | OCPD | | Wynn, Justin | | |
| Alternate Defender | ALTD | | Johnson, Stephanie D | | |

**Scheduled Hearing:**

| Date | Hearing Type - Reason | Courtroom |
|---|---|---|
| 04/19/2019 | Sentencing - | C60 |

**Heard Hearings:**

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special Hearing | Result |
|---|---|---|---|---|---|
| 03/08/2017 | Arraignment - | C54 | Heard | | Waives arraignment today |
| 05/19/2017 | Arraignment - | C54 | Cancel | | |
| 05/19/2017 | Arraignment - | C64 | Heard | | General Time Waiver |
| 07/14/2017 | Pre Trial - | C47 | Cancel | | |
| 07/14/2017 | Pre Trial - | C56 | Heard | | General Time Waiver |
| 08/25/2017 | Pre Trial - | C47 | Cancel | | |
| 08/25/2017 | Pre Trial - | C52 | Heard | | waives statutory time for |
| 09/22/2017 | Pre Trial - | C56 | Heard | | General Time Waiver |
| 10/20/2017 | Pre Trial - | C47 | Cancel | | |
| 10/20/2017 | Pre Trial - | C56 | Heard | | General Time Waiver |
| 10/23/2017 | Jury Trial - | C47 | Cancel | | |
| 12/01/2017 | Pre Trial - | C47 | Cancel | | |
| 12/01/2017 | Pre Trial - | C56 | Heard | | Waives arraignment today |
| 12/01/2017 | Pre Trial - | C56 | Heard | | waives statutory time for |
| 01/12/2018 | Pre Trial - | C47 | Cancel | | |
| 01/12/2018 | Pre Trial - | C46 | Heard | | Waives arraignment today |
| 01/12/2018 | Pre Trial - | C48 | Heard | | waives statutory time for |

EXHIBIT 153
Page 7

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/09/2018 Pre Trial - | | C52 | Heard | General Waiver | | |
| 02/09/2018 Pre Trial - | | C52 | Heard | | | |
| 02/20/2018 Jury Trial - | | C47 | Cancel | Waives arraignment today | | |
| 03/22/2018 Pre Trial - | | C47 | Heard | | | |
| 03/23/2018 Pre Trial - | | C50 | Heard | General Time Waiver | | |
| 04/12/2018 Jury Trial - | | C47 | Cancel | | | |
| 04/12/2018 Jury Trial - | | C5 | Heard | Time Waiver Revoked | | |
| 04/12/2018 Jury Trial - | | C5 | Heard | waives statutory time for | | |
| 04/20/2018 Pre Trial - | | C60 | Heard | waives statutory time for | | |
| 04/20/2018 Pre Trial - | | C60 | Heard | Waives arraignment today | | |
| 04/20/2018 Pre Trial - | | C60 | Heard | waives statutory time for | | |
| 04/23/2018 Jury Trial - | | C5 | Cancel | | | |

Bond:

| Bail Date | Post Amount | Bondsman | Bondsman Address | Surety | Surety Address | Details | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Action | Action Date | Amount |
| 02/09/2017 | 500.0 | Aladdin Bail Bonds | null | Seaview Insurance Company | null | Active | 02/09/2017 | 500 |
| | | | | | | FORFEITED | 09/22/2017 | 500 |
| | | | | | | Reopened | 09/22/2017 | 500 |
| | | | | | | Exonerated | 09/22/2017 | 500 |

EXHIBIT 153
page 10

# Case Summary

**Case Number:** CMZ261755
**OC Pay Number:** 9239016
**Originating Court:** West
**Defendant:** Aly, Mohammad Wael
**Demographics:**

| | |
|---|---|
| Eyes: | Brown |
| Hair: | Black |
| Height(ft/in) : | 5'7" |
| Weight (lbs): | 165 |

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Alt | Mohammed | Wael | Court True Name |

**Case Status:**

| | |
|---|---|
| Status: | Open |
| Case Stage: | Filed with court |
| Release Status: | Released on Own Recognizance |
| Warrant: | N |
| DMV Hold : | N |
| Charging Document: | Citation |
| Mandatory Appearance: | N |
| Owner's Resp: | N |
| Amendment #: | 0 |

**Counts:**

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 08/04/2017 | 4000(a)(1) VC | I | No evidence of current registration | | | | |
| 2 | 0 | 08/04/2017 | 16028(a) VC | I | Failure to provide proof of financial responsibility | | | | |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Retained Attorney | | RETAT | Nicol, Ricardo A. III | | |
| Law Enforcement Officer | 648 | CM | Garcia, M | | |

**Scheduled Hearing:**

| Date | Hearing Type – Reason | Courtroom |
|---|---|---|
| 04/19/2019 | Arraignment - | C60 |

**Heard Hearings:**

| Date | Hearing Type – Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 09/14/2017 | Arraignment - | N1 | Heard | |
| 12/01/2017 | Arraignment - | C47 | Cancel | |
| 12/01/2017 | Arraignment - | C56 | Heard | Waives arraignment today |
| 12/01/2017 | Arraignment - | C56 | Heard | waives statutory time for |
| 01/12/2018 | Arraignment - | C47 | Cancel | |
| 01/12/2018 | Arraignment - | C46 | Heard | waives statutory time for |
| 01/12/2018 | Arraignment - | C46 | Heard | Waives arraignment today |
| 02/09/2018 | Arraignment - | C47 | Cancel | |
| 02/09/2018 | Arraignment - | C52 | Heard | General Time Waiver |
| 02/09/2018 | Arraignment - | C52 | Heard | Waives arraignment today |
| 03/22/2018 | Arraignment - | C47 | Heard | |
| 04/20/2018 | Arraignment - | C60 | Heard | waives statutory time for |
| 04/20/2018 | Arraignment - | C60 | Heard | Waives arraignment today |
| 04/20/2018 | Arraignment - | C60 | Heard | waives statutory time for |

EXHIBIT 153
page 11

# Case Summary

**Case Number:** SBE00003326
**OC Pay Number:** 8696082
**Originating Court:** West
**Defendant:** Aly, Mohammed Wael
**Demographics:**

Eyes: Brown
Hair: Black
Height(ft/in) : 5'7"
Weight (lbs): 160

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Alt | Mohammed | Wael | Court True Name |

**Case Status:**

Status:
Case Stage: Convicted – Civil Assessment
Release Status: Filed with court
Warrant: Cited and Released
DMV Hold : N
Charging Document: N
Mandatory Appearance: Citation
Owner's Resp: N
Amendment #: N
0

**Counts:**

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 10/30/2015 | 22349(a) VC | 1 | Exceeding maximum speed of 65 MPH | GUILTY | 08/25/2016 | Pled Guilty | 08/25/2016 |

**Participants:**

| | Role | Badge | Agency Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Law Enforcement Officer | 365 | SB | Gray, B | | |

**Heard Hearings:**

| Date | Hearing Type – Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 08/25/2016 | Arraignment PC-Collections - | N1 | Heard | |
| 05/11/2017 | Arraignment - | N1 | Heard | |
| 05/31/2017 | Hearing PC-Collections - | N1 | Heard | |
| 09/14/2017 | Hearing - | N1 | Heard | |

**Sentences:**

| Seq # | Sentence Date | Sentence |
|---|---|---|
| 1 | 08/25/2016 | $10.00 Fines |

EXHIBIT 153
page 12

# Case Summary

Case Number:  NB3107380
OC Pay Number:  8543811
Originating Court: West
Defendant:  Aly, Mohammad Wael
Demographics:

| | |
|---|---|
| Eyes: | Brown |
| Hair: | Black |
| Height(ft/in) : | 5'7" |
| Weight (lbs): | 160 |

Names:

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammad | Wael | Real Name |
| Alt | Mohammad | Wael | Court True Name |

Case Status:

| | |
|---|---|
| Status: | Bail Forfeiture |
| Case Stage: | Filed with court |
| Release Status: | Cited and Released |
| Warrant: | N |
| DMV Hold : | N |
| Charging Document: | Citation |
| Mandatory Appearance: | N |
| Owner's Resp: | N |
| Amendment #: | 0 |

Counts:

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 06/30/2015 | 24252(a) VC | I | Fail to maintain lighting equipment | | | Bail Forfeiture | 10/30/2015 |
| 3 | 0 | 06/30/2015 | 14600(a) VC | I | Change of address, notify DMV within 10 days (Driver's license) | | | Dismissed – Proof of Correction | 10/30/2015 |
| 2 | 0 | 06/30/2015 | 26708(a)(1) VC | I | No person shall drive any motor vehicle with material on windshield obstructing or reducing driver's view | | | Bail Forfeiture | 10/30/2015 |

Participants:

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Law Enforcement Officer | 2115 | HB | Thomas, | | |

Heard Hearings:

| Date | Hearing Type – Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 05/11/2017 | Hearing PC-Collections – | N1 | Heard | |
| 05/31/2017 | Hearing - | N1 | Heard | |
| 09/14/2017 | Hearing PC-Collections – | N1 | Heard | |

*EXHIBIT 153*
*page 13*

# Case Summary

Case Number: 58E00001847
OC Pay Number: 8519861
Originating Court: West
Defendant: Aly, Mohammed Wael
Demographics:

Eyes: Brown
Hair: Black
Height(ft/in) : 5'0"
Weight (lbs): 160

Names:

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Ali | Mohammed | Wael | Court True Name |

Case Status:

Status:
Case Stage: Closed
Release Status: Filed with court
Warrant: N
DMV Hold : N
Charging Document: Citation
Mandatory Appearance: N
Owner's Resp: N
Amendment #: 0

Counts:

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 06/14/2015 | 23123(a) VC | J | Driving while using a wireless telephone | | | Bail Forfeiture | 10/30/2015 |

Participants:

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Law Enforcement Officer | 191 | SB | Sansenbach, D | | |

EXHIBIT 153
Page 14

| Case Id: | 30-2018-0099431 ...U-WM-CJC |
|---|---|
| Case Title: | ORANGE COUNTY POVERTY ALLEVIATION COALITION VS. ORANGE COUNTY FIRE AUTHORITY |
| Case Type: | WRIT OF MANDATE |
| Filing Date: | 05/22/2018 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 3670096 RECEIVED ON 05/22/2018 11:17:19 AM. | 05/22/2018 | | NV | |
| 2 | PETITION FOR WRIT OF MANDATE FILED BY ORANGE COUNTY POVERTY ALLEVIATION COALITION ON 05/22/2018 | 05/22/2018 | | 6 pages | |
| 3 | CIVIL CASE COVER SHEET FILED BY ORANGE COUNTY POVERTY ALLEVIATION COALITION ON 05/22/2018 | 05/22/2018 | | 1 pages | |
| 4 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12354798 AND RECEIPT NUMBER 12178545. | 05/22/2018 | | 1 pages | |
| 5 | CASE ASSIGNED TO JUDICIAL OFFICER UNASSIGNED ON 05/22/2018. | 05/22/2018 | | 1 pages | |
| 6 | E-FILING TRANSACTION 2674597 RECEIVED ON 05/24/2018 01:46:11 PM. | 05/24/2018 | | NV | |
| 7 | PROOF OF PERSONAL SERVICE - PETITION FILED BY ORANGE COUNTY POVERTY ALLEVIATION COALITION ON 05/24/2018 | 05/24/2018 | | 1 pages | |
| 8 | PETITION FOR WRIT SCHEDULED FOR 07/20/2018 AT 09:00:00 AM IN C14 AT CENTRAL JUSTICE CENTER. | 06/07/2018 | | 2 pages | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| MOHAMMED ALY | ATTORNEY | | 05/22/2018 | |
| ORANGE COUNTY FIRE AUTHORITY | RESPONDENT | | 05/22/2018 | |
| ORANGE COUNTY POVERTY ALLEVIATION COAL | PETITIONER | | 05/22/2018 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| PETITION FOR WRIT | 07/20/2018 | 09:00 | C14 | UNASSIGNED |

Print this page

EXHIBIT 153
Page 15

## EXHIBIT 154

 **Tiffany Dehen**
3 mins · 🔥 ▾

···

Sooooo Perkins Coie LLP is in panic mode....check out their reply to my opposition to their motions to dismiss....lolololololol

trying to put words in my mouth, but in so doing, actually revealing more of their true colors i.e., illegal behavior.

oh man. this is too good.

i'm low on the totem pole compared to the other illegal activities they're actually engaging in.... yikes

#TiffanyvTwitter #TiffanyvPerkinsCoieLLP #TiffanyvUSD #banned #censored #antischool #youdidntlearnthisinschool #trumptrain2016baby #keepamericagreat2020 #MAGA #trumptrain #choochoo #allaboard #stillchuggingalong #drainingtheswamp #loserbyloser #suckstosuck #losersandhaters #hateaway #ilovewhenyouhelpmewin #ilovewinning #nottiredofwinning #winningsomuch #USA #onelove #america #bestcountryintheworld

### uploads.strikinglycdn.com

UPLOADS.STRIKINGLYCDN.COM

👍 Like          💬 Comment          ↪ Share

 Tiffany Dehen

Tiffany Dehen oh here's a tip to perkins coie...notice how i tagged them but it's not linked? and if i edit and retag them, it will still not be linked. because perkins coie represents facebook too.... get it?!

Like · Reply · 2m                                    😂 1

Screenshot taken by Plaintiff 05/19/2018

16

## EXHIBIT 155



Screenshot taken by Plaintiff 05/19/2018

PLAINTIFF'S EXHIBITS ISO
MOTION TO FILE REPLY

No.: 17-cv-00198-LAB-WVG

**EXHIBIT 156**



18

# Towne Centre Chiropractic
## Dr. David J. McGrath D.C.
4445 Eastgate Mall, Suite 120
San Diego, CA 92121
drdave@truespinealign.com
www.truespinealign.com
858-450-1805

To Whom It May Concern,

Ms. Dehen sought treatment at my office for injuries which she incurred in auto accidents on 2-1-17 and 2-20-17. She has been seen approximately three times per week at my office from 2-22-17 to current. It is my opinion that she was not able to work during this time due to the severity of the injuries that she received. She has progressed slowly through intensive chiropractic treatment however, I believe that she will require long-term care to completely alleviate the damage done by these accidents. Should you have further questions regarding Ms. Dehen's treatment or progress please contact my office.

Regards,


Dr. David J. McGrath

EXHIBIT 57
page 19

**Dr. Josh Caldwell**
4445 Eastgate Mall Ste. 120
San Diego CA
92121
Phone: (858) 457-0123   Fax: (858) 457-1493

# Patient Ledger

Dehen, Tiffany
4621 Lamont St. Unit 5A                        Cell: 858-262-0052

San Diego, CA 92109                            :

Account:        1000001015-AA
Patient Balance:        $3,070.00

| Date | Type | Code | Mod | Description | Units | Debit | Credit | Adjust | Tax | Balance |
|------|------|------|-----|-------------|-------|-------|--------|--------|-----|---------|
| 07/05/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $65.00 |
| 07/05/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $110.00 |
| 07/05/2017 | CRG | 99213-25 | | Re-Exam Estab Intermediate | 1 | $100.00 | | | | $210.00 |
| 07/07/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $275.00 |
| 07/07/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $320.00 |
| 07/10/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $385.00 |
| 07/10/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $430.00 |
| 07/12/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $495.00 |
| 07/12/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $540.00 |
| 07/14/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $605.00 |
| 07/14/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $650.00 |
| 07/17/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $715.00 |
| 07/17/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $760.00 |
| 07/19/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $825.00 |
| 07/19/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $870.00 |
| 07/21/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $935.00 |
| 07/21/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $980.00 |
| 07/24/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,045.00 |
| 07/24/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,090.00 |
| 07/26/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,155.00 |
| 07/26/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,200.00 |
| 07/28/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,265.00 |
| 07/28/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,310.00 |
| 07/31/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,375.00 |
| 07/31/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,420.00 |

EXHIBIT 15B
20

### Dr. Josh Caldwell
**4445 Eastgate Mall Ste. 120**
**San Diego CA**
**92121**
**Phone: (858) 457-0123   Fax: (858) 457-1493**

# Patient Ledger

**Dehen, Tiffany**
**4621 Lamont St. Unit 5A**                               Cell: 658-262-0052

**San Diego, CA 92109**                                :                    Account:    1000001015-AA
                                                                Patient Balance:         $3,070.00

| Date | Type | Code | Mod | Description | Units | Debit | Credit | Adjust | Tax | Balance |
|------|------|------|-----|-------------|-------|-------|--------|--------|-----|---------|
| 08/02/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,485.00 |
| 08/02/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,530.00 |
| 08/04/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,595.00 |
| 08/04/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,640.00 |
| 08/07/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,705.00 |
| 08/07/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,750.00 |
| 08/09/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,815.00 |
| 08/09/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,860.00 |
| 08/11/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $1,925.00 |
| 08/11/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $1,970.00 |
| 08/14/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,035.00 |
| 08/14/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,080.00 |
| 08/16/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,145.00 |
| 08/16/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,190.00 |
| 08/18/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,255.00 |
| 08/18/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,300.00 |
| 08/21/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,365.00 |
| 08/21/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,410.00 |
| 08/23/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,475.00 |
| 08/23/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,520.00 |
| 08/25/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,585.00 |
| 08/25/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,630.00 |
| 08/28/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,695.00 |
| 08/28/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,740.00 |
| 08/30/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,805.00 |

Printed:  Wednesday, September 20, 2017 9:42:07 AM                                    Page 2   Of  3

EXHIBIT 158
21

### Dr. Josh Caldwell

4445 Eastgate Mall Ste. 120
San Diego CA
92121
Phone: (858) 457-0123   Fax: (858) 457-1493

## Patient Ledger

**Dehen, Tiffany**
**4621 Lamont St. Unit 5A**                          Cell: 858-262-0052

**San Diego, CA 92109**                          :

Account:  1000001015-AA
Patient Balance:  $3,070.00

| Date | Type | Code | Mod | Description | Units | Debit | Credit | Adjust | Tax | Balance |
|------|------|------|-----|-------------|-------|-------|--------|--------|-----|---------|
| 08/30/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,850.00 |
| 09/01/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $2,915.00 |
| 09/01/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $2,960.00 |
| 09/13/2017 | CRG | 98941 | | CMT Spinal Adj 3-4 Regions | 1 | $65.00 | | | | $3,025.00 |
| 09/13/2017 | CRG | 97112-59 | | Physical Therapy | 1 | $45.00 | | | | $3,070.00 |
| | | | | | | | | | Balance: | $3,070.00 |

EXHIBIT 158
22

**Chart Notes**

Tiffany Dehen

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

**Date**    08/18/2017

**Provider:   David J. McGrath, D.C.**

### Subjective:

Mrs. Dehen presented to the office today for injuries she sustained in a motor vehicle collision on 2-22-17. The following are her current complaints:

Neck pain, Upper back pain, Middle back pain, Low back pain, which she rated a 5 out of 10, on a scale from 0 to 10, with 10 being the worst. 50% of awake time.

### Objective:

The patient's cervical and lumbar range of motion was measured today using dual inclinometers. The evaluation followed the parameters set forth by the AMA Guides to the Evaluation of Permanent Impairment, 5th Edition.

Cervical and lumbar ranges of motion were painful and restricted in the following planes of motion:

cervical flexion

cervical left lateral flexion
cervical right lateral flexion

cervical right rotation
lumbar flexion
lumbar extension

lumbar right lateral flexion

lumbar right rotation

Multiple vertebral subluxations were noted with spasm, hypomobility and end-point tenderness in the cervical, thoracic, lumbar and sacroiliac regions.

### Assessment:

The patient is showing improvement. The patient's prognosis is good at this time.

### Plan:

Chiropractic adjustments were made to hypomobile subluxations in the cervical, thoracic, lumbar and sacral areas of the spine. Myofascial Release was performed in order to increase functional performance, increase range of motion, decrease inflammation and reduce muscle spasms in the thoracic/lumbar area. We will treat Mrs. Dehen as per the

EXHIBIT K
23

**Chart Notes**

Tiffany Dehen

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

Date    08/18/2017

Provider:   David J. McGrath, D.C.                    *** *continued from previous page* ***

examination findings and continue the existing treatment plan.  It is recommended that she return for treatment three times per week.

EXHIBIT 159
24

**Chart Notes**

Tiffany Dehen

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: Dehen, Tiffany | | DOB: 12/29/1988 |
|---|---|---|
| Ins Co | Pol # | Insured ID |

Date  07/05/2017

Provider:  David J. McGrath, D.C.

**Subjective:**
Mrs. Dehen presented to the office today for injuries she sustained in a motor vehicle collision on 2-22-17.  The following are her current complaints:

Neck pain,  Upper back pain,  Middle back pain,  Low back pain,  which she rated a 5 out of 10, on a scale from 0 to 10, with 10 being the worst,  50% of awake time.

**Objective:**
The patient's cervical and lumbar range of motion was measured today using dual inclinometers.  The evaluation followed the parameters set forth by the AMA Guides to the Evaluation of Permanent Impairment, 5th Edition.

Cervical and lumbar ranges of motion were painful and restricted in the following planes of motion:

cervical flexion

cervical left lateral flexion
cervical right lateral flexion

cervical right rotation
lumbar flexion
lumbar extension

lumbar right lateral flexion

lumbar right rotation


Multiple vertebral subluxations were noted with spasm, hypomobility and end-point tenderness in the cervical, thoracic, lumbar and sacroiliac regions.

**Assessment:**
The patient is showing improvement. The patient's prognosis is good at this time.

**Plan:**
Chiropractic adjustments were made to hypomobile subluxations in the cervical, thoracic, lumbar and sacral areas of the spine.  Myofascial Release was performed in order to increase functional performance, increase range of motion, decrease inflammation and reduce muscle spasms in the thoracic/lumbar area.  We will treat Mrs. Dehen as per the



EXHIBIT 159
25

**Chart Notes**

Tiffany Dehen

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
| Ins Co | | Pol # | Insured ID |

Date    07/05/2017

Provider:   David J. McGrath, D.C.                              *** *continued from previous page* ***

examination findings and continue the existing treatment plan. It is recommended that she
return for treatment three times per week.

EXHIBIT 15
26

**Chart Notes**

Tiffany Dehen

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

Date    06/09/2017

Provider:   David J. McGrath, D.C.

### Subjective:
Mrs. Dehen presented to the office today for injuries she sustained in a motor vehicle collision on 2-22-17. The following are her current complaints:

Neck pain, Upper back pain, Middle back pain, Low back pain, which she rated a 7 out of 10, on a scale from 0 to 10, with 10 being the worst, 65% of awake time.

### Objective:
The patient's cervical and lumbar range of motion was measured today using dual inclinometers. The evaluation followed the parameters set forth by the AMA Guides to the Evaluation of Permanent Impairment, 5th Edition.

Cervical and lumbar ranges of motion were painful and restricted in the following planes of motion:

cervical flexion

cervical left lateral flexion
cervical right lateral flexion

cervical right rotation
lumbar flexion
lumbar extension

lumbar right lateral flexion

lumbar right rotation

### Assessment:
The patient is showing improvement. The patient's prognosis is good at this time.

### Plan:
Chiropractic adjustments were made to hypomobile subluxations in the cervical, thoracic, lumbar and sacral areas of the spine. Myofascial Release was performed in order to increase functional performance, increase range of motion, decrease inflammation and reduce muscle spasms in the thoracic/lumbar area. We will treat Mrs. Dehen as per the examination findings and continue the existing treatment plan. It is recommended that she return for treatment three times per week.

EXHIBIT 157
27

**Chart Notes**

Tiffany Dehen

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
|----------|----------------|-------|-----------------|
| Ins Co | | Pol # | Insured ID |

Date   05/08/2017

Provider:   David J. McGrath, D.C.

**Subjective:**
Mrs. Dehen presented to the office today for injuries she sustained in a motor vehicle collision on 2-22-17.  The following are her current complaints:

Neck pain,  Upper back pain,  Middle back pain,  Low back pain,  which she rated a 7 out of 10, on a scale from 0 to 10, with 10 being the worst,  80% of awake time.

**Objective:**
The patient's cervical and lumbar range of motion was measured today using dual inclinometers.  The evaluation followed the parameters set forth by the AMA Guides to the Evaluation of Permanent Impairment, 5th Edition.

Cervical and lumbar ranges of motion were painful and restricted in the following planes of motion:

cervical flexion

cervical left lateral flexion
cervical right lateral flexion
cervical left rotation
cervical right rotation
lumbar flexion
lumbar extension

lumbar right lateral flexion
lumbar left rotation
lumbar right rotation

**Assessment:**
The patient is showing improvement. The patient's prognosis is good at this time.

**Plan:**
Chiropractic adjustments were made to hypomobile subluxations in the cervical, thoracic, lumbar and sacral areas of the spine.  Myofascial Release was performed in order to increase functional performance, increase range of motion, decrease inflammation and reduce muscle spasms in the thoracic/lumbar area. We will treat Mrs. Dehen as per the examination findings and continue the existing treatment plan.  It is recommended that she return for treatment three times per week.

EXHIBIT 157
28

**Chart Notes**

Tiffany Dehen

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
| Ins Co | | Pol # | Insured ID |

Date   04/19/2017

Provider:   David J. McGrath, D.C.

**Subjective:**
Mrs. Dehen presented to the office today for injuries she sustained in a motor vehicle collision on 2-22-17. The following are her current complaints:

Neck pain, Upper back pain, Middle back pain, Low back pain. which she rated an 8 out of 10, on a scale from 0 to 10. with 10 being the worst. 80% of awake time.

**Objective:**
The patient's cervical and lumbar range of motion was measured today using dual inclinometers. The evaluation followed the parameters set forth by the AMA Guides to the Evaluation of Permanent Impairment, 5th Edition.

Cervical and lumbar ranges of motion were painful and restricted in the following planes of motion:

cervical flexion

cervical left lateral flexion
cervical right lateral flexion
cervical left rotation
cervical right rotation
lumbar flexion
lumbar extension

lumbar right lateral flexion
lumbar left rotation
lumbar right rotation

**Assessment:**
The patient is showing improvement. The patient's prognosis is good at this time.

**Plan:**
Chiropractic adjustments were made to hypomobile subluxations in the cervical, thoracic, lumbar and sacral areas of the spine. Myofascial Release was performed in order to increase functional performance. increase range of motion, decrease inflammation and reduce muscle spasms in the thoracic/lumbar area. We will treat Mrs. Dehen as per the examination findings and continue the existing treatment plan. It is recommended that she return for treatment three times per week.

Exhibit 157
2-1

## Chart Notes

**Tiffany Dehen**

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

**Date**    02/22/2017

**Provider:**    David J. McGrath, D.C.

**Subjective:**
Mrs. Dehen presented to the office today for injuries she sustained in a motor vehicle collision on . The following are her current complaints:

Neck pain, Upper back pain, Middle back pain, Low back pain, which she rated a 9 out of 10, on a scale from 0 to 10, with 10 being the worst, 100% of awake time.

**Objective:**
The patient's cervical and lumbar range of motion was measured today using dual inclinometers. The evaluation followed the parameters set forth by the AMA Guides to the Evaluation of Permanent Impairment, 5th Edition.

Cervical and lumbar ranges of motion were painful and restricted in the following planes of motion:

cervical flexion
cervical extension
cervical left lateral flexion
cervical right lateral flexion
cervical left rotation
cervical right rotation
lumbar flexion
lumbar extension
lumbar left lateral flexion
lumbar right lateral flexion
lumbar left rotation
lumbar right rotation

The following cervical x-rays were taken of Mrs. Dehen today
AP Lower Cervical
Lateral Cervical

The following thoracic x-rays were taken of Mrs. Dehen today:

AP

The following lumbar x-rays were taken of Mrs. Dehen today:

EXHIBIT 57
30

## Chart Notes

**Tiffany Dehen**

Phone: (858) 457-0123
Fax: (858) 457-1493

| Patient: | Dehen, Tiffany | | DOB: 12/29/1988 |
|---|---|---|---|
| Ins Co | | Pol # | Insured ID |

| Date | 02/22/2017 | |
|---|---|---|
| Provider: | David J. McGrath, D.C. | *** continued from previous page *** |

AP
Lateral

Multiple vertebral subluxations were noted with spasm, hypomobility and end-point tenderness in the cervical, thoracic, lumbar and sacroiliac regions.

**Assessment:**
The patient's prognosis is guarded at this time.

**Plan:**
An examination and x-rays were performed today on Mrs. Dehen. We will review the x-rays on her next visit and perform computerized range of motion tests with dual inclinometers on her neck/low back and comparative muscle tests with a dynamometer on her upper/lower extremities. We will begin treatment on her next visit as long as no contraindications are present.

EXHIBIT 157
31

 Gmail

Tiffany Dehen <tiffany.dehen@gmail.com>

**Update**
4 messages

Tiffany Dehen <tiffany.dehen@gmail.com>                                      Thu, Jun 14, 2018 at 4:14 AM
To: Charles Milks <Charles.Milks@sdsheriff.org>
Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-jttf.org

June 14, 2018

San Diego Joint Terrorism Task Force
Attn: Detective / Task Force Officer Chuck Milks
10385 Via Sorrento Parkway
San Diego, CA 92121

Federal Bureau of Investigation
Attn: Special Agent in Charge John A. Brown
10385 Vista Sorrento Parkway
San Diego, CA 92121

Dear Detective Chuck Milks or John Brown Special Agent in Charge,

I'm not sure if you received my prior emails, as I received messages showing undeliverable, but I just wanted to check in with you regarding my case from 2016 about my USD law classmates.

My civil suit in U.S. District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG is moving forward and I wanted to check in.  I recently filed the attached formal attorney complaint to the State Bar of California against Mr. Mohammed Aly.

I've been posting court filings and updates regarding my lawsuit to www.TiffanyDehen.com to keep the public updated in part due to continued fear of my personal safety.

Based on my prior experience, I am scared and fearful that Mr. Aly might retaliate and continue to fear for my personal safety.  Recent revelations regarding Mr. Aly's continuous illegal behavior is alarming.  Please read the following excerpt from my legal documents I am filing 06/14/2018:

> Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless. *Please see* https://voiceofoc.org/tag/mohammed-aly/. Mr. Aly represents in his own words, "he's struggled with depression, experimented with drugs and suffered through being looked upon as "other" because of his Egyptian heritage and his family's Muslim faith. During his last year in law school, and for some months afterward, Aly was homeless, living in his car." Please see https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/. It is Plaintiff's position that Mr. Aly was not homeless for months and he's misrepresenting and defrauding donors/investors of the Orange County Poverty Alleviation Coalition, the State Bar of California and the public based on Plaintiff's firsthand knowledge. *Please see* Exhibit 153.

> According to the OC Weekly article, Mr. "Aly's tactics of protest and resistance led to him being arrested three times in 2017.  He still faces possible trial, and jail time, on charges of resisting or impeding a peace officer – once at the river bed and a second time at the county Hall of Administration.  He also was cited for pouring bleach in a pool of stagnant water beside the bike trail." *Id.*

EXHIBIT 160

32

My fear also continues to increase since not hearing from the FBI or SD Sheriff's Department regarding what I perceive to be an increasing threat, particularly after reports of the Twitter account when I met with the FBI the day after I commenced suit (02/02/2017) and the serious automobile collision I was in on 02/20/2017, which I called and notified the FBI of the following day 02/21/2017 when I could not get the San Diego Police Department to take a police report for the second day in a row, in violation of San Diego Police Department Procedure from July 14, 2016.  Please see Section V(A) https://captsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf.

Please be advised I am printing and mailing with tracking and signature confirmation on 06/14/2018 a copy of this email and the attachments to both the San Diego Sheriff Department and Federal Bureau of Investigation, as well as copying and pasting this email into the online F.B.I. submission form.

Can someone with the FBI please contact me with an update?

Thank you.

Best Regards,
Tiffany Dehen J.D.
tiffany.dehen@gmail.com
858-262-0052

 **Bar Complaint 6.11.18.pdf**
1981K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Thu, Jun 14, 2018 at 4:15 AM
To: tiffany.dehen@gmail.com

## Message not delivered

Your message couldn't be delivered to
**Charles.Milks@sdsheriff.org** because the remote server is
misconfigured. See technical details below for more information.

The response from the remote server was:

554 5.7.1 <Charles.Milks@sdsheriff.org>: Recipient address rejected: Access denied

Final-Recipient: rfc822; Charles.Milks@sdsheriff.org
Action: failed
Status: 5.7.1
Remote-MTA: dns; sdsheriff.org, (204.19.244.25, the server for the domain sdsheriff.org.)
Diagnostic-Code: smtp; 554 5.7.1 <Charles.Milks@sdsheriff.org>: Recipient address rejected: Access denied
Last-Attempt-Date: Thu, 14 Jun 2018 04:15:47 -0700 (PDT)

EXHIBIT 160
33

---------- Forwarded message ----------
From: Tiffany Dehen <tiffany.dehen@gmail.com>
To: Charles Milks <Charles.Milks@sdsheriff.org>
Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-lecc.org
Bcc:
Date: Thu, 14 Jun 2018 04:14:58 -0700
Subject: Update
June 14, 2018

San Diego Joint Terrorism Task Force
Attn: Detective / Task Force Officer Chuck Milks
10385 Via Sorrento Parkway
San Diego, CA 92121

Federal Bureau of Investigation
Attn: Special Agent in Charge John A. Brown
10385 Vista Sorrento Parkway
San Diego, CA 92121

Dear Detective Chuck Milks or John Brown Special Agent in Charge,

I'm not sure if you received my prior emails, as I received messages showing undeliverable, but I just wanted to check in with you regarding my case from 2016 about my USD law classmates.

My civil suit in U.S. District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG is moving forward and I wanted to check in. I recently filed the attached formal attorney complaint to the State Bar of California against Mr. Mohammed Aly.

I've been posting court filings and updates regarding my lawsuit to www.TiffanyDehen.com <http://www.tiffanydehen.com/> to keep the public updated in part due to continued fear of my personal safety.

Based on my prior experience, I am scared and fearful that Mr. Aly might retaliate and continue to fear for my personal safety. Recent revelations regarding Mr. Aly's continuous illegal behavior is alarming. Please read the following excerpt from my legal documents I am filing 06/14/2018:
Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless. Please see https://voiceofoc.org/tag/mohammed-aly/ <https://voiceofoc.org/tag/mohammed-aly/>. Mr. Aly represents in his own words, "he's struggled with depression, experimented with drugs and suffered through being looked upon as "other" because of his Egyptian heritage and his family's Muslim faith. During his last year in law school, and for some months afterward, Aly was homeless, living in his car." Please see https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/ <https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed 7888460/>. It is Plaintiff's position that Mr. Aly was not homeless for months and he's misrepresenting and defrauding donors/investors of the Orange County Poverty Alleviation Coalition, the State Bar of California and the public based on Plaintiff's firsthand knowledge. Please see Exhibit 153.

According to the OC Weekly article, Mr. "Aly's tactics of protest and resistance led to him being arrested three times in 2017. He still faces possible trial, and jail time, on charges of resisting or impeding a peace officer – once at the river bed and a second time at the county Hall of Administration. He also was cited for pouring bleach in a pool of stagnant water beside the bike trail." Id.

My fear also continues to increase since not hearing from the FBI or SD Sheriff's Department regarding what I perceive to be an increasing threat, particularly after reports of the Twitter account when I met with the FBI the day after I commenced suit (02/02/2017) and the serious automobile collision I was in on 02/20/2017, which I called and notified the FBI of the following day 02/21/2017 when I could not get the San Diego Police Department to take a police report for the second day in a row, in violation of San Diego Police Department Procedure from July 14, 2016. Please see Section V(A) https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf <https://uaptsd.files.wordpress.com/2016/11/7-02-traffic collision-investigation.pdf>.

Please be advised I am printing and mailing w
---- Message truncated -----

Tiffany Dehen <tiffany.dehen@gmail.com>                                Thu, Jun 14, 2018 at 4:15 AM
To: Charles Milks <Charles.Milks@sdsheriff.org>

EXHIBIT 160
34

Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-lecc.org

[Quoted text hidden]

📄 **Bar Complaint 6.11.18.pdf**
1981K

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>    Thu, Jun 14, 2018 at 4:15 AM
To: tiffany.dehen@gmail.com

[Quoted text hidden]

Final-Recipient: rfc822; Charles.Milks@sdsheriff.org
Action: failed
Status: 5.7.1
Remote-MTA: dns; sdsheriff.org. (204.19.244.25, the server for the domain sdsheriff.org.)
Diagnostic-Code: smtp; 554 5.7.1 <Charles.Milks@sdsheriff.org>: Recipient address rejected: Access denied
Last-Attempt-Date: Thu, 14 Jun 2018 04:15:53 -0700 (PDT)

---------- Forwarded message ----------
From: Tiffany Dehen <tiffany.dehen@gmail.com>
To: Charles Milks <Charles.Milks@sdsheriff.org>
Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-lecc.org
Bcc:
Date: Thu, 14 Jun 2018 04:15:25 -0700
Subject: Update
June 14, 2018

San Diego Joint Terrorism Task Force
Attn: Detective / Task Force Officer Chuck Milks
10385 Via Sorrento Parkway
San Diego, CA 92121

Federal Bureau of Investigation
Attn: Special Agent in Charge John A. Brown
10385 Vista Sorrento Parkway
San Diego, CA 92121

Dear Detective Chuck Milks or John Brown Special Agent in Charge,

I'm not sure if you received my prior emails, as I received messages showing undeliverable, but I just wanted to check in with you regarding my case from 2016 about my USD law classmates.

My civil suit in U.S. District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG is moving forward and I wanted to check in. I recently filed the attached formal attorney complaint to the State Bar of California against Mr. Mohammed Aly.

I've been posting court filings and updates regarding my lawsuit to www.TiffanyDehen.com <http://www.tiffanydehen.com/> to keep the public updated in part due to continued fear of my personal safety.

Based on my prior experience, I am scared and fearful that Mr. Aly might retaliate and continue to fear for my personal safety. Recent revelations regarding Mr. Aly's continuous illegal behavior is alarming. Please read the following excerpt from my legal documents I am filing 06/14/2018:
Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless. Please see https://voiceofoc.org/tag/mohammed-aly/ <https://voiceofoc.org/tag/mohammed-aly/>. Mr. Aly represents in his own words, "he's struggled with depression, experimented with drugs and suffered through being looked upon as "other" because of his Egyptian heritage and his family's Muslim faith. During his last year in law school, and for some months afterward, Aly was homeless, living in his

EXHIBIT 160
35

car." Please see https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/ <https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/>. It is Plaintiff's position that Mr. Aly was not homeless for months and he's misrepresenting and defrauding donors/investors of the Orange County Poverty Alleviation Coalition, the State Bar of California and the public based on Plaintiff's firsthand knowledge. Please see Exhibit 153.

According to the OC Weekly article, Mr. "Aly's tactics of protest and resistance led to him being arrested three times in 2017. He still faces possible trial, and jail time, on charges of resisting or impeding a peace officer – once at the river bed and a second time at the county Hall of Administration. He also was cited for pouring bleach in a pool of stagnant water beside the bike trail." Id.

My fear also continues to increase since not hearing from the FBI or SD Sheriff's Department regarding what I perceive to be an increasing threat, particularly after reports of the Twitter account when I met with the FBI the day after I commenced suit (02/02/2017) and the serious automobile collision I was in on 02/20/2017, which I called and notified the FBI of the following day 02/21/2017 when I could not get the San Diego Police Department to take a police report for the second day in a row, in violation of San Diego Police Department Procedure from July 14, 2016. Please see Section V(A) https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf <https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf>.

Please be advised I am printing and mailing w
----- Message truncated -----

EXHIBIT 100
36

View   History   Bookmarks   People   Window   Help

https://tips.fbi.gov/thank-you-for-your-tip

**FBI** FEDERAL BUREAU OF INVESTIGATION

CONTACT US    ABOUT US    MOST WANTED    NEWS    STATS & SERVICES    SCAMS & SAFETY    JOBS    FUN & GAMES

*Forms*

Home » Thank You For Your Tip

## Thank You

Your tip has been submitted

Contact Us | About Us | Most Wanted | News | Stats & Services | Scams & Safety | Jobs | Fun & Games
Resources for: Law Enforcement | Intel Partners | Researchers/Students | Communities | Parents | Victims | Businesses
Follow Us On: Facebook | You Tube | Twitter | iTunes | All Sites | No FEAR Act

Accessibility | eRulemaking | Freedom of Information Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

6/14/18     4:39.37 AM
Screenshot taken by plaintiff

EXHIBIT 161
37