# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM: L. Cervantes, Deputy Clerk | RECEIVED DATE: June 12, 2018 |
|---|---|
| CASE NO. 17-cv-00198-LAB-WVG | DOC FILED BY: Tiffany Dehen |
| CASE TITLE: Dehen v. Doe et al | |
| DOCUMENT ENTITLED: Plaintiff's Notice of Motion and Motion to File Supplement Declaration to Plaintiff's Reply to Defendants' Motions to Dismiss | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Surreplies are viewed with disfavor and rarely allowed. When they are, the movant needs to ask for leave, and, explain why it's necessary. Dehen hasn't asked for leave to file a surreply, nor explained why one is necessary. *See Garcia v. Biter*, 195 F. Supp. 3d 1131, 1134 (E.D. Cal. 2016) (rejecting pro se litigants' motion for leave to file surreply).

Date Forwarded:  June 15, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  June 19, 2018            CHAMBERS OF:  The Honorable Larry Alan Burns

cc: All Parties                 By: *Larry A. Burns*