TIFFANY DEHEN J.D.
1804 GARNET AVENUE #239
SAN DIEGO, CA 92109
858-262-0052
tiffany.dehen@gmail.com

Pro Se Plaintiff

**FILED**

JUN 2 9 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY DEHEN**, an individual on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>**JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP.,**<br><br>Defendants. | Case No.: 17-cv-00198-LAB-WVG<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing Date: July 31, 2018<br><br>Time: 11:30 a.m.<br><br>Courtroom: 14A (14th Floor – Carter/Keep)<br><br>Judge: Hon. Larry Alan Burns |

TO THE HONORABLE COURT AND TO DEFENDANTS JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP.:

1

PLEASE TAKE NOTICE that Pro Se Plaintiff Ms. Tiffany Dehen respectfully moves this Court for the entry of an Order granting Plaintiff the right to file a Supplemental Memorandum in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss ("Supplemental Memorandum"), a copy of which is attached hereto, and for its reasons relies upon the following:

Plaintiff timely filed her Opposition to Defendant's Motion to Dismiss and exercised due diligence to obtain all relevant records and information for submission as part of her Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss. Certain documentation and information, however, was not discovered until recently after Plaintiff's Memorandum in Opposition had been filed.

The additional documentation and information set forth as part of Plaintiff's proposed Supplemental Memorandum are significant and directly relevant to the merits of Defendants' contentions that Pro Se Plaintiff Ms. Dehen's claims should be dismissed. To the contrary, Plaintiff continues to provide relevant evidence in support of her claims and she has not even been granted discovery.

Plaintiff also relies upon the Memorandum of Points and Authorities in Support of her Motion for Leave to File a Supplemental Memorandum, which is also attached hereto, along with the attached Declaration of Pro Se Plaintiff Ms. Tiffany Dehen.

WHEREFORE, Pro Se Plaintiff Ms. Dehen respectfully moves this Court to enter an Order:

1. Granting the Plaintiff the right to file the attached Supplemental Memorandum in Support of Plaintiff's Opposition to the Defendants' Motions to Dismiss.

2

MOTION TO FILE SUPPLEMENTAL      No.: 17-cv-00198-LAB-WVG
MEMORANDUM

2.  Granting such other and further relief to which this Court finds the Plaintiff otherwise entitled.

**Dated: June 29, 2018**

Respectfully submitted,

Tiffany L. Dehen

1804 Garnet Avenue, #239

Pacific Beach, CA 92109

Tel. 858-262-0052

Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

MOTION TO FILE SUPPLEMENTAL        No.: 17-cv-00198-LAB-WVG
MEMORANDUM

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 29, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated June 29, 2018**

Tiffany L. Dehen

Pro Se Plaintiff.

MOTION TO FILE SUPPLEMENTAL          No.: 17-cv-00198-LAB-WVG
MEMORANDUM

TIFFANY DEHEN J.D.
1804 GARNET AVENUE #239
SAN DIEGO, CA 92109
858-262-0052
tiffany.dehen@gmail.com

Pro Se Plaintiff

FILED

JUN 29 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIFFANY DEHEN**, an individual on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>**JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP.,**<br><br>Defendants. | Case No.: 17-cv-00198-LAB-WVG<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS**<br><br>Hearing Date: July 31, 2018<br><br>Time: 11:30 a.m.<br><br>Courtroom: 14A (14th Floor – Carter/Keep)<br><br>Judge: Hon. Larry Alan Burns |

1

1
2
3

**TABLE OF CONTENTS**

4

Page

5   I.  INTRODUCTION…………………………………………………………1

6   II.  FOR THE RECORD……………………………………...…………….....2

7       a. *Los Angeles Times* Article Cite…………….…...……………….2

8   III.  NEW FACTS……………………………………………………………...3

9       a.  John Does 1-100………………………………...……………….3

10      b.  University of San Diego…………………………………………9

11      c.  Twitter…………………………………………………………10

12  IV.  CASE LAW…………………………………………………………….11

13  V.  ARGUMENT……………………………………………...…………..12

14  VI  PLAINTIFF RESPECTFULLY MOVES FOR DISCOVERY OR

15      LEAVE TO FILE THIRD AMENDED COMPLAINT………........15

16
17
18
19
20
21
22
23
24
25
26
27
28

MEMO OF POINTS & AUTHORITIES        No.: 17-cv-00198-LAB-WVG
ISO MOTION TO FILE SUPP MEMO

1

# TABLE OF AUTHORITIES

2     *Art of Living Found. V. Does 1-10,* No. 10-5022, 2011 WL 5444622 (N.D.

3     Ca. Nov. 9, 2011)

4     *Facebook, Inc., et al., v. Superior Court of the City and County of San*

5     *Francisco, et al.,* 233 Cal. Rptr. 3d 77 (S. Ct., May 24, 2018)

6     *McIntyre v. Ohio Elections Comm'n,* 514 U.S. 334, 342 (1995)

7     *Music Group Macao Commercial Offshore Ltd., et al., v. John Does I-IX,*

8     2015 WL 75073 (N.D. Cal. January 6, 2015)

9     *In re Anonymous Online Speakers,* 661 F. 3d 1168, 1173 (9th Cir. 2011)

10     *Perkins v. LinkedIn,* 53 F. Supp. 3d 1222 (N.D. Cal. 2014)

11     *Smythe v. Does 1-10,* 2016 WL 54125 (N.D. Cal. Jan. 5, 2016)

12     *Twit, LLC, et al., v. Twitter, Inc.,* 2018 WL 2470942 (N.D. Cal. June 1, 2018)

13     *Twitter, Inc., v. Eric Holder, et al.,* 183 F. Supp. 3d 1007 (N.D. Cal. 2016)

14     *Twitter, Inc., v. Sessions, et al.,* 263 F. Supp. 3d 803 (N.D. Cal. 2017)

15     *Twitter, Inc. v. Sessions, et al.,* 2017 WL 5751299 (N.D. Cal. Nov. 28, 2017)

16     *Twitter, Inc. v. Loretta E. Lynch, et al.,* 139 F. Supp. 3d 1075 (N.D. Cal. 2015)

17

18

19

20

21

22

23

24

25

26

27

28

MEMO OF POINTS & AUTHORITIES     No.: 17-cv-00198-LAB-WVG
ISO MOTION TO FILE SUPP MEMO

# ARTICLES & WEBSITES

Aly, Mohammed, *Aly: Create an OC Housing Trust Fund to End Homelessness*, Voice of OC, (June 12, 2018), https://voiceofoc.org/2018/06/aly-create-an-oc-housing-trust-fund-to-end-homelessness/ (last visited June 28, 2018).

Blake, Andrew, *ACLU to represent American detained overseas enemy combatant*, The Washington Times, (Jan. 6, 2018), https://www.washingtontimes.com/news/2018/jan/6/aclu-challenge-detention-american-ISIS-overseas/ (last visited June 27, 2018).

Santa Ana River Homeless Advocates, https://sites.google.com/view/sarha (last visited June 27, 2018).

Bokhari, Allum, *Project Veritas Video Shows Former Twitter Employees Discussing 'Shadow Banning' Users*, Breitbart, (Jan. 11, 2018), http://www.breitbart.com/tech/2018/01/11/project-veritas-video-shows-former-twitter-employees-discussing-shadow-banning-users/ (last visited June 27, 2018).

Charles, Sydney, *The Fight To Empower The Neglected,* Insight Magazine, (May 16, 2018), http://www.insightmag.org/2018/05/16/the-fight-to-empower-the-neglected/ (last visited June 28, 2018).

CSUF News Service, *CSUF Hosts Symposium Seeking Solutions to Homelessness*, CSUF News Service, (April 23, 2018),

4

http://news.fullerton.edu/2018sp/Advance-homelessness-symposium%20.aspx (last visited June 28, 2018).

Do, Anh & Oreskes, Benjamin, *Hundreds of homeless face eviction or arrest as O.C. clears encampment amid shelter bed shortage*, Los Angeles Times, (Jan. 22, 2018, 4:40 PM PST), http://www.latimes.com/local/lanow/la-me-ln-orange-county-homeless-sweep-20180122-story.html (last visited June 28, 2018).

Fox News, *San Diego begins 'sanitary street washing' of downtown after pooping homeless people cause deadly hepatitis outbreak*, Fox News, (Sep. 12, 2017), http://www.foxnews.com/health/2017/09/12/san-diego-begins-sanitary-street-washing-to-combat-hepatitis-outbreak.html (last visited June 28, 2018).

Gerda, Nick, *Homeless Advocate Shuts Down OC Supervisors' Meeting Over Children in Riverbed*, Voice of OC, (April 11, 2017), https://voiceofoc.org/2017/04/homeless-advocate-shuts-down-oc-supervisors-meeting-over-children-in-riverbed/ (last visited June 28, 2018).

Goulding, Susan Christian & Walker, Theresa, *Tustin counts four top 'influencers,' including homeless advocate Mohammed Aly*, The Orange County Register, (Jan. 2, 2018, 6:38 PM PST), https://www.ocregister.com/2018/01/02/tustin-counts-four-top-influencers-including-homeless-advocate-mohammed-aly/ (last visited June 29, 2018).

MEMO OF POINTS & AUTHORITIES        No.: 17-cv-00198-LAB-WVG
ISO MOTION TO FILE SUPP MEMO

Green, Carla, *California city confiscates toilets from homeless residents – forcing them to use buckets*, The Guardian, (Sep. 8, 2017, 6:00 EDT), https://www.theguardian.com/us-news/2017/sep/08/anaheim-homeless-toilets-confiscated-public-health-crisis (last visited June 27, 2018).

McCreary, Carol, *Hepatitis A and California's lack of public toilets*, PHLUSH, (Sep. 22, 2017), https://www.phlush.org/2017/09/22/hepatitis-a-and-californias-lack-of-public-toilets/ (last visited June 28, 2018).

Mulvihill, *Geoff & Taxin, Amy, As West Coast fights homelessness, kindness is contentious*, Chicago Tribune, (Dec. 28, 2017 at 6:30 PM PST), http://www.chicagotribune.com/sns-bc-us--homeless-crisis-saviors-or-enablers-abridged-20171228-story,amp.html (last visited June 28, 2018).

Santa Ana River Homeless Advocates, https://sites.google.com/view/sarha (last visited June 27, 2018).

Walker, Theresa, *Orange County sees no need to increase measures to prevent hepatitis A outbreak amid homeless population*, Orange County Register, (Sep. 22, 2017 at 7:13 PM PST), https://www.ocregister.com/2017/09/22/orange-county-sees-no-need-to-increase-measures-to-prevent-hepatitis-a-outbreak-amid-homeless-population/ (last visited June 28, 2018).

Walker, Theresa, *Most Influential 2017: Mohammed Aly fights, loudly, for the homeless*, Orange County Register, (Dec. 28, 2017 at 5:45 AM PST),

6

https://www.ocregister.com/2017/12/28/most-influential-2017-mohammed-aly-fights-loudly-for-the-homeless/ (last visited June 28, 2018).

Wang, Selina, *Twitter Ramps Up Fight Against Abuse and Malicious Bots*, Bloomberg,       (June       26,       2018       12:00       PM       PDT), https://www.bloomberg.com/news/articles/2018-06-26/twitter-ramps-up-fight-against-abuse-and-malicious-bots (last visited June 29, 2018).

Zagub, Mariam, *Hope for the homeless*, Coast Report Online, (Nov. 15, 2016),   http://www.coastreportonline.com/campus_news/article_790f8168-ab81-11e6-87c2-33b1307bd3f6.html?mode=jqm (last visited June 28, 2018.

## VIDEOS

Aly, Mohammed, *Arrest at #RiverbedRescue, 2/8/17*, (Published to YouTube Feb. 11, 2017), https://www.youtube.com/watch?v=AnW3fEKZN74&feature=youtu.be (last visited June 27, 2018).

Aly, Mohammed, *Speech to OC Board of Supervisors, 4/11/17*, (Published to       YouTube       April       13,       2017), https://www.youtube.com/watch?v=9iWmofRJclc&t=23s (last visited June 27, 2018).

OC Poverty, *Mohammed Aly Public Comment @ Board of Supervisors Meeting 8/8/17*, OC Poverty, (Published to YouTube Aug. 9, 2017),

1    https://www.youtube.com/watch?v=yRfhTKFC4jM (last visited June 28,

2    2018).

3

4    Voice of OC video, *Reporter threatened with arrest while trying to film*

5    *removal of activist from public meeting room,* (Published to YouTube April

6    14, 2017), https://www.youtube.com/watch?v=L3RBoM4gwg4 (last visited

7    June 27, 2018).

8

9    Voice of OC video, *Public Comment – OCBOS – Jan. 23, 2018*, (Published

10    to YouTube Feb. 13, 2018), https://www.youtube.com/watch?v=R9-

11    ejOFWkRg (last visited June 28, 2018).

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MEMO OF POINTS & AUTHORITIES      No.: 17-cv-00198-LAB-WVG
ISO MOTION TO FILE SUPP MEMO

# 1. INTRODUCTION

Pro Se Plaintiff Ms. Tiffany Dehen's second amended complaint ("SAC") bring claims against John Does 1-100, Twitter, Inc., University of San Diego, Perkins Coie, LLP. Plaintiff provided direct evidence of two individuals from University of San Diego School of Law in particular whom she alleges comprise John Doe 1 and John Doe 2 based on the direct evidence available to her. Defendant Twitter refuses to provide Plaintiff identifying information for John Does 1-100 in the form of identify information such as an email address used to register for the illegal account or the IP address(es) used in conjunction with the illegal account.

Plaintiff suffered substantial harm for several months now, which continues to accrue, with direct evidence of substantial harm provided via the illegal Twitter account which Plaintiff became apprised of January 30, 2018. The Twitter account is evidence of increasing threats and hostility of John Does 1-100 towards Plaintiff Ms. Dehen, which Ms. Dehen alleges was part of a pattern of aggressive terroristic behavior aimed at harming, intimidating and scaring Ms. Dehen.

Plaintiff alleges a substantial part of the terroristic, persistent and unrelenting harassment occurred on USD property in conjunction with USD students and faculty. Plaintiff holds the following defendants jointly and severally liable for her injuries, which continue to accrue: John Does 1-100; Twitter, Inc. and USD, whose ongoing patterns of fraudulent misrepresentation directly harmed Plaintiff when she relied on USD and Twitter's fraudulent misrepresentations to her detriment, exacerbating the harm by John Does 1-100 and creating additional injuries; Perkins Coie, LLP, whose pattern of fraudulent misrepresentation and extortion directly injured Plaintiff; and all unnamed defendants who caused harm to Plaintiff

1

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1    Ms. Dehen who she is not apprised of at this time, but continues to reserve
2    the right to bring further claims against all named and unnamed defendants
3    upon discovery of illegal activity which harmed Ms. Dehen.

4    ### LOS ANGELES TIMES ARTICLE CITE

5        In Plaintiff's June 14 Reply to Defendant Perkins Coie's Motion to
6    Dismiss, Defendant referenced a *Los Angeles Times* article titled, "Gun,
7    underground bunker and 1,000 bikes found near former homeless camp in
8    Fountain Valley," written November 17, 2017 by Ms. Hannah Fry. *Please
9    see* http://www.latimes.com/socal/daily-pilot/news/tn-dpt-me-river-trail-
10   bikes-20171117-story.html. Plaintiff respectfully requests the Court to
11   correct the record with the citation cited here for the aforementioned article
12   in Plaintiff's Reply to Perkins Coie's Motion to Dismiss.

13       In summary, the article reports, "[a] half-loaded handgun, an
14   underground bunker accessible from a wooden hatch camouflaged with
15   dirt, and more than 1,000 bicycles tucked in a separate tunnel were
16   discovered along the Santa Ana River trail near a former homeless
17   encampment where residents were recently displaced, Orange County
18   Sheriff's Department officials said this week." *Id.*

19       Further explained below, it is Plaintiff's contention that these
20   bicycles and weapons were clandestinely stored for the purpose of causing
21   damage to property and U.S. citizens and that Mr. Aly was perhaps aware
22   of said facts, and created his non-profit organization as a front to fund these
23   and other terroristic actions against the United States. The fact that Mr. Aly
24   lied about his homeless status, broke the law on numerous occasions and
25   specifically told Plaintiff he was in an "ISIS Sleeper Cell" leads credence
26   to Plaintiff's allegations and is detrimental to Mr Aly's credibility. Further
27   explained below.

28

2

PLAINTIFF'S REPLY TO                No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

## NEW FACTS

Since the filing of Plaintiff's Second Amended Complaint, she has become apprised of additional relevant material facts that further provide direct evidence of Plaintiff's claims against Defendants. Plaintiff intends to include all newly discovered facts with her Third Amended Complaint before or after discovery should this Court allow Plaintiff her day in Court. Since Plaintiff filed suit in Court as soon as she had provable damages for measurable injuries, Plaintiff continues to learn new material facts for the injuries sustained and that continue to accrue.

## JOHN DOES 1-100

Contrary to Plaintiff Ms. Dehen who was harmed substantially by defendants' illegal conduct, Mr. Mohammed Aly, thought to comprise John Doe 1, continues to openly exercise his freedom of speech including declaring himself to be an enemy combatant of the United States with no repercussions whatsoever as of now.   Not only has Mr. Aly been given special treatment from University of San Diego School of Law, the State Bar of California, Twitter, and Perkins Coie, but Mr. Aly continues to espouse his disregard of the law and incitement to disregard the law through national articles and public appearances, included below, as well as his work as Orange Coast College coach to OCC's Speech and Debate team.   *Please see* http://www.coastreportonline.com/campus_news/article_790f8168-ab81-11e6-87c2-33b1307bd3f6.html?mode=jqm.

In Plaintiff's June 14 Reply, she explained that on February 7, 2017, approximately one week after Plaintiff Ms. Dehen became apprised of the illegal Twitter account, Mr. Aly, a licensed attorney with the State Bar of California License Number 312419, was arrested for harassing law enforcement officers along the Santa Ana River, further evidenced by a

PLAINTIFF'S REPLY TO                          No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

video he himself posted to YouTube. *Please see* https://www.youtube.com/ watch?v=AnW3fEKZN74&feature=youtu.be and Exhibits 163 & 164.

Two of the comments visible on this YouTube video include the following:

One year ago, "Brad in SoCal" said, "should of arrested his ass sooner, I live in the apartments right next to this riverbed, there is so much theft in apartment complex on camera from the homeless in this riverbed, from stealing bikes to breaking into cars to accesive [excessive] drug deals, Its a public nuisance, give it a rest." *Please see* https://www.youtube.com/ watch?v=AnW3fEKZN74&feature=youtu.be and Exhibit 164.

One month ago, "HH TEE" said, "[t]he crime rate is higher NOT cuz of the homeless..It's cuz of ms13 and other gangs. I lived in the area for 15 years." *Please see* https://www.youtube.com/watch? v=AnW3fEKZN74&feature=youtu.be and Exhibit 164.

As all YouTube users are in control of their comment section under their videos, Mr. Aly had ample opportunity to delete any misleading comments. It is Plaintiff's contention that he deliberately left comments up online, or was involved in posting them in the first place, in order to misdirect the true nature of the activity, which include planning a terrorist attack via the bicycles and guns confiscated by law enforcement. MS-13 has received extensive press coverage the past several months, so if ISIS or another terrorist organization wanted to plan a terrorist operation in Orange County, it is likely and plausible they would attempt to mislead the public and law enforcement by pointing the finger at other criminal organizations such as MS-13. It is well known certain organizations with various agendas hire or co-op human and robot commentators to sway public opinion and/or de-rail criminal investigations. *Please see* https://

4

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

www.bloomberg.com/news/articles/2018-06-26/twitter-ramps-up-fight-against-abuse-and-malicious-bots.

On February 16, 2017 Mr. Aly filed Articles of Incorporation of a Nonprofit Public Benefit Corporation 501(c)(3) with the Secretary of State of California for the Orange County Poverty Alleviation Coalition, identifying the specific purpose of the corporation to "mobilize people and resources to alleviate poverty," and listing himself as the agent for service of process with his Santa Ana address as the corporate address. *Please see* Exhibit 168.

On April 13, 2017, Mr. Aly published a video of his April 11, 2017 speech to OC Board of Supervisors in which he explicitly said he intended to violate the meeting rules and would not leave unless arrested. *Please see* https://www.youtube.com/watch?v=9iWmofRJclc&t=23s.

On April 14, 2017, Voice of OC published a YouTube video in which, "[h]omeless advocate Mohammed Aly shut down an Orange County Board of Supervisors meeting for 30 minutes when he refused to stop speaking and the room was cleared.  A reporter trying to film what was happening was threatened with arrest."  *Please see* https://www.youtube.com/watch?v=L3RBoM4gwg4 and https://voiceofoc.org/2017/04/homeless-advocate-shuts-down-oc-supervisors-meeting-over-children-in-riverbed/.

Plaintiff alleges Mr. Aly planned the Riverbed arrest (*please see* Exhibit 169) to use as a basis to get him in the spotlight with more disruptive behavior, including shutting down an Orange County Board of Supervisors meeting in which he joked about being arrested as an attorney. *Please see* https://www.youtube.com/watch?v=L3RBoM4gwg4.  Mr. Aly told the reporter that, "they threatened me with a taser and asked me to

5

1    leave, so to avoid getting tased, I left." *Please see* https://
2    www.youtube.com/watch?v=L3RBoM4gwg4.

3          On May 11, 2017, Mr. Aly filed the Statement of Information for the
4    Orange County Poverty Alleviation Coalition with the Secretary of State of
5    California listing himself as the Chief Executive Officer, Christopher
6    Gonzalez as the Secretary and Lonnie Hahn as the Chief Financial Officer.
7    *Please see* Exhibit 170.

8          Plaintiff recently discovered the ISIS sympathizing American Civil
9    Liberties Union ("ACLU") (*please see* https://www.washingtontimes.com/
10   news/2018/jan/6/aclu-challenge-detention-american-ISIS-overseas/)
11   claimed Mr. Aly as one of their own ACLU Attorney Activists. *Please see*
12   https://sites.google.com/view/sarha and Exhibit 162.

13         In the February 11, 2017 YouTube video of Mr. Aly getting arrested
14   that he himself posted to YouTube, he says at 47 seconds into the video, "I
15   am not here under the auspices of the ACLU." *Please see* https://
16   www.youtube.com/watch?v=AnW3fEKZN74&feature=youtu.be.

17         Since Mr. Aly confirmed he is an ACLU attorney, the fact he
18   disclaims their involvement and or direction for his actions is misleading at
19   best and is another confirmation of his using their name to defraud
20   potential and existing donors and/or more disconcerting as a money
21   laundering front for terroristic organizations, which qualifies as treason,
22   wire fraud as well as a plethora of other criminal activity. The Plaintiff has
23   reason to believe Mr. Aly is a person of interest in on on-going FBI
24   investigation and will provide evidence, if appropriate and allowed under
25   these circumstances via the Freedom on Information Act or direct
26   confirmation from the FBI.

27

28
     PLAINTIFF'S REPLY TO                No.: 17-cv-00198-LAB-WVG
     DEFENDANTS' MOTIONS TO DISMISS

1     On August 8, 2017 Mr. Aly gave a public comment to the OC Board

2   of Supervisors regarding the sanitation at the Santa Ana River homeless

3   encampments, which Plaintiff alleges proves his premeditation to

4   subsequently break the law, resulting in a felony arrest, further described

5   below. *Please see* https://www.youtube.com/watch?v=yRfhTKFC4jM.

6     Mr. Aly caught the attention of *The Guardian*, and was featured in an

7   article published on Sep. 8, 2017 by Carla Green titled, "California city

8   confiscates toilets from homeless residents – forcing them to use buckets."

9   *Please see* https://www.theguardian.com/us-news/2017/sep/08/anaheim-

10  homeless-toilets-confiscated-public-health-crisis.

11    Plaintiff alleges on September 20, 2017, Mr. Aly used the Hepatitis

12  outbreak in San Diego (written about in this *Fox News* article Sep. 12,

13  2017, http://www.foxnews.com/health/2017/09/12/san-diego-begins-

14  sanitary-street-washing-to-combat-hepatitis-outbreak.html) as inspiration to

15  get arrested "while taking measures to improve hygiene in a homeless

16  community" for felony behavior resulting in $20,000 bail, paid for by

17  "supporters". *Please see* https://www.phlush.org/2017/09/22/hepatitis-a-

18  and-californias-lack-of-public-toilets/.

19    On September 22, 2017, the *Orange County Register* reported,

20  "lawyer and homeless advocate Mohammed Aly was arrested and could

21  face a felony charge of dumping a hazardous substance.  He poured what

22  he says was bleach in a stagnant standing pool of water by a water fountain

23  and bottle-filling station south of Orangewood Avenue in Anaheim that is

24  used by homeless people to shower and wash clothes and dishes." *Please*

25  *see*  https://www.ocregister.com/2017/09/22/orange-county-sees-no-need-

26  to-increase-measures-to-prevent-hepatitis-a-outbreak-amid-homeless-

27  population/.

28

7

PLAINTIFF'S REPLY TO              No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1         On December 28, 2017, the *Chicago Tribune* posted an article about

2   Mr. Aly titled, "As West Coast fights homelessness, kindness is

3   contentious."   *Please see* http://www.chicagotribune.com/sns-bc-us--

4   homeless-crisis-saviors-or-enablers-abridged-20171228-story,amp.html.

5         On January 22, 2018, Mr. Aly was featured in a *Los Angeles Times*

6   article titled, "Hundreds of homeless face eviction or arrest as O.C. clears

7   encampment amid shelter bed shortage."   *Please see* http://

8   www.latimes.com/local/lanow/la-me-ln-orange-county-homeless-

9   sweep-20180122-story.html.

10      *Voice of OC* continues to feature Mr. Aly in its news stories and

11  videos. *Please see* https://www.youtube.com/watch?v=R9-ejOFWkRg  for

12  YouTube video uploaded Feb. 13, 2018 showing Mr. Aly's public comment

13  made Jan. 23, 2018.

14        On April 27, 2018, Mr. Aly was featured as a speaker with California

15  State Fullerton's College of Communications and the College of

16  Humanities and Social Sciences Center for Public Policy. *Please see* http://

17  news.fullerton.edu/2018sp/Advance-homelessness-symposium%20.aspx.

18        Mr. Aly continues to be featured in national news articles, evidenced

19  by a recent article published May 16, 2018 with *Insight Magazine* titled,

20  "The Fight To Empower The Neglected."   *Please see* http://

21  www.insightmag.org/2018/05/16/the-fight-to-empower-the-neglected/.

22        On June 12, 2018, *Voice of OC* published an opinion piece written by

23  Mr. Aly titled, "Aly: Create an OC Housing Trust Fund to End

24  Homelessness," in which he argues, "Orange County's homelessness crisis

25  is actually a product of California's soaring economy." *Please see* https://

26  voiceofoc.org/2018/06/aly-create-an-oc-housing-trust-fund-to-end-

27  homelessness/.

28

8

PLAINTIFF'S REPLY TO       No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1   Since Plaintiff's June 14 filing, she received confirmation from the
2   State Bar of California that they received her complaint against a California
3   attorney (Mr. Aly) and will contact her when the evaluation of the matter is
4   complete. *Please see* Exhibits 165 & 166.

5   On June 18, 2018 Plaintiff Ms. Dehen submitted an online tip with
6   the Federal Bureau of Investigation (*please see* Exhibit 167) checking in
7   regarding the criminal investigation that Ms. Dehen is led to believe is
8   ongoing.   Plaintiff Ms. Dehen also spent one hour and 6 minutes on the
9   phone with the FBI at 4:04 PM.   *Please see* Exhibit 171, the written
10   declaration from Plaintiff written 06/19/2018, which includes the copy and
11   pasted text from the FBI tip she submitted.

12   Plaintiff continues to fear for her physical safety, as well as potential
13   harm from defendants, which she continues to take steps to report and
14   address through processes and remedies available to her under the law.

15   **University of San Diego**

16   University of San Diego and Twitter are inexorably linked because
17   Pro Se Plaintiff Ms. Dehen's Securities Regulation Professor David Floyd
18   McGowan (listed with University of San Diego School of Law, San Diego,
19   CA in the court order) represented Defendant Twitter on another matter
20   recently with an order signed **June 1, 2018**. *Please see Twit, LLC, et al.*, v.
21   *Twitter, Inc.*, 2018 WL 2470942 (N.D. Cal. June 1, 2018).

22   Plaintiff Ms. Dehen was in Mr. McGowan's Securities Regulation
23   class in Spring 2016, as well as Mr. McGowan's wife Mrs. Miranda
24   McGowan's Constitutional Law II class in Spring 2016, which was
25   Plaintiff's second class with Mrs. McGowan.  Plaintiff's grades suffered in
26   both classes directly due to the harassment claimed to be terrorism on
27   behalf of Mr. Aly's co-conspirator, Mr. Kevin Snow, to which Mrs.

28
9

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1  Miranda McGowan was personally made aware during the time it was
2  happening. *Please see* Plaintiff's SAC Exhibit 107.

3                                **Twitter**

4         Allum Bokhari with *Breitbart News* published an article on January
5  11, 2018 regarding Twitter and "shadow banning," titled, "Project Veritas
6  Video Shows Former Twitter Employees Discussing 'Shadow Banning'
7  Users'. *Please see* http://www.breitbart.com/tech/2018/01/11/project-
8  veritas-video-shows-former-twitter-employees-discussing-shadow-
9  banning-users/. The article talks about a video from James O'Keefe's
10  *Project Veritas* that "shows Twitter employees appearing to admit that the
11  platform has "shadow banned" users in the past, and applies its rules and
12  censorship algorithms unevenly in an effort to rid the platform of Trump
13  supporters and conservatives. In the video, which corroborates previous
14  Breitbart Tech reporting, a former content review agent for Twitter, Mo
15  Norai, appears to admit to banning accounts for political reasons." *Id.*

16         On June 26, 2018, *Bloomberg* published an article titled, "Twitter
17  Ramps Up Fight Against Abuse and Malicious Bots," that stated, "Twitter
18  Inc. said it's making changes to combat abuse and malicious automated
19  accounts, including more authentication for new users, in an effort to
20  address complaints that social networking services have allowed
21  harassment and manipulation to run rampant." *Please see* https://
22  www.bloomberg.com/news/articles/2018-06-26/twitter-ramps-up-fight-
23  against-abuse-and-malicious-bots. The article also states, "[t]he company,
24  which promotes itself as a place for public conversation over news and
25  events, has long been criticized for making it too easy to for malicious
26  actors to create multiple spam accounts." *Id.* Twitter allowed harassment
27  and manipulation to run rampant with the Twitter account @TiffanyDehen

28                                    10

1   and then did not fulfill its express contractual obligations promised to
2   Plaintiff which she relied upon to her detriment resulting in significant
3   injuries to Plaintiff.

### CASE LAW

5   On June 18, 2018 *Breitbart* reported, "[a] California judge ruled
6   Twitter's policy of banning users "at any time, for any reason or for no
7   reason" may constitute an "unconscionable contract", and that a lawsuit
8   against the company brought by self-described "white advocate" Jared
9   Taylor may proceed on that basis." *Please see* http://www.breitbart.com/
10  tech/2018/06/18/california-judge-rules-twitter-can-be-sued-for-falsely-
11  advertising-free-speech/. *Breitbart* reports that "[i]n particular, Twitter's
12  argument that it has a firm amendment right to ban whoever it likes from
13  its platform, for whatever reason was rejected.  The judge ruled that
14  Twitter's belief that it had a right to ban users "at any time, for any reason,
15  or no reason" could be a legally unconscionable policy on the company's
16  part." *Id.*

17      The article continues, "[t]he judge also ruled that Twitter could be
18  sued on the basis of misleading its users, due to the platform's promise –
19  frequently expressed, frequently violated – not to ban accounts on the basis
20  of viewpoint or political affiliation," furthering supporting Plaintiff's
21  argument that Twitter is misleading its users by its fraudulent promises
22  both in the past and in this case. *Id.*  The article points out, "[w]hen the
23  daughters of Islam critic Pamela Geller were bombarded with abuse earlier
24  this year, Twitter did nothing.  In fact, some of the abusive tweets remain
25  on the site, undeleted." *Id.*  Just as in this case, Plaintiff argues the illegal
26  tweets from @TiffanyDehen would not have been deleted but for this
27  lawsuit which Plaintiff commenced in U.S. District Court.  Despite

28

1   extensive legal research on Westlaw, Plaintiff is unable to find the citation,

2   but she will add it when she discovers the case documents.

3       In *Twitter, Inc. v. Sessions, et al.*, in which Twitter was represented

4   by Perkins Coie including James G. Snell as in this case, Twitter sought a

5   determination that the Government's prohibition on publication of Twitter's

6   Draft Transparency Report violates the First Amendment; in its report,

7   Twitter sought to publish information including actual numbers, or

8   narrowed ranges of numbers, of national security letters and orders from

9   the Foreign Intelligence Surveillance Act court that it received for the time

10  period. *Please see Twitter Inc. v. Sessions, et al.*, 2017 WL 5751299 (N.D.

11  Cal. 2017).

## ARGUMENT

13      Just because someone is advocating for a noble cause, such as

14  fighting for the homeless, does not give them point blank freedom to

15  disregard the laws of the United States of America.  Not only did Mr. Aly

16  terrorize an American law student, but he engaged in illegal actions which

17  should have serious repercussions.  For whatever reasons, California and

18  Federal law enforcement, as well as the California State Bar have thus far

19  overlooked these complaints and thus Mr. Aly continues to practice law in

20  California, fraudulently misrepresenting who he is.  Meanwhile, Plaintiff

21  Ms. Dehen was and continues to be injured substantially and has not taken

22  the bar directly related to defendants' (including Mr. Aly) illegal conduct.

23      Based on the evidence available to Plaintiff at this time, she alleges

24  Mr. Aly comprises John Doe 1.  Denying Plaintiff her day in Court would

25  prevent Ms. Dehen from taking proper legal action against Mr. Aly for his

26  continuation of escalating illegal terroristic behavior.  Mr. Aly has been

27  featured in dozens of news articles, as evidenced in this memorandum and

28                              12

1   Plaintiff's June 14 filing.   Failure to address illegal behavior such as

2   present here in this case is against the interest of the public, especially in

3   light of the fact that Mr. Aly continues to have a large reach of individuals

4   to influence, as evidenced by the numerous news articles referenced here.

5       Mr. Aly continues to defraud donors and could easily facilitate

6   [further] money laundering in order to fund terroristic actions against the

7   United States and its citizens.  California Attorney Mr. Aly displayed, and

8   continues to display, a complete disregard for the law of the United States

9   of America and the State of California.  USD, Twitter, and Perkins Coie are

10   complicit and in fact support, continue to aid and abet Mr. Aly in his

11   actions which have and continue to cause tremendous injury to Plaintiff and

12   the United States.

13       Plaintiff wants to help the homeless, especially the Americans here

14   in the United States who are homeless and living in poverty, but she argues

15   that failing to hold the defendants liable for their illegal behavior in this

16   case for allegations involving patterns of fraudulent misrepresentation and

17   terrorism is not beneficial to the homeless community nor the general

18   public in California and the United States of America.   Cloaking illegal

19   activities under "good causes" is reprehensible and needs to end.

20       Exempting large companies who have huge influence over the free

21   flow of information from such a large scope of potential liability through

22   the CDA is dangerous to and infringing upon the Constitutional freedoms

23   enjoyed by all Americans in the United States, and particularly Plaintiff

24   Ms. Dehen, in light of the direct evidence provided that shows Twitter in

25   this case caused injuries and exacerbated injuries to Plaintiff for which its

26   liable under the law.    Twitter should not escape litigation of fraud

27

28

13

PLAINTIFF'S REPLY TO        No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

allegations due to an unconstitutional safe harbor rigorously defended by law firms like Perkins Coie.

Plaintiff's rights to seek redress in a court of law have been slowed by the unconstitutional safe harbor CDA § 230 which is impeding free speech, clogging the court system, providing individuals engaging in illegal otherwise actionable behavior with a shield used as a weapon, and protected by large international law firms who are assisting their clients in the commission of crimes against citizens of the United States such as Plaintiff here, where Perkins Coie tried to extort Plaintiff and intimidate her out of court through means including, but not limited to, physical injury, as explained in Plaintiff's SAC and prior filings.

Granting Defendants' motions to dismiss effectively gives Twitter free reign to continue quashing American citizens' rights to free speech, (such as Plaintiff terrorized, injured, and intimidated here) with no risk of liability thanks to the government action through the safe harbor while Twitter admittedly and openly censors viewpoints it does not agree with. Twitter will not provide Plaintiff with information she is entitled under the law to pursue valid claims against individuals engaging in illegal behavior intentionally aimed at harming her, yet Twitter conveniently asserts its First Amendment rights to blatantly disregard U.S. law in seeking to publish reports the Government claimed protected. *Please see Twitter v. Sessions, et al.,* 2017 WL 5751299 (N.D. Cal. Nov. 28, 2017).

USD allows its law professors to defend companies under official title with USD Law that are harming its students which is at the very least a conflict of interest, as well as evidence that USD is involved in a conspiracy to defraud, terrorize and harm citizens like Plaintiff Ms. Dehen and the United States.   Plaintiff has additional direct evidence of an

14

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

individual's father in Los Angeles who was extorted by a USD Law professor on official USD letterhead in or around 2011/2012 before this individual attended USD Law.

Mr. Aly and Twitter, by their biases, are promoting certain political viewpoints, misrepresenting and impersonating Plaintiff personally and as a result, the public at large and current and potential donors to Mr. Aly's charitable organization are contributing money to his non-profit and for advertising on Twitter.   Mr. Aly is personally benefitting because most charitable donations pay administrative costs, so he is personally benefitting from the defamation and illegal conduct.

USD is supplementing the salaries of their professors by allowing them to defend companies who defame students so USD is also benefitting financially from the defamation by allowing their professors to defend offending companies while employed at USD under their official capacity and simultaneously benefitting from paying them less.   USD is also getting free publicity from having its professors listed in cases, such as the one mentioned above with Mr. McGowan, potentially attracting new students for increased revenue.

Perkins Coie is benefitting in many ways such as those specifically outlined in Plaintiff's June 14 filing where it gets special treatment from its clients like Facebook and likely Twitter in this case, as well as specifically and generally from each and every one of these actions in which Perkins aides and abets Twitter's illegal conduct to line its pockets with high litigation expenses.

WHERERFORE, Plaintiff respectfully requests the Court to deny defendants' motions to dismiss and proceed to discovery, or in the alternative, leave to amend Plaintiff's Third Amended Complaint.

PLAINTIFF'S REPLY TO                 No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

1

2   **Dated: June 29, 2018**

3                                                          Respectfully submitted,

4

5                                                          Tiffany L. Dehen

6                                                          1804 Garnet Avenue, #239

7                                                          Pacific Beach, CA 92109

8                                                          Tel. 858-262-0052

9                                                          Tiffany.Dehen@Gmail.com

10

11                                                         Pro Se Plaintiff.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 29, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated June 29, 2018**

Tiffany L. Dehen

Pro Se Plaintiff.

PLAINTIFF'S REPLY TO                    No.: 17-cv-00198-LAB-WVG
DEFENDANTS' MOTIONS TO DISMISS

## TABLE OF EXHIBITS

| Exhibits | Page Range(s) |
|---|---|
| Exhibit 162 | 1 |
| Exhibit 163 | 1 |
| Exhibit 164 | 2 |
| Exhibit 165 | 3 |
| Exhibit 166 | 3 |
| Exhibit 167 | 4 |
| Exhibit 168 | 5 |
| Exhibit 169 | 6 - 9 |
| Exhibit 170 | 10 |
| Exhibit 171 | 11 - 12 |

TABLE OF EXHIBITS PLAINTIFF'S      No.: 17-cv-00198-LAB-WVG
MOTION FOR LEAVE TO FILE SUPP MOTION

# PLAINTIFF'S EXHIBITS FOR MOTION
# FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

## EXHIBIT 162



Homeless Activist Mohammed Aly (Pictured on the Right) is an ACLU attorney activist that was arrested, February 8, 2017, during the protest of illegal breakup of homeless encampments by Orange County Sheriff's. ACLU attorney Jim Keegan, on left, and Heidi Zimmermann are pictured here with Mr. Aly's after his release from jail.

If you feel your rights have been violated we want to hear from you. Report Here now!

Screenshot taken from https://sites.google.com/view/sarha

## EXHIBIT 163



Mohammed Aly, Arrest at #RiverbedRescue, 2/8/17

42 views

 Mohammed Aly
Published on Feb. 11, 2017

 SUBSCRIBE 16

Read more "Santa Ana Attorney Arrested for Protesting Displacement of Homeless in Riverbed" at http://www.ocweekly.com/news/santa-an...

SHOW MORE

Screenshot taken by Plaintiff on 06/18/18 at 3:34:12 PM

PLAINTIFF'S EXHIBITS             Page 1        No.: 17-cv-00198-LAB-WVG
MOTION TO FILE SUPPLEMENTAL MEMO

# EXHIBIT 164

C  🔒 Secure  https://www.youtube.com/watch?v-AnW3'LK2N/4&feature=youtu.be

☰  ▶ YouTube                    Search

427 views                                                 👍    👎    ↗ SHARE   ...

**Mohammed Aly**
Published on Feb 1', 2017                                    SUBSCRIBE

Read more: "Santa Ana Attorney Arrested for Protesting Displacement of Homeless in Riverbed" at
http://www.ocweekly.com/news/santa-an...

SHOW MORE

6 Comments    ⚌ SORT BY

Add a public comment

**Brad in SoCal**  1 year ago (edited)
should of arrested his ass sooner, I live in the apartments right next to this riverbed, there is so much theft in apartment
complex on camera from the homeless in this riverbed, from stealing bikes to breaking into cars to accessive drug deals,
its a public nuisance, give it a rest.

👍 2  👎    REPLY

View all 4 replies ⌄

**HH TEE**  1 month ago
The crime rate is higher NOT cuz of the homeless...it's cuz of ms13 and other gangs. I lived in the area for 15 years.

👍  👎    REPLY

### Screenshot taken by Plaintiff on 06/18/18 at 3:33:47 PM

## EXHIBIT 165

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE
The State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017-2515

Name *Tiffany L. Dehen*

Street *1804 Garnet Ave. #239*

City *San Diego,* State *Ca* Zip *92109*

## EXHIBIT 166

We have received your complaint against a California attorney and have assigned it the number shown below. We will contact you when our evaluation of your matter is complete.

Thank you for your patience.

OFFICE OF CHIEF TRIAL COUNSEL/INTAKE

Inquiry # *18-20845*

BF4030 Rev 12/2013

PLAINTIFF'S EXHIBITS          Page 3          No.: 17-cv-00198-LAB-WVG
MOTION TO FILE SUPPLEMENTAL MEMO

## EXHIBIT 167



Screenshot taken by Plaintiff on 06/18/18 at 04:40:54 PM

PLAINTIFF'S EXHIBITS          Page 4          No.: 17-cv-00198-LAB-WVG
MOTION TO FILE SUPPLEMENTAL MEMO

| ARTS-PB-501(c)(3) | Articles of Incorporation of a Nonprofit Public Benefit Corporation |
|---|---|

3995256

To form a nonprofit public benefit corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $30 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* California nonprofit corporations are not automatically exempt from paying California franchise tax or income tax each year. A separate application is required in order to obtain tax exempt status. For more information, go to https://www.ftb.ca.gov/businesses/exempt_organizations or call the California Franchise Tax Board at (916) 845-4171.

Note: *Before submitting this form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

**FEB 16 2017**

This Space For Office Use Only

### For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

**Corporate Name** (It list the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **Orange County Poverty Alleviation Coalition**

**Corporate Purpose** (Item 2a. Check one or both boxes. Item 2b: The specific purpose of the corporation must be listed if you are organizing for "public" purposes, or if you intend to apply for tax-exempt status in California.)

② a. This corporation is a nonprofit **Public Benefit Corporation** and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for: ☐ public purposes. ☑ charitable purposes.

b. The specific purpose of this corporation is to **mobilize people and resources to alleviate poverty**

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a 1505 corporation as the address for service of process is already on file.)

③ a. **Mohammed Aly**
   Agent's Name

   b. **316 Cypress Ave**   **Santa Ana**   **CA 92701**
   Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box   City (no abbreviations)   State  Zip

**Corporate Addresses**

④ a. **316 Cypress Ave**   **Santa Ana**   **CA 92701**
   Initial Street Address of Corporation- Do not list a P.O. Box   City (no abbreviations)   State  Zip

   b. _____
   Initial Mailing Address of Corporation, if different from 4a   City (no abbreviations)   State  Zip

**Additional Statements** (The following statements are required to obtain tax exemption from the Internal Revenue Service or the California Franchise Tax Board under Internal Revenue Code section 501(c)(3). Note: Corporations seeking other types of tax exemptions should not use this form.)

⑤ a. This corporation is organized and operated exclusively for the purposes set forth in Article 2a hereof within the meaning of Internal Revenue Code section 501(c)(3).

b. No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence legislation, and this corporation shall not participate or intervene in any political campaign (including the publishing or distribution of statements) on behalf of any candidate for public office.

c. The property of this corporation is irrevocably dedicated to the purposes in Article 2a hereof and no part of the net income or assets of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person.

d. Upon the dissolution or winding up of this corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for charitable, educational or religious purposes and which has established its tax-exempt status under Internal Revenue Code section 501(c)(3).

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____
Incorporator - Sign here

**Mohammed Aly**
Print your name here

| Make check/money order payable to: Secretary of State | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 5130-5132 et seq., Revenue and Taxation Code §§ 23151 et seq. and 23701 et seq.
ARTS-PB-501(c)(3) (REV 06/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

EXHIBIT 168
P5

 Gmail

Tiffany Dehen <tiffany.dehen@gmail.com>

---

**Case info from FB/Whole Arrest was preplanned**
1 message

---

Lili Dehen <ldehensz@gmail.com>
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Tue, Jun 19, 2018 at 12:10 AM

See comments about plans to protest.



# Comments                          Done

---

 10

  **Morgan Denges**
My back is so screwed up, I'll need to bring a pillow to keep my knees elevated...

1y    Like    Reply

  **Mohammed Aly**
Pillows? PJs? We can talk about girls we like? Slumberdozer Party? Best idea ever?

1y    Like    Reply                          2

  **Mohammed Aly**

EXHIBIT 169
P6

http://www.ocweekly.com/news/oc-public-works-dumps-boulders-along-santa-ana-riverbed-to-disperse-homeless-video-7866798

**OC Public Works Dumps Boulders Along Santa Ana Rive...**

Like    Reply

Write a comment...



EXHIBIT 109
P7

**Mohammed Aly**

Canvassing to support and empower Laguna Beach's homeless population. Contact the Laguna Beach City Council and demand that they accept the ACLU's offer to settle the lawsuit Glover v Laguna Beach.

3

👍 Like        💬 Comment        ↗ Share

✕                                          🏷  ···

EXHIBIT 169
PS



**Mohammed Aly**

I might lie down in front of a bulldozer on Monday to stop Orange County from destroying a homeless encampment. Should I do the Burt Reynolds, 90s girl gossiping on a landline, or Pocahontas saving John Smith? **https://www.facebook.com/events/1436515756398652/?ti=cl** — with **Morgan Denges**.

10                                    17 Comments

Like                    Comment                    Share

EXHIBIT 169
P9

# Secretary of State
## Statement of Information

**75**  **SI-100**

(California Nonprofit, Credit Union and General Cooperative Corporations)

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00;**

**Copy Fees – First page $1.00; each attachment page $0.50;**
        Certification Fee - $5.00 plus copy fees

**FILED**
Secretary of State
State of California

**MAY 1 1 2017**

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State)

Orange County Poverty Alleviation Coalition

This Space For Office Use Only

**2.  7-Digit Secretary of State File Number**

**3995256**

**3. Business Addresses**

| a. Street Address of California Principal Office, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 316 Cypress Ave | Santa Ana | CA | 92701 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |

**4. Officers** The Corporation is required to enter the names and addresses of all three of the officers set forth below. An additional title for Chief Executive Officer or Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mohammed | Wael | Aly | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 316 Cypress Ave | Santa Ana | CA | 92701 |

| b. Secretary First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Christopher | | Gonzalez | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 635 N Eckhoff St Suite J | Orange | CA | 92868 |

| c. Chief Financial Officer/ First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Lonnie | | Hahn | |

| Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 635 N Eckhoff St Suite J | Orange | | 92868 |

**5. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 5a and 5b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mohammed | Wael | Aly | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 316 Cypress Ave | Santa Ana | CA | 92701 |

**CORPORATION** – Complete Item 5c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 5a or 5b |
|---|
| |

**6. Common Interest Developments**

☐ Check here if the corporation is an association formed to manage a common interest development under the Davis-Sterling Common Interest Development Act (California Civil Code section 4000, et seq.) or under the Commercial and Industrial Common Interest Development Act (California Civil Code section 6500, et seq.). The corporation must file a Statement by Common Interest Development Association (Form SI-CID) as required by California Civil Code sections 5405(a) and 6760(a). See Instructions.

**7. The information contained herein, including in any attachments, is true and correct.**

| 5-6-17 | Mohammed Aly | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |



EXHIBIT 170
P10

Written Declaration 06/19/2018 by Pro Se Plaintiff Tiffany Dehen:

I submitted online complaint to the Federal Bureau of Investigation on June 18, 2018 at 4:40 p.m:

I have an ongoing criminal investigation into Mohammed Wael Aly, licensed to practice law in the State of California license #: 312419. I just found this YouTube video regarding his arrest on 2/7/2017, which is a week after I commenced lawsuit in United States District Court for the Southern District of California case No. 17-CV-00198-LAB-WVG. https://www.youtube.com/watch?v=AnW3fEKZN74&feature_youtu.be. Please note the comments regarding stealing bikes (like the 1,000 that were in the bunker along the Santa Ana River - as referenced in my case) and the crime rate being high because of MS-13. As I have told the FBI on several occasions, Mohammed declared to me that he was "in an ISIS Sleeper Cell" in 2015 and then I relayed this information to the FBI in 2016 when his best friend went crazy at University of San Diego Law School and the law student body and faculty thought he was going to "blow the school up". July 2016 Mohammed stalked me at my residence in San Diego, CA and the FBI sent the Joint Terrorism Task Force to interview me about two weeks later. At the end of January 2017 I noticed a threatening Twitter account in my name with swastikas all over my photos. I physically went to the FBI in San Diego to report the news and have not been contacted by anyone since. I recently sent a letter regarding my bar complaint to the State Bar of California I just filed regarding Mr. Aly and my lawsuit. I am scared for my safety, especially after my recent filings. I have moved residences and only use my UPS box for correspondence, but I am still scared. I still believe Mr. Aly is engaged in terrorism and illegal activities, including, but not limited to, contaminating public water supply with bleach, as he admitted. He is defrauding donors of his charitable organization claiming he was "homeless" during and after law school - the same time that the FBI was looking for him for stalking me and telling me he was in ISIS. He is unstable. He was arrested 3 times in 2017. How is he still practicing law in California? Now I find this YouTube video with the comments showing his illegal behavior barely a week after threatening and terrorizing me with the @TiffanyDehen twitter account? He posted this himself! He is lying and defrauding investors/donors and the public. He lied to the press saying he was homeless. The officer I met with thought he was homosexual, as I mentioned I thought based on our friendship, but in the article he claimed to be living with his girlfriend in Tustin. He is lying about having been homeless and living with his girlfriend. He is defrauding investors/donors to his

EXHIBIT 17

P 11

charitable organization. He is defending "homeless" along the Santa Ana River, a known MS-13 hotspot.

Please have someone with the FBI contact me ASAP. Thank you, Tiffany Dehen

I talked to Federal Bureau of Investigation on the phone for an hour on June 18, 2018 at 4:44 p.m. regarding the above information, as well as the complaint I recently filed with the State Bar of California and communications sent to the Federal Bureau of Investigation, San Diego Sheriff Department, and San Diego Joint Terrorism Task Force, as referenced in my 06.14.2018 reply to Perkins Coie's motion to dismiss.

6/19/18

EXHIBIT 17!

P12