James G. Snell, Bar No. 173070
JSnell@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Perkins Coie LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN, an individual on behalf of herself,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO AND PERKINS COIE LLP,<br><br>Defendants. | Case No. 17-cv-00198-LAB-WVG<br><br>**PERKINS COIE LLP'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL MEMORANDUM**<br><br>Hearing Date: July 31, 2018<br>Time: 11:30 a.m.<br>Courtroom: 14A (14th Floor - Carter/Keep)<br>Judge: Hon. Larry Alan Burns |

On June 29, 2018, plaintiff Tiffany Dehen filed a document titled "Plaintiff's Notice of Motion and Motion for Leave to File a Supplemental Memorandum in Support of Plaintiff's Opposition to Defendants' Motions to Dismiss" ("Motion"). *See* Dkt. 67. Defendants Twitter, Inc. and University of San Diego have opposed Dehen's Motion. *See* Dkts. 68, 69.

Defendant Perkins Coie LLP ("Perkins") also opposes Dehen's Motion. Dehen was required to include all facts supporting her claims in her Second Amended Complaint ("SAC") and all arguments supporting her claims in her opposition to Perkins's motion to dismiss. *See* Dkt. 54; Civil L.R. 7.1(f)(3)(b). Dehen has not shown and cannot show that she is entitled to supplement the arguments in her opposition. Nor can she modify or amend the SAC through the Supplemental Memorandum (or any other brief). *See Schneider v. Cal. Dep't of Corr.*, 151 F.3d 1194, 1197 n.1 (9th Cir. 1998) ("The 'new' allegations contained in the inmates' opposition motion . . . are irrelevant for Rule 12(b)(6) purposes. In determining the propriety of a Rule 12(b)(6) dismissal, a court *may not* look beyond the complaint to a plaintiff's moving papers, such as a memorandum in opposition to a defendant's motion to dismiss."). In addition, the proposed Supplemental Memorandum contains little more than dubious conspiracy theories and baseless accusations, most of which do not even pertain to Perkins.

Perkins respectfully requests that this Court deny Dehen's Motion.

DATED: July 13, 2018.

Respectfully submitted,

*/s/ James G. Snell*
James G. Snell

Attorneys for Defendant
Perkins Coie LLP

Opp. to Mot. to File Supp. Mem.          -1-          No. 17-cv-00198-LAB-WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on July 13, 2018 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

    Tiffany Dehen
    1804 Garnet Avenue #239
    San Diego, CA 92109

*s/ James G. Snell*
James G. Snell