## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: *Dehen v. Doe et al.*                                         Case No: 17cv198

HON. Larry Alan Burns                    CT. DEPUTY                    Rptr.

    The Court takes the hearing scheduled for July 31, 2018, off calendar and will decide the motions [Dkt. 67 and 63] on the papers. CivLR 7.1(d)(1).

DATED: July 23, 2018

                                            INITIALS: Law Clerk