# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN,<br><br>         Plaintiff,<br><br>  vs.<br><br>JOHN DOES 1-100, et al.,<br><br>         Defendants. | CASE NO. 17cv198-LAB (WVG)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

Tiffany Dehen sued John Doe for copyright infringement and other state claims. She also sued Twitter and the University of San Diego for purported violations of RICO, the Hobbes Act, and other state claims. Since Dehen, Twitter, and USD all share California citizenship, the Court only has federal question jurisdiction to hear the dispute. Twitter and USD moved to dismiss the complaint for failure to state a claim.

"Needless decisions of state law should be avoided both as a matter of comity and to promote justice between the parties" and "if the federal claims are dismissed before trial . . . the state claims should be dismissed as well." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966). If the Court finds Dehen's federal claims against Twitter and USD fail to state a claim for relief, and dismisses them without leave to amend, should the Court exercise supplemental jurisdiction to decide her pending state claims against Twitter and USD based on the outstanding federal copyright claim against John Doe?

/ / /

Since neither side addressed this issue in the moving papers, the Court asks Dehen, Twitter, and USD to each file a three-page memorandum addressing the question by August 20, 2018. The Court will then decide the pending motions to dismiss.

**IT IS SO ORDERED.**

Dated: July 30, 2018

*Larry A. Burns*
_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge