# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Judge Larry Alan Burns

| FROM:  L. Cervantes, Deputy Clerk | RECEIVED DATE:  August 20, 2018 |
|---|---|
| CASE NO.  17-cv-00198-LAB-WVG | DOC FILED BY:  Tiffany Dehen |
| CASE TITLE:  Dehen v. Doe et al | |
| DOCUMENT ENTITLED:  Plaintiff's Supplemental Brief Pursuant to Judge Burns; July 30, 2018 Order | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion

Civ.L. Rule 7.1 – Document exceeds page length restriction, Per Order – Docket Entry  #73

Date Forwarded:   August 23, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  August 24, 2018          CHAMBERS OF:  The Honorable Judge Larry Alan Burns

cc: All Parties                  By:  Law Clerk