# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM: L. Cervantes, Deputy Clerk | RECEIVED DATE: August 20, 2018 |
|---|---|
| CASE NO. 17-cv-00198-LAB-WVG | DOC FILED BY: Tiffany Dehen |
| CASE TITLE: Dehen v. Doe et al | |
| DOCUMENT ENTITLED: Plaintiff's Notice of Motion and Motion for Leave to File Plaintiff's Third Amended Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ. L. R. 7.1 – No hearing date obtained from chambers.

An order regarding briefing on this motion will follow.

Date Forwarded: August 23, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: August 27, 2018    CHAMBERS OF: The Honorable Larry Alan Burns

cc: All Parties    By: *Larry A. Burns*