# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN, an individual on behalf of herself,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-100, TWITTER, INC., and UNIVERSITY OF SAN DIEGO,<br><br>Defendants. | CASE NO. 17cv198-LAB (WVG)<br><br>**ORDER SUSPENDING BRIEFING ON MOTION TO FILE THIRD AMENDED COMPLAINT** |

By discrepancy order, the Court accepted Plaintiff Tiffany Dehen's motion for leave to file a third amended complaint. Several other motions, including a motion to dismiss the second amended complaint, are now pending. Briefing on this new motion for leave to amend is **SUSPENDED**, and Defendants should not respond until directed to do so by the Court. After other motions are decided, the Court will, if appropriate, set a briefing schedule.

Dehen must not make *ex parte* calls to chambers to inquire when the Court will rule on motions or take other action. *See* Civil Local Rule 83.9 and Standing Order, ¶ 14. She should instead check the docket, where the information is available publicly.

**IT IS SO ORDERED**.

Dated: August 27, 2018

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge