# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM:  L. Cervantes, Deputy Clerk | RECEIVED DATE:  August 27, 2018 |
|---|---|
| CASE NO.  17-cv-00198-LAB-WVG | DOC FILED BY:  Tiffany Dehen |
| CASE TITLE:  Dehen v. Doe et al | |
| DOCUMENT ENTITLED:  Plaintiff's Notice of Motion and Motion for Court to Consider New Additional Evidence in Support of Plaintiff's Motion for Leave to File Third Amended Complaint | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date on motion

Date Forwarded:   August 31, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received.  The parties are reminded, however, that additional briefing on Plaintiff's Motion for Leave to File a Third Amended Complaint is closed until further order of the Court. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  September 5, 2018        CHAMBERS OF:  The Honorable Larry Alan Burns

cc: All Parties        By:  Law Clerk