1   TIFFANY DEHEN J.D.                NUNC PRO TUNC
    1804 GARNET AVENUE #239
2   SAN DIEGO, CA 92109                  8/27/2018
    858-262-0052
3   tiffany.dehen@gmail.com

    **FILED**

    Sep 05 2018

    CLERK, U.S. DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
    BY        s/ Josepht        DEPUTY

4
5   Pro Se Plaintiff

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  **TIFFANY DEHEN**, an individual     Case No.: 17-cv-00198-LAB-WVG
    on behalf of herself,
12                                       **PLAINTIFF'S NOTICE OF**
           Plaintiff,                    **MOTION AND MOTION FOR**
13                                       **COURT TO CONSIDER NEW**
        v.                               **ADDITIONAL EVIDENCE IN**
14                                       **SUPPORT OF PLAINTIFF'S**
    **JOHN DOES 1-100, TWITTER,**        **MOTION FOR LEAVE TO FILE**
15  **INC., UNIVERSITY OF SAN**          **THIRD AMENDED COMPLAINT**
    **DIEGO, AND PERKINS COIE,**
16  **LLP.,**

17         Defendants.

18

19

20

21

22         PLEASE TAKE NOTICE that Pro Se Plaintiff, Tiffany L. Dehen,

23  moves this Court to consider additional new evidence submitted with this

24  filing in deciding Plaintiff's motion for leave to file Plaintiff's Third

25  Amended Complaint submitted by Plaintiff August 20, 2018 concurrently

26  with her supplemental brief pursuant to court order.

27
                                    1
28  MOTION TO FILE ADDITIONAL        No.: 17-cv-00198-LAB-WVG
    EVIDENCE ISO MOTION TO FILE TAC

1    The additional evidence attached hereto includes a copy of a

2    Temporary Restraining Order denial from the Superior Court of California,

3    County of San Diego, Central Division, Hall of Justice, 330 W. Broadway,

4    San Diego, CA 92101 with a notice of hearing for permanent restraining

5    order taking place September 17, 2018 at 8:30 a.m. in Department 61 against

6    Mr. Mohammed Wael Aly, California State Bar License Number 312419,

7    whom Plaintiff believes comprises John Doe 1 in this litigation.

8    The past several weeks Plaintiff has been working with law

9    enforcement to gather additional information and evidence materially

10   relevant to her claims in this litigation.  Plaintiff continues to explore and

11   exhaust all other reasonable legal avenues available to her.

12   Despite the fact that Plaintiff disclosed to the Superior Court in San

13   Diego direct evidence showing Mr. Aly stalked her at least twice, in the form

14   of the 07/09/2016 San Diego Police Department report and emails from the

15   07/09/2016 incident, as well as direct evidence showing a blank card Ms.

16   Dehen received in July 2016 in Mr. Aly's handwriting, in addition to the

17   statements Mr. Aly made to Ms. Dehen regarding him being an openly

18   declared enemy combatant of the United States of America by stating that he

19   was in an ISIS Sleeper Cell until he's activated on October 20, 2015, San

20   Diego Superior Court denied Ms. Dehen's request for a temporary civil

21   restraining order against Mr. Aly. *Please see* attached documentation.

22   Law enforcement agencies, in particular the San Diego Police

23   Department, explained to Ms. Dehen that Mr. Aly's behavior has not risen to

24   the level of a criminal threat warranting criminal intervention without

25   "more" (such as a direct threat including the time and weapon, and then him

26   showing up with the weapon).  Despite the fact that Mr. Aly continues to

27   escalate his illegal behavior after suffering no repercussions for his illegal

28
                                                2

behavior which directly harmed Ms. Dehen, Mr. Aly continues to escape both civil and criminal liability for his illegal actions which directly harmed, and continue to harm, Ms. Dehen.   Now, Ms. Dehen has also been unsuccessful at obtaining a temporary restraining order in San Diego Superior Court.

Without Twitter providing Ms. Dehen John Does' IP address(es), Ms. Dehen is limited in recourse she can take against the illegal behavior Mr. Aly and his accomplices engaged in, directly damaging Ms. Dehen, whose damages continue to increase and accrue.

It appears clearly that after 18 months of litigation, Twitter will not provide the I.P. address to Ms. Dehen without a Court order specifically ordering so.   Twitter has a pattern of citing the Communications Decency Act ("CDA") § 230 to assert that it is under no liability to abide by its posted Terms of Use, such as here, (yet it has no problem enforcing the other provisions of its Terms of Use against other plaintiffs).   Plaintiff also provided direct evidence showing that Twitter is routinely using the CDA § 230 to bar lawsuits regarding illegal censorship of plaintiffs in violation of their First Amendment rights since the government acted by enacting CDA § 230 (such as in Mr. Green's case against YouTube, Twitter, *et. al.*).

Then there's this case, where Perkins Coie (who notably represents several big tech companies such as Facebook, YouTube, Twitter, Google, etc. in addition to the DNC, Hillary Clinton, Barack Obama, George Soros, etc.) asserts on Twitter's behalf that Ms. Dehen's breach of contract claims on basis of fraudulent misrepresentation and RICO violations are barred by the CDA § 230 as well.

Twitter's bias against Conservatives such as Ms. Dehen runs so rampant that Mr. Jack Dorsey, Twitter's Chief Executive Officer, is testifying

MOTION TO FILE ADDITIONAL                    No.: 17-cv-00198-LAB-WVG
EVIDENCE ISO MOTION TO FILE TAC

in front of Congress in September 2018 regarding Twitter's "shadowbanning" and censorship practices on Twitter. *Please see* Breitbart article attached.

Additionally, Plaintiff asserts new information is continually coming to light which will greatly impact the perception of CDA § 230 among the legal community. For example, please see the attached articles regarding Mr. Senator Ron Wyden's recent remarks regarding censorship of Mr. Alex Jones by big tech companies including, but not limited to, Twitter, YouTube, Apple, and Google. Mr. Ron Wyden was one of the senators who wrote the Communications Decency Act in 1996, and now in 2018 Mr. Wyden is advocating for censorship of certain viewpoints such as Mr. Jones on a vast scale by more than one social media companies, thereby quite literally inciting the companies whom he helped protect in the CDA to conspire with each other to ban certain viewpoints like Mr. Jones?

As plaintiff alleged, the CDA § 230 needs to be overturned as unconstitutional as it is directly infringing on Americans' First Amendment Rights; Ms. Dehen's first amendment rights are being infringed upon because she has been intimidated and threatened to stop expressing her views in public at an American University, as well as on social media networks, now the leading town squares of ideas, and now targeted for intimidation and extortion to drop her legal claims in court. The CDA § 230 is responsible for big tech companies such as Twitter shielding individuals such as John Doe in this case of potential legal redress by Ms. Dehen. Now writer and sponsor of the CDA § 230 Mr. Senator Ron Wyden is openly calling for mass censorship of certain viewpoints, which would be by definition a violation of the First Amendment.

4

San Diego Police Department advised Ms. Dehen to stop using social media even though Ms. Dehen is not the one engaging in the illegal conduct harming Ms. Dehen, rather John Doe is.  Why does the CDA § 230 protect the John Does, yet punish the plaintiffs such as Ms. Dehen attempting to exercise their rights in a court of law?  Ms. Dehen alleges the big tech companies such as Twitter in this case are able to continue their illegal schemes with the help of their law firms aiding and abetting their illegal schemes such as Perkins Coie, LLP in this case; Ms. Dehen alleges conspiracy in the restraint of trade between Twitter and Perkins Coie in her third amended complaint, which she can and will further develop plausible claims upon which relief can be granted upon this Court granting her motion for leave to file her third amended complaint.

WHEREFORE Plaintiff Ms. Dehen respectfully requests the Court to consider this filing with attached exhibits in deciding whether to grant Plaintiff's motion for leave to file her third amended complaint, which she respectfully requests the court to grant as justice so requires.

**Dated: August 27, 2018**

Respectfully submitted,

Tiffany L. Dehen

1804 Garnet Avenue, #239

Pacific Beach, CA 92109

Tel. 858-262-0052

Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

5

MOTION TO FILE ADDITIONAL                No.: 17-cv-00198-LAB-WVG
EVIDENCE ISO MOTION TO FILE TAC

1

## **CERTIFICATE OF SERVICE**

2     The undersigned hereby certifies that a true and correct copy of the

3  foregoing document has been served on August 27, 2018 by express

4  delivery with signature confirmation, postage pre-paid, to all current and/or

5  opposing counsel of record, if any to date, who are deemed to have

6  consented to electronic service via the Court's CM/ECF system per Local

7  Rule 5.4(d).

8

9     **Dated August 27, 2018**

10

11

12                              Tiffany L. Dehen

13

14                              Pro Se Plaintiff.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION TO FILE ADDITIONAL          No.: 17-cv-00198-LAB-WVG
EVIDENCE ISO MOTION TO FILE TAC

1  TIFFANY DEHEN J.D.
   1804 GARNET AVENUE #239
2  SAN DIEGO, CA 92109
   858-262-0052
3  tiffany.dehen@gmail.com

4
   Pro Se Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10

11 | TIFFANY DEHEN, an individual | Case No.: 17-cv-00198-LAB-WVG
      on behalf of herself,
12 |                             | MEMORANDUM OF POINTS AND
            Plaintiff,             AUTHORITIES IN SUPPORT OF
13 |                             | PLAINTIFF'S MOTION FOR
         v.                        LEAVE TO FILE HER THIRD
14 |                             | AMENDED COMPLAINT
      JOHN DOES 1-100, TWITTER,
15 |  INC., UNIVERSITY OF SAN
      DIEGO, AND PERKINS COIE
16 |  LLP.,
17 |        Defendants.

18

19

20

21         COMES NOW, the Plaintiff, TIFFANY DEHEN, and moves this

22 Court for leave to file Plaintiff's Third Amended Complaint, pursuant to

23 Federal Rule of Civil Procedure 15(a)(2) on the following grounds:

24         First, the Court should freely give leave to Plaintiff to file her Second

25 Amended Complaint because justice so requires.  Fed. R. Civ. P. 15(a)(2)

26 provides in relevant part the following, "[i]n all other cases, a party may

27 amend its pleading only with the opposing party's written consent or the

28                                    1

court's leave.  This court should freely give leave when justice so requires."
*See* Fed. R. Civ. P. 15(a)(2).

Second, Plaintiff is proceeding Pro Se at this time due to the sensitive nature of her claims, which involve terroristic behavior which threatened, and continues to threaten, Plaintiff's personal safety, as well as incited, and continues to incite, fear for her personal safety, including fear of grave danger to her body, family members, and close friends, as well as fear of additional economic injury and injury from emotional distress.  Although Plaintiff obtained her Juris Doctor from the University of San Diego School of Law, Plaintiff has never appeared before a Federal Judge before.  Plaintiff attempted, and is still attempting, in good faith to learn and adhere to all of the rules of Federal Court, in particular the Southern District of California.

Third, Plaintiff is entitled to amend her complaint because there has not been undue delay.  Plaintiff hastily filed her Initial Complaint due to behavior including, but not limited to, terroristic threats and stalking, which continued to escalate and to injure Plaintiff and ultimately constitute the grounds for which this cause of action arose.

Fourth, Plaintiff has become apprised of additional information which warrants new claims that Plaintiff reserved the right to bring in her prior filings.  Plaintiff now motions the Court for leave to file her Third Amended Complaint in which she alleges new claims that cure any and all jurisdictional issues that the Court requested briefed by August 20, 2018.

For example, Plaintiff recently obtained additional information regarding the ongoing investigation into certain individuals whom she believes comprise John Does 1-2.  Ms. Dehen has been working diligently to follow up with law enforcement agencies, both state and federal, to obtain additional information to disclose to the Court and for jury trial.

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO FILE TAC    No.: 17-cv-00198-LAB-WVG

1    Please see the attached exhibits which Ms. Dehen ran out of time to
2    number and attach to her proposed Third Amended Complaint. Ms. Dehen
3    respectfully requests leave of court to file her third amended complaint, a
4    proposed redlined draft version which she will add to and develop the claims
5    further.

6        Ms. Dehen has thus far experienced an extremely difficult time
7    discovering the current status of her ongoing criminal investigations with all
8    state and federal law enforcement agencies and has received conflicting
9    information from law enforcement agencies regarding the status of her case.
10   Ms. Dehen has recently become apprised of the fact that she needs to go
11   herself to get a restraining order filed against Mr. Aly, as the Bureau and
12   state police are not currently sure of the status of the investigation. Ms.
13   Dehen contacted SDPD to obtain information regarding her case that has
14   been reassigned from the San Diego Sheriff Department Joint Terrorism
15   Task Force with the Federal Bureau of Iinvestigation. At this point, the
16   detective Ms. Dehen spoke with on August 20, 2018, referred to by SDPD
17   to be the detective handling her case last week, told Ms. Dehen he had never
18   seen this case before and gave Ms. Dehen another Sgt. to contact, whom she
19   contacted.

20       The detective originally assigned to the case, Detective Roxanne Zigil,
21   is not showing up in the email system, per Detective Gosnell Badge # 4652,
22   which he suggests is due to the fact she is no longer on the department, or
23   changed her name. Ms. Dehen is working on obtaining additional
24   documentation, including body camera evidence indicated on the SDPD
25   report from 07/09/2016. *Please see* 07/09/2016 report.

26
27
28

3

1        Fifth, Plaintiff has measureable injury which she has sustained due to

2 the unlawful actions of John Does 1-100, Twitter, Inc., University of San

3 Diego and Perkins Coie, LLP, for which she deserves her day in Court.

4        Sixth, Plaintiff is within the statute of limitations for all causes of

5 action she alleges in her Third Amended Complaint, should this Court grant

6 her motion.

7 WHEREFORE Plaintiff respectfully moves the Court to accept her motion

8 and grant her leave to file her Third Amended Complaint.

9 **Dated: August 30, 2018**

10                           Respectfully submitted,

11

12                             Tiffany L. Dehen

                     1804 Garnet Avenue, #239

13                      Pacific Beach, CA 92109

                          Tel. 858-262-0052

14                      Tiffany.Dehen@Gmail.com

15

16                             Pro Se Plaintiff.

17

18

19

20

21

22

23

24

25

26

27

28

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO FILE TAC     No.: 17-cv-00198-LAB-WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 20, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated August 30, 2018.**

Tiffany L. Dehen

Pro Se Plaintiff.

---

MEMO OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION TO FILE TAC      No.: 17-cv-00198-LAB-WVG

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2349   Page 12 of 106

# Twitter Chief Jack Dorsey to Testify Before Congress in September

24 Aug 2018



Emmanuel Dunand/AFP/Getty

House Majority Leader Kevin McCarthy (R-CA) <u>called</u> on Dorsey to testify in front of Congress in early August on Twitter's "shadowbanning" and censorship practices on his social media platform.

McCarthy said in a press release on Friday:

> Social media platforms are increasingly serving as today's town squares.
> But sadly, conservatives are too often finding their voices silenced. Over
> the past several months, I have seen more and more examples of
> censorship that impact public officials and concerned citizens expressing
> conservative thought. One-sided conversations are an affront to the public
> mission that serve as the foundations for these social media platforms –
> including Twitter.

House Energy and Commerce Chairman (R-OR) Greg Walden said in a
statement on Friday:

> Twitter is an incredibly powerful platform that can change the national
> conversation in the time it takes a tweet to go viral. When decisions about
> data and content are made using opaque processes, the American people
> are right to raise concerns. This committee intends to ask tough questions
> about how Twitter monitors and polices content, and we look forward to
> Mr. Dorsey being forthright and transparent regarding the complex
> processes behind the company's algorithms and content judgment calls.

Reports in August suggested that Twitter engaged in shadowbanning, a
practice that limits a Twitter account's reach, which includes preventing a
user's followers from seeing tweets from their account, and has allegedly
disproportionately affected conservatives on Twitter.

Tech experts such as former Federal Communications Commission (FCC)
Wireless Bureau Chief Fred Campbell have argued that Congress should
repeal Section 230 of the Communications Decency Act, which Campbell
contended in an interview with Breitbart News allows social media giants
such as Twitter, Google, and Facebook to censor without legal recourse.

"They're subject to a legislative exception that is a couple decades old, overturning a century of law. If they want to play editor, great, then comply with the laws that all of the others editors comply with and give up your special exemption," Campbell <u>charged</u>.

Campbell also said, "We the people should decide whether Google and Facebook can censor and block content."

President Donald Trump took to Twitter on Friday and called out giant social media companies such as Google, Facebook, and Twitter for censoring "millions" of Internet users.

"Social Media Giants are silencing millions of people," Trump cautioned.

The president added, "Can't do this even if it means we must continue to hear Fake News like CNN, whose ratings have suffered gravely. People have to figure out what is real, and what is not, without censorship!"

> Social Media Giants are silencing millions of people. Can't do this even if it means we must continue to hear Fake News like CNN, whose ratings have suffered gravely. People have to figure out what is real, and what is not, without censorship!
>
> — Donald J. Trump (@realDonaldTrump) <u>4:34 AM - Aug 24, 2018</u>

# Senator Ron Wyden Demands "Consequences" For Platforms That Don't "Remove People Like Alex Jones"

**Dem lawmaker intensifies censorship effort**

Paul Joseph Watson | Infowars.com - August 22, 2018



0   0

**Democratic Senator Ron Wyden is trying to take online censorship to a new level by drafting a bill that will enforce "consequences" for platforms that refuse to remove people like Alex Jones.**

In an interview with Recode, Wyden, the senior U.S. Senator from Oregon, said that platforms should be punished for hosting content that he deems to go against "common decency".

"I think what the Alex Jones case shows, we're gonna really be looking at what the consequences are for just leaving common decency in the dust," said Wyden.

"What I'm gonna be trying to do in my legislation is to really lay out what the consequences are when somebody who is a bad actor, somebody who really doesn't meet the decency principles that reflect our values, if that bad actor blows by the bounds of common decency, I think you gotta have a way to make sure that stuff is taken down," he added.

Of course, Wyden's definition of what is 'indecent' is wide open to interpretation and will obviously be skewed by political bias.

"If we were talking about really horrible pornography, I think they would have moved pretty quickly to deal with it," added

the Senator. "I think it's also worth noting that, with respect to Alex Jones, there are probably a thousand accounts out there that are as bad as Alex Jones."

According to Jones, Wyden's rhetoric represents an intensification of efforts to purge his content from existence entirely, with the next step being the removal of Jones from nationwide radio airwaves.

**Infowars has been *banned* by Facebook. Please help us by sharing this article on your own Facebook page.**

**SUBSCRIBE** on YouTube:



Paul Joseph Watson

YouTube  1M

Follow on Twitter: Follow @PrisonPlanet

Facebook: https://www.facebook.com/paul.j.watson.71

*********************

Paul Joseph Watson is the editor at large of Infowars.com and Prison Planet.com.

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2354   Page 17 of 106

# There should be 'consequences' for platforms that don't remove people like Alex Jones, Senator Ron Wyden says

## Jones and his conspiracy-minded site Infowars have long since "blown past the bounds of common decency," Wyden says.

Eric Johnson    Aug 22, 2018, 6:15am EDT

*Alex Wong / Getty*

Since 2016, everything that social media companies have done has been "either a bizarre idea or not really doing much of anything that's actually gonna help people."

So says Senator Ron Wyden, the senior U.S. Senator from Oregon — a Democrat with a self-proclaimed "libertarian streak" and the guest on the latest episode of **Recode Decode, hosted by Kara Swisher**. As one of the more tech-savvy members of Congress, he's a proponent of new legislation that will regulate voting machine companies and data firms such as Cambridge Analytica, but also believes existing laws have given platforms like Twitter more power than they have deigned to use.

"I think what the Alex Jones case shows, we're gonna really be looking at what the consequences are for just leaving common decency in the dust," Wyden told **Recode's** Kara Swisher. "... What I'm gonna be trying to do in my legislation is to really lay out what the consequences are when somebody

There should be 'consequences' for platforms that remove people like Alex Jones, Senator Ron Wyden - Recode     8/27/18, 9:30 AM

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2355   Page 18 of 106

who is a bad actor, somebody who really doesn't meet the decency principles that reflect our values, if that bad actor blows by the bounds of common decency, I think you gotta have a way to make sure that stuff is taken down."

"If we were talking about really horrible pornography, I think they would have moved pretty quickly to deal with it," he added. "I think it's also worth noting that, with respect to Alex Jones, there are probably a thousand accounts out there that are as bad as Alex Jones."

You can listen to **Recode Decode** wherever you get your podcasts, including Apple Podcasts, Spotify, Google Podcasts, Pocket Casts and Overcast.

Below, we've shared an edited transcript of Kara's conversation with Senator Wyden. You can read a full transcript of the interview here.

# The early days of the internet

**So we met a long, long time ago in the AOL days, in the '90s, if you recall.**

I remember. And you know what's striking about it, back then those early ISPs, for example, I was a big defender of those early ISPs because they were the people that we really thought connected the little guy to the internet.

**Right, right.**

Now, as has been the case with so much of the field, it's dominated by the big guys.

**There was the Communications Decency Act, there was all kinds of things that you were involved in. You were one of the few Congress people that understood tech or had at least some insight. What got**

There should be /consequences for platforms that / remove people like Alex Jones | Senator Ron Wyden | Recode  8/27/18, 9:30 AM

Case 3.17-cv-00198-LAB-WVG    Document 82    Filed 09/05/18    PageID.2356    Page 19 of 106

**you interested in tech?**

When I got to the Senate, the only person who really knew how to use a computer was Pat Leahy. And I said, "This is a natural for us, small state in the west, in between California and Washington. We can really excel in a whole host of areas in technology."

And what I found was a lot of things people were looking at doing either called for using brick-and-mortar kind of approaches for this whole new digital space or were presenting a cure worse than the problem. And, for example, the way we got into Section 230, which I think now is the foundation of internet jurisprudence, is people said, "Hey, these websites and blogs, people are going to get held personally liable for something posted on the site."

**Right.**

And I said, "I don't know everything about it," but I said, "Nobody's going to invest in social media." So we came up with an approach, Section 230, that was about creating a shield, so as to not have these early entrepreneurs, you know, clobbered by frivolous stuff. But also a sword to deal with irresponsible conduct. And we can stop there because part of the reason the companies are in so much trouble is that they haven't been using the sword.

You know, back then there was a lot of innovation — of course, there still is. But big tech today seems, primarily, about clicks, monopolies and then monetizing at all costs. And I think that's why they're in a lot of trouble.

# Cambridge Analytica and election security

**The broader picture is that these companies, they grew enormous through all kinds of help and their own innovation. And then when**

they get there, they don't want to take the responsibility. You know that's been my drum I've been beating on, the responsibilities that they have. Let's start with each of the things. **Before we get to Alex Jones, can we get to Cambridge Analytica and election security first, if you don't mind?**

Yeah! This really drove home what the consequences are of a private company — Facebook — not being responsible. You know, people had their rights violated, we continue to find out how users are being harmed as a result of all the things that came out post-Cambridge Analytica.

But also, it is a huge issue as it relates to election security. I have a major piece of legislation now, <u>PAVE</u>, would require paper ballots and risk-limiting audits. But if you have a Cambridge Analytica, it's really bad for national security because people can take all that information and use it to try to target constituencies.

**Do you think it's because these internet companies weren't regulated, that you all should have anticipated that this was the possibility? Or that you're now sort of cleaning up afterwards?**

My sense is that in those kind of early days — and we all remember the excitement of it — net companies were doing important work in health care, in education, in finding jobs. People were essentially asleep at the switch, as it related to the relationship between the sword and the shield. What I tell the companies now — and by the way, the companies don't come around very much to people like me anymore. In the beginning, they always did but right now they're saying, "Hey, Ron's really going to take us on." And I've told them point blank I said, "Guys, if you don't use the sword, you are going to lose the shield."

**Right, okay. So with election security, what is happening now in**

**Congress? And what is the possibility that anything is going to actually pass?**

Well, what I'm doing is I'm pulling out all the stops. Taking on these voting machine companies that have behaved incredibly irresponsibly. And they're responsible for essentially teeing up the votes for at least 40 million people, and perhaps more. And to give you an idea, because you're a Times contributor, how irresponsible they are: The major voting machine company, ES&S, lied to the New York Times about a crucial question. We had begun picking up reports that they had installed remote access software in their products.

**So they could deal with it, right?**

And what I said is, "That is about the most irresponsible thing you can do in cybersecurity. The only thing that'd actually be worse is leaving the ballot boxes on the street corner in Moscow." They lied to the New York Times about them doing it. They said they hadn't, then they <u>had to admit they did</u>. And the voting machine companies have basically been above the law. If I had my way — and I don't have the power now in the Senate — we'd subpoena 'em and we'd put them under oath to talk about what they're doing, because I think that this is really undermining our democracy.

# Alex Jones and policing the internet

**And what is the responsibility of the social media companies? What kind of pressure can you put on them to ... because essentially, these were not hacked. With machines, you're talking about the possibility of hacking. In this case, these platforms were used for exactly the way they were built. They weren't particularly hacked.**

There should be /consequences for platforms that [...] remove people like Alex Jones, Senator Ron Wyden [...] Recode 8/27/18 9:30 AM

Case 3.17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2359   Page 22 of 106

Yeah. The social media companies basically got outed in 2016. And since then, practically every single thing they've done has been either a bizarre idea or not really doing much of anything that's actually gonna help people.

**So tell me about that.**

I mean, there is in this dark period some things we can actually look to. I'm trying to follow the opportunities for downranking because I think that might create a light at the end of the tunnel. But unless these guys are gonna be serious about using the part of 230 to get after people who behave irresponsibly, then I think they are looking at the changes they aren't gonna like.

What I wanna see is, I wanna see the companies step up. And that's why I mentioned Alex Jones, because ... when you have somebody who calls the parents of murdered kids liars, then claims that their kids don't exist, then you have blown past the bounds of common decency, and platforms need to take the slime down. The same is true in terms of the election.

**Let's talk about the Alex Jones thing in more detail. Initially, they were very much against doing anything about it. I had podcasts with Mark Zuckerberg where he talked about allowing this stuff to go on. Then they made a switch, removing Alex Jones from the platform. So did Google, so did around YouTube, so did others. Twitter has held firm. Talk to me about the difficulties of dealing with stuff like that. Because there's First Amendment issues, then there's not freedom from consequence of what you say, too.**

Well, I think what the Alex Jones case shows, we're gonna really be looking at what the consequences are for just leaving common decency in the dust. That to me — and I'll have some more to say about it, as you know I'm working on a privacy bill. I think that the heart of it has gotta be citizens controlling their

There should be 'consequences' for platforms that ... remove people like Alex Jones, Senator Ron Wyden ... - Recode    8/27/18, 9:30 AM

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2360   Page 23 of 106

private data, I think there's gotta be real transparency, there's gotta be consequences for misusing someone's data. But this goes right to the heart of the real value of Section 230.

I guess, if people wanna say, "You know, we oughta just have the government start dictating..." By the way, one of the most stunning aspects of the last couple of days is to see conservative politicians, people like Kevin McCarthy and Ted Cruz, they are essentially saying that the government should run private companies, the government should dictate to private companies what they're doing. I'm sure it's very popular with their base, but doesn't happen to be the right thing. And I think that there's a much better model that was bipartisan that really relates to what I call rights and responsibilities, that was what Section 230 ...

**What rights do you think that they should have now? How do you assess their reaction to, just let's use Alex Jones as the example, how do you access their reactions to him and the changing nature? I do think at some point Twitter is gonna throw him off the platform, my guess is they're preparing that.**

What I've been disappointed in is how long it took, and how they really are not looking at fleshing out a policy. What's hard in this area is tech is so dominant in our life that it is sort of the ultimate in ad hoc policy making. Something goes on on Tuesday, Congress folks come back with their policy on Wednesday or Thursday, the history is that that's usually not very good. That's what leads us to SESTA and FOSTA and PIPA and SOPA and all these acronyms that were bad policies. What I've said to them in the few conversations we've had, we haven't had many, is, "What you really wanna do is see if you can build around a core set of values."

**Yeah, I talked about that.**

There should be 'consequences' for platforms that ... remove people like Alex Jones, Senator Ron Wyden ... Recode    8/27/18, 9:30 AM

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2361   Page 24 of 106

That's what I was saying. I very much enjoyed your article where you said, "Hey, it's not just about a bunch of laws, you can have a crate full of laws, if you don't get your values right." And so, what I'm gonna be trying to do in my legislation is to really lay out what the consequences are when somebody who is a bad actor, somebody who really doesn't meet the decency principles that reflect our values, if that bad actor blows by the bounds of common decency, I think you gotta have a way to make sure that stuff is taken down.

**So that's a hornet's nest with the people. The idea of what they take down, who decides. Why do you think they're resistant to it? I know they're resistant to being called media companies, media companies have responsibilities.**

They're monopolies.

**Yeah, individually odd monopolies, too, because there's so many of them.**

They are, they are monopolies, and these people that were innovators at the beginning and trying to give consumers a fair shake now seem to be interested in monetizing at all costs.

So, by the way, if we were talking about really horrible pornography, I think they would have moved pretty quickly to deal with it. I think it's also worth noting that, with respect to Alex Jones, there are probably a thousand accounts out there that are as bad as Alex Jones.

# Regulating tech companies

**How do you then manage that from a government point of view when these companies have such enormous power and you don't really want them to be making these decisions? At the same time,**

There should be 'consequences' for platforms that (  ) remove people like Alex Jones, Senator Ron Wyden `s - Recode    8/27/18, 9:30 AM

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2362   Page 25 of 106

**you want them to be responsibly monitoring their platforms.**

Let me give you an example. Actually, I was coming over here juggling all the subjects, and I say here's one I think Kara would be interested in. You know Backpage?

**Mm-hmm.**

I'm somebody who spent a lot of time legislating against the abhorrent sex traffickers. You know how Backpage was essentially busted? They were busted under existing Section 230 law. The reason we had problems is because law enforcement didn't move aggressively enough and quickly enough. And after a while everybody said, "Oh, we can't do anything about it, let's go pass this really flawed law, SESTA and FOSTA," which in my view is gonna take the worse guys ...

**Explain that for people who don't know.**

Yeah, this is basically the law that, in effect, lifts Section 230 and allows for the prosecution of sex traffickers. I think what it's going to do is drive the really bad guys to the dark web. These are places where you can't get to with a search engine.

And, by the way, when we had SESTA and FOSTA on the floor, I offered an amendment that said the focus ought to be to get more prosecutors, and some of the people who hollered the most on the Republican side about how terrible this was, they wouldn't vote to deal with what the heart of the problem is, and that has been inadequate federal law enforcement.

# Cybersecurity and tech leaders testifying

**Right, enforcement. So, where do you ... With the companies**

There should be consequences for platforms that ... remove people like Alex Jones - Senator Ron Wyden - Recode        8/27/18, 9:30 AM

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2363   Page 26 of 106

coming to Congress, the last Mark Zuckerberg hearing was not the most illuminating, I think. I don't know. What were your thoughts on that?

I think that that's right.

**I'm being kind.**

Yeah. I'm not gonna criticize my colleagues, and ... You know, the point is these are really technical, detailed issues. I've brought some examples today, in terms of ... You know, cybersecurity. I mean, the government is just basically comatose in terms of cybersecurity.

I think it is a continual battle to try to take issues like these — which are very technical, probably aren't known to lots of members of Congress — and say, "Hey, guys. This is why we really need some major cybersecurity reforms." I mean, the Trump people, from a personnel standpoint, they've unilaterally disarmed. They got rid of their cybersecurity expert.

**There's new hearings coming up with Facebook, Google and Twitter. Are these gonna be any better or are these just show trials, essentially, that lead to nothing?**

Well, I think they're important hearings. I personally think that the Intelligence Committee has missed the single most important issue, which is the follow-the-money issues. Because what we're supposed to be all about is counterintelligence, and following money is counterintelligence 101.

# What happens if the Democrats win the House?

**Senator Wyden, if the Democrats do take over the House, what do**

**you imagine will happen? Besides millions of subpoenas going out.**

Let me tell you what I'm working on. I want to make it clear ... In the new privacy bill that I'm working on, if you are misusing consumer data and harvesting people's information wrongly, I want to come after you.

I want real transparency on how people's data is being used, and I want consequences if a company loses or abuses somebody's data.

**So, what do you imagine ... You don't think there'll be more onerous regulations, or regulations at all? When you look at Europe, for example, they're quite far down the road, compared to this country.**

We've got to pass a privacy bill that ensures that people get to control their own data. They get real transparency. There are consequences. I want paper ballots and audits for the 2020 election. Look at what we've seen in the last couple of days. I said a month ago, a month or six weeks ago, that Donald Trump seemed to be on his way to creating an enemies list in terms of national security advisers. And I say that to your listeners, I disagreed with John Brennan on lots of stuff. I was the one who took him on when he spied on the Intelligence Committee's files. But I think this idea that they're moving to put together some kind of list is really ... It's not just Richard Nixon, but it's gonna compromise national security.

**All right, so what else might be passed?**

Well, I want election security. And I want to make sure that as we work through the 230 issues we don't walk away from something that I think has been of great benefit to this country.

I want to get right this question of what happens in an Alex Jones case. It's

There should be 'consequences' for platforms that de-platform people like Alex Jones, Senator Ron Wyden says — Recode    8/27/18, 9:30 AM

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2365   Page 28 of 106

something I'm working on and I'm gonna put in my bill, to define what happens if you go beyond the boundaries of what I call our shared value of basic decency.

**All right. Senator Wyden, thank you.**

# Recode Daily

Sign up for our Recode Daily newsletter to get the top tech and business news stories delivered to your inbox.

By signing up, you agree to our Privacy Policy and European users agree to the data transfer policy.

Case 3:17-cv-00198-LAB-WVG   Document 82   Filed 09/05/18   PageID.2366   Page 29 of 106

# US Senator Says There Should be "Consequences" for People Like Alex Jones

Brodigan & Kirchoff   Wednesday August 22 2018



The chilling story below is why people who don't like Alex Jones are quick to point out the story surrounding him is bigger than Alex Jones (see <u>Video: Bill Maher Defends Free Speech and Alex Jones</u> and <u>Donald Trump on 'Dangerous" Social Media Censorship: It Could Happen to You Next</u>). Jones was just the excuse leftists were looking for. Now we have Democrat Senator Ron Wyden <u>demanding consequences for platforms that don't remove people like Alex Jones</u>. Let that sink in.

> "I think what the Alex Jones case shows, we're gonna really be looking at what the consequences are for just leaving common decency in the dust...

all caps an entire paragraph. Use three exclamation points. I dare you.

InfoWars was just the first shot. Hold on to your butts and prepare for impact.

Tell me again about how much the left loves the First Amendment. I'm all eyes and ears.

1791 Drops Truth About Rap, Gun Culture 2.0 | Louder With Crowder

**NOT SUBSCRIBED TO THE PODCAST? FIX THAT! IT'S COMPLETELY FREE ON BOTH ITUNES HERE AND SOUNDCLOUD HERE.**

**CH-109**   **Notice of Court Hearing**

*Clerk stamps date here when form is filed.*

**(1) Person Seeking Protection**

a.   Your Full Name:

   Tiffany Dehen

   Your Lawyer *(if you have one for this case):*

   Name: _____   State Bar No.: _____

   Firm Name: _____

b.   Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

   Address: 1804 Garnet Avenue #239

   City: San Diego   State: CA   Zip: 92109

   Telephone: _____   Fax: _____

   E-Mail Address: _____

*Clerk stamp:*
F I L E D
Clerk of the Superior Court
AUG 2 2 2018
By: J. Gomez, Deputy

*Fill in court name and street address:*

**Superior Court of California, County of**

San Diego Superior Court
330 W. Broadway
San Diego, CA 92101

*Court fills in case number when form is filed.*

**Case Number:**
37-2018-00042064-CU-HR-CTL

**(2) Person From Whom Protection Is Sought**

Full Name:   Mohammed Wael Aly

*The court will complete the rest of this form.*

**(3) Notice of Hearing**

**A court hearing is scheduled on the request for restraining orders against the person in (2):**

| Hearing Date | Date: 9-17-18 | Time: 8:30 AM | Name and address of court if different from above: |
|---|---|---|---|
| | Dept.: 61 | Room: | |

**(4) Temporary Restraining Orders** *(Any orders granted are on Form CH-110, served with this notice.)*

a.   Temporary Restraining Orders for personal conduct and stay-away orders as requested in Form CH-100, *Request for Civil Harassment Restraining Orders,* are (check only one box below):

   (1)  ☐  All **GRANTED** until the court hearing.

   (2)  ☒  All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

   (3)  ☐  Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in Form CH-100, *Request for Civil Harassment Restraining Orders,* are:

(1) ☒ The facts as stated in Form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in (1) and caused substantial emotional distress.

(2) ☐ Other *(specify):* ☐ As set forth on Attachment 4b.

_____

## ⑤ Service of Documents by The Person in ①

At least ☒ five ☐ _____ days before the hearing, someone age 18 or older—not you or anyone to be protected—must personally give (serve) a court file-stamped copy of this Form CH-109, to the person in ② along with a copy of all the forms indicated below: *Notice of Court Hearing,*

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☐ CH-110, *Temporary Restraining Order (file-stamped)* **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. CH-250, *Proof of Service of Response by Mail* (blank form)

f. ☐ Other *(specify):*

Date: **8-22-18** ▶ _____
Judicial Officer      **RICHARD S. WHITNEY**

### To the Person in ❶ :

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service,* may be used.

- For information about service, read Form CH-200-INFO, *What Is "Proof of Personal Service"?*

- If you are unable to serve the person in ② in time, you may ask for more time to serve the documents. Use Form CH-115, *Request to Continue Court Hearing and to Reissue Temporary Restraining Order.*

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

37-2018-00042064-CU-HR-CTL

## To the Person in ❷ :

- If you want to respond to the request for orders in writing, file Form CH-120, *Response to Request for Civil Harassment Restraining Orders*, and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ①.

- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service of Response by Mail*, may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms that you own or possess.



### Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (Form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

## —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

Date: AUG 2 2 2018 _____

Clerk, by _____ , Deputy

J. Ledbetter

**CH-100** Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me? (form CH-100-INFO)* before completing this form. Also fill out *Confidential CLETS Information (form CLETS-001)* with as much information as you know.

① **Person Seeking Protection**

a. Your Full Name: **Tiffany Dehen**    Age: **29**
   Your Lawyer *(if you have one for this case)*
   Name: _____    State Bar No.: _____
   Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*
   Address: **1804 Garnet Avenue #239**
   City: **San Diego**    State: **CA** Zip: **92109**
   Telephone: _____    Fax: _____
   E-Mail Address: _____

Fill in court name and street address:

| Superior Court of California, County of |
| --- |
| San Diego Superior Court |
| 330 W. Broadway |
| San Diego, CA 92101 |

*Court fills in case number when form is filed.*

Case Number:
**37-2018-00042064-CU-HR-CTL**

② **Person From Whom Protection Is Sought**    ~~CA State Bar license #312~~
   Full Name: **Mohammed Wael Aly**    Age: **28**
   Address *(if known)*: **316 Cypress Avenue**
   City: **Santa Ana**    State: **CA** Zip: **92701**

③ **Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☐ Yes ☒ No    *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
| --- | --- | --- | --- | --- |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b  Why Others Need Protection" for a title.*

_____

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

37-2018-00042064-CU-HR-CTL

**(4) Relationship of Parties**

How do you know the person in ②? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4- Relationship of Parties" for a title.*

Law school classmates at University of San Diego School of Law 2013-2016

**(5) Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☐ The person in ② lives in this county.

b. ☒ I was harassed by the person in ② in this county.

c. ☐ Other *(specify):* _____

**(6) Other Court Cases**  ~~"John Doe"~~ = Mohammed

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☒ Yes  ☐ No  *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) | ☒ ~~Civil Harassment~~ | US Dist. Dist CA | 2017 | 17 cv 0198 LAB WG |
| (2) | ☐ Domestic Violence | | | |
| (3) | ☐ Divorce, Nullity, Legal Separation | | | |
| (4) | ☐ Paternity, Parentage, Child Custody | | | |
| (5) | ☐ Elder or Dependent Adult Abuse | | | |
| (6) | ☐ Eviction | | | |
| (7) | ☐ Guardianship | | | |
| (8) | ☐ Workplace Violence | | | |
| (9) | ☐ Small Claims | | | |
| (10) | ☐ Criminal | | | |
| (11) | ☒ Other *(specify):* Copyright, antitrust, defamation, etc. | US Dist S. Dist CA | 2017 | 17 CV 0981 JAH Bmg |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☒ No  ☐ Yes  *(If yes, attach a copy if you have one.)*
I thought there were protections w/ FBI

**(7) Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):* Oct. 2015, July 2016, January /Feb 2017

(2) Who else was there?
2015 - Mr. Kevin Snow (law student), Aidon Hanumlow (law student),
2016 - My neighbors, my dog, then two police
2017 - Further explained

**This is not a Court Order.**

**(7)** a. (3)  How did the person in ② harass you? *(Explain below):*

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

_____

_____

_____

_____

_____

_____

(4)  Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes  ☒ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

NOT explicitly — but he claimed to be in an "ISIS sleeper
Cell ... until hes activated " on Oct. 20, 2015

_____

(5)  Were you harmed or injured because of the harassment?

☒ Yes  ☐ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)   Harm or Injury" for a title.*

Please see Attachment 7(a)(3) which describes my federal
lawsuit. I am pursuing S. Dist CA 17-cv-0018-LAB-WVG) for $100M,
in which I suspect Mr. Aly is John Doe 1.

(6)  Did the police come? ☒ Yes  ☐ No          7 Maybe

If yes, did they give you or the person in ② an Emergency Protective Order?  ☐ Yes  ☒ No

If yes, the order protects *(check all that apply):*     I thought so, but I
                                                          guess not
☐ Me  ☐ The person in ②  ☐ The persons in ③.

*(Attach a copy of the order if you have one.)*

b.  Has the person in ② harassed you at other times?

☒ Yes  ☐ No  *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

Stalked Me on 07/09/16 - I suspect his John Doe 1 in my
lawsuit 17-cv-0098-LAB-WVG

---

**This is not a Court Order.**

**Case Number:**
37-2018-00042064-CU-HR-CTL

Check the orders you want.   b

(8) ☒ **Personal Conduct Orders**

I ask the court to order the person in (2) **not** to do any of the following things to me or to any person to be protected listed in (3):

a. ☒ Harass, intimidate, molest, attack, strike, **stalk**, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☒ Other *(specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

Cyberstalk, defame, etc

*The person in (2) will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

(9) ☒ **Stay-Away Orders**

a. I ask the court to order the person in (2) to stay at least _50_ yards away from *(check all that apply):*

(1) ☒ Me.                                    (8) ☒ My vehicle.
(2) ☐ The other persons listed in (3).       (9) ☐ Other *(specify):*
(3) ☒ My home.
(4) ☒ My job or workplace.
(5) ☒ My school.
(6) ☐ My children's school.
(7) ☐ My children's place of child care.

b. If the court orders the person in (2) to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?   ☒ Yes ☐ No   *(If no, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

(10) **Guns or Other Firearms and Ammunition**

Does the person in (2) own or possess any guns or other firearms?   ☐ Yes ☐ No ☒ I don't know

*If the judge grants a protective order, the person in (2) will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in (2) will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**



## (11) ☒ Temporary Restraining Order

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order*, for the court's signature together with this *Request*.

Has the person in ② been told that you were going to go to court to seek a TRO against him/her?

☐ Yes  ☒ No  *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

I don't know had the whole "terrorism investigation" thing works.

## (12) ☐ Request to Give Less Than Five Days' Notice of Hearing

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12— Request to Give Less Than Five Days' Notice" for a title.*

## (13) ☒ No Fee for Filing or Service

a. ☒ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☒ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001,* Application for Waiver of Court Fees and Costs *.)*

## (14) ☐ Lawyer's Fees and Costs

I ask the court to order payment of my  ☐ lawyer's fees  ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|      | $      |      | $      |
|      | $      |      | $      |
|      | $      |      | $      |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

Case Number:
37-2018-00042064-CU-HR-CTL

**(15) ☐ Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.

*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

_____

_____

b. ☐ That the person in ② must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(16) ☒ Additional Orders Requested**

I ask the court to make the following additional orders *(specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16  Additional Orders Requested," for a title.*

Any other measures the court believes just.

_____

**(17)** Number of pages attached to this form, if any: 7

Date: _____

_____
*Lawyer's name (if any)*            ▶ _____
                                       *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 8/21/18

Tiffany Dehen
*Type or print your name*

▶ _____
*Sign your name*

---

**This is not a Court Order.**

---

Revised January 1, 2018

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|

Tiffany Dehen
1804 Garnet Avenue #239
San Diego, CA 92109

TELEPHONE NO.     FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

2018 AUG 22 AM 9: 34

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☒ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020
☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081
☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910

PLAINTIFF/PETITIONER: Tiffany Dehen
DEFENDANT/RESPONDENT: Mohammed, Aly Wael

| DECLARATION | CASE NUMBER |
|---|---|
| | 37-2018-00042064-CU-HR-CTL |

I declare that the information attached is true & correct and depicts events accurately. I respectfully request ~~temp~~ restraining orders (~~temp~~ permanent) against Mr. Mohammed Aly, CA State Bar license # 312419, as well as his accomplice, Mr. Kevin Snow of Utah, as well as any other John Doe involved in the harassment scheme for which I sustained injuries and am litigating in the S. Dist of CA, case # 17-CV-00198-LAB-WVG.

The behavior has continued to escalate since Oct. 20, 2015, with major events occurring in Oct. 2015, March 2016, July 2016 & Jan 2017. I continue to fear for my safety, as well as additional injuries to my personal & economic interests. Please see all attachments, documenting the increasingly alarming illegal activities, including claiming to be in an ISIS sleeper cell until activated (i.e. an "enemy combatant of the U.S.) ; stalking me @ my old residence July 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/21/18

Tiffany Dehen
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☒ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2005]

**DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

**Attachment 7a(3) – Describe Harassment**

**Tuesday, August 21, 2018**

Mr. Aly and I attended University of San Diego School of Law together as incoming 1L's in 2013 to 2016. Mr. Aly graduated in May 2016 and I graduated at the end of my summer classes at the end of July 2016.

In 2014 – 2015 we became friendly acquaintances who occasionally ate lunch together. In 2015 I sold him one of my textbooks at a diner in El Cajon his family had just rented space from for a Middle Eastern restaurant. In fall of 2015 after Mr. President Donald J. Trump announced his presidential campaign, Mr. Aly viciously attacked me on Facebook to the point where I became uncomfortable and I blocked him. Days after that awkward encounter, I ran into him on campus during our October 2015 Dean's Mixer (October 20, 2015), and felt very uncomfortable. Mr. Aly looked me dead in the eyes and told me, "I'm in an ISIS Sleeper Cell". I became upset because I felt that he was taunting me for my political views with a threat that nobody would take seriously. I asked, "what do you mean "sleeping"?". He responded, "until I'm activated".

Mr. Kevin Snow (whom I did not know by name at the time of the October 20, 2015 encounter), laughed an evil laugh at Mr. Aly's remarks. There was one other student standing in our little circle, Mr. Eidon Hamamlow, but he became distracted by a Professor (I believe Professor Alexander) and did not appear to have heard Mr. Aly's comments. After hearing these comments, I got a flu shot (which I would not do now) in the writs of Warren Hall and then walked upstairs to the third floor of Warren Hall with my friend Mr. Brad Jubber to our corporate taxation class with Professor Abrams.

At this point, I was 5-10 minutes late to class from slamming a beer at the Dean's Mixer immediately proceeding Mr. Aly's ISIS comments and getting my

1

flu shot, but Mr. Jubber was late as well since I convinced him to get a flu shot with me. In Corporate Taxation, Mr. Jubber and I sat to the right of the professor podium, Mr. Jubber in the first row and myself in the second row. Upon walking in and interrupting class late, Mr. Abrams, presumably frustrated that other students were late to class and that he witnessed myself what he likely presumed to be "lollygagging" up to class, yelled at Mr. Jubber and I in a loud tone of voice with disappointment that he had never used with either myself or Mr. Jubber.

I was upset and shook up through the entire corporate taxation class period due to Mr. Aly's remarks. I left class and had a nervous breakdown in my car in the parking garage as I called all my family members and friends, none of whom answered on this particular occasion. Ms. Brittany Slack, my friend at the time, returned my call and stated that she had a meeting on campus with a professor at that time, so I came to meet her. I was so shook up that I accidentally dropped her dog. I spent a couple hours with Ms. Slack and my roommate Ms. Melissa Kelm proceeding the incident. We have differing political views, so at this point I do not remember what I relayed to them specifically of the comments Mr. Aly made to me that day. Due to the way they both handled situations which arose after this, in connection with these events, I am no longer friends with either Ms. Slack or Ms. Kelm, so I wouldn't be able to find out exactly what they remember without a court order.

In March 2016, Mr. Kevin Snow, witness of Mr. Aly's terrorist remarks, alarmed a majority of USD Law School students and faculty during a several week long episode that we thought was a "mental break". This consisted of, among other things, Mr. Snow making several inappropriate alarming Facebook statuses online referring to his USD Law classmates as "basic Nazi pussy" and more, accosting other students at school, disrupting classes, and terrorizing other students to the point of where several students expressed concern that he might have a

2

bomb or weapon in class. During the week that USD finally took action through Department of Public Safety and whatever work they did with law enforcement, Mr. Snow publicly proclaimed that he was actively engaging in terrorism, at which point I realized that he was Mohammed's friend who was a party to our prior conversation.

At that point in March 2016, I notified Department of Public Safety about Mr. Aly's remarks, as I was led to believe that I was one of the only students who remained in contact with the administration and Department of Public Safety long after everyone else. I was never followed up with by the school or law enforcement regarding the March 2016 incidents.

On Friday, July 8, 2016 at 10:51 p.m., I emailed Professor Sichelman, the professor who ultimately ensured Department of Public Safety became involved with the Mr. Snow matter after disruption of the MBE class, to inform him of Mr. Aly's ISIS sleeper cell comments made in 2015 after I read an article from Drudge Report regarding ISIS Sleeper Cells being activated. *Please see* emails.

On July 9, 2016, when I was still a student at USD Law School and actively attending two summer school classes, Professional Responsibility and an externship with the USD Federal Tax Clinic, Mr. Aly stalked me at my residence in Pacific Beach, CA no more than 8 hours after I emailed Professor Sichelman regarding the comments Mr. Aly made to me in 2015. *Please see* emails.

I saw Mr. Aly outside my building at or around 9:30 a.m. on July 9, 2018 and immediately called Ms. Stephanie Myers, an acquaintance whom has federal clearances with the Department of Defense and Homeland Security. *Please see* Police Report.

My neighbors witnessed Mr. Aly outside Ms. Dehen's building at 6:30 a.m. sitting in his car with the engine running and confirmed with me on July 10, 2018.

3

On July 11, 2018, I emailed the President of USD requesting increased security presence on campus until the end of my summer term at USD. *Please see* emails.

On July 12, 2018, I emailed the Department of Public Safety at USD, specifically Captain Quinton Kawahara, and Law Schools Deans Dean Ferruolo and Dean D'Angelo. *Please see* emails.

On July 19, 2018, I received the business card from Mr. Chuck Milks, Detective / Task Force Officer with the San Diego County Sheriff's Department, San Diego Joint Terrorism Task Force address at 10385 Via Sorrento Parkway, San Diego, CA 92121, same address as the Federal Bureau of Investigation. Please see exhibits.

On July 20, 2018, Detective / Task Force Officer Milks interviewed me at my old residence at 4621 Lamont St. #5A, Pacific Beach, CA 92109. *Please see* emails.

On or around July 21, 2018, I found a blank card mailed to me on July 25, 2016 from San Diego with no return address and nothing written on in the inside. *Please see* email with photographs. I allege the handwriting is Mr. Aly's handwriting, which I'm familiar with from Professor Brooks' Fall 2015 Civil Rights class.

At the end of January 2017, I noticed a maliciously defamatory Twitter account in my true and legal name @TiffanyDehen. This account followed several defamatory accounts such as the KKK, Adolf Hitler, and more. The account harassed me, threatened to throw my dog off of a cliff or eat him, and more. The John Does responsible for the account drew Nazi swastikas all over my copyrighted photographs. I was fearful for my safety at this time because I was under the impression that the FBI and correct law enforcement agencies were

4

taking action against Mr. Aly and Mr. Snow as they assured me they would do, but upon seeing how the illegal behavior continued to escalate, became unsure.

I filed a lawsuit in the Southern District of California as soon as I could on 02/01/2017 in an effort to get everything on federal record since I feared for my safety and rightfully so since Mr. Aly showed up at my apartment just hours after I emailed a professor regarding his terrorist remarks to me in which he openly declared to be an enemy combatant of the United States while we were, and are, currently at war with ISIS. That case is still going from Judge Benitez to now Judge Larry Alan Burns. On August 20, 2018 I filed motion for leave to file a third amended complaint, Case No. 17-CV-00198-LAB-WVG.

I am still fighting with Twitter to recover identifying information behind the offending illegal Twitter account such as the I.P. address, but have thus far been unsuccessful due to the fact that Perkins Coie, LLP, Twitter, Inc.'s law firm, asserted that CDA § 230 immunity bars my suit on Twitter's behalf.

I continue to fear for my safety. This whole time I thought local and federal law enforcement agencies were actively investigating both persons of interest, Mr. Aly and Mr. Snow. Upon further investigation into the results of the law enforcement efforts, I am even more fearful for my safety because I have been unable to get in touch with the detective currently working my case (in fact, all agencies keep telling me they have no case and it's not their jurisdiction; they are sending me from one to the other).

I tried to start a new report, and Officers Welsh and Dunaj, badge numbers 6461 and 7204 respectively, responded to my call to San Diego Police Department on Saturday, August 18, 2018 around 11:30 a.m. They notified me that they have no recourse to protect me against Mr. Aly based on what I said so far unless there was a protective order in place, which I thought was being handled by the ghost

arm of the FBI and SD Sheriff Department who jointly investigate terrorism in the Joint Terrorism Task Force.

Mr. Aly has been licensed with the State Bar of California since December 2016, bar license number 312419. I recently filed a complaint with the State Bar of California regarding his behavior, to which I just received the bar's response closing the complaint without further investigation. Please see bar response. I am in the process of obtaining additional information and evidence from law enforcement, both state and federal law enforcement.

Mr. Aly's behavior has become increasingly violent. As I explain in my recent prior filings for my civil case, Mr. Aly was arrested three times in 2017, including a felony for pouring bleach into a stagnant pool of water, i.e., contaminating public water supply, along the Santa Ana River.

Please see my recent filings attached as exhibits which explain Mr. Aly's background in more depth. Mr. Aly's behavior has been increasing in violence and damages caused to me over the course of several months. When I was a minor, around 16 or 17 years old, this young woman became obsessed with me and stalked me on MySpace. I went to school for six months and returned home, only to find her still at it. What originated as originally threatening defamation online resulted in her eventually stalking me in person, like Mr. Aly, and eventually beating me one night when she grabbed me from behind and threw me on the ground and started punching my face.

Seeing as how Mr. Aly's behavior has been increasing in violence, I respectfully request an order of protection put in place immediately against myself, and my dog if possible since John Doe already threatened harm to my dog twice. I believe Mr. Aly consists John Doe 1, and as soon as I have direct evidence from Twitter, I plan to add Mr. Aly to my ongoing suit case number 17-CV-00198-LAB-WVG.

 Gmail

## Drudge

Tiffany Dehen <tiffany.dehen@gmail.com>                                    Fri, Jul 8, 2016 at 10:51 PM
To: Ted Sichelman <tsichelman@sandiego.edu>

Hi Professor Sichelman,

Thank you. I get it. Since the world started going crazy I've been reading Drudge non-stop and I really don't want to
have forgotten to tell you something which is probably nothing so please don't think I'm a racist but the reason the
Kevin Snow thing started freaking me out so much was because last year at a dean's mixer I was talking to
Mohammed Ali (kid from egypt) who was telling me about his mother flying to Egypt the week after the planes went
down in Egypt so immediately I started asking questions like is your mom okay is she traveling safe which airline, etc.
and Mohammed was standing w/Kevin Snow (only in face interaction I have recalled with Kevin Snow). Mohammed
looked me dead in the eyes and told me he was in an Isis sleeper cell. I played dumb and asked like what do you
mean sleeper cell and he says sleeping......you know until it's activated. Uncomfortable silence. Kevin Snow just
stood there laughing. I figured he was just making fun of my views but it really creeped me out and I blocked
Mohammed on FB after but when all the Kevin stuff was going on I couldn't find anything about Mohammed. I couldn't
even find his profile from a diff Facebook account.

I didn't want to make baseless allegations so I didn't tell public safety/the deans until after the captain at campus
safety kept emailing me to "remind me I'm under no duty to report any additional information but if I had any additional
information about Kevin Snow contacting me to let them know." (On a Saturday.) I wanted to just get him hospitalized
but the more posts Kevin made the more I got creeped out and thought he was just trying to act like a crazy person. I
face booked his mom that same night and she responded 2 weeks later and talked to my mom about getting him help
but she claimed the police and school wouldn't help her. I don't know what the deal is with Kevin Snow and most
people just think he's a crazy person but if he was just trying to cause a distraction to make USD a target for his friend
Mo, I mean seems smart to me - attack private school in biggest navy seal city undetected after two diff instances of
crying wolf (undergrad who had breakdown and shot his parents in point loma last year so two years after USD
suspended him and then kevin snow), I mean I couldn't get anyone to listen to me - tried the police, FBI, sheriff, my
navy seal friends laughed me off and so did a random homeland security dude.

I know it sounds crazy but since you are the only Professor I know who reads Drudge I just really wanted you to know
in case you feel like something weird happens at school this fall. I hope I'm just paranoid but can't be too safe after
this week.

Thanks again for suggesting DMCA.
Tiffany Dehen

 Gmail

## Nevermind

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                      Sat, Jul 9, 2016 at 11:15 AM
To: Ted Sichelman <tsichelman@sandiego.edu>

Nevermind he was standing outside my apartment today so I'm with my friend who has security clearances meeting with the FBI hopefully today.

Sent from my iPhone

**Ted Sichelman** <tsichelman@sandiego.edu>                                      Sat, Jul 9, 2016 at 8:47 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Hi Tiffany—I read your email. My instinct is that the statement at the mixer was a poorly formed joke, but I'll make sure the issue receives more attention. In any event, to be certain, who exactly was standing outside your apartment? Of course, please let me know if there is anything else I can do. --Best, Prof. Sichelman
[Quoted text hidden]

**Tiffany Dehen** <tiffany.dehen@gmail.com>                                      Sun, Jul 10, 2016 at 9:37 AM
To: Ted Sichelman <tsichelman@sandiego.edu>

Thanks Professor Sichelman. I talked to the appropriate people so it should be resolved but I'll let you know if I need anything else! Have a good summer!
Tiffany

Sent from my iPhone
[Quoted text hidden]

**Ted Sichelman** <tsichelman@sandiego.edu>                                      Sun, Jul 10, 2016 at 2:31 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Glad to hear that, Tiffany. So I will not follow up unless I hear otherwise. I have a great summer, too! --Best, Prof. Sichelman

**From:** Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
**Sent:** Sunday, July 10, 2016 9:37 AM
**To:** Ted Sichelman
**Subject:** Re: Nevermind

[Quoted text hidden]

| | SAN DIEGO REGIONAL | | | INCIDENT NUMBER 160700160013 | |
| --- | --- | --- | --- | --- | --- |
| OFFICER'S REPORT ONLY | OFFICER'S REPORT | | PAGE 1 of 2 | CASE NUMBER 16028630 | |
| CODE SECTION AND DESCRIPTION ZZ / 051(153 / MISCELLANEOUS REPORTS - 153 | | DATE 07/09/2015 | DAY OF WEEK Saturday | TIME 09:54 | |
| LOCATION OF INCIDENT (OR ADDRESS) 4621 LAMONT ST #5A | | | | CITY SAN DIEGO | BEAT 122 |
| Body Camera: Body Camera Evidence Collected | | | | | |

**OFFICER'S NARRATIVE:**

On 07-09-16 at about 1000 hours, I responded to a radio call to investigate a possible act of terrorism. The reporting party Stephanie Meyers called police advising a Middle Eastern male, who her friend Tiffany knows, was at Tiffany's residence and claimed to be part of ISIS. The location of the incident occurred at 4621 Lamont St. #5A, San Diego, Ca. 92109 (incident number 160700160).

Upon arrival, I checked the surrounding area of the apartment complex for the male along with his vehicle which was described on the radio call. I could not locate either at the time of my investigation.

I spoke with the second reporting party at the location of the incident who I identified as Tiffany Dehen via a California ID. Dehen advised me an aquantaince she attends law school with was standing in front of her apartment complex and was part of ISIS which made her fearful for her safety (See Dehen's full statement below).

As Dehen was speaking, she was speaking very loudly and frantically about the situation. Dehen later regained her composure and left her apartment to go stay with her friend Meyers until the incident was resolved.

**STATEMENT OF TIFFANY LEIGH DEHEN (REPORTING PARTY):**

Dehen advised me a couple minutes prior to my arrival, a Middle Eastern male named Mohammed Aly which she knows was standing in front of her apartment complex near his vehicle. Aly did not say anything to her or do anything but was only standing near his vehicle. Dehen stated he later was attempting to get something out of his vehicle but she did not know what it was.

Dehen advised me she knew Aly through school. They are both third year law school students at the University of San Diego. Dehen advised me the reason why she was fearful of Aly was because in October of this year, Aly told her at a law school event "mixer" that he was an ISIS sleeper cell and was awaiting to be activated.

Dehen described Aly as a Middle Eastern male, black long curly hair, brown eyes, 5'07, and 150lbs, small beard, unknown date of a birth but believed him to be about 26-27 years in age. He was seen wearing no shirt and dark shorts. Dehen did not know Aly's address but stated his parents used to rent a place at 401 W. Main St., El Cajon, Ca. Dehen described Aly's vehicle as a white Honda (unknown license plate).

Approved By: A/Sgt. Sanders #6611

| REPORTING OFFICER JOSEPH ELISMA | I.D. # 7378 | DIVISION N1 | AGENCY SDPD | DATE OF REPORT 7/9/2016 | TIME 12:26 |
| --- | --- | --- | --- | --- | --- |
| (Revised 08/2013 Fax/public) | | | | | |

| CONTINUED FROM<br>OFFICER'S REPORT ONLY | SAN DIEGO REGIONAL<br>OFFICER'S REPORT | PAGE<br>2 of 2 | INCIDENT NUMBER<br>16070016013<br>CASE NUMBER<br>16028680 |
|---|---|---|---|

I certify that the information requested will be used solely for those limited purposes stated and will not be used to harass, degrade or intimidate any person. The requesting agency or person hereby agrees to indemnify, and hold harmless the San Diego Police Department and the City of San Diego for any liability arising out of the improper use of the information provided

| REPORTING OFFICER<br>JOSEPH ELISMA | I.D. #<br>7378 | DIVISION<br>N1 | AGENCY<br>SDPD | DATE OF REPORT<br>7/8/2016 | TIME<br>12:24 |
|---|---|---|---|---|---|

(Revised 03/2013 Electronic)

University of San Diego

## Safety

**Tiffany Dehen** <tiffanydehen@sandiego.edu>                                    Tue, Jul 12, 2016 at 4:12 PM
To: Quinton Kawahara <qkawahara@sandiego.edu>, Meredith D'Angelo <meredithdangelo@sandiego.edu>, Stephen
Ferruolo <sferruolo@sandiego.edu>

Hi Quinton,

This is Tiffany again. I have been really freaked out with all the terrorist attacks that have been occurring and I have
some additional information I would like to share with DPS. I emailed the President's office yesterday requesting
increased security presence in and around Warren Hall and by the USD Legal Clinics because of a recent incident.

I would like you to be aware that I emailed Professor Sichelman on Friday night just to tell him what I told you a couple
months ago regarding what Mohammed Aly said to me at the dean's mixer last fall (when Mohammed told me was in
an ISIS sleeper cell and when I asked what sleeping meant he said "until I'm activated"). Prof. Sichelman was the one
who contacted DPS in the first place regarding Kevin Snow, as I understand, and I just wanted him to be aware due to
the escalating terrorist threat here in San Diego. The following morning, this past Saturday, I walked outside to take
my dog out and I noticed Mohammed with a newer white Honda Accord parked right outside of my apartment building
on Lamont St. I have never seen him there before and I am not aware of any other USD law students that live in my
complex.

When I noticed Mo, he avoided eye contact with me and walked around to the back of his car and started rummaging
around for something in his trunk. I grabbed my dog and ran inside and called my friend who has two federal security
clearances. She confirmed to me that ISIS is in fact here in San Diego and the man who was arrested in Tucson
recently was planning an attack on Mission Bay. She immediately called the police while I was on the phone with her.
They came over and escorted me to my car. I then re-emailed Professor Sichelman to tell him nevermind about
reporting anything since we planned on speaking with the FBI and he made clear he was willing to help me in any way
he could.

Subsequently we contacted the FBI on recommendation of the two star admiral here in San Diego. The bureau put
me through to a live federal agent whom I spoke with for 45 minutes regarding all the information I have on both
Mohammed and Kevin Snow. My agent's name is Erin and her badge # is 9186.

To my understanding there is now an active federal investigation if there wasn't before but I have been freaked out by
the whole situation because it just seems too coincidental to me that he showed up outside my apartment the morning
after I emailed Sichelman. He has never been to my apartment and I'm not aware of any other reason that he would
be there. I spoke with my next door neighbors who informed me that they noticed him sitting in his car at 6:00 a.m.
and they confirmed both the same car I saw and that it was him once I showed them his photo. I did not take my dog
out until 9:30-10 a.m., so 3.5 hours later.

I really appreciate increased security presence and if you have anything to relay to Erin, she advised me to call
1800callfbi.

Please let me know if you need any additional information from me. Also, please keep all of this information
confidential, as I do not want my name to be compromised any more than it already is.

Thank you,
Tiffany Dehen
520-400-1116

This is Tiffany again. I have been really freaked out with all the terrorist attacks that have been occurring and I have some additional information I would like to share with DPS. I emailed the President's office yesterday requesting increased security presence in and around Warren Hall and by the USD Legal Clinics because of a recent incident.

I would like you to be aware that I emailed Professor Sichelman on Friday night just to tell him what I told you a couple months ago regarding what Mohammed Aly said to me at the dean's mixer last fall (when Mohammed told me he was in an ISIS sleeper cell and when I asked what sleeping meant he said "until I'm activated"). Prof. Sichelman was the one who contacted DPS in the first place regarding Kevin Snow, as I understand, and I just wanted him to be aware due to the escalating terrorist threat here in San Diego. The following morning, this past Saturday, I walked outside to take my dog out and I noticed Mohammed with a newer white Honda Accord parked right outside of my apartment building on Lamont St. I have never seen him there before and I am not aware of any other USD law students that live in my complex.

When I noticed Mo, he avoided eye contact with me and walked around to the back of his car and started rummaging around for something in his trunk. I grabbed my dog and ran inside and called my friend who has two federal security clearances. She confirmed to me that ISIS is in fact here in San Diego and the man who was arrested in Tucson recently was planning an attack on Mission Bay. She immediately called the police while I was on the phone with her. They came over and escorted me to my car. I then re-emailed Professor Sichelman to tell him nevermind about reporting anything since we planned on speaking with the FBI and he made clear he was willing to help me in any way he could.

Subsequently we contacted the FBI on recommendation of the two star admiral here in San Diego. The bureau put me through to a live federal agent whom I spoke with for 45 minutes regarding all the information I have on both Mohammed and Kevin Snow. My agent's name is Erin and her badge # is 9186.

To my understanding there is now an active federal investigation if there wasn't before but I have been freaked out by the whole situation because it just seems too coincidental to me that he showed up outside my apartment the morning after I emailed Sichelman. He has never been to my apartment and I'm not aware of any other reason that he would be there. I spoke with my next door neighbors who informed me that they noticed him sitting in his car at 6:00 a.m. and they confirmed both the same car I saw and that it was him once I showed them his photo. I did not take my dog out until 9:30-10 a.m., so 3.5 hours later.

I really appreciate increased security presence and if you have anything to relay to Erin, she advised me to call 1800callfbi.

Please let me know if you need any additional information from me. Also, please keep all of this information confidential, as I do not want my name to be compromised any more than it already is.

Thank you,
Tiffany Dehen
520-400-1116

From: Tiffany Dehen <tiffanydehen@sandiego.edu>
Subject: Re: Urgent
Date: March 12, 2016 at 4:43:33 AM PST
To: Quinton Kawahara <qkawahara@sandiego.edu>

One more thing I remembered and is bothering me. A few months ago at a dean's mixer I was standing near the beer dispenser and said hi to my friend Mohammed - I had a couple classes with him and we usually had friendly debates. I sold him my textbook - I thought we were pretty good friends but one day he started verbally attacking me on facebook on a comment I made on a political post. Then when I was standing at the dean's mixer I think I remember

Mohammed (Aly last name?) standing with Kevin Snow. I remember because I thought my friend Eldon was standing around them - and maybe Daniel Kim - and remember thinking I knew almost everyone except for Kevin - I did not recognize him by name. Mohammed started lacing into me about how I'm so much different in real life than I am on facebook when it comes to politics and started getting pretty harsh with the insults. I wasn't really sure how to respond because at one point ISIS came up or I asked why his mom was flying to egypt or something and one thing led to another I can't remember the exact words leading up to it but I remember him looking me stone cold in the face and saying "i'm with isis" and I laughed it off and say like excuse me what i don't get it "i'm with a sleeper cell with isis". He sat there for a while not saying anything and I didn't know how to react because I didn't find it funny but kevin (or whoever I think the guy was standing by mohammed was) was laughing hysterically too. I just didn't find the idea of minimalizing terrorism very funny. After an awkward silence he started laughing hysterically. I didn't think it was funny because he was ostracizing me for thinking that ISIS could be a threat - this was like right after san bernardino or one of the other big events. I didn't tell anyone because I thought he was trying to just paint me as a racist if I started crying wolf and telling people he was with ISIS but his facebook page might be worth checking out to see if he's been posting anything out of the ordinary. After this incident a few days later he started posting some very strongly worded political opinions that started making me uncomfortable so I blocked him because I didn't think his joking around about ISIS was funny. Might be worth checking him out just to make sure everything's okay. I'm worried about my friends going to the all day event on campus tomorrow.

 Gmail

## Remain Calm and Study On..

**Milks, Charles** <Charles.Milks@sdsheriff.org>                          Thu, Jul 21, 2016 at 12:52 PM
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Good Afternoon. Thank you for your email. I spoke with Captain Kawahara at the USD Office of Public Safety earlier today regarding the information you shared. Be assured that the information and circumstances concerning Mohammed and Kevin have been and continue to be monitored and investigated. With all confidence I reassure you that the personal safety of yourself and the students and staff at USD continue to be a priority. No information I have seen to date indicates that your personal safety is at risk by any of the listed persons. Thank you for sharing the information me yesterday about the social media and first hand statements.

My initial recommendation yesterday and remains today, that you continue to concentrate your attentions and efforts to your JD studies and not let the inflammatory rhetoric posted on social media cause excessive concern. In plain colloquial terminology, Remain Calm, We Got This...

Have a great week and do well on your final JD efforts.


Chuck Milks, Detective / Taskforce Officer CT-1
San Diego Joint Terrorism Taskforce
10385 Vista Sorrento Pkwy, San Diego, CA 92121
Desk: 858-495-8545
Cell: 619-241-5819



-----Original Message-----
From: Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
Sent: Thursday, July 21, 2016 10:38 AM
To: Milks, Charles
Subject: Update

Hi Chuck,

I was starting to feel bad yesterday because of what you said about Mohammed sleeping out of his car. I felt sorry for him, but then I just can't shake this feeling. Mohammed is a wild card and I've been surprised by his actions and outbursts in the past.

I just can't leave it alone it's consuming my mind because I feel like something is not right. Especially the fact that he's been sleeping out of his car. When I talked to him about where he lived a while ago I remember I got confused because I didn't get what he was saying. I always ask everyone what part of town they live in especially around school events and he told me like two different things so I remember being confused.

I have never in my life felt this scared in everyday life. It doesn't just all seem like coincidence. When my neighbors said they saw him sitting in his car they said they walked over to the car and thought it was weird b/c the car was running and the windows were fogged up and he was just like sitting in there at 6 a.m. When I came outside he tried so hard to avoid eye contact with me and keep his head turned away from me but I got good long looks at him and I'm 100% sure it was him.

I'm just worried that he might be purposely sleeping in his car and hard to find.  My mom thinks his family has a lot of money and that's what I always assumed since he's from Egypt and goes to USD.  His instagram paints a really nice picture of who he is but it's not a true representation of his wild side.

I'm sorry if I sound like I'm making a big deal out of nothing. I just haven't ever had this feeling with any other crazy person I know and I have met a lot of them.  I've interacted with schizos, bipolar people, people from all over the world (including several friends from the middle east), drug addicts, homeless people, millionaires, you name it and I've never felt like I just can't trust somebody no matter what they say.  The bar is really expensive and I could have sworn Mohammed had an older honda civic when I met him at his parent's diner.  I'm hypersensitive of my surroundings so I know that it was a newer car that he had with him last weekend.  I feel like he saw me so he could have gotten in his car and driven away before I noticed he was there but instead he walked around and rummaged through the trunk so I just felt like he wanted me to see him (which I know seems irrelevant but it was just a weird feeling I got).

The guy I thought the school was talking about sleeping in his car at one point is James Jankowski and he was reported to the deans for erratic behavior as well although I think he's just mentally ill.  We've seen a few other kids have psychotic breaks so we are very observant because although all law students are a little weird, the extra weird ones stand out.

Sorry if I'm a bother this has just been eating away at me since he told me because I was afraid things would get weird and with all the strange stuff going on around the country I'm getting more afraid.  I'm noticing everything out of the norm and I even emailed DPS at school about this old white guy with a red altima parked in the dean's spot right but the law school yesterday.  He caught me off guard on my way to class b/c I was shook up from feeling sorry for Mohammed.  This guy has been in the same spot at the same time I have been going to class the past few days and every time I've passed him he's looked away and shifted around.  I thought he was a professor so I smiled at him on my way to class yesterday and he yelled after me and asked which class I was heading to.  When I said PR with Muth he asked what PR was.  I said professional responsibility and he asked how it was going and I said good it's the last day.  He's not a law professor b/c they know what PR is and the girl who sits next to me in class was walking up late with me so I asked if she's ever seen him there and she said the same thing I thought - he's been there in the same spot everyday the past few days but we don't remember ever seeing him around before that.

I emailed DPS and came downstairs to talk to them at our break.  The officer was zooming around the parking lot but said it sounds like a guy they know who hangs out in the library sometimes and used to work there (if it's the same guy he's thinking of).  It was just weird because the officer seemed eager to find him like the guy shouldn't have been around the law school.  I know that sounds silly and irrelevant but that's just an example of how scared and hypersensitive I am right now.

I'm taking what you said to heart and I will apply to be AUSA or FBI ASAP.

Thank you so much for protecting us and please let me know if you find out anything new so I can either relax or help you find what you need.  I hope they are going to have extra security at the bar next week.

Tiffany

---

**Tiffany Dehen** <tiffany.dehen@gmail.com>                              Thu, Jul 21, 2016 at 1:12 PM
To: Lili Dehen <ldehenaz@gmail.com>

Begin forwarded message:

**From:** "Milks, Charles" <Charles.Milks@sdsheriff.org>
**Subject: Remain Calm and Study On..**
**Date:** July 21, 2016 at 12:52:39 PM PDT
**To:** 'Tiffany Dehen' <tiffany.dehen@gmail.com>

[Quoted text hidden]

**Tiffany Dehen** <tiffany.dehen@gmail.com>                               Sat, Jul 23, 2016 at 8:06 PM
To: "Milks, Charles" <Charles.Milks@sdsheriff.org>

Hi Chuck,

Thank you very much I appreciate it! I just want to tell you I received a weird card in the mail today that was mailed
July 15. It's blank and has a weird sticker. Do you think there could be a connection? I've asked all my friends if they
mailed me something and so far they've all said no and think it's weird there's no return address.

Sent from my iPhone

> On Jul 21, 2016, at 12:52 PM, Milks, Charles <Charles.Milks@sdsheriff.org> wrote:
>
> Good Afternoon.  Thank you for your email.  I spoke with Captain Kawahara at the USD Office of Public Safety
earlier today regarding the information you shared.  Be assured that the information and circumstances concerning
Mohammed and Kevin have been and continue to be monitored and investigated.  With all confidence I reassure you
that the personal safety of yourself and the students and staff at USD continue to be a priority.  No information I have
seen to date indicates that your personal safety is at risk by any of the listed persons.  Thank you for sharing the
information me yesterday about the social media and first hand statements.
>
> My initial recommendation yesterday and remains today, that you continue to concentrate your attentions and
efforts to your JD studies and not let the inflammatory rhetoric posted on social media cause excessive concern.  In
plain colloquial terminology,   Remain Calm, We Got This...
>
> Have a great week and do well on your final JD efforts.
>
>
> Chuck Milks, Detective / Taskforce Officer CT-1
> San Diego Joint Terrorism Taskforce
> 10385 Vista Sorrento Pkwy, San Diego, CA 92121
> Desk: 858-495-8545
> Cell: 619-241-5819
>
>
>
> -----Original Message-----
> From: Tiffany Dehen [mailto:tiffany.dehen@gmail.com]

> Sent: Thursday, July 21, 2016 10:38 AM
> To: Milks, Charles
> Subject: Update
>
> Hi Chuck.
>
> I was starting to feel bad yesterday because of what you said about Mohammed sleeping out of his car. I felt sorry for him, but then I just can't shake this feeling. Mohammed is a wild card and I've been surprised by his actions and outbursts in the past.
>
> I just can't leave it alone it's consuming my mind because I feel like something is not right. Especially the fact that he's been sleeping out of his car. When I talked to him about where he lived a while ago I remember I got confused because I didn't get what he was saying. I always ask everyone what part of town they live in especially around school events and he told me like two different things so I remember being confused.
>
> I have never in my life felt this scared in everyday life. It doesn't just all seem like coincidence. When my neighbors said they saw him sitting in his car they said they walked over to the car and thought it was weird b/c the car was running and the windows were fogged up and he was just like sitting in there at 6 a.m. When I came outside he tried so hard to avoid eye contact with me and keep his head turned away from me but I got good long looks at him and I'm 100% sure it was him.
>
> I'm just worried that he might be purposely sleeping in his car and hard to find. My mom thinks his family has a lot of money and that's what I always assumed since he's from Egypt and goes to USD. His Instagram paints a really nice picture of who he is but it's not a true representation of his wild side.
>
> I'm sorry if I sound like I'm making a big deal out of nothing. I just haven't ever had this feeling with any other crazy person I know and I have met a lot of them. I've interacted with schizos, bipolar people, people from all over the world (including several friends from the middle east), drug addicts, homeless people, millionaires, you name it and I've never felt like I just can't trust somebody no matter what they say. The bar is really expensive and I could have swom Mohammed had an older honda civic when I met him at his parent's diner. I'm hypersensitive of my surroundings so I know that it was a newer car that he had with him last weekend. I feel like he saw me so he could have gotten in his car and driven away before I noticed he was there but instead he walked around and rummaged through the trunk so I just felt like he wanted me to see him (which I know seems irrelevant but it was just a weird feeling I got).
>
> The guy I thought the school was talking about sleeping in his car at one point is James Jankowski and he was reported to the deans for erratic behavior as well although I think he's just mentally ill. We've seen a few other kids have psychotic breaks so we are very observant because although all law students are a little weird, the extra weird ones stand out.
>
> Sorry if I'm a bother this has just been eating away at me since he told me because I was afraid things would get weird and with all the strange stuff going on around the country I'm getting more afraid. I'm noticing everything out of the norm and I even emailed DPS at school about this old white guy with a red altima parked in the dean's spot right but the law school yesterday. He caught me off guard on my way to class b/c I was shook up from feeling sorry for Mohammed. This guy has been in the same spot at the same time I have been going to class the past few days and every time I've passed him he's looked away and shifted around. I thought he was a professor so I smiled at him on my way to class yesterday and he yelled after me and asked which class I was heading to. When I said PR with Muth he asked what PR was. I said professional responsibility and he asked how it was going and I said good it's the last day. He's not a law professor b/c they know what PR is and the girl who sits next to me in class was walking up late with me so I asked if she's ever seen him there and she said the same thing I thought - he's been there in the same spot everyday the past few days but we don't remember ever seeing him around before that.
>
> I emailed DPS and came downstairs to talk to them at our break. The officer was zooming around the parking lot but said it sounds like a guy they know who hangs out in the library sometimes and used to work there (if it's the same guy he's thinking of). It was just weird because the officer seemed eager to find him like the guy shouldn't have been around the law school. I know that sounds silly and irrelevant but that's just an example of how scared and hypersensitive I am right now.
>

> I'm taking what you said to heart and I will apply to be AUSA or FBI ASAP.
>
> Thank you so much for protecting us and please let me know if you find out anything new so I can either relax or help you find what you need.  I hope they are going to have extra security at the bar next week.
>
> Tiffany
>
>

**5 attachments**



**image1.JPG**
**1371K**



**image2.JPG**
**1296K**



**image3.JPG**
**1167K**



**image4.JPG**
1059K



**image5.JPG**
998K

---

**Milks, Charles <Charles.Milks@sdsheriff.org>**
To: Tiffany Dehen <tiffany.dehen@gmail.com>

Mon, Jul 25, 2016 at 7:10 AM

Good Morning Tiffany,

Thank you for sending me the email with the photographs of the card you received.  Yes, that is unusual but I have no information that would lead me to believe that the card was sent from or by either of the persons we spoke about. However, what you should do is handle the card and envelope as little as possible and place the items into a large envelope or plastic bag.  Packaging the items  will aid in keeping any trace evidence uncontaminated should analysis become necessary.

I received an email from your mother regarding a concern for your welfare and safety.  I cannot respond or discuss the assessment with her, but thank her for the email and convey that I understand her concern.  Our assessment continues, I will keep you updated if and when anything significant occurs or is discovered.

Do well with your finals tomorrow and let me know if you receive any additional unusual mail or notes.

Thanks,  Chuck Milks

-----Original Message-----
From: Tiffany Dehen [mailto:tiffany.dehen@gmail.com]
[Quoted text hidden]

---

**Tiffany Dehen <tiffany.dehen@gmail.com>**
To: Lili Dehen <ldehenaz@gmail.com>

Mon, Jul 25, 2016 at 10:13 AM

I TOLD YOU NOT TO EMAIL HIM. IF YOU CANT CONTAIN YOURSELF I WILL SANCTION YOU AND CUT YOU OFF.

Sent from my iPhone

Begin forwarded message:

**From:** "Milks, Charles" <Charles.Milks@sdsheriff.org>
**Date:** July 25, 2016 at 7:10:48 AM PDT
**To:** 'Tiffany Dehen' <tiffany.dehen@gmail.com>
**Subject: RE: Remain Calm and Study On..**

[Quoted text hidden]

Tiffany Dehen <tiffany.dehen@gmail.com>                                    Wed, Feb 1, 2017 at 8:32 PM
To: "Milks, Charles" <Charles.Milks@sdsheriff.org>

Hi chuck,

I wanted to let you know I filed a federal defamation lawsuit today in US district court regarding the Twitter account
@tiffanydehen pretending to be me on Twitter. I think it's a USD student because one of the photos they used to add
my swastika headband is my profile photo on LinkedIn (not posted on Facebook or Twitter from what I remember) and
LinkedIn shows two people from Usd viewed my LinkedIn account last week but doesn't show me the names. A fake
Facebook account by the name of Leslie smith added me on Facebook so I confirmed to see who it was and then
thought it was fake so I defriended. She then refriended me and I sent a message saying I didn't recognize her by
name and asked if we met before. Then I realized the Twitter account after and went back to check her and the
account is deactivated.

I have been scared for my safety because I feel like there's a possibility this situation is linked with the prior situation.
I'm working on finding a new apartment to move to.

I wanted to act quickly to get the suit filed and gather the evidence before it disappeared for my civil case because I
can't afford to hire my own attorney yet so I had to file pro se. I got in a car accident on the way to court as well so it's
been a hectic day (I am okay and got checked at the ER just to be safe).

Can you please call me some time tomorrow so I can explain on the phone?

I changed my phone number recently to 858-262-0052.

Thank you!!!! (And happy 2017 woohoo!)

Tiffany Dehen

Sent from my iPhone

On Jul 25, 2016, at 7:10 AM, Milks, Charles <Charles.Milks@sdsheriff.org> wrote:

postmaster@sdsheriff.org <postmaster@sdsheriff.org>                         Wed, Feb 1, 2017 at 8:32 PM
To: tiffany.dehen@gmail.com

## Delivery has failed to these recipients or groups:

Milks, Charles (Charles.Milks@sdsheriff.org)
The recipient's mailbox is full and can't accept messages now. Please try resending this message later, or contact the
recipient directly.

```
X-Received: by 10.157.36.138 with SMTP id 210mr291886lota.7.1486009950950;
        Wed, 01 Feb 2017 20:32:30 -0800 [PST]
Return-Path: <tiffany.dehen@gmail.com>
Received: from [192.168.1.201] (172-7-166-107.lightspeed.sndgca.sbcglobal.net.
  [172.7.166.107])        by smtp.gmail.com with ESMTPSA id
  t11sm11775626ott.9.2017.02.01.20.32.30        for
  <Charles.Milks@sdsheriff.org>        (version=TLS1
  cipher=ECDHE-RSA-AES128-SHA bits=128/128);        Wed, 01 Feb 2017 20:32:30
  -0800 [PST]
From: Tiffany Dehen <tiffany.dehen@gmail.com>
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable
MIME-Version: 1.0 (1.0)
Subject: Re: Remain Calm and Study On..
Message-ID: <228E2989-DB2A-415C-A304-4AFED748BBC7@gmail.com>
Date: Wed, 1 Feb 2017 20:32:29 -0800
References: <FAE0A72CB41DD545B8DE3B0B1441BB192F8013FA@MXMBCOC01.sdsheriff.com> <46C2DCCD-
EB49-48FA-91E9-211349E6CAFF@gmail.com> <FAE0A72CB41DD545B8DE3B0B1441B
B192F8D2780@MXMBCOC01.sdsheriff.com>
In-Reply-To: <FAE0A72CB41DD545B8DE3B0B1441BB192F802780@MXMBCOC01.sdsheriff.com>
To: "Milks, Charles" <Charles.Milks@sdsheriff.org>
X-Mailer: iPhone Mail (13G36)
X-TM-AS-MML: disable
X-TM-AS-Product-Ver: SMEX-10.2.0.1135-8.000.1202-22860.004
X-TM-AS-Result: No--27.306700-8.000000-31
X-imss-scan-details: No--27.307-4.5-31-10
X-TMASE-MatchedRID: GCgf9vSKjhKtHGjt+4ePLu5i6weAmSDK7euC4Hkicfv82pr+dR4Z9XdA
  dWARkV3pjG+cLC15JM/ANNz/AzARwec/ZGDhY0091UgQqGVMqmyRay+gZzBt0Vvo8Fsqar5SH4N
  LANR09sbJKh4n7xKGi0DuJ0oQqevBsaYKl6IqtKG2RdcC5o95ameCuKOf7fbl9HlGfo0uvY67CG
  rJz6r8kNd1MsluX8gIKo/xPG4Qbtd/abZSAFrQxxJE8Abn+GRbRp6kXlZNcl4fXTnoga3gdetyR
  cAqMBDb1JdwDaRvjXkgDcG4U0AQa9Uwl/tLV+ezBEfU2vuqRF1d7K6NvtpeDHjwkzrYHfhDoegC
  pjSy3UN5G990Jytbn9L6cP1QA0mRH4V28NLwG9omtTGirqG/n30tCXdnhB58L2/HOA92GSTPVhG
  ikh7L746HM5rqDwqtlExlQIQeRG0=
X-TM-AS-User-Approved-Sender: No
X-TM-AS-User-Blocked-Sender: No


Final-Recipient: rfc822;Charles.Milks@sdsheriff.org
Action: failed
Status: 5.2.2
Diagnostic-Code: smtp;554-5.2.2 mailbox full
 554 5.2.2 STOREDRV.Deliver.Exception:QuotaExceededException.MapiExceptionShutoffQuotaExceeded; Failed to
process message due to a permanent exception with message Cannot open mailbox /o=sdsheriff/ou=Exchange
Administrative Group (FYDIBOHF23SPDLT)/cn=Configuration/cn=Servers/cn=MXMBCOC01/cn=Microsoft System
Attendant. 16.55847:92000000, 17.43559:00000000200100000000000000F000000000000000, 255.23226:2D140000,
255.27962:FE000000, 255.17082:DD040000, 0.26937:00000000, 4.21921:DD040000, 255.27962:FA000000,
255.1494:0F010480, 255.26426:FE000000, 0.22086:0F010480, 0.25876:0F010480, 4.7588:0F010480,
0.25840:0F010480, 4.6564:0F010480, 0.56333:0F010480, 4.6372:05000780, 0.24824:0F010480, 4.4740:05000780,
4.5721:DD040000, 4.6489:DD040000, 0.34743:0F010480, 4.2199:DD040000, 0.56415:0F010480,
4.48223:DD040000, 4.17097:DD040000, 4.8620:DD040000, 255.1750:0F010480, 0.26849:0F010480,
255.21817:DD040000, 0.26297:00000000, 4.16585:DD040000, 0.32441:0F010480, 4.1706:DD040000,
0.24761:0F010480, 4.20665:D
 D040000, 0.25785:00000000, 4.29881:DD040000
X-Display-Name: Milks, Charles


--------- Forwarded message ---------
```

From: Tiffany Dehen <tiffany.dehen@gmail.com>
To: "Milks, Charles" <Charles.Milks@sdsheriff.org>
Cc:
Bcc:
Date: Wed, 1 Feb 2017 20:32:29 -0800
Subject: Re: Remain Calm and Study On..

Hi chuck,

I wanted to let you know I filed a federal defamation lawsuit today in US district court regarding the Twitter account @tiffanydehen pretending to be me on Twitter. I think it's a USD student because one of the photos they used to add my swastika headband is my profile photo on LinkedIn (not posted on Facebook or Twitter from what I remember) and LinkedIn shows two people from Usd viewed my LinkedIn account last week but doesn't show me the names. A fake Facebook account by the name of Leslie smith added me on Facebook so I confirmed to see who it was and then thought it was fake so I defriended. She then refriended me and I sent a message saying I didn't recognize her by name and asked if we met before. Then I realized the Twitter account after and went back to check her and the account is deactivated.

I have been scared for my safety because I feel like there's a possibility this situation is linked with the prior situation. I'm working on finding a new apartment to move to.

I wanted to act quickly to get the suit filed and gather the evidence before it disappeared for my civil case because I can't afford to hire my own attorney yet so I had to file pro se. I got in a car accident on the way to court as well so it's been a hectic day (I am okay and got checked at the ER just to be safe).

Can you please call me some time tomorrow so I can explain on the phone?

I changed my phone number recently to 858-262-0052.

Thank you!!!! (And happy 2017 woohoo!)

Tiffany Dehen

Sent from my iPhone

On Jul 25, 2016, at 7:10 AM, Milks, Charles <Charles.Milks@sdsheriff.org> wrote:

EXHIBIT 133



page 275

EXHIBIT 133



Please call or email me. I have a question for you.

Thank you.

page 276



From: **Tiffany Dehen** tiffany.dehen@gmail.com
Subject: Hi!
Date: December 2, 2016 at 12:06 PM
To: Ted Sichelman tsichelman@sandiego.edu

Hi Professor Sichelman,

Who would've thought last year when I was bugging you in office hours about the economy all of that would have happened?! And it hasn't required any nukes yet!

Just want to let you know that I haven't given up my website idea and I thought you would find it funny that since I spoke with you I have found out that I have been friends with Steve Bannon's nephew since high school (super nice people) and Joe Biggs from Infowars accepted my friend request on Facebook yesterday and officially made my day when he shared my post today. OH AND I met Dinesh D'Souza last week and I asked him if he was working on the publishing industry. He said he wasn't able to crack it but I asked where to start and he said Cynthia Dunbar. It's a start!

My friend from AZ is going to help me get my website up and running and I'm going for it. I have an idea about what kinds of products to feature for click marketing. Oh and if I ever meet our President Elect Donald Trump I hope it's okay with you if I recommend you as someone to speak to on patent policy if he hasn't reached out to you already? I have a feeling I will meet him eventually and I think he would really want to hear your thoughts on how he could influence the patent laws. I struggled last year w/the whole Mo thing and followed Trump closely b/c I almost thought he was too good to be true but I think he's for real.

I've been meaning to stop by and say hi but I figure you are always busy and the best news is I'm not scared any more. The FBI actually came to my house to interview me and I got a blank card in the mail right after that (and some weird sketchy CIA looking old man was randomly outside of the law school the week the FBI interviewed me and tried to engage a conversation w/me the day I met w/the FBI it was weird). But I feel a lot better and nothing else weird happened. Talk about some law school drama. The agent asked me to work w/the FBI or be an AUSA at least 4 times throughout our conversation. That would be super interesting but I want to try to crack the publishing industry first as Dinesh called it.

Thanks for everything,
Tiffany

*Twitter account @Tiffany Dehen
January 2017*

*— Exhibits from initial rushed filing in District Court*

EXHIBIT 1



# MAKE AMERICA
# GRATE AGAIN

| 24 | 20 | 3 | 10 | | Follow |

**Tweets**  Tweets & replies  Media

**Tiffany Dehen**

ONLY WHITE PEOPLE DESRVE BENEFITS!
arnerica should be great to win i no
knowledge of it! #MakeAmericaGreatAgain
@POTUS @realDonaldTrump

**Tiffany Dehen**

Parody account. Fiction and political
satire about Republican white women.

Praying for America

Joined January 2017

EXHIBIT 2

Joined January 2017






knowledge of it! #MakeAmericaGreatAgain
@POTUS @realDonaldTrump

**Thomas Kline**
Hey DGU & Whites, welcome back to the real America where you get fired for
screwing up like the rest of us. #Obama's Country Club is closed.






**Tiffany Dehen**
We don't need a justice department! fuck
impartiality! #MakeAmericaGreatAgain

**DRUDGE REPORT**
TRUMP TITLES ACTING ATTORNEY GENERAL by NARY NST

**Tiffany Dehen**
That's right. Tiffany surdved. we should just get rid of all those
countries that aren't america! #AmericaFirst 4America1stOnly

**Tiffany Dehen J.D.**
THIS IS HEINOUS. What morons I wish we could not deal with countries
who are so stupid. twitter.com/drudge_report/...

Who to follow · Refresh · View all

**Sarah Kalen**
Follow



**Jessica Proud**
Star Medam

Follow

## EXHIBIT 3




Sarah Killen


Jessica Proud

Kevin Curry


**Tiffany Dehen**

We don't need a justice department! fuck impartiality! #MakeAmericaGreatAgain

DRUDGE REPORT
TRUMP FIRES ACTING ATTORNEY GENERAL


**Tiffany Dehen**
That's right @tiffanysundevil we should just get rid of all those countries that aren't america! #AmericaFirst #AmericaFirstOnly

**Tiffany Dehen J.D.**
THIS IS RIDICULOUS. What morons. I wish we could not deal with countries who are so stupid. twitter.com/drudge_report/...


**Tiffany Dehen**
All ready for my job interview. Too much? #AmericaFirst #AmericaFirstOnly Help me fashion queens!!! @MELANIATRUMP @KellyannePolls





## EXHIBIT 4


Sarah Killen

Jessica Proud

Kevin Curry

Beyoncé

#NoDramaLlNC

Frederick Douglass

#wednesdaywisdom

Black History Month

Rex Tillerson

**Tiffany Dehen**
That's right, @tiffanysundevil we should just get rid of all those countries that aren't america! #AmericaFirst #AmericaFirstOnly

**Tiffany Dehen J.D.**
THIS IS RIDICULOUS. What morons. I wish we could not deal with countries who are so stupid. twitter.com/drudge_report/...

**Tiffany Dehen**
All ready for my job interview. Too much??? #AmericaFirst #AmericaFirstOnly Help me fashion queens!!! @MELANIATRUMP @KellyannePolls




**Tiffany Dehen**
Here's my mom and her bible study sisters

EXHIBIT 5



EXHIBIT 6



**Tiffany Dehen**

Here's my mom and her bible study sisters being saved from an evil Muslim palace. If I'm not her spitting image... GO TRUMP GO! @POTUS




**Tiffany Dehen**

I'm so excited for my audition for TV! I can't wait to make America proud!



## EXHIBIT 7

**Tiffany Dehen**

I'm so excited for my audition for TV! I can't wait to make America proud! #MakeAmericaGreatAgain #AmericaFirst #AmericaFirstOnly @POTUS

BRAVO's The Real Housewives of Nazi-Occupied Russian Territory Formerly Known as America

*twirls*

"If he's not Aryan, we're not marryin'!"




## EXHIBIT 8





**Tiffany Dehen**
Fuck throwing this dog off a cliff, Ima eat him instead! What a snowflake libtard. #MakeAmericaGreatAgain Animals don't deserve extra rights!



EXHIBIT 9





**Tiffany Dehen**
Fuck throwing this dog off a cliff, Ima eat him instead! What a snowflake libtard. #MakeAmericaGreatAgain Animals don't deserve extra rights!



EXHIBIT 10



## EXHIBIT 11



**Tiffany Dehen**
I agree with @SpeakerRyan do what you can to keep them Jews out of our Christian country!! #AmericaFirst #MakeAmericaGreatAgain #MuslimBan



**Paul Ryan**
RT if you agree — It's time to rebuild our partnership with Israel and reaffirm our commitment to her security.



**Tiffany Dehen**
CNN is fake news! Serena won the Australian open!



**CNN Breaking News**
Roger Federer beats Rafael Nadal in a five-set match in the Australian Open Men's final winning his 18th grand slam. cnn.it/2klbjmk



**Tiffany Dehen**
That'll teach them terrorist saudis!
#MuslimBan #MakeAmericanGreatAgain

## EXHIBIT 12

 **Tiffany Dehen**
CNN is fake news! Serena won the Australian open!

 **CNN Breaking News**
Roger Federer beats Rafael Nadal in a five-set match in the Australian Open Men's Final winning his 18th grand slam. cnn.it/2kHdmx

 **Tiffany Dehen**
That'll teach them terrorist saudis! #MuslimBan #MakeAmericaGreatAgain my hero! @POTUS @realDonaldTrump



## EXHIBIT 13

 **Tiffany Dehen**
That'll teach them terrorist saudis! #MuslimBan #MakeAmericaGreatAgain my hero! @POTUS @realDonaldTrump



 **Tiffany Dehen**
Why do the gays hate this hat? I thought they all liked fashion! #snowflakes #EndSpecialInterests #ReligiousFreedom #MakeAmericaGreatAgain



EXHIBIT 14



EXHIBIT 15



**EXHIBIT 16**

**Tiffany Dehen**
Saving myself for marriage! My man knows
we can have sex 3 times: honeymoon,
Trump's reelection, & jesus 2nd coming!
#MakeAmericaGreatAgain



**EXHIBIT 17**



**EXHIBIT 18**





**EXHIBIT 19**



**EXHIBIT 20**

 Tiffany Dehen
Donated some eggs today! Don't know why
sept they told me they were tax deductible!
#MakeAmericaGreatAgain



EXHIBIT 21



EXHIBIT 22



**Tiffany Dehen** @tiffanydehen · Jan 29
Nothing like my own personal welcome team to Twitter. Thanks @AdolfHitlerFuhr XOXO Let's #MakeAmericaGreatAgain #tuidcakes #MuslimBan



Fuhrer welcomes you

**Tiffany Dehen** @tiffanydehen · Jan 29
Have y'all noticed the blacks are on all the magazines nowadays?
Time 4 change!! White women are the silent majority in the lamestream media



**Tiffany Dehen** @tiffanydehen · Jan 29
Just found this lovely pic of our #firstladymelania Pearl necklaces 4 every girl about time @MELANIATRUMP @POTUS



## EXHIBIT 23

**Tiffany Dehen** @tiffanydehen · Jan 29
Nothing like my own personal welcome team to Twitter. Thanks @AdolfHitlerFuhr XOXO Let's #MakeAmericaGreatAgain #tuidcakes #MuslimBan



Fuhrer welcomes you

**Tiffany Dehen** @tiffanydehen · Jan 29
Have y'all noticed the blacks are on all the magazines nowadays?
Time 4 change!! White women are the silent majority in the lamestream media



**Tiffany Dehen** @tiffanydehen · Jan 29
Just found this lovely pic of our #firstladymelania Pearl necklaces 4 every girl about time @MELANIATRUMP @POTUS #MakeAmericaGreatAgain






## EXHIBIT 24



**Tiffany Dehen**

Have y'all noticed the blacks are on all the magazines nowadays?
Time 4 change!! White women are the silent majority in the lamestream
media



**Tiffany Dehen**

Just found this lovely pic of our
#firstladymelania Pearl necklaces 4 every
girl about time @MELANIATRUMP @POTUS
#MakeAmericaGreatAgain



EXHIBIT 25





**Tiffany Dehen**

TO HELL WITH MUSLIMS WHO WANT TO BAN OUR AMERICAN
VALUES! U NEVER PUT ME IN A BURKA! #MuslimBan
#MakeAmericaGreatAgain @POTUS #BuildTheWall



EXHIBIT 26



**Tiffany Dehen**

TO HELL WITH MUSLIMS WHO WANT TO BAN OUR AMERICAN
VALUES! U NEVER PUT ME IN A BURKA! #MuslimBan
#MakeAmericaGreatAgain @POTUS #BuildTheWall



**Tiffany Dehen**

My gawd Who is that lucky lady? @POTUS
@realDonaldTrump My pastor wouldn't be
happy with my inside-outies right now?
#MakeAmericaGreatAgain

EXHIBIT 27

**Tiffany Dehen**

My gawd Who is that lucky lady? @POTUS
@realDonaldTrump My pastor wouldn't be
happy with my inside-outies right now?
#MakeAmericaGreatAgain



**Tiffany Dehen**

Me+my girls today. If you can't bring back

## EXHIBIT 32







## EXHIBIT 33





EXHIBIT 36



(1/30/17)

EXHIBIT 37

 Gmail

## Update

Tiffany Dehen <tiffany.dehen@gmail.com>                                    Thu, Jun 14, 2018 at 4:14 AM
To: Charles Milks <Charles.Milks@sdsheriff.org>
Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-lecc.org

June 14, 2018

San Diego Joint Terrorism Task Force
Attn: Detective / Task Force Officer Chuck Milks
10385 Via Sorrento Parkway
San Diego, CA 92121

Federal Bureau of Investigation
Attn: Special Agent in Charge John A. Brown
10385 Vista Sorrento Parkway
San Diego, CA 92121

Dear Detective Chuck Milks or John Brown Special Agent in Charge,

I'm not sure if you received my prior emails, as I received messages showing undeliverable, but I just wanted to check in with you regarding my case from 2016 about my USD law classmates.

My civil suit in U.S. District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG is moving forward and I wanted to check in. I recently filed the attached formal attorney complaint to the State Bar of California against Mr. Mohammed Aly.

I've been posting court filings and updates regarding my lawsuit to www.TiffanyDehen.com to keep the public updated in part due to continued fear of my personal safety.

Based on my prior experience, I am scared and fearful that Mr. Aly might retaliate and continue to fear for my personal safety. Recent revelations regarding Mr. Aly's continuous illegal behavior is alarming. Please read the following excerpt from my legal documents I am filing 06/14/2018:

Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless. *Please see* https://voiceofoc.org/tag/mohammed-aly/. Mr. Aly represents in his own words, "he's struggled with depression, experimented with drugs and suffered through being looked upon as "other" because of his Egyptian heritage and his family's Muslim faith. During his last year in law school, and for some months afterward, Aly was homeless, living in his car." Please see https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/. It is Plaintiff's position that Mr. Aly was not homeless for months and he's misrepresenting and defrauding donors/investors of the Orange County Poverty Alleviation Coalition, the State Bar of California and the public based on Plaintiff's

firsthand knowledge. *Please see* Exhibit 153.

According to the OC Weekly article, Mr. "Aly's tactics of protest and resistance led to him being arrested three times in 2017. He still faces possible trial, and jail time, on charges of resisting or impeding a peace officer – once at the river bed and a second time at the county Hall of Administration. He also was cited for pouring bleach in a pool of stagnant water beside the bike trail." *Id.*

My fear also continues to increase since not hearing from the FBI or SD Sheriff's Department regarding what I perceive to be an increasing threat, particularly after reports of the Twitter account when I met with the FBI the day after I commenced suit (02/02/2017) and the serious automobile collision I was in on 02/20/2017, which I called and notified the FBI of the following day 02/21/2017 when I could not get the San Diego Police Department to take a police report for the second day in a row, in violation of San Diego Police Department Procedure from July 14, 2016. *Please see* Section V(A) https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf.

Please be advised I am printing and mailing with tracking and signature confirmation on 06/14/2018 a copy of this email and the attachments to both the San Diego Sheriff Department and Federal Bureau of Investigation, as well as copying and pasting this email into the online F.B.I. submission form.

Can someone with the FBI please contact me with an update?

Thank you.

Best Regards,
Tiffany Dehen J.D.
tiffany.dehen@gmail.com
858-262-0052

 Bar Complaint 6.11.18.pdf
1981K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Thu, Jun 14, 2018 at 4:15 AM
To: tiffany.dehen@gmail.com

 ## Message not delivered

### Charles.Milks@sdsheriff.org

The response from the remote server was:

554 5.7.1 <Charles.Milks@sdsheriff.org>: Recipient address rejected: Access denied

Final-Recipient: rfc822; Charles.Milks@sdsheriff.org
Action: failed
Status: 5.7.1
Remote-MTA: dns; sdsheriff.org. (204.19.244.25, the server for the domain sdsheriff.org.)
Diagnostic-Code: smtp; 554 5.7.1 <Charles.Milks@sdsheriff.org>: Recipient address rejected; Access denied
Last-Attempt-Date: Thu, 14 Jun 2018 04:15:47 -0700 (PDT)

---------- Forwarded message ----------
From: Tiffany Dehen <tiffany.dehen@gmail.com>
To: Charles Milks <Charles.Milks@sdsheriff.org>
Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-lecc.org
Bcc:
Date: Thu, 14 Jun 2018 04:14:58 -0700
Subject: Update
June 14, 2018

San Diego Joint Terrorism Task Force
Attn: Detective / Task Force Officer Chuck Milks
10385 Via Sorrento Parkway
San Diego, CA 92121

Federal Bureau of Investigation
Attn: Special Agent in Charge John A. Brown
10385 Vista Sorrento Parkway
San Diego, CA 92121

Dear Detective Chuck Milks or John Brown Special Agent in Charge,

I'm not sure if you received my prior emails, as I received messages showing undeliverable, but I just wanted to check in with you regarding my case from 2016 about my USD law classmates.

My civil suit in U.S. District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG is moving forward and I wanted to check in. I recently filed the attached formal attorney complaint to the State Bar of California against Mr. Mohammed Aly.

I've been posting court filings and updates regarding my lawsuit to www.TiffanyDehen.com <http://www.tiffanydehen.com/> to keep the public updated in part due to continued fear of my personal safety.

Based on my prior experience, I am scared and fearful that Mr. Aly might retaliate and continue to fear for my personal safety. Recent revelations regarding Mr. Aly's continuous illegal behavior is alarming. Please read the following excerpt from my legal documents I am filing 06/14/2018:
Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless. Please see https://voiceofoc.org/tag/mohammed-aly/ <https://voiceofoc.org/tag/mohammed-aly/>. Mr. Aly represents in his own words, "he's struggled with depression, experimented with drugs and suffered through being looked upon as "other" because of his Egyptian heritage and his

family's Muslim faith. During his last year in law school, and for some months afterward, Aly was homeless, living in his car." Please see https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/ <https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/>. It is Plaintiff's position that Mr. Aly was not homeless for months and he's misrepresenting and defrauding donors/investors of the Orange County Poverty Alleviation Coalition, the State Bar of California and the public based on Plaintiff's firsthand knowledge. Please see Exhibit 153.

According to the OC Weekly article, Mr. "Aly's tactics of protest and resistance led to him being arrested three times in 2017. He still faces possible trial, and jail time, on charges of resisting or impeding a peace officer – once at the river bed and a second time at the county Hall of Administration. He also was cited for pouring bleach in a pool of stagnant water beside the bike trail." Id.

My fear also continues to increase since not hearing from the FBI or SD Sheriff's Department regarding what I perceive to be an increasing threat, particularly after reports of the Twitter account when I met with the FBI the day after I commenced suit (02/02/2017) and the serious automobile collision I was in on 02/20/2017, which I called and notified the FBI of the following day 02/21/2017 when I could not get the San Diego Police Department to take a police report for the second day in a row, in violation of San Diego Police Department Procedure from July 14, 2016. Please see Section V(A) https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf <https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf>.

Please be advised I am printing and mailing w
----- Message truncated -----

---

**Tiffany Dehen** <tiffany.dehen@gmail.com>                              Thu, Jun 14, 2018 at 4:15 AM
To: Charles Milks <Charles.Milks@sdsheriff.org>
Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-lecc.org

[Quoted text hidden]

📄 **Bar Complaint 6.11.18.pdf**
1981K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>              Thu, Jun 14, 2018 at 4:15 AM
To: tiffany.dehen@gmail.com

[Quoted text hidden]

Final-Recipient: rfc822; Charles.Milks@sdsheriff.org
Action: failed
Status: 5.7.1
Remote-MTA: dns; sdsheriff.org. (204.19.244.25, the server for the domain sdsheriff.org.)
Diagnostic-Code: smtp; 554 5.7.1 <Charles.Milks@sdsheriff.org>: Recipient address rejected: Access denied
Last-Attempt-Date: Thu, 14 Jun 2018 04:15:53 -0700 (PDT)

---------- Forwarded message ----------
From: Tiffany Dehen <tiffany.dehen@gmail.com>
To: Charles Milks <Charles.Milks@sdsheriff.org>
Cc: sdsheriffwebmaster@sdsheriff.org, info@sd-lecc.org

Bcc:
Date: Thu, 14 Jun 2018 04:15:25 -0700
Subject: Update
June 14, 2018

San Diego Joint Terrorism Task Force
Attn: Detective / Task Force Officer Chuck Milks
10385 Via Sorrento Parkway
San Diego, CA 92121

Federal Bureau of Investigation
Attn: Special Agent in Charge John A. Brown
10385 Vista Sorrento Parkway
San Diego, CA 92121

Dear Detective Chuck Milks or John Brown Special Agent in Charge,

I'm not sure if you received my prior emails, as I received messages showing undeliverable, but I just wanted to check in with you regarding my case from 2016 about my USD law classmates.

My civil suit in U.S. District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG is moving forward and I wanted to check in.  I recently filed the attached formal attorney complaint to the State Bar of California against Mr. Mohammed Aly.

I've been posting court filings and updates regarding my lawsuit to www.TiffanyDehen.com <http://www.tiffanydehen.com/> to keep the public updated in part due to continued fear of my personal safety.

Based on my prior experience, I am scared and fearful that Mr. Aly might retaliate and continue to fear for my personal safety.  Recent revelations regarding Mr. Aly's continuous illegal behavior is alarming.  Please read the following excerpt from my legal documents I am filing 06/14/2018:
Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless.  Please see https://voiceofoc.org/tag/mohammed-aly/ <https://voiceofoc.org/tag/mohammed-aly/>.  Mr. Aly represents in his own words, "he's struggled with depression, experimented with drugs and suffered through being looked upon as "other" because of his Egyptian heritage and his family's Muslim faith. During his last year in law school, and for some months afterward, Aly was homeless, living in his car."  Please see https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/ <https://www.ocweekly.com/santa-ana-attorney-arrested-for-protesting-displacement-of-homeless-in-riverbed-7888460/>.  It is Plaintiff's position that Mr. Aly was not homeless for months and he's misrepresenting and defrauding donors/investors of the Orange County Poverty Alleviation Coalition, the State Bar of California and the public based on Plaintiff's firsthand knowledge.  Please see Exhibit 153.

According to the OC Weekly article, Mr. "Aly's tactics of protest and resistance led to him being arrested three times in 2017.  He still faces possible trial, and jail time, on charges of resisting or impeding a peace officer – once at the river bed and a second time at the county Hall of Administration.  He also was cited for pouring bleach in a pool of stagnant water beside the bike trail."  Id.

My fear also continues to increase since not hearing from the FBI or SD Sheriff's Department regarding what I perceive to be an increasing threat, particularly after reports of the Twitter account when I met with the FBI the day after I commenced suit (02/02/2017) and the serious automobile collision I was in on 02/20/2017, which I called and notified the FBI of the following day 02/21/2017 when I could not get the San Diego Police Department to take a police report for the second day in a row, in violation of San Diego Police Department Procedure from July 14, 2016.  Please see Section V(A) https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf <https://uaptsd.files.wordpress.com/2016/11/7-02-traffic-collision-investigation.pdf>.

Please be advised I am printing and mailing w
----- Message truncated -----

# THE STATE BAR OF CALIFORNIA  CALIFORNIA
# ATTORNEY COMPLAINT FORM

Read the instructions included in this packet before filling in this form.

Please mail to:     Office of Chief Trial Counsel / Intake Dept., State Bar of California
                    845 South Figueroa Street, Los Angeles, California 90017-2515

**(1) Your contact information:**

Your name:               Tiffany L. Dehen

Your address:            1804 Garnet Avenue #239

Your city, state & zip code:   San Diego, CA 92109

Your email address:      Tiffany.Dehen@gmail.com

Your telephone numbers:

*Home*              *Work*                    *Cell* 858-282-0052

**(2) Attorney's contact information:** Please provide the name, address and telephone number of the attorney(s) you are complaining about. (NOTE: If you are complaining about more than one attorney, please use a separate form or include on a separate sheet for each attorney the information requested in items #2 through #7.)

Attorney's name:         Mohammed Wael Aly

Attorney's address:      316 Cypress Avenue

Attorney's city, state & zip code:   Santa Ana, CA 92701

Attorney's telephone number:     714-414-3736

Attorney's California bar license number: 312419

**(3)** Have you or a member of your family complained to the State Bar about this attorney previously?
Yes ☐          No ☒

**(4)** Did you employ the attorney?   Yes ☐       No ☒

If "Yes," give the approximate date you employed the attorney and the amount, if any, paid to the attorney.

Date employed:                     Amount paid (if any): $

If "No," what is your connection with the attorney(s)? Explain briefly.

Please See Addendum Mr. Aly stalked and harassed me in law school, including attempting to use phot he will adversely construct of his United States Bar disclosing that he was inside his sleeping cell. When I asked "What are his requirements?" he responded "don't be deceived." He been stalked me at my residence possibly tied to the loss of my knowledge will be subject of a criminal investigation with the Federal Bureau of Investigation. As I explain in my addendum, I commenced federal suit in United States District Court for the Southern District of California case number 17-CV-0198-LAB-WVG

(5) Include with this form (on a separate piece of paper) a statement of what the attorney(s) did or did not do that is the basis of your complaint. Please state the facts as you understand them. Do not include opinions or arguments. If you employed the attorney(s), state what you employed the attorney(s) to do. Sign and date each separate piece of paper. Additional information may be requested. (Attach copies of pertinent documents such as a copy of the fee agreement, cancelled checks or receipts, and relevant correspondence.)

(6) If your complaint is about a lawsuit, answer the following, if known:
    a. Name of court (For example, Superior Court and name of the county)

       United States District Court for the Southern District of California, San Diego County

    b. Title of the suit (For example, Smith v. Jones)

       Tiffany Dehen v. John Does 1-100, Twitter, Inc., University of San Diego, & Perkins Coie, LLP.

    c. Case number of the suit   17-CV-00198-LAB-WVG

    d. Approximate date the suit was filed   February 2017

    e. If you are not a party to this suit, what is your connection with it? Explain briefly.
       I am Pro Se Plaintiff Tiffany Dehen.

(7) Size of law firm complained about:

    ☐ 1 Attorney
    ☐ 2 – 10 Attorneys
    ☐ 11 + Attorneys
    ☐ Government Attorney
    ☒ Unknown

(8) Translation Information:   ☑ Not Applicable

If you require that the State Bar utilize formal translation services in order to process your complaint, it may delay our communications with you. Is someone available to provide translation assistance for you so that the State Bar may communicate with you in English?

Yes ☐     No ☐

If "no," state the language in which you need formal translation:

Signature _____   Date: _____6/11/18_____

Tiffany L. Dehen J.D.
1804 Garnet Avenue #239
San Diego, CA 92109
Phone: 858-262-0052
Tiffany.Dehen@gmail.com

The State Bar of California
Office of Chief Trial Counsel / Intake Dept.
845 South Figueroa Street
Los Angeles, California 90017-2515

## THE STATE BAR OF CALIFORNIA
## CALIFORNIA ATTORNEY COMPLAINT FORM ADDENDUM

TO THE STATE BAR OF CALIFORNIA:

PLEASE TAKE NOTICE that Pro Se Plaintiff Tiffany Dehen submits this
California Attorney Complaint to The State Bar of California on this the 11th day
of June, 2018 for Mohammed Wael Aly, California bar license number 312419,
license active since December 2016.

I declare under penalty of perjury that the following statement is true and
accurate:

I attended law school at the University of San Diego School of Law from
August 2013 to July 2016, with a short break in fall 2014. I allege that Mr. Aly
and I were friendly acquaintances in law school until Fall 2015 when Mr. Aly
made me feel scared and threatened due to comments he made on social media and
then in person to my face. In or around November 2015 Mr. Aly told me in person
that he was "in an ISIS Sleeper Cell," and when I asked "what does sleeping
mean?", he responded, "until I'm activated."

Mr. Aly made these comments in the presence of at least one other law
student by the name of Kevin Snow, who later called USD law students, "basic
Nazi pussy" and admitted that he was "engaging in terrorism" during what was

1

initially thought to be a psychotic break in March 2016. During the course of the school-wide disruptive scare which was reported by several students and faculty to the USD Law Administration, Department of Public Safety, San Diego Police Department, San Diego Sheriff Department, Department of Homeland Security, and Federal Bureau of Investigation and lasted for several days, I was integral in the discovery and flow of information from law students and faculty to the school administration and various law enforcement agencies.

In July 2016, Mr. Aly stalked and harassed me at my residence 4621 Lamont Street #5A, San Diego, CA 92109 the morning after I emailed a professor involved in the March 2016 events regarding Mr. Aly's prior comments, Professor Ted Sichelman. On this particular day, my next door neighbors saw Mr. Aly outside my apartment in his new Honda Accord sitting in his car at or around 6:00 a.m. and I saw Mr. Aly with his new white Honda Accord outside my apartment at or around 9:45 a.m. when I took my dog out.

San Diego Police Department responded immediately to the scene, which Mr. Aly had fled by the time they arrived. Two weeks later I received a surprise visit by the Federal Bureau of Investigation/ San Diego Sheriff Department Join Terrorism Task Force to follow up regarding the information relayed to the Federal Bureau of Investigation the morning Mr. Aly stalked me at my residence. The same week I was interviewed, I also received a blank card in the mail that I believe was written by Mr. Aly and sent as further unlawful harassment and intimidation.

The officer to whom I spoke with at length for hours assured me he would investigate further. During our meeting the officer told me at that point in time his patrol had seen Mr. Aly sleeping out of his new car on a couple of occasions. I allege that I saw Mr. Aly with an older Honda Civic in Spring 2015, which was different from the newer White Honda Accord he was with in Summer 2016 confirmed by the officer to whom I met.

In late January 2017 an unlawful Twitter account was created in my true and legal name @TiffanyDehen impersonating me. At this point in time Twitter has

2

not provided me any identifying information pertaining to John Does 1-100 responsible for the Twitter account, but I believe due to the direct evidence available to me at this time that Mr. Aly and Mr. Snow are responsible for the unlawful terroristic Twitter account.

Directly due to Mr. Aly's actions, I have damages to show after he made the terroristic comments to me at law school in Fall 2015, again after his friend Mr. Snow terrorized me and my classmates and professors at USD in March 2016, which I think Mr. Aly was related to, again after Mr. Aly stalked me in July 2016, after I discovered the unlawful Twitter account starting at the end of January 2017, and all the damages that have accrued since, including, but not limited to, two automobile collisions. The first I was on my way to Federal Court in San Diego to commence suit as soon as possible to get the information on federal record out of continued fear for my physical safety. The second collision I believe to be intentionally related to the federal lawsuit which I commenced in United States District Court for the Southern District of California Case Number: 17-CV-00198-LAB-WVG for causes of action related to the illegal actions mentioned herein. I also had no choice but to postpone the California Bar Exam for at least three exams thus far due to the injuries sustained by Mr. Aly's unlawful terroristic behavior.

Mr. Aly is mentally and emotionally unstable and unfit to practice law, as I relayed to the Federal Bureau of Investigation in July 2016. Mr. Aly had several outbursts related to Islam and homelessness in the small Civil Rights class I had with him taught by Professor Roy Brooks. At the time the FBI interviewed me, the officer revealed the information that Mr. Aly had been sleeping out of his car on a couple of occasions according to his patrol officers. Even after hearing of this information, I do not believe Mr. Aly was homeless. I met the General Manager of the diner which Mr. Aly's parents purchased to turn into a Middle Eastern restaurant in El Cajon in Spring 2015, who is a witness to my previous acquaintanceship with Mr. Aly. Mr. Aly had a brand new Honda Accord in 2016 and seemed to have significant funds from an unknown source. Sleeping a couple

3

of days in a car does not qualify one to be homeless, so I further allege Mr. Aly is misrepresenting to the bar, the legal community, and the public.

Mr. Aly has had several run ins with the law during and since law school. Please see attached case summaries, including one for Case Number 17CM02618 including two counts of resisting public or peace officer with violation dates of 02/08/2017 and 09/12/2017 and one count of trespass on 02/08/2017.

Mr. Aly currently represents that he is a local attorney in Orange County, California and founder of Orange County Poverty Alleviation Coalition advocating on behalf of the homeless. Please see https://voiceofoc.org/tag/mohammed-aly/. Mr. Aly represents that he was homeless during his last year in law school and for months afterwards. Please see https://www.ocregister.com/2017/12/28/most-influential-2017-mohammed-aly-fights-loudly-for-the-homeless/. Mr. Aly was arrested three times in 2017 and cited for "pouring bleach in a pool of stagnant water beside the bike trail." Id.

In sum, Mr. Aly told me, a fellow female law student whom he then harassed and intimidated in a terroristic manner that he was an enemy combatant of the United States of America, in violation of the United States Constitution Article III Section III. Mr. Aly openly declared to be a part of a terrorist organization who declared war on the United States of America.

For information relating to the civil case I commenced in United States District Court, please look up all filings on Pacer.Gov related to case number 17-CV-00198-LAB-WVG. The Honorable Judge Larry Allan Burns is now residing over the case after the Honorable Judge Roger T. Benitez recused himself. As of the date of this filing, my Second Amended Complaint is filed and on record.

For easy access to view all my case documents, please see my website www.TiffanyDehen.com. I am an American citizen who has suffered substantial actual harm for which I am seeking monetary damages in a court of law. When Twitter provides information proving Mr. Aly to be connected to John Does 1-100

4

in Tiffany Dehen v. John Does 1-100, Twitter, Inc., University of San Diego, LLP and Perkins Coie, LLP, I intend to add Mr. Aly as a defendant personally.

Please contact me for additional information which I will provide under sworn statement penalty of perjury. I am currently studying for the California Bar Examination and still attempting to complete my application to the California State Bar, after extensive delay due to injuries sustained from Mr. Aly's illegal conduct.

**Dated: June 11, 2018**

Respectfully submitted,

Tiffany L. Dehen

1804 Garnet Avenue, #239

Pacific Beach, CA 92109

Tel. 858-262-0052

Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

5

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on June 11, 2018 by express delivery with signature confirmation, postage pre-paid, to the State Bar of California with UPS Ground.

Dated June 11, 2018

Tiffany L. Dehen

Pro Se Plaintiff.

6

# Case Summary

**Case Number:** 17CM02518
**OC Pay Number:** 9086824
**Originating Court:** Central
**Defendant:** Aly, Mohammed Wael
**Demographics:**

> Eyes:       Brown
> Hair:       Black
> Height(ft/in) : 5'7"
> Weight (lbs): 144

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Ali | Mohammed | Wael | Court True Name |

**Case Status:**

> Status:              Open
> Case Stage:          Entered
> Release Status:      Released on Own Recognizance
> Warrant:             N
> DMV Hold :           N
> Charging Document:   Complaint
> Mandatory Appearance: Y
> Owner's Keep:        N
> Amendment #:         1

**Counts:**

| Seq S/A | | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 02/08/2017 | 148(a)(1) PC | M | Resisting public or peace officer | NOT GUILTY | 10/20/2017 | Dismissed | 04/20/2018 |
| 2 | 0 | 09/10/2017 | 148(a)(1) PC | M | Resisting public or peace officer | NOT GUILTY | 10/20/2017 | Dismissed | 04/20/2018 |
| 3 | 0 | 02/08/2017 | 602(l) PC | M | Trespass : occupy property without consent | GUILTY | 04/20/2018 | Pled Guilty | 04/20/2018 |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Retained Attorney | | RETA | Nicol, Ricardo A. III | | |
| Public Defender | | OCPD | Deputy Public Defender, | | |
| District Attorney | | OCDA | Hernandez, Denise | | |
| District Attorney | | OCDA | Hudson, Jeremy | | |
| District Attorney | | OCDA | Levy, Elias | | |
| Public Defender | | OCPD | Wynn, Justin | | |
| Alternate Defender | | ALTD | Johnson, Stephanie D | | |

**Scheduled Hearing:**

| Date | Hearing Type - Reason | Courtroom |
|---|---|---|
| 04/19/2019 | Sentencing | C60 |

**Heard Hearings:**

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 03/08/2017 | Arraignment - | C64 | Heard | Waives arraignment today |
| 03/19/2017 | Arraignment - | C64 | Cancel | |
| 03/19/2017 | Arraignment - | C64 | Heard | General Time Waiver |
| 07/14/2017 | Pre Trial - | C47 | Cancel | |
| 07/14/2017 | Pre Trial - | C36 | Heard | General Time Waiver |
| 08/25/2017 | Pre Trial - | C47 | Cancel | |
| 08/25/2017 | Pre Trial - | C52 | Heard | waives statutory time for |
| 09/27/2017 | Pre Trial - | C56 | Heard | General Time Waiver |
| 10/20/2017 | Pre Trial - | C47 | Cancel | |
| 10/20/2017 | Pre Trial - | C30 | Heard | General Time Waiver |
| 10/23/2017 | Jury Trial - | C47 | Cancel | |
| 12/01/2017 | Pre Trial - | C47 | Cancel | |
| 12/01/2017 | Pre Trial - | C56 | Heard | Waives arraignment today |
| 12/01/2017 | Pre Trial - | C56 | Heard | waives statutory time for |
| 01/12/2018 | Pre Trial - | C47 | Cancel | |
| 01/12/2018 | Pre Trial - | C46 | Heard | Waives arraignment today |
| 01/12/2018 | Pre Trial - | C46 | Heard | waives statutory time for |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/09/2018 Pre Trial - | | C47 | Heard | | General Time Waiver | |
| 03/22/2018 Pre Trial - | | C47 | Heard Cancel | | | |
| 03/22/2018 Pre Trial - | | C50 | Heard | | | |
| 04/12/2018 Jury Trial - | | C47 | Cancel | | General Time Waiver | |
| 04/12/2018 Jury Trial - | | C5 | Heard | | | |
| 04/12/2018 Jury Trial - | | C5 | Heard | | Time Waiver Revoked | |
| 04/20/2018 Pre Trial - | | C60 | Heard | | waives statutory time for | |
| 04/20/2018 Pre Trial - | | C60 | Heard | | waives statutory time for | |
| 04/20/2018 Pre Trial - | | C60 | Heard | | Waives arraignment today | |
| 04/23/2018 Jury Trial - | | C5 | Cancel | | waives statutory time for | |

**Bonds:**

| Bail Date | Post Amount | Bondsman | Bondsman Address | Surety | Surety Address | | Details | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Action | Action Date | Amount |
| 02/09/2017 | 500.0 | Aladdin Bail Bonds | null | Seaview Insurance Company | null | Active | 02/09/2017 | 500 |
| | | | | | | FORFEITED | 09/22/2017 | 500 |
| | | | | | | Reopened | 09/22/2017 | 500 |
| | | | | | | Exonerated | 09/22/2017 | 500 |

# Case Summary

Case Number: CM2261755
DC Pay Number: 9239016
Originating Court: West
Defendant: Aly, Mohammed Wael

**Demographics:**

| | |
|---|---|
| Eyes: | Brown |
| Hair: | Black |
| Height(ft/in) : | 5'7" |
| Weight (lbs): | 165 |

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Aik | Mohammed | Wael | Court True Name |

**Case Status:**

| | |
|---|---|
| Status: | Open |
| Case Stage: | Filed with court |
| Release Status: | Released on Own Recognizance |
| Warrant: | N |
| DMV Hold : | N |
| Charging Document: | Citation |
| Mandatory Appearance: | N |
| Owner's Resp.: | N |
| Amendment #: | 0 |

**Counts:**

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | D | 08/04/2017 | 4000(a)(1) VC | 1 | No evidence of current registration | | | | |
| 2 | D | 08/04/2017 | 16028(a) VC | 1 | Failure to provide proof of financial responsibility | | | | |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Retained Attorney | | RETAT | Ryckill, Ricardo A. III | | |
| Law Enforcement Officer | 645 | CM | Garcia, M | | |

**Scheduled Hearing:**

| Date | Hearing Type - Reason | Courtroom |
|---|---|---|
| 04/19/2019 | Arraignment - | C60 |

**Heard Hearings:**

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 09/14/2017 | Arraignment - | M1 | Heard | |
| 11/01/2017 | Arraignment - | C42 | Cancel | |
| 12/01/2017 | Arraignment - | C56 | Heard | |
| 12/01/2017 | Arraignment - | C56 | Heard | Waives arraignment today |
| 01/12/2018 | Arraignment - | C47 | Cancel | Waives statutory time for |
| 01/12/2018 | Arraignment - | C46 | Heard | |
| 02/09/2018 | Arraignment - | C47 | Heard | Waives statutory time for |
| 02/09/2018 | Arraignment - | C52 | Cancel | Waives arraignment today |
| 03/23/2018 | Arraignment - | C52 | Heard | General Time Waiver |
| 04/20/2018 | Arraignment - | C47 | Heard | Waives arraignment today |
| 04/20/2018 | Arraignment - | C60 | Heard | |
| 04/20/2018 | Arraignment - | C60 | Heard | waives statutory time for |
| 04/20/2018 | Arraignment - | C57 | Heard | Waives arraignment today waives statutory time for |

# Case Summary

**Case Number:** SB500003123
**OC Pay Number:** 9056052
**Originating Court:** West
**Defendant:** Aly, Mohammed Wael
**Demographics:**

Eyes: Brown
Hair: Black
Height(ft/in): 5'7"
Weight (lbs): 160

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Ali | Mohammed | Wael | Court True Name |

**Case Status:**

Status: Convicted - Civil Assessment
Case Stage: Filed with court
Release Status: Cited and Released
Warrant: N
DMV Hold : N
Charging Document: Citation
Mandatory Appearance: N
Owner's Resp: N
Amendment #: 0

**Counts:**

| | Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 0 | 10/30/2015 | 22349(a) VC | | Exceeding maximum speed of 60 MPH | GUILTY | 08/25/2016 | Plea Guilty | 08/25/2016 |

**Participants:**

| | Role | Badge | Agency Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| | Law Enforcement Officer | 305 | SB | Gray, B | |

**Heard Hearings:**

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special Hearing Result |
|---|---|---|---|---|
| 08/25/2016 | Arraignment PC-Collections - | N1 | Heard | |
| 05/11/2017 | Arraignment - | N1 | Heard | |
| 05/31/2017 | Hearing PC-Collections | N1 | Heard | |
| 08/14/2017 | Hearing - | N1 | Heard | |

**Sentences:**

| Seq # | Sentence Date | Sentence |
|---|---|---|
| 1 | 08/25/2016 | $10.00 Fines |

# Case Summary

Case Number: HB3107380
OC Pay Number: 8543811
Originating Court: West
Defendant: Aly, Mohammed Wael

Demographics:

Eyes: Brown
Hair: Black
Height(ft/in) : 5'7"
Weight (lbs): 160

Names:

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammed | | Alias |
| Aly | Mohammed | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Ali | Mohammed | Wael | Court True Name |

Case Status:

Status: Bail Forfeiture
Case Stage: Filed with court
Release Status: Cited and Released
Warrant: N
DMV Hold : N
Charging Document: Citation
Mandatory Appearance: N
Owner's Resp: N
Amendment #: 0

Counts:

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 06/30/2015 | 24252(a) VC | 1 | Fail to maintain lighting equipment | | | Bail Forfeiture | 10/30/2015 |
| 3 | 0 | 06/30/2015 | 14600(a) VC | 1 | Change of address, notify DMV within 10 days (Drivers license) | | | Dismissed - Proof of Correction | 10/30/2015 |
| 2 | 0 | 06/30/2015 | 26708(a)(1) VC | 1 | No person shall drive any motor vehicle with material on windshield obstructing or reducing driver's view | | | Bail Forfeiture | 10/30/2015 |

Participants:

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Law Enforcement Officer | 2115 | HB | Thomas, | | |

Heard Hearings:

| Date | Hearing Type - Reason | Courtroom | Hearing Status | Special Hearing | Result |
|---|---|---|---|---|---|
| 05/11/2017 | Hearing PC-Collections - | N1 | Heard | | |
| 05/31/2017 | Hearing - | N1 | Heard | | |
| 09/14/2017 | Hearing PC-Collections - | N1 | Heard | | |

# Case Summary

**Case Number:** SDE00001847
**OC Pay Number:** 8519861
**Originating Court:** West
**Defendant:** Aly, Mohammed Wael
**Demographics:**

Eyes: Brown
Hair: Black
Height(ft/in): 5'9"
Weight (lbs): 160

**Names:**

| Last Name | First Name | Middle Name | Type |
|---|---|---|---|
| Aly | Mohammad | | Alias |
| Aly | Mohammad | Wael | Court True Name |
| Aly | Mohammed | Wael | Alias |
| Aly | Mohammed | Wael | Real Name |
| Aŀ | Mohammed | Wael | Court True Name |

**Case Status:**

Status: Closed
Case Stage: Filed with court
Release Status:
Warrant: N
DMV Hold: N
Charging Document: Citation
Mandatory Appearance: N
Owner's Resp: N
Amendment #: 0

**Counts:**

| Seq | S/A | Violation Date | Section Statute | OL | Violation | Plea | Plea Date | Disposition | Disposition Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 06/14/2015 | 23123(a) VC | 1 | Driving while using a wireless telephone | | | Bail Forfeiture | 10/30/2015 |

**Participants:**

| Role | Badge | Agency | Name | Vacation Start | Vacation End |
|---|---|---|---|---|---|
| Law Enforcement Officer | 191 | SB | Santenbach, D | | |

Case Summary:

| Case Id: | 30-2018-00994322-( )WM-CJC |
|---|---|
| Case Title: | ORANGE COUNTY POVERTY ALLEVIATION COALITION VS. ORANGE COUNTY FIRE AUTHORITY |
| Case Type: | WRIT OF MANDATE |
| Filing Date: | 05/22/2018 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 3670096 RECEIVED ON 05/22/2018 11:17:19 AM. | 05/22/2018 | | N/V | |
| 2 | PETITION FOR WRIT OF MANDATE FILED BY ORANGE COUNTY POVERTY ALLEVIATION COALITION ON 05/22/2018 | 05/22/2018 | | 6 pages | |
| 3 | CIVIL CASE COVER SHEET FILED BY ORANGE COUNTY POVERTY ALLEVIATION COALITION ON 05/22/2018 | 05/22/2018 | | 1 pages | |
| 4 | PAYMENT RECEIVED BY AMERICANLEGALNET FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12354798 AND RECEIPT NUMBER 12178545. | 05/22/2018 | | 1 pages | |
| 5 | CASE ASSIGNED TO JUDICIAL OFFICER UNASSIGNED ON 05/22/2018. | 05/22/2018 | | 1 pages | |
| 6 | E-FILING TRANSACTION 2674597 RECEIVED ON 05/24/2018 01:46:11 PM. | 05/24/2018 | | N/V | |
| 7 | PROOF OF PERSONAL SERVICE - PETITION FILED BY ORANGE COUNTY POVERTY ALLEVIATION COALITION ON 05/24/2018 | 05/24/2018 | | 1 pages | |
| 8 | PETITION FOR WRIT SCHEDULED FOR 07/20/2018 AT 09:00:00 AM IN C14 AT CENTRAL JUSTICE CENTER. | 06/07/2018 | | 2 pages | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| MOHAMMED ALY | ATTORNEY | | 05/22/2018 | |
| ORANGE COUNTY FIRE AUTHORITY | RESPONDENT | | 05/22/2018 | |
| ORANGE COUNTY POVERTY ALLEVIATION COAL | PETITIONER | | 05/22/2018 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|
| PETITION FOR WRIT | 07/20/2018 | 09:00 | C14 | UNASSIGNED |

Print this page



**THE STATE BAR OF CALIFORNIA**

845 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017-2515

OFFICE OF CHIEF TRIAL COUNSEL
INTAKE UNIT
Melanie J. Lawrence, Interim Chief Trial Counsel

TELEPHONE: (213) 765-1000
FAX: (213) 765-1168
http://www.calbar.ca.gov

August 3, 2018

Tiffany Dehen
1804 Garnet Avenue, #239
San Diego, CA 92109

RE:  Inquiry Number:      18-20845
     Respondent:          Mohammed Aly

Dear Ms. Dehen:

The State Bar's Office of Chief Trial Counsel has reviewed your complaint against Mohammed Aly to determine whether there are sufficient grounds to prosecute a possible violation of the State Bar Act and/or Rules of Professional Conduct.

You have stated that Mr. Aly stalked and harassed you in law school, and told you that he was an enemy combatant of the United States and in an ISIS sleeper cell. You further alleged that Mr. Aly that was the subject of a criminal investigation with the FBI. You explained that you sued Mr. Aly in federal court. You also stated that Mr. Aly has terrorized you personally and is unfit to practice law. Your complaint stated that Mr. Aly has held himself out as homeless, which you do not believe to be true. You also alleged that Mr. Aly has a criminal record. It appears that Mr. Aly was convicted of misdemeanor trespassing in 2017.

Based on our evaluation of the information provided, we are closing your complaint. In order to investigate allegations of attorney misconduct, the State Bar needs specific facts which, if proved, would establish a violation of the attorney's ethical duties. Conclusions based on speculation and not supported by facts are insufficient to warrant investigation. Although you have generally stated that you do not believe Mr. Aly is fit to practice law, based on your belief that he is a terrorist and the subject of an FBI investigation, the material provided does not present sufficient facts to support an investigation into a potential violation of the State Bar Act and/or Rules of Professional Conduct. Whether Mr. Aly's actions constitute criminal conduct is a question that the criminal prosecutorial agency of appropriate jurisdiction is most qualified to investigate. The allegations you have made do not support a finding that the attorney violated the State Bar Act or the Rules of Professional Conduct.

For these reasons, the State Bar is closing this matter.

If you have new facts and circumstances that you believe may change our determination to close your complaint, you may submit a written statement with the new information to the Intake Unit for review. If you have any questions about this process, you may call Deputy Trial Counsel Kelly Gerner at (213) 765-1293. If you leave a voice message, be sure to clearly identify the lawyer complained of, the inquiry number assigned, and your telephone number including the area code. We should return your call within two business days.

Tiffany Dehen
August 3, 2018
Page 2


If you are not aware of new facts or circumstances but otherwise disagree with the decision to close your complaint, you may submit a request for review by the State Bar's Complaint Review Unit, which will review your complaint and the Intake Unit's decision to close the complaint. The Complaint Review Unit may reopen your complaint if it determines that your complaint was inappropriately closed or that you presented new, significant evidence to support your complaint. To request review by the Complaint Review Unit, you must submit your request **in writing**, together with any new evidence you wish to be considered, post-marked within **90 days of the date of this letter,** to:

> The State Bar of California
> Complaint Review Unit
> Office of General Counsel
> 180 Howard Street
> San Francisco, CA 94105-1617

The State Bar cannot give you legal advice. If you wish to consult an attorney about any other remedies available to you, a certified lawyer referral service can provide the names of attorneys who may be able to assist you. In order to find a certified lawyer referral service, you may call our automated Lawyer Referral Services Directory at 1-866-442-2529 (toll free in California) or 415-538-2250 (from outside California) or access the State Bar's website at www.calbar.ca.gov and look for information on lawyer referral services.

We would appreciate if you would complete a short, anonymous survey about your experience with filing your complaint. While your responses to the survey will not change the outcome of the complaint you filed against the attorney, the State Bar will use your answers to help improve the services we provide to the public. The survey can be found at http://bit.ly/StateBarSurvey1.

Thank you for bringing your concerns to the attention of the State Bar.

Very truly yours,

Kelly Gerner
Deputy Trial Counsel

KG/kg