FILED
OCT 19 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY \_\_\_\_ DEPUTY

TIFFANY DEHEN J.D.
1804 GARNET AVENUE #239
SAN DIEGO, CA 92109
858-262-0052
tiffany.dehen@gmail.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN, an individual on behalf of herself, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE, LLP., <br><br> Defendants. | Case No.: 17-cv-00198-LAB-WVG <br><br> **PLAINTIFF'S MEMORANDUM FOR CAUSE** |

PLEASE TAKE NOTICE that Pro Se Plaintiff, Tiffany L. Dehen, submits this memorandum for cause as to why she should not be taxed defendants' costs pursuant to the Honorable Larry Alan Burns United States District Judge's order dated September 18, 2018.

First, Defendant University of San Diego is the only defendant who motioned for costs. In numerous trial court orders available for research on Westlaw, the issue of costs taxed against the Plaintiff in cases involving Communications Decency Act Section 230 is silent.

Second, unlike *Cullen et. al, v. Ybarrolaza and John Does 1-10*, no similar jurisdictional issues have been raised by defendants warranting award of costs. *Please see* No. 04C197, 2005 WL 5087141 (Tenn.Cir.Ct. Feb. 14, 2005).

Third, contrary to *Ani, M.D. v. Bylecki*, Plaintiff's claims against John Does 1-100 do not fail as a matter a law. *Please see* No. MIDL00288614, 2014 WL 12625466 (N.J.Super.L. Nov. 20, 2014).

Fourth, the Court's final judgment as to the three dismissed defendants is premature, as Plaintiff alleged and continues to allege just reasons for delay of a final judgment as to Defendants University of San Diego, Twitter, Inc., and Perkins Coie, LLP. *See* Fed. R. Civ. P. 54(b). The Court dismissed out defendants before Defendant Twitter provided the identifying information of John Does 1-100, before Plaintiff's statute of limitations runs, and before Plaintiff filed a Third Amended Complaint which she alleged would cure any and all alleged deficiencies as justice so requires. *See* FRCP 15(a)(2).

Fifth, Plaintiff respectfully disagrees with numerous factual and legal conclusions drawn by the Court, which Plaintiff will dispute in length on appeal to the United States Ninth Circuit Court of Appeals. Further, Plaintiff alleges the Court did not accept all factual allegations as true and construe them in the light most favorable to Plaintiff. *Cedars Sinai Med. Ctr. V. Nat'l League of Postmasters of U.S.*, 497 F.3d 972, 975 (9th Cir. 2007).

Sixth, Plaintiff's claims involve serious legal questions under the United States Constitution, including but not limited to, First Amendment violations, as well as potential equal protection claims which Plaintiff has

not raised due to the fact that Defendant Twitter has not provided the identifying information of John Does 1-100.

Seventh, Plaintiff is unable to pay Defendants' costs due to the extreme financial hardship Plaintiff suffered, and continues to suffer, due to defendants' illegal behavior for which this litigation arose. Plaintiff's only current asset is a car valued at $3,000.

Eighth, the Court's order effectively leaves Ms. Dehen with no meaningful legal recourse to pursue legal action in a court of law for which Ms. Dehen has legitimate claims against John Does 1-100, to be further explained in Plaintiff's future motions and filings. Further, Ms. Dehen's Constitutional Rights were suppressed by state actors and any and all potential legal redress is being suppressed by an unconstitutional federal statute. Ms. Dehen suffered and continues to suffer grave injury while Defendants continue to engage in their illegal schemes.

Ninth, unnamed defendant John Doe 1 continues to harass and intimidate Plaintiff, referenced by three recent tweets directed towards Plaintiff which have since been deleted. *Please see* attached Exhibits (notably Attorney Jay Wolman, vigorous defender of CDA § 230, encourages Mr. Aly's illegal behavior by liking Mr. Aly's attempted extortion tweet).

**Dated: October 19, 2018**

Respectfully submitted,

Tiffany L. Dehen
1804 Garnet Avenue, #239
Pacific Beach, CA 92109
Tel. 858-262-0052
Tiffany.Dehen@Gmail.com

Pro Se Plaintiff.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 19, 2018 by express delivery with signature confirmation, postage pre-paid, to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d).

**Dated October 19, 2018**

/s/ Tiffany L. Dehen
Pro Se Plaintiff.

## Mohammed Aly
975 Tweets

57 Following   24 Followers

**Tweets** | **Tweets & replies** | **Media** | **Likes**



**Mohammed Aly** @mohamme... · 8/28/18
@tiffanysundevil Tiffany, your racist lies against me are unfunny and unacceptable. I have no problem taking you to court for your shocking and offensive behavior. Apologize.

♡ 4

**Mohammed Aly** @mohamme... · 8/28/18
@tiffanysundevil of #tiffanyvtwitter Please take notice that I will sue you for defamation unless you apologize, retract your racist lies, and pay me $10,000 in damages. Regards, Mohammed

**Mohammed Aly** @mohamme... · 8/26/18
Replying to @tiffanysundevil
Tiffany, I hereby demand that you immediately cease and desist from your libel against me and pay me damages in the amount of $10,000. Regards, Mohammed Aly

**Tweet**

**Mohammed Aly**
@mohammedwaly

Replying to @tiffanysundevil

Tiffany, I hereby demand that you immediately cease and desist from your libel against me and pay me damages in the amount of $10,000. Regards, Mohammed Aly

8/26/18, 11:35 AM

Tweet your reply

Tweet



**Mohammed Aly**
@mohammedwaly

@tiffanysundevil of #tiffanyvtwitter Please take notice that I will sue you for defamation unless you apologize, retract your racist lies, and pay me $10,000 in damages. Regards, Mohammed

8/28/18, 8:54 AM

Tweet your reply



**Tweet**

**Mohammed Aly**
@mohammedwaly

@tiffanysundevil Tiffany, your racist lies against me are unfunny and unacceptable. I have no problem taking you to court for your shocking and offensive behavior. Apologize.

8/28/18, 9:32 AM

**4** Likes

Tweet your reply

< **Liked by** +✎

 **Last Boy Scout Jayrey**
@yeahweparty
Badgering The Witness | The Last Boy Scouts | All things sports, San Diego, pop culture, and news. Heavy doses of Green Bay Packers & combat sports talk

( Follow )

 **Badgering The Witness**
@BadgerTheWit
All the stories you want

( Follow )

 **reddit AMA**
@reddit_AMA
The official twitter for /r/IAmA - reddit's Ask Me Anything subreddit. Email us on mods@iamaofficial.com to help set up your IAmA

( Follow )

 **Jay M. Wolman, CIPP/US**
@wolmanj
Business Litigator with focus on Technology sector and employment law. Founder of ÞALA.

( Follow )

   



Tweets | Tweets & replies | Media | Likes

**Mohammed Aly** @mohamme... · 9/22/18
Must read: Michael Moore's "Fahrenheit 11/9" aims not at Trump but at those who created the conditions that led to his rise interc.pt/2DmvIod by @ggreenwald



Michael Moore's "Fahrenheit 11/9" Aims Not at Trump But at Those Who Creat...
theintercept.com

♡ 1    ⟲    ♡    ↑

Show this thread

**Mohammed Aly** @mohammed... · 1/4/17
What if every #Syrian were a #Kardashian?
Would we still have #Aleppo?
Would #Homs still be rubble?