

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiffany Dehen<br><br>**Plaintiff,**<br>V.<br><br>John Doe; Twitter, Inc.; University of San Diego; John Does 1-100; Perkins Coie, LLP.<br><br>**Defendant.** | **Civil Action No.**   17cv198-LAB-WVG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Judgment is in favor of Twitter, USD, and Perkins Coie.

Date:   10/24/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Taylor
J. Taylor, Deputy