1  James G. Snell, Bar No. 173070
2  JSnell@perkinscoie.com
   PERKINS COIE LLP
3  3150 Porter Drive
   Palo Alto, CA 94304-1212
4  Telephone: 650.838.4300
   Facsimile: 650.838.4350
5
6  Attorneys for Defendant
   Perkins Coie LLP
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| TIFFANY DEHEN, an individual on behalf of herself, | Case No. 17-cv-00198-LAB-WVG |
| Plaintiff, | **PERKINS COIE LLP'S STATEMENT REGARDING COSTS** |
| v. | |
| JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO AND PERKINS COIE LLP, | Judge: Hon. Larry Alan Burns |
| Defendants. | |

Statement Regarding Costs                                          No. 17-cv-00198-LAB-WVG

On October 24, 2018, this Court issued an order holding that Perkins Coie LLP ("Perkins") is a prevailing party in this action and that plaintiff Tiffany Dehen "has failed to show cause why [Perkins's] costs should not be taxed against her." Dkt. 85 at 3. Accordingly, this Court permitted Perkins to submit a bill of costs by November 9, 2018. *See id.*

Perkins submits this statement to inform the Court that it does not intend to seek costs at this time. However, Perkins reserves its right to seek costs, fees, and all other appropriate relief on appeal if Dehen continues to pursue this action, including through any appeal of her dismissed claims against Perkins.

DATED: November 2, 2018

Respectfully submitted,

*/s/ James G. Snell*
James G. Snell

Attorneys for Defendant
Perkins Coie LLP

<mark>CERTIFICATE OF SERVICE</mark>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on November 2, 2018 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.4(d). Plaintiff, who is *pro se*, will be served via overnight delivery at the following address:

Tiffany Dehen
1804 Garnet Avenue #239
San Diego, CA 92109

*s/ James G. Snell*
James G. Snell