MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
JOANNE ALNAJJAR BUSER (SBN 295191)
jbuser@paulplevin.com
AMR A. SHABAIK (SBN 288109)
ashabaik@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone:   619-237-5200
Facsimile:   619-615-0700

Attorneys for Defendant UNIVERSITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TIFFANY DEHEN, | Case No. 3:17-cv-00198-LAB-WVG |
|---|---|
| Plaintiff, | **DEFENDANT UNIVERSITY OF SAN DIEGO'S STATEMENT REGARDING COSTS** |
| v. | |
| JOHN DOE; TWITTER, INC.; UNIVERSITY OF SAN DIEGO; and PERKINS COIE LLP, | Judge:         Hon. Larry Alan Burns<br>Courtroom:   14A<br>Mag. Judge:   Judge William V. Gallo<br>Courtroom:   Suite 2125<br>Trial Date:   Not Set |
| Defendants. | |

1  On October 24, 2018, this Court issued an order holding that University of San Diego ("USD") is a prevailing party in this action and that plaintiff Tiffany Dehen ("Plaintiff") "has failed to show cause why [USD's] costs should not be taxed against her."  Doc. No. 85 at 3.  USD may submit a bill of costs by November 9, 2018.  *Id.*

On November 6, 2018, the undersigned counsel for USD informed Plaintiff that it would not seek costs at this time.  Notwithstanding, USD reserves its right to seek costs, fees, and all other appropriate relief in the event Dehen continues to pursue this action, including through any appeal or other further action concerning her dismissed claims against USD.

Dated:  November 7, 2018

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:   */s/ Joanne Alnajjar Buser*
MICHAEL C. SULLIVAN
JOANNE ALNAJJAR BUSER
AMR A. SHABAIK
Attorneys for Defendant UNIVERSITY OF SAN DIEGO

# PROOF OF SERVICE

**Dehen v. USD, Twitter, et al.**
**U.S.D.C., Southern District of California, Case No. 3:17-CV-00198-LAB-WVG**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On November 7, 2018, I served true copies of the following document(s) described as **DEFENDANT UNIVERSITY OF SAN DIEGO'S STATEMENT REGARDING COSTS** on the interested parties in this action as follows:

| | |
|---|---|
| Tiffany L. Dehen<br>1804 Garnet Avenue, #239<br>Pacific Beach, CA 92109<br>Telephone:  (858) 262-0052<br>E-Mail:<br>tiffany.dehen@gmail.com<br><br>Plaintiff Pro Per | Julie E. Schwartz<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>Telephone:  (650) 838-4490<br>Facsimile:   (650) 838-4690<br>E-Mail:<br>JSchwartz@perkinscoie.com<br><br>Attorney for Twitter, Inc. |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices. **On Tiffany Dehen Only.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 7, 2018, at San Diego, California.

_____
Amy R. Dickey