# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM: L. Cervantes, Deputy Clerk | RECEIVED DATE: November 16, 2018 |
|---|---|
| CASE NO. 17-cv-00198-LAB-WVG | DOC FILED BY: Tiffany Dehen |
| CASE TITLE: Dehen v. Doe et al | |
| DOCUMENT ENTITLED: Plaintiff's Notice of motion and Motion to Dismiss | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Civ.L. Rule 5.1 - Missing time and date

Civ.L. Rule 7.1 - Missing points of authorities;

Civ.L. Rule 5.2 - Missing Proof of Service

Date Forwarded:   November 16, 2018

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   November 16, 2018            CHAMBERS OF:  The Honorable Larry Alan Burns

cc: All Parties                      By:   Law Clerk