# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY DEHEN, an individual on behalf of herself,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-100, TWITTER, INC., UNIVERSITY OF SAN DIEGO, AND PERKINS COIE LLP,<br><br>Defendants. | CASE NO. 17cv198-LAB (WCG)<br><br>**ORDER GRANTING MOTION TO DISMISS [Dkt. 90]** |

Plaintiff Tiffany Dehen has moved to dismiss without prejudice her claims against John Does 1-100, the only remaining defendants in this litigation. Dkt. 90. That motion is **GRANTED** and her claims against John Does 1-100 are **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: November 19, 2018

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -